# APPENDIX – FULL-PAGE MAPS



***Figure 1 – Jacksonville Dot Density Map.*** *Each purple dot represents 25 Black residents; each brown dot represents 25 white residents. Dot locations within precincts are approximate.*



***Figure 2 – Noncompact District Shapes.*** *The silhouettes of Districts 10, 14, and 9 are shown on the first row. Districts 8, 2, and 7 are shown on the second row.*



***Figure 3 – District 8.*** *Each purple dot represents 25 Black residents; each brown dot represents 25 white residents. Dot locations within precincts are approximate.*



*Figure 4 – Killingsworth's Rejected District 8 Southwestern Border Extension. The proposed District 12 is colored pink; the proposed District 8 is purple. The 2011 plan is outlined in red.*



*Figure 5 – District 7. Each purple dot represents 25 Black residents; each brown dot represents 25 white residents. Dot locations within precincts are approximate.*



***Figure 6 – Killingsworth's Rejected Proposal to Widen District 7 Land Bridge.*** *The proposed District 7 is mint green; the proposed District 2 is orange. The 2011 plan is outlined in red.*



***Figure 7 – Racial Demographics for Killingsworth's Rejected Proposal.*** *The map at left displays the proposed change to Districts 7 and 2 in mint green, as in Figure 6. The map at right shows racial demographics, with the Enacted Plan (solid black line) and rejected proposal (dashed red line) overlaid. Darker purples indicate precincts that are more Black; darker browns indicate precincts that are whiter.*



*Figure 8 – Race-Based Splitting of Precinct 205. Proposed changes to the border between Districts 7 and 2 overlayed on racial makeup of Census blocks within Precinct 205. Lighter browns indicate blocks that are more diverse, while darker browns indicate blocks that are whiter.*



***Figure 9 – District 10.*** *Each purple dot represents 25 Black residents; each brown dot represents 25 white residents. Dot locations within precincts are approximate.*



*Figure 10 – Race-Based District 10/12 Border. Each purple dot represents 25 Black residents; each brown dot represents 25 white residents. Dot locations within precincts are approximate.*



*Figure 11 – Precincts Along District 10/12 Border. Darker purples indicate precincts that are more Black; darker browns indicate precincts that are whiter.*



***Figure 12 – Race-Based District 10/14 Border.** Each purple dot represents 25 Black residents; each brown dot represents 25 white residents. Dot locations within precincts are approximate.*



*Figure 13 – District 9. Each purple dot represents 25 Black residents; each brown dot represents 25 white residents. Dot locations within precincts are approximate.*



*Figure 14 – District 9 and 14. Each purple dot represents 25 Black residents; each brown dot represents 25 white residents. Dot locations within precincts are approximate.*



***Figure 15 – Race-Based District 9/14 Border.*** *Each purple dot represents 25 Black residents; each brown dot represents 25 white residents. Dot locations within precincts are approximate.*



*Figure 16 – **Hitchhiker's Thumb**. Darker purples indicate precincts that are more Black, while darker browns indicate precincts that are whiter.*



*Figure 17 – Race-Based District 9/14 border. Each purple dot represents 25 Black residents; each brown dot represents 25 white residents. Dot locations within precincts are approximate.*



**Figure 18 – Precincts Along District 9/14 Border.** *Darker purples indicate precincts that are more Black; darker browns indicate precincts that are whiter.*