IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACKSONVILLE BRANCH
OF THE NAACP, *et al.*,

    *Plaintiffs*,

v.

    Case No. 3:22-cv-493-BJD-LLL

CITY OF JACKSONVILLE, *et al.*,

    *Defendants*.

_____/

## PLAINTIFFS' NOTICE OF LEAD COUNSEL DESIGNATION

Pursuant to Local Rule 2.02(a), the undersigned attorney, Nicholas Warren, is designated lead counsel for the Plaintiffs.

Respectfully submitted this 3rd day of May, 2022,

    */s/ Nicholas Warren*

    Nicholas Warren (FBN 1019018)
    **ACLU FOUNDATION OF FLORIDA, INC.**
    336 East College Avenue, Ste. 203
    Tallahassee, FL 32301
    (786) 363-1769
    nwarren@aclufl.org

    *Attorney for Plaintiffs*