UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACKSONVILLE BRANCH OF
THE NAACP, et al.,

    Plaintiffs,

v.                                            Case No. 3:22-cv-493-BJD-LLL

CITY OF JACKSONVILLE and
MIKE HOGAN, in his official
capacity as Duval County
Supervisor of Elections,

    Defendants.
_____/

## ORDER OF RECUSAL

The undersigned hereby recuses himself from further proceedings in this action owing to a membership interest in one of the parties. The Clerk of the Court shall randomly reassign this case to one of district court judges in the Jacksonville Division.

**DONE** and **ORDERED** in Jacksonville, Florida this **5th** day of May, 2022.

_____
BRIAN J. DAVIS
United States District Judge

- 2 -

2
Copies furnished to:

Counsel of Record
Unrepresented Parties