UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACKSONVILLE BRANCH OF THE
NAACP; NORTHSIDE COALITION
OF JACKSONVILLE, INC.; ACLU OF
FLORIDA NORTHEAST CHAPTER;
FLORIDA RISING TOGETHER, INC.;
MARCELLA WASHINGTON;
INGRID MONTGOMERY; AYESHA
FRANKLIN; TIFFANIE ROBERTS;
ROSEMARY McCOY; SHELIA
SINGLETON; EUNICE BARNUM;
JANINE WILLIAMS; HARAKA
CARSWELL; and DENNIS BARNUM

    Plaintiffs,                              Case No.:  3:22-cv-493-MMH-LLL

v.

CITY OF JACKSONVILLE and
MIKE HOGAN, in his official capacity
as Duval County Supervisor of Elections,

    Defendants.
_____/

**DEFENDANTS' DISCLOSURE STATEMENT**

Defendants, the City of Jacksonville and Mike Hogan, in his official capacity as the Duval County Supervisor of Elections, pursuant to Local Rule 3.03(a) hereby disclose the following:

1) each person — including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate,

member, and other identifiable and related legal entity — that has or might have an interest in the outcome:

**Nicholas Warren, Esq.**
**Daniel B. Tilley, Esq.**
**ACLU Foundation of Florida, Inc.**
**Daniel Hessel, Esq.**
**Theresa J. Lee, Esq.**
**Nicholas Stephanopoulos, Esq.**
**Election Law Clinic**
**Harvard Law School**
**Krista Dolan, Esq.**
**Bradley E. Heard, Esq.**
**Jack Genberg, Esq.**
**Southern Poverty Law Center**
**Jacksonville Branch of the NAACP**
**Northside Coalition of Jacksonville, Inc.**
**ACLU of Florida Northeast Chapter**
**Florida Rising Together, Inc.**
**Marcella Washington**
**Ingrid Montgomery**
**Ayesha Franklin**
**Tiffanie Roberts**
**Rosemary McCoy**
**Shelia Singleton**
**Eunice Barnum**
**Janine Williams**
**Haraka Carswell**
**Dennis Barnum**

**Mary Margaret Giannini, Esq.**
**Sonya Harrell, Esq.**
**Helen Peacock Roberson, Esq.**
**Office of General Counsel, City of Jacksonville**
**City of Jacksonville**
**Jacksonville City Council**
**Duval County Supervisor of Elections Office**
**Mike Hogan, Duval County Supervisor of Elections**

2) each entity with publicly traded shares or debt potentially affected by the outcome:

**N/A**

3) each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

**N/A**

4) each person arguably eligible for restitution:

**N/A**

## **LOCAL RULE 3.03(B) CERTIFICATION**

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated this 2nd day of June, 2022.

           **OFFICE OF GENERAL COUNSEL**
           **CITY OF JACKSONVILLE**

           */s/   Helen Peacock Roberson*
           **Sonya Harrell**
           Chief, Tort and Employment Litigation
           Florida Bar No. 0042803
           SonyaH@coj.net; BOsburn@coj.net
           **Mary Margaret Giannini**
           Assistant General Counsel
           Florida Bar No. 1005572
           MGiannini@coj.net; ASeegobin@coj.net
           **Helen Peacock Roberson**
           Assistant General Counsel
           Florida Bar No.: 0016196
           HRoberson@coj.net; CStephenson@coj.net
           117 West Duval Street, Suite 480
           Jacksonville, FL 32202
           Phone: (904) 255-5100
           Facsimile: (904) 255-5120
           *Attorneys for Defendants, City of Jacksonville and Mike Hogan, in his official capacity as Duval County Supervisor of Elections*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 2nd day of June, 2022 a copy of this document was filed electronically through the CM/ECF system and furnished by email to all counsel of record.

                        */s/  Helen Peacock Roberson*
                                Attorney