IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACKSONVILLE BRANCH
OF THE NAACP, *et al.*,

    *Plaintiffs*,

v.

    Case No. 3:22-cv-493-MMH-LLL

CITY OF JACKSONVILLE, *et al.*,

    *Defendants*.

_____/

## JOINT MOTION FOR A
## PRELIMINARY PRETRIAL CONFERENCE

Counsel for the parties have conferred regarding the Case Management Plan for this matter and request a preliminary pretrial conference with the Court. In particular, Plaintiffs intend to move for a preliminary injunction in this case, and seek the Court's direction regarding an appropriate schedule for those proceedings, as well as how any such schedule might impact the parties' proposed Case Management Plan. *See* **Doc. 23**. As it may relate to any preliminary injunction proceedings, the Defendants have indicated that in order to proceed with the 2023 general consolidated government elections, the Supervisor of Elections needs to know the City Council district boundaries no later than Friday, December 16, 2022. *See* Exhibit 1, Email from Robert Phillips, Chief Elections Officer, Duval County Supervisor of Elections.

At the Court's convenience, counsel will be available to discuss these matters in person, by phone, or any other manner as the Court directs.

1

Respectfully submitted this 1st day of July, 2022,

/s/ Nicholas Warren
Nicholas Warren (FBN 1019018)
**ACLU FOUNDATION OF FLORIDA, INC.**
336 East College Avenue, Ste. 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

Daniel B. Tilley (FBN 102882)
**ACLU FOUNDATION OF FLORIDA, INC.**
4343 West Flagler Street, Ste. 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org

Daniel Hessel* ‡
Theresa J. Lee*
Nicholas Stephanopoulos*
**ELECTION LAW CLINIC**
**HARVARD LAW SCHOOL**
6 Everett Street, Ste. 4105
Cambridge, MA 02138
(617) 495-5202
dhessel@law.harvard.edu
thlee@law.harvard.edu
nstephanopoulos@law.harvard.edu

Krista Dolan (FBN 1012147)
**SOUTHERN POVERTY LAW CENTER**
P.O. Box 10788
Tallahassee, FL 32303-2788
(850) 521-3000
krista.dolan@splcenter.org

Bradley E. Heard*
Jack Genberg*
**SOUTHERN POVERTY LAW CENTER**
150 E Ponce de Leon Av, Suite 340
Decatur, GA 30030
(404) 521-6700
bradley.heard@splcenter.org

**OFFICE OF GENERAL COUNSEL**
**CITY OF JACKSONVILLE**

/s/ Mary Margaret Giannini
**Sonya Harrell** (FBN 0042803)
Chief, Tort and Employment Litigation
SonyaH@coj.net; BOsburn@coj.net
**Mary Margaret Giannini** (FBN 1005572)
Assistant General Counsel
MGiannini@coj.net; ASeegobin@coj.net
**Helen Peacock Roberson** (FBN 0016196)
Assistant General Counsel
HRoberson@coj.net;
CStephenson@coj.net
117 West Duval Street, Ste. 480
Jacksonville, FL 32202
Tel: (904) 255-5100
Fax: (904) 255-5120

*Attorneys for Defendants*

jack.genberg@splcenter.org

*Attorneys for Plaintiffs*

*\* Special admission    ‡ Federal practice only*