# EXHIBIT 1

**Email from Robert Phillips
Chief Elections Officer, Duval County Supervisor of Elections
Re Timing of 2023 Jacksonville City Council Elections
June 21, 2022**

RE: NAACP v. COJ,/SOE (redistricting litigation)
Phillips, Robert <Phillips@duvalelections.gov>
Tue 6/21/22 8:36 AM
To:

- Giannini, MaryMargaret <MGiannini@coj.net>

Cc:

- Roberson, Helen <HRoberson@coj.net>;
- Harrell, Sonya <SonyaH@coj.net>

Good morning,

In order to proceed with the 2023 general consolidated government elections, the Supervisor of Elections needs to know the City Council district boundaries no later than Friday, December 16, 2022.  The First Election of the general consolidated government elections takes place on March 21, 2023, with early voting starting on March 6, 2023.  The General Election takes place on May 16, 2023, with early voting starting on May 1, 2023.

If you have any other questions please do not hesitate to let me know.

Best regards,

## Robert Phillips – MFCEP, CERA

*Chief Elections Officer*
Duval County Supervisor of Elections
www.DuvalElections.com
```
phone: (904)255-3436
fax: (904)255-3434
cell: (904)219-1105
```


```
**Please note that under Florida's very broad public records law, communications to and
from city officials are subject to public disclosure**
```


*Quis Custodiet Ipsos Custodies?*

---

**From:** Giannini, MaryMargaret <MGiannini@coj.net>
**Sent:** Friday, June 17, 2022 1:32 PM
**To:** Phillips, Robert <Phillips@duvalelections.gov>
**Cc:** Roberson, Helen <HRoberson@coj.net>; Harrell, Sonya <SonyaH@coj.net>
**Subject:** NAACP v. COJ,/SOE (redistricting litigation)

Dear Robert,

I am writing in regard to the law suit recently filed against the City Council and the Supervisor of Elections challenging the constitutionality of the newly drawn districts for City Council and School Board.  What is the date upon which the

Supervisor of Elections needs to know the appropriate district boundaries so that it can proceed with the 2023 general consolidated government elections?

Of course, if you have any questions, please do not hesitate to let me know.

Many thanks,
Mary Margaret Giannini

***Mary Margaret Giannini***
Assistant General Counsel
Office of General Counsel
117 W. Duval Street, Suite 480
Jacksonville, FL  32202
Telephone:  (904) 255-5079
Fax: (904) 255-5120
Email: MGiannini@coj.net

*Due to Florida's broad public records laws, e-mail communications to and from city officials are subject to public disclosure.  This communication and any attachments thereto may be subject to the rights and restrictions of the Electronic Communications Privacy Act, 18 U.S.C. s.s. 2510-2521 and/or protective orders authorized by a court of competent jurisdiction.*