**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JACKSONVILLE BRANCH
OF THE NAACP, et al.,

    Plaintiffs,

vs.

Case No. 3:22-cv-493-MMH-LLL

CITY OF JACKSONVILLE, et al.,

    Defendants.

_____/

# O R D E R

**THIS CAUSE** is before the Court on the Joint Motion for a Preliminary Pretrial Conference (Doc. 24; Motion), filed on July 1, 2022. In the Motion, the parties request a preliminary pretrial conference with the Court. See Motion at 1. Upon review, the Court finds good cause for the requested relief. Accordingly, it is

**ORDERED:**

1. The Joint Motion for a Preliminary Pretrial Conference (Doc. 24) is **GRANTED**.

2. This matter is set for a **Preliminary Pretrial Conference** on **Friday, July 8, 2022, at 10:30 a.m.** before the Honorable Marcia Morales Howard, United States District Judge.

3. The hearing will be held by video teleconferencing using Zoom. The Courtroom Deputy Clerk will separately send participants an Outlook invitation with the link, meeting ID, and password. Information on how others can observe the proceeding can be found on the Court's website, https://www.flmd.uscourts.gov/coronavirus-and-email-filing-information. Participants should dress in appropriate court attire and appear in front of an appropriate professional background.

4. All persons are hereby reminded that under Local Rule 4.11(a)(2), United States District Court, Middle District of Florida, "the taking of photographs, the operation of recording or transmission devices, and the broadcasting or televising of proceedings in any courtroom or hearing room of this Court, or the environs thereof, either while the Court is in session or at recesses between sessions when Court officials, attorneys, jurors, witnesses or other persons connected with judicial proceedings of any kind are present, are prohibited." Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry

to future hearings, or any other sanctions deemed necessary by the Court.

**DONE AND ORDERED** in Jacksonville, Florida this 1st day of July, 2022.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

lc11
Copies to:

Counsel of Record
Pro Se Parties