# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JACKSONVILLE BRANCH OF THE NAACP, et al.

v.

CITY OF JACKSONVILLE, et al.

CASE NO. 3:22-cv-493-MMH-LLL

Counsel for Plaintiffs:
Daniel Hessel
Nicholas Warren
Krista Dolan
Jack Genberg

Counsel for Defendants:
Mary Margaret Giannini
Helen Peacock Roberson

**HONORABLE MARCIA MORALES HOWARD**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles         Court Reporter: Katharine Healey

## CLERK'S MINUTES

PROCEEDINGS OF:   PRELIMINARY PRETRIAL CONFERENCE (VIA ZOOM)

Plaintiffs' motion for preliminary injunction due **July 22, 2022**. Defendants' response due **August 12, 2022**. Plaintiffs' reply due **August 23, 2022**. The motion and response may not exceed 35 pages, and the reply shall not exceed 10 pages.

Plaintiffs' brief on the remedies due **August 5, 2022**. Defendants' brief on the remedies due **August 24, 2022**. Each brief shall not exceed 20 pages.

A preliminary injunction hearing will be held in **September 2022**.

The parties shall confer regarding the necessity of a bond in this matter. If they do not agree, they shall address this issue in the preliminary injunction briefing.

The Court defers entry of a Case Management and Scheduling Order until after the resolution of the motion for preliminary injunction.

Date: July 8, 2022        Time: 10:30 a.m. – 11:25 a.m.        Total: 55 Minutes