**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JACKSONVILLE BRANCH
OF THE NAACP, *et al.*,

    *Plaintiffs,*

v.

CITY OF JACKSONVILLE, *et al.*,

    *Defendants.*

_____/

Case No. 3:22-cv-493-MMH-LLL

## <u>DECLARATION OF DANIEL J. HESSEL</u>

I, Daniel J. Hessel, pursuant to 28 U.S.C. § 1746, hereby declare the following:

1.    I am one of the attorneys representing Plaintiffs in the above-captioned matter. I make this declaration based on my personal knowledge and in support of Plaintiffs' Motion for a Preliminary Injunction dated July 22, 2022.

2.    Attached as Exhibit A to this declaration are true and correct copies of Jacksonville Ordinance 2022-01-E, all exhibits to the same, and the official Bill Summary attached to the legislation.

3.    Attached as Composite Exhibit B is a compilation of the true and correct copies of the official Notices and Minutes of: each 2021 meeting of the Jacksonville City Council's Special Committee on Redistricting; each 2021 Council Member Public Meeting regarding proposed maps for Districts 7, 8, 9, 10, 12, or 14; and each 2022 Rules Committee Public Hearing Meeting.

4.    Attached as Exhibit C is a true and correct copy of a memorandum from

William B. Killingsworth, Director, Planning and Development Department, to the Rules Committee, entitled "Revised Redistricting Committee White Paper" and dated March 14, 2022.

5. Attached as Exhibit D is a true and correct copy of "Council District Statistics - North, South, East, and West," a document associated with the September 9, 2021, Council Member Public Meeting regarding District 7, 8, 9, 10, 12, and 14 Maps.

6. Attached as Exhibit E is a true and correct copy of "Minority Population Percentages by Council District 2020 Census," a document associated with the September 9, 2021, Council Member Public Meeting regarding District 7, 8, 9, 10, 12, and 14 Maps.

7. Attached as Exhibit F is a true and correct copy of "2020 Census Race-Ethnicity Data by Council District," a document associated with the February 10, 2022, Rules Committee Public Hearing Meeting.

8. Attached as Exhibit G is a true and correct copy of a memorandum from Jason R. Gabriel, General Counsel, and Mary Margaret Giannini, Assistant General Counsel, to members of the Jacksonville City Council and members of the Duval County School Board, entitled "Redistricting Process and Legal Analysis for Council and School Board Districts" and dated February 23, 2021.

9. Attached as Exhibit H are true and correct screenshots of Tweets posted on an account apparently belonging to Councilmember Brenda Priestly Jackson.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 22nd day of July, 2022.


/s/ Daniel J. Hessel
Daniel J. Hessel

Signed by filing lawyer with permission of non-filing lawyer

/s/ Nicholas Warren