



# Transcript of Council Members Public Meeting

**Date:** September 9, 2021
**Case:** Transcription Services

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

1          TRANSCRIPT OF VIDEO-RECORDED

2   COUNCIL MEMBERS PUBLIC MEETING DISCUSS REDISTRICTING

3       MAPS FOR DISTRICTS 7, 8, 9, 10, 12 AND 14

4                 SEPTEMBER 9, 2021

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20   Job No.: 451015

21   Pages: 1 - 68

22   Transcribed by: Christian Naaden

1              P R O C E E D I N G S

2         MS. PRIESTLY JACKSON:  Good afternoon. I am

3    Councilmember Brenda Priestley Jackson, a member of

4    Redistricting Committee. I requested a member to

5    meeting with those districts that are what would

6    consider the Southwest and Northwest portion of the

7    consolidated government, i.e., Duval County,

8    Jacksonville, Florida, and that entails districts 7, 8,

9    9, 10, 12, and 14. Although portions of five are in --

10   in apart. They're not significant enough for the

11   purposes of this -- this meeting, and -- and therefore

12   we wanted to have an opportunity to look at the current

13   maps of those districts, the proposed boundaries that

14   we have which is a map before us that says city council

15   districts, 2015 members should have a copy of that.

16         And my understanding and recollection of our

17   initial redistricting meeting was we were going to

18   start with the initial presumption of maintaining the

19   geographic boundaries of districts as they currently

20   existed and then expand from that. This is the first

21   time that there has been a meeting of the districts

22   that are Southwest and Northwest, and so this gets the

1    initial input from the council members for 7, 8, 9, 10,

2    12, and 14.

3          I'd like to open up with Bill Killingsworth,

4    who has graciously agreed to be our redistricting

5    expert for this round. Originally was Mr. Holland and

6    wanted to thank him so much for getting us off to a

7    good start with Councilman Dennis. So I would like for

8    Mr. Killingsworth to give us the current population for

9    each of the districts, and those will be the ones

10   that's on the map that we currently have.

11         I would encourage all members to write those

12   numbers in the squares and then you'd exactly know

13   we're dealing with, he'll give those district numbers.

14   He will give us the 5 percent and 10 percent over under

15   for each and tell us what districts need some change in

16   fluctuation based on that. Thank you.

17         MR. KILLINGSWORTH:  Good afternoon. I'm Bill

18   Killingsworth I think volunteer.

19         MS. PRIESTLY JACKSON:  He muted a mic because

20   I think you -- you are recording us. [inaudible] Oh,

21   you know what, thank you, Dennis, council suggested --

22   Council Dennis suggested greatly that everybody would

1    introduce themselves. So we can start with board

2    member, Dr. Coker, Daniel --

3         MS. COKER:  Kelly Coker, school board district

4    one and liaison from the school board.

5         MS. DEFOOR:  Randy DeFoor, District 14.

6         MS. PRIESTLY JACKSON:  Brenda Priestly

7    Jackson, District 10.

8         MS. PITTMAN:  Ju'Coby Pittman, District eight.

9         MR. DENNIS:  Garrett Dennis, District nine.

10        MR. GAFFNEY:  Reggie Gaffney, District seven.

11        MR. WHITE:  Randy White, District 12.

12        MR. BOWMAN:  Aaron Bowman, District three.

13        MS. JOHNSTON:  Paige Johnston, council member,

14   District [inaudible].

15        MR. KILLINGSWORTH:  Thank you so much.

16   [inaudible] So I think I volunteered with [inaudible]

17   so the population for the county as a whole is 995,497.

18   So if you divide that by 14, that gives us roughly

19   71,106. I think it is. So that would be the target

20   number that each district has to be. We can deviate

21   that by 10 percent and so if you're looking at it plus

22   or minus five, that's basically 3,500 up or down from

1    the 71,000, but it doesn't have to be that.

2         It could be that we're 7 percent down and 3

3    percent up so the -- so as we work with the numbers,

4    what happens is we look for the smallest number and

5    then we multiply that by 1.1 and our largest number has

6    to be that number or smaller to keep us within 10

7    percent. So the deviation isn't plus or minus five, the

8    deviation is 10 percent but it's -- most people think

9    of in terms of a normal curve and that's what we try

10   for because that gets us that 71,000 but it doesn't

11   have to be that way, we can have some lower as long as

12   [inaudible] So going through the districts starting at

13   seven --

14        MS. PRIESTLY JACKSON:  If you would go through

15   all the districts because you have [talking over each

16   other]

17        MR. KILLINGSWORTH:  What I'll do is I'm going

18   to skip because this is sorted. This is going to be too

19   technical but the fields are sorted as texts as -- as

20   opposed to numbers, so I'm read them as numbers in

21   order as it. So district one was 72,718, two was

22   71,501, three was 72,561, four is 76,829, five is

1  68,055, six is 71,346, seven is 67,000. It looks like

2  330, eighth is 65,166, nine is 67,706, 10 is 67,567,

3  11, the -- the A student here is 90,767, 12 is 71,612,

4  13 is 64,936, and 14 is 67,398.

5          So on north of the river, basically eight has

6  to take -- pick up population and to pick up

7  population, it's going to -- I think that's really the

8  only one that has to change, but to pick up population

9  is got to pick up from somebody, so that's going to

10  affect somebody's boundaries, and so that's -- I don't

11  know if you want me to go through on the Southeast or -

12  - or not but --

13          MS. PRIESTLY JACKSON:  If any of the -- of the

14  council members that are here, I want to give everybody

15  an opportunity to write that into their map so they can

16  actually look understand what we're looking at. You

17  stated a moment ago, Mr. Killingsworth, that the 5

18  percent -- the 10 percent is I think what is that the

19  10 percent deviation is required to be adjusted, but

20  that's --

21          MR. KILLINGSWORTH:  It's -- it's not required

22  and that's the widest deviation that the courts have

1    typically allowed.

2             MS. PRIESTLY JACKSON:  Right. Okay. Right. And

3    so historically the consolidated government has

4    operated within what percentage traditionally from

5    deviation?

6             MR. KILLINGSWORTH:  Last time we were right

7    around 10 percent.

8             MS. PRIESTLY JACKSON:  Okay. 10 percent

9    deviation from the bottom --

10            MR. KILLINGSWORTH:  From the bottom to the --

11   from the lowest number of district to the highest

12   number of district.

13            MS. PRIESTLY JACKSON:  Okay. And so my

14   recollection of a 5 percent deviation -- if we had a 5

15   percent deviation for those districts that are

16   Southwest and Northwest of the river, that in -- in

17   essence would mean that we're looking specifically at

18   district eight, which has the second lowest population

19   of the south of the government, correct?

20            MR. KILLINGSWORTH:  Correct.

21            MS. PRIESTLY JACKSON:  Okay. And so for our

22   highest district, and I just -- is currently district

1    12 Councilman White's district, correct?

2            MR. KILLINGSWORTH:  On the north side of the

3    river. That's correct.

4            MS. PRIESTLY JACKSON:  Okay. And so he is

5    actually at the district, the slightly above the

6    district average.

7            MR. KILLINGSWORTH:  Correct.

8            MS. PRIESTLY JACKSON:  All right? So I wanted

9    everybody here present to understand that because my --

10   I think that we look at where we are as a consolidated

11   government and the current configurations of the

12   district, and then we look at those factors that I

13   think we're supposed to be considered from the

14   redistricting meetings such as generalized reticence to

15   cross the bridges. There are seven of them, and so if

16   that is still the tenor of a generalized reticence

17   across the bridges, then that means for those that are

18   on the other side of the seven -- of the other seven

19   bridges of the Southwest and Northwest, we're looking

20   at eight as our low marker and 12 as our high marker.

21   Is that -- is that correct for us?

22           MR. KILLINGSWORTH:  I believe that's correct.

1    Yes.

2            MS. PRIESTLY JACKSON:  Okay. Would you also --

3    you provided a sheet that gave the percentages of the -

4    - on your sheet, you also gave the percentages of the

5    ethno-racial subgroups that are in each. I know you

6    gave one sheet with just black, but we also have Asian,

7    native Hawaiian and Hispanic and or Latino.

8            MR. KILLINGSWORTH:  If you'd like the

9    percentage breakup, I can email that to you all. That's

10   -- that's not a problem.

11           MS. PRIESTLY JACKSON:  Yeah. Okay. Thank you

12   so much. And -- and -- and just to be clear, we don't

13   say minority access districts anymore. What is our

14   unique term of art --

15           MR. KILLINGSWORTH:  Communities of interest?

16           MS. PRIESTLY JACKSON:  Communities of

17   interest. Okay. And so I just wanted to start with

18   that, and then I think the best way is to kind of go

19   around. We can start with seven for Councilman Gaffney,

20   and I think we just move on down in order of those

21   districts. Okay?

22           MR. GAFFNEY:  Okay.

1        MS. PRIESTLY JACKSON:  Share concerns. And let

2   me be clear, there were some maps that our colleagues

3   who are south and at the beaches and all that worked

4   out and we think that's great for them. We're not

5   starting there, we're starting with what this group

6   decides that they feel is most important for them and

7   [inaudible] Councilman Gaffney.

8        MR. GAFFNEY:  So thank you to the chair for

9   the most skilled work I'm at 67,330, I can -- it need

10  to be -- if I stay down, I'm okay.

11       MR. KILLINGSWORTH:  It depends. So if you're

12  looking at the plus or minus five I think you're okay,

13  but it depends on how the other districts line up. So

14  it's not -- I can't say you're okay, unless I know what

15  the high number it ends up being.

16       MR. GAFFNEY:  Well, but for exercise, what we

17  going through now, and I think what we can get quicker

18  determine who may be okay and then determine who's not

19  okay and then [inaudible]

20       MR. KILLINGSWORTH:  So I can tell you in the

21  exercise that we conducted the -- the play comes down

22  to district 2, 7, 8, and 12. So those -- those are the

1  ones that are really in play, 9, 10, and 14 don't have

2  to change at all. But depending upon what you do with

3  eight, it can impact seven, what happens there could

4  require an impact to two or because 12 -- 7 -- 8 has to

5  pick up. So it's adjacent to 10, 12, and 7.

6         MR. GAFFNEY:  So let me -- still close, so if

7  I'm looking at two, two got 71,000, so if -- what you

8  just explained to us two is okay, keep it the way it is

9  now

10        MR. KILLINGSWORTH:  It -- it -- two stays the

11 way it is not right now, the proposal we show you has

12 two stay the way it is.

13        MR. GAFFNEY:  I understand. So two is okay,

14 it's back. Let's just go back.

15        MR. KILLINGSWORTH:  Mm-Hmm.

16        MR. GAFFNEY:  So now we at seven, seven. Okay.

17 If -- if -- what we looking at now?

18        MR. KILLINGSWORTH:  I -- I would say no.

19        MS. PRIESTLY JACKSON:  But -- but -- but it's

20 a 5 percent and -- and I'm going to interrupt because

21 my -- I left understanding our research team meetings

22 that if districts were within 5 percent of the citywide

1    average, we really weren't looking at doing anything.

2    And the only one that is not within 5 percent of the

3    districtwide average on our side is eight. And so I

4    don't -- you have -- you have to help me understand how

5    that makes seven have an issue --

6            MR. KILLINGSWORTH:  Because you -- because you

7    have to take from somebody to give to eight.

8            MR. GAFFNEY:  We getting that, we getting

9    that. We understand that but -- but -- but don't fix

10   what's not broken. We'll figure out eight in a minute,

11   but -- but I'm trying to get to a place where we can

12   keep moving forward.

13           I think chair -- chair later already said that

14   12 and 8 is the two on our side that we got to take a

15   look at how we can adjust them. So -- so I'm just, you

16   know -- I don't have answer now, I just want to make

17   sure everybody understand that if we don't do nothing

18   in seven, seven is fine don't mean that that's we end

19   up, but that's why I'm at this point.

20           MR. KILLINGSWORTH:  So -- so my answer to that

21   will be, it depends if -- if you're going to limit

22   changes to 7 and 12, it depends on what happens there.

1          MS. PRIESTLY JACKSON:  Eight and twelve.

2          MR. KILLINGSWORTH:  I mean 8 and 12. Sorry.

3          MR. WHITE:  Can -- can I ask it a different

4    way. In other words, if I don't give it all to eight,

5    just give some of it. Some of it's got to come from 7

6    or 10.

7          MR. KILLINGSWORTH:  Correct?

8          MR. WHITE:  Or it's all me -- me giving it all

9    correct?

10         MR. KILLINGSWORTH:  Correct.

11         MR. WHITE:  Does that simplify? Thank you. If

12   I could add exactly what we do, but I mean that's -- it

13   can't come, but she don't side -- will three people, 7,

14   10, and 12, and she got to grow.

15         MR. KILLINGSWORTH:  Correct.

16         MR. WHITE:  I know I got to get smaller. Well,

17   that's already determined by the numbers now.

18         MS. DEFOOR:  And if I could add, but 14

19   doesn't need to change at all even with everything we

20   just discussed.

21         MR. KILLINGSWORTH:  Correct. I mean, we have a

22   scenario which 9, 10, and 14 don't have to change it

1    all.

2            MR. GAFFNEY:  It's interesting when you can

3    say that about -- and I'm not going to getting a shot

4    of that, but it's --and I -- I'm not going to pick on

5    nobody, but if you can say 9 and 14, like changed the

6    right by each other, just like eight and seven, right

7    by each other, you can move -- you can move back going,

8    I would say south and take back, take a bat up to and

9    move maybe two, 300 either way.

10           So if we're going to talk about seven has

11   changed and I mean has changed, that mean 10 may have

12   changed that mean 12, I think we trying to --

13           MR. KILLINGSWORTH:  I'm not saying -- what I'm

14   saying is that we have modeled this scenario in which

15   9, 10 and 14 don't change. So one of the reasons that

16   we looked at seven changing aside from just numbers was

17   -- there was a discussion that I heard multiple times

18   about -- about the percentages and -- and -- and how to

19   either keep them the same or reduce some. And so that

20   played into it as well, the whole percentages of -- of

21   minority per district.

22           MR. GAFFNEY:  So -- so if we reduce seven, we

1    only at this point is at 67. If somehow I got to give

2    up whatever your calculation is. Say that, what would

3    that be?

4            MR. KILLINGSWORTH:  So if you want me to show

5    you the scenario, I can show you the scenario. I -- I

6    can't give -- so it's the whole picture. I can't give

7    an isolated picture because anything that -- that you

8    change impacts other districts.

9            So I mean, I can -- I can show you a map and

10   you can say, no, I don't want to do that, I want to do

11   this but the consequence of doing that may be an impact

12   on eight.

13           It may be an impact on nine cause you're --

14   you -- I think you do touch nine in the southern end.

15   So I mean, I can't -- I can't stand here and say 10

16   won't change, 10 could change. What I can say is we

17   have a scenario that meets the criteria may not meet

18   your all's needs, but meets the criteria in which 9,

19   10, and 14 don't change.

20           MR. GAFFNEY:  So I'm going to allow others to

21   speak and [inaudible]

22           MS. PRIESTLY JACKSON:  Okay, council member,

1    Pittman, eight.

2            MS. PITTMAN:  So I have had an opportunity to

3    meet with Mr. Howard and Mr. Killingsworth and have

4    looked at map and looks like if I can pick up some from

5    Councilman White as well as Councilman Gaffney, that

6    will make me whole. So, you know, I'd like to have a

7    discussion on that.

8            If -- if Councilman Gaffney wants to stay the

9    same, I don't know how that impacts, but I want to make

10   sure that ensure that, you know, the -- the -- what was

11   the -- what was the new word? Community of interest --

12   [laughter] -- stays and not losing it. You know, the

13   area was looking at on the west side, it may take a

14   little bit to grow and it may not be during the next 10

15   years or so. So I want to make sure that the urban core

16   and just outside of the core that is represented.

17           So I just kind of need, you know, the -- the

18   support of my colleagues and what they're willing to

19   give up to make me whole, and that's kind of what we're

20   here today. And you may want to talk about our

21   discussion either you or Mr. Holland to make that

22   happen.

1          MS. PRIESTLY JACKSON:   Right. And so what I

2    would like before he does that, I'm very clear, I -- I

3    believe there were several meeting, other parts. Yes. I

4    think it's only fair that everybody in this group has

5    the opportunity to articulate before we find that input

6    from others outside of this. So we, every council

7    district before we come back.

8          MS. PRIESTLY JACKSON:   Okay. Councilman

9    Dennis.

10          MR. DENNIS:   Thank you -- thank you to the

11    chair. In looking at the numbers seven and nine I have

12    no desire to -- to ship the 67,706 falls into 5

13    percent. I'm good with that because losing any

14    population will drop me under that. So -- so I'm just -

15    - I've just rested that no desire to -- to shift to

16    move keep that I just said.

17          MS. PRIESTLY JACKSON:   Thank you. And I'm --

18    I'm -- in 10 and looking at our numbers of 675, 6,7, I

19    am too within the 5 percent and I have always

20    maintained since I was elected that district 10 is

21    extremely diverse with half of the district in the

22    Southwest and half of the Northwest. And as

1  Jacksonville becomes more ethno-racially diverse,

2  district 10 reflects that.

3          I have zero desire to change, I am not

4  interested in increasing any specific communities of

5  interest ie African Americans or any others in that

6  group. I don't want them packed into district 10. We

7  are currently at 58 percent and I think that that's a

8  good number. It can go down, but again, I -- I -- I'm

9  very satisfied with district 10 as it currently exists,

10  Councilman White.

11          MR. WHITE:  I basically already said what I

12  need to say right in the center of my district, 10 more

13  years that's will get smaller land wise if not five

14  years, so I understand that and I understand I get some

15  up just appear numbers. And in another say 10 years

16  it's changed again get smaller.

17          Right now, I'm the largest land area of the

18  city and that's changed rapidly over the last 10 years.

19  So I've met with Mr. Killingsworth and we've identified

20  some areas that I think will -- will do what we need to

21  do for -- for my colleague, which we're good neighbors

22  by the way. So we across the lines anyway so we looking

1    at 2,000 or 3000 for me, is that roughly, I guess --

2            MR. KILLINGSWORTH:  Actually if we took you

3    3,000, you would probably be low. So we know we're

4    probably between 1,500 and 2,000 people.

5            MR. WHITE:  And I think something.

6            MR. KILLINGSWORTH:  Fifteen I said 2,000,

7    right? Not 20,000.

8            MR. WHITE:  And I think -- I guess when we get

9    through you don't -- you you've already looked at

10   you're fixing to show us your thoughts.

11           MR. KILLINGSWORTH:  Right.

12           MR. WHITE:  Okay.

13           MS. PRIESTLY JACKSON:  Anything else?

14           MR. WHITE:  Good.

15           MS. PRIESTLY JACKSON:  And I just want to tell

16   you that you are beacon because you have the most

17   ethno-race diverse district on our side. So you have 52

18   percent white neighbors and 30 percent African American

19   neighbors and you also have 11 percent Latino neighbors

20   and 4 percent Asian.

21           MR. WHITE:  There's -- there's something to

22   that.

1          MS. PRIESTLY JACKSON:  That is magic.

2          MS. DEFOOR:  I'm, you know -- I've -- I've met

3    with Mr. Killingsworth, I've given him my thoughts. I -

4    - I like the boundaries as they exist today. And you

5    know, the only area that I could see growing in would

6    be in Argyle area. Just because they -- just because

7    they get tired of having so many representatives, you

8    know what I mean? I mean, I -- I go to their meetings

9    and kind of feel bad for them. They don't -- they feel

10   like they're in so many different. They don't -- they

11   get overlooked.

12         MR. BOWMAN:  They get too many groups.

13         MS. PRIESTLY JACKSON:  Oh, they've got --

14         MR. BOWMAN:  Me?

15         MS. PRIESTLY JACKSON:  They've got four.

16   They've got Randy, they've got Garrett, they've got

17   you, and they -- they've got me so four -- four

18   different representatives. But other than that, I am

19   very happy with my district. I'm very close to my

20   district and I would -- I'm honored to represent who I

21   have today.

22         MS. PRIESTLY JACKSON:  Dr. Coker Daniels

1  school board share and -- and Councilman Willie who's

2  covered by the same [inaudible]

3          DR. DANIELS:  The, say the liaison taking good

4  notes, but I'll defer. School Board Member Willie is

5  actually representing these areas again, I'm -- I'm

6  city council districts one and two.

7          MS. PRIESTLY JACKSON:  Ops, he needs a mic.

8          MR. WILLIE:  Thank you -- thank you everyone

9  for being here. Thank you for this time. Yeah, I mean,

10 I'm -- I'm interested to see the scenarios I'll default

11 to our wonderful council folks that -- that do not want

12 to change.

13         I do think the critical area Councilwoman

14 Pittman said is going to be eight and where we shift

15 either top or bottom or how we move that.

16         But my question is, I know we've talked about

17 the 5 percent range. I'm just wondering, and -- and you

18 kind of mentioned it with the numbers. So what roughly

19 number wise, is it 1,000, 2,000? What -- what does --

20 how does that move? That 5 percent roughly.

21         MR. KILLINGSWORTH:  So it's -- so it's 10

22 percent of 71,000, so it's 71,100 people. Sorry. So the

1    target 71,000, 10 percent of that is 71,000 people.

2    That's -- that's one way of looking at it, but the way

3    we actually measure it is -- is when we come up with a

4    scenario, we take the smallest district and multiply

5    that by 1.10 and that then becomes the largest, but we

6    have to have that 71,106 in the range.

7            MS. PRIESTLY JACKSON:  And he's asking about

8    the 5 percent, we were saying that I think our

9    conversations, that redistricting meetings where we was

10   always -- if you were in a 5 percent deviation, we

11   didn't look at changing. And so under that, I know you

12   all have moved to 10 percent now but the 5 percent only

13   implicates eight for us in terms of being under the 5

14   percent.

15           MR. WILLIE:  Got it.

16           MS. PRIESTLY JACKSON:  Is that correct?

17           MR. KILLINGSWORTH:  So the 5 percent was just

18   an example if the variance was equal on each side of

19   71,106, if the variance isn't. So if -- if we take some

20   from 12 and give it to eight, and then 12 ends up 6

21   percent below 71,000, that means we can only be 4

22   percent above 71,000 for our largest district in the

1    county.

2            So the 5 percent was drill -- really just the

3    simplistic way of looking at a normalized curve, but

4    the curve could be shifted left or right.

5            MS. PRIESTLY JACKSON:  Well, I actually like

6    the 5 percent, because if you take -- if you use a 5

7    percent, that means the only districts that are below

8    that are ele- -- are above are 11. It means four and

9    you know, everybody else is within that 5 percent

10   deviation. So go, and then you look at the other way

11   would be 14, not 14, 13 and eight. So four of 14 are

12   outside of the 5 percent. Right? And then the other 10

13   of --

14           MS. DEFOOR:  Of 14.

15           MS. PRIESTLY JACKSON:  Oh, of 14?

16           MS. DEFOOR:  No, 14 and 13

17           MS. PRIESTLY JACKSON:  No. I'm talking about

18   the total number district [talking over each other]

19   four of 14 --

20           MS. DEFOOR:  Got it.

21           MS. PRIESTLY JACKSON:  -- are outside of the 5

22   percent deviation and the other 10 are within it over

1    or under --

2          MR. KILLINGSWORTH:  Yes ma'am. So I'll give

3    the example of council district 11, they have to give

4    up between 16 and 20,000 people. So those people have

5    to go somewhere so immediately that skews the existing

6    number. And so when that skews the number, we have to

7    figure out how much we can give to each one of those

8    and still keep everybody within 10 percent of --

9          MS. PRIESTLY JACKSON:  And I get that. And --

10   and I guess just because our -- my -- my presumption

11   was from our redistricting meeting, we don't want to

12   cross the seven bridges if we don't have to. That's

13   what was said in the redistricting meeting. So I was

14   heartened with that information because that meant

15   those of us who were across the seven bridges, we just

16   have to help Councilmember Pittman.

17          So our life, and let's be clear, this change

18   came about because of request of communities of

19   interest in the last redistricting, namely the beaches

20   and some others that wanted to be together, so no

21   offense but that was largely of their own creation not

22   the Northwest and the Southwest. So again, we are -- we

1    are understanding, I just don't want to roll across

2    them seven bridges problems that weren't created in the

3    South and the Northwest.

4         And so I think we're all open to doing

5    whatever we need to do for district eight but in all

6    honesty and candor, I -- I would hope that the others

7    on the -- on the south and the beaches would be able to

8    work with, you know -- within their -- their parameters

9    and everything else. And I -- and I'm particularly

10   cognizant of not packing any more minorities in 7, 8, 9

11   or 10. In fact, I think with certain scenarios, council

12   member Pittman currently has the largest percentage of

13   African American. She has 68 percent.

14         MR. KILLINGSWORTH:  Sixty-eight percent.

15         MS. PRIESTLY JACKSON:  Seven has 60 percent --

16   seven has 60 percent, nine has 57 percent, and 10 has

17   58. Why do I know these numbers? I came on the school

18   board during the No Child Left Behind era. So all we

19   did was just navigate numbers back and forth. Well,

20   there's no racial identities.

21         So our goal would be to get everybody, you

22   know, down to 60 percent or below and I think we can do

1    that because that is unfair to our neighbors that they

2    are packed in one particular group, particular is

3    Jacksonville continues to ethnoracially diversify. So

4    that -- that any other --

5         MR. WILLIE:  Can I ask one other follow-up

6    question of -- because in the scenarios too, yes, we

7    folks don't want to lose seats, but is there a scenario

8    where you have potentially 9, 10, 9 gain seats and

9    still stay within that threshold.

10        Because if you -- you could move from 12 to

11   some of these other ones and you have -- eight's the

12   logical -- but there's also room to actually shift some

13   of those to actually get more and instead within that 5

14   percent, even though that's not the actual.

15        MR. KILLINGSWORTH:  Quite frankly, there are

16   infinite number of variations we could come up with.

17        MS. PRIESTLY JACKSON:  Well, what happens

18   because we're not really low, even with 14, we're all

19   within the same average. What happens if you try to

20   change 9 and 10, you run the risk of further packing

21   minorities, African Americans in there and we need to

22   be moving away from that.

1          You can keep majority as much as you can as a

2     community of interest. But in 2021, we must be

3     cognizant of perceptions of packing African Americans

4     in any district because it further dilutes their voice

5     and vote throughout the rest of the city. So that was

6     one of the issues and one of the scenarios for us to

7     consider it. Yeah.

8          MR. WILLIE:  I'm good.

9          MS. PRIESTLY JACKSON:  You want to -- you want

10    to show us what?

11          MR. KILLINGSWORTH:  Sure. Give me just a

12    second.

13          MS. PRIESTLY JACKSON:  [talking over each

14    other] stand up with?

15          MR. KILLINGSWORTH:  And I might add so that

16    there are copies of this map behind if you want a

17    bigger one, right where you can see it.

18          MS. PRIESTLY JACKSON:  [inaudible]

19          MR. KILLINGSWORTH:  So on this map you're more

20    than welcome to look south and east of the river, but

21    we're actually still working there. The numbers

22    validate, sorry, me got the mic. I mean, you -- you're

1   more than welcome to look south and east of the river

2   but we're still kind of working on that, but I will

3   tell you the numbers we're within the deviations.

4           So after the notice meeting with Councilman

5   Bowman and then there was one with Councilman Becton,

6   it became clear that -- that there was a desire to look

7   at leaving two crossing the river. So we did that on --

8   on this scenario and two is actually the same

9   boundaries as it exists currently.

10          And so -- and then I've already told you that

11  9, 10, and 14 are the -- are the same boundaries. And

12  so the interplay comes in between district 7,8, and 12.

13  And on -- on this scenario and Ms. Pittman and I sat

14  down and so she had some modifications, but what we

15  looked at was moving her west to the -- to the county

16  line following along Beaver, and then picking up

17  whatever extra she needed to get to her minimum, as

18  well as picking up a little bit over here from

19  Councilman Gaffney.

20          MS. PRIESTLY JACKSON:  You may -- can you

21  identify what those areas are? I think that would help.

22          MR. KILLINGSWORTH:  It will. Yeah. And -- and

1    so on all of these areas, I had talked with the --

2            MS. PRIESTLY JACKSON:  No, can you tell us

3    what they are when you say pick it up a little bit here

4    a little bit there.

5            MR. WHITE:  I can tell you all where eight

6    comes into the corner there, point out Otis road that

7    that's -- that -- that would be their red line right

8    there. Beaver Street would go right down the center of

9    Baldwin and that splits Baldwin. I don't care what

10   happens really to the east at the top that would be the

11   Northeast area.

12           What I give up but I don't, approach I

13   personally don't want to split Baldwin with -- that's

14   why it started at real one at Otis and I had the west

15   side of Otis and she had the north side and that seemed

16   to work and it went down Old Plank Road. I don't mind

17   it going Beaver after it gets off Otis but I really

18   don't think a small town of 638 people should have two

19   district councilpeople.

20           MR. KILLINGSWORTH:  And one of the things that

21   I heard from --

22           MS. PRIESTLY JACKSON:  Bill, sorry. Can you

1    talk about with that seven you said part [inaudible]

2         MR. KILLINGSWORTH:  This part up here on

3    seven.

4         MR. GAFFNEY:  Is that -- where is US 1 at?

5         MR. KILLINGSWORTH:  So Main Street is right

6    here. This is Lem Turner Road where eight and seven

7    share a boundary, and I don't remember what this road

8    is here, but that's -- that, -- it's that little dog

9    that shoots west.

10        MR. GAFFNEY:  So where Dunn's avenue

11        MR. KILLINGSWORTH:  Dunn's avenue is right

12   here.

13        MR. GAFFNEY:  So actually it taking part a bit

14   of what I call -- and I -- there's no way I can support

15   that. It take quite a bit of Dunn's avenue.

16        MR. KILLINGSWORTH:  So you would keep -- you

17   would keep from here east under this scenario.

18        MR. GAFFNEY:  Now, if I look at what you got,

19   if you go down Dunn's avenue, that's quite bit you

20   taking away from me, you would recommend them keep

21   going all the way to the -- all the way to [inaudible]

22   road.

1          MR. KILLINGSWORTH:  Which way do you want me

2     left or right? Which direction do you want me to go?

3          MR. GAFFNEY:  Well, if you're going down,

4     Dunn's going west.

5          MS. PRIESTLY JACKSON:  You want to get up and

6     eat when you feel like you feel comfortable [talking

7     over each other]

8          MR. GAFFNEY:  I'm -- he's taking too much from

9     me.

10          MS. PRIESTLY JACKSON:  I know, point it and

11     show because these folks are watching and they'll

12     better understand if you going to point out what we're

13     talking about.

14          MR. GAFFNEY:  Okay. So what you saying this

15     down. Correct?

16          MR. KILLINGSWORTH:  Yes.

17          MR. GAFFNEY:  So everybody think this is on

18     district seven over right here. This is already eight

19     right here.

20          MR. KILLINGSWORTH:  Correct.

21          MR. GAFFNEY:  So you taking part of this and

22     this is [inaudible] that's just still got more or not,

1  so you still part it more and I'm -- so I'm [talking

2  over each other] but if I'm giving that up and you

3  saying just two is the same, that what I'm -- what I

4  did because everything I'm losing.

5          MR. KILLINGSWORTH:  I hadn't gotten to that

6  part.

7          MR. GAFFNEY:  Well, because it hasn't come

8  from me.

9          MR. KILLINGSWORTH:  So -- so -- so what we

10 did, and so this is a discussion point between seven

11 and eight is we gave down here Kings where Kings Road

12 and I-95 where the three of your districts come

13 together. There's a lot of population there and it's

14 principally African American.

15         MS. PRIESTLY JACKSON:  You said three you're

16 talking about.

17         MR. KILLINGSWORTH:  It's nine --

18         MS. PRIESTLY JACKSON:  Sven, and eight.

19         MR. KILLINGSWORTH:  -- seven and eight where

20 they all come together at King

21         MS. PITTMAN:  It's at Myrtle Avenue area?

22         MR. KILLINGSWORTH:  Yeah. Myrtle. Exactly. So

1  we moved that population over that did two things. It

2  balanced you out. And it also lowered the minority to

3  for council district eight is 64 percent as opposed to

4  68 percent.

5        MR. GAFFNEY:  So this is -- this is 95 right

6  here.

7        MR. KILLINGSWORTH:  So this is main -- that's

8  main right there. This is 95 right here, so you picked

9  up that little piece right here.

10        MS. PITTMAN:  Is that a street area?

11        MR. KILLINGSWORTH:  Yes ma'am.

12        MS. PITTMAN:  And -- and so if that's the

13  case, I'm not willing to give that, so you know, based

14  on our conversation.

15        MS. PRIESTLY JACKSON:  And -- and while we're

16  talking, I just want to thank our Council President

17  who's actually the at large, that covers a lot of the -

18  - the districts that are up here who's joining this

19  council. So president Newby, thank you so much for

20  embracing us with you.

21        MR. NEWBY:  And I'm not willing to give off

22  none of that.

1        MR. KILLINGSWORTH:  Mr. President, you don't

2   want to be a district member.

3        MR. NEWBY:  No, I'm not.

4        MS. PITTMAN:  [inaudible] today. He said, I

5   have to either come over or come down.

6        MR. GAFFNEY:  But if -- if you take him this

7   way, now you -- now you causing effect across the

8   water. Try not to do that.

9        MS. PITTMAN:  Okay. Right. But at the end of

10  the day, I -- I definitely need to.

11        MR. WHITE:  I need to get up with them.

12        MR. KILLINGSWORTH:  Yes, you may want -- yeah.

13  You might want to.

14        MS. PRIESTLY JACKSON:  What you said, you

15  saying about Baldwin is totally big.

16        MS. PITTMAN:  Yeah. So this right here, I -- I

17  don't want all the way to Baldwin. That doesn't make

18  sense, you know.

19        MR. KILLINGSWORTH:  She -- she did it on her

20  map.

21        MS. PITTMAN:  Yeah. So I have -- there's a

22  forest that's right here that there's no people, right.

1     So it -- it's either here or here, and so that's either

2     12 or 7.

3          MR. KILLINGSWORTH:  So -- so the challenge --

4     let me explain the challenge is that the reason we came

5     out -- initially there was I think both by Councilman

6     White and by Councilmember Pittman to see about taking

7     this area was a surprisingly large number of people

8     there, and if we took all of that, then it would lower

9     11 too low.

10          MS. PRIESTLY JACKSON:  What area is that?

11          MS. PITTMAN:  Twelve.

12          MS. PRIESTLY JACKSON:  I don't -- what's the

13    area?

14          MR. KILLINGSWORTH:  Oh, it's north of -- north

15    of Beaver Street between --

16          MR. WHITE:  She has the north side of Plank

17    Road and I have the south side.

18          MR. KILLINGSWORTH:  So when -- when I met with

19    Ms. Pittman this morning, she would prefer to give this

20    back and then add this way until she reaches her

21    number.

22          MR. GAFFNEY:  Can make a suggestion. So we

1    won't -- this is going to take all those. If you

2    willing to give up 12, I -- what we trying to get 2,000

3    and we trying to get the two for eight.

4            MR. KILLINGSWORTH:  Yeah. About 2,900.

5            MR. GAFFNEY:  So, and I show that calculation

6    did, even though I know now we can change it. My

7    suggestion to all of us on the Northside time, each one

8    of us give up one.

9            If you give up three, I give up three, he'd

10   give up three, that makes her whole, we always get each

11   other because I know you looking at me, like [talking

12   over each other]

13           So, but I'm giving and I want to go, I don't

14   want to go east because now I'm in which every on that

15   side, this complicated, the easy way to do this was

16   won't spend a whole year trying to figure this out and

17   allow the chairperson to make a decision. That well as

18   President.

19           Thank you, sir. Go ahead, each one of us

20   consider giving her a one [inaudible] which may be 300

21   on subject. And -- and the reason I said, cause we

22   weigh each other is just, one -- is just one.

1        Instead of me trying to come up with 12 and

2   Mr. White, trying to come up with 12 every and -- and I

3   got the same numbers that the other districts have. So

4   I -- I'm just trying to give a suggestion here, get us

5   to where we need to be.

6        MS. PRIESTLY JACKSON:  Okay. So I think

7   thatCouncilman White said you're com- -- you have

8   1,200. Are you comfortable with that number of 1,200 if

9   it doesn't separate?

10        MR. WHITE:  Like I said, we put Baldwin back

11   into one batch and we go down Old Plank Road. That's

12   what we got the back.

13        MR. GAFFNEY:  So -- so we can do that or we

14   can come back. I know what's on the other side of us

15   one, but I do have some communities over there. She can

16   have -- they can have all that because we share that on

17   other side of us one and I'm not sure what he can do us

18   want.

19        MR. KILLINGSWORTH:  Well -- well, this is US 1

20   right here. That's 17. So, so you're talking about

21        MR. GAFFNEY:  It's right up in here. It goes

22   so she can have all of these here.

1          MR. KILLINGSWORTH:  From me?

2          MR. GAFFNEY:  All [Talking over each other]

3   got two or three communities.

4          MR. KILLINGSWORTH:  So that's -- so this is

5   New Kings Road here?

6          MR. GAFFNEY:  Yeah. So -- so --

7          MR. KILLINGSWORTH:  So west of there?

8          MS. PRIESTLY JACKSON:  Yeah. Let me be clear.

9   I understand what you're saying, it's not because of

10  the the great love. I don't appreciate you. They a

11  shared interest. I don't know that. I feel that it's

12  our shared interest the same way. I think if we start

13  tweaking 9, 10, 14, all the others that's a ripple. And

14  then that doesn't and so I would like to see what

15  numbers we're left with it. We got 1,200 from 12. What

16  numbers we're getting from you to try to get to the

17  2,000 from seven, and then we can see what we're

18  actually living -- dealing with.

19         MR. KILLINGSWORTH:  Yeah I want you tell me

20  what you're willing to give up then I can --

21         MS. PRIESTLY JACKSON:  Well, mine is starting

22  out nothing but we consistent so much.

1          MR. GAFFNEY:  Well, we all consistent.

2    Everybody won be nothing, but we got to come to --

3          MS. PRIESTLY JACKSON:  I know we want to know

4    our number though. We have 1200 from 12. What numbers

5    are -- is she able to get from seven?

6          MR. GAFFNEY:  So I'm I just made concession

7    right here. We -- we share US one back over there, I

8    got a couple seven being maybe 500, maybe more. She can

9    have all that there.

10         MS. PRIESTLY JACKSON:  How many we think that

11   is?

12         MR. DENNIS:  I don't know. So I don't mean to

13   -- I don't mean to interrupt, but I think in the last

14   redistricting committee we asked for you to have the

15   laptop or whatever set up on the screen because you can

16   move that cut the line and have the population right

17   there. So are you able to -- I see your status, are you

18   able to remote in to the map in the population so we

19   can do it now because kind of --

20         MR. KILLINGSWORTH:  Going, we -- we are not,

21   and I don't know that the system is fast enough that --

22   that we could take four voices at one time and make

1    changes to it.

2            MR. DENNIS:  And no, I think it's only one

3    voice and this sounds well Mr. -- Mr. Holland, If I

4    could -- Mr. Holland, I know we exactly -- Mr. Holland,

5    if I can help this come up because we did this 10 years

6    ago and system very quickly [talking over each other]

7            FEMALE:  But I think there's two different

8    issues. One is as Mr. Killingsworth to look at the

9    entire system at one time, it does, it has to populate.

10   If you're looking at census blocks or areas of saying

11   how many people are in that you can do that.

12           MR. KILLINGSWORTH:  I can do quickly.

13           FEMALE:  Yes. And that's really what you're

14   asking about, is in that area there, how many people

15   there are not what it's going to impact to the next one

16   or next one. But yes, he's got the technology that you

17   can at any area or census bloc and say there's 600

18   people here and I -- and Mr. Gaffney says, I can give

19   you up 600 and now you know you've got 600 more than

20   you had before. He should be able to do that.

21           MR. DENNIS:  So can we -- can we get on the --

22   the computer over there and you have your staff?

1           MR. KILLINGSWORTH:  No. The software we use is

2     key lock onto a specific machine, so I can -- I can

3     arrange to have that key lock put on the laptop, but

4     it's not something I can do today.

5           MS. PRIESTLY JACKSON:  Today. Okay. So let me

6     see, but let -- let me just look, there's a running

7     joke that I'm an attorney because if I were really good

8     in math, I'd be a doctor. Now I just heard you all say

9     that for that area that Councilman Gaffney does not

10    want to lose. He said, he'd do half. You said that

11    there were 1,500 folks over there. Right?

12          MR. KILLINGSWORTH:  My -- my recollection in

13    talking with Ms. Pittman this morning is that this area

14    that she picked up had about 1,500.

15          MS. PRIESTLY JACKSON:  Right. And so if he

16    said he wants to give half of it up half of 1,500 is

17    about 750.

18          MR. KILLINGSWORTH:  But that doesn't mean the

19    population is distributed evenly though.

20          MS. PRIESTLY JACKSON:  And that's all I'm

21    saying is --

22          MR. GAFFNEY:  I did not say how, I said.

1          MS. PRIESTLY JACKSON:  Well, you told --

2          MR. GAFFNEY:  No. I said he was giving up 12

3     and I said, I was willing to give up on old Cane road.

4     That's what we trying to figure out. West off Old Cane

5     road, I don't -- I got up by two or three communities

6     over there. She has something I'm giving all that up so

7     when you go down US 1, Old Cane Road, she'll pick up --

8     it can be one -- one community. It can be five -- it

9     can be 500 to be 1,000. I have no idea right now.

10         MS. PRIESTLY JACKSON:  Okay. And -- and again,

11    I wasn't doing a hard number. I just looked at the

12    little line you drew, right? Then you just draw a line

13    straight down right there. Right. Yeah. With my glasses

14    on I can see that right.

15         MR. GAFFNEY:  So would it don't have right

16    now, if -- if this was a real map, it'll have some gray

17    -- I mean, some brown right up in here which is me. It

18    don't have that. So saying that she's -- I'm giving all

19    this what some of this is mines, I'm giving that to her

20    right now, so he knows that.

21         Now that may bring 12 and say four or five, if

22    that's the number she'll have 19, I don't know until he

1   tell us the hard number, but at least we got to run and

2   start. So what my suggestion would be, let him go back

3   and calculate that, that'll get us closer to where we

4   need to be the next time we come so it's now we not

5   talking about 2,500, we may be talking about 500 and

6   then we now can sit down and figure how to come up with

7   another point.

8          MALE:  And Council- -- Councilman Gaffney to

9   your numbers is in this scenario which Councilwoman

10  Pittman already said, she did not want to give up. You

11  picked up some, so back to your original district at

12  the 5 percent median, you're about 220 less. So really

13  you can't give up much.

14         MR. GAFFNEY:  I already know that, but I'm

15  trying to --

16         MALE:  But for the audience, you can't give

17  up, but you could give up a little bit if the median

18  drops down some, but that is -- is like going back to

19  what we said originally is she picks back up what she

20  had down in the -- in the city area and you stay with

21  everything you got but just a little bit of that west

22  of -- of -- of US one new Kings Road, that area is

1    where you're talking about.

2         MR. GAFFNEY:  I may, when he come back with

3    the numbers, I may be below the line but I we'll figure

4    that out when we get there but I got -- we got to give

5    him something to work with.

6         MS. PRIESTLY JACKSON:  So that's what we do.

7    So we want -- I want the reason I'm wanting you up,

8    Councilman Gaffney was I want him to mark the areas

9    that we know that we want the numbers so that when we

10   schedule our next meeting which we're going to have to

11   have, we will have those areas that council members

12   say, I am comfortable with, we're looking at that area.

13        We -- we have articulation from council member

14   White in terms of what he's -- what he's willing to

15   look at. You're sharing Councilman Gaffney, what you're

16   willing to look at when we get those numbers. And then

17   Councilwoman Pittman shared, she did not want to lose

18   her poor area. So add those numbers back in and see how

19   that moves everybody else around those.

20        MR. GAFFNEY:  What it could be though because

21   I'm -- I'm -- I'm just at sixty what? Sixty -- 67 --

22   9,000.

1          MR. KILLINGSWORTH:  Sixty seven.

2          MR. GAFFNEY:  So if I'm giving up 500, I may

3    come back, you all now trying to figure out how to get

4    me something. I don't know.

5          MS. PRIESTLY JACKSON:  Yeah, exactly.

6          MR. GAFFNEY:  But that may be exercise we got

7    to worry about, and then to Councilman Bowman, again, I

8    may have to go more west. Now that causes a ripple

9    effect through the whole city. We don't have to deal

10   with that.

11         We shouldn't have to do that, we should be

12   able to when we all go back look at a community that we

13   may want to share to 300 people's way. We don't -- we

14   shouldn't have to worry about all this here, if we --

15   if we go back this way, now you forcing all this this

16   way and it just created a mess.

17         So my recommendation, he has a -- a working

18   tools now with what I'm giving up and Councilman White

19   giving up when we come back he'll then -- we'll take a

20   look at our total numbers. But I -- I want all us to

21   think what else and including you, Mr. White, what else

22   we possibly can do because we can't be talking no more

1    than possibly about five hundred.

2           MS. PRIESTLY JACKSON:  Well, and we not even

3    be that high.

4           MR. GAFFNEY:  It may not, but we -- but I want

5    us to come back with thinking what if, what's the next

6    return? That way we -- we won't come back to disagree,

7    we'll come back willing to say, this is how I think we

8    can get to the finish line. Yeah.

9           MS. PRIESTLY JACKSON:  So -- so can we get

10   from the record --

11          MR. KILLINGSWORTH:  Just to ask a question

12   council member, White, my understanding is you're

13   willing [talking over each other]

14          MS. PRIESTLY JACKSON:  For everybody record

15   the state, what areas they were talking about so you

16   could have all of that. Exactly. Right?

17          MR. KILLINGSWORTH:  So this part north of

18   Beaver and south of Plank Road --

19          MR. GAFFNEY:  I'm trying to make sure they

20   don't touch Mr. Bowman because he's the chairperson, if

21   I keep him happy and I know he got my best.

22          MS. PRIESTLY JACKSON:  He's on the other side

1    of [talking over each other]

2           MR. WHITE:  It did come and went back Beaver

3    and went back up Halsema. I don't mind going this way,

4    you know, this is Chaffee and maybe turning up Chaffee,

5    so that's already hers. That's hers now, but the old

6    one -- the old one come down and come back up Halsema,

7    went up Old Plank. I'd give this part of Old Plank up.

8           MR. KILLINGSWORTH:  How much of going this

9    way.

10          MR. WHITE:  I'd rather -- I'd rather come back

11   here and give her some of this corner and keep this

12   where -- where's 10,000 [inaudible]

13          MR. KILLINGSWORTH:  So this block's fine. And

14   then you would prefer, I start here then go -- go west,

15          MR. WHITE:  Turn -- turn on. Chaffee, if you

16   can give me Old Plank Road or turn back up on Jones

17   Road.

18          MR. KILLINGSWORTH:  Okay.

19          MR. WHITE:  And if you come back up to Beaver,

20   that's fine.

21          MR. KILLINGSWORTH:  All right.

22          MS. PITTMAN:  Well, first of all I want to say

1    thank you because that's kind of what we had talked

2    about earlier on that made a whole lot of sense.

3              So he wouldn't have to give up a whole lot and

4    it was consistent in the neighborhoods that he wanted

5    and the same with you, Councilman Gaffney, those are

6    the areas that I talked to Jerry and Killingsworth

7    about, so if we're able to do that and you can go back

8    and get the numbers that will make me whole and then it

9    doesn't impede on the other districts that are in close

10   proximity. We're just across the street.

11             MR. WHITE:  The old line and new line, did you

12   gave Mr. Killingsworth amount here?

13             MR. KILLINGSWORTH:  No. Because -- because

14   what happens is you get down to where you're at the

15   minimum, so I can't add any here, otherwise I have to

16   give back to you somewhere else.

17             MR. WHITE:  Because I'm thinking right here.

18   I'd rather think she should have because it's about the

19   same thing that I just fought for here. We're splitting

20   a little area there and these people don't know to call

21   and -- and I wouldn't have a problem if that makes

22   numbers work or take a bit there's [inaudible]

1          MR. KILLINGSWORTH:  It's certainly doable, but

2     what -- what it does is your numbers too low and now I

3     have to get more from somewhere else.

4          MS. DEFOOR:  Don't know this, I literally just

5     was looking at my map. Can I get the numbers from

6     College? If I gave up College -- north of College, then

7     he wouldn't have to give up as much why wouldn't have

8     to give --

9          MS. PRIESTLY JACKSON:  You already right below

10    the 5 percent. So that's [talking over each other]

11         MS. DEFOOR:  I don't know. I don't know. I'm

12    just --

13         FEMALE:  I would allow her to pick up some

14    Argyle that's [inaudible]

15         MR. KILLINGSWORTH:  So where?

16         MS. DEFOOR:  Above college street, which I

17    think is in more of a feel of -- right next to it, it's

18    more like -- well, I mean then Garrett would have to

19    give out some of his, but I don't know if we're going

20    to play. It is -- it's a -- it's a otherwise I need to

21    stay where I am.

22         MS. PRIESTLY JACKSON:  So what I'd like for

1    everybody to do is just to state on the record, those

2    areas that we want primarily consider. So we've had the

3    ones from 12, seven and what eight and then any other

4    areas of consideration. So Councilmember DeFoor, if

5    there's an area you weren't considered.

6            MS. DEFOOR:  I was just trying to be a team

7    player. I didn't want to be one that didn't help.

8            MS. PRIESTLY JACKSON:  Yeah. My team players

9    get this all together. Yeah. One the council members

10    before we [inaudible]

11            MS. DEFOOR:  Was just going to say, if we can

12    look at those numbers and if that in a -- in a making

13    sense, I realize I, you know -- I need to probably pick

14    up a few right. Or no, am I -- I can stay where I am.

15            MR. KILLINGSWORTH:  Yeah. Under this scenario

16    you could stay right where you are, 9, 10, and 14 can

17    stay exactly the way.

18            MS. DEFOOR:  Okay. I guess what I'm trying to

19    say is if we start messing with nine and 10 --

20            MR. KILLINGSWORTH:  Right.

21            MS. DEFOOR:  -- then we can talk about that.

22    Yeah.

1        MR. GAFFNEY:  But again, I -- I urge everybody

2   when we come back together, we don't know what those

3   total numbers is going to be, but come with a mindset

4   what if I got to give one subdivision of one community

5   job? Because it's not going to be fair if when we come

6   back that say, okay, Mr. White, we need another 300 for

7   you and Councilman Gaffney will need another three. We

8   all need to be thinking just like Councilwoman DeFoor;

9   I think what I can do to help.

10        We may be good, and I'm pray that we good us

11   one if our prayer turns out good, but we may not be but

12   what I'm hoping to do the next time we come, we can get

13   to the finish line. If we come not to come to give up,

14   will come to have a plan B, that's all I'm saying.

15        MS. PRIESTLY JACKSON:  Well, and, and that's

16   why my, I just said everybody on the record to say what

17   they're willing to have consider. So you shared yours.

18   I think Councilman White wants to say something that

19   everybody can get their record to make sure Mr.

20   Killingsworth has a clear understanding of those areas

21   that council members are willing to put into play.

22        MR. BOWMAN:  And -- and thank you, Madam

1    Chair. And at the end, you want me to summarize the

2    previous meeting, so people have an idea of what's

3    going on to the Southeast and I'm happy to do that.

4            One thing I want to share with this group, I

5    don't know if it's going to come under play is the

6    average of the districts that two and south is 73,589.

7    So when we talk plus or minus 10 percent, I think some

8    of the scenarios that you're all looking at right now

9    are going to want to use that maybe go on a little bit

10   on the low side of minus 5 percent.

11           I think it's going to be a real challenge

12   because we're going to have to be very -- very close on

13   that section because just to be averaging 73, 589

14   that's several points of the average as well. So one

15   thing I wanted to ask and -- and then, like I say, come

16   back to the end, I love about is -- is if -- if that

17   becomes a problem, Mr. Killingsworth, and -- and I

18   don't want to throw Mr. Ferraro under the bus but if --

19   if you have to steal a little bit from district two.

20           Perhaps what stuff that above is up to seven

21   might actually help every -- everybody as well, because

22   we -- we've got high numbers right now that are going

1   to be real challenge I think when we start finalizing

2   what Southeast of the city.

3           MR. KILLINGSWORTH:  We looked at that, but

4   there was a desire not to go further east, so but --

5           MS. PRIESTLY JACKSON:  And let me just make --

6   I understand based on what Councilman Bowman shared. So

7   if their average is 73,000 for that, we're still within

8   that 10 percent that you broadly talked about in very

9   beginning. So I -- I -- I -- and maybe this is a proper

10  question for general counsel's office.

11          If we found those districts that are averaging

12  73,000, if their numbers were different, but still

13  within the overall 10 percent of the 71 that doesn't

14  require us on the Southwest and Northwest to try to get

15  up to that number. Does if it's the 10 percent I'm

16  talking about what's [inaudible]

17          MS. JOHNSTON:  Stay on the low end and can be

18  on the high end. It just has to balance out [inaudible]

19          MS. PRIESTLY JACKSON:  Board member Willie,

20  something wanted to share?

21          MR. WILLIE:  Yes. I have a couple quick

22  questions. I -- I didn't hear -- I know when you first

1   talked about it, I couldn't see it there was, you said

2   something about the -- the part of seven and eight that

3   touched near sort of downtown, but we didn't really

4   zoom in on that, I'd love to hear more about that

5   feature.

6          MR. WHITE:  If I can take one of these maps

7   I'll just [talking over each other] --

8          MR. WILLIE:  And then my follow-up would be

9   for like a protocol sort of to Councilman Dennis' point

10  around. If we come back together, we're still going to

11  be having the same conversation with our members. I'm

12  just wondering if there's like [inaudible]

13         MS. PRIESTLY JACKSON:  Our intention today is

14  for those council members to say the areas they are

15  willing to consider, and before we meet again for Mr.

16  Killingsworth to provide those numbers populated so

17  that when we get into this next meeting, we know

18  exactly what we're dealing with, right? So that's why I

19  want on the record.

20         Everybody say, these are the areas I wanted to

21  consider, you know, these are the areas. Can you look

22  at us and tell us how many they're there before we meet

1    again? And so our thoughts then would be to schedule

2    the meeting, I know we have a regular redistricting

3    team meeting.

4              I believe Chair Bowman has, we have that for

5    next week we would probably, I guess, schedule our back

6    in two weeks.

7              MR. WHITE:  Do you have copies and small

8    copies of that map there?

9              MR. KILLINGSWORTH:  I have copies right there

10   you can have one of those.

11             MR. BOWMAN:  So -- so -- so Madam Chair, to --

12   to your point as we talked about it does no good for

13   big meetings if we can't solve the little meetings, the

14   Southeast had a meeting -- meeting scheduled for the

15   22nd of September. So we're not going to have a big

16   meeting because I want you all to get -- have the

17   chance, get together again as well. So we're probably

18   looking at the last week of September, first week of

19   October, this committee -- this committee time and the

20   other subcommittee time. So make that should open up

21   opportunity for you.

22             MS. PRIESTLY JACKSON:  Wonderful. So we could

1    look at either the 23rd or the placeholder you have for

2    next week. If have [inaudible]

3          MR. DENNIS:  The Chair, I just want one

4    clarification. I know Chairman Bowman is talking about

5    73, but in my math if Mr. Killingsworth the over and

6    under is 74,661 with a high 5 percent and the low end

7    67,551. So is that correct? Just want to make that

8    correct.

9          MR. KILLINGSWORTH:  I don't have the numbers

10   on the top of my head, but it's basically 3,500 plus or

11   minus.

12         MS. PRIESTLY JACKSON:  And that was my

13   question. Councilman Dennis, when I asked Ms. Johnston

14   that we were required if they had a 73,000 average in

15   those districts, but it was still within the 10 percent

16   and ours was different on the other side. Did that

17   create any legal issues for us? Notice that citywide

18   average of the 71,107, I heard you say 106.

19         MR. KILLINGSWORTH:  It depends on how if you

20   round it or not, you can't have people.

21         MS. DEFOOR:  So I understand. So given that

22   67,551 number that would require 14 to grow by 300 or

1    something. Am I -- am I right about that?

2             MS. PRIESTLY JACKSON:  That's 5 percent,

3    you're okay because it still [inaudible].

4             MS. DEFOOR:  Oh.

5             MS. PRIESTLY JACKSON:  Yeah.

6             MS. DEFOOR:  Okay. All right. Thank you.

7             MR. KILLINGSWORTH:  If I can ask a clarifying

8    question. So one of the things when I met -- so I met

9    with everybody here individually and was -- and I spoke

10   with Ms. Pittman this morning, and she's okay with her

11   district staying at 68 percent but I heard from some

12   that perhaps that number should come down.

13            And one of the reasons we crossed right here

14   was to help bring those numbers down to 64 percent. Is

15   that a concern or is it not a concern? Because if it's

16   not a concern, I won't look at that and quite frankly,

17   that solves a big problem.

18            MS. PRIESTLY JACKSON:  I -- I would just speak

19   on behalf. I -- I think the 68 percent of minority

20   concentration in a district is -- is challenging and

21   problematic. It's -- it's -- it's -- it's kind of

22   packed whether intentional or not, I would like to see

1   what those numbers are with the populations that

2   everybody said that they could still consider if it

3   brings it down some, I think it's incumbent upon us as

4   Jacksonville ethno-racially diversifies and grows, then

5   we make certain all districts are doing that and we

6   don't unfairly pack any ethno-racial minority in a --

7   in a district. So for me, you know, and I don't think

8   Councilwoman Pittman has an issue with people, but if

9   she's 68 and we have seven at 60 and nine is at 57 and

10  mine at 58, we need to try to bring it down. We -- we

11  have an obligation to try to look at bringing that

12  down, particularly as Jacksonville becomes ethno

13  racially diverse.

14        MR. KILLINGSWORTH:  So -- so this is where a

15  different criteria creates so to -- to bring that

16  number down. I have to dilute --

17        MS. PRIESTLY JACKSON:  How? Well, no, just

18  give us -- if when we come back in two weeks, let us

19  know what it looks like with the new boxes.

20        MR. KILLINGSWORTH:  Okay. So what you want to

21  do is see the right number of people in the right boxes

22  and then you'll decide how you want to decide.

1           MS. PITTMAN:  Because those are real numbers

2    at real time.

3           MR. KILLINGSWORTH:  Yeah.

4           MS. PRIESTLY JACKSON:  And the reality is

5    communities of interest are ethno racially diverse, and

6    Jacksonville now, and they should be. So I would say an

7    ethno-racially diverse neighborhood does not want to be

8    separated or split up or anything else. That's --

9    that's ideally what we're looking and better together.

10   So -- so can everybody -- I want to start back since we

11   started with council- -- I'm sorry, Councilman Gaffney.

12          I'm going to start with Councilmember DeFoor

13   and she'll say what area she's willing to consider then

14   we'll go back through everybody and then get that on

15   the record so Mr. Killingsworth knows what areas that

16   we're looking at.

17          MS. DEFOOR:  I -- first of all, thank you Mr.

18   Killingsworth for your work. I prefer not to have any

19   changes, but if there has to be changes in 10 and nine,

20   that would impact I'm sure my district. So if that were

21   to happen, we can discuss possibly looking at College

22   Street, north --

1          MR. KILLINGSWORTH:  Okay.

2          MS. DEFOOR:  North of -- of College Street. If

3  I can gain in the area of Argyle.

4          MS. PRIESTLY JACKSON:  Councilman White.

5          MR. WHITE:  I have you look this down Otis

6  Road that [inaudible] straight Interstate 10 and

7  another give all of Marietta, which I think give the

8  numbers because I would think in this whole area here's

9  not two or 300 people. See, we're not changing the

10 numbers.

11         MR. KILLINGSWORTH:  So if I can ask clarifying

12 question rather than her district going all the way

13 down to Beaver and across have her district come down

14 to Old Plank and then go across --

15         MR. WHITE:  Yeah. I -- I would come down Old

16 Plank's, maybe see that maybe at Jones Road or is Jones

17 Road turn in and go all the way to Interstate 10 and it

18 makes it block -- it makes it more of a block that way

19 than cutting in and out -- in and out and then when I

20 won't lose all the people in Old Plank's, let them make

21 them somewhat happy.

22         And I think it'll give her the bigger numbers

1    that she takes if we come up Jones and go into 10.

2         MS. PITTMAN:  That's all the way down. Yeah.

3    Because I think --

4         MR. WHITE:  Yeah -- yeah. You'd have

5    everything on the -- on the east side of Jones road.

6         MS. PITTMAN:  Okay. Right.

7         MR. WHITE:  If that makes sense. Yes. I have

8    everything on the west side of Jones road.

9         MS. PITTMAN:  That would be good.

10         MS. PRIESTLY JACKSON:  I am willing to make

11    whatever tweaks around the edges of a negligible nature

12    to support all that my colleagues are willing to give

13    up for their names. So it's negligible nature around

14    the edges I'm willing to -- to do whatever that looks

15    like in my team player efforts. And Councilman Dennis.

16         MR. DENNIS:  Since I'm -- I'm sandwiched in

17    I'm the same way but I -- at this point, I -- I don't

18    want any changes however, not to speak on district

19    eight. I'm in total support of Councilwoman Pittman

20    about that Myrtle Avenue because that's been

21    historically in eight just like Graham park has been

22    historically in nine. And so I -- I support her on, you

1    know, on keeping that area and I'll be the same way

2    about Graham Park, but as far as district nine right

3    now, no changes.

4          MS. PRIESTLY JACKSON:  Councilman --

5    Councilwoman Pittman.

6          MS. PITTMAN:  I'm good in terms of the

7    recommendations and -- and, you know, it's crazy that

8    we talked about it and it -- it's ended up in this

9    period. I just want to, again, thank Councilman White

10   and -- and Gaffney for willing to do that because

11   again, I don't want the [inaudible] you know, within

12   the district which has -- it has been in the past, but

13   this will make me hold in an opportunity to probably

14   even grow if there's an opportunity within the next 10

15   years. And -- and it's diverse, you know.

16         MS. PRIESTLY JACKSON:  Councilman Gaffney in a

17   real quick recap.

18         MR. GAFFNEY:  Okay. I got it, but on a serious

19   note, it takes all us to do this. I think we're headed

20   in the right direction. Only thing again, I do is come

21   with options where we come back together because we

22   know where we're going to end when we come back, we

1    know what change, we don't know numbers but what I

2    don't want do is come back and -- and get

3    recommendations or numbers that we five too high or

4    five too short and now we back scrambling.

5          So I asked, no nobody want give up anything, I

6    don't either, but somebody has to and if -- if we all

7    going to work together, please come back in the mindset

8    of what -- what little bit, what temp you can give up

9    if we need to. But again, thank you all for this

10   exercise. I think we almost there.

11         MS. PRIESTLY JACKSON:  Thank you everybody. So

12   this is my -- and I want to ask the committee members,

13   so everybody council members so everybody knows, I

14   would think -- I would love to use the placeholder that

15   Chair Bowman has for next week's redistricting on the

16   16th. That might not be a time enough for Mr.

17   Killingsworth to, I would like for him to meet with

18   every councilmember before we get back together again.

19         So you have the numbers, you have your

20   questions answered. So I'm inclined to think the 23rd -

21   - they're meeting on the 22nd, we meet again on the

22   23rd. And if we could meet at this -- if this time is

1   work for everybody again at the 1:00 o'clock, 2:00

2   o'clock, 3:00 o'clock, let -- let know I'm thinking on

3   the 23rd at the same time, if that works 1:00 o'clock

4   on the 23rd. 1:00 o'clock, Councilman White, 1:00

5   o'clock? Okay. 1:00 o'clock on the 23rd we'll fall

6   back. And Mr. Killingsworth will you meet with all 7,

7   8, 9, 10, 12, 14. And before we get back with the

8   heart, the numbers of the areas in play, and if you

9   have suggestions from you of what we need to do when

10  you meet with us tomorrow and you want share those that

11  -- that would be the best way. Now, Councilman Bowman,

12  would you click give us a recap of what some of the

13  other colleagues South and at the beaches and the other

14  areas have shared?

15          MR. BOWMAN:  Yes. And -- and thank you. And --

16  and you guys have been very good to watch. I mean,

17  everybody's working so well together, so good -- good

18  on all of you, I appreciate it. And so -- so basically

19  if you -- you look at the map there we did in the

20  original meeting, ask Mr. Killingsworth to look at, can

21  we not cross the St. John's River and oh boy, that was

22  a bad idea. And so I had two meetings on that and

1    realized that the priority of that was -- was not

2    favorable and so gave him guidance to go ahead and --

3    and Councilmember Ferraro was fine with it crossing the

4    river so we -- we went back across the river.

5           The 13, the green one out on the beach side,

6    Mr. Diamond's district that had to grow really, the

7    only place he could steal from was the purple district

8    -- District three, that's my district. So I had to give

9    up there and which is fine because the problem child is

10   in the Southeast the pink that's district 11 Councilman

11   Danny's district. So he's going to have to give up to

12   district three, the purple to the North, and probably

13   five, the green to the -- to the east. And then you've

14   got Carrico's district, the Olive green in the middle

15   there, he's got to give up too.

16          So that's why they've got to have another

17   meeting on the 22nd, it -- it's -- we can make it

18   happen, but not there yet. District one, which is the

19   blue that Councilmember Morgan's district, that's going

20   to stay, it looks about the same, except she wanted

21   geographically take regency square mall area which is

22   fine because there's not a whole lot of residents

1   there, so that's probably going to change.

2          And I think that's kind of -- kind of -- kind

3   of the recap is that I think most of the council

4   members are close, that the hard part has been for

5   Councilman Becton's got to give up so much and he's

6   trying to give it up where he doesn't break up

7   somewhere like communities because he's got roads on

8   the way then, but meeting again on 22nd and -- and

9   hopefully on 23rd, and then I think we're -- we're

10  going to -- we'll have some skirmishes here and there,

11  but I -- I think all in all. I -- I've been really

12  pleased with how well all the council members are

13  willing to work and the support from Mr. Killingsworth.

14  So thank you, Madam Chair.

15          MS. PRIESTLY JACKSON:  And I just want to

16  thank you, Councilman Bowman for your openness and

17  willingness and flexible create first, the times to

18  work all of this out. And -- and our desire to make

19  sure our neighbors know where we are and -- and -- and

20  -- and participate in these meetings. So we will plan

21  to meet at 1:00 o'clock on the 23rd. Mr. Killingsworth,

22  he said, he's our pinata but we'll schedule plan to

1    meet with all of us before that. And I asked your

2    colleagues to do that. So they're any, and -- and you

3    can share, you know, any ideas you have or suggestions

4    you have because you are our consolidation expert with

5    -- with that. So please -- please do that and -- and

6    let us know so that we'll have hard numbers that we

7    will know before the meeting on the 23rd, where our

8    over under are anything else that we need to look at

9    and all of that. And I also think colleagues, it's a

10   good opportunity to share, you know your niche

11   communities, you know, seriously. And so that's our

12   time to kind of share what that looks like for -- for

13   our neighbors and all of that.

14            So if Council President, is there anything

15   you'd like to say before -- before we leave?

16            MR. NEWBY:  Only want to say great job great

17   meeting. I want to thank Council Chairman, Bowman

18   together [inaudible]

19            MS. PRIESTLY JACKSON:  I appreciate all of

20   you. Thank you. This meeting is adjourned. Thank you.

21

22

```
1                CERTIFICATE OF TRANSCRIBER

2        I, Chris Naaden, a transcriber, hereby declare

3   under penalty of perjury that to the best of my ability

4   from the audio recordings and supporting information;

5   and that I am neither counsel for, related to, nor

6   employed by any of the parties to this case and have no

7   interest, financial or otherwise, in its outcome, the

8   above 67 pages contain a full, true and correct

9   transcription of the tape-recording that I received

10  regarding the event listed on the caption on page 1.

11

12        I further declare that I have no interest in

13  the event of the action.

14

15  _____

16        June 3, 2022

17        Chris Naaden

18

19  (451015, Council Members Public Meeting Discuss

20  Redistricting Maps for Districts 7, 8, 9, 10, 12 and

21  14, 9-9-21)

22
```

| **A** | actually | 8:8, 9:9, 10:3, | 47:5, 49:9 |
|---|---|---|---|
| **aaron** | 6:16, 8:5, | 11:2, 13:4, | **also** |
| 4:12 | 19:2, 21:5, | 13:8, 13:19, | 9:2, 9:4, 9:6, |
| **ability** | 22:3, 23:5, | 14:1, 22:12, | 19:19, 26:12, |
| 68:3 | 26:12, 26:13, | 25:4, 25:5, | 33:2, 67:9 |
| **able** | 27:21, 28:8, | 25:18, 26:18, | **although** |
| 25:7, 39:5, | 30:13, 33:17, | 29:1, 29:5, | 2:9 |
| 39:17, 39:18, | 38:18, 52:21 | 30:21, 32:20, | **always** |
| 40:20, 45:12, | **add** | 34:17, 35:8, | 17:19, 22:10, |
| 48:7 | 13:12, 13:18, | 36:1, 36:7, | 36:10 |
| **about** | 27:15, 35:20, | 37:16, 37:22, | **american** |
| 14:3, 14:10, | 44:18, 48:15 | 38:2, 38:13, | 19:18, 25:13, |
| 14:18, 16:20, | **adjacent** | 39:1, 39:9, | 32:14 |
| 21:16, 22:7, | 11:5 | 41:8, 41:20, | **americans** |
| 23:17, 24:18, | **adjourned** | 42:6, 42:18, | 18:5, 26:21, |
| 30:1, 31:13, | 67:20 | 45:3, 45:12, | 27:3 |
| 32:16, 34:15, | **adjust** | 45:14, 45:15, | **amount** |
| 35:6, 36:4, | 12:15 | 45:20, 46:16, | 48:12 |
| 37:20, 40:14, | **adjusted** | 47:21, 47:22, | **another** |
| 41:14, 41:17, | 6:19 | 50:9, 51:8, | 18:15, 43:7, |
| 43:5, 43:12, | **affect** | 51:14, 52:8, | 51:6, 51:7, |
| 44:1, 45:7, | 6:10 | 55:16, 57:6, | 60:7, 65:16 |
| 45:14, 46:1, | **african** | 58:5, 59:17, | **answer** |
| 46:15, 48:2, | 18:5, 19:18, | 60:7, 60:12, | 12:16, 12:20 |
| 48:7, 48:18, | 25:13, 26:21, | 60:17, 60:20, | **answered** |
| 50:21, 52:16, | 27:3, 32:14 | 61:2, 61:12, | 63:20 |
| 53:8, 53:16, | **after** | 62:19, 63:6, | **any** |
| 54:1, 54:2, | 28:4, 29:17 | 63:9, 64:6, | 6:13, 17:13, |
| 54:4, 55:12, | **afternoon** | 64:18, 66:11, | 18:4, 18:5, |
| 56:4, 57:1, | 2:2, 3:17 | 66:12, 66:18, | 25:10, 26:4, |
| 61:20, 62:2, | **again** | 67:1, 67:9, | 27:4, 40:17, |
| 62:8, 65:20 | 18:8, 18:16, | 67:13, 67:19 | 48:15, 50:3, |
| **above** | 21:5, 24:22, | **all's** | 56:17, 58:6, |
| 8:5, 22:22, | 42:10, 45:7, | 15:18 | 59:18, 61:18, |
| 23:8, 49:16, | 51:1, 54:15, | **allow** | 67:2, 67:3, 68:6 |
| 52:20, 68:8 | 55:1, 55:17, | 15:20, 36:17, | **anymore** |
| **access** | 62:9, 62:11, | 49:13 | 9:13 |
| 9:13 | 62:20, 63:9, | **allowed** | **anything** |
| **across** | 63:18, 63:21, | 7:1 | 12:1, 15:7, |
| 8:17, 18:22, | 64:1, 66:8 | **almost** | 19:13, 59:8, |
| 24:15, 25:1, | **ago** | 63:10 | 63:5, 67:8, |
| 34:7, 48:10, | 6:17, 40:6 | **along** | 67:14 |
| 60:13, 60:14, | **agreed** | 28:16 | **anyway** |
| 65:4 | 3:4 | **already** | 18:22 |
| **action** | **ahead** | 12:13, 13:17, | **apart** |
| 68:13 | 36:19, 65:2 | 18:11, 19:9, | 2:10 |
| **actual** | **all** | 28:10, 31:18, | **appear** |
| 26:14 | 3:11, 5:15, | 43:10, 43:14, | 18:15 |

**appreciate**
38:10, 64:18,
67:19
**approach**
29:12
**area**
16:13, 18:17,
20:5, 20:6,
21:13, 29:11,
32:21, 33:10,
35:7, 35:10,
35:13, 40:14,
40:17, 41:9,
41:13, 43:20,
43:22, 44:12,
44:18, 48:20,
50:5, 59:13,
60:3, 60:8,
62:1, 65:21
**areas**
18:20, 21:5,
28:21, 29:1,
40:10, 44:8,
44:11, 46:15,
48:6, 50:2,
50:4, 51:20,
54:14, 54:20,
54:21, 59:15,
64:8, 64:14
**argyle**
20:6, 49:14,
60:3
**around**
7:7, 9:19,
44:19, 54:10,
61:11, 61:13
**arrange**
41:3
**art**
9:14
**articulate**
17:5
**articulation**
44:13
**asian**
9:6, 19:20
**aside**
14:16

**asked**
39:14, 56:13,
63:5, 67:1
**asking**
22:7, 40:14
**attorney**
41:7
**audience**
43:16
**audio**
68:4
**avenue**
30:10, 30:11,
30:15, 30:19,
32:21, 61:20
**average**
8:6, 12:1,
12:3, 26:19,
52:6, 52:14,
53:7, 56:14,
56:18
**averaging**
52:13, 53:11
**away**
26:22, 30:20

**B**
**back**
11:14, 14:7,
14:8, 17:7,
25:19, 35:20,
37:10, 37:12,
37:14, 39:7,
43:2, 43:11,
43:18, 43:19,
44:2, 44:18,
45:3, 45:12,
45:15, 45:19,
46:5, 46:6,
46:7, 47:2,
47:3, 47:6,
47:10, 47:16,
47:19, 48:7,
48:16, 51:2,
51:6, 52:16,
54:10, 55:5,
58:18, 59:10,
59:14, 62:21,

62:22, 63:2,
63:4, 63:7,
63:18, 64:6,
64:7, 65:4
**bad**
20:9, 64:22
**balance**
53:18
**balanced**
33:2
**baldwin**
29:9, 29:13,
34:15, 34:17,
37:10
**based**
3:16, 33:13,
53:6
**basically**
4:22, 6:5,
18:11, 56:10,
64:18
**bat**
14:8
**batch**
37:11
**beach**
65:5
**beaches**
10:3, 24:19,
25:7, 64:13
**beacon**
19:16
**beaver**
28:16, 29:8,
29:17, 35:15,
46:18, 47:2,
47:19, 60:13
**became**
28:6
**because**
3:19, 5:10,
5:15, 5:18, 8:9,
11:4, 11:20,
12:6, 15:7,
17:13, 19:16,
20:6, 23:6,
24:10, 24:14,
24:18, 26:1,

26:6, 26:10,
26:18, 27:4,
31:11, 32:4,
32:7, 36:11,
36:14, 37:16,
38:9, 39:15,
39:19, 40:5,
41:7, 44:20,
45:22, 46:20,
48:1, 48:13,
48:17, 48:18,
51:5, 52:12,
52:13, 52:21,
55:16, 57:3,
57:15, 59:1,
60:8, 61:3,
61:20, 62:10,
62:21, 65:9,
65:22, 66:7,
67:4
**becomes**
18:1, 22:5,
52:17, 58:12
**becton**
28:5
**becton's**
66:5
**been**
2:21, 61:20,
61:21, 62:12,
64:16, 66:4,
66:11
**before**
2:14, 17:2,
17:5, 17:7,
40:20, 50:10,
54:15, 54:22,
63:18, 64:7,
67:1, 67:7,
67:15
**beginning**
53:9
**behalf**
57:19
**behind**
25:18, 27:16
**being**
10:15, 21:9,

22:13, 39:8
**believe**
8:22, 17:3,
55:4
**below**
22:21, 23:7,
25:22, 44:3,
49:9
**best**
9:18, 46:21,
64:11, 68:3
**better**
31:12, 59:9
**between**
19:4, 24:4,
28:12, 32:10,
35:15
**big**
34:15, 55:13,
55:15, 57:17
**bigger**
27:17, 60:22
**bill**
3:3, 3:17,
29:22
**bit**
16:14, 28:18,
29:3, 29:4,
30:13, 30:15,
30:19, 43:17,
43:21, 48:22,
52:9, 52:19,
63:8
**black**
9:6
**bloc**
40:17
**block**
60:18
**block's**
47:13
**blocks**
40:10
**blue**
65:19
**board**
4:1, 4:3, 4:4,
21:1, 21:4,

25:18, 53:19
**both**
35:5
**bottom**
7:9, 7:10,
21:15
**boundaries**
2:13, 2:19,
6:10, 20:4,
28:9, 28:11
**boundary**
30:7
**bowman**
4:12, 20:12,
20:14, 28:5,
45:7, 46:20,
51:22, 53:6,
55:4, 55:11,
56:4, 63:15,
64:11, 64:15,
66:16, 67:17
**boxes**
58:19, 58:21
**boy**
64:21
**break**
66:6
**breakup**
9:9
**brenda**
2:3, 4:6
**bridges**
8:15, 8:17,
8:19, 24:12,
24:15, 25:2
**bring**
42:21, 57:14,
58:10, 58:15
**bringing**
58:11
**brings**
58:3
**broadly**
53:8
**broken**
12:10
**brown**
42:17

**bus**
52:18

### C

**calculate**
43:3
**calculation**
15:2, 36:5
**call**
30:14, 48:20
**came**
24:18, 25:17,
35:4
**can't**
10:14, 13:13,
15:6, 15:15,
43:13, 43:16,
45:22, 48:15,
55:13, 56:20
**candor**
25:6
**cane**
42:3, 42:4,
42:7
**caption**
68:10
**care**
29:9
**carrico's**
65:14
**case**
33:13, 68:6
**cause**
15:13, 36:21
**causes**
45:8
**causing**
34:7
**census**
40:10, 40:17
**center**
18:12, 29:8
**certain**
25:11, 58:5
**certainly**
49:1
**certificate**
68:1

**chaffee**
47:4, 47:15
**chair**
10:8, 12:13,
17:11, 52:1,
55:4, 55:11,
56:3, 63:15,
66:14
**chairman**
56:4, 67:17
**chairperson**
36:17, 46:20
**challenge**
35:3, 35:4,
52:11, 53:1
**challenging**
57:20
**chance**
55:17
**change**
3:15, 6:8,
11:2, 13:19,
13:22, 14:15,
15:8, 15:16,
15:19, 18:3,
21:12, 24:17,
26:20, 36:6,
63:1, 66:1
**changed**
14:5, 14:11,
14:12, 18:16,
18:18
**changes**
12:22, 40:1,
59:19, 61:18,
62:3
**changing**
14:16, 22:11,
60:9
**child**
25:18, 65:9
**chris**
68:2, 68:17
**christian**
1:22
**city**
2:14, 18:18,
21:6, 27:5,

43:20, 45:9,
53:2
**citywide**
11:22, 56:17
**clarification**
56:4
**clarifying**
57:7, 60:11
**clear**
9:12, 10:2,
17:2, 24:17,
28:6, 38:8,
51:20
**click**
64:12
**close**
11:6, 20:19,
48:9, 52:12,
66:4
**closer**
43:3
**cognizant**
25:10, 27:3
**coker**
4:2, 4:3, 20:22
**colleague**
18:21
**colleagues**
10:2, 16:18,
61:12, 64:13,
67:2, 67:9
**college**
49:6, 49:16,
59:21, 60:2
**com**
37:7
**come**
13:5, 13:13,
17:7, 22:3,
26:16, 32:7,
32:12, 32:20,
34:5, 37:1,
37:2, 37:14,
39:2, 40:5,
43:4, 43:6,
44:2, 45:3,
45:19, 46:5,
46:6, 46:7,

47:2, 47:6,
47:10, 47:19,
51:2, 51:3,
51:5, 51:12,
51:13, 51:14,
52:5, 52:15,
54:10, 57:12,
58:18, 60:13,
60:15, 61:1,
62:20, 62:21,
62:22, 63:2,
63:7
**comes**
10:21, 28:12,
29:6
**comfortable**
31:6, 37:8,
44:12
**committee**
2:4, 39:14,
55:19, 63:12
**communities**
9:15, 9:16,
18:4, 24:18,
37:15, 38:3,
42:5, 59:5,
66:7, 67:11
**community**
16:11, 27:2,
42:8, 45:12,
51:4
**complicated**
36:15
**computer**
40:22
**concentration**
57:20
**concern**
57:15, 57:16
**concerns**
10:1
**concession**
39:6
**conducted**
10:21
**configurations**
8:11
**consequence**
15:11

**consider**
2:6, 27:7,
36:20, 50:2,
51:17, 54:15,
54:21, 58:2,
59:13
**consideration**
50:4
**considered**
8:13, 50:5
**consistent**
38:22, 39:1,
48:4
**consolidated**
2:7, 7:3, 8:10
**consolidation**
67:4
**contain**
68:8
**continues**
26:3
**conversation**
33:14, 54:11
**conversations**
22:9
**copies**
27:16, 55:7,
55:8, 55:9
**copy**
2:15
**core**
16:15, 16:16
**corner**
29:6, 47:11
**correct**
7:19, 7:20,
8:1, 8:3, 8:7,
8:21, 8:22,
13:7, 13:9,
13:10, 13:15,
13:21, 22:16,
31:15, 31:20,
56:7, 56:8, 68:8
**could**
5:2, 11:3,
13:12, 13:18,
15:16, 20:5,
23:4, 26:10,

26:16, 39:22,
40:4, 43:17,
44:20, 46:16,
50:16, 55:22,
58:2, 63:22,
65:7
**couldn't**
54:1
**council**
1:2, 2:14, 3:1,
3:21, 3:22,
4:13, 6:14,
15:22, 17:6,
21:6, 21:11,
24:3, 25:11,
33:3, 33:16,
33:19, 43:8,
44:11, 44:13,
46:12, 50:9,
51:21, 54:14,
59:11, 63:13,
66:3, 66:12,
67:14, 67:17,
68:19
**councilman**
3:7, 8:1, 9:19,
10:7, 16:5,
16:8, 17:8,
18:10, 21:1,
28:4, 28:5,
28:19, 35:5,
41:9, 43:8,
44:8, 44:15,
45:7, 45:18,
48:5, 51:7,
51:18, 53:6,
54:9, 56:13,
59:11, 60:4,
61:15, 62:4,
62:9, 62:16,
64:4, 64:11,
65:10, 66:5,
66:16
**councilmember**
2:3, 24:16,
35:6, 50:4,
59:12, 63:18,
65:3, 65:19

**councilpeople**
29:19
**councilwoman**
21:13, 43:9,
44:17, 51:8,
58:8, 61:19,
62:5
**counsel**
68:5
**counsel's**
53:10
**county**
2:7, 4:17,
23:1, 28:15
**couple**
39:8, 53:21
**courts**
6:22
**covered**
21:2
**covers**
33:17
**crazy**
62:7
**create**
56:17, 66:17
**created**
25:2, 45:16
**creates**
58:15
**creation**
24:21
**criteria**
15:17, 15:18,
58:15
**critical**
21:13
**cross**
8:15, 24:12,
64:21
**crossed**
57:13
**crossing**
28:7, 65:3
**current**
2:12, 3:8, 8:11
**currently**
2:19, 3:10,

7:22, 18:7,
18:9, 25:12,
28:9
**curve**
5:9, 23:3, 23:4
**cut**
39:16
**cutting**
60:19

**D**

**daniel**
4:2
**daniels**
20:22, 21:3
**danny's**
65:11
**day**
34:10
**deal**
45:9
**dealing**
3:13, 38:18,
54:18
**decide**
58:22
**decides**
10:6
**decision**
36:17
**declare**
68:2, 68:12
**default**
21:10
**defer**
21:4
**definitely**
34:10
**defoor**
4:5, 13:18,
20:2, 23:14,
23:16, 23:20,
49:4, 49:11,
49:16, 50:4,
50:6, 50:11,
50:18, 50:21,
51:8, 56:21,
57:4, 57:6,

59:12, 59:17,
60:2
**dennis**
3:7, 3:21,
3:22, 4:9, 17:9,
17:10, 39:12,
40:2, 40:21,
54:9, 56:3,
56:13, 61:15,
61:16
**depending**
11:2
**depends**
10:11, 10:13,
12:21, 12:22,
56:19
**desire**
17:12, 17:15,
18:3, 28:6,
53:4, 66:18
**determine**
10:18
**determined**
13:17
**deviate**
4:20
**deviation**
5:7, 5:8, 6:19,
6:22, 7:5, 7:9,
7:14, 7:15,
22:10, 23:10,
23:22
**deviations**
28:3
**diamond's**
65:6
**different**
13:3, 20:10,
20:18, 40:7,
53:12, 56:16,
58:15
**dilute**
58:16
**dilutes**
27:4
**direction**
31:2, 62:20
**disagree**
46:6

**discuss**
1:2, 59:21,
68:19
**discussed**
13:20
**discussion**
14:17, 16:7,
16:21, 32:10
**distributed**
41:19
**district**
3:13, 4:3, 4:5,
4:7, 4:8, 4:9,
4:10, 4:11,
4:12, 4:14,
4:20, 5:21,
7:11, 7:12,
7:18, 7:22, 8:1,
8:5, 8:6, 8:12,
10:22, 14:21,
17:7, 17:20,
17:21, 18:2,
18:6, 18:9,
18:12, 19:17,
20:19, 20:20,
22:4, 22:22,
23:18, 24:3,
25:5, 27:4,
28:12, 29:19,
31:18, 33:3,
34:2, 43:11,
52:19, 57:11,
57:20, 58:7,
59:20, 60:12,
60:13, 61:18,
62:2, 62:12,
65:6, 65:7,
65:8, 65:10,
65:11, 65:12,
65:14, 65:18,
65:19
**districts**
1:3, 2:5, 2:8,
2:13, 2:15,
2:19, 2:21, 3:9,
3:15, 5:12,
5:15, 7:15,
9:13, 9:21,

10:13, 11:22,
15:8, 21:6,
23:7, 32:12,
33:18, 37:3,
48:9, 52:6,
53:11, 56:15,
58:5, 68:20
**districtwide**
12:3
**diverse**
17:21, 18:1,
19:17, 58:13,
59:5, 59:7,
62:15
**diversifies**
58:4
**diversify**
26:3
**divide**
4:18
**doable**
49:1
**doctor**
41:8
**dog**
30:8
**doing**
12:1, 15:11,
25:4, 42:11,
58:5
**down**
4:22, 5:2,
9:20, 10:10,
10:21, 18:8,
25:22, 28:14,
29:8, 29:16,
30:19, 31:3,
31:15, 32:11,
34:5, 37:11,
42:7, 42:13,
43:6, 43:18,
43:20, 47:6,
48:14, 57:12,
57:14, 58:3,
58:10, 58:12,
58:16, 60:5,
60:13, 60:15,
61:2

**downtown**
54:3
**dr**
4:2, 20:22,
21:3
**draw**
42:12
**drew**
42:12
**drill**
23:2
**drop**
17:14
**drops**
43:18
**dunn's**
30:10, 30:11,
30:15, 30:19,
31:4
**during**
16:14, 25:18
**duval**
2:7

---
**E**
---

**each**
3:9, 3:15,
4:20, 5:15, 9:5,
14:6, 14:7,
22:18, 23:18,
24:7, 27:13,
31:7, 32:2,
36:7, 36:10,
36:12, 36:19,
36:22, 38:2,
40:6, 46:13,
47:1, 49:10,
54:7
**earlier**
48:2
**east**
27:20, 28:1,
29:10, 30:17,
36:14, 53:4,
61:5, 65:13
**easy**
36:15
**eat**
31:6

**edges**
61:11, 61:14
**effect**
34:7, 45:9
**efforts**
61:15
**eight**
4:8, 6:5, 7:18,
8:20, 11:3,
12:3, 12:7,
12:10, 13:1,
13:4, 14:6,
15:12, 16:1,
21:14, 22:13,
22:20, 23:11,
25:5, 29:5,
30:6, 31:18,
32:11, 32:18,
32:19, 33:3,
36:3, 50:3,
54:2, 61:19,
61:21
**eight's**
26:11
**eighth**
6:2
**either**
14:9, 14:19,
16:21, 21:15,
34:5, 35:1,
56:1, 63:6
**ele**
23:8
**elected**
17:20
**else**
19:13, 23:9,
25:9, 44:19,
45:21, 48:16,
49:3, 59:8, 67:8
**email**
9:9
**embracing**
33:20
**employed**
68:6
**encourage**
3:11

**end**
12:18, 15:14,
34:9, 52:1,
52:16, 53:17,
53:18, 56:6,
62:22
**ended**
62:8
**ends**
10:15, 22:20
**enough**
2:10, 39:21,
63:16
**ensure**
16:10
**entails**
2:8
**entire**
40:9
**equal**
22:18
**era**
25:18
**essence**
7:17
**ethno**
58:12, 59:5
**ethno-race**
19:17
**ethno-racial**
9:5, 58:6
**ethno-racially**
18:1, 58:4,
59:7
**ethnoracially**
26:3
**even**
13:19, 26:14,
26:18, 36:6,
46:2, 62:14
**evenly**
41:19
**event**
68:10, 68:13
**every**
17:6, 36:14,
37:2, 52:21,
63:18

| | | | |
|---|---|---|---|
| **everybody** | **explained** | **find** | **four** |
| 3:22, 6:14, | 11:8 | 17:5 | 5:22, 20:15, |
| 8:9, 12:17, | **extra** | **fine** | 20:17, 23:8, |
| 17:4, 23:9, | 28:17 | 12:18, 47:13, | 23:11, 23:19, |
| 24:8, 25:21, | **extremely** | 47:20, 65:3, | 39:22, 42:21 |
| 31:17, 39:2, | 17:21 | 65:9, 65:22 | **frankly** |
| 44:19, 46:14, | **F** | **finish** | 26:15, 57:16 |
| 50:1, 51:1, | **fact** | 46:8, 51:13 | **full** |
| 51:16, 51:19, | 25:11 | **first** | 68:8 |
| 52:21, 54:20, | **factors** | 2:20, 47:22, | **further** |
| 57:9, 58:2, | 8:12 | 53:22, 55:18, | 26:20, 27:4, |
| 59:10, 59:14, | **fair** | 59:17, 66:17 | 53:4, 68:12 |
| 63:11, 63:13, | 17:4, 51:5 | **five** | **G** |
| 64:1 | **fall** | 2:9, 4:22, 5:7, | **gaffney** |
| **everybody's** | 64:5 | 5:22, 10:12, | 4:10, 9:19, |
| 64:17 | **falls** | 18:13, 42:8, | 9:22, 10:7, |
| **everyone** | 17:12 | 42:21, 46:1, | 10:8, 10:16, |
| 21:8 | **far** | 63:3, 63:4, | 11:6, 11:13, |
| **everything** | 62:2 | 65:13 | 11:16, 12:8, |
| 13:19, 25:9, | **fast** | **fix** | 14:2, 14:22, |
| 32:4, 43:21, | 39:21 | 12:9 | 15:20, 16:5, |
| 61:5, 61:8 | **favorable** | **fixing** | 16:8, 28:19, |
| **exactly** | 65:2 | 19:10 | 30:4, 30:10, |
| 3:12, 13:12, | **feature** | **flexible** | 30:13, 30:18, |
| 32:22, 40:4, | 54:5 | 66:17 | 31:3, 31:8, |
| 45:5, 46:16, | **feel** | **florida** | 31:14, 31:17, |
| 50:17, 54:18 | 10:6, 20:9, | 2:8 | 31:21, 32:7, |
| **example** | 31:6, 38:11, | **fluctuation** | 33:5, 34:6, |
| 22:18, 24:3 | 49:17 | 3:16 | 35:22, 36:5, |
| **except** | **female** | **folks** | 37:13, 37:21, |
| 65:20 | 40:7, 40:13, | 21:11, 26:7, | 38:2, 38:6, |
| **exercise** | 49:13 | 31:11, 41:11 | 39:1, 39:6, |
| 10:16, 10:21, | **ferraro** | **follow-up** | 40:18, 41:9, |
| 45:6, 63:10 | 52:18, 65:3 | 26:5, 54:8 | 41:22, 42:2, |
| **exist** | **few** | **following** | 42:15, 43:8, |
| 20:4 | 50:14 | 28:16 | 43:14, 44:2, |
| **existed** | **fields** | **forcing** | 44:8, 44:15, |
| 2:20 | 5:19 | 45:15 | 44:20, 45:2, |
| **existing** | **fifteen** | **forest** | 45:6, 46:4, |
| 24:5 | 19:6 | 34:22 | 46:19, 48:5, |
| **exists** | **figure** | **forth** | 51:1, 51:7, |
| 18:9, 28:9 | 12:10, 24:7, | 25:19 | 59:11, 62:10, |
| **expand** | 36:16, 42:4, | **forward** | 62:16, 62:18 |
| 2:20 | 43:6, 44:3, 45:3 | 12:12 | **gain** |
| **expert** | **finalizing** | **fought** | 26:8, 60:3 |
| 3:5, 67:4 | 53:1 | 48:19 | **garrett** |
| **explain** | **financial** | **found** | 4:9, 20:16, |
| 35:4 | 68:7 | 53:11 | |

49:18
**gave**
9:3, 9:4, 9:6,
32:11, 48:12,
49:6, 65:2
**general**
53:10
**generalized**
8:14, 8:16
**geographic**
2:19
**geographically**
65:21
**getting**
3:6, 12:8,
14:3, 38:16
**give**
3:8, 3:13,
3:14, 6:14,
12:7, 13:4,
13:5, 15:1,
15:6, 16:19,
22:20, 24:2,
24:3, 24:7,
27:11, 29:12,
33:13, 33:21,
35:19, 36:2,
36:8, 36:9,
36:10, 37:4,
38:20, 40:18,
41:16, 42:3,
43:10, 43:13,
43:16, 43:17,
44:4, 47:7,
47:11, 47:16,
48:3, 48:16,
49:7, 49:8,
49:19, 51:4,
51:13, 58:18,
60:7, 60:22,
61:12, 63:5,
63:8, 64:12,
65:8, 65:11,
65:15, 66:5,
66:6
**given**
20:3, 56:21
**gives**
4:18

**giving**
13:8, 32:2,
36:13, 36:20,
42:2, 42:6,
42:18, 42:19,
45:2, 45:18,
45:19
**glasses**
42:13
**go**
5:14, 6:11,
9:18, 11:14,
18:8, 20:8,
23:10, 24:5,
29:8, 30:19,
31:2, 36:13,
36:14, 36:19,
37:11, 42:7,
43:2, 45:8,
45:12, 45:15,
47:14, 48:7,
52:9, 53:4,
59:14, 60:14,
60:17, 61:1,
65:2
**goal**
25:21
**goes**
37:21
**going**
2:17, 5:12,
5:17, 5:18, 6:7,
6:9, 10:17,
11:20, 12:21,
14:3, 14:4,
14:7, 14:10,
15:20, 21:14,
29:17, 30:21,
31:3, 31:4,
31:12, 36:1,
39:20, 40:15,
43:18, 44:10,
47:3, 47:8,
49:19, 50:11,
51:3, 51:5,
52:3, 52:5,
52:9, 52:11,
52:12, 52:22,

54:10, 55:15,
59:12, 60:12,
62:22, 63:7,
65:11, 65:19,
66:1, 66:10
**good**
2:2, 3:7, 3:17,
17:13, 18:8,
18:21, 19:14,
21:3, 27:8,
41:7, 51:10,
51:11, 55:12,
61:9, 62:6,
64:16, 64:17,
67:10
**gotten**
32:5
**government**
2:7, 7:3, 7:19,
8:11
**graciously**
3:4
**graham**
61:21, 62:2
**gray**
42:16
**great**
10:4, 38:10,
67:16
**greatly**
3:22
**green**
65:5, 65:13,
65:14
**group**
10:5, 17:4,
18:6, 26:2, 52:4
**groups**
20:12
**grow**
13:14, 16:14,
56:22, 62:14,
65:6
**growing**
20:5
**grows**
58:4
**guess**
19:1, 19:8,

24:10, 50:18,
55:5
**guidance**
65:2
**guys**
64:16

## H

**half**
17:21, 17:22,
41:10, 41:16
**halsema**
47:3, 47:6
**happen**
16:22, 59:21,
65:18
**happens**
5:4, 11:3,
12:22, 26:17,
26:19, 29:10,
48:14
**happy**
20:19, 46:21,
52:3, 60:21
**hard**
42:11, 43:1,
66:4, 67:6
**hawaiian**
9:7
**he'll**
3:13, 45:19
**head**
56:10
**headed**
62:19
**hear**
53:22, 54:4
**heard**
14:17, 29:21,
41:8, 56:18,
57:11
**heart**
64:8
**heartened**
24:14
**help**
12:4, 24:16,
28:21, 40:5,

50:7, 51:9,
52:21, 57:14
**here**
6:3, 6:14, 8:9,
15:15, 16:20,
21:9, 28:18,
29:3, 30:2,
30:6, 30:8,
30:12, 30:17,
31:18, 31:19,
32:11, 33:6,
33:8, 33:9,
33:18, 34:16,
34:22, 35:1,
37:4, 37:20,
37:21, 37:22,
38:5, 39:7,
40:18, 42:17,
45:14, 47:11,
47:14, 48:12,
48:15, 48:17,
48:19, 57:9,
57:13, 66:10
**here's**
60:8
**hereby**
68:2
**high**
8:20, 10:15,
46:3, 52:22,
53:18, 56:6,
63:3
**highest**
7:11, 7:22
**hispanic**
9:7
**historically**
7:3, 61:21,
61:22
**hold**
62:13
**holland**
3:5, 16:21,
40:3, 40:4
**honesty**
25:6
**honored**
20:20

**hope**
25:6
**hopefully**
66:9
**hoping**
51:12
**howard**
16:3
**however**
61:18
**hundred**
46:1

### I

**idea**
42:9, 52:2,
64:22
**ideally**
59:9
**ideas**
67:3
**identified**
18:19
**identify**
28:21
**identities**
25:20
**ie**
18:5
**immediately**
24:5
**impact**
11:3, 11:4,
15:11, 15:13,
40:15, 59:20
**impacts**
15:8, 16:9
**impede**
48:9
**implicates**
22:13
**important**
10:6
**inclined**
63:20
**including**
45:21
**increasing**
18:4

**incumbent**
58:3
**individually**
57:9
**infinite**
26:16
**information**
24:14, 68:4
**initial**
2:17, 2:18, 3:1
**initially**
35:5
**input**
3:1, 17:5
**instead**
26:13, 37:1
**intention**
54:13
**intentional**
57:22
**interest**
9:15, 9:17,
16:11, 18:5,
24:19, 27:2,
38:11, 38:12,
59:5, 68:7,
68:12
**interested**
18:4, 21:10
**interesting**
14:2
**interplay**
28:12
**interrupt**
11:20, 39:13
**interstate**
60:6, 60:17
**introduce**
4:1
**isolated**
15:7
**issue**
12:5, 58:8
**issues**
27:6, 40:8,
56:17
**it'll**
42:16, 60:22

### J

**jackson**
2:2, 2:3, 3:19,
4:6, 4:7, 5:14,
6:13, 7:2, 7:8,
7:13, 7:21, 8:4,
8:8, 9:2, 9:11,
9:16, 10:1,
11:19, 13:1,
15:22, 17:1,
17:8, 17:17,
19:13, 19:15,
20:1, 20:13,
20:15, 20:22,
21:7, 22:7,
22:16, 23:5,
23:15, 23:17,
23:21, 24:9,
25:15, 26:17,
27:9, 27:13,
27:18, 28:20,
29:2, 29:22,
31:5, 31:10,
32:15, 32:18,
33:15, 34:14,
35:10, 35:12,
37:6, 38:8,
38:21, 39:3,
39:10, 41:5,
41:15, 41:20,
42:1, 42:10,
44:6, 45:5,
46:2, 46:9,
46:14, 46:22,
49:9, 49:22,
50:8, 51:15,
53:5, 53:19,
54:13, 55:22,
56:12, 57:2,
57:5, 57:18,
58:17, 59:4,
60:4, 61:10,
62:4, 62:16,
63:11, 66:15,
67:19
**jacksonville**
2:8, 18:1,

26:3, 58:4,
58:12, 59:6
**jerry**
48:6
**job**
1:20, 51:5,
67:16
**john's**
64:21
**johnston**
4:13, 53:17,
56:13
**joining**
33:18
**joke**
41:7
**jones**
47:16, 60:16,
61:1, 61:5, 61:8
**ju'coby**
4:8
**june**
68:16

**K**

**keep**
5:6, 11:8,
12:12, 14:19,
17:16, 24:8,
27:1, 30:16,
30:17, 30:20,
46:21, 47:11
**keeping**
62:1
**kelly**
4:3
**key**
41:2, 41:3
**kind**
9:18, 16:17,
16:19, 20:9,
21:18, 28:2,
39:19, 48:1,
57:21, 66:2,
67:12
**king**
32:20
**kings**
32:11, 38:5,

43:22
**know**
3:12, 3:21,
6:11, 9:5,
10:14, 12:16,
13:16, 16:6,
16:9, 16:10,
16:12, 16:17,
19:3, 20:2,
20:5, 20:8,
21:16, 22:11,
23:9, 25:8,
25:17, 25:22,
31:10, 33:13,
34:18, 36:6,
36:11, 37:14,
38:11, 39:3,
39:12, 39:21,
40:4, 40:19,
42:22, 43:14,
44:9, 45:4,
46:21, 47:4,
48:20, 49:4,
49:11, 49:19,
50:13, 51:2,
52:5, 53:22,
54:17, 54:21,
55:2, 56:4,
58:7, 58:19,
62:1, 62:7,
62:11, 62:15,
62:22, 63:1,
64:2, 66:19,
67:3, 67:6,
67:7, 67:10,
67:11
**knows**
42:20, 59:15,
63:13

**L**

**land**
18:13, 18:17
**laptop**
39:15, 41:3
**large**
33:17, 35:7
**largely**
24:21

**largest**
5:5, 18:17,
22:5, 22:22,
25:12
**last**
7:6, 18:18,
24:19, 39:13,
55:18
**later**
12:13
**latino**
9:7, 19:19
**laughter**
16:12
**least**
43:1
**leave**
67:15
**leaving**
28:7
**left**
11:21, 23:4,
25:18, 31:2,
38:15
**legal**
56:17
**lem**
30:6
**less**
43:12
**let's**
11:14, 24:17
**liaison**
4:4, 21:3
**life**
24:17
**limit**
12:21
**line**
10:13, 28:16,
29:7, 39:16,
42:12, 44:3,
46:8, 48:11,
51:13
**lines**
18:22
**listed**
68:10

**literally**
49:4
**little**
16:14, 28:18,
29:3, 29:4,
30:8, 33:9,
42:12, 43:17,
43:21, 48:20,
52:9, 52:19,
55:13, 63:8
**living**
38:18
**lock**
41:2, 41:3
**logical**
26:12
**long**
5:11
**look**
2:12, 5:4,
6:16, 8:10,
8:12, 12:15,
22:11, 23:10,
27:20, 28:1,
28:6, 30:18,
40:8, 41:6,
44:15, 44:16,
45:12, 45:20,
50:12, 54:21,
56:1, 57:16,
58:11, 60:5,
64:19, 64:20,
67:8
**looked**
14:16, 16:4,
19:9, 28:15,
42:11, 53:3
**looking**
4:21, 6:16,
7:17, 8:19,
10:12, 11:7,
11:17, 12:1,
16:13, 17:11,
17:18, 18:22,
22:2, 23:3,
36:11, 40:10,
44:12, 49:5,
52:8, 55:18,

59:9, 59:16,
59:21
**looks**
6:1, 16:4,
58:19, 61:14,
65:20, 67:12
**lose**
26:7, 41:10,
44:17, 60:20
**losing**
16:12, 17:13,
32:4
**lot**
32:13, 33:17,
48:2, 48:3,
65:22
**love**
38:10, 52:16,
54:4, 63:14
**low**
8:20, 19:3,
26:18, 35:9,
49:2, 52:10,
53:17, 56:6
**lower**
5:11, 35:8
**lowered**
33:2
**lowest**
7:11, 7:18

**M**

**ma'am**
24:2, 33:11
**machine**
41:2
**madam**
51:22, 55:11,
66:14
**made**
39:6, 48:2
**magic**
20:1
**main**
30:5, 33:7,
33:8
**maintained**
17:20

**maintaining**
2:18
**majority**
27:1
**make**
12:16, 16:6,
16:9, 16:15,
16:19, 16:21,
34:17, 35:22,
36:17, 39:22,
46:19, 48:8,
51:19, 53:5,
55:20, 56:7,
58:5, 60:20,
61:10, 62:13,
65:17, 66:18
**makes**
12:5, 36:10,
48:21, 60:18,
61:7
**making**
50:12
**male**
43:8, 43:16
**mall**
65:21
**many**
20:7, 20:10,
20:12, 39:10,
40:11, 40:14,
54:22
**map**
2:14, 3:10,
6:15, 15:9,
16:4, 27:16,
27:19, 34:20,
39:18, 42:16,
49:5, 55:8,
64:19
**maps**
1:3, 2:13,
10:2, 54:6,
68:20
**marietta**
60:7
**mark**
44:8
**marker**
8:20

**math**
41:8, 56:5
**maybe**
14:9, 39:8,
47:4, 52:9,
53:9, 60:16
**mean**
7:17, 12:18,
13:2, 13:12,
13:21, 14:11,
14:12, 15:9,
15:15, 20:8,
21:9, 27:22,
39:12, 39:13,
41:18, 42:17,
49:18, 64:16
**means**
8:17, 22:21,
23:7, 23:8
**meant**
24:14
**measure**
22:3
**median**
43:12, 43:17
**meet**
15:17, 16:3,
54:15, 54:22,
63:17, 63:21,
63:22, 64:6,
64:10, 66:21,
67:1
**meeting**
1:2, 2:5, 2:11,
2:17, 2:21,
17:3, 24:11,
24:13, 28:4,
44:10, 52:2,
54:17, 55:2,
55:3, 55:14,
55:16, 63:21,
64:20, 65:17,
66:8, 67:7,
67:17, 67:20,
68:19
**meetings**
8:14, 11:21,
20:8, 22:9,

**math**
55:13, 64:22,
66:20
**meets**
15:17, 15:18
**member**
2:3, 2:4, 4:2,
4:13, 15:22,
21:4, 25:12,
34:2, 44:13,
46:12, 53:19
**members**
1:2, 2:15, 3:1,
3:11, 6:14,
44:11, 50:9,
51:21, 54:11,
54:14, 63:12,
63:13, 66:4,
66:12, 68:19
**mentioned**
21:18
**mess**
45:16
**messing**
50:19
**met**
18:19, 20:2,
35:18, 57:8
**mic**
3:19, 21:7,
27:22
**middle**
65:14
**might**
27:15, 34:13,
52:21, 63:16
**mind**
29:16, 47:3
**mindset**
51:3, 63:7
**mine**
38:21, 58:10
**mines**
42:19
**minimum**
28:17, 48:15
**minorities**
25:10, 26:21
**minority**
9:13, 14:21,

33:2, 57:19,
58:6
**minus**
4:22, 5:7,
10:12, 52:7,
52:10, 56:11
**minute**
12:10
**mm-hmm**
11:15
**modeled**
14:14
**modifications**
28:14
**moment**
6:17
**more**
18:1, 18:12,
25:10, 26:13,
27:19, 28:1,
31:22, 32:1,
39:8, 40:19,
45:8, 45:22,
49:3, 49:17,
49:18, 54:4,
60:18
**morgan's**
65:19
**morning**
35:19, 41:13,
57:10
**most**
5:8, 10:6,
10:9, 19:16,
66:3
**move**
9:20, 14:7,
14:9, 17:16,
21:15, 21:20,
26:10, 39:16
**moved**
22:12, 33:1
**moves**
44:19
**moving**
12:12, 26:22,
28:15
**much**
3:6, 4:15,

9:12, 24:7,
27:1, 31:8,
33:19, 38:22,
43:13, 47:8,
49:7, 66:5
**multiple**
14:17
**multiply**
5:5, 22:4
**must**
27:2
**muted**
3:19
**myrtle**
32:21, 32:22,
61:20

**N**

**naaden**
1:22, 68:2,
68:17
**namely**
24:19
**names**
61:13
**native**
9:7
**nature**
61:11, 61:13
**navigate**
25:19
**nd**
55:15, 63:21,
65:17, 66:8
**near**
54:3
**need**
3:15, 10:9,
13:19, 16:17,
18:12, 18:20,
25:5, 26:21,
34:10, 34:11,
37:5, 43:4,
49:20, 50:13,
51:6, 51:7,
51:8, 58:10,
63:9, 64:9, 67:8
**needed**
28:17

**needs**
15:18, 21:7
**negligible**
61:11, 61:13
**neighborhood**
59:7
**neighborhoods**
48:4
**neighbors**
18:21, 19:18,
19:19, 26:1,
66:19, 67:13
**neither**
68:5
**new**
16:11, 38:5,
43:22, 48:11,
58:19
**newby**
33:19, 33:21,
34:3, 67:16
**next**
16:14, 40:15,
40:16, 43:4,
44:10, 46:5,
49:17, 51:12,
54:17, 55:5,
56:2, 62:14,
63:15
**niche**
67:10
**nine**
4:9, 6:2,
15:13, 15:14,
17:11, 25:16,
32:17, 50:19,
58:9, 59:19,
61:22, 62:2
**nobody**
14:5, 63:5
**none**
33:22
**normal**
5:9
**normalized**
23:3
**north**
6:5, 8:2,

29:15, 35:14,
35:16, 46:17,
49:6, 59:22,
60:2, 65:12
**northeast**
29:11
**northside**
36:7
**northwest**
2:6, 2:22,
7:16, 8:19,
17:22, 24:22,
25:3, 53:14
**note**
62:19
**notes**
21:4
**nothing**
12:17, 38:22,
39:2
**notice**
28:4, 56:17
**number**
4:20, 5:4, 5:5,
5:6, 7:11, 7:12,
10:15, 18:8,
21:19, 23:18,
24:6, 26:16,
35:7, 35:21,
37:8, 39:4,
42:11, 42:22,
43:1, 53:15,
56:22, 57:12,
58:16, 58:21
**numbers**
3:12, 3:13,
5:3, 5:20,
13:17, 14:16,
17:11, 17:18,
18:15, 21:18,
25:17, 25:19,
27:21, 28:3,
37:3, 38:15,
38:16, 39:4,
43:9, 44:3,
44:9, 44:16,
44:18, 45:20,
48:8, 48:22,

49:2, 49:5,
50:12, 51:3,
52:22, 53:12,
54:16, 56:9,
57:14, 58:1,
59:1, 60:8,
60:10, 60:22,
63:1, 63:3,
63:19, 64:8,
67:6

**O**

**o'clock**
64:1, 64:2,
64:3, 64:4,
64:5, 66:21
**obligation**
58:11
**october**
55:19
**offense**
24:21
**office**
53:10
**oh**
3:20, 20:13,
23:15, 35:14,
57:4, 64:21
**okay**
7:2, 7:8, 7:13,
7:21, 8:4, 9:2,
9:11, 9:17,
9:21, 9:22,
10:10, 10:12,
10:14, 10:18,
10:19, 11:8,
11:13, 11:16,
15:22, 17:8,
19:12, 31:14,
34:9, 37:6,
41:5, 42:10,
47:18, 50:18,
51:6, 57:3,
57:6, 57:10,
58:20, 60:1,
61:6, 62:18,
64:5
**old**
29:16, 37:11,

42:3, 42:4,
42:7, 47:5,
47:6, 47:7,
47:16, 48:11,
60:14, 60:15,
60:20
**olive**
65:14
**one**
4:4, 5:21, 6:8,
9:6, 12:2,
14:15, 21:6,
22:2, 24:7,
26:2, 26:5,
27:6, 27:17,
28:5, 29:14,
29:20, 36:7,
36:8, 36:19,
36:20, 36:22,
37:11, 37:15,
37:17, 39:7,
39:22, 40:2,
40:8, 40:9,
40:15, 40:16,
42:8, 43:22,
47:6, 50:7,
50:9, 51:4,
51:11, 52:4,
52:14, 54:6,
55:10, 56:3,
57:8, 57:13,
65:5, 65:18
**ones**
3:9, 11:1,
26:11, 50:3
**only**
6:8, 12:2,
15:1, 17:4,
20:5, 22:12,
22:21, 23:7,
40:2, 62:20,
65:7, 67:16
**open**
3:3, 25:4,
55:20
**openness**
66:16
**operated**
7:4

**opportunity**
2:12, 6:15,
16:2, 17:5,
55:21, 62:13,
62:14, 67:10
**opposed**
5:20, 33:3
**ops**
21:7
**options**
62:21
**order**
5:21, 9:20
**original**
43:11, 64:20
**originally**
3:5, 43:19
**other**
5:16, 8:18,
10:13, 13:4,
14:6, 14:7,
15:8, 17:3,
20:18, 23:10,
23:12, 23:18,
23:22, 26:4,
26:5, 26:11,
27:14, 31:7,
32:2, 36:11,
36:12, 36:22,
37:3, 37:14,
37:17, 38:2,
40:6, 46:13,
46:22, 47:1,
48:9, 49:10,
50:3, 54:7,
55:20, 56:16,
64:13
**others**
15:20, 17:6,
18:5, 24:20,
25:6, 38:13
**otherwise**
48:15, 49:20,
68:7
**otis**
29:6, 29:14,
29:15, 29:17,
60:5

**out**
10:4, 12:10,
24:7, 29:6,
31:12, 33:2,
35:5, 36:16,
38:22, 42:4,
44:4, 45:3,
49:19, 51:11,
53:18, 60:19,
65:5, 66:18
**outcome**
68:7
**outside**
16:16, 17:6,
23:12, 23:21
**over**
3:14, 5:15,
18:18, 23:18,
23:22, 27:13,
28:18, 31:7,
31:18, 32:2,
33:1, 34:5,
36:12, 37:15,
38:2, 39:7,
40:6, 40:22,
41:11, 42:6,
46:13, 47:1,
49:10, 54:7,
56:5, 67:8
**overall**
53:13
**overlooked**
20:11
**own**
24:21

**P**

**pack**
58:6
**packed**
18:6, 26:2,
57:22
**packing**
25:10, 26:20,
27:3
**page**
68:10
**pages**
1:21, 68:8

paige
4:13
parameters
25:8
park
61:21, 62:2
part
30:1, 30:2,
30:13, 31:21,
32:1, 32:6,
46:17, 47:7,
54:2, 66:4
participate
66:20
particular
26:2
particularly
25:9, 58:12
parties
68:6
parts
17:3
past
62:12
penalty
68:3
people
5:8, 13:13,
19:4, 21:22,
22:1, 24:4,
29:18, 34:22,
35:7, 40:11,
40:14, 40:18,
48:20, 52:2,
56:20, 58:8,
58:21, 60:9,
60:20
people's
45:13
percent
3:14, 4:21,
5:2, 5:3, 5:7,
5:8, 6:18, 6:19,
7:7, 7:8, 7:14,
7:15, 11:20,
11:22, 12:2,
17:13, 17:19,
18:7, 19:18,

19:19, 19:20,
21:17, 21:20,
21:22, 22:1,
22:8, 22:10,
22:12, 22:14,
22:17, 22:21,
22:22, 23:2,
23:6, 23:7,
23:9, 23:12,
23:22, 24:8,
25:13, 25:14,
25:15, 25:16,
25:22, 26:14,
33:3, 33:4,
43:12, 49:10,
52:7, 52:10,
53:8, 53:13,
53:15, 56:6,
56:15, 57:2,
57:11, 57:14,
57:19
percentage
7:4, 9:9, 25:12
percentages
9:3, 9:4,
14:18, 14:20
perceptions
27:3
perhaps
52:20, 57:12
period
62:9
perjury
68:3
personally
29:13
pick
6:6, 6:8, 6:9,
11:5, 14:4,
16:4, 29:3,
42:7, 49:13,
50:13
picked
33:8, 41:14,
43:11
picking
28:16, 28:18
picks
43:19

picture
15:6, 15:7
piece
33:9
pinata
66:22
pink
65:10
pittman
4:8, 16:1,
16:2, 21:14,
24:16, 25:12,
28:13, 32:21,
33:10, 33:12,
34:4, 34:9,
34:16, 34:21,
35:6, 35:11,
35:19, 41:13,
43:10, 44:17,
47:22, 57:10,
58:8, 59:1,
61:2, 61:6,
61:9, 61:19,
62:5, 62:6
place
12:11, 65:7
placeholder
56:1, 63:14
plan
51:14, 66:20,
66:22
plank
29:16, 35:16,
37:11, 46:18,
47:7, 47:16,
60:14
plank's
60:16, 60:20
play
10:21, 11:1,
49:20, 51:21,
52:5, 64:8
played
14:20
player
50:7, 61:15
players
50:8

please
63:7, 67:5
pleased
66:12
plus
4:21, 5:7,
10:12, 52:7,
56:10
point
12:19, 15:1,
29:6, 31:10,
31:12, 32:10,
43:7, 54:9,
55:12, 61:17
points
52:14
poor
44:18
populate
40:9
populated
54:16
population
3:8, 4:17, 6:6,
6:7, 6:8, 7:18,
17:14, 32:13,
33:1, 39:16,
39:18, 41:19
populations
58:1
portion
2:6
portions
2:9
possibly
45:22, 46:1,
59:21
potentially
26:8
pray
51:10
prayer
51:11
prefer
35:19, 47:14,
59:18
present
8:9

**president**
33:16, 33:19,
34:1, 36:18,
67:14
**presumption**
2:18, 24:10
**previous**
52:2
**priestley**
2:3
**priestly**
2:2, 3:19, 4:6,
5:14, 6:13, 7:2,
7:8, 7:13, 7:21,
8:4, 8:8, 9:2,
9:11, 9:16,
10:1, 11:19,
13:1, 15:22,
17:1, 17:8,
17:17, 19:13,
19:15, 20:1,
20:13, 20:15,
20:22, 21:7,
22:7, 22:16,
23:5, 23:15,
23:17, 23:21,
24:9, 25:15,
26:17, 27:9,
27:13, 27:18,
28:20, 29:2,
29:22, 31:5,
31:10, 32:15,
32:18, 33:15,
34:14, 35:10,
35:12, 37:6,
38:8, 38:21,
39:3, 39:10,
41:5, 41:15,
41:20, 42:1,
42:10, 44:6,
45:5, 46:2,
46:9, 46:14,
46:22, 49:9,
49:22, 50:8,
51:15, 53:5,
53:19, 54:13,
55:22, 56:12,
57:2, 57:5,

57:18, 58:17,
59:4, 60:4,
61:10, 62:4,
62:16, 63:11,
66:15, 67:19
**primarily**
50:2
**principally**
32:14
**priority**
65:1
**probably**
19:3, 19:4,
50:13, 55:5,
55:17, 62:13,
65:12, 66:1
**problem**
9:10, 48:21,
52:17, 57:17,
65:9
**problematic**
57:21
**problems**
25:2
**proper**
53:9
**proposal**
11:11
**proposed**
2:13
**protocol**
54:9
**provide**
54:16
**provided**
9:3
**proximity**
48:10
**public**
1:2, 68:19
**purple**
65:7, 65:12
**purposes**
2:11
**put**
37:10, 41:3,
51:21

**Q**

**question**
21:16, 26:6,

46:11, 53:10,
56:13, 57:8,
60:12
**questions**
53:22, 63:20
**quick**
53:21, 62:17
**quicker**
10:17
**quickly**
40:6, 40:12
**quite**
26:15, 30:15,
30:19, 57:16

**R**

**racial**
25:20
**racially**
58:13, 59:5
**randy**
4:5, 4:11,
20:16
**range**
21:17, 22:6
**rapidly**
18:18
**rather**
47:10, 48:18,
60:12
**rd**
56:1, 63:20,
63:22, 64:3,
64:4, 64:5,
66:9, 66:21,
67:7
**reaches**
35:20
**read**
5:20
**real**
29:14, 42:16,
52:11, 53:1,
59:1, 59:2,
62:17
**reality**
59:4
**realize**
50:13

**realized**
65:1
**really**
6:7, 11:1,
12:1, 23:2,
26:18, 29:10,
29:17, 40:13,
41:7, 43:12,
54:3, 65:6,
66:11
**reason**
35:4, 36:21,
44:7
**reasons**
14:15, 57:13
**recap**
62:17, 64:12,
66:3
**received**
68:9
**recollection**
2:16, 7:14,
41:12
**recommend**
30:20
**recommendation**
45:17
**recommendations**
62:7, 63:3
**record**
46:10, 46:14,
50:1, 51:16,
51:19, 54:19,
59:15
**recording**
3:20
**recordings**
68:4
**red**
29:7
**redistricting**
1:2, 2:4, 2:17,
3:4, 8:14, 22:9,
24:11, 24:13,
24:19, 39:14,
55:2, 63:15,
68:20
**reduce**
14:19, 14:22

reflects
18:2
regarding
68:10
regency
65:21
reggie
4:10
regular
55:2
related
68:5
remember
30:7
remote
39:18
represent
20:20
representatives
20:7, 20:18
represented
16:16
representing
21:5
request
24:18
requested
2:4
require
11:4, 53:14,
56:22
required
6:19, 6:21,
56:14
research
11:21
residents
65:22
rest
27:5
rested
17:15
reticence
8:14, 8:16
return
46:6
right
7:2, 7:6, 8:8,

11:11, 14:6,
17:1, 18:12,
18:17, 19:7,
19:11, 23:4,
23:12, 27:17,
29:7, 29:8,
30:5, 30:11,
31:2, 31:18,
31:19, 33:5,
33:8, 33:9,
34:9, 34:16,
34:22, 37:20,
37:21, 39:7,
39:16, 41:11,
41:15, 42:9,
42:12, 42:13,
42:14, 42:15,
42:17, 42:20,
46:16, 47:21,
48:17, 49:9,
49:17, 50:14,
50:16, 50:20,
52:8, 52:22,
54:18, 55:9,
57:1, 57:6,
57:13, 58:21,
61:6, 62:2,
62:20
ripple
38:13, 45:8
risk
26:20
river
6:5, 7:16, 8:3,
27:20, 28:1,
28:7, 64:21,
65:4
road
29:6, 29:16,
30:6, 30:7,
30:22, 32:11,
35:17, 37:11,
38:5, 42:3,
42:5, 42:7,
43:22, 46:18,
47:16, 47:17,
60:6, 60:16,
60:17, 61:5,

61:8
roads
66:7
roll
25:1
room
26:12
roughly
4:18, 19:1,
21:18, 21:20
round
3:5, 56:20
run
26:20, 43:1
running
41:6

**S**

said
12:13, 17:16,
18:11, 19:6,
21:14, 24:13,
30:1, 32:15,
34:4, 34:14,
36:21, 37:7,
37:10, 41:10,
41:16, 41:22,
42:2, 42:3,
43:10, 43:19,
51:16, 54:1,
58:2, 66:22
same
14:19, 16:9,
21:2, 26:19,
28:8, 28:11,
32:3, 37:3,
38:12, 48:5,
48:19, 54:11,
61:17, 62:1,
64:3, 65:20
sandwiched
61:16
sat
28:13
satisfied
18:9
say
9:13, 10:14,

11:18, 14:3,
14:5, 14:8,
15:2, 15:10,
15:15, 15:16,
18:12, 18:15,
21:3, 29:3,
40:17, 41:8,
41:22, 42:21,
44:12, 46:7,
47:22, 50:11,
50:19, 51:6,
51:16, 51:18,
52:15, 54:14,
54:20, 56:18,
59:6, 59:13,
67:15, 67:16
saying
14:13, 14:14,
22:8, 31:14,
32:3, 34:15,
38:9, 40:10,
41:21, 42:18,
51:14
says
2:14, 40:18
scenario
13:22, 14:14,
15:5, 15:17,
22:4, 26:7,
28:8, 28:13,
30:17, 43:9,
50:15
scenarios
21:10, 25:11,
26:6, 27:6, 52:8
schedule
44:10, 55:1,
55:5, 66:22
scheduled
55:14
school
4:3, 4:4, 21:1,
21:4, 25:17
scrambling
63:4
screen
39:15
seats
26:7, 26:8

second
7:18, 27:12
section
52:13
see
20:5, 21:10,
27:17, 35:6,
38:14, 38:17,
39:17, 41:6,
42:14, 44:18,
54:1, 57:22,
58:21, 60:9,
60:16
seemed
29:15
sense
34:18, 48:2,
50:13, 61:7
separate
37:9
separated
59:8
september
1:4, 55:15,
55:18
serious
62:18
seriously
67:11
set
39:15
seven
4:10, 5:13,
6:1, 8:15, 8:18,
9:19, 11:3,
11:16, 12:5,
12:18, 14:6,
14:10, 14:16,
14:22, 17:11,
24:12, 24:15,
25:2, 25:15,
25:16, 30:1,
30:3, 30:6,
31:18, 32:10,
32:19, 38:17,
39:5, 39:8,
45:1, 50:3,
52:20, 54:2,

58:9
several
17:3, 52:14
share
10:1, 21:1,
30:7, 37:16,
39:7, 45:13,
52:4, 53:20,
64:10, 67:3,
67:10, 67:12
shared
38:11, 38:12,
44:17, 51:17,
53:6, 64:14
sharing
44:15
she'll
42:7, 42:22,
59:13
sheet
9:3, 9:4, 9:6
shift
17:15, 21:14,
26:12
shifted
23:4
ship
17:12
shoots
30:9
short
63:4
shot
14:3
should
2:15, 29:18,
40:20, 45:11,
48:18, 55:20,
57:12, 59:6
shouldn't
45:11, 45:14
show
11:11, 15:4,
15:5, 15:9,
19:10, 27:10,
31:11, 36:5
side
8:2, 8:18,

12:3, 12:14,
13:13, 16:13,
19:17, 22:18,
29:15, 35:16,
35:17, 36:15,
37:14, 37:17,
46:22, 52:10,
56:16, 61:5,
61:8, 65:5
signature-p1kal
68:14
significant
2:10
simplify
13:11
simplistic
23:3
since
17:20, 59:10,
61:16
sir
36:19
sit
43:6
six
6:1
sixty
44:21, 45:1
sixty-eight
25:14
skews
24:5, 24:6
skilled
10:9
skip
5:18
skirmishes
66:10
slightly
8:5
small
29:18, 55:7
smaller
5:6, 13:16,
18:13, 18:16
smallest
5:4, 22:4
software
41:1

solve
55:13
solves
57:17
some
3:15, 5:11,
10:2, 13:5,
14:19, 16:4,
18:14, 18:20,
22:19, 24:20,
26:11, 26:12,
28:14, 37:15,
42:16, 42:17,
42:19, 43:11,
43:18, 47:11,
49:13, 49:19,
52:7, 57:11,
58:3, 64:12,
66:10
somebody
6:9, 12:7, 63:6
somebody's
6:10
somehow
15:1
something
19:5, 19:21,
41:4, 42:6,
44:5, 45:4,
51:18, 53:20,
54:2, 57:1
somewhat
60:21
somewhere
24:5, 48:16,
49:3, 66:7
sorry
13:2, 21:22,
27:22, 29:22,
59:11
sort
54:3, 54:9
sorted
5:18, 5:19
sounds
40:3
south
7:19, 10:3,

14:8, 25:3,
25:7, 27:20,
28:1, 35:17,
46:18, 52:6,
64:13
**southeast**
6:11, 52:3,
53:2, 55:14,
65:10
**southern**
15:14
**southwest**
2:6, 2:22,
7:16, 8:19,
17:22, 24:22,
53:14
**speak**
15:21, 57:18,
61:18
**specific**
18:4, 41:2
**specifically**
7:17
**spend**
36:16
**split**
29:13, 59:8
**splits**
29:9
**splitting**
48:19
**spoke**
57:9
**square**
65:21
**squares**
3:12
**st**
64:21
**staff**
40:22
**stand**
15:15, 27:14
**start**
2:18, 3:7, 4:1,
9:17, 9:19,
38:12, 43:2,
47:14, 50:19,

53:1, 59:10,
59:12
**started**
29:14, 59:11
**starting**
5:12, 10:5,
38:21
**state**
46:15, 50:1
**stated**
6:17
**status**
39:17
**stay**
10:10, 11:12,
16:8, 26:9,
43:20, 49:21,
50:14, 50:16,
50:17, 53:17,
65:20
**staying**
57:11
**stays**
11:10, 16:12
**steal**
52:19, 65:7
**still**
8:16, 11:6,
24:8, 26:9,
27:21, 28:2,
31:22, 32:1,
53:7, 53:12,
54:10, 56:15,
57:3, 58:2
**straight**
42:13, 60:6
**street**
29:8, 30:5,
33:10, 35:15,
48:10, 49:16,
59:22, 60:2
**student**
6:3
**stuff**
52:20
**subcommittee**
55:20
**subdivision**
51:4

**subgroups**
9:5
**subject**
36:21
**suggested**
3:21, 3:22
**suggestion**
35:22, 36:7,
37:4, 43:2
**suggestions**
64:9, 67:3
**summarize**
52:1
**support**
16:18, 30:14,
61:12, 61:19,
61:22, 66:13
**supporting**
68:4
**supposed**
8:13
**sure**
12:17, 16:10,
16:15, 27:11,
37:17, 46:19,
51:19, 59:20,
66:19
**surprisingly**
35:7
**sven**
32:18
**system**
39:21, 40:6,
40:9

---
**T**
---

**take**
6:6, 12:7,
12:14, 14:8,
16:13, 22:4,
22:19, 23:6,
30:15, 34:6,
36:1, 39:22,
45:19, 48:22,
54:6, 65:21
**takes**
61:1, 62:19
**taking**
21:3, 30:13,

30:20, 31:8,
31:21, 35:6
**talk**
14:10, 16:20,
30:1, 50:21,
52:7
**talked**
21:16, 29:1,
48:1, 48:6,
53:8, 54:1,
55:12, 62:8
**talking**
5:15, 23:17,
23:18, 27:13,
31:6, 31:13,
32:1, 32:16,
33:16, 36:11,
37:20, 38:2,
40:6, 41:13,
43:5, 44:1,
45:22, 46:13,
46:15, 47:1,
49:10, 53:16,
54:7, 56:4
**tape-recording**
68:9
**target**
4:19, 22:1
**team**
11:21, 50:6,
50:8, 55:3,
61:15
**technical**
5:19
**technology**
40:16
**tell**
3:15, 10:20,
19:15, 28:3,
29:2, 29:5,
38:19, 43:1,
54:22
**temp**
63:8
**tenor**
8:16
**term**
9:14

**terms**
5:9, 22:13,
44:14, 62:6
**texts**
5:19
**th**
63:16
**thank**
3:6, 3:16,
3:21, 4:15,
9:11, 10:8,
13:11, 17:10,
17:17, 21:8,
21:9, 33:16,
33:19, 36:19,
48:1, 51:22,
57:6, 59:17,
62:9, 63:9,
63:11, 64:15,
66:14, 66:16,
67:17, 67:20
**thatcouncilman**
37:7
**themselves**
4:1
**therefore**
2:11
**thing**
48:19, 52:4,
52:15, 62:20
**things**
29:20, 33:1,
57:8
**think**
3:18, 3:20,
4:16, 4:19, 5:8,
6:7, 6:18, 8:10,
8:13, 9:18,
9:20, 10:4,
10:12, 10:17,
12:13, 14:12,
15:14, 17:4,
18:7, 18:20,
19:5, 19:8,
21:13, 22:8,
25:4, 25:11,
25:22, 28:21,
29:18, 31:17,

35:5, 37:6,
38:12, 39:10,
39:13, 40:2,
40:7, 45:21,
46:7, 48:18,
49:17, 51:9,
51:18, 52:7,
52:11, 53:1,
57:19, 58:3,
58:7, 60:7,
60:8, 60:22,
61:3, 62:19,
63:10, 63:14,
63:20, 66:2,
66:3, 66:9,
66:11, 67:9
**thinking**
46:5, 48:17,
51:8, 64:2
**thoughts**
19:10, 20:3,
55:1
**three**
4:12, 5:22,
13:13, 32:12,
32:15, 36:9,
36:10, 38:3,
42:5, 51:7,
65:8, 65:12
**threshold**
26:9
**through**
5:12, 5:14,
6:11, 10:17,
19:9, 45:9,
59:14
**throughout**
27:5
**throw**
52:18
**time**
2:21, 7:6,
21:9, 36:7,
39:22, 40:9,
43:4, 51:12,
55:19, 55:20,
59:2, 63:16,
63:22, 64:3,

67:12
**times**
14:17, 66:17
**tired**
20:7
**today**
16:20, 20:4,
20:21, 34:4,
41:4, 41:5,
54:13
**together**
24:20, 32:13,
32:20, 50:9,
51:2, 54:10,
55:17, 59:9,
62:21, 63:7,
63:18, 64:17,
67:18
**told**
28:10, 42:1
**tomorrow**
64:10
**took**
19:2, 35:8
**tools**
45:18
**top**
21:15, 29:10,
56:10
**total**
23:18, 45:20,
51:3, 61:19
**totally**
34:15
**touch**
15:14, 46:20
**touched**
54:3
**town**
29:18
**traditionally**
7:4
**transcribed**
1:22
**transcriber**
68:1, 68:2
**transcript**
1:1

**transcription**
68:9
**true**
68:8
**try**
5:9, 26:19,
34:8, 38:16,
53:14, 58:10,
58:11
**trying**
12:11, 14:12,
36:2, 36:3,
36:16, 37:1,
37:2, 37:4,
42:4, 43:15,
45:3, 46:19,
50:6, 50:18,
66:6
**turn**
47:15, 47:16,
60:17
**turner**
30:6
**turning**
47:4
**turns**
51:11
**tweaking**
38:13
**tweaks**
61:11
**twelve**
13:1, 35:11
**two**
5:21, 11:4,
11:7, 11:8,
11:10, 11:12,
11:13, 12:14,
14:9, 21:6,
28:7, 28:8,
29:18, 32:3,
33:1, 36:3,
38:3, 40:7,
42:5, 52:6,
52:19, 55:6,
58:18, 60:9,
64:22
**typically**
7:1

**U**

**under**
3:14, 17:14,
22:11, 22:13,
24:1, 30:17,
50:15, 52:5,
52:18, 56:6,
67:8, 68:3
**understand**
6:16, 8:9,
11:13, 12:4,
12:9, 12:17,
18:14, 31:12,
38:9, 53:6,
56:21
**understanding**
2:16, 11:21,
25:1, 46:12,
51:20
**unfair**
26:1
**unfairly**
58:6
**unique**
9:14
**unless**
10:14
**until**
35:20, 42:22
**urban**
16:15
**urge**
51:1
**use**
23:6, 41:1,
52:9, 63:14

**V**

**validate**
27:22
**variance**
22:18, 22:19
**variations**
26:16
**video-recorded**
1:1
**voice**
27:4, 40:3

**voices**
39:22
**volunteer**
3:18
**volunteered**
4:16
**vote**
27:5

**W**

**want**
6:11, 6:14,
12:16, 15:4,
15:10, 16:9,
16:15, 16:20,
18:6, 19:15,
21:11, 24:11,
25:1, 26:7,
27:9, 27:16,
29:13, 31:1,
31:2, 31:5,
33:16, 34:2,
34:12, 34:13,
34:17, 36:13,
36:14, 37:18,
38:19, 39:3,
41:10, 43:10,
44:7, 44:8,
44:9, 44:17,
45:13, 45:20,
46:4, 47:22,
50:2, 50:7,
52:1, 52:4,
52:9, 52:18,
54:19, 55:16,
56:3, 56:7,
58:20, 58:22,
59:7, 59:10,
61:18, 62:9,
62:11, 63:2,
63:5, 63:12,
64:10, 66:15,
67:16, 67:17
**wanted**
2:12, 3:6, 8:8,
9:17, 24:20,
48:4, 52:15,
53:20, 54:20,

65:20
**wanting**
44:7
**wants**
16:8, 41:16,
51:18
**watch**
64:16
**watching**
31:11
**water**
34:8
**way**
5:11, 9:18,
11:8, 11:11,
11:12, 13:4,
14:9, 18:22,
22:2, 23:3,
23:10, 30:14,
30:21, 31:1,
34:7, 34:17,
35:20, 36:15,
38:12, 45:13,
45:15, 45:16,
46:6, 47:3,
47:9, 50:17,
60:12, 60:17,
60:18, 61:2,
61:17, 62:1,
64:11, 66:8
**we'll**
12:10, 44:3,
45:19, 46:7,
59:14, 64:5,
66:10, 66:22,
67:6
**we're**
3:13, 5:2,
6:16, 7:17,
8:13, 8:19,
10:4, 10:5,
14:10, 16:19,
18:21, 19:3,
25:4, 26:18,
27:21, 28:2,
28:3, 31:12,
33:15, 38:15,
38:16, 38:17,

44:10, 44:12,
48:7, 48:10,
48:19, 49:19,
52:12, 53:7,
54:10, 54:18,
55:15, 55:17,
59:9, 59:16,
60:9, 62:19,
62:22, 66:9
**we've**
18:19, 21:16,
50:2, 52:22
**week**
55:5, 55:18,
56:2
**week's**
63:15
**weeks**
55:6, 58:18
**weigh**
36:22
**welcome**
27:20, 28:1
**went**
29:16, 47:2,
47:3, 47:7, 65:4
**weren't**
12:1, 25:2,
50:5
**west**
16:13, 28:15,
29:14, 30:9,
31:4, 38:7,
42:4, 43:21,
45:8, 47:14,
61:8
**whatever**
15:2, 25:5,
28:17, 39:15,
61:11, 61:14
**whether**
57:22
**white**
4:11, 13:3,
13:8, 13:11,
13:16, 16:5,
18:10, 18:11,
19:5, 19:8,

19:12, 19:14,
19:18, 19:21,
29:5, 34:11,
35:6, 35:16,
37:2, 37:7,
37:10, 44:14,
45:18, 45:21,
46:12, 47:2,
47:10, 47:15,
47:19, 48:11,
48:17, 51:6,
51:18, 54:6,
55:7, 60:4,
60:5, 60:15,
61:4, 61:7,
62:9, 64:4
**white's**
8:1
**whole**
4:17, 14:20,
15:6, 16:6,
16:19, 36:10,
36:16, 45:9,
48:2, 48:3,
48:8, 60:8,
65:22
**widest**
6:22
**willie**
21:1, 21:4,
21:8, 22:15,
26:5, 27:8,
53:19, 53:21,
54:8
**willing**
16:18, 33:13,
33:21, 36:2,
38:20, 42:3,
44:14, 44:16,
46:7, 46:13,
51:17, 51:21,
54:15, 59:13,
61:10, 61:12,
61:14, 62:10,
66:13
**willingness**
66:17
**wise**
18:13, 21:19

**within**
5:6, 7:4,
11:22, 12:2,
17:19, 23:9,
23:22, 24:8,
25:8, 26:9,
26:13, 26:19,
28:3, 53:7,
53:13, 56:15,
62:11, 62:14
**won**
39:2
**wonderful**
21:11, 55:22
**wondering**
21:17, 54:12
**word**
16:11
**words**
13:4
**work**
5:3, 10:9,
25:8, 29:16,
44:5, 48:22,
59:18, 63:7,
64:1, 66:13,
66:18
**worked**
10:3
**working**
27:21, 28:2,
45:17, 64:17
**works**
64:3
**worry**
45:7, 45:14
**wouldn't**
48:3, 48:21,
49:7
**write**
3:11, 6:15

### Y

**yeah**
9:11, 21:9,
27:7, 28:22,
32:22, 34:12,
34:16, 34:21,

36:4, 38:6,
38:8, 38:19,
42:13, 45:5,
46:8, 50:8,
50:9, 50:15,
50:22, 57:5,
59:3, 60:15,
61:2, 61:4
**year**
36:16
**years**
16:15, 18:13,
18:14, 18:15,
18:18, 40:5,
62:15

### Z

**zero**
18:3
**zoom**
54:4

### 0

**00**
64:1, 64:2,
64:3, 64:4,
64:5, 66:21

### 1

**1**
64:1, 64:3,
64:4, 64:5,
66:21
**1,000**
21:19, 42:9
**1,200**
37:8, 38:15
**1,500**
19:4, 41:11,
41:14, 41:16
**1.1**
5:5
**1.10**
22:5
**10**
1:3, 2:9, 3:1,
3:14, 4:7, 4:21,
5:6, 5:8, 6:2,

6:18, 6:19, 7:7,
7:8, 11:1, 11:5,
13:6, 13:14,
13:22, 14:11,
14:15, 15:15,
15:16, 15:19,
16:14, 17:18,
17:20, 18:2,
18:6, 18:9,
18:12, 18:15,
18:18, 21:21,
22:1, 22:12,
23:12, 23:22,
24:8, 25:11,
25:16, 26:8,
26:20, 28:11,
38:13, 40:5,
50:16, 50:19,
52:7, 53:8,
53:13, 53:15,
56:15, 59:19,
60:6, 60:17,
61:1, 62:14,
64:7, 68:20
**10,000**
47:12
**106**
56:18
**11**
6:3, 19:19,
23:8, 24:3,
35:9, 65:10
**12**
1:3, 2:9, 3:2,
4:11, 6:3, 8:1,
8:20, 10:22,
11:4, 11:5,
12:14, 12:22,
13:2, 13:14,
14:12, 22:20,
26:10, 28:12,
35:2, 36:2,
37:1, 37:2,
38:15, 39:4,
42:2, 42:21,
50:3, 64:7,
68:20
**1200**
39:4

**13**
6:4, 23:11,
23:16, 65:5
**14**
1:3, 2:9, 3:2,
4:5, 4:18, 6:4,
11:1, 13:18,
13:22, 14:5,
14:15, 15:19,
23:11, 23:14,
23:15, 23:16,
23:19, 26:18,
28:11, 38:13,
50:16, 56:22,
64:7, 68:21
**16**
24:4, 63:16
**17**
37:20
**19**
42:22

**2**

**2**
64:1
**2,000**
19:1, 19:4,
19:6, 21:19,
36:2, 38:17
**2,500**
43:5
**2,900**
36:4
**20,000**
19:7, 24:4
**2015**
2:15
**2021**
1:4, 27:2
**2022**
68:16
**21**
68:21
**22**
55:15, 63:21,
65:17, 66:8
**220**
43:12

**23**
56:1, 63:20,
63:22, 64:3,
64:4, 64:5,
66:9, 66:21,
67:7

**3**

**3**
64:2
**3,000**
19:3
**3,500**
4:22, 56:10
**30**
19:18
**300**
14:9, 36:20,
45:13, 51:6,
56:22, 60:9
**3000**
19:1
**330**
6:2

**4**

**451015**
1:20, 68:19

**5**

**500**
39:8, 42:9,
43:5, 45:2
**52**
19:17
**57**
25:16, 58:9
**58**
18:7, 25:17,
58:10
**589**
52:13

**6**

**6,7**
17:18
**60**
25:15, 25:16,

25:22, 58:9
**600**
40:17, 40:19
**638**
29:18
**64**
33:3, 57:14
**64,936**
6:4
**65,166**
6:2
**67**
15:1, 44:21,
68:8
**67,000**
6:1
**67,330**
10:9
**67,398**
6:4
**67,551**
56:7, 56:22
**67,567**
6:2
**67,706**
6:2, 17:12
**675**
17:18
**68**
1:21, 25:13,
33:4, 57:11,
57:19, 58:9
**68,055**
6:1

**7**

**7,8**
28:12
**71**
6:3, 53:13
**71,000**
5:1, 5:10,
11:7, 21:22,
22:1, 22:21,
22:22
**71,100**
21:22
**71,106**
4:19, 22:6,

22:19
**71,107**
56:18
**71,346**
6:1
**71,501**
5:22
**71,612**
6:3
**72,561**
5:22
**72,718**
5:21
**73**
52:13, 56:5
**73,000**
53:7, 53:12,
56:14
**73,589**
52:6
**74,661**
56:6
**750**
41:17
**76,829**
5:22

**9**

**9,000**
44:22
**9-9**
68:21
**90,767**
6:3
**95**
32:12, 33:5,
33:8
**995,497**
4:17