**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JACKSONVILLE BRANCH
OF THE NAACP, *et al.*,

     *Plaintiffs,*

v.

CITY OF JACKSONVILLE, *et al.*,

     *Defendants.*

_____/

Case No. 3:22-cv-493-MMH-LLL

### <u>DECLARATION OF NICHOLAS WARREN</u>

I, Nicholas Warren, pursuant to 28 U.S.C. § 1746, hereby declare the following:

1. I am one of the attorneys representing Plaintiffs in the above-captioned matter. I make this declaration based on my personal knowledge and in support of Plaintiffs' Motion for a Preliminary Injunction dated July 22, 2022.

### I. 1991 Redistricting Cycle Exhibits

2. Attached as Exhibit A to this declaration is a true and correct copy of Jacksonville Ordinance 91-1075-446-E and all exhibits to the same.

3. Attached as Exhibit B is a true and correct copy of the news article: Beth Reese, *Panel Braces for Reapportionment Task*, FLA. TIMES-UNION, Aug. 5, 1991.

4. Attached as Exhibit C is a true and correct copy of the news article: Beth Reese, *Council Panel Gets Bonus Reapportionment Plan*, FLA. TIMES-UNION, Aug. 17, 1991.

5. Attached as Exhibit D is a true and correct copy of the news article: Beth

Reese, *Redistricting: Drawn-Out Way to Line Up Goal*, FLA. TIMES-UNION, Sep. 8, 1991.

6. Attached as Exhibit E is a true and correct copy of the editorial: *Gerrymander Was the Rule, as City Charter Was Ignored*, FLA. TIMES-UNION, Dec. 11, 1991.

7. Attached as Exhibit F is a true and correct copy of the news editorial: *Election Dysfunction: Your Tax Dollars at Work*, FLA. TIMES-UNION, Nov. 8, 1992.

**II. 2001 Redistricting Cycle Exhibits**

8. Attached as Exhibit G to this declaration is a true and correct copy of Jacksonville Ordinance 2001-675-E and all exhibits to the same.

9. Attached as Exhibit H is a true and correct copy of the news article: Matthew I. Pinzur, *Power Shift: Southside Growth Means Jacksonville's City Council Districts Require a Major Overhaul*, FLA. TIMES-UNION, Apr. 5, 2001.

10. Attached as Exhibit I is a true and correct copy of the news article: Matthew I. Pinzur, *Drawing Districts in Duval Difficult: Neighborhoods Now Less Segregated*, FLA. TIMES-UNION, Apr. 12, 2001.

11. Attached as Exhibit J is a true and correct copy of the news article: Matthew I. Pinzur, *Redistricting Meetings Heat Up*, FLA. TIMES-UNION, May 3, 2001.

12. Attached as Exhibit K is a true and correct copy of the news article: Matthew I. Pinzur, *Redistricting: Committee OKs New District Map for City*, FLA. TIMES-UNION, June 28, 2001.

13. Attached as Exhibit L is a true and correct copy of the editorial: *City

*Council: A Done Deal*, FLA. TIMES-UNION, July 3, 2001.

14. Attached as Exhibit M is a true and correct copy of the news article: Matt Galnor, *Murray Hill Wins Another Map Look*, FLA. TIMES-UNION, Sep. 29, 2001.

15. Attached as Exhibit N is a true and correct copy of the news article: Matt Galnor, *Council Panel to Vote on Map*, FLA. TIMES-UNION, Oct. 27, 2001.

16. Attached as Exhibit O is a true and correct copy of the news article: Matt Galnor, *Redistricting Still Faces a Hurdle*, FLA. TIMES-UNION, Oct. 30, 2001.

17. Attached as Exhibit P is a true and correct copy of the news article: *City Council Finally Makes a Map*, FLA. TIMES-UNION, Nov. 17, 2001.

## II. 2011 Redistricting Cycle Exhibits

18. Attached as Exhibit Q to this declaration is a true and correct copy of Jacksonville Ordinance 2011-554-E.

19. Attached as Exhibit R to this declaration is a true and correct copy of Exhibit 1 to Jacksonville Ordinance 2011-554-E.

20. Attached as Exhibit S to this declaration is a true and correct copy of the Eighth Revised Exhibit 2 to Jacksonville Ordinance 2011-554-E.

21. Attached as Composite Exhibit T is a compilation of the true and correct copies of the official Notices and Minutes of: each 2011 meeting of the Jacksonville City Council's Reapportionment Committee; each 2010–11 Council Member Public Meeting regarding Council redistricting; each 2011 Rules Committee Redistricting Public Hearing; and each 2011 Rules Committee Redistricting Meeting.

22. Attached as Exhibit U is a true and correct copy of the news article: Tia

Mitchell, *Jacksonville City Council Faces Redistricting Process*, FLA. TIMES-UNION, Dec. 9, 2010.

23. Attached as Exhibit V is a true and correct copy of the op-ed: Matt Schellenberg, *Guest Column: Redistricting Map Is Relic of the Past*, FLA. TIMES-UNION, Sep. 27, 2011.

24. Attached as Exhibit W is a true and correct copy of the news article: Steve Patterson, *Jacksonville City Council Panel OKs New District Lines*, FLA. TIMES-UNION, Oct. 31, 2011.

### III. Other Exhibits Relating to Redistricting History

25. Attached as Exhibit X is a true and correct copy of the news article: Andrew Pantazi, *For Decades, Jacksonville City Council Redistricted Based Off 'Misinformation,'* THE TRIBUTARY, July 21, 2022.

26. Attached as Demonstrative Exhibit Y is a map of the 1991 City Council plan enacted in Ordinance 91-1075-446-E (discussed in paragraph 2 above and attached as Exhibit A). Because the maps attached to Ordinance 91-1075-446-E are not fully legible, counsel produced this image by tracing those maps, referencing the population figures and street names written thereon, in geographic information system (GIS) software using 1990 Census block shapes sourced from the National Historical Geographic Information System (NHGIS) and 1990s precinct shapes sourced from FREDS 2000, the Florida Legislature's 2000 redistricting application, to better illustrate an approximation of the 1991 plan.

27. Attached as Demonstrative Exhibit Z is a map of the 2001 City Council

plan enacted in Ordinance 2001-675-E (discussed in paragraph 8 above and attached as Exhibit G). Because the maps attached to Ordinance 2001-675-E are not fully legible, counsel produced this image by tracing those maps and the maps that showed the 2001 plan attached to Ordinance 2011-554-E in GIS software using 2000 Census block shapes sourced from NHGIS, to better illustrate the 2001 plan.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 22nd day of July, 2022.


*/s/ Nicholas Warren*
        Nicholas Warren