IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACKSONVILLE BRANCH
OF THE NAACP, *et al.*,

     *Plaintiffs,*

                                  Case No. 3:22-cv-493-MMH-LLL

v.

CITY OF JACKSONVILLE, *et al.*,

     *Defendants.*

_____/

## DECLARATION OF JOSEPH A. DYE

I, Joseph A. Dye, pursuant to 28 U.S.C. § 1746, hereby declare the following:

1. I am one of the support staff working with Plaintiffs' counsel in the above-captioned matter. I make this declaration based on my personal knowledge and in support of Plaintiffs' Motion for a Preliminary Injunction dated July 22, 2022.

2. Attached as the following exhibits to this declaration are true and correct copies of Duval County election results by precinct, retrieved from the Duval County Supervisor of Elections' website:

- Exhibit A – Results of 2022 General Election - City Council At-Large Group 3

- Exhibit B – Results of 2020 General Election - President

1

- Exhibit C – Results of 2019 General Election - City Council At-Large Group 1

- Exhibit D – Results of 2019 General Election - City Council At-Large Group 3

- Exhibit E – Results of 2019 First Election - City Council At-Large Group 2

- Exhibit F – Results of 2019 First Election - City Council At-Large Group 5

- Exhibit G – Results of 2018 General Election - U.S. Senator

- Exhibit H – Results of 2018 General Election - Governor

- Exhibit I – Results of 2016 General Election - President

- Exhibit J – Results of 2016 General Election - U.S. Senator

- Exhibit K – Results of 2015 General Election - Mayor

- Exhibit L – Results of 2015 General Election - Sheriff

- Exhibit M – Results of 2015 General Election - City Council At-Large Group 1

- Exhibit N – Results of 2015 General Election - City Council At-Large Group 3

- Exhibit O – Results of 2015 General Election - City Council At-Large Group 5

- Exhibit P – Results of 2015 First Election - City Council At-Large Group 2

2

- Exhibit Q – Results of 2015 First Election - City Council At-Large Group 4

- Exhibit R – Results of 2014 General Election - Governor

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 22nd day of July, 2022.

_____
Joseph A. Dye

3