IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACKSONVILLE BRANCH
OF THE NAACP, *et al.*,

    *Plaintiffs*,

v.

CITY OF JACKSONVILLE, *et al.*,

    *Defendants*.

                                    /

Case No. 3:22-cv-493-MMH-LLL

**VERIFIED DESCRIPTION OF CONDUCT
AND PERSONS TO BE ENJOINED**

I, Daniel J. Hessel, pursuant to 28 U.S.C. § 1746 and Local Rules 6.01(a)(2) and 6.02(a)(1), state the following:

1. I am an attorney representing Plaintiffs in this action. I make this verified description in support of Plaintiffs' Motion for Preliminary Injunction.

2. Plaintiffs request that (a) the City of Jacksonville; (b) Mike Hogan, in his official capacity as Duval County Supervisor of Elections; and (c) their officers, agents, employees, and attorneys who receive actual notice of the injunction by personal service or otherwise, be enjoined from conducting any elections using the Jacksonville City Council and Duval County School Board districts enacted in Ordinance 2022-01-E, until entry of a final judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 22nd day of July, 2022.

By: */s/ Daniel J. Hessel*
     Daniel J. Hessel