IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACKSONVILLE BRANCH
OF THE NAACP, *et al.*,

    *Plaintiffs*,

v.

    Case No. 3:22-cv-493-MMH-LLL

CITY OF JACKSONVILLE, *et al.*,

    *Defendants*.

_____/

# PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Before the Court is Plaintiffs' Motion for Preliminary Injunction. After reviewing the Motion and exhibits attached thereto, Defendants' Response, and Plaintiffs' Reply, and the applicable caselaw, it is hereby ORDERED:

1. Plaintiffs' Motion for Preliminary Injunction is GRANTED.

2. Defendants the City of Jacksonville; Mike Hogan, in his official capacity as Duval County Supervisor of Elections; and their officers, agents, employees, and attorneys who receive actual notice of this Order by personal service or otherwise, are immediately enjoined from conducting any elections using the Jacksonville City Council and Duval County School Board districts enacted in Ordinance 2022-01-E, until entry of a final judgment in this case.

3. Plaintiffs are not required to provide a bond or other security before this preliminary injunction becomes effective.

DONE AND ORDERED in Jacksonville, Florida this ___ day of _____, 202__.

                                          _____
                                          MARCIA MORALES HOWARD
                                          United States District Judge