**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JACKSONVILLE BRANCH
OF THE NAACP, et al.,

        Plaintiffs,

                              Case No. 3:22-cv-493-MMH-LLL

vs.

CITY OF JACKSONVILLE, et al.,

        Defendants.

_____/

## ORDER

The Court, having received a request by a member of the press, hereby waives the Administrative Order regarding Photography, Broadcasting, Television and Recording Equipment, Case No. 3:13-mc-38, for the limited purpose of allowing any member of the press to enter the Courthouse with a laptop computer, tablet, and/or cell phones to attend any and all hearings in this matter.

Any member of the press entering the Courthouse with a laptop, tablet, or cell phone must present Court Security Officers with a copy of this Order and media credentials. Live transmission of any kind from the courtroom is strictly prohibited. This prohibition includes, but is not limited to, texting, emailing,

tweeting, blogging, and messaging or posting via any social media. In addition, no audio or video recording is allowed in the Courthouse at any time.

     **DONE AND ORDERED** at Jacksonville, Florida this 27th day of July, 2022.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record
U.S. Marshal
Court Security Officers
Clerk's Office Division Manager