UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACKSONVILLE BRANCH OF THE
NAACP, *et al.*,

    Plaintiffs,                                      Case No.:  3:22-cv-493-MMH-LLL

v.

CITY OF JACKSONVILLE, *et al.*,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF FILING EXHIBITS

Pursuant to Local Rule 6.02(a)(2), Defendants' give notice of filing the following exhibits to Defendants' Response to Plaintiff's Motion for Preliminary Injunctive Relief. Defendants will also provide two courtesy copies of the electronically filed documents to the Court via hand-delivery.

| ECF No. | *Description* |
|---|---|
| | *District Map* |
| 40-1 | 2022 City Council District Map with Final District Lines |
| | *Meeting Transcripts* |
| 40-2 | August 18, 2021 – Special Committee Meeting on Redistricting |
| 40-3 | August 24, 2021 – Special Committee Meeting on Redistricting |
| 40-4 | September 2, 2021 – Special Committee Meeting on Redistricting |
| 40-5 | September 7, 2021 – Special Committee Meeting on Redistricting |
| 40-6 | October 4, 2021 – Special Committee Meeting on Redistricting |
| 40-7 | January 27, 2022 – City of Jacksonville Rules Committee Redistricting Public Hearing |

| | |
|---|---|
| 40-8 | February 3, 2022 – City of Jacksonville Rules Committee Redistricting Public Hearing |
| 40-9 | February 10, 2022 – City of Jacksonville Rules Committee Redistricting Public Hearing |
| 40-10 | February 17, 2022 – City of Jacksonville Rules Committee Redistricting Public Hearing |
| *Neighborhood Documents* | |
| 40-11 | April 12, 2019 - Noticed Meeting regarding Neighborhood Bill of Rights |
| 40-12 | February 24, 2021 - Office of Inspector General, Letter of Closure |
| *Declarations of Councilmembers* | |
| 40-13 | Declaration of Council Member Danny Becton |
| 40-14 | Declaration of Council Member Aaron Bowman |
| 40-15 | Declaration of Council Member Michael Boylan |
| 40-16 | Declaration of Council Member Matt Carlucci |
| 40-17 | Declaration of Council Member Kevin Carrico |
| 40-18 | Declaration of Council Member LeAnna Cumber |
| 40-19 | Declaration of Council Member Randy DeFoor |
| 40-20 | Declaration of Council Member Garrett Dennis |
| 40-21 | Declaration of Council Member Al Ferraro |
| 40-22 | Declaration of Council Member Terrance Freeman |
| 40-23 | Declaration of Council Member Reggie Gaffney |
| 40-24 | Declaration of Council Member Nick Howland |
| 40-25 | Declaration of Council Member Joyce Morgan |
| 40-26 | Declaration of Council Member Sam Newby |
| 40-27 | Declaration of Council Member Ju'Coby Pittman |
| 40-28 | Declaration of Council Member Brenda Alexis Priestly Jackson |
| 40-29 | Declaration of Council Member Ron Salem |
| 40-30 | Declaration of Council Member Randy White |
| *Declarations of Other City Officials* | |

| | |
|---|---|
| 40-31 | Declaration of William Killingsworth, Director of Planning and Development |
| 40-32 | Declaration of Robert Phillips, Chief Elections Officer, Duval County Supervisor of Elections |
| 40-33 | Declaration of Lana Self, Candidate and Records Director, Duval County Supervisor of Elections |
| *Expert Report* | |
| 40-34 | Expert Report of Dr. Dario Moreno |

Respectfully submitted,

> OFFICE OF GENERAL COUNSEL
> CITY OF JACKSONVILLE
>
> */s/ Mary Margaret Giannini*
> **Sonya Harrell**
> Chief, Tort and Employment Litigation
> Florida Bar No. 0042803
> SonyaH@coj.net; BOsburn@coj.net
> **Mary Margaret Giannini**
> Assistant General Counsel
> Florida Bar No. 1005572
> MGiannini@coj.net; SStevison@coj.net
> **Helen Peacock Roberson** (lead counsel)
> Assistant General Counsel
> Florida Bar No.: 0016196
> HRoberson@coj.net; CStephenson@coj.net
> 117 West Duval Street, Suite 480
> Jacksonville, FL 32202
> Phone: (904) 255-5100
> Facsimile: (904) 255-5120
> *Attorneys for Defendants, City of Jacksonville and Mike Hogan, in his official capacity as Duval County Supervisor of Elections*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 12th day of August, 2022 a copy of this document was filed electronically through the CM/ECF system and furnished by email to all counsel of record.

                                         */s/Mary Margaret Giannini*
                                         Attorney