CITY OF JACKSONVILLE, FLORIDA

OFFICE OF THE CITY COUNCIL


SPECIAL COMMITTEE MEETING ON REDISTRICTING


MEETING HELD ON AUGUST 18, 2021

9:00 a.m.

117 West Duval Street

City Council Chambers

Jacksonville, Florida  32202


Meeting transcribed by:


LEAH P. MALTZ, RPR, RMR, FPR
LPM COURT REPORTING, INC.
P.O. BOX 1595
ST. AUGUSTINE, FLORIDA  32085-1595
(904) 434-7593
lpmreporting@gmail.com

```
 1                         IN ATTENDANCE
 2
 3    Aaron Bowman
 4    Danny Becton
 5    Garrett Dennis
 6    Brenda Priestly Jackson
 7    Randy White
 8    Sam Newby
 9    Kelly Coker
10    Darryl Willie (online)
11    Jeff Clements
12    Peggy Sidman
13    Bill Killingsworth
14    Eric Grantham
15    Bernadette Smith
16    Maritza Sanchez
17
18
19
20
21
22
23
24
25
```

1                        - - -

2          AARON BOWMAN:  A couple of things:  I think,

3     before we start, obviously this is a data-driven

4     event we're going to go through.  We've got the

5     data.  The data, now that we've had a chance to

6     look at it, I did not think it was going to take it

7     down to the street level; it looks like it does.

8     And it looks like it's not exactly in a form that

9     we're used to using, but it looks like everything

10    we have is enough to just start it on seeing where

11    the populations grew or decreased.

12          So what that did, is that means our calendar

13    started on the 12th of August, and that is the

14    legal ruling on that, and I think Peggy is going to

15    go over the calendar.  But real shortly, what that

16    means for us is I'm establishing our goal that we

17    have filed the legislation before we go on

18    Christmas break.  So that is a tight schedule

19    because it is due by no later than the 11th of

20    January.  So if we don't meet that date, we're

21    going to have a lot of work that first week back.

22    So that's our goal that we'll set, and I know

23    that's going to stress Mr. Killingsworth and his

24    team, because, like I say, it's not exactly

25    friendly data right now.

1          But with that, I will turn it over and

2     recognize the president for your opening remarks.

3          Mr. President.

4          SAM NEWBY:  Thank you, Mr. Chairman.  First of

5     all, I want to thank each and every one of you for

6     agreeing to serve on this committee.

7          And just like you said, this is a very

8     important committee.  Probably for this year it's

9     probably the most important committee.  And, Mr.

10    Chairman, I want to thank you for you willing to

11    serve as Chairman.

12         Also, Vice Chairman Becton, I want to thank

13    you.

14         And also I want to take the time to thank

15    Councilman Dennis Garrett who chaired it last year.

16    You did an excellent job, and I really thank you

17    for kind of leading us.

18         And I want to thank Mr. Holland for all of the

19    work he did.

20         And I just want to say, like I said, when I

21    put this committee together, it took me a while,

22    because I wanted to make sure that I had the right

23    people on this committee, and I am confident that I

24    do have the right people.  So thank y'all once

25    again.

1       The charge is about two pages long, so I'm not

2    fixing to read that whole charge, but I'm sure each

3    and every one of you have read it.  So thank you

4    and good luck.

5       AARON BOWMAN:  Thank you, President Newby.

6    And, yes, it is a long charge.  And this is

7    probably one of those committees, more than

8    anything, that up front I want to stress how

9    important it is that the last thing we want to do

10    is go down a path that can be legally challenged,

11    and so I know Peggy is going to talk a little bit

12    more about that.

13       So what are we going to do today?  So first of

14    all, we're going to give it over to our Office of

15    General Counsel.  Both Peggy and Paige are assigned

16    to us, and I recommend all this team get together

17    with them independently.  If you have questions,

18    comments, it's a great place to get with them and

19    get it answered.  I know they are willing and ready

20    to do that.

21       Then as you've probably seen from the agenda,

22    I've asked Mr. Bill Killingsworth to kind of be our

23    consultant on this.  He did it ten years ago.  He's

24    got a lot of experience, got a lot of team members

25    that have done it before, and so we're going to

1    talk to him about what it is he's got, how he's
2    going to go about doing it.
3         And then we will go over the hard rules of
4    what does our charter say, what does case law say
5    on what we have to do.
6         And then I think we will talk about some other
7    things that we can give guidance to Mr.
8    Killingsworth and his team on what do we think is
9    important to us, and we will talk about what some
10   of those things might be and certainly if you have
11   things to add on that.
12        And then what we'll do then is by the
13   September 9th meeting -- and, of course, with
14   budget hearings it's pretty difficult trying to
15   squeeze stuff in right now -- but thinking the 9th
16   of September, that'll be the first time really that
17   Mr. Killingsworth and his team can come back and
18   start talking to us about districts and what he's
19   seeing from the data.
20        And that, I think, will be our first look at
21   what it is we really need to do.  And,
22   unfortunately, it's not in a format right now that
23   we can pass it out and give it to all of you and
24   say, "Here's what we got."  You saw that the raw
25   number is -- we're going to look at about 70,000, I

1    think, per district on average, and we came in just
2    under a million people.
3         So -- and then we will close.  I will not have
4    any public comments today, because we've got a
5    pretty tight schedule.  And then I think Peggy is
6    also going to talk about what happens to this
7    report after we file the legislation, what is the
8    process.
9         So you guys know how I am.  If you've got
10   anything, raise your hand, press the button.  This
11   is a team.  This is a group working together.
12        So thank you, Ms. Sidman.  The floor is yours.
13        PEGGY SIDMAN:  Good morning.  Peggy Sidman,
14   Office of General Counsel.
15        So, first of all, thank you for giving us this
16   opportunity.  You may know at this point that we
17   circulated two memos yesterday for those returning
18   members of the Special Redistricting Committee.
19   The memo -- the 23-page memo that's dated
20   February 2021 is the same memo.  There's been no
21   updates.  And that's on legal guidance.
22        The second memo, which is about a four-page
23   memo, is dated August 2021, and that is new; I
24   don't think that's been shared with the former
25   members or the current members.  That triggers

1    based on the date that the Census data was

2    released.

3        I will tell you that Jason Gabriel has

4    impaneled a team and Jason Teal has continued that

5    team of OGC lawyers who are here to assist you and

6    guide you in this.  Predominantly, for counsel, it

7    will be Paige Johnston.  I participated in this

8    event ten years ago, and we want to make sure that

9    ten years from now we have folks that have

10   participated.

11       We also have Trisha Bowles with us; she's

12   here.  Mary Margaret is the author of the memo,

13   along with Jason Gabriel, of February, and then, of

14   course, your current General Counsel, Jason Teal.

15       So having said that, I'm to give a high-level

16   overview, an executive summary of legal guidance,

17   and then I'll go in -- which addresses the February

18   memo -- and then I will go into the timeline, which

19   is the August memo, if that suits.

20       AARON BOWMAN:  Thank you, Ms. Sidman.

21       Before you continue, I would like to recognize

22   School Board Member Coker has joined us.  And

23   School Board Member Willie is not with us, but he

24   is watching on streaming.  So we've got everybody

25   engaged.  Thank you.

1        PEGGY SIDMAN:  Thank you.  So as you are well

2    aware, every ten years, after the release of the

3    Census data, the City of Jacksonville is charged

4    with redistricting the City Council and the School

5    Board districts.

6        The Charter and Ordinance Code, along with the

7    state and federal laws, require that the districts

8    be equal in population, compact, contiguous, not

9    drawn along racial lines, and comply with Section 2

10   of the Voting Rights Act.

11       The City Council will want to comply with the

12   one person/one vote principle.  This principle

13   requires that the districts be equal in population

14   as nearly as practical.  As a general rule, as long

15   as the population of any given district does not

16   deviate beyond 10 percent, the redistricting plan

17   is likely not to violate the one person/one vote.

18       The City Council will want to explain these

19   minor deviations as necessary to achieve a

20   legitimate objective.  Such objectives might

21   include compactness, continuity, integrity of

22   political subdivisions, which is like

23   municipalities, towns, independent districts, and

24   competitive balances among political parties.

25       Council should ensure that in drawing the

1     district line, it doesn't use race as a predominate

2     factor.  Courts have deemed racial gerrymandering

3     as unlawful.  Bizarre shapes can be indicative of

4     racial gerrymandering.

5          Those overseeing the district-drawing process

6     should avoid cracked or packed districts, and you

7     may have seen this in the memo; and I will just

8     explain what that means.

9          Minorities can be packed into a single

10    district in the case of City Council districts such

11    that one district could carry a majority minority

12    vote, but then dilute the voting in the other 13.

13    Likewise -- so that's packed.

14         Cracked is when a minority is cracked or

15    divided up between the 14 districts, again, to

16    dilute a vote.  So courts will determine that

17    redistricting is unlawfully diluted if the vote of

18    the minorities are diluted.

19         Council redistricting plans will also want to

20    consider total population versus voting population,

21    and this is a decision that the Council will make.

22         So the question will be, is do you take the

23    population of the City of Jacksonville and divide

24    it by 14, the full population that is given to you

25    by the Census data, or do you take the voting-age

1          population and divide that by the districts?

2               Courts seem to have approved both.  Recent

3          case law has approved total population for

4          one person/one vote.  And alternatively, under a

5          Voting Rights Act claim, the Supreme Court and the

6          Eleventh Circuit stated that voting-age population

7          was favored, but total population was also

8          permitted.  So when you make that decision, I would

9          just guide you to make it not based on any bias.

10              Then let's talk about political party.  A

11         council can take political party into account when

12         drawing the lines.  The Supreme Court has ruled

13         that the Federal Courts lack jurisdiction in

14         addressing claims of political gerrymandering.

15              So in summary, the Council, in drawing the

16         redistricting plans, will want to employ the

17         principle of one person/one vote, not use race as a

18         predominant factor -- it can be considered, but not

19         the predominant factor -- create districts that are

20         equal in population, taking into account

21         compactness, contiguousness, and honoring natural

22         and significant manmade physical boundaries like

23         rivers, highways, bridges.  Of course, any

24         defensible redistricting plan will not have a

25         discriminatory intent.

1       So using the Census data, the Council goal is

2   to divide the 14 Council member districts, the five

3   at-large residency districts, and the seven School

4   Board districts as evenly as possible, and by that

5   I mean compared with each other.  So what you are

6   going to do is your 14 Council districts are going

7   to be even with that deviation permissive.  And

8   then you know that two Council districts are joined

9   together to make one School Board district.  So

10  those School Board districts will also have to be

11  even to each other.  And compared to that

12  10 percent, your at-large City Council districts

13  will be the same guidance.

14      I have provided for you a one page -- did that

15  get handed out, Bernadette, the one page?

16      So allowable redistricting considerations,

17  these are just some.  They are noted in our memo,

18  but I thought it was just easier to look at here.

19  So, again, major physical boundaries such as

20  bridges, rivers.  Political subdivisions, that's,

21  again, cities like the City of Neptune Beach, City

22  of Atlantic Beach, Baldwin, or if you have CDDs or

23  those type of recognized political subdivisions.

24      Schools, in the case of the School Board, may

25  not want to put all of the high schools in one

1    School Board district.  You want to look at where

2    those placements are, and the Planning Department

3    is very aware of this.

4         Notable major structures:  We talked about

5    that.  Bridges.

6         And then also I didn't mention this, but

7    existing incumbencies, so where the folks that are

8    incumbent members of the School Board or the City

9    Council, where they live and how they represent

10   their communities of interest.

11        So, finally, the Florida redistricting

12   entities may not treat race, sex, or economic

13   status as predominant reasons for drawing the

14   district lines.  But those will be matters of

15   consideration.

16        So I want to move now into the timing.  I will

17   note that -- again, it's an excerpt from the memo,

18   but it's a one page.  I just thought it was easier

19   to read here.  And to put the burning question I

20   think most people have, is when does that apply?

21   Based on these dates, it applies for the City

22   Council members for Spring of 2023 and for the

23   School Board members in 2024.  I'm not sure if you

24   consider August fall, but it's August 2024.  So

25   it's not going to impact the most recent upcoming

1    one.  So I know that that has been a question that

2    our office has fielded.

3         So just quickly, to kind of walk through this,

4    you may be aware -- painfully aware -- that the

5    beginning of this process is the official receipt

6    of the Census data.  This memo -- it's our legal

7    opinion that the official receipt of the Census

8    data is August 12th.  Your Chair has noted that.

9    And so with that being the kickoff, the date by

10   which this Special Committee will want to tender

11   its report in the form of legislation is Sunday,

12   January 9th.  Your Chair has indicated that he

13   would like to see that prior to the Christmas

14   break.  And then that immediately gets filed and

15   referred to the Rules Committee -- excuse me --

16   January 11th is a Council day, so that will be the

17   day that it gets referred to the Rules Committee.

18   That triggers the three public hearings.

19        So the Council -- the Rules Committee will

20   hold three public hearings in separate areas of

21   town, and it has to be -- those public hearings

22   must be held within 45 days of that.  So that puts

23   that date at February 25th.  So the Rules Committee

24   may want to begin to figure out where those places

25   are and get those going.  We had a little bit of --

1       ten years ago we had a little bit of a challenge

2       trying -- we used FSCJ, but trying to get in there

3       and make sure we had all of the contracts signed

4       that were needed.

5           After that -- after you conclude your public

6       hearings as required under the Ordinance Code, the

7       Rules Committee will meet, but no sooner than 15

8       days after the conclusion of those public hearings,

9       and that puts it on 3/12.  So what will happen is

10      the earliest possible time that the Council can

11      hear the Committee report is 3/15; so that's

12      difficult.  You'd have to have a Special Rules

13      Committee hearing in order to do that.

14          The latest time that the Council can entertain

15      the bill for action is going to be April 12th.  So

16      I found that the Rules Committee regularly

17      scheduled meetings would be 3/22, so March 22, and

18      4/5, so April 5th.

19          So, again, as I mentioned, the effective date

20      would be Spring of 2023 for the Council election.

21      The new districts will be effective as of that

22      date.  And the new School Board districts will be

23      effective -- I don't know if you consider August

24      fall, but August 2024.

25          So that's what I have for your overall

1       guidance.  We are here.  We will be here throughout

2       the process.  We will be able to help assist and

3       guide you as you develop different maps.

4           Nothing on these dates mean that you can't do

5       any action before that, that you can't work with

6       the Planning Department.  And if you find that your

7       district has grown where you might want to see that

8       growth, or if you found your district has reduced

9       where you might want to see that reduction -- and

10      it's very common for the elected officials, whether

11      they are on the Redistricting Committee or not, to

12      be having those dialogues.

13          AARON BOWMAN:  Thank you, Ms. Sidman.  A

14      couple of things:  Number one, since we will vote

15      on giving Mr. Killingsworth some guidance, I will

16      take public comments, so we put the cards out

17      there.

18          Okay.  My queue is not working, so if you

19      could take a look at that.

20          While we're figuring out the queue, Ms.

21      Sidman, a couple of questions for you.  Once we do

22      the legislation, our committee is really done?  We

23      don't get involved any more after that; right?

24          PEGGY SIDMAN:  Not as a committee, but you

25      will find that your Council members will be

1    involved throughout.

2    AARON BOWMAN:  All right.  Okay.  And can you

3    explain once Rules gets it, has the three meetings,

4    it's a little unclear to me on the Charter, how the

5    amendment process works.  And if there are desired

6    amendments from Council members or from the Rules

7    Committee, it's a little unclear on how that

8    process works.  Can you help us on that?

9    PEGGY SIDMAN:  Sure.  So it will be a bill, as

10   you are very familiar with the piece of

11   legislation.  The amendments will be brought, as

12   amendments are brought, to the Rules Committee or

13   the Special Committee.

14   And, generally speaking, members that can

15   offer amendments are members of the Rules

16   Committee.  You can always have noticed meetings

17   with members of the Rules Committee and share those

18   ideas, amendments with those members.  It is a very

19   collegiate and collective method, because any

20   change in one district necessitates a change in

21   another district.  So every action has a reaction.

22   So if one district expands in an area, then

23   that other district will have to either expand or

24   reduce in that area, depending on your

25   considerations, your math considerations, like,

1       what is your district numbers, where are you on the

2       deviations, how are you keeping in your

3       compactness.

4              Likewise, in the amendment process, there can

5       be amendments brought by any Council member on the

6       floor.  But those amendments have to take into

7       consideration the totality of the districts

8       together and the School Board districts, because

9       you could be -- the Council could draw 14 districts

10      that meet that deviation of 10 percent, but when

11      you put those two districts together to make your

12      School Board district, it might fall outside.

13             So that's why you have to work so

14      collegiately.  And the Planning Department is well

15      aware of the whole picture and can help guide you

16      in that.

17             AARON BOWMAN:  Okay.  Thank you.

18             And one last thing before it goes to the

19      Committee members.  So we do have two School Board

20      members with us.  Thank you for being here.  You

21      will have full rights of talking and making

22      comments, but when it comes to voting, you will not

23      have the voting rights.  So the voting will be the

24      five members, but certainly definitely your

25      opinions and your comments are extremely important

1       to us because you are impacted by this.

2           With that, I will go to Councilman Dennis.

3           GARRETT DENNIS:  Thank you, Chair Bowman.  To

4       Ms. Sidman -- and I'm glad that you ended your

5       statement, Councilman Bowman, to the School Board

6       members, because if we were to go by this outline,

7       calendar outline, it puts the School Board races in

8       flux.  And so I would like for you to speak a

9       little bit on that.

10          And even I would like to hear from the School

11      Board members, because, you know, again, if we were

12      to go by this calendar, then they will not have

13      maps for the turned out or the new School Board --

14      the School Board races for the fall.  So I don't

15      know if we need to accelerate this calendar for the

16      school -- you know, in consideration for the School

17      Board, or we need to let them know now for those

18      who will be on the ballot in 2022 that they're

19      going to have to regroup.

20          So we probably -- if that's the case, then we

21      probably need to get a memo, a legal memo, out to

22      the Supervisor of Elections Office and all of the

23      candidates that's thinking about running in 2022,

24      because we won't be done with our work, based on

25      this calendar.

1      PEGGY SIDMAN:  So if I understand the question

2   correctly, Council Member Dennis is correct,

3   there's a School Board election in 2022.  So in

4   2022 those running would run under the current

5   districts as they exist today.

6      But maybe to extrapolate, if I'm gathering

7   your question correctly, then when they run again,

8   they would be in a different district, possibly,

9   because the maps could be drawn differently.

10      Is that right?  Is that your --

11      GARRETT DENNIS:  That is correct.  And if I am

12   correct, we can't draw a map kicking anyone out of

13   office.  So would that give us -- would that

14   present a legal challenge?  Because if we draw new

15   maps to people that are elected on the old maps,

16   and then the new map actually draws them out of

17   their district, would that give us or put us in a

18   posture to be challenged because we did not put

19   that into consideration in drawing the maps?

20      In my opinion, I think accelerating the

21   calendar versus, you know, drawing this out and

22   putting the potential candidates, School Board

23   members -- future School Board members -- in a

24   pickle, would be my recommendation.  But, yes, I

25   think we really need to look at that and think

1       about it as we move forward.  Thank you.

2            PEGGY SIDMAN:  May I address?  Yes?

3            So it's a consideration.  As you see on the

4       list here -- and Council Member Dennis has

5       accurately identified that -- talking about

6       existing incumbencies, it's difficult for anybody

7       to know who will run in the future or if those that

8       run will choose a subsequent term.

9            So it's something to consider.  We certainly

10      can probably -- I can't do the math that fast in my

11      head here, but we could certainly do something that

12      if you wanted to do a hurry-up and try to get it

13      out to impact the 2022, but I'm not sure that

14      there's a timeline that allows for that.  But -- so

15      we certainly can look at that, Council Member

16      Dennis.

17           AARON BOWMAN:  Thank you, Council Member

18      Dennis.

19           Ms. Sidman, if I remember correctly, isn't

20      nine months a trigger that would impact the next

21      elections?  And if I remember, qualifying, I

22      believe, is in July.  So, I mean, that would make

23      us have to have this done by October, and I just

24      don't see that as reality.  But am I correct in

25      those dates?

1    PEGGY SIDMAN:  Yes, there is a trigger, and it

2    is nine months, and it's nine months after the

3    effective date of the redistricting, and so we

4    would have to really back that way up.  And I'm not

5    as good at math as the Chair is, but we can run

6    those numbers and see if it's a possibility or how

7    that would work.

8    AARON BOWMAN:  Thank you.  And if you could do

9    that and then just send a note to this committee, I

10   would appreciate it.

11   Council Member Becton.

12   DANNY BECTON:  Thank you.  Through the Chair,

13   my fellow Council member nailed exactly the line of

14   questioning that I was going to go down as well to

15   the point of knowing that we can't write a current

16   Council member or School Board member out of their

17   elected districts.  That's one of the pillars of

18   redistricting.

19   And to that end, what would be the timeline if

20   we did accelerate this and work to include the

21   elections in the fall of 2022?  What would that

22   look like?

23   PEGGY SIDMAN:  Again, I'd have to -- we have

24   to run the numbers.

25   DANNY BECTON:  Okay.

1       PEGGY SIDMAN:  So it would be nine months

2    after.  So if it's August of 2022, just simple

3    math, that's the eight-month.  You would have to

4    have it effective in December.  So -- but we will

5    get you -- we will get you those.  I don't -- I'm

6    not great at math.  I would like to be right.

7       DANNY BECTON:  Yeah, you could look at it on

8    one hand that what are the odds of that happening?

9    And I guess someone -- you know, a candidate at

10    this point, you know, certainly the ones living on

11    the edges of any one district, would be more

12    susceptible as the lines ebbed and flowed as

13    changes were made versus someone who lived, you

14    know, more solid in the middle of a district where

15    it's less unlikely.

16       But I guess there still is the -- you know, it

17    still could happen.  In other words, it still could

18    happen that we could draw maps.  A candidate out

19    there running for an open seat wins their election;

20    they live on the edge; the lines that we drew

21    changed their district representation for 2024,

22    which, once again, violates one of those major

23    pillars of you can't write somebody out of their

24    district.

25       And I think we're in a very, you know,

1    precarious -- and a circumstance that is only being

2    created because of the delay in data, which has

3    certainly been unusual at best, but somehow we're

4    going to have to figure out how to navigate this.

5         However, what are the odds of this happening

6    type of thing?  Because we can look at how many

7    Council districts are up for open-seat-elections

8    type or up for elections.  I guess they all are,

9    right?  Three?  So I've been shown three.  And see

10   where those are and maybe factor those into our

11   evaluation, and then see what are the odds and what

12   are the candidates running.  But I think it's going

13   to be a tap dance and is definitely going to add

14   some complexity to what is already a, you know,

15   somewhat complex situation, trying to balance

16   everything that you've identified here today in

17   redistricting.

18        So anyway, I won't belabor it, but my

19   colleague definitely went down the path that

20   occurred to me immediately as we -- I heard 2024

21   being the first, you know, School Board election

22   that these new maps supposedly would affect.

23        So thank you, through the Chair.

24        PEGGY SIDMAN:  Just as you are considering

25   this, remember that it's the existing incumbencies

1      for consideration, and your data that you'll get

2      will help derive that, because you may find that an

3      area is growing or an area is reducing.  So you

4      want to always, you know, lead with the data and

5      then apply your considerations and the law to that,

6      and that's the math, science, cartography,

7      geography that you are undertaking in this process.

8             AARON BOWMAN:  Thank you, Mr. Becton.

9             And we'll also ask Mr. Killingsworth on that

10     when he gets up here, but I know he was very

11     concerned when I told him I wanted to have this

12     done by the end of the year.  So I would like to

13     make sure we know the exact dates that if we wanted

14     to have the districts firmed up for the School

15     Board races, what those would be, when the bill

16     would have to be -- when this committee would have

17     to be done, when would the bill file, when could it

18     get out.  I don't think it works, but we won't know

19     that until we actually see the dates.

20            So thank you.

21            Council Member Priestly Jackson.

22            BRENDA PRIESTLY JACKSON:  Thank you.  Through

23     the Chair, a couple of points:  One, we were

24     talking about when it's referred to the Rules

25     Committee.  And so that 45-day window -- and I

1     think it's important in my read of the memorandum

2     and notes from the prior Redistricting Committees

3     and Rules Committee work, that if any amendments

4     are proffered for the proposed districts after the

5     three public hearings, that requires additional

6     public hearings, is my read of that.  Is that

7     correct?

8          PEGGY SIDMAN:  Through the Chair to Council

9     Member Priestly Jackson, just like any legislation,

10    if it's substantially changed, then it would

11    require additional public hearings, yes.

12         BRENDA PRIESTLY JACKSON:  And I probably want

13    to sit and talk with you about that.  Because my

14    read was if you change one, after you had the

15    public hearings and tell the public "We're meeting

16    here, these are the district boundaries," and if

17    you change one of those, my read of it is you are

18    required to have another public hearing after that,

19    and so that then moves the timeline.

20         So I think that's a consideration, and I'm

21    certain the Chair then will draw as many of our

22    colleagues as we can into this process as we go

23    along so that we don't get that by the time it goes

24    to the Rules Committee.

25         The second consideration:  I am not in favor

1    of acceleration of a timeline.  I just think that's

2    inherently problematic.  My read of the Ordinance

3    Code is that we have nine months, and that's the

4    time frame that we need to do it in.  And it does

5    not -- your memorandum, which we were given

6    initially for those of us who were on in February

7    of this past year, said at that time that it did

8    not apply to the 2022 School Board races.  And so,

9    I mean, I think that that is reasonable to

10   understand it doesn't apply to that.

11        We've been saying that all along we didn't

12   know if we were going to be delayed getting the

13   data this late.  So I don't see a need to change

14   that for that.  I think that the consideration as

15   it relates to applying to the City Council for 2023

16   and the School Board for 2024, the reality is our

17   School Board is term limited as well.  So there's a

18   whole other layer of that that will come in because

19   it applies to incumbents.  It does not apply to

20   candidates.  It applies to incumbents.

21        So I just want us to be mindful of all of

22   that.  I think it is fair -- and I'm looking

23   forward to hearing what Ms. Coker Daniels --

24   Dr. Coker Daniels has to share relative to this.  I

25   think it is inherently fair that they are on notice

1      of this 2024.  I don't believe it's actually fair

2      to say it's 2022, because that's a different

3      constituency that they would have to become

4      familiar with if there are changes for that one.

5          So those are my two comments.

6          AARON BOWMAN:  Thank you.

7          Board Member Coker Daniels.

8          KELLY COKER DANIELS:  Thank you.  And first I

9      want to thank the Committee for allowing the School

10     Board to participate in this dialogue as nonvoting

11     members.  We are appreciative of being included.

12         Just for factual information, in 2022 we do

13     have three that will be up for election.  None of

14     them are termed out.  They are all up for

15     re-election.  In 2024 we have four members; two of

16     those will be termed out at that time; two will run

17     for a second election at that point, just as an

18     FYI, if that helps in the conversation.  And we do

19     appreciate the tap dance that we may go through as

20     a result of this.

21         I think I understand what could happen if we

22     were to try to accelerate.  I certainly hear the

23     Committee about whether they will or whether they

24     won't vote to head that way.  If we do not -- if

25     the Committee does not accelerate in that manner, I

1       just want to make sure I understand in my reporting

2       back to my School Board colleagues that for those

3       that are running in 2022, there's a possibility of

4       districts that could change by no more than 10

5       percent in the second run for whoever wins in 2022?

6           PEGGY SIDMAN:  Through the Chair to Board

7       Member Coker, it's a possibility.

8           One of the things, as I noted in my

9       presentation, is that we try to keep it as

10      one vote/one person as possible, so we try to keep

11      those as close as possible.

12          But the two Council member districts joined

13      together, if those have a deviation of 10 percent

14      and then it expands when it comes to School Board,

15      that will be considered a violation, so they will

16      look to try to move those closer together.

17          But it's a possibility in 2024.

18          KELLY COKER DANIELS:  Thank you.  I just want

19      to be accurate in my reporting back.  I appreciate

20      it.

21          AARON BOWMAN:  Thank you.

22          Council Member Priestly Jackson.

23          BRENDA PRIESTLY JACKSON:  Thank you, Chair

24      Bowman.

25          And just to follow up on what Dr. Coker

1      Daniels said:  To me, then, we don't have an issue

2      with acceleration.  If in 2022 the three are not

3      termed out, they wouldn't have been drawn out

4      anyway -- right? -- for the election in 2022.  So

5      there's no need to accelerate because they are not

6      termed out and they are not drawn out of their

7      districts.

8           For 2024 two are termed out and two are up, if

9      they choose to run again.  And I say that because

10     when I was on the School Board, we weren't termed

11     out; we chose, all three, not to run again, all

12     three of us not to run again.  So I think that that

13     for me says that we don't have to accelerate a

14     timeline.

15          We can be mindful of those four in 2024,

16     particularly the two who are not termed out.  And I

17     think because they will be incumbents, it will be

18     incumbent upon us to consider where they reside

19     when drawing the districts.  That to me is -- I

20     just would like your ...

21          PEGGY SIDMAN:  Through the Chair to Council

22     Member Priestly Jackson, you are right; that's for

23     your consideration.

24          AARON BOWMAN:  Council Member Becton.

25          DANNY BECTON:  Thank you, through the Chair.

1    And not to belabor this point, but I want to make

2    sure our School Board colleague over here is -- the

3    question that I -- you had talked about the 10

4    percent in the fact that every Council district has

5    to stay within a 10 percent deviation of one

6    another at the end, and, therefore, that would

7    translate also to the School Board districts being

8    two Council districts.

9        But theoretically, you know, if somebody

10   lived -- you know, a School Board member lived at

11   the top edge of something and the districts did

12   change quite a bit, their constituency could change

13   more than 10 percent.  The 10 percent has nothing

14   to do with their current constituency and their

15   future constituency.  It's just about how many

16   total folks, whether we do it by total population

17   or by total voters, from one district or one School

18   Board district to another is within that 10 percent

19   deviation.

20       So I wanted to make that nuance, difference,

21   because I thought I heard -- I wasn't sure which

22   one you were talking about.  It almost felt like

23   you were talking about the constituency part.  And

24   that could change -- not saying it will -- but

25   theoretically it could change a lot more than

1   10 percent and still be -- you know, still be

2   legal.

3          Did I say anything incorrect, Ms. Sidman, on

4   that?

5          PEGGY SIDMAN:  So just a couple of things.

6   You are going to hear in a minute from Mr.

7   Killingsworth, and he's going to tell you -- not to

8   steal his thunder -- but that Jacksonville has

9   grown by 100,000 people.  So your constituency is

10  changing.  And for those of you who are on LUZ and

11  others that are just very familiar with your

12  districts as you are, you know that when there is

13  multi-family housing and apartments and things like

14  that, those things change just as they develop in

15  your area.  So that changes your numbers and where

16  folks live.

17         I do want to be mindful of our terminology.

18  The choice of what you are considering is total

19  population or voting-age population, not voters;

20  voting-age population.  So this is not as to

21  voters; this is voting-age population.

22         Thank you.

23         AARON BOWMAN:  Council Member Dennis.

24         GARRETT DENNIS:  Thank you, through the Chair.

25  And I don't know if this is a question for Ms.

1    Sidman or Mr. Killingsworth or both of y'all can

2    take a stab at this:  I understand the

3    circumstances that we are under, that we received

4    data late.  And from, you know, past history, I

5    remember 2010, and the data wasn't late.  But when

6    have we been finished before?

7         In the past have we had the maps completed

8    before election?  I guess if you go back, that

9    would be before the 2012 elections.  And if we

10   received data back in 2000, it was completed by

11   2002.  So, sure, we can go with this very long date

12   or, you know, expanded calendar and be ready for

13   2024; however, we will be setting a precedent or a

14   new precedent not to have it completed.

15        And, again, it's not about accelerating and

16   being problematic.  December 1st is when we will

17   need to have it completed to the Rules Committee,

18   December 1st.  So you are talking about August,

19   September, October, November; so we're talking four

20   months for this committee to do the work to present

21   it to the Rules Committee to try to have it done.

22   Right?

23        PEGGY SIDMAN:  I am not sure --

24        GARRETT DENNIS:  Let me -- let me please --

25   let me finish.

1          PEGGY SIDMAN:  I'm sorry.

2          GARRETT DENNIS:  And so we will have it

3     finished in order to -- in order to have the maps

4     ready for 2022.  And then we can move on to other

5     things that needs to be done.

6          So, again, you know, this is what we're --

7     we've been charged in here to do.  And I don't -- I

8     don't see, you know, why we should, you know, just

9     drag it out to put another body of politics in

10    flux.  But that's just my opinion.

11          But, again, my question is the historical.

12    Have we had the process completed for '22 -- excuse

13    me -- for 2002 election, for the 2012 election?

14    And so now this will be the first time where we

15    won't have it completed for the two years later,

16    and now it's four years.  Thank you.

17          PEGGY SIDMAN:  Mr. Chair, am I recognized?

18          AARON BOWMAN:  Please go ahead.

19          PEGGY SIDMAN:  So, again, the historical piece

20    we can get that for you; I don't have that as I

21    stand here today.

22          I'm not sure that the 12/1 date for something

23    to go to the Rules Committee is the date.  I'm

24    thinking it's more 12/1 has to be effective by

25    Council.  But, again, I would rather provide you

1        that information as we committed to do.

2             AARON BOWMAN:  Okay.  Thank you.  Seeing no

3        one else is on the queue, thank you, Ms. Sidman.

4             PEGGY SIDMAN:  Thank you.

5             AARON BOWMAN:  Mr. Killingsworth.

6             BILL KILLINGSWORTH:  Good afternoon, Mr.

7        Chairman and Committee.  My name is Bill

8        Killingsworth.  I'm the Director of the Planning

9        and Development Department.

10            I would like to talk about basically three

11       things today:  One is at least my perceived role,

12       should you all select the Department to be your

13       consultant.

14            Some criteria in which to guide development of

15       the boundaries.  In particular, I'm going to talk

16       about criteria that the last committee discussed.

17       They didn't select all of them, but they discussed

18       them.

19            Peggy went into the legal criteria that you

20       can consider.

21            And then thirdly, I would like to just talk

22       briefly about the mechanics of some of the process,

23       particularly in starting out.  Starting out last

24       time was very structured, and then as the process

25       went along, it became more organic.

1        So my role -- my perception, should I be

2    chosen as a consultant, is that, A, I need to be

3    available to 19 members of the City Council pretty

4    much all of the time.  So my life for the next

5    three months is going to be very busy.  I need to

6    be responsive to your requests.

7        I need to facilitate both public and noticed

8    meetings.  And the noticed meetings will come back

9    to the fact that I can't be a go-between between

10    Council members.  So I can utilize my knowledge in

11    conversations with each Council member with input

12    from the public to craft boundaries, but I can't go

13    to one Council member and say, "Hey, Council Member

14    A will give up this area if you will give up that

15    area."  That's something that has to be done in a

16    noticed meeting, and I will be glad to facilitate

17    those, but that's where I can't go.

18        That's why I have a responsibility to utilize

19    the knowledge that I have in the Department and the

20    input we get from the public to craft boundaries

21    that are consistent with the criteria that we

22    give -- that you give to me.

23        And then ultimately I have to recognize that I

24    don't make the decision on the boundaries.  This

25    Committee and ultimately Council will make the

1    decisions.  My job is to make recommendations

2    consistent with the criteria.  Ultimately, other

3    factors besides criteria will play into the edges,

4    but hopefully the criteria will guide the large

5    geography changes that are needed, if needed.

6         So the three types of criteria choices that I

7    would like to talk about, Peggy has talked about

8    unit of representation.  So the Council is going to

9    have to decide whether or not you want to use total

10   population or the population of those 18 and over,

11   commonly referred to as voting-age population.

12        I will say historically that we use total

13   population.  And in looking at the numbers -- and I

14   will talk a little bit about the numbers.  I don't

15   have a lot of numbers to present to you today, but

16   we have done some consistency checks with the data

17   that we have.

18        At this point, at least in terms of

19   large-scale geographies, I'm not sure it will make

20   a huge difference.  So I guess my recommendation is

21   we've had a historic use of total population, and I

22   think it would be -- it wouldn't be a challenge to

23   continue to use total population.

24        I do want to talk about geographic

25   constraints.  That was discussed at the last time

1    ten years ago, which doesn't seem that long ago,

2    but I certainly feel the ten years.  So there was a

3    strong desire to have all of the beaches in one

4    Council district, and that desire was materialized.

5        There was also a strong desire to -- initially

6    it was to not cross the river boundary.  But the

7    reality was the math didn't work, and so we had to

8    cross the river boundary.  In looking at the

9    numbers this time, whether or not you use voting

10   age or whether or not you use total population,

11   mathematically it may be possible to not cross the

12   river.

13       Should Cecil Field all be in one district, or

14   should it be represented by multiple districts?

15   Downtown; should downtown be represented by one

16   district, or should it be represented by multiple

17   districts?  Clearly, if you make a decision to

18   minimize crossing the river, that bodes for at

19   least two Council districts.

20       And then are there any other features that the

21   committee feels we shouldn't cross; interstates,

22   major bodies of water, things like that.

23       What I would say in terms of geographic

24   constraints, was really there are only two:

25   preserve the Beaches as a whole district, and then

1    minimize crossing the river.  That was what was

2    chosen last time.  This Council is certainly free

3    to choose any that they feel represents the

4    community today.

5         In terms of communities of interest, you know,

6    there is criteria that you can provide.  Last time

7    there was a strong desire to maintain the historic

8    communities of interest that existed in the City in

9    prior Council districts.

10        There was not, at least publicly, a big desire

11   until the very end in terms of political

12   constraints, so in terms of voter registration, D's

13   and R's.  In the end everybody wanted to know that

14   information, but in the beginning it was not

15   something that factored into the constraints.

16        And then obviously the protection of Council

17   and School Board incumbencies, and then whether or

18   not we should consider school attendance zones.

19        Of those that they discussed last time, the

20   decision was made to maintain the four communities

21   of interest that historically existed as Council

22   districts and then protect incumbencies, and that's

23   all they chose out of communities of interest.  Now

24   communities of interest did play a part when we

25   played on the lines, but they weren't broad

1    criteria in terms of guidance to the Department.

2          In terms of process, I need some simple

3    guidance on whether or not you would like the

4    Department just to go nuts and come up with

5    entirely new boundaries and start from there, which

6    is what the last Council committee did on this.

7    They said start from scratch, and that's what we

8    did.

9          This time you may want us to start from

10   existing boundaries.  I will say that the

11   population distribution -- and with the Chair's

12   permission I will tease Council Member Becton on

13   Council District 11.  Had it not been for Council

14   District 11, we might be able to just keep the same

15   Council districts.  But the reality is his district

16   is substantially bigger than what even a 10-percent

17   variance would cover.  So we are going to have to

18   make changes in the south and east, and then that

19   will probably result to changes everywhere else.

20         How do you want to do the at-large districts?

21   So I think in terms of the first one, I would

22   recommend we start from existing boundaries, though

23   not -- it gives us a place -- given that most of

24   them could change, but for Council District 11 and

25   Council Member Carrico's district I think would

 1      exceed the 10 percent, the rest of them are within

 2      the 10 percent.  It kind of makes sense to start

 3      from the existing boundaries.

 4           At-large districts, last time we did those

 5      first; they tend to be easy.  We just -- because

 6      it's a residency requirement and because they are

 7      voted, citywide we need five blocks that have the

 8      right numbers in them and the incumbents in those

 9      districts.  That tends to be easy.  We can get that

10      done and out of the way.  So we could do that as

11      well as make a cut at the first pass, the first or

12      second meeting.

13           Do you want us to do this incrementally or

14      wholistically, with a W, dealing with the whole,

15      not holistically as in holistic medicine?  Last

16      time we did it wholistically.  Each time we changed

17      the entire county and brought a revised revision

18      here.

19           Given that the numbers for the districts --

20      with the exception of a couple districts -- kind of

21      work, and the fact that last time, even though we

22      did it wholistically, the reality was there was

23      broad consensus south and east of the river in

24      terms of what they wanted, and we were able to do

25      that relatively quickly.  And then the discussion

1    on how to achieve crossing the river, from where

2    that should happen, because we have to, and how to

3    achieve the four communities of interest; that

4    discussion took a lot more time.

5         So I guess my recommendation is while we will

6    present -- every time we present numbers to you,

7    the numbers will meet the definition in terms of

8    the maps, the focus would be incremental, because I

9    believe this time we could probably get south and

10   east of the river done pretty quickly as well.

11        And then how much deviation is permissible.  I

12   believe Peggy said that there's a 10-percent range

13   between highest and lowest.  It doesn't have to be

14   10 percent.  This community can choose to make it

15   less or more.  I will say making it less makes it

16   more challenging.

17        I will talk a little bit about the numbers.

18   So we uploaded into our system all the numbers on

19   Friday.  We have been doing consistency checks on

20   the data.  We are not checking whether or not the

21   data is correct in the sense of are there the right

22   number of people in each Census block.  What we're

23   doing is we're checking to make sure it's

24   consistently internal.

25        So the way the Census is structured is you

1    have a Census block, which is you can think of as a
2    downtown block that they typically represent a
3    fixed range of population.  Those blocks are
4    aggregated into block groups, which is a larger
5    range of population, but they try to keep those
6    block groups within the same range.  And then those
7    block groups aggregate into Census tracks.  Census
8    tracks aggregate into places in Duval County.
9         So what we've done is make sure that the
10   blocks aggregate into the block groups, and
11   aggregate into the tracks, and the tracks aggregate
12   into the County, and that those numbers all add up
13   right.  What we're not doing is the Census says
14   there is ten people who live there, and we're not
15   verifying whether or not there's ten people who
16   live there.  I simply wouldn't have the capacity to
17   do that, nor is that something I'm prepared to do.
18        So the average number of the target that we
19   have to hit is 71,107.  In 2010 it was 61,733.  If
20   you use voting-age population, it would be 55,829,
21   but your totals go down.
22        So total population is 995,497.  Voting-age
23   population is 781,603.
24        It is interesting, because I did look at the
25   numbers north and south of the river just to kind

1      of have an idea whether or not we could have whole

2      districts one side of the river or not.  We can't

3      have -- under total population we can't have whole

4      districts with every district meeting the average.

5      But we could have whole districts north and south

6      of the river within a 10 percent variance.  And

7      what that would probably mean is one side of the

8      river is going to be a little bit high, and the

9      other side of the river is going to be a little bit

10     low.

11          The interesting part about it is that the

12     voting age proportionately changes a little bit but

13     not enough to really impact that aspect.  So that's

14     why I say -- I mean, historically we've done total

15     population, but I don't know that picking one over

16     the other in terms of at least that criteria, which

17     is the only one I've looked at so far, would make a

18     substantial difference.

19          And then with that, I will stand by for any

20     questions and any guidance you would like to give.

21          AARON BOWMAN:  Thank you, Mr. Killingsworth.

22     I'm sure we've got several questions.

23          And to the Committee, obviously it's my

24     recommendation that Mr. Killingsworth is our

25     consultant, but as a part of a group and team, I

1   did not want to dictate that.  I want to discuss

2   that and vote on that, so we will do that today.

3        Also, I will tell you that the schedule was

4   put together originally thinking that the data

5   wouldn't start until the end of September.  And

6   when we learned that we had enough data to get

7   started -- so the idea was we're going to talk

8   about what he needed to do, and the next meeting we

9   would give him direction.  I think it's not a great

10   idea right now.  So I do also want to talk about do

11   we try to do that all today, or do we get back

12   again before?  We've got a fifth week coming up.

13   So I think it would be a stretch for us to give him

14   100-percent guidance today to get started.

15        But with that, Council Member Becton.

16        DANNY BECTON:  Thank you.  Through the Chair,

17   I appreciate that walk down memory lane, Director

18   Killingsworth.  If you don't know, I was not a

19   Council member at the time, but I was a community

20   you-might-call activist, and I was knee deep and

21   over my head in redistricting back in 2011.

22        As to the southeast part of our county,

23   certainly the principle of the Beaches wanting to

24   be uniform in the area for which I represent --

25   which used to be represented by the Beaches --

1    didn't make any sense, and we wanted our

2    independence, as we kind of stated, in our own

3    local representation, which had always come from

4    the Beaches for a couple of decades.  And that did

5    change, and District 11 shifted from the northwest

6    side of the river to the southeast.  That was a

7    major principle which kind of started the southeast

8    part of the redistricting and was kind of the

9    template which everything kind of worked off of.

10    And with that said, I first want to state to

11    the Chair my work with Director Killingsworth.  As

12    a recommendation, he did an outstanding job.  I

13    mean, I couldn't imagine anyone who could have done

14    a better job.  Mr. Killingsworth is -- as I'm sure

15    you've worked with him on LUZ like I have for many

16    years -- is a very even-keeled individual.  He

17    certainly knows how to have those conversations

18    with Council members and is very objective.

19    I have the highest regard for Director

20    Killingsworth to managing this again.  And that is,

21    you know, certainly based on having worked with him

22    so closely in 2011.

23    The river was -- he was spot on.  The river

24    was a major obstacle that we were -- basically with

25    the principle do people on one side of the river

1       have the same community of interest as people on

2       the other side of the river, and I think everyone

3       came to the conclusion that they did not.  And

4       that's where we really tried to work to reduce

5       those river crossings, only based on that

6       principle.

7           I mean, Mandarin was over there connected with

8       Blanding Boulevard, you know, across the river.  It

9       just didn't make any sense.  Those people just had

10      nothing in common, but they were connected by

11      Council districts, and that certainly played a

12      part.

13          We wish we could have gotten rid of the

14      Arlington too, the one there, because people in

15      what is now Council Member Ferraro's district,

16      versus Arlington, even today, you know, they are

17      like, "Why are we connected to them"?  So I'm glad

18      to hear that the numbers perhaps could work out to

19      where we could get rid of all of them, because that

20      just makes people who live in the same

21      neighborhoods who have the same interest more

22      connected than people in a far distance area that,

23      you know, you just question this doesn't make any

24      sense when you look at it.

25          So perhaps that could be an objective of this

1     committee collectively and agreed to.  And at the

2     end of the day, I can tell you that makes it

3     easier, because then as a subgroup, what we did

4     back then was, yes, the Southeast Council members

5     and the community leaders got together and kind of

6     said, "Okay, this is how it makes sense from the

7     Southeast standpoint."

8          And then the Council members on the Northwest

9     standpoint who knew their areas so well, they

10    worked collectively as another subcommittee to, you

11    know, to come up with their plan.  And it just kind

12    of fit -- there was two pieces of the puzzle rather

13    than many pieces of the puzzle, and it went really

14    smooth.

15         Council Member -- woman -- Denise Lee kind of

16    ran, I believe, the Rules Committee at the time and

17    led that whole process, and it really passed

18    unanimously back in -- we started that in the first

19    of 2011 in about March.  They kind of had some

20    meetings earlier, but we had to be finished -- they

21    had to be finished by November.

22         So what I will also add is, once again, that

23    Director Killingsworth did a fantastic job.  There

24    was another point that I was trying to make.  Oh,

25    so he pointed out District 11.  So back in 2011 we

1    knew District -- you know, we drew the boundaries.

2    You know, I worked with the Council at the time to

3    identify what the logical boundaries of District 11

4    on the Southeast side would be.  And when we made

5    those logical decisions, District 11 fell

6    underneath the average, because most of my

7    district, when I started out six years ago, was

8    woods, a lot of timberland.  Okay?  But we knew

9    that's where a large part of the growth area of the

10   county was going to occur.  So we almost planned in

11   2011 how to trim that back ten years from now,

12   which is today.

13        And so I've already sat down with Property

14   Appraiser Holland as he had worked with us all in

15   the current months, and I said, "Oh, this is easy.

16   We planned -- this was planned in 2011 where, you

17   know, we would trim District 11."  And based on

18   that -- which Director Killingsworth has indicated

19   is going to be way outside the area of growth which

20   is going to be the domino on the Southeast.  But

21   that perhaps has already been, you know, kind of

22   made back in 2011 when we worked on it that I can

23   easily share that with you guys and say here's the

24   logical -- and if District 11 falls back into the

25   average based on those trimmings, then, you know,

1    that might make Southeast much easier in the fact

2    that we know what we've got to work with.  You

3    know, you've got to have a base somewhere that

4    starts the domino.

5         And I would assume, Director Killingsworth,

6    that when you said one side of the river will be a

7    little less, one side will be a little heavy, I'm

8    going to use my experience and knowledge to say I

9    bet it's the Northwest side that would be the

10   lesser of the two.  Is that -- can I just possibly

11   get that observation?

12        BILL KILLINGSWORTH:  Through the Chair to

13   Councilman Becton -- sorry, my brain was working on

14   something else -- what I will say is if you choose

15   voter-age population, the math works out almost

16   perfectly.

17        DANNY BECTON:  Right.

18        BILL KILLINGSWORTH:  So if you use voter-age

19   population, it's basically six districts, and

20   everybody can be the average, barring whatever

21   fluctuations happen on the edges of the district.

22   If it's total-age population, we basically have

23   three quarters of a district southeast of the river

24   and a quarter of the district north of the river.

25        DANNY BECTON:  So my question was:  So when

1    you talk about, though, if you use total
2    population, one side would be a little less and one
3    side would be a little heavy.  And I was asking
4    would it be the northwest side of the river that
5    would be a little light?
6         BILL KILLINGSWORTH:  It would probably be the
7    northwest side of the river.
8         DANNY BECTON:  Yeah, that's what I thought.
9    And having served five years on LUZ, the
10   new district -- so District 11 was the growth area
11   in 2011; right?  That was the forecast?
12        I would say that my estimation for 2030, my
13   Council Member White's area and Council Member
14   Ferraro's area, there's many 5,000-acre rezonings
15   that we've done here lately and so forth.  And
16   seeing the growth that's occurring on the Westside
17   and then the Northwest side, I can only imagine ten
18   years ago that's where the growth of our county is
19   going to be.
20        And I can see my area -- my area I think in
21   two years when I leave office, every blade of grass
22   is going to be accounted for, and there will be
23   some growth, but not the growth I think we are
24   going to see in Council Member White and Council
25   Member Ferraro's area.

1    So that's just my walk down memory lane.

2    Through the Chair, I appreciate you giving me a

3    little bit of leeway to go over the time.  But

4    Director Killingsworth is spot on with his summary

5    today, and I could not more highly recommend

6    Director Killingsworth taking the lead on this.

7         And if this committee elects to do so, I look

8    forward, Director, for working with you on 2.0 on

9    this task.  So thank you very much.

10        AARON BOWMAN:  Thank you, Mr. Becton.

11        And time is obviously a concern.  I think

12   we're not going to get done what I want to get done

13   today, so I'm going to ask all of you to work with

14   me on setting up another meeting.

15        But Mr. Becton, can I take your comments as a

16   motion for Mr. Killingsworth?

17        DANNY BECTON:  Yes, absolutely.

18        AARON BOWMAN:  Do I have a second on that?

19        UNIDENTIFIED SPEAKER:  Second.

20        AARON BOWMAN:  Motion to second.

21        Any public comment on this?  Ms. Sidman?

22        PEGGY SIDMAN:  You can take it at the end or

23   you can take it now.

24        AARON BOWMAN:  Okay.  Any discussion on making

25   Mr. Killingsworth the consultant?

1         Please go ahead.

2         GARRETT DENNIS:  Through the Chair, I have no

3    problem with Mr. Killingsworth's previous

4    Redistricting Committee.  We had, you know, Mr.

5    Killingsworth, Mr. Holland, Mr. Hogan as a team

6    working.  So I have no problem.

7         But before Mr. Killingsworth kind of shared,

8    you know, his concern of the work load.  So I just

9    want to make sure that, you know, the work load

10   is -- that he's able to manage this, including, you

11   know, his work load, and then also continuing to

12   maybe not use, but advise, Property Appraiser

13   Holland as well through the process.

14        So, again, I have no problem, but, you know,

15   those are just a couple of questions that I have.

16   But I will be supporting the motion.

17        AARON BOWMAN:  Thank you, Mr. Dennis.

18        And, Mr. Killingsworth, please respond to

19   that.  Obviously, you and I had that discussion of

20   the amount of rezonings we have right now, and you

21   assured me that you are capable and your staff is

22   capable, but I would rather hear it from you than

23   me.

24        BILL KILLINGSWORTH:  So if Council chooses to

25   use the Department as the consultant, we can make

1     it work; I'm not concerned about that.  I would

2     like to correct on the record, so in terms of --

3     because I did the math real quick -- the reality is

4     if we use total population and don't want to cross

5     the river, the north of the river will average

6     about 73,000 people per district as opposed to

7     71- -- north of the river 73,000.  South of the

8     river will average about 69-.  So south will be a

9     little light, and north will be a little heavy.

10    But in terms of capacity, the Department can make

11    it work.

12         AARON BOWMAN:  Thank you.  Anybody else on

13    this motion?

14         All right.  All in favor of the motion for

15    making Mr. Killingsworth our consultant, please

16    raise your hand.

17         Okay.  It's unanimous.

18         Mr. Killingsworth, thank you.

19         And thank you, Mr. Holland.  I know he's going

20    to be reaching out.  I appreciate all of the

21    support to him as well.

22         Going back to the discussion, like I say, I am

23    worried about time, so we are probably going to

24    have to cut it off due to time constraints here,

25    but I will be scheduling one very soon.  And at

1    that meeting we will give Mr. Killingsworth

2    guidance on some of the things that he talked

3    about.

4         So Council Member Priestly Jackson.

5         BRENDA PRIESTLY JACKSON:  Thank you, Mr.

6    Chairman.  These are really quick questions for Mr.

7    Killingsworth.  He was speaking so quickly.  I just

8    want him to repeat the averages he was giving us

9    for the district sizes, as well as total population

10   and voting-age population numbers that he shared

11   earlier, as well as go back through -- I think he

12   said block, track, and then county.

13        I just -- I was just writing notes, but you

14   were -- I speak fast, but you were actually

15   speaking faster than me.

16        BILL KILLINGSWORTH:  Through the Chairman to

17   Council Member Priestly Jackson, so the numbers

18   that we came up with while we were doing our

19   consistency check, which was consistent with the

20   Census web page, is there's 995,497 people total

21   population; 781,603 voting-age population.  That

22   works out to an average of 71,107 if we use total

23   population, or 55,829 if we use voting-age

24   population, if my math is correct; however, I am a

25   planner and not an engineer.

1          In terms of the geography, so Census geography
2     is broken up in smaller-to-larger sections.  So you
3     have Census blocks which is the smallest unit.  And
4     typically in a Census block -- and I don't know how
5     much detail you want, but typically in the Census
6     block you have the least amount of available data
7     because you run into disclosure issues.  And so
8     what happens is they aggregate Census blocks up
9     into block groups, and that minimizes disclosure
10    issues.  But block groups -- roughly -- I don't
11    know the numbers this time.  Last time there were
12    roughly 11,000 blocks.  And there may be ten or so
13    blocks in each block group.
14          And then there may be anywhere from three to
15    ten block groups in a Census track.  And then
16    there's roughly 100 Census tracks in the City, and
17    that becomes the -- so they just aggregate data up.
18          And as you get higher in data -- because the
19    way statistics work, you know, you get better
20    averages in terms of income data and the stuff
21    that's done by survey.
22          The down side is as you get into smaller and
23    smaller geography, as you run into disclosure
24    issues where if you release the data, it will be
25    clear who that was because there's only one example

 1        within the lot.

 2            AARON BOWMAN:  Thank you.  Okay.  So,

 3        unfortunately, I might have to bring this to a

 4        close.  We will do public comment.

 5            So we're going to be working for the next

 6        meeting, and we will make it a little bit longer

 7        just so we can make sure that we get done.  But

 8        what I would ask all of you to do at the next

 9        meeting is bring your recommendations on the

10        guidance we give to Mr. Killingsworth so he can

11        start drawing out -- and so that's going to include

12        a lot of things we talked about:  total population

13        versus voting age; do we start from scratch; do we

14        cross rivers, et cetera.

15            So what I would like to do for the next

16        meeting is we will put together that list and give

17        him guidance so he can start off doing real work.

18            Mr. Becton.

19            DANNY BECTON:  Thank you.  Through the Chair,

20        if you don't mind me asking, Mr. Killingsworth, so

21        having gotten the data loaded into your system and

22        you are working on verifying it, when might be the

23        earliest opportunity that you could, you know, go

24        back and get the basic maps kind of plugged in with

25        that data, just to give us the lay of the land as

1       it currently exists, and perhaps both ways in what

2       you, I think, maybe have already taken a look at in

3       giving us the numbers that you've shared today?

4       When might be the earliest that we might could see

5       that?

6            BILL KILLINGSWORTH:  Through the Chair to

7       Council Member Beckton, if what you are asking for

8       is the current total population by Census, by

9       Council District --

10           DANNY BECTON:  Yes.

11           BILL KILLINGSWORTH:  -- I can provide a table

12      of that this afternoon.

13           DANNY BECTON:  That's what I thought.  I

14      thought you could go ahead and start getting us

15      some basic maps of the current way things are,

16      throwing the data at it, and -- whether it's a heat

17      map showing -- you know, or something to that -- or

18      just some basic numbers as to total population,

19      total-age population within each district, so we

20      can just start to rationalize in our minds what

21      that looks like.

22           So when we do meet, Mr. Chair, we've actually

23      have done a little bit of homework in order to be

24      able to make that decision with a little bit of

25      intelligence and homework, you know, behind it.  So

1      I would certainly applaud the Director if he could
2      get us that as soon as possible.
3          BILL KILLINGSWORTH:  Mr. Chair, if I could
4      clarify?
5          AARON BOWMAN:  Yes.
6          BILL KILLINGSWORTH:  So I can provide with
7      certainty, because I have it in my hand right now,
8      the 2020 Census population by the current Census
9      Council districts for total population.
10         I'm 99 percent positive I can get you voting
11     age for that same thing so you can just see how the
12     differences are.
13         I can get maps.  They will take a little
14     longer to produce because we haven't started map
15     production.  I'm just doing data analysis straight
16     out of the system, not looking at maps.
17         But if you are looking at total numbers, the
18     map doesn't provide any additional information.
19     It's only when we start looking at the subsections
20     of the Council district.
21         (Bumping the microphone)  Sorry, I talk with
22     my hands, and sometimes that interferes.
23         But certainly within a short period of time we
24     could start looking at -- if what you want to see
25     is what areas in the existing districts have

1      population, that may be challenging to the extent

2      that I'll have to go back and make sure that --

3      which I'm relatively certain we have it, just

4      haven't used it in a long time -- the 2010 block

5      data that we utilized to do the Census.  So we

6      could show kind of a difference, but that may take

7      me a little more time to get.

8           But certainly voter numbers by Council

9      district total and voting age, I can get that

10     quickly, probably by ends day -- day's end.

11          Mr. Chairman, if I could ask for one

12     consideration.

13          AARON BOWMAN:  Yes.

14          BILL KILLINGSWORTH:  Thursday mornings are

15     very difficult for me.  My boss meets with myself

16     and the other directors on Thursday mornings at

17     9:00 o'clock.  So it will be helpful that any other

18     time I can probably get out of, but it's hard to

19     tell my boss no.

20          AARON BOWMAN:  Thank you, Mr. Killingsworth.

21          Thank you, Mr. Becton.

22          And, Mr. Killingsworth, I think you know don't

23     wait for meetings to send information out.  You are

24     the owner of data.  We all want the data.  It

25     doesn't have to come while we're in this meeting.

1      It doesn't have to come through me.  If you've got

2      something you need to share that is of benefit to

3      this team, please launch it out.  And I look

4      forward to seeing those numbers.

5           Council Member Dennis.

6           GARRETT DENNIS:  I know you are trying to wrap

7      this up, Chairman, but I do want to make one point

8      as Mr. Killingsworth is out doing this work.  I

9      would recommend not starting over from scratch.  I

10     know he kind of mentioned that as he was talking.

11     Because -- you know, because we know the population

12     shifts.  And so it seems like to start all the way

13     over, almost new numbers, so -- you know, right now

14     what is currently District 9 won't be District 9;

15     it may be District 1 or 2 or 3.

16          So we have the districts.  We know what the

17     population is in my district currently.  And to get

18     to 73,000, if I have 69,000, it's to expand the

19     boundary lines to grab 4,000 more instead of

20     actually starting over from a blank canvas.

21          So when you were talking, it sounded like

22     that's the direction you wanted to do, just

23     starting from a blank canvas and just drawing all

24     new lines, versus starting what we have with the

25     current maps and adding and subtracting population.

1     Is that accurate?  And if that's the case, then it

2     goes back to what we talked about earlier when we

3     were talking about School Board representatives for

4     2022, 2024.

5          So, again, not to drag this out, but I wanted

6     to kind of put that out there, what I was hearing,

7     and make sure that you don't go down a rabbit hole

8     and then come back and then we're -- you know, this

9     extended timeline gets extended even further.

10    Thank you.

11         AARON BOWMAN:  So, Mr. Dennis, I think that's

12    a very good point.  And I'm certainly willing to

13    entertain that as a motion, because I think that's

14    a key element that can allow him to get started.

15    And then I will -- if we put that one to bed, then

16    I will take public comments and adjourn the

17    meeting.

18         Mr. Beckton, I need a second.

19         Do you want to make that a motion?

20         GARRETT DENNIS:  Through the Chair, I would

21    like to make a motion for Mr. Killingsworth to

22    start with the current maps.  And as you look at

23    those numbers, you mentioned 73,000, looking at

24    what's the population in the current maps, and

25    looking at, you know, adjusting -- if it's 4,000

1      more, adjusting the map that way or reducing it,

2      the population, versus starting from a clean canvas

3      drawing all new lines.  So I would like to offer

4      that motion.

5              UNIDENTIFIED SPEAKER:  Second it.

6              AARON BOWMAN:  Okay.  And motion is seconded.

7              Discussion on that?  Are you on that, Mr.

8      Beckton?  Okay, Mr. Becton.

9              DANNY BECTON:  Yeah, thank you.  Through the

10     Chair and my Council Member Dennis on this, I

11     agree.  I mean, so back in 2011, my memory lane

12     walk-through, is we did a wholesale rewrite of the

13     Southeast because of that transition 11, the

14     Beaches, and all the things we talked about.

15             In my observation for this time around, my

16     opinion is the Southeast is really going to be a

17     tweaking more than a wholesale change, but, you

18     know, anybody can do anything; right?

19             I can't say -- I don't know very much about

20     the Northwest side, and I think that's why I go

21     back and say we conquered and divided.  You know,

22     those Council members who are experts on one side

23     of the river got together and noticed meetings, and

24     we worked, and those Council members on the

25     Northwest side got together.

1      Because I know very little about, you know,

2   beyond what I've learned in LUZ over the years, and

3   I can't say the lines on the Northwest side last

4   time were wholesale changes.  I would say they were

5   mostly tweaked, but you guys -- you know, you are

6   the experts of your area, as Council members, and

7   we respect that.

8      And I think your point -- I can tell you from

9   the Southeast side, my observation is absolutely I

10   don't think it's going to be necessary.  Now, and

11   I'm relying on you having made that motion and your

12   observation, how you feel about the Northwest side.

13   So I definitely support this amendment in that

14   respect.  I think you are spot on.  Thanks.

15      AARON BOWMAN:  Anyone else on the Dennis -- I

16   don't know if it's an amendment -- I guess

17   initiative, guidance?

18      All right.  And I certainly appreciate you

19   doing that.  I think this is key.  And I can't even

20   imagine starting with a map -- with our growth

21   rate, all of our zonings going on, and all of the

22   incumbents and everything else, so I think that's

23   good guidance, and I certainly favor it.

24      All in favor?

25      Okay.  Unanimously.

1       We've given you one piece of guidance, Mr.

2    Killingsworth.  Start with what we've got and

3    adjust from there, and we will get back together

4    and then give you further guidance.  Once -- I

5    think it will be very helpful having some raw data

6    thrown across the table as well.

7       With that, I'm going to go to Carnell Oliver

8    as a public comment card.  And, Mr. Oliver, I'm

9    going to give you 3, but it'd be appreciated if you

10   don't use it all.

11   CARNELL OLIVER:  Yes.  Carnell Oliver on --

12   address is on a file.

13      I want to fundamentally focus on the Voting

14   Rights Act.  There are certain dynamics that are

15   associated with the Voting Rights Act.  If a

16   population in a particular district grows, that

17   district seat shrinks.

18      In dealing with the 2010 ballot initiative to

19   band gerrymandering, I think the framework of local

20   City Council member districts in accordance with

21   all 19 district seats, I believe that postcards

22   should be sent to every resident inside of all 19

23   districts showing where the population has grown

24   at.  And if it meets a certain threshold, then

25   those seats shrink.

1          I don't want y'all to pick your constituents.

2     I want the natural elements of governance to be the

3     most fundamental piece that is important.  If that

4     means that all of the incumbents that are up for

5     reelection may not get reelected, then you've got

6     to earn the vote and the trust of your

7     constituents.

8          But you don't need to keep up the same process

9     of a system.  If we have districts that have grown

10    in population, then they need to be shrinked.

11         Now, I've spent last night reading up on the

12    Voting Rights Act and certain things that deal with

13    minority districts.  I don't need y'all

14    manipulating the system.  I need you to do your job

15    based on the structure and the framework of the

16    Florida State constitution, run along with the

17    framework of what's going on in our community.

18         For those that are up for reelection, you're

19    going to have to earn the people's votes.  It's

20    your work that you do on this Council that will

21    shape what kind of leadership our community wants.

22         I know where the growth is really at, and I

23    know that a lot of those district seats will have

24    to change, and that means that everybody is going

25    to be on the chopping block.  But this is not your

1    place to dictate to the public who you want to

2    maintain control in this community.

3        The framework of our democracy is based on our

4    laws, and I don't agree with working with what

5    you've got, because if you work with what you got,

6    you have some gray area to manipulate the system.

7        So I prefer start from scratch, putting the

8    data out there to the public, putting -- sending

9    all the postcards out there to all 19 district

10    seats, showing where the population is, and

11    educating the public on what the John Lewis -- I'm

12    sorry -- on what the Voting Right Act says under

13    these certain provisions.  Because if you have

14    population growth, those district seats shrink

15    because they meet a certain criteria.

16        And I yield the rest of my time.

17        AARON BOWMAN:  Thank you.

18        Ms. Sidman, any closing guidance before we

19    take comments from Council members?  Nope?  Okay.

20        Any of the members on the dais have anything,

21    closing comments?

22        All right.  We've got some work ahead for us.

23    Thank you so much for being here.  With that, we

24    are adjourned.

25        (End of meeting at 10:31 a.m.)

```
 1                    REPORTER'S CERTIFICATE
 2   STATE OF FLORIDA )
 3   COUNTY OF DUVAL  )
 4            I, Leah P. Maltz, RPR, RMR, do hereby certify
 5   that I was authorized to and did stenographically
 6   rewrite and then transcribe the foregoing meeting from
 7   a video recording; and that the foregoing transcript
 8   was produced to the best of my ability.
 9            I further certify that I am not a relative,
10   employee, attorney, or counsel of any of the parties,
11   nor am I a relative or employee of any of the parties'
12   attorneys or counsel connected with the action, nor am
13   I financially interested in the action.
14            DATED this 6th day of July, 2022.
15
16
17
18                              Leah P. Maltz
19
20
21                              _____
                                LEAH P. MALTZ, RPR, RMR
22                              Court Reporter
                                Notary Public
23
24
25
```