1

2

3

4

5          CITY OF JACKSONVILLE, FLORIDA

6            OFFICE OF THE CITY COUNCIL

7

8     SPECIAL COMMITTEE MEETING ON REDISTRICTING

9

10        MEETING HELD ON SEPTEMBER 2, 2021

11                  3:00 p.m.

12             117 West Duval Street

13       Don Davis Room, 1st Floor, City Hall

14         Jacksonville, Florida  32202

15

16

17

18

19

20            Meeting transcribed by:

21
             LEAH P. MALTZ, RPR, RMR, FPR
22           LPM COURT REPORTING, INC.
                  P.O. BOX 1595
23       ST. AUGUSTINE, FLORIDA  32085-1595
                  (904) 434-7593
24           lpmreporting@gmail.com

25

```
 1                         IN ATTENDANCE

 2

 3      Aaron Bowman

 4      Rory Diamond

 5      Al Ferraro

 6      Kevin Carrico

 7      Joyce Morgan

 8      Kelly Coker

 9      Bill Killingsworth

10      Paige Johnston

11      Jeff Clements

12      Colleen Hampsey

13      Carol Brock

14      Chet Aikens

15      Maritza Sanchez

16      Barbara Hobson

17

18

19

20

21

22

23

24

25
```

1   (*** NOTE:  This meeting was transcribed from audio

2   only.  There was no video of this meeting.  The audio

3   was muffled and unclear at the beginning of the audio

4   file.)

5                        - - -

6        AARON BOWMAN:  Now to you, Mr. Carrico.

7        KEVIN CARRICO:  Sure.  I got a chance to

8   review these maps prior to the meeting.  I do have

9   kind of a fundamental issue with a lot that I

10  see -- well, not a lot, but one in particular

11  that's represented on every map, a switch from

12  District 3, where the northwest portion is being

13  taken up and being replaced by that southwest --

14  sorry -- northeast being taken away and adding in

15  the southwest.

16       Can you point that out?  Yeah.

17       So I'm taking the community in the northeast

18  that is very identifiable to District 4.  You know,

19  District 4 is old Southside.  It's almost all

20  multi-family homes.  You know, I call it a

21  working-class district.  We don't have a lot of

22  fancy things other than the Town Center.

23       But as far as the people who live there, we

24  don't have private golf-course communities, things

25  like that.  We're just a good old-fashioned working

1    community, largely historic with a lot of my

2    neighborhoods.  So you take a big chunk of that out

3    and you replace it with basically all multi-family

4    developments in the Baymeadows/95/Philips Highway

5    corridor, it just doesn't really identify with what

6    I think District 4 is.

7          So my proposal would be if you look at that

8    Baymeadows part -- can you point to it for me, Mr.

9    Killingsworth?

10         Yeah.  Swap that to the piece just east of

11   that, yeah, which is going to be Deerwood and the

12   Deerwood -- I forgot the name of the community to

13   the north of that.  It's off of Gate Parkway.

14   Deermeadows or -- not Deercreek.

15         Deerwood.  So it's adding Deerwood instead of

16   the Baymeadows/95 corridor.

17         AARON BOWMAN:  And does population -- I mean,

18   I know doing this on the fly is (audio fades out).

19         UNIDENTIFIED SPEAKER: (Unclear, low audio.)

20         KEVIN CARRICO:  And then on the next map, if I

21   can give my comments there?  Is that how you want

22   to do this?  Kind of roundtable through this?

23         AARON BOWMAN:  Sure.

24         KEVIN CARRICO:  Yeah, I mean, just as a whole,

25   not just my district, but as a whole, this map kind

1    of disrupts a lot more of what we all perceive our

2    districts to be.  It takes into Mandarin and

3    District 6.  It takes -- does that have the Bartram

4    in there?  Yeah, it adds Bartram to that, which,

5    you know, it's across Julington Creek.

6         It has the San Marco District, District 5,

7    jumping all the way into what most would consider

8    Mandarin.  I went to Mandarin High, and it looks

9    like that's diving all into the heart of the North

10   Mandarin area.  It takes me in 4 and pushes me out

11   to St. Nicholas and areas that are kind of

12   identifiable with, you know, a San Marco suburb.

13   So it kind of disrupts the whole picture, in my

14   opinion.

15        AARON BOWMAN:  Okay.  And recognizing

16   Councilwoman Morgan has joined us.  Thank you.

17        And School Board Member Coker has joined us.

18        And I know y'all stepped in a little late, but

19   basically what I started us off with is stating

20   that these micromeetings between the joined

21   districts are probably the best way to go, rather

22   than having a big meeting and trying to solve it

23   all at once, if we can get adjacent districts to

24   agree on things.  So Bill has probably got about

25   four more micromeetings he's going to try to put

1    together.

2        And, of course, this is just a working meeting

3    today.  We're not voting on anything.  We're just

4    kind of seeing kind of for the first time what

5    we've got and making comments.

6        So thank you, Council Member Carrico.

7        Council Member Ferraro.

8        AL FERRARO:  Thank you, Mr. Chairman.

9        I did reach out with Mr. Killingsworth in the

10   area that I know that the committee tried to do, is

11   to keep it to where we didn't have active Council

12   members being in the same area.

13       I know you and I are going to be termed out at

14   the same time, so that wouldn't have anything to do

15   with anything like that.

16       But Ms. Morgan's area, which is old Arlington,

17   and then the East Arlington has always been kind of

18   considered going all the way over towards Queens

19   Harbor.  You may not hear that.  I hear that a lot

20   from constituents and customers.  It has a lot more

21   of the same effect of the communities in that area,

22   like Mr. Carrico talked about, with the

23   neighborhoods and how that was affected.

24       So I was interested in trying to keep as much

25   as a block going east, and I know with me and Mr.

1          Killingsworth, we talked about it.  I didn't get to

2          look at really what the north side of the district

3          was going to look like at this point.  But on this

4          part, the south end of our district, this was

5          something I was interested in, trying to have

6          something that meshed together I thought a little

7          bit better.

8               I think you did a good job, Mr. Killingsworth.

9          I wouldn't want your job.

10              AARON BOWMAN:  Yeah, please.

11              RORY DIAMOND:  I just have a question for Mr.

12         Ferraro.  Just my personal bias, I don't care if we

13         cross rivers.  I've got an intracoastal going all

14         the way through my district, so I don't care about

15         water and bridges.

16              But that whole area north of the river, you've

17         been representing for almost eight years, Black

18         Hammock Island and all of those places where all of

19         that development is happening, that so many of us

20         have been up there, I mean, it seems like they are

21         just being kind of left behind in this.  Why not

22         just keep them part of 2 and have the rep who's

23         there kind of look out for these similar

24         neighborhoods north and south of the river there?

25         I'm just asking.

1    AL FERRARO:  So I didn't have a problem with

2    it crossing the river.  I think that was the task

3    of the committee that said that they didn't want it

4    crossing the river.  And this is -- so I have never

5    had heartburn of it crossing the river.  Actually,

6    to me, it works well.  So I really don't have a

7    problem, to answer your question.

8        RORY DIAMOND:  Okay.

9        AL FERRARO:  When I looked at it of how it was

10   carved out, I just didn't think it really fit.

11   So ...

12       AARON BOWMAN:  Yeah, please.

13       BILL KILLINGSWORTH:  (Low, unclear audio.)

14   The issue is going to be that because of the

15   population on this side, is we can still cross the

16   river, but (low, unclear audio).

17       AL FERRARO:  And, Mr. Chairman, if you don't

18   mind me adding?

19       AARON BOWMAN:  Yeah.

20       AL FERRARO:  To Mr. Diamond's point, when you

21   were talking about keeping the areas together, I

22   know that the north part of my district has always

23   asked me, when redistricting happened, how they

24   wanted Oceanway to be part of it, to where it was

25   kind of divided in half to where what happened in

1      Springfield -- which it's not bad; it's just two

2      different types of living -- it doesn't really kind

3      of work with the Oceanway area.  So the Oceanway

4      and the Black Hammock Island and all of that, they

5      were asking when redistricting happened if we could

6      kind of join it instead of splitting it like it

7      was.

8           So if it is going to be split, that was

9      something I'd be interested in looking at.  And I

10     haven't really seen anything on the north side of

11     what's going to happen yet.

12          AARON BOWMAN:  I think since this one impacts

13     District 3 a lot, I'm not favorable of this

14     scenario, because I will tell you those areas of

15     what I've got is pretty homogeneous and carving out

16     a huge section of that.

17          So -- and I'm just curious, Mr. Killingsworth,

18     I mean, I haven't looked at population maps, but

19     certainly to the north of the river there is a lot

20     of low-lying lands.  And I've got to believe that

21     the population is not that intense across the

22     northern part of -- right across the river.  Yeah,

23     in there.  Okay.

24          BILL KILLINGSWORTH:  (Low, unclear audio.)

25          AARON BOWMAN:  Okay.  Mr. Diamond.

1       RORY DIAMOND:  Thank you, Mr. Chair.

2       And, again, thank you, Mr. Killingsworth, for

3   all of the hard work.

4       And thank you, Mr. Holland, who I know also

5   did a bunch of work before this.

6       District 13 looks pretty much the same.  My

7   community is going to be thrilled so long as the

8   Beaches are altogether.  So that's kind of my job

9   is done, and I will check the box.

10      Just on other issues while we're looking at

11  it -- and this is mostly through having spent time

12  running around on LUZ -- I do care about that, and

13  I know you do, too, Councilman Ferraro, that Black

14  Hammock Island and everything kind of east of Boney

15  Road seems all -- and Heckscher -- all that seems a

16  lot like 2 in my brain, but I will leave that to

17  y'all to decide.

18      I do support Councilman Carrico's idea on the

19  neighborhoods that he mentioned, so I would be

20  fully in support of what he suggested for his

21  district.

22      The only other wrinkle here on this one is I

23  really think that what Councilman Becton's map

24  looked like was disruptive, to say the least.  It

25  was -- it did a lot of moving pieces, and I'm just

1    not sure what the purpose of it was.

2         But I know for sure that I think Bartram and

3    that community fits perfectly well with the other

4    south-of-JTB communities.  In fact, all the people

5    I know there are expecting to be in 11.  I just

6    don't see the logic of lumping them in with, like,

7    Old Mandarin.  So I do think I prefer the original

8    map that includes Bartram along with District 11.

9         But, again, my district is whole.  I'm going

10   to be here as an annoying interloper so long as 13

11   is what it is.

12        Can we renumber it, though?  I'm a little

13   tired of being District 13.  I'm ready to be

14   District 1 (laughing).

15        Don't worry.  The new East Arlington, West

16   Arlington District -- I'm teasing (laughing).

17        All right.  That's my 2 cents, sir.  And,

18   again, I'm not sure why -- and perhaps the Chair

19   can explain, if you would like -- but, to me, it's

20   just like crossing rivers are no big deal.  We've

21   done it in the past.  In fact, the original

22   districts crossed the river back 50 years ago.

23   Mine crosses the Intracoastal.  2 has always

24   crossed the river and the Intracoastal.  So, to me,

25   it's fine.

```
 1          AARON BOWMAN:  Yeah.  And certainly I realize
 2    my district was the logical one to feed your
 3    district.  So I don't like giving up my San Pablo
 4    neighborhoods, but I pretty much knew that that's
 5    where it makes sense to take from.  And kind of
 6    along that Council Member Ferraro, that's one of
 7    the reasons why I want to keep that other northern
 8    district, because I'm already getting chunked out
 9    on that side because --
10          AL FERRARO:  What are you talking about?
11          AARON BOWMAN:  Right along San Pablo Road.
12          So many years past, everything to the west of
13    the Intracoastal was kind of part of the same
14    district.  In the last three districtings, we lost
15    the area -- I say "we" -- my district lost the area
16    to the east of San Pablo down the Isle of Palms
17    area at the very bottom of the purple, Mr.
18    Diamond's district.  And now simply -- and so I had
19    one side of San Pablo in my district, the other
20    side of San Pablo not.
21          Now what this does, is it pretty much takes
22    all of one side of San Pablo, north and south, and
23    moves it over to the Beaches.
24          So -- oh, yeah, I knew where you were going to
25    steal from, because it makes no sense to take it
```

1       from anywhere else.  So I'm actually kind of fine

2       with that map as the first one is drawn.

3              So I recognize Council Member Morgan.

4              JOYCE MORGAN:  Yes, thank you so much, Mr.

5       Bowman.  I appreciate it.

6              I did have a chance to speak with Mr.

7       Killingsworth on District 1 which abuts to District

8       2, and it abuts to District 4.  And what I'm

9       looking at is just where we're possibly looking at

10      pulling more of my Regency area into District 2.  I

11      propose drawing that line down Monument to Regency

12      Square Boulevard, going over and picking up my

13      library, to keep the Regency Square Library in

14      District 1, and then drawing the line all the way

15      down to Atlantic.

16             And what we're looking at is it should not

17      have a population change, because those would not

18      be populated areas.  Those would be commercial

19      areas.  So, you know, if it were population, I

20      would say I've got to give it up, but it's

21      commercial.  So that was my suggestion when I

22      talked with Mr. Killingsworth, is I think because

23      this is probably one of the few that stays compact

24      with what we're doing.

25             AARON BOWMAN:  Mr. Killingsworth, can you kind

1   of illustrate with your hands what Ms. Morgan was

2   talking about?

3       BILL KILLINGSWORTH:  Yes.  So what (low,

4   unclear audio).

5       AARON BOWMAN:  And that would be taking away

6   from your proposal of whom?  District 4?

7       JOYCE MORGAN:  Two.

8       AARON BOWMAN:  Two.  Okay.

9       BILL KILLINGSWORTH:  (Low, unclear audio.)

10      AARON BOWMAN:  Okay.  Board Member Coker, do

11  you have any comments, questions?

12      KELLY COKER:  Through the Chair, I will say to

13  Council Member Morgan's standpoint, that this

14  particular library is used for a number of

15  community meetings and whatnot by Arlington

16  residents, and there aren't as many options.  So I

17  understand her saying -- addressing that.

18      To Council Member Ferraro's point of the Black

19  Hammock and that area, having now served it, and

20  also being so familiar with the student population,

21  he's correct that it's a unique population that

22  does -- it makes sense to keep it together, as

23  well.

24      I was trying to think in terms of schools and

25  distribution of schools for City Council members.

1    I would love to take these maps back and

2    double-check and see what kind of shifts you all

3    would see in terms of -- it doesn't look like any

4    major high-school issues or whatnot, but I do see

5    some elementary shifts potentially for you all.

6    And so I would be happy to make sure that our Ops

7    Department puts that together on some of those

8    maps, if y'all would like.

9         AARON BOWMAN:  Thank you.  Yeah, obviously

10   these maps are totally available to you.  And I

11   don't know how much work that is for your folks,

12   but these lines are going to be moving very

13   quickly, so I don't want them to spend hours and

14   hours on something that's all for naught.

15        Council Member Ferraro, just a question for

16   you:  I think what you are saying and what Mr.

17   Diamond said is that the sanctity and the guidance

18   we gave Mr. Killingsworth of crossing the St. Johns

19   River is just not that big of a deal, and in this

20   case splits up homogeneous-like areas?  Are you --

21        AL FERRARO:  They are very different.  They

22   are very unique in themselves.  The biggest thing

23   with our district is we use a lot of gas, a lot of

24   gas.  But, you know, if we're trying to keep

25   something similar, if we went east there's more

1    similarities going into your community than there

2    is going south.

3         On the north side it's just completely another

4    unique area.  I mean, very dissimilar each side of

5    the river.  They are both very unique and

6    different.  And that was the thing that I was

7    talking with Mr. Killingsworth and the community,

8    that if it was going to be to where you weren't

9    going to cross the river, then going east would be

10   the most, I thought, cohesive thing that would be

11   similar in the district.  I know you don't think

12   that, but that was my point of view on it.

13        But if it was crossing the river, I certainly

14   don't have a problem with it.  It's just they are

15   just two different groups.  I mean, it's more

16   country; it's more wide; it's more open as you

17   cross the river, but a lot of it has to do with

18   being on the river.  There's a lot of similarities

19   there.

20        You know, you take out Blount Island and you

21   take a lot of the commercial areas out, that pulls

22   out a lot, but there's a lot of waterways and a lot

23   of things that are unique to that area.  But if

24   this was going to happen, I'm not just looking at

25   the south end of the river.  The north part where

1       it goes into Oceanway is another big thing to look

2       at.  So ...

3           RORY DIAMOND:  So I agree with everything

4       Councilman Ferraro said, and I'm always a little

5       touchy about talking about somebody else's

6       district.  I guess my point was if the north part

7       of 2 is not with 2, then we're looking at 7, and I

8       can't think of places that are more dissimilar than

9       Downtown Jacksonville and Black Hammock Island.

10      And so that is very very different.  So, to me, it

11      was, like, if we keep it in 2, then you've got

12      someone who is hopefully going across the river and

13      seeing it.

14          But I agree on Oceanway and maybe the -- so we

15      haven't seen what the north map looks like, but

16      maybe there's a way of making 7 and 2 make some

17      sense so that the -- so that neighborhoods that are

18      similar are lumped together and people feel like

19      they have representation that's right there.

20          AARON BOWMAN:  I agree with you.  I think

21      that's a good comment.  And I spend a lot of time

22      up there, so I know exactly what you are talking

23      about.

24          I guess my question to you, Mr. Killingsworth,

25      is, I mean, this is -- obviously, those boxes

1     worked based on population.  If you pulled back in

2     north of the river back into 2 and just made it not

3     quite as broad, are you going to be able to play

4     with the population numbers of adding back in?

5          BILL KILLINGSWORTH:  We can certainly play

6     with it.  I just listened to a couple of scenarios.

7     (Low, unclear audio.)

8          AARON BOWMAN:  And, please, I don't want to

9     dominate the conversation here, but for you, Mr.

10    Diamond, I guess my thinking is you going across

11    the river actually doesn't make a whole lot of

12    sense, because, yes, you can get across there on

13    the ferry when the ferry is operational, but

14    otherwise, for you to get from the northern part of

15    south of the St. Johns to the southern part north

16    of the St. Johns, I mean, that's a 45, 50-minute

17    drive.  So it doesn't seem to make a whole lot of

18    sense to me unless you tell me that you think it's

19    a great idea.

20         RORY DIAMOND:  Nope.  I agree with everything

21    you just said.

22         I will say this, though, from now having

23    represented half of basically San Pablo Road East,

24    is that the main issues there are dredges.  And so,

25    you know, I don't mind being the dredges councilman

1      who just kind of becomes an expert, and whoever
2      takes my seat one day will also have to do that.
3      It's just one of the quirks of the district, that
4      you are representing the Intracoastal
5      neighborhoods.  And so you just kind of get good at
6      it.  So that's fine by me.
7          AARON BOWMAN:  Yeah, I think what Mr. Carrico
8      said made a lot of sense to me as well, that what I
9      know about what you just said seems we can work on
10     that.  We can take a look at 2 pulling back in
11     north of the river.
12         The changes, I think -- yesterday I met with
13     Councilwoman Cumber, but, I mean, there were
14     virtually no changes proposed for her; correct?
15         BILL KILLINGSWORTH:  That's correct.
16         AARON BOWMAN:  Okay.  So hopefully -- I wasn't
17     looking for big changes.  I don't expect she'll
18     have too much problems with that, but I won't speak
19     for her.
20         Mr. Carrico.
21         KEVIN CARRICO:  My esteemed colleagues to the
22     right both made some points that resonated with me
23     on my request to kind of shift from that Baymeadows
24     area to the Deerwood area.
25         First, if I give up that northeast, I will

1       lose Sandalwood High School, which is the only high
2       school I have in District 4.  So if I pick up the
3       Deerwood area going south, I would add Atlantic
4       Coast, I believe.  That's right there on that.
5       Yeah.  So I would lose a high school, gain a high
6       school, which would probably be important to the
7       School Board member.
8           And another point is I don't have a library in
9       my district.  I might be the only one that doesn't
10      have a library.  So if I go south on that Deerwood
11      angle, I would pick up the Deerwood library in my
12      district, and that would be a big win.
13          I don't know if Mr. Becton has any other
14      libraries other than that one.  I don't know if
15      that will leave him in a spot where he doesn't have
16      a library or a high school, but at least I wanted
17      to point out those observations.
18          AL FERRARO:  Do you mind, Mr. Chair?
19          AARON BOWMAN:  Go ahead.
20          AL FERRARO:  Yeah, and that's a big deal,
21      because we don't have a library in our district.
22      We're going to be getting one on the north side,
23      but -- as Ms. Morgan said about trying to keep that
24      library in her area.  And one of the reasons that's
25      really important is when we have community

1    meetings, it's a real problem.  So there are times

2    when we have meetings for Black Hammock -- not

3    Black Hammock Island -- but Cedar Point, where we

4    have to go into District 7 to have a meeting

5    because we're not able to use a school, and we

6    don't have any City buildings to use.

7         So the Oceanway Center is something we've had

8    to use, which is -- and the problem that you have

9    there, is when you are having a community meeting,

10    nobody is from the community in the place that you

11    are having the meeting.  So we've had that numerous

12    times in our area, which has been a real challenge.

13    And with all of the development that's going on,

14    you really don't get people to follow in where they

15    want to because, you know, they somehow think when

16    you are going to a meeting outside of their area,

17    that it's really not that important or can help

18    them.  And that's been a real challenge.  And

19    usually you don't hear about that until after

20    everything is passed and moved forward.

21         So the City buildings or parks -- because

22    that's a lot of the things that we have been doing,

23    is having community meetings at parks.  And we have

24    been rained out, and storms, as you see every day

25    we're having, so it's been a real challenge to do

1        these.

2            So we don't have a high school or a library in

3        our area.  And if Ms. Morgan's went into this and

4        we didn't have District 2 cross both sides of the

5        river, District 2 still would be without a library.

6        So ...

7            AARON BOWMAN:  And thank you, Mr. Ferraro.

8        And that's one thing I didn't talk about, that your

9        east-west design is I'm already losing Alimacani,

10       and I would lose Abess.  I would lose all of my

11       schools.  I think I would have Chets Creek, and

12       that would be probably I would have one school left

13       in my entire district.  So that was the other

14       thing, talking about the community factor.

15           So, all right.  Any other guidance, closing

16       comments?  Well, you get to close it out, Mr.

17       Killingsworth.  So, yes.

18           BILL KILLINGSWORTH:  So what I think I heard

19       was you would like to have a scenario that's based

20       off of this, but (low, unclear audio), and then

21       swapping out this section of Council District 11

22       for this section of Council District 11, and that's

23       a different scenario.

24           And then another scenario in which we try to

25       capture people north of the river for 2 and then

1      see what it comes out to.  Is that correct?  Is

2      there anything besides those two?

3           AL FERRARO:  Do you mind?

4           AARON BOWMAN:  Please.

5           AL FERRARO:  So I was interested in District 2

6      going west if we weren't crossing the river.  If

7      we're still going to be using that scenario of

8      crossing it, then I understand, but -- because a

9      lot of those things will happen as far as libraries

10     and some of the buildings that hopefully will be

11     going up soon.

12          But that was some of my reasonings for going

13     east on there.  So -- but I wouldn't be really

14     interested in just crossing the river if it's not

15     really encompassing most of the stuff that we have

16     already been able to work with.

17          Does that make sense to you, what I'm saying?

18          BILL KILLINGSWORTH:  Yes.  What I don't know

19     is how far, because most of the things you are

20     talking about are on the western border, so (low,

21     unclear audio).

22          AL FERRARO:  Right.  And that's what makes it

23     challenging for me, is because I'm really only

24     looking at half of what I represent.  And it makes

25     it real difficult to say that's where I want to go

```
 1        when I don't know what the other part of the pie is
 2        doing.
 3             AARON BOWMAN:  Okay.  Mr. Killingsworth?
 4             BILL KILLINGSWORTH:  So I will come back with
 5        those scenarios.
 6             AARON BOWMAN:  Okay.
 7             BILL KILLINGSWORTH:  And I can have those
 8        prepared for when we have (low, unclear audio).
 9             AARON BOWMAN:  Okay.
10             BILL KILLINGSWORTH:  And then hopefully -- I
11        have three or four meetings with the other side and
12        have something that's kind of in the same stage
13        where they looked at different scenarios, they made
14        recommendations on how to modify those, and then
15        everybody would be looking at the whole county ...
16        (low, unclear audio).
17             AARON BOWMAN:  That's great.  So let me know
18        your ability to have some of these other
19        micromeetings, and then if you wanted to maintain
20        or delay next week's meeting, we will get a notice
21        out if we need to delay.
22             And certainly use Carol, as well, to help
23        corner Council members and try to get them to make
24        themselves available so you can meet with them.
25             And with that, I don't think I -- unless
```

```
 1          anybody has any closing comments, we will -- thank
 2          you so much for your time.  Thanks for meeting and
 3          all the individual research you've done on this.
 4          And I can't say enough good things about the
 5          product you are giving us.
 6               Yes, Mr. Diamond?
 7               RORY DIAMOND:  I'm just so excited Mr.
 8          Killingsworth's salary doubles for all of this
 9          extra work (laughing).
10               BILL KILLINGSWORTH:  (Low, unclear audio.)
11               AL FERRARO:  Mr. Diamond, how would you like
12          to lose all of your Beach areas?  That's what we're
13          doing on ours.  Yes, so now you know how I feel
14          (laughing).
15               AARON BOWMAN:  That's a good point.
16               All right.  Y'all have a wonderful Labor Day
17          Weekend.  Thank you.
18               (End of meeting at 3:39 p.m.)
19                              - - -
20
21
22
23
24
25
```

```
 1                    REPORTER'S CERTIFICATE
 2     STATE OF FLORIDA )
 3     COUNTY OF DUVAL  )
 4           I, Leah P. Maltz, RPR, RMR, FPR, do hereby
 5     certify that I was authorized to and did
 6     stenographically write and then transcribe the
 7     foregoing meeting from a video recording; and that the
 8     foregoing transcript was produced to the best of my
 9     ability.
10           I further certify that I am not a relative,
11     employee, attorney, or counsel of any of the parties,
12     nor am I a relative or employee of any of the parties'
13     attorneys or counsel connected with the action, nor am
14     I financially interested in the action.
15           DATED this 15th day of July, 2022.
16
17
18                              Leah P. Maltz
19
20
21                         _____
22                         Leah P. Maltz, RPR, RMR, FPR
23                         Court Reporter and Notary Public
24
25
```