1

2

3

4

5            CITY OF JACKSONVILLE, FLORIDA

6            OFFICE OF THE CITY COUNCIL

7

8     SPECIAL COMMITTEE MEETING ON REDISTRICTING

9

10         MEETING HELD ON SEPTEMBER 7, 2021

11                  4:00 p.m.

12            117 West Duval Street

13     Lynwood Roberts Room, 1st Floor, City Hall

14          Jacksonville, Florida  32202

15

16

17

18

19

20          Meeting transcribed by:

21

              LEAH P. MALTZ, RPR, RMR, FPR
22            LPM COURT REPORTING, INC.
                   P.O. BOX 1595
23       ST. AUGUSTINE, FLORIDA  32085-1595
                   (904) 434-7593
24            lpmreporting@gmail.com

25

```
 1                      IN ATTENDANCE

 2

 3    Danny Becton

 4    Kevin Carrico

 5    LeAnna Cumber

 6    Rory Diamond

 7    Michael Boylan

 8    Sam Newby

 9    Kelly Coker

10    Cindy Pearson

11    Lori Hershey

12    Bill Killingsworth

13    Jerry Holland

14    Paige Johnston

15    Jeff Clements

16    Joe Johnson

17    Eric Grantham

18

19

20

21

22

23

24

25
```

```
 1   September 7, 2021                          4:00 p.m.
 2                        - - -
 3        DANNY BECTON:  All right.  We'll call this
 4   noticed meeting -- thank you.  We'll call this
 5   noticed meeting to order.  And I certainly want to
 6   thank everyone for being here to have this
 7   discussion on redistricting.
 8        I want to take a moment to kind of go around
 9   the room here and introduce ourselves.
10        Jeff Clements, do you want to start?
11        JEFF CLEMENTS:  Jeff Clements, Council
12   Research.
13        PAIGE JOHNSTON:  Paige Johnston, Office of
14   General Counsel.
15        CINDY PEARSON:  Cindy Pearson, District 3
16   School Board.
17        DANNY BECTON:  Welcome.
18        RORY DIAMOND:  Good afternoon.  Rory Diamond,
19   District 13.
20        MICHAEL BOYLAN:  Michael Boylan, District 6.
21        KEVIN CARRICO:  Kevin Carrico, District 4.
22        LEANNA CUMBER:  LeAnna Cumber, District 5.
23        DANNY BECTON:  And I'm Danny Becton, District
24   11.
25        LORI HERSHEY:  Lori Hershey, District 7.
```

4

1        KELLY COKER:  Kelly Coker, School Board
2    District 1.
3        DANNY BECTON:  All right.  Thank you.  We have
4    Council President Sam Newby in the audience, along
5    with Property Appraiser Jerry Holland, and we do
6    have the Director, Mr. Bill Killingsworth, with us
7    today.  And, once again, I want to thank everybody
8    for being here.
9        The first part of this meeting I would like
10   to -- I've asked Director Killingsworth to give us
11   kind of an update or a synopsis of what I think
12   he's already provided in a previous meeting, plus
13   any changes that have been made since then.
14       So, Director Killingsworth, I will turn it
15   over to you.
16       BILL KILLINGSWORTH:  So last Thursday
17   Councilman Bowman had a noticed meeting with all of
18   the districts that touched his district.  So at
19   that meeting I presented three scenarios.  One of
20   them, which I apparently have out of order, this is
21   the one crafted based off the criteria the Special
22   Committee gave us, which was start from the
23   existing districts, don't cross the river, and keep
24   the incumbents within the boundaries in some way or
25   another.

1      As part of this discussion and talking with

2   Council members, Council Member Bowman wanted me to

3   meet with all of the surrounding councilmen so that

4   the first time they saw the map wasn't when they

5   came into the meeting so that they could offer up

6   alternative scenarios.

7      There were two alternative scenarios, one by

8   Mr. Becton and one by Councilman Ferraro.  And so I

9   will start with, I guess, Councilman Ferraro.  You

10  can see the difference.  Basically, on the original

11  scenario, 2 and 3 run north and south.

12     Council Member Ferraro wanted us to look at a

13  scenario in which 2 and 3 ran east and west.  I

14  mentioned that the challenge with that scenario is

15  that both he and Mr. Bowman live in the northern

16  sections of the district, so that would take Mr.

17  Bowman out.  But he asked for that anyway, so we

18  provided it, which, essentially, so everything is

19  still south of the river.

20     Ferraro had to pick up this area -- District 2

21  had to pick up this area to meet the minimum

22  population, and then he picked up this section of

23  Council Member Bowman's district.

24     And then Council Member Bowman's district

25  picked up this section of Council Member Becton's

1     district, as well as lost a little bit over here to

2     the Beaches.

3         And that's the only change on this scenario.

4         DANNY BECTON:  And also picked up Pablo Creek,

5     for District 3, below JTB?

6         BILL KILLINGSWORTH:  That was in the original

7     scenario.

8         DANNY BECTON:  Okay.

9         BILL KILLINGSWORTH:  But he regained these

10    pieces here that he had lost in the original

11    scenario, as well as picked up here.

12        And Council Member Becton asked us to look at

13    giving Bartram Park Council District 6, recognizing

14    that 6 would then be overpopulation, would have to

15    move 5 down, which did move Council District 4

16    west.  So that is that scenario.

17        By giving Bartram Park -- Bartram Park is

18    about 12,000 people, and District 6 had to give up

19    an equivalent number of people.  But 5 and 6 don't

20    actually have to give us anybody; they could keep

21    the districts exactly the same.  But by putting

22    12,000 here, we have to open up 12,000 here.  We

23    couldn't give them back.  So that caused Council

24    District 5 to come down and Council District 4 to

25    go westward.

1          At the meeting Thursday, the committee asked
2     us to look at a scenario that rather than going
3     westward, we came down and picked up Deerwood, and
4     rather than not crossing the river, look at
5     crossing into 2.  So we are working on that right
6     now.
7          Actually, I know that picking up Deerwood, in
8     lieu of going to the west or in lieu of picking up
9     this section here, works from a population
10    standpoint.  We are not done on the north side,
11    because crossing the river cascades all the way
12    around.  So we're still working on that.
13         Today I've met with a number of Council
14    members on the Northside to get their input as
15    we're doing it.  And I believe a noticed meeting by
16    Council Member Priestly Jackson is going out
17    Thursday.  And the meeting of the Special Committee
18    would have been out this Thursday.
19         So that's a ten-minute synopsis of what
20    happened last week.
21         DANNY BECTON:  And you kind of stole -- I'm
22    supposed to announce -- make sure everybody
23    understands that the full Redistricting Committee
24    meeting will not meet next Thursday.  It will be
25    rescheduled to a future date.  And the reason for

```
 1        rescheduling is to allow more smaller meetings
 2        before going back to a full meeting.
 3             BILL KILLINGSWORTH:  Right.  (Unclear audio.)
 4        Negotiations should happen in small meetings, and
 5        (unclear audio).
 6             DANNY BECTON:  And I certainly agree with
 7        that.  Any initial questions with him, to the
 8        Director, kind of -- it doesn't look like any.
 9             So I just want to make a short statement of
10        why I called this meeting.  And the reason I've
11        called this meeting is to discuss specifically the
12        possible effects that District 6, 5 and 4 might
13        have on changes that need to occur in the
14        downsizing within District 11, as the need to
15        reduce this population between 16- and almost
16        21,000 is necessary.
17             District 11 is at the south/southeast most
18        part of the county, bordered on two sides by
19        St. Johns County, so we can't go south or east in
20        any reduction.
21             If from the west, however, a change was made,
22        obviously this affects District 6, and, therefore,
23        that's why I thought it was important that Council
24        Member Boylan was here.
25             From the north, the changes would likely
```

1    affect Districts 4 and possibly 3, as the Director
2    has noted.
3        But the core of my discussions today is
4    options that I see affecting others in trimming
5    back District 11 and how those changes would cause
6    a domino.
7        My only interest today is District 11 resides
8    on the southeast part.  The domino has to start
9    somewhere.  And for me, given that that southeast
10   corner is 20,000 over population, I don't think it
11   takes a whole lot of reasoning to understand that I
12   think you have to make that decision first, and
13   then everything else plays in a cause and effect of
14   that decision, and there lies the discussion today
15   here today that I hope to begin.
16       District 11 has two, maybe three, major
17   transportation corridors that were identified back
18   in 2011, and that is JTB to the north and US-1 down
19   to the west, which connects up to I-95 there at 295
20   and Philips Highway and so forth.
21       So until 2011, during that redistricting
22   process, these were identified as major boundaries
23   where communities of interest lie on one side
24   versus another and very dramatic.
25       So today the areas outside of those

1   transportation corridors are the first logical

2   means to reduce the population back then and, in my

3   mind, today.  Unfortunately, they have been

4   determined to be very populated.  The area above

5   JTB, which is the UNF-Kernan area, represents about

6   10,308 population.  And to the west in Bartram

7   Park, on the west side of I-95, that represents

8   about (disrupted audio), totaling about 22,138.

9        It is my opinion that these two populations,

10   more than any other areas, do not have any

11   communities of interest or very little to do with

12   their neighbors on the major opposite sides of

13   those corridors.  Therefore, I'm thinking as the

14   district Council member in that area, that these

15   are first areas to be considered in any population

16   reduction.

17        Beyond that, as far as I'm concerned, the way

18   that it affects districts to the north are totally

19   up to the Council members who know their areas more

20   specific.  Therefore, any previous reference of,

21   let's say, the Becton option, the only thing that

22   that option was, these are the two areas that I

23   highly recommend that we reduce, because they were

24   the logical areas that I gained back in 2011 and

25   really didn't -- I don't want to say want them, but

1    they didn't make that much sense then, but I had to

2    have them because we were at a population -- we

3    lacked in population because the district wasn't

4    developed.

5         So today I hope to encourage the discussion

6    among my colleagues here that the two options that

7    I have proposed to Director Killingsworth, one is

8    to take that area above JTB and lop it off at about

9    300, and then look at the Bartram Park area, which

10   is on the west side of I-95, and actually was in

11   Mandarin before it was in District 11.

12        So with that I would really just like to turn

13   it over to discussions.  And certainly my colleague

14   to the west, Council Member Boylan, I certainly

15   would love to have your thoughts on that.

16        And certainly beyond that, I think District 5,

17   probably Ms. Cumber might have some thoughts.

18        And then obviously that domino kind of starts

19   into District 4, 3 and 2.  But I think to work in

20   the opposite direction is kind of doing it

21   backwards.  And I hope today that we can have a

22   discussion that either we agree on that and kind of

23   work from bottom up, or maybe somebody has got a

24   better mousetrap.  So that's what I have to say.

25   And thank you for being here, and I will open it up

1      for discussion.

2            So who wants to go first?

3            Council Member Boylan.

4            MICHAEL BOYLAN:   Thank you, Council Member

5      Becton.   As I take a look at the maps, and we've

6      got the Version 2 up here right now, what that

7      proposes there (audio disruption).   In my view,

8      number one at the topside of it there, it protrudes

9      historically what I characterize into the heart of

10     Mandarin, traditionally the Mandarin area.   So I

11     think I would not like to see that happen.

12            To your point, the Bartram area is more

13     consistent with -- and the properties in the

14     neighborhoods there are more consistent with

15     everything outside of Mandarin than inside of

16     Mandarin.   Mandarin is a well-established,

17     relatively few speaking -- relatively speaking,

18     fewer developed communities like the others.

19            And I think the history of Mandarin, as much

20     as we keep it intact -- and I do respect Council

21     Member Cumber's comment on it as well -- but I do

22     feel it's important to if we get to leave Mandarin

23     alone.   I think everyone wants to say that, but in

24     this case that whatever is proposed in the original

25     version and then again in Version 3 is how I would

1        like to see District 6 carved out.

2             DANNY BECTON:  Okay.  So help me understand

3        again the synopsis of what you just kind of said.

4             MICHAEL BOYLAN:  Take a look at District --

5        the first version -- his original version and our

6        Version 3 both essentially takes a little bit of

7        Mandarin of District 6 out of the north side a bit.

8        It keeps the rest of it essentially intact.

9             I understand the necessity because of Council

10       Member Cumber's district is pretty much landlocked

11       north and south to some degree, so I can appreciate

12       that protrusion, but the severity of that

13       protrusion in Version 2 doesn't (audio disruption).

14            DANNY BECTON:  I guess I'm still confused.  So

15       are you -- are you advocating --

16            MICHAEL BOYLAN:  I am advocating for what you

17       see right there in terms of District 6, you know,

18       leaving the Bartram component of it, staying within

19       your -- the context of your district, because it is

20       more consistent in character with the balance of

21       that district than it is with District 6.

22            DANNY BECTON:  So you think folks on the west

23       side of I-95 have more to do with people on the

24       east side of I-95 than --

25            MICHAEL BOYLAN:  Right, at the southern end

```
 1        there, yeah.  That's the Bartram Park area, largely
 2        you are talking about, which are mostly townhomes
 3        and apartments.  There aren't a lot of
 4        single-family homes in that area.  And we have very
 5        little of that currently in the Mandarin area.
 6        Mandarin is predominantly single-family homes and
 7        old single-family homes.  Although some (audio
 8        disruption) -- but not in comparison to the rest
 9        of.  I just don't think it's in the character --
10        the south end of that district right now is not in
11        the same character as Mandarin, District 6.
12             DANNY BECTON:  Okay.
13             MICHAEL BOYLAN:  That's all I have.
14             DANNY BECTON:  Any other comments?
15             KEVIN CARRICO:  Just go around the loop?
16             DANNY BECTON:  Sure.  Council Member Carrico.
17             KEVIN CARRICO:  Sure.  Can I look at the map?
18        Can I get up and point at the map?
19             DANNY BECTON:  Oh, absolutely.
20             KEVIN CARRICO:  If I could squeeze through
21        this; it was a lot of barbecue this weekend
22        (laughing).  So to help you out with what he was
23        saying, I think he was saying that this is
24        protruding too deep into what is kind of Old
25        Mandarin, was a problem.  And then he doesn't
```

1    really think that this identifies with Old

2    Mandarin, so just kind of keeping the Old Mandarin,

3    Old Mandarin, which being from Mandarin I kind of

4    see that too.  Some of these areas south of Hartley

5    Road over there, 295, San Jose, that's Mandarin to

6    me.

7         But as far as District 4 goes, if District 2

8    has to come down and take this piece right here,

9    this is historical District 4.  This is established

10   old Southside neighbors; right?  So if I want to

11   take a big chunk of my established, old Southside

12   neighborhoods and give them up, I would like to see

13   similar old, established Southside neighborhoods,

14   like at Deerwood, come into play, rather than this

15   area of the map right here, kind of the

16   Baymeadows/95 corridor.

17        I just think that identifies -- this area

18   identifies a little more of what I'm giving up to

19   keep District 4 identifiable to District 4.  So

20   that is my main concern there.  So I would just

21   like to flip-flop that.  If I have to go south, I

22   would rather go this way than that way.

23        That's all I've got for D-4.

24        So what about that?  So I would still like

25   to -- (unclear audio) -- then if everyone else kind

1    of disagrees then -- (unclear audio).  And if

2    everyone else kind of disagrees, then (unclear

3    audio).  If Bartram stays in 11, then 11 needs to

4    give up the people.  So it's going to have to come

5    down from there.

6         DANNY BECTON:  Well, since everybody has been

7    kind of contemplating what's been said, I guess I

8    will offer my added opinion as the District 11 --

9    Council District 11 Council Member, and that is

10   that I have a very big problem splitting up -- the

11   major corridor in District 11 is Baymeadows.  In

12   2010 and before, Baymeadows was split into three to

13   four different Council districts.  And now we're

14   going back in -- we're looking at going back into

15   that situation of splitting it at least three

16   different times at that point.  And, to me, that's

17   a -- how do I want to word it? -- that's a no-vote

18   in my book, is starting the split to come across

19   JTB, which I don't think -- I beg to differ has

20   very less communities of interest than on the north

21   side.

22        And I certainly -- once again, the Bartram

23   area used to be part of Mandarin before it was part

24   of District 11.  I had to take that from Mandarin

25   before giving it up.

1      MICHAEL BOYLAN:  But it wasn't near developed

2      as it is today as part of that process?

3      DANNY BECTON:  No, it was probably 80 -- it

4      was ten years ago.  There's no new -- there's

5      absolutely maybe only one new community, and that's

6      the one -- I'm trying to think of the name of it --

7      which is more south on Bartram Park Boulevard.

8      So, I mean, this is where we get into, you

9      know, we agree and we disagree.  But at the end of

10     the day, we've got to make some decisions in the

11     southeast section, because it does cause the domino

12     effect throughout the rest of the Southside.

13     And -- yes, Ms. Cumber.

14     LEANNA CUMBER:  I don't know if this is good

15     for Bill Killingsworth, but -- so my district,

16     District 5, is the most diverse district in the

17     city, racially and economically and so forth.  So

18     what I would be interested in to know is how -- it

19     looks like Version -- well, it looks like -- these

20     look the same, except they have more street names

21     here.  So it looks like Version 3 doesn't really

22     change the district, except it just adds a little

23     bit on the south end.

24     The Version 2 significantly changes it.  So I

25     would be interested to know how it changes -- how

it changes demographically by doing that.

BILL KILLINGSWORTH: I can get you that information in terms of voting profiles and economic profiles. I don't have that off the top of my head.

The biggest issue was by taking away -- this section here is about 12,000 people. So by adding 12,000, we had to take away 12,000.

LEANNA CUMBER: Yeah, actually -- that one is not really going to --

BILL KILLINGSWORTH: The only one --

LEANNA CUMBER: If you go to the next one, we're losing (unclear audio).

BILL KILLINGSWORTH: By adding 12,000 to this one, he has to lose 12,000.

LEANNA CUMBER: Yes.

BILL KILLINGSWORTH: You can't give it back here, because that's where it came from. So you are the only one that can take it.

LEANNA CUMBER: Yeah. Thanks.

What I'm wondering is how the impact of taking everything from Emerson and Philips and moving it over to District 3, how that impacts.

BILL KILLINGSWORTH: You mean 4?

LEANNA CUMBER: 4, I'm sorry. That's going to

1    significantly impact the diversity of the district
2    demographically and economically and so forth.
3          BILL KILLINGSWORTH:  I can get you that.
4          LEANNA CUMBER:  I understand that with a
5    pickup down below, because I think that the
6    combination of losing that piece of the district
7    and picking up the Mandarin piece is going to shift
8    the demographics significantly, so, yeah.
9          BILL KILLINGSWORTH:  I will be glad to get
10   that for you.
11         MICHAEL BOYLAN:  I will tell you, LeAnna,
12   that's not a very diverse community.
13         LEANNA CUMBER:  I got that.  Thank you.
14         DANNY BECTON:  I mean, the point -- you know,
15   the southeast -- this is a conversation I had with
16   the Director -- and certainly the population was a
17   lot more in the two areas that we identified early
18   on than we had anticipated.  They turned out to be
19   a lot more dense.
20         But we sat down -- the Director and I
21   rationaled the fact that District 11 still has --
22   that area still has a great deal of potential
23   growth in the southeast quadrant of the north, up
24   there to eTown and throughout.
25         So there's still a huge -- in other words, if

1    we don't do it today, here was my thought:  If you
2    don't take Bartram Park today, you are going to get
3    it ten years from now.  And is it better to have
4    people with a little bit of stabilization, to not
5    be jerked ten years ago when they were all, "Oh, I
6    thought I was in Mandarin"?  Well, "You used to be;
7    you are not anymore," to, you know, being in
8    Mandarin eventually and getting back.  So that was
9    our thought.
10        And, you know, we could sit here and go -- we
11   could, you know, from a population standpoint
12   consider using Bartram Park Boulevard as a line and
13   say, okay, half the people are going to have to
14   go -- you know, are going to have to leave, to half
15   the people can stay.  And, to me, that kind of
16   didn't make sense, because you've got the same
17   community on both sides of the street that have
18   communities of interest.  It's just that I-95 is
19   just another world away.
20        When I -- over there in that part of my
21   district, and I go over that bridge -- and, by the
22   way, I spent 12 years in Mandarin right down the
23   road living -- I built a house off of Old St.
24   Augustine Road, so I am very familiar with what's
25   Mandarin and what's not.  So with everyone saying

1 "I used to live in Mandarin," I used to live in
2 Mandarin from '87 to '99, so I quite know it quite
3 well.
4  But you can only offer, and it certainly takes
5 the Council to come to some mutual decision-making.
6 But these are the conversations, I can tell you,
7 that took place ten years ago.
8  Yeah, Council Member Diamond.
9  RORY DIAMOND:  Thank you.  I'm kind of
10 visiting today, because obviously 13 is way off to
11 the east there and not specifically affected by the
12 11, 6, 5, 4 mix-around.
13  But I think you are right, Mr. Chair, in this
14 meeting, that everything that happens in 11 is
15 going to ricochet up and over.
16  From my perspective, which I'll be saying
17 throughout this, which is I don't really care that
18 much about the geographic or transportation
19 barriers.  Perhaps that's just my view of the
20 world.  I've got the Intracoastal going through my
21 district.  And, you know, I crisscross three
22 bridges and have both sides of JTB, both sides of
23 Beach, both sides of Atlantic.  And, to me, those
24 boundaries are a little less interesting to me than
25 keeping communities together.

1    And then I wanted to support the two folks we

2    know for sure who will be running for re-election

3    in their district, so I want to support Council

4    Boylan.  And so I do support Bartram staying alive.

5    I think that makes sense, both from the communities

6    of common character, I guess, the better word, but

7    also keeping, you know, the traditional Mandarin

8    seat.  And if that's for another ten years, then,

9    you know, so be it.

10    And then I support Councilman Carrico's view

11    of having Deerwood into District 4.  My

12    understanding is he's got to lose some and grow

13    some.  I think that's a logical swap-around to make

14    sure he has a traditional Southside neighborhood in

15    one piece.  That also means he gets a library in

16    his district and trades one high school for another

17    high school.

18    If you also look at the incumbent School Board

19    members who will be running for reelection,

20    essentially going with what Mr. Killingsworth has,

21    also kind of ensures that all of those incumbents

22    are not moved around, either; whereas, you may get

23    dicier if some of these more dramatic move-arounds

24    happen.

25    So that's just my 2 cents.  But, again, this

1    isn't my meeting.  I am kind of an interloper here,

2    but I just wanted to give my 2 cents.

3         DANNY BECTON:  Do any School Board members

4    want to say anything?  Do you want to share with me

5    the area?

6         LORI HERSHEY:  I'm listening.

7         DANNY BECTON:  Okay.

8         LORI HERSHEY:  I did not bring my glasses so

9    that I can read these maps closely.  So I am

10   looking for A.C. Skinner Parkway.

11        I do have a question for Councilman Carrico

12   with Deerwood.  Where does that run?  Does that run

13   down A.C. Skinner Parkway, or is it just Deerwood?

14        KEVIN CARRICO:  Southside Boulevard would be

15   the border to the west, Baymeadows to the south,

16   and then depending upon how they draw the eastern

17   boundary, if it spills into -- it's right on --

18        BILL KILLINGSWORTH:  Southside Boulevard East

19   and West?  You have the Southeast Library right

20   there.

21        KEVIN CARRICO:  And then you have Sandalwood

22   in all of the proposed drawings (unclear audio).

23        BILL KILLINGSWORTH:  The point here is where

24   the population is.  So Southside Boulevard,

25   Baymeadows, Point Meadows Drive, and then JTB would

1    be the northern boundaries.

2         And these are just the considerations if we

3    don't cross the river.  So if 2 does, you know, a

4    committee -- the other noticed meeting asked us to

5    come up with a scenario where 2 crosses the river.

6    What's that going to do with 2 crossing the river,

7    is that it's going to pull things this way.

8         RORY DIAMOND:  Mr. Chair?  Can I just

9    interrupt on 2?  Just I was -- Kevin and I were at

10   the last meeting, and just to reiterate my

11   statements from that one, one of the benefits of

12   having to cross the river is the Black Hammock

13   Island community could then stay in 2, as opposed

14   to being added to essentially what's the Downtown

15   district.  If you are looking at communities of

16   similar character, Downtown and Black Hammock

17   Island are probably on the end of the spectrum.

18   And having chatted with those folks, they prefer to

19   stay in 2.

20        Again, respecting Councilman Ferraro's views,

21   and, also, Councilman Bowman really didn't like the

22   idea of his district being essentially lopped off

23   the top, and he preferred the current north-south

24   version of 2.  So in order for that to work, it's

25   pretty clear that it has to cross the river.

1          Sorry to step on you, Bill.

2          DANNY BECTON:  Okay.  Well, to your comments,

3     by giving -- by placing that area of Deerwood to

4     JTB in District 4, where he picks up a library, I

5     lose my only public space.  I don't guess that

6     matters.

7          And, once again, my line in the sand is

8     splitting Baymeadows up into multiple Council

9     districts.  That's a nonstarter for me at this

10    point.  There is no need into it.  Not to say that

11    years from now that as Jacksonville grows on the

12    Southside, that that might be inevitable.

13         But there's a lot easier areas to cut back

14    that are just being ignored and dismissed.  And so

15    I would say we're not starting up -- starting out

16    on a very harmonious -- respectful of the area of

17    the district Council member that knows it quite

18    best, for whatever reason that's being presented

19    here.

20         So we can all just offer our opinions and

21    ultimately --

22         MICHAEL BOYLAN:  Council Member Becton, if I

23    might, I think -- and I appreciate that.  And I

24    think you are looking at yours (unclear audio), as

25    I look at mine myopically.  I don't think it's a

1       reflection on our attitude about other districts.

2            I think the sad reality is in this process,

3       the fewer districts that are impacted (unclear

4       audio) districts in process is probably the best

5       you can hope for.  And I think that's what we're

6       looking at in the context of that plan.  And,

7       unfortunately, yours is one (unclear audio),

8       because -- you know, it's significant growth.

9            Councilman Cumber, I would appreciate your

10      understanding of the idea of protruding north and

11      south, stretching north and south as opposed to

12      what Version 1 offers, which is a little more

13      eastward, gets you more of a body, if you will.  I

14      would have thought it would be more advantageous to

15      you as opposed to the elongated Version No. 2.

16           LEANNA CUMBER:  Well, Version 1 is (unclear

17      audio).  So, yeah, I just want to understand, like

18      I said, how it changes, how that changes the

19      overall demographics.

20           DANNY BECTON:  So I'm looking at this map

21      before us, and I'm seeing I-295, Buckman Bridge.

22      The pink does go below there.  I totally agree with

23      you.  Anything below 295 there is definitely

24      Mandarin.

25           And I was not anticipating seeing that type of

1     change on any map, because I thought the Director

2     told me Hartley Road was the southern boundary, or

3     295, but I see what cause that is, because of the

4     blue area that stayed above 295 there along the

5     river.  So perhaps everything south of 295 could

6     stay in Mandarin, if we actually wanted to, in some

7     form or fashion.

8           JERRY HOLLAND:  Mr. Chairman, if I could give

9     you a suggestion?

10          DANNY BECTON:  Yes, sir.

11          Property Appraiser Holland.

12          JERRY HOLLAND:  And based on Councilman

13    Boylan, if you start with the premise of V3, which

14    I think the councilman likes in District 6, and you

15    took back the section that was west of 95 that's

16    currently put into this district there, and you

17    worked with your maximum number, couldn't you take

18    most of Baymeadows, and couldn't you work with, you

19    know, bringing that up higher?

20          Because I think in the scenario on V2 -- no,

21    V3 -- I think you are at 68,000.  I am just trying

22    to get you where you wanted to go with more of

23    Baymeadows.  It seems if you work with the premise

24    and try to go with the max and go with as much as

25    you can, and give up what you gave away to District

1    6 in V3, that might help you achieve what you are

2    looking for.

3         DANNY BECTON:  You know, it probably will be

4    more helpful if you kind of stepped up and looked

5    at the map.  Because we're talking about V3,

6    V this, V that.  I don't have a copy of these maps.

7         JERRY HOLLAND:  Oh, I see.

8         DANNY BECTON:  That's whatever we're looking

9    at on the --

10         JERRY HOLLAND:  I'm just suggesting.  This

11    number right now is 68,000 on yours in this

12    scenario.

13         DANNY BECTON:  Okay.

14         JERRY HOLLAND:  Well, actually, you don't want

15    this one, because that puts you in District 6.

16         You actually want to go back to one -- that is

17    this one.  Okay.  And you are at 68,000 here, also.

18         This small section here could go back into 6,

19    if you are picking up anybody here.

20         DANNY BECTON:  What is that?

21         JERRY HOLLAND:  That is I-95 West, this area

22    right here that's currently in your district.

23         BILL KILLINGSWORTH:  So the only reason this

24    sliver is out and this sliver is out, is because

25    without crossing the river, all of the districts

```
1    have to be -- south and east of the river -- have

2    to be on the low side.  So just so that we had some

3    working room on the north side and we took a little

4    bit out here and there, it's about a thousand people

5    in each scenario.

6         DANNY BECTON:  So the color is -- maybe this

7    helps:  The colors right now represent the current

8    districts?

9         BILL KILLINGSWORTH:  No.  Proposed.

10        JERRY HOLLAND:  The red lines are the current

11   districts.

12        DANNY BECTON:  Okay.  Red lines are the

13   current.

14        I think you have to decide.  So you are

15   expanding District 11 into there.

16        BILL KILLINGSWORTH:  Actually, because of the

17   population lost here.  So you got dropped down to

18   here, here, and here.  You got dropped down to 68.

19        The only reason these two could stay exactly

20   as they are and still meet the minimum requirements

21   so that we would have room to work on the north

22   side, we reduced -- we increased this one a little

23   bit to bump it up a thousand, and decreased this

24   one a little bit to bump it up a thousand, so that

25   the spread on the north side would work, because we
```

1   have to stay within 10 percent.

2        So the scenario we're bumping this up to the

3   max will only work if we cross the river.

4        JERRY HOLLAND:  Which we haven't even gotten

5   to the firestorm of what's going to happen to 7

6   when you pick up the nonminority areas.  That's

7   going to be a difference.

8        But if you're trying -- the certain goals that

9   you want to get, the question is, is your goals

10  more important than District 2 staying on this side

11  of the river?  If they are, then staying at the

12  minimums is not the way to achieve your goals.

13       If your No. 1 goal is staying on this side of

14  the river, then you're going to have to give up

15  these goals that you are looking at.

16       DANNY BECTON:  The only real goal that I have

17  out of all of these conversations is not splitting

18  up Baymeadows.  I think that rises to the top of --

19  that rises completely to the top.

20       Bartram -- I'm not going to be the district

21  Council member, and I've been proud to represent

22  Bartram.  I love the peninsula.  I love -- you

23  know, if I was to -- I'm trying to be pragmatic in

24  saying this district has got to lose somewhere

25  between 16- and at least 20,000 people.  And these

1    were the philosophies that we used in 2011, and I'm

2    trying to carry those forward to what we anticipate

3    ten years from now, a lopping off.  And I only come

4    to the table with those only because they were

5    embedded ten years ago.  Perhaps I need to go home

6    and sleep on it.

7         But where -- I do have -- y'all started to

8    bring in a philosophical issue of splitting

9    Baymeadows, and I didn't realize that was even an

10   option on the table until participating in this

11   meeting.  And now that I see there's momentum from

12   a few Council members to do that, at some point, as

13   you are passionate about something in your district

14   that you -- there's a line in the sand that you

15   wouldn't cross.  I'm here to tell you that's a line

16   in my sand that it would take some tremendous

17   convincing to start splitting up the corridor that

18   desperately needs --

19        BILL KILLINGSWORTH:  So this is just me, and I

20   don't have a vote, but at this point I don't know

21   that anybody needs to draw hard lines, because

22   doing a scenario where we cross the river will

23   change everything down here, and it may be that

24   various issues will be addressed in that one

25   change.

1           The issue is with the scenario where we don't

2      cross the river, every district on this side has to

3      be a little bit light, and every district on the

4      north side of the river has to be a little bit

5      heavy, and it constrains how we move.

6           UNIDENTIFIED MALE SPEAKER:  That's because of

7      proposed growth?

8           BILL KILLINGSWORTH:  No, not proposed growth.

9      It's because of the existing population.  Basically

10     there's 7-and-3-quarters districts south of the

11     river, and there's 6-and-a-quarter districts north

12     of the river.

13          JERRY HOLLAND:  But if I wanted to get one,

14     two, three, four, five votes today that said this,

15     is you could do this scenario, you pull this back;

16     you could take as much of this; this section would

17     go back into your section; this would stay as

18     proposed; and you would have this section right

19     here less than this right here, and I think these

20     five here would say thumbs-up.

21          And I think the priority of staying on the

22     river is defeating what some of your major goals

23     are.  You probably need to send a message to your

24     committee that "We're okay with these changes, but

25     we're going to have to go north."  And that's not

1      the biggest and worse thing to happen, because if

2      you look historically, that's happened more often

3      than not.

4           So that's just -- you asked -- you know, you

5      wanted a suggestion.  I would seriously look at

6      that, and that's where I would -- if I was looking

7      for votes, I would pick up --

8           BILL KILLINGSWORTH:  Which we're looking at

9      right now because the prior committee asked us to

10     do so.

11          UNIDENTIFIED MALE SPEAKER:  I was looking and

12     thinking the same way.

13          DANNY BECTON:  Personally -- and I'm here to

14     clarify.  I really don't have that many -- I stated

15     one issue.  Everything else, to me, was pragmatic

16     in what I thought was logical.  Okay?

17          But if I have to really state what I would get

18     passionate about, and it's what I've already shared

19     with you, as far as Bartram, as far as UNF out

20     there, you know, type of things, those were all

21     just pragmatic thoughts of ten years ago.

22          But if I'm really having to protect the core

23     importance of my area, like my fellow friend over

24     here from Mandarin, then let's -- you know, let's

25     talk about that.

1          I didn't realize I had to go that deep to

2      really spell out what would be passionately, I

3      really didn't, because I had 22,000 people to give

4      away that I thought was a no-brainer.  But what

5      turns out to be a no-brainer seems to be a

6      nonstarter.

7          Anyway, Mr. Carrico.

8      KEVIN CARRICO:  Yeah, no, I'm glad you are

9      putting it all on the table and we can discuss it

10     here, because we can't -- but in this scenario that

11     we're looking at right there with that section of

12     Baymeadows in my district, you are against that as

13     well?

14     DANNY BECTON:  Anything that goes and splits

15     up Baymeadows, it's too important.  I mean, that

16     area, you know, was in decline.  It needed a

17     harmonious representation to understand the

18     complete vision of that area.  Right now it's split

19     up over the bridge there -- the railroad track.

20     And when I go over that bridge, I feel like I'm in

21     a totally different part of it.

22         But when you come on the east side of it --

23     UNIDENTIFIED FEMALE SPEAKER:  That's a

24     wonderful district (laughing).

25     DANNY BECTON:  Absolutely.  But I'm just

1    saying it's two totally communities of interest

2    that are separated by a railroad track and US-1 and

3    a huge bridge.

4         But to answer your question, yes --

5         UNIDENTIFIED MALE SPEAKER:  I would argue when

6    you go across Southside Boulevard to that side of

7    Baymeadows, it's a totally different community than

8    the one in the middle.  It's almost three.

9         DANNY BECTON:  Well, I think you need to add

10   some residents over there, which you don't know --

11   I mean, go ask Deerwood what they think.  Do they

12   have more in common with District 4 or with

13   Baymeadows and the Southside?  I think I know those

14   people better than anyone on this Council.

15        KEVIN CARRICO:  Okay.  Now, just so you

16   understand, I'm coming here not to get Deerwood in

17   my district.  But when I see a corridor in my

18   district added that doesn't make sense, I am

19   telling you -- I'm just stating I would rather go

20   south that way.

21        DANNY BECTON:  It's a wonderful district, I am

22   sure it is.

23        KEVIN CARRICO:  I don't have a library at all.

24   I hope you don't lose one and I gain one, because

25   you will feel my pain of not having a library.

1          DANNY BECTON:  But I'm giving up some nice

2     folks up there -- you know, I'm giving up some nice

3     folks up there -- the district is -- in Kernan.  I

4     don't know -- you know, they've got it drawn into

5     District 3, but who's to say District 4 can't go

6     over to, you know, to where my boundary is.  I

7     mean, this is one version here.  And, honestly, I'm

8     indifferent about that change.  But I've only seen

9     one presentation, you know, that just shows it in

10    District 3.  And I'm, like, if you would have asked

11    me, it could have been 4; it could have been 3 just

12    as easily from one to another.

13         But good discussion.  I mean, this is what

14    we're having this meeting for, is to have this

15    broad discussion of thoughts.

16         RORY DIAMOND:  It's really obviously, to me,

17    having kind of watched everything that's happened

18    up to this moment and participating in these last

19    few kind of smaller groups, is that this river

20    thing, it's just -- it's just not going to work.

21    We will have to cross the river, if these scenarios

22    are going to get fixed.  (Unclear audio.)

23         It just doesn't make sense to me that -- you

24    know, we have intracoastals going right through the

25    middle of the district that we're having a problem

1    crossing over.  (Unclear audio.)  So that's just my

2    2 cents before we get out of here.

3        DANNY BECTON:  Good point.  And the objective

4    of the Redistricting Committee was to minimize, if

5    possible; it wasn't to eliminate.

6        And back 11 years ago, I mean, as much as we

7    eliminated 4, 5 -- I don't remember the exact

8    number, but all but one -- it just became

9    impossible.  (Audio disruption).

10        So I'm not -- once again, I'm almost

11    indifferent when it comes to -- when it starts to

12    get in y'all's neck of the woods, I'm, like, y'all

13    are the experts in those areas, and you should be

14    working with your adjacent neighbors.  And that's

15    why y'all -- I didn't feel compelled to come to

16    that meeting last Thursday, even though I had a

17    conflict, because the people who were going to be

18    there -- or who were there -- were the experts of

19    those areas who would need to go in and try to tell

20    Mr. Carrico or Mr. Diamond what is the Beaches and

21    what is not.

22        I mean, it doesn't seem that's being

23    reciprocated for the southeast part of this, but,

24    so, that's okay.

25        UNIDENTIFIED MALE SPEAKER:  (Unclear audio.)

1      DANNY BECTON:  Anything else?  Any direction

2    from Mr. Killingsworth?

3      BILL KILLINGSWORTH:  It sounds like it's the

4    same direction as the last committee, which has

5    come up with a scenario that crosses the river.

6      I mean, because I can tell you what to do.  If

7    2 crosses the river, it will draw things up this

8    way, which will take some of the pressure off of

9    here.

10      That's not it.  Let's just go to this.  This

11    one.  This one is I think -- it will take some of

12    the pressure off of here and here in Mr. Bowman's

13    district.  So by doing that, then Councilman

14    Carrico's district, that comes up.  So I don't

15    know.

16      We may still have to -- clearly, your district

17    has to lose between 16- and 20,000 people.  So it's

18    got to come out somewhere, but it would change the

19    dynamics of where and how it had to come out.

20      So, I mean, at this point it seems like the

21    same -- it's the same guidance.  Look at the north.

22      DANNY BECTON:  They call themselves Ponte

23    Vedra; right?

24      UNIDENTIFIED MALE SPEAKER:  Hey, that's where

25    I work, sir (laughing).

1        DANNY BECTON:  All right.  Well, it sounds
2    like we've still got some more work, but this has
3    been certainly -- I don't know about y'all --
4    beneficial, at least a discussion so we can
5    understand what our positions are and what the
6    thoughts are of everyone.
7        I mean, certainly I'll -- I'll certainly open
8    up my, you know, mind to options and what's being
9    considered here, and I hope everyone here will do
10   the same of what you've learned and you've heard.
11       So perhaps we just have to do this again a few
12   weeks from now on and see if we have any -- see if
13   we have any camaraderie or ideas that are
14   consistent with one another between now and then.
15       Right now it hasn't been scheduled.  So I
16   think, given the lack of ideas that are consistent
17   with one another kind of thing, I think this kind
18   of shows that we have some work to do.  And --
19       BILL KILLINGSWORTH:  So there's a -- I still
20   haven't seen the notice, but my understanding is if
21   there hasn't been a notice, there will be a notice
22   that Ms. Priestly Jackson will put out for kind of
23   all the districts that touch hers, similar to Mr.
24   Bowman's district.  And I think the intent was to
25   schedule that at the same time the meeting -- the

1    Special Committee's meeting was.  So we will get a

2    lot of feedback from that group, and we will come

3    up with a scenario.  We're working on a scenario

4    right now that crosses the river for District 2.

5         So I'm hoping by that meeting we will have a

6    scenario that's staff-driven, and then we can allow

7    those Council members to stretch it to those

8    desires, and we will see how it influences it here.

9         DANNY BECTON:  All right.  Anything else?  All

10   right.  I appreciate everybody being here today.

11        (End of meeting at 4:57 p.m.)

12                     - - -

```
 1                    REPORTER'S CERTIFICATE
 2    STATE OF FLORIDA )
 3    COUNTY OF DUVAL  )
 4            I, Leah P. Maltz, RPR, RMR, FPR, do hereby
 5    certify that I was authorized to and did
 6    stenographically write and then transcribe the
 7    foregoing meeting from a video recording; and that the
 8    foregoing transcript was produced to the best of my
 9    ability.
10            I further certify that I am not a relative,
11    employee, attorney, or counsel of any of the parties,
12    nor am I a relative or employee of any of the parties'
13    attorneys or counsel connected with the action, nor am
14    I financially interested in the action.
15            DATED this 15th day of July, 2022.
16
17
18
19                            Leah P. Maltz
20
21            _____
22            Leah P. Maltz, RPR, RMR, FPR
23            Court Reporter and Notary Public
24
25
```