```
 1
 2
 3
 4
 5
 6              CITY OF JACKSONVILLE, FLORIDA
 7               OFFICE OF THE CITY COUNCIL
 8
 9      SPECIAL COMMITTEE MEETING ON REDISTRICTING
10
11           MEETING HELD ON OCTOBER 4, 2021
12                      1:30 p.m.
13                117 West Duval Street
14         Don Davis Room, 1st Floor, City Hall
15             Jacksonville, Florida  32202
16
17
18
19
20
21               Meeting transcribed by:
22
            LEAH P. MALTZ, RPR, RMR, FPR
23            LPM COURT REPORTING, INC.
                   P.O. BOX 1595
24      ST. AUGUSTINE, FLORIDA  32085-1595
                   (904) 434-7593
25             lpmreporting@gmail.com
```

```
 1                        IN ATTENDANCE
 2
 3    Ju'Coby Pittman
 4    Randy White
 5    Aaron Bowman
 6    Randy DeFoor
 7    Reggie Gaffney
 8    Paige Johnston
 9    Jeff Clements
10    Joe Johnson
11    Amber Lehman
12    Carol Brock
13    Mercedes Parker
14    Brooks Dame
15    Andrew Pantazi
16
17
18
19
20
21
22
23
24
25
```

```
 1   October 4, 2021                              1:30 p.m.
 2                            - - -
 3   ***(Note:  This meeting was transcribed from an audio
 4   recording.)
 5            AARON BOWMAN:  Good morning.  Good afternoon.
 6      Aaron Bowman, District 3 and Redistricting Chair,
 7      and I've got to leave at about 2:00 o'clock.
 8            RANDY WHITE:  Randy White, District 12.
 9            JU'COBY PITTMAN:  Ju'Coby Pittman, District 8.
10            RANDY DEFOOR:  Randy DeFoor, District 14.
11            JU'COBY PITTMAN:  Well, first of all, I don't
12      think -- looking at this, we don't have any
13      information.
14            RANDY WHITE:  Oh, no, this is all new stuff
15      here that Ms. DeFoor will probably explain.
16            JU'COBY PITTMAN:  Okay.
17            RANDY WHITE:  Are we not -- is Bill
18      Killingsworth going to be here?  Because I don't --
19      talk amongst ourselves, I guess.
20            AARON BOWMAN:  Did we invite him?
21            JU'COBY PITTMAN:  You didn't invite him?  Oh.
22            RANDY DEFOOR:  Well, let's see if we can grab
23      him real quick.
24            AARON BOWMAN:  Yes, Carol is going to check.
25            JU'COBY PITTMAN:  Yeah, Councilwoman, go
```

1      ahead.
2           RANDY DEFOOR:  All right.  So this is a
3      suggestion that we should consider, because I think
4      it creates a win/win.  It actually reinforces
5      everyone's district.
6           JU'COBY PITTMAN:  Okay.
7           RANDY DEFOOR:  So I was -- when I look at
8      Riverside and mainly Precinct 415 and 1407, with a
9      little slice of 1413, which is basically going down
10     Kings Street, if we were to go down Kings Street
11     and give that to Gaffney, Riverside is more in line
12     with Brooklyn and Springfield than it really is
13     with the rest of my district.
14          JU'COBY PITTMAN:  Uh-huh.
15          RANDY DEFOOR:  And it would -- and so it's in
16     line with those, so the voting is very similar in
17     all of those areas.
18          JU'COBY PITTMAN:  Okay.
19          RANDY DEFOOR:  Very strongly so.
20          JU'COBY PITTMAN:  And how many people does
21     that include, do you know?
22          RANDY DEFOOR:  So the total is -- yeah, I have
23     it written -- 5,644.  And so to replace that, I
24     would go to Mr. White's district and grab Precinct
25     1210 and a slice going down old Middleburg Road of

```
 1    Precinct 1211, and that would get me at 6200.  So
 2    then I think I would be set.
 3         I think Mr. White, then, could go up and grab
 4    that section that y'all had discussed a while back
 5    that's very -- where his family lived.
 6         JU'COBY PITTMAN:  Okay.  Where the teeth is?
 7         RANDY DEFOOR:  Yeah.
 8         RANDY WHITE:  There was Draft 1 that we didn't
 9    want to do that, cut out Baldwin, so we're not
10    going to talk about that.
11         And this was Draft 3 that actually come over
12    here.  It come over here and give you that.  And
13    that was 2800 people, I think.  Yeah, I think that
14    was 2800 people.
15         JU'COBY PITTMAN:  Well, you gave me that
16    little piece.  I think this is, like, 810, or
17    something like that.
18         RANDY WHITE:  It was 810 and 1800, or about
19    2,000.  It was 2800 total.  But you had the 8 in
20    there before, so -- there it is.  It was 1824 and
21    876.
22         JU'COBY PITTMAN:  Uh-uh.
23         RANDY WHITE:  Then if we come over here, it
24    gives you too much, so I can't give you more of
25    that, and that's when we were talking about going
```

```
 1        up here.
 2                JU'COBY PITTMAN:  Okay.
 3                RANDY WHITE:  And with giving you that and
 4        that, I think makes your numbers work.  Then
 5        Randy --
 6                JU'COBY PITTMAN:  Okay.  So you're going to be
 7        able to give Randy --
 8                RANDY WHITE:  Well, this is the first time
 9        I've seen --
10                JU'COBY PITTMAN:  Got you.  Okay.
11                RANDY WHITE:  -- and I thought it was a
12        little -- that's what I thought it was in that
13        little area there.  So Randy can look at that.
14                This actually goes a little -- oh, let's see.
15                That is 6200 people?
16                RANDY DEFOOR:  No, that is 4,688.  So I have
17        to grab a little tiny going on down Old -- to make
18        up the difference.
19                RANDY WHITE:  Because that's going to put my
20        numbers way over, just like if they come here and
21        give you something else.  That's why they was
22        talking about that.  That's going to make my
23        numbers way off, and then I'm going to be on the
24        low end.
25                RANDY DEFOOR:  So that's why you would grab
```

```
 1        the other section of --
 2             RANDY WHITE:  That's 18, and that's 2700.
 3             JU'COBY PITTMAN:  But then I won't have
 4        enough.
 5             RANDY DEFOOR:  Then you go to Gaffney's.
 6             JU'COBY PITTMAN:  But he's not willing to give
 7        that.
 8             REGGIE GAFFNEY:  Well, don't say that yet
 9        because of what she got.
10             RANDY DEFOOR:  See, I --
11             MR. GAFFNEY:  What I think I'm going to have
12        to do is give up all what I'm trying to hold on to
13        right there.  That, and plus there right by on Dunn
14        Avenue (audio fading out).
15             (Muffled cross-talking of participants.)
16             REGGIE GAFFNEY:  My question -- and that was
17        one of my main communities that I really wanted to
18        keep, but, at the same time, it's about trying to
19        get this done now.  So I'm listening to what
20        Council Member DeFoor said.  So I'm at this point
21        willing to give it up if it makes sense to go more
22        this way, or take a look at what Council Member
23        Ferraro had.  It's just either that or this.  I'm
24        not sure yet.  (Muffled, unclear audio).
25             JU'COBY PITTMAN:  When do you and Councilman
```

1      Ferraro meet?
2           REGGIE GAFFNEY:  Well, we got to -- we hadn't
3      met yet.  Mr. Killingsworth met with both of us,
4      and we got a somewhat agreement, but it still was a
5      question of Rolling River.  It works if I'm giving
6      up Rolling River.  It don't if I'm not.  And so I
7      was willing to at least listen about this.  And I'm
8      still not sure how it's going to work with what he
9      has with that additional two and then what you
10     talking about.  So I just want to -- I am just
11     trying to understand.
12          RANDY DEFOOR:  Sure.
13          REGGIE GAFFNEY:  My preference is --
14          RANDY DEFOOR:  Yeah, I don't think you would
15     have to take any from him if we did it this way, is
16     my assumption, but we would have to look at the
17     numbers.
18          REGGIE GAFFNEY:  Yeah.  I like this.
19          RANDY DEFOOR:  It should reinforce your
20     numbers.
21          REGGIE GAFFNEY:  Yeah, and that's what my
22     preference is.  I grew up in Mixon Town, so I'm
23     familiar with this.
24          RANDY DEFOOR:  Then you know.
25          RANDY WHITE:  If I get mine back, what she's

```
 1      got here in 1210, I have no problem with that.
 2      That gives her 4688.  It reduces me by 4688, which
 3      is actually more, because I needed a little bit
 4      more from those 2700.  So that probably sounds like
 5      that would be good.
 6           RANDY DEFOOR:  Yeah.
 7           RANDY WHITE:  I don't have no problem with
 8      that.  So I'm going to back out of the way.
 9           But I would get that back, what I had
10      originally.  I will get that, which I didn't have
11      that 800 originally, but it will make a clean line
12      on Old Plank Road.
13           JU'COBY PITTMAN:  Then Reggie has --
14           RANDY WHITE:  Then Reggie has got --
15           REGGIE GAFFNEY:  In what she's proposing, I'll
16      give up Rolling River.
17           JU'COBY PITTMAN:  Okay.
18           REGGIE GAFFNEY:  So Mr. Killingsworth needs to
19      hear what we all agree on.
20           RANDY DEFOOR:  Right.
21           REGGIE GAFFNEY:  Now, I think the elephant in
22      the room hasn't spoken yet, because if I'm what I
23      was supposed to take for District 2, what is going
24      to go to him is what (unclear, muffled audio).
25           RANDY WHITE:  I seen him on the steps.  I
```

1      don't know if he's lost or what.  So I think
2      that --
3           REGGIE GAFFNEY:  Chairperson, if you don't
4      mind, I think we all in agreement if I can add this
5      on to District 7, give up Rolling River, and we try
6      (unclear audio).
7           RANDY WHITE:  But is this Rolling Rivers?  How
8      many people is that?
9           REGGIE GAFFNEY:  That is one sub.
10          RANDY WHITE:  But I'm saying does that give
11     you enough?  Because I've got to get all of this
12     back for her to get this, and Reggie gets
13     something.  So he's got to give you something else,
14     I would think, but maybe Randy has looked at that.
15          REGGIE GAFFNEY:  I think that would, from my
16     understanding, would give it to him.
17          JU'COBY PITTMAN:  Well, that piece that what
18     we were looking at was -- that was the 876 (unclear
19     audio).
20          RANDY WHITE:  That's not really a problem.
21          JU'COBY PITTMAN:  Okay.
22          RANDY WHITE:  But I think going to this 4600
23     number down here, I think I'm going to be -- for
24     the numbers to work.
25          RANDY DEFOOR:  In that line I need that 1500,

1    too, which you should be happy to give that away,
2    Randy, looking at the numbers.
3         JU'COBY PITTMAN:  But you are not sure right
4    now, right?  You just wanted to add something?
5         RANDY DEFOOR:  No.  I -- this is the only
6    thing I can think that can happen where we don't
7    bother Brenda and Garrett.  They don't want --
8    where we are all -- where you're reinforced.  Like,
9    otherwise, you're going to take a lot of people
10   that -- I mean, do you know what I'm saying?
11        JU'COBY PITTMAN:  Right.
12        RANDY DEFOOR:  And I'm -- and Randy is giving
13   up people that he doesn't want to give up, and I
14   just think this is a win/win.
15        AARON BOWMAN:  If I may, I don't think it
16   works, because I think we had to give up (audio
17   fades out) ... talking about it, so everything
18   south of the river (audio fades out) high
19   population down there, because our averages down
20   there are 73,590.  (Audio fades out.)
21        Averages above the river are 67,797.  So
22   (audio fades out).
23        Carol just told me Mr. Killingsworth is
24   actually out of the office today.
25        RANDY DEFOOR:  Well, let's let him take a look

```
 1    at it, if you don't mind, because it's not supposed
 2    to do that.  It shouldn't do that.
 3         AARON BOWMAN:  Why do you say that?
 4         RANDY DEFOOR:  If you look at the numbers --
 5    because of what I've given him, he can give up that
 6    amount to --
 7         AARON BOWMAN:  They needed to shed from
 8    District 2; that was the problem.  He needed to
 9    absorb --
10         RANDY DEFOOR:  How much?
11         AARON BOWMAN:  I think it was about 4,000.  So
12    I think by rearranging just north of the river, it
13    throws 4,000 back in south of the river that we
14    don't have the ability to distribute.
15         RANDY DEFOOR:  Okay.  Well, that was my offer
16    to help out (laughing).  Otherwise, I will just
17    stay where I am.
18         REGGIE GAFFNEY:  So I appreciate that.
19         RANDY DEFOOR:  Yeah.
20         MR. GAFFNEY:  (Audio faded out).  What y'all
21    shared with me the last time, it looks like I'm the
22    one who has to make this work.  If it wasn't for
23    that council person, I'd fight for Rolling River
24    because I love it so much.  I spent a lot of time
25    knocking on doors down there.  But to make you
```

1    whole, it makes sense.  And if somehow Mr.
2    Killingsworth said don't based on what the
3    Chairperson just said, and we will see what I got
4    to pick up the next time we meet.  I was thinking
5    he was going to be here.  So we need to talk about
6    what him and I talked about last Tuesday in the
7    green room.
8            JU'COBY PITTMAN:  At least we have two
9    options.
10           RANDY WHITE:  We're not doing that one.
11           REGGIE GAFFNEY:  What Councilwoman DeFoor is
12   saying -- I guess you can reach out to him.
13           RANDY DEFOOR:  Yeah, I will.  I will do that
14   right now.
15           REGGIE GAFFNEY:  Tell him what you proposed,
16   and tell him I'm okay with that.  But if what the
17   Chairperson is saying don't work, then we have to
18   go to Plan B, and he'll come to me tomorrow with
19   Plan B.
20           JU'COBY PITTMAN:  I'm glad you're here today,
21   because that solves -- at least if I'm able to pick
22   this back up and whatever you give me, then it will
23   make me whole.
24           REGGIE GAFFNEY:  When I decide to run ten
25   years from now, you'll help me campaign.

| | |
|---|---|
| 1 | JU'COBY PITTMAN:  I will be sitting on |
| 2 | somebody's front porch by then.  Okay?  (Laughing.) |
| 3 | REGGIE GAFFNEY:  (Unclear audio.) |
| 4 | JU'COBY PITTMAN:  Okay.  Well, Councilman, I |
| 5 | really -- I want to say thank you all so much for |
| 6 | even coming and trying to make this work.  And now |
| 7 | we've got it right and I don't have to worry about |
| 8 | it no more, you know. |
| 9 | AARON BOWMAN:  Given that I don't think we're |
| 10 | going to be able to do this, I think then that |
| 11 | takes us back to the problem of you and Mr. White |
| 12 | being able to come to terms on 8 and 12. |
| 13 | RANDY WHITE:  I think we're really there. |
| 14 | This does that 2700. |
| 15 | JU'COBY PITTMAN:  I just take that back. |
| 16 | AARON BOWMAN:  Okay. |
| 17 | RANDY WHITE:  They take that up there that he |
| 18 | says is now okay, she takes back. |
| 19 | JU'COBY PITTMAN:  So if we get the piece he's |
| 20 | offering to give me, and I take back what I had |
| 21 | from the 876 -- |
| 22 | AARON BOWMAN:  Then you guys are whole. |
| 23 | JU'COBY PITTMAN:   -- then we are whole. |
| 24 | AARON BOWMAN:  And I think what Mr. |
| 25 | Killingsworth told me is he had met individually |

```
 1      with Mr. Gaffney and Mr. Ferraro, that he thinks
 2      there might be an agreement there; although, you
 3      guys haven't met yet.
 4           So potentially we're whole, and then we will
 5      take a look at what Ms. DeFoor offered.  And if
 6      that doesn't mess up the other eight districts,
 7      then (audio fades out).
 8           RANDY WHITE:  Yeah, I'm okay taking what I'm
 9      giving away back and giving her that if that
10      Scenario B works.
11           JU'COBY PITTMAN:  Thank you all.
12           RANDY DEFOOR:  Thank you.
13           RANDY WHITE:  Well, that was short and sweet.
14           (End of meeting at 1:18 p.m.)
15                           - - -
16
17
18
19
20
21
22
23
24
25
```

```
 1                REPORTER'S CERTIFICATE
 2    STATE OF FLORIDA )
 3    COUNTY OF DUVAL  )
 4            I, Leah P. Maltz, RPR, RMR, FPR, do hereby
 5    certify that I was authorized to and did
 6    stenographically write and then transcribe the
 7    foregoing meeting from an audio recording; and that the
 8    foregoing transcript was produced to the best of my
 9    ability.
10            I further certify that I am not a relative,
11    employee, attorney, or counsel of any of the parties,
12    nor am I a relative or employee of any of the parties'
13    attorneys or counsel connected with the action, nor am
14    I financially interested in the action.
15            DATED this 19th day of July, 2022.
16
17
18
19                              Leah P. Maltz
20
21                         _____
22                         Leah P. Maltz, RPR, RMR, FPR
23                         Court Reporter and Notary Public
24
25
```