CITY OF JACKSONVILLE

RULES COMMITTEE

REDISTRICTING - PUBLIC HEARING

Videotaped proceedings held on Thursday,

January 27, 2022, commencing at 6:00 p.m., at Edward H.

White High School, 1700 Old Middleburg Road North,

Jacksonville, Florida.


COMMITTEE MEMBERS PRESENT:

    COUNCIL MEMBER BRENDA PRIESTLY JACKSON, Chair.
    COUNCIL MEMBER RANDY DeFOOR, Vice Chair.
    COUNCIL MEMBER LeANNA CUMBER.
    COUNCIL MEMBER RANDY WHITE.

ALSO PRESENT:

    DARRYL WILLIE, Duval County School Board.
    KELLY COKER-DANIELS, Duval County School Board.
    CHARLOTTE JOYCE, Duval County School Board.
    BILL KILLINGSWORTH, Director, Planning Dept.
    PAIGE JOHNSTON, Office of General Counsel.
    SAM NEWBY, City Council President.
    JU'COBY PITTMAN, City Council Member.


- - -

```
 1              P R O C E E D I N G S
      January 27, 2022                  6:00 p.m.
 2                        - - -
 3           COUNCIL MEMBER PRIESTLY JACKSON:  Good
 4      evening.
 5           I am Brenda Priestly Jackson, chairperson
 6      of the Jacksonville City Council Rules
 7      Committee, and we welcome you to the first of
 8      four public hearings on redistricting that's
 9      before the City Council.
10           With me today are other Rules Committee
11      meeting members and our Council President,
12      Sam Newby, who is sitting here as a member of
13      the Rules Committee today to ensure we have a
14      quorum; Council Member Randy White; Vice Chair
15      of the Rules Committee, Council Member Randy
16      DeFoor.
17           We have the chairperson of the Duval
18      County School Board who participated in this
19      committee, Darryl Willie; vice chairperson of
20      the Duval County School Board who worked with
21      us on redistricting work as well, Dr. Kelly
22      Coker; and also at the dais we have our chief
23      from the Office of General Counsel, Paige
24      Johnston.  And our redistricting consolidation
25      expert, Bill Killingsworth, is with us as well
```

1      today.

2           And so it is our intention to share with

3      you how we arrived at the proposal that is up

4      for consideration at this point before the City

5      Council.  We have placed maps throughout the

6      room for you to take a look at.  We have not

7      only the maps from the single-member districts,

8      but we also have the maps for the at-large

9      districts, and also a link is being provided

10     for the (inaudible) website on the City's --

11     COJ's web page as well.

12          At this time, we have an agenda prepared

13     for us.  We will take public comment cards

14     until 6:30.  We have a hard stop at 7:30.  Each

15     member or neighbor who wants to speak will be

16     afforded an opportunity to speak up to three

17     minutes.  If we have more individuals to speak

18     than twenty, then we will divide the time

19     accordingly to have time allocated to the

20     community (inaudible) on the schedule.

21          With that, I will now pass the agenda up

22     for the legal framework for redistricting to be

23     addressed by Paige Johnston of the Office of

24     General Counsel.

25          MS. JOHNSTON:  Thank you, Madam Chair.

1          Hello.  I'm Paige Johnston, Office of

2     General Counsel for the City of Jacksonville.

3          I just want to give you a brief legal

4     framework and then also talk about the process

5     leading up to this point and the other things

6     that will come to pass as we go through this

7     process, just very briefly.

8          So from a constitutional (audio

9     malfunction) -- from a constitutional

10    standpoint, you have the principle of one

11    person, one vote.  So every individual of

12    voting age is important in the process of

13    electing the representatives.

14         And so the constitutional process is that

15    each of the districts that are created should

16    be as close as equal in population as possible.

17    And that is going to be the initial goal, to be

18    the population as equal as possible.

19         And so Mr. Killingsworth is going to go

20    into more detail as to the census process and

21    how they polled the data from the census

22    numbers.  But essentially, the Charter and

23    Ordinance Code of the City of Jacksonville

24    creates a process by which every year,

25    following the census that is created by the

```
1        U.S. government, when we receive those numbers

2        on population counts, then we immediately take

3        that information.

4             And our subject matter expert, which in

5        this case is our Planning Department director,

6        they take that information, they see the total

7        number of the new population in Duval County,

8        it either goes up or down or stays relatively

9        the same.  But they take that population count,

10       and then we determine, based on existing

11       districts, where we need to increase a district

12       or decrease a district based on the new

13       population.

14            And so, like I said, they will go into

15       more of that process, but I did want to explain

16       that it's triggered by the Charter, there's a

17       process in the Ordinance Code, and we start

18       with those population counts.

19            Now, there are other considerations as to

20       population, and those may be things such as

21       compactness and continuity between the

22       districts.  Obviously, many of you have heard

23       the term "gerrymander."  And for those of you

24       who maybe don't fully understand or haven't

25       heard the definition, basically it's a
```

```
 1        situation where one group is either -- the
 2        boundaries of the district is manipulated in a
 3        way that one group is either disadvantaged or
 4        advantaged over another group.
 5             So you may have heard of court cases that
 6        have reviewed different district maps at the
 7        city level, at the federal government level, at
 8        the state level.
 9             And essentially, there's two concepts that
10        you might hear in terms of maps.  People may
11        complain that the maps are "packed" or
12        "cracked."  And basically what that means is --
13        by packing the district, the allegation is that
14        you are putting all people of a particular
15        group -- that could be a socioeconomic, a
16        racial or ethnic group, a political party.
17        You're putting them all in a concentrated
18        district and you're diluting their voting
19        interests by putting them all within one
20        district.
21             And they may have only one representative
22        to go to, whereas if they were spread out more,
23        they may have more representative power by
24        having different elected officials.
25             Then the cracking is the opposite.  It's
```

```
 1        diluting a group over a series of districts to,
 2        again, dilute their power.
 3             So those are the two kind of concepts you
 4        will see from the legal perspective that people
 5        argue that those may be constitutional or
 6        unconstitutional.
 7             One way that we prevent that is that --
 8        from a standpoint of the number of people
 9        total, we can't break down the population for
10        every district so that there's equal number of
11        people.  There's going to be a little bit of a
12        variation.  It may be a couple hundred; it may
13        be a couple thousand.
14             As you all probably know, the city of
15        Jacksonville is now at 900,000 population; it's
16        almost a million.  So if you divided that by
17        19,000, they come up with a median range of the
18        number of people per district.  You're not
19        going to get that exact number because you have
20        some subdivisions that take up big parts of the
21        city, and you probably want to include those
22        subdivisions as people within those
23        subdivisions because they have interests that
24        are very similar.  So you may want one district
25        to be slightly over, and then as a result,
```

```
1         another district is going to be slightly under.
2               And so the courts have held that as long
3         as we have no more than a 10 percent deviation
4         between the largest group and the smallest
5         group, that that is equal population.  So we're
6         looking at that at the forefront.  And then
7         beyond that, we're looking at compactness and
8         continuity.
9               And the Ordinance Code also says
10        specifically that there has to be other
11        consideration for other factors, and those are
12        varied economic, social, and ethnic interests
13        and objectives, and that those are adequately
14        represented for the Council.  Okay?
15              So sometimes you'll hear us referring to
16        "communities of interest."  That's kind of that
17        catch phrase that would include either
18        economic, socioeconomic, ethnic, ethnic/racial,
19        all of those categories.  And we can't -- we
20        can't require that every single group be
21        represented in total, but we can do our best to
22        make sure that the one person, one vote is
23        carried forward with your electoral -- elected
24        officials.
25              So with that in mind, that's kind of the
```

```
 1          framework.  Then the other considerations do
 2          come into play.
 3               Early on in the process, the Council
 4          looked at certain things like geographic
 5          boundaries and decided that they did not want
 6          to cross the river multiple times for different
 7          districts.  If they could include certain
 8          districts within -- with the boundary of the
 9          river, that was a good thing, so
10          Mr. Killingsworth was advised to look at that.
11               Another thing that was important to the
12          Special Committee on Redistricting, which was
13          appointed by the Council president, Mr. Sam
14          Newby, is that they wanted to ensure that
15          incumbents were not intentionally drawn out of
16          their districts.  Okay?  And they also said
17          that they wanted that to apply not just to the
18          City Council, but also to the school board
19          because, in this process, that is in the
20          Charter and it is in the Ordinance Code.
21               It says that their maps, the school board
22          maps, get redrawn with our maps.  So they are
23          involved in the process.  They participated in
24          the process.  And it was agreed that at-large
25          districts, Council districts, and school
```

```
 1      districts would try to retain the incumbency to

 2      the extent possible.

 3           So those are some of the framework that

 4      the Councilors were looking at when they

 5      created the maps.  And basically they went

 6      through multiple iterations with

 7      Mr. Killingsworth in the special committee

 8      process, which were all noticed meetings.

 9           And there were also member-to-member

10      meetings that included some of the members of

11      this committee, the Rules Committee, and also

12      the Special Committee on Redistricting and

13      other Council members who were interested.

14           And it was open to the public.  You can go

15      to the www.COJ.net website.  If you go under

16      "City Council," there is a tab that says "Hot

17      Topics."  That hot topic includes

18      redistricting.  So if you click on that, you

19      will find information on when all the prior

20      meetings have been held, when there are

21      upcoming meetings.  And exhibits and documents

22      that were provided at those meetings we put as

23      PDFs on that site.

24           So you can review all the past

25      information.  You can review the minutes of the
```

```
1    meetings and see what was discussed and how
2    they got there.
3         So the next step is just to talk very
4    briefly about the next steps in the process.
5         So special districting -- the Special
6    Committee on Redistricting provided its
7    recommendation as to the maps.  Those are the
8    maps that Mr. Killingsworth is going to go
9    over.  From there, the Special Restricting
10   Committee turned it over to the Rules
11   Committee.
12        Members of the Rules Committee are here
13   today.  They are here today to hear
14   specifically from the public on your input on
15   the maps, on anything having to do with the
16   redistricting process, questions and comments.
17   They are going to listen to you.  They are not
18   going to take action here today.  They are not
19   supposed to.  They're just supposed to listen.
20        So they're going to have these four
21   meetings, as Ms. Priestly Jackson mentioned.
22   And from there, the Rules Committee is going
23   to, in the weeks following, when they have
24   their noticed regular meetings on the first and
25   third Tuesdays of the month -- they meet at
```

1    2 o'clock, and they are going to discuss what

2    happens at these meetings, the public input

3    that's been given at the meetings, and talk

4    about how they want to move forward.

5         So your input is important.  You can

6    follow along with the Rules Committee meetings

7    as well.  And then eventually, the Rules

8    Committee will make a recommendation.  It goes

9    to the full Council and the full Council will

10   vote.

11        There is a potential that the

12   redistricting maps may be adopted as soon as

13   March 8th or as late as April 12th.  It just

14   depends on if there are any changes that are

15   substantial, that require additional public

16   hearings and additional input.

17        But the public will be advised throughout

18   this process, and so you have a good point of

19   entering now to get involved and to give your

20   input.

21        COUNCIL MEMBER PRIESTLY JACKSON:  Thank

22   you so much, Ms. Johnston.

23        We will now move to our colleagues at the

24   Duval County School Board for their comments

25   and their perspective.

1        MR. WILLIE:  Thank you so much for this

2    opportunity.

3        Darryl Willie, chairman of the Duval

4    County School Board.

5        First, I would like to just pause and say

6    thank you all for being here and being involved

7    in this civic process.  What better place to

8    have this conversation than at one of our

9    schools.

10        And I would also be remiss if I did not

11    introduce the school board member for this area

12    who's also a graduate of the school.

13        So if you would stand for us.

14        This is school board member Charlotte

15    Joyce who is a board member.

16        (Inaudible), the amazing principal of this

17    amazing school stepped out, I believe.  But

18    when she comes back, we'll give her a chance to

19    just (inaudible).

20        We just want to make sure you see the

21    leadership at this school.  If you have not

22    seen what has been happening at this school,

23    she has done a tremendous job leading this

24    school and putting it on the right path.  So

25    we're very excited about what's happening here.

1    I'm sitting right next to my vice chair,

2    Kelly Coker.  She and I were -- actually had an

3    opportunity to sit on this -- on the Special

4    Committee, Rules Committee on redistricting

5    this year.  And it was actually probably one of

6    the most intimate times that the school board

7    was involved in the process, well before the

8    maps were drawn.

9         Of course, as you know, each school board

10   district encompasses two City Council districts

11   so that every school board member actually has

12   two City Council districts that sit inside of

13   it.  So it was very important for us to be

14   involved in the process to see what the maps

15   looked like, to understand where the schools

16   fit in as well because we wanted to make sure

17   that the schools and the community understood

18   how that was being done.

19        We felt very good about the process.  We

20   were very thrilled to be involved.  We gave a

21   lot of data from our end.  We sat in on the

22   conversations and listened to what was going

23   on, and we feel like we're in a great place now

24   to ask the community for their input.  So we're

25   thrilled about this.  We're thankful for the

```
 1          opportunity.  But also this is a great
 2          opportunity for you all.  We want to hear
 3          you-all's voice.
 4               Kelly Coker and I, we are actually not
 5          going to be voting on this.  We're on the
 6          Special Committee, but now it's the City
 7          Council's job to actually vote on it.  So we're
 8          just here as community members now also because
 9          it's now in the hands of the community to sort
10          of voice their opinion, and then it's the Rules
11          Committee that actually votes.
12               So once again, thank you all for being
13          here.  Thank you for your time.
14               COUNCIL MEMBER PRIESTLY JACKSON:  Thank
15          you, Chair Willie.
16               We are now going to move on to the
17          development of redistricting proposal by
18          Bill Killingsworth, Director of the Planning
19          and Development Department at the City of
20          Jacksonville.  He was also selected by the
21          chair of the Redistricting Committee by Council
22          Member Bowman as the consolidation expert
23          during this process to guide and advise us.
24               MR. KILLINGSWORTH:  I'm going to stand up
25          and I'm going to step over here.  I recognize
```

```
1     that you can't see the maps, but they have been
2     visualized when I talk.
3          And what I would recommend is, if I talk
4     about a particular district, when you have
5     time, come up and look at what I'm talking
6     about.  The maps are available on the website
7     which Paige mentioned, and it is (inaudible),
8     so the audience will be able to see it, but the
9     audience (inaudible) will have to get up and
10    look at the individual maps.
11         So the Redistricting Committee was formed
12    when we got together.  And at the first meeting
13    they gave me some initial guidance.  The three
14    key pieces of that guidance was to use total
15    population -- there was a choice between total
16    population and voting age population.
17         The City has historically used voting
18    age -- I mean, total population, excuse me.
19    Last time I had the pleasure of doing this for
20    the City, we used total.  And the time prior to
21    that, to my knowledge, we used that.  So
22    there's a history in the city of using total
23    population.
24         The other was that they didn't want to
25    cross the river, if at all possible, in this
```

1        go-round.

2              And then the third was, to the extent

3        possible, they wanted to minimize change from

4        the existing Council boundaries.

5              And so when we started looking at it, we

6        started putting together a proposed map for the

7        south and east of the river, principally

8        because there were two districts there that had

9        to change.  District 13 had to gain population

10       and District 11 had to lose a substantial

11       amount of population.

12             So in putting that map together, the

13       initial work for this (inaudible) of the

14       member-to-member meeting, we did not cross the

15       river.  Some of you may be aware that Council

16       District 2 crosses the river and it encompasses

17       part of Arlington and part on the Northside.

18       So we did a proposal that 2 did not cross the

19       river.

20             The member-to-member -- at the

21       member-to-member meeting, there was a lot of

22       discussion on the destruction to the existing

23       Council districts.  So by not crossing the

24       river, it created a lot of changes in the south

25       and the east, and so the members wanted to

1    reconvene the Redistricting Committee, where

2    they held a discussion.

3        And the guidance there was to minimize the

4    river crossings but that river crossings were

5    permissible and to continue using total

6    population and to minimize changes to the

7    Council districts.  So it was essentially

8    minimize the changes to the existing Council

9    districts took priority over minimizing

10   crossing the river.

11       So as a result of that, like I've already

12   said, Council District 13 and Council District

13   11 haven't changed.  11 had to pick up people

14   and 13 had to gain people.  13 is the beaches,

15   if you don't know.  They are essentially

16   (inaudible).  One Council district with a

17   little bit of Isle of Palms.  (Inaudible)

18   Council district without crossing the river,

19   which is Council District 3.  So they had to

20   take population for Council District 3.

21       Previously, they just had a little bit of

22   Isle of Palms, so at this go-round they picked

23   up almost all of Isle of Palms and a little

24   piece more.

25       Council District 11 was really the

```
 1    elephant in the room.  It happened to lose

 2    20,000 people, which -- the city is roughly --

 3    roughly a million people.  And if you divide

 4    that by 14, that means each Council district

 5    has to be around 71,000 people.  So they had to

 6    give up almost 20,000 people.

 7         The upside is 11 probably catches the most

 8    Council districts.  So what they ended up doing

 9    was giving up Bartram Trails, which is adjacent

10    to Council District 6, which is Mandarin,

11    but -- so every decision has a cascade of other

12    decisions.

13         That ended up making Mandarin a little bit

14    too big, so Council District 5 took up some of

15    that excess population, which is essentially

16    San Marco.  And then because Council District 3

17    had to give to Council District 13, it picked

18    up a little bit of 11 as well as a little bit

19    of 4.

20         You have that area south of St. Johns Town

21    Center where there's apartments and it's a lot

22    of younger kids there, and so between Council

23    District 4 and Council District 3, the thought

24    was they were more appropriately located within

25    that campus.
```

```
 1              And then that is essentially the changes
 2      south and east of the river.
 3              Council District 1 is exactly the same as
 4      it was last time.  Arlington, in terms of
 5      Council District 2, picked up a little sliver
 6      of Council District 4 to balance out some
 7      population, but it is largely the same.
 8              So then when we get north and west of the
 9      river, we have Council District 8 had to give
10      up population.  There was a desire to leave --
11      9 and 10 did not have to change at all.  So
12      there was a desire not to have them change to
13      be consistent with the guidance that we have,
14      and 9 didn't change at all.  10 changed in a
15      very minor way.
16              There was a neighborhood last time that
17      some of the neighbors got cut off and were in
18      an adjacent district, so we moved them over so
19      that they were in all one Council district.
20              But the bulk of the discussion in terms of
21      the boundary changes, again (audio
22      malfunction).
23              Apparently when I shake the mic, it turns
24      off.
25              Again, (inaudible), in the
```

1    member-to-member meetings, composed largely of

2    members from north and west of the river.

3        And in the discussion for 8, given that 9

4    and 10 wasn't going to change, at that point

5    they are only adjacent to Council District 7

6    and Council District 12, so they had to pick up

7    population, so the discussions became where

8    they picked up that population.  In the end, it

9    was decided that the community of interest was

10   most fulfilled by picking up a blotch from

11   Council District 7.

12       In doing that in a way that seemed to be

13   compact and consistent, we had to take a little

14   more than 7 could actually take, so they ended

15   up taking a little from 2 to meet the goals.

16   There was also a group in Arlington who was --

17   their neighborhood was split between Council

18   District 12 and Council District 14, so we

19   moved them into 14.

20       And that is the extent of the changes that

21   took place.  By and large, I'm not sure that

22   really (inaudible) with the existing Council

23   district map.  If you just walk by it, you

24   probably wouldn't, honestly, notice the

25   changes.

```
 1            And with that, Council Member Jackson, I
 2      will step back.
 3            COUNCIL MEMBER PRIESTLY JACKSON:  Thank
 4      you so much.
 5            I want to also take an opportunity to
 6      recognize our colleague Council members,
 7      Ju'Coby Pittman, who has joined us, (inaudible)
 8      Council members that may have made it in or
 9      school board members, thank you all for
10      (inaudible).
11            Neighbors, this is the time when we hear
12      from you.  This is the time when I am going to
13      call your name and you will come to the
14      microphone and you have three minutes to give
15      your public comments and input to us.
16            It is of the utmost importance that you
17      share your concerns when we have the Rules
18      Committee's public hearings.  We, again, have
19      three more scheduled; one next Thursday, on the
20      3rd, at Atlantic Coast High School; the
21      following Thursday, on the 10th, at First Coast
22      High School; and the fourth and final area at
23      William Raines High School on the 17th of
24      February.  Each one is set from 6:00 to 7:30.
25            It is our intention to take public comment
```

1    and hear from you.  We will give an interim

2    review of the information we received at the

3    Rules Committee meeting following the public

4    hearings, which means the first one we'll have

5    will be on February the 1st, and then we'll

6    come back to the following and start the

7    process again.

8         I want to state that I am not -- because

9    some of you're emailing Council members and

10   you're emailing Rules Committee members and

11   emailing school board members, please make sure

12   that your public comments are shared at these

13   hearings.  We are required by the Ordinance

14   Code to conduct these hearings and receive your

15   input, and we want to make certain that we

16   address the neighbors' concerns and needs.

17        Again, thank you so much.  And I will

18   begin now by calling -- I'll call the first

19   public speaker and the one that is to follow.

20   And the microphone is over there (indicating).

21   And if I mispronounce your name, please tell

22   me.  Please.

23        First speaker, we have Joy E. Burgess,

24   followed by Eric Parker.

25        (Audience member approaches the podium.)

```
 1            AUDIENCE MEMBER:  Thank you so much.
 2         My name is Joy Burgess, and I live in the
 3      Edgewater neighborhood in Mandarin, and I
 4      (inaudible).
 5         I have questions, concerns, and
 6      recommendations more to the process than to the
 7      mapping.  My first question is, what strategies
 8      were used to educate the city of Jacksonville's
 9      residents about the redistricting process and
10      their role in it?
11         Second question is, how were city of
12      Jacksonville residents included in the
13      decision-making as it pertains to the mapping
14      process?
15         In the maps that I see, I wanted to know,
16      is the proposal -- redistricting map subject to
17      the legal challenge based on racial packing in
18      Districts 7, 8, 9, and 10?  And you described
19      what racial packing was.
20         And how would this information, the whole
21      totality of the process, be disseminated to the
22      public so that the people that are not here and
23      can't be here will understand what is happening
24      to them?
25         Some of my concerns are the lack of
```

1      engagement of the citizens of this community in

2      this process that's so important to us, and I

3      think the poor communication between the City

4      Council members and us to help us understand

5      the process.

6          I also am not, like, sure I understand the

7      discrepancy between the 2020 census that has

8      whites as 49 percent of the population.  And

9      (inaudible) the mapping process, we use

10     52 percent of whites, which overstates the

11     white population and other minority groups.

12         So my recommendations are this:

13         One, the City of Jacksonville should

14     request that the supervisor of elections run

15     two comparative district demographic reports,

16     one based on current districts, the other on

17     recently drafted maps.  And this comparison

18     should be shared with you guys, City Council

19     members, as well as the public, us.  And it

20     could be a useful snapshot of how the proposed

21     maps alter the demographics, such as age, race,

22     party designation in each voting district.

23         I think we should be consistent with the

24     federal government in defining our -- the

25     definition of "race" and how that applies.  And

```
 1          so that may need some remapping to make sure

 2          that's consistent.

 3               I think the City should create an

 4          executive summary to allow all of us to really

 5          understand what has happened to us and the

 6          impact that it has for us for the next ten

 7          years.  So all the things that have happened

 8          should be created in a short executive summary

 9          so that we can see the process.

10               (Timer notification.)

11               MS. BURGESS:  I think we should create a

12          citizen -- a resident ad hoc committee

13          (inaudible).  An ad hoc committee would allow

14          us to be at the table with you guys to

15          understand the process.

16               Thank you.

17               THE CHAIRMAN:  Thank you so much,

18          Ms. Burgess.

19               Eric Parker, followed by Greg Withers.

20               (Audience member approaches the podium.)

21               AUDIENCE MEMBER:  Good evening.

22               I'm Eric Parker and I live in District 2.

23               I brought my own map because it helps me

24          as well to visualize.

25               So in your statement of methodology, you
```

1     state traditional redistricting concepts of

2     compactness, continuity, and considerations of

3     the communities of interest as defined in the

4     Charter.  (Inaudible) originally the Planning

5     and Development Department provided Council

6     district -- the St. Johns River.

7          Also, elsewhere in your memorandum about

8     the legal aspects and elsewhere in your

9     methodology, you specifically want -- or you

10    state that it's important not to cross the

11    river and not to use bridges, but it seems as

12    if you're ignoring that Napoleon Bonaparte

13    originally crossed over for District 2.

14         Another one of your importances was not to

15    cut out, specifically, incumbents that are in

16    office.  And that is stated in the legal

17    breakdown as well.

18         The councilman for District 2 is not an

19    incumbent.  He's term-limited out.  He's not

20    running for City Council of District 2.

21    Coincidentally, in almost the exact same spot

22    where the axis is, where he is, there is a

23    candidate running for District 2.

24         So I was just wondering, how much does a

25    candidate running for office play into where

```
 1      you decide to draw the district lines?  I
 2      understand there were two districts that the
 3      population was outside of the 10 percent, give
 4      or take, that it needed to change.  But if you
 5      simply put District 2 where there's not an
 6      incumbent running -- if you put the line north
 7      of the St. Johns River, you could divide that
 8      space between 3 and 1 and shift up to change
 9      the population needed in the southeast side of
10      Jacksonville.
11          And then, what if you shift District 2's
12      line up above the St. Johns River, you could
13      simply shift over here, the west line of
14      District 2 to US-17 Main Street as a natural
15      border.
16          And then I understand we're required to
17      probably redraw the entire district maps, but I
18      think that would make more sense because it's
19      also stated in here that you use cultural,
20      ethnic, community guidelines and interests of
21      the community as well.
22          And my point is I think East Arlington has
23      more in common with Arlington and the beaches
24      area than it does the Oceanway, northeast side
25      of Jacksonville.  And I think that the Oceanway
```

```
 1        area that is now -- was in District 7 and is
 2        going to be in District 7 also has more to do
 3        with District 2.
 4             And I will assume that if you shifted all
 5        the lines that way --
 6             (Timer notification.)
 7             MR. PARKER:  Thank you.
 8             COUNCIL MEMBER PRIESTLY JACKSON:  Thank
 9        you so much, Mr. Parker.
10             Greg Withers, followed by Sam Coodley.
11             And I want to thank Council Member LeAnna
12        Cumber, who's a member of the Rules Committee,
13        has joined us.
14             Thank you so much, Council Member Cumber.
15             (Audience member approaches the podium.)
16             AUDIENCE MEMBER:  Hi.  My name is Greg
17        Withers.  I'm going to (inaudible).
18             I heard y'all speaking about how you were
19        (inaudible) communities being cut off.  My mine
20        in particular is cut into three, between 10,
21        12, and 8, this area of (inaudible).  We're
22        right to the north of the I-10 -- and I guess
23        that would be to the west of 95, and
24        (inaudible) as well.
25             We're right here in this area
```

```
 1          (indicating).  And in this little town, we're

 2     cut into three different districts with every

 3     district being different.  What I mean by that

 4     is, one is more rural, some are more suburbia,

 5     other being more businesslike area, more

 6     businesses and such.

 7          And if you could just -- I know

 8     (inaudible) is looking into this district to

 9     make sure such things does not happen to other

10     neighborhoods and places around the city as

11     much as possible.

12          That is all.  Thank you.

13          COUNCIL MEMBER PRIESTLY JACKSON:  Thank

14     you.  Thank you so much, Mr. Withers.

15          Just a little reminder that we stop

16     accepting public comment cards at 6:30.  I

17     think we may have accepted a few minutes after

18     this.  We'll make sure we honor all those

19     public comment cards time to speak.

20          Sam Coodley, followed by Cole Gabriel.

21          (Audience member approaches the podium.)

22          AUDIENCE MEMBER:  Hi.  Thank you and good

23     evening, everyone.

24          And thanks to everyone in the community

25     for being here.  We'd love to see more of those
```

```
 1          chairs filled in the next three sessions, but
 2          thanks for everyone who's here tonight.
 3              I am reaching out as a resident of
 4          District 9.  I live right near the intersection
 5          of Stockton and Edison.  I recognize the stated
 6          priority about keeping things the same as much
 7          as possible, but I have to say, I don't think
 8          District 9 is compact.  To be honest, it looks
 9          like the Big Dipper in terms of how -- you
10          know, really not a contiguous shape.  You know,
11          District 10 next to us I think is similar
12          insofar as, you know, if it were a physical
13          object I think it would almost be cracked in
14          half because it's so thin.
15              And I am just a little bit concerned about
16          what seems to be a really strong partisan
17          gerrymandering here insofar as under the
18          current map, if you have the 2018 Senate
19          results where Bill Nelson won 6,400 votes here,
20          you would have nine of the seats go to
21          Republicans, while barely five would go to the
22          Democrats.
23              So given that is the case when it was a
24          6,400 majority for Democrats, how do you
25          explain that as not a partisan gerrymander?
```

```
1          COUNCIL MEMBER PRIESTLY JACKSON:  We're
2     not answering questions.  We're taking your
3     comments.  It's a public hearing.
4          MR. COODLEY:  I would really be interested
5     in hearing at some point justifications for how
6     there isn't a partisan gerrymander when even if
7     one side manages to win by thousands of votes,
8     the other side gets nearly twice as many seats.
9          And, again, respecting the concept that
10    above all else we have to protect this
11    (inaudible) existing map, I would propose it
12    also seems like you're actually just
13    maintaining the existing partisan gerrymander
14    that was already in place under the old maps.
15          And again, the victims of it are
16    (inaudible), you know, in these communities
17    that, in turn, don't get properly represented.
18    It's, you know, really, I think, a disservice
19    to the community for the proposition of let's
20    keep incumbents in power rather than having an
21    even playing field or not, you know, having a
22    map that cuts 47 (inaudible) neighborhoods into
23    separate pieces, apparently in order to make
24    sure that existing politicians can maintain
25    their power, even if it means sacrificing, you
```

```
 1        know, people's proper representation.
 2            (Timer notification.)
 3            MR. COODLEY:  I don't understand how
 4        that's not a partisan gerrymandering --
 5            COUNCIL MEMBER PRIESTLY JACKSON:  Thank
 6        you.
 7            Cole Gabriel, followed by Thomas Martin.
 8            (Audience member approaches the podium.)
 9            AUDIENCE MEMBER:  Good evening.
10            My name is Cole Gabriel.  I live in
11        District 7.
12            First, let me express my concern with the
13        lack of information available and relevant to
14        public comment up to this point.  Readable
15        draft maps were not made available during
16        Redistricting Committee meetings, and most
17        redistricting was done in member-to-member
18        meetings where public comment was not
19        permitted.
20            In addition, I believe it is inappropriate
21        that we are prioritizing -- that prioritizing
22        incumbents has been a primary priority up to
23        this point.  Many Council members and school
24        board members live along their district
25        boundaries.  The ability of the committee to
```

```
1        make objections to maps was incredibly limited

2        despite the rapidly changing demographics of

3        Jacksonville over the past ten years.

4             I challenge the Council to create an

5        executive summary detailing the process in

6        totality on the methodology, data collected,

7        studies performed, and the impact of citizen

8        input from redistricting meetings.

9             I am concerned that black residents are

10       being unfairly and perhaps illegally packed

11       into minority voting districts where their

12       voting power is being reduced.  I am concerned

13       that prioritizing incumbents does not allow for

14       a proper review of our districts to occur.  And

15       I am concerned that the public did not get

16       sufficient opportunity to weigh in on the

17       process until after the maps were drawn.

18            Considering these issues and looking to

19       the future, I ask that the Council be willing

20       to draft legislation to change the

21       redistricting process to be led and approved by

22       an independent committee.

23            Thank you.

24            COUNCIL MEMBER PRIESTLY JACKSON:  Thank

25       you, Mr. Gabriel.
```

1          AUDIENCE MEMBERS:  (Applause.)

2          COUNCIL MEMBER PRIESTLY JACKSON:  Please,

3     no clapping.  You can give your public

4     comments, but no clapping, please.

5          Thomas R. Martin, followed by Daniel

6     Henry.

7          (Audience member approaches the podium.)

8          AUDIENCE MEMBER:  Good evening.

9          I'm Thomas Martin, and I live in District

10    14, along the Clay County line.

11         I was just looking -- I'm also in a big

12    development area.  It was started back in 1975,

13    called the Villages of Argyle.  It's about

14    9,000 acres.

15         But anyway, it's (inaudible) and it goes

16    up all the way to Riverside, so it's sort of a

17    strange thing.  I was suggesting that maybe

18    starting at the river and going west to Cecil

19    Airport and then going north, stay along this

20    (inaudible), the county boundaries, and then,

21    maybe up to 103rd Street, and make that one

22    district starting at the river to Cecil

23    Airport, and then from the -- the city line up

24    to 103rd Street because that would make

25    districts much more compact and that's one of

1        the issues that we have that seems that

2        everyone is complaining about, the compactness.

3            Thank you.

4            THE CHAIRMAN:  Thank you, Mr. Martin.

5            Daniel Henry, followed by Nancy -- is it

6        Starts or Staats, Dr. Staats?

7            (Audience member approaches the podium.)

8            AUDIENCE MEMBER:  Okay.  My name is Daniel

9        Henry.  I live at District 11, and my address

10       is on file.

11           I just have two questions, and hopefully

12       they will be able to get addressed at the

13       following town hall (inaudible) format.

14           I was curious to why, when the maps were

15       drawn -- and I think this has been addressed --

16       the City didn't use the federal definition of

17       "races."  That's the (inaudible) definitions.

18       So it creates a dynamic that if someone marked

19       "mixed race" on their census and they may

20       identify as black or Hispanic, the City Council

21       has "mixed," so you don't get a fair

22       representation as to whether or not someone

23       identifies as black or Hispanic in certain

24       districts.

25           And like I think it was said over the

1    previous comments, it also overstates the

2    number of residents that live in Jacksonville

3    that identify as white compared to any other

4    race.  So that's the first question.

5    Hopefully, Mr. Killingsworth or someone else

6    will be able to address that.

7        And the second question I was curious

8    about, because I wasn't able to (inaudible) or

9    attend it, was a functional analysis done as to

10   what percentage would be needed in certain

11   communities of interest in order for them to

12   elect a representative that reflects their

13   values as they are?

14       I know that wasn't done ten years ago, it

15   didn't seem like it was done now.  So if we're

16   using certain numbers -- one of you guys talked

17   about it in member-to-member meetings -- could

18   determine what components needed to be in

19   certain areas for those districts.  How did you

20   guys come to that conclusion?  Because that

21   wasn't evident by the discussion or by the data

22   that's available to the public.

23       So any kind of functional analysis that

24   was done that fits that legal definition so

25   people would be able to know that would be

```
1      particularly helpful.

2           These maps have never been challenged in

3      court at any point, but I think you're begging

4      that to happen at some point because that is

5      not available (inaudible).

6           Thanks.

7           COUNCIL MEMBER PRIESTLY JACKSON:  Thank

8      you, Mr. Henry.

9           Nancy -- is that Staats?

10          AUDIENCE MEMBER:  Staats.  I'll answer to

11     that.

12          COUNCIL MEMBER PRIESTLY JACKSON:  Followed

13     by Jane Kosut.

14          (Audience member approaches the podium.)

15          AUDIENCE MEMBER:  Thank you for your time,

16     everyone.

17          And I would just want to reiterate one

18     thing, is maintaining the status quo does not

19     lead to growth and it does not lead to

20     improvement.  I think it's okay to think about

21     that, but I think we also need to think about,

22     how do we change Jacksonville for the better?

23     How do we make it so that people are fairly

24     represented?  So just something to think about.

25          My specific questions are two.  One is,
```

1      what changes can be -- could be made to the

2      current maps to improve voting effectiveness of

3      black and Hispanic voters throughout Duval

4      County versus just Districts 7, 8, 9, and 10?

5      In other words, trying to support the

6      one person/one vote principle.

7           It's my understanding that most of the

8      population increase in Jacksonville has been

9      among black and Hispanic people, yet I don't

10     see that reflected anywhere.

11          My second question is, have the proposed

12     maps shifted the numerical representation, thus

13     voting advantage, to either major political

14     party, particularly those in any district or

15     at-large group?

16          And, again, I thank you for the time.

17          COUNCIL MEMBER PRIESTLY JACKSON:   Thank

18     you.

19          Jane -- is it Kosut?

20          AUDIENCE MEMBER:   Kosut.

21          COUNCIL MEMBER PRIESTLY JACKSON:   Followed

22     by Tyra Smude.

23          (Audience member approaches the podium.)

24          AUDIENCE MEMBER:   Jane Kosut, Atlantic

25     Beach.   Thank you.

```
 1              The supervisor of elections runs a
 2     district demographic profile report.  It would
 3     be helpful for all of us to understand the
 4     impact of the draft maps if we could see the
 5     latest district demographic report run against
 6     a demographic report based on the currently
 7     proposed map.  This will show any lessening or
 8     strengthening of voting advantage by party and
 9     race.
10              Can this be completed by February 10th and
11     shared with the public?
12              I follow on to, I believe, Ms. Burgess'
13     question.  Isn't a proposed redistricting map
14     subject to legal challenge based on racial
15     packing in Districts 7, 8, 9, and 10?
16              Thank you.
17              COUNCIL MEMBER PRIESTLY JACKSON:  Thank
18     you, Ms. Kotus.
19              Tyra Smude, followed by Susanne Barker.
20              (Audience member approaches the podium.)
21              AUDIENCE MEMBER:  Thank you for being here
22     and having the public hearing.
23              My name is Tyra.  I live in the Avondale
24     area, Jacksonville, 32205.
25              I guess I know that you laid out all this
```

1    criteria and all the stuff about compactness,

2    about trying to have fair representation, about

3    gerrymandering, all those I get.

4        I just don't understand the criteria for

5    success that you have for achieving this.  The

6    one criteria that I can get is that incumbents

7    stay in their seats or sit in their district.

8    That's the only one that I can really get a

9    clear read on how you interpret success.

10        You look at the shapes of almost all of

11    those north and west.  The shapes of the

12    districts, I know they represent the status

13    quo.  (Inaudible) District 9, District 10,

14    District 14, where I am, District 7, they're,

15    like, weird shapes, like a snake or a bear as

16    someone else said.

17        AUDIENCE MEMBER:  (Inaudible.)

18        MS. SMUDE:  On the other side, on the

19    western districts, they are more normal.  So

20    that's okay.  So I get that.  I could see a --

21    you know, a picture for success there, a

22    compactness in shape, what I don't get on the

23    Westside.

24        Another thing I have a question about is

25    among the (inaudible), the changes and moving

1     forward in Jacksonville, embracing who it is

2     not and who it wants to become, and why can't

3     we look at what's going on.

4          On the western side, every single one of

5     those districts looks like (inaudible).

6     They're all over average of what the -- you

7     know, like just -- take (inaudible) districts,

8     (inaudible), they all are more than their fair

9     share.  Why is that?  Why can't we keep up?  It

10    seems like such a simple win.

11         What else did I have?

12         Oh, if I were to guess, just looking at

13    the districts on the Westside and looking at

14    why are there these weird shapes there, I would

15    guess it's based on race.  And my particular

16    bugaboo is School District 6.

17         If you look at that district and that map

18    here -- but (inaudible) District 12 and

19    District 14, look at the shape.  It looks like

20    one big U-shape with a big gorge out of it.

21    Guess which one is that?  Guess who lives --

22    who lives in that gorge?  (Inaudible) District

23    12 and District 14, most of the white folks.

24    Those aren't white.  We can be better.

25         And maybe -- I don't know.  I don't have a

```
 1        crystal ball and I don't understand why
 2        (inaudible), but maybe you can lay out some of
 3        the criteria for us.
 4             (Timer notification.)
 5             COUNCIL MEMBER PRIESTLY JACKSON:  Thank
 6        you so much, Ms. Smude.
 7             Susanne Barker, followed by Bill Lewis.
 8             (Audience member approaches the podium.)
 9             AUDIENCE MEMBER:  Good evening.
10             My name is Susanne Barker, and I'm in
11        District 13.
12             This is my first time ever being involved
13        in a discussion about redistricting.  I must
14        admit, I'm just getting informed.  And I'm kind
15        of just really, frankly, appalled that -- that
16        our City Council would decide that they would
17        start with all the information in the census
18        and then say, okay, we want to make sure that
19        we don't make it so that any sitting
20        councilperson won't be (inaudible).  That's
21        just appalling to me.  I mean, the census have
22        changed, but information is in there.
23             I think that there are other cities in
24        Florida that we (inaudible) independent
25        counsels for not doing that, but I think that
```

```
 1        could be something to think of in the future so
 2        that we don't get these weird-looking shapes.
 3        Like, 9 looks really weird.
 4             And, you know -- and also to think that
 5        what we should be looking for is to make all --
 6        to have some parity, where there'd be
 7        competition, where it wouldn't be a given one
 8        way or the other that one is going to be
 9        Republican or Democrat, that -- that
10        (inaudible) equal racially and people are
11        (inaudible) going to have to compete for their
12        seats, I think that's important.
13             And in this day and age, we -- we just
14        don't want people making up their own
15        statistics.  And it's just crazy.  That's all I
16        have to say.
17             Thank you.
18             THE CHAIRMAN:  Thank you, Ms. Barker.
19             Bill Lewis, followed by Megan Moxhet.
20             (Audience member approaches the podium.)
21             AUDIENCE MEMBER:  I'm going to give some
22        free technical advice.  Move this microphone
23        next to us, not in front of the speaker.  I've
24        been doing sound systems since I was nine years
25        old.  That's why you're getting all the
```

```
 1        feedback tonight.
 2            COUNCIL MEMBER PRIESTLY JACKSON:
 3        Mr. Miller, could you (inaudible) public
 4        comment (inaudible) redistricting (inaudible).
 5            AUDIENCE MEMBER:  I'm just giving some
 6        free technical advice.
 7            My name is Bill Lewis.  I live at 8852 Ivy
 8        Mill Place South, Jacksonville, Florida 32244.
 9            I'm the president of the Argyle Civic
10        Council.  Twenty years ago, I sat at a meeting
11        like this on Kent Campus and was appalled by
12        the fact they wanted to put Argyle Forest in
13        the same City Council district with Mayport.
14            (Inaudible) matter of public record that
15        we (inaudible) City Council members when I was
16        in a meeting on Tuesday.  So on June 27, '19 --
17        2019, 19 members of the Jacksonville City
18        Council all sworn into office that they would
19        uphold the city Charter, the laws of Florida,
20        and the Constitution of the United States.
21        Tonight they have all failed.
22            The reason why is because in the city
23        Charter it calls for logical and compact
24        districts.  It says nothing else about
25        protecting your seat in office or anything else
```

1    like that.  That is why it looks like a mess

2    like this.

3        The other thing, every time since 2001,

4    the Rules chairman has always said we're going

5    to stick with four minority access districts.

6    That's why these maps look like garbage.  And

7    I've always said this.

8        At that time, compromise with Argyle would

9    put us in a district with Ortega and Avondale,

10   and so we've had Michael Corrigan, Jim Love,

11   and now Randy DeFoor and (inaudible) in Argyle

12   (inaudible) in office that way.

13       One of these days, ten years from now,

14   we'll get some people in office that actually

15   want to do the will of the people and follow

16   the city Charter, but for right now, that's not

17   going to happen.  So we're back in the same

18   district we started with in 2001.  Nothing has

19   changed on that, and I don't see anything

20   changing.

21       If you send any notices to City Council,

22   emails, whatever, add in there "Add this to the

23   public record for City Council, Bill

24   2022-0001," and they have to print it out and

25   put it in the file, and it becomes part of the

```
 1        public record.
 2             You send an email without that little
 3        thing, "Add this to the public record, City
 4        Council Bill 2022-0001" -- if it's not in
 5        there, it goes into the garbage can.
 6             I don't like the way it was done, but
 7        we're stuck with it.
 8             Thank you so much.
 9             THE CHAIRMAN:  Megan M-o-x-h-e-t, followed
10        by Michael Anderson.
11             (Audience member approaches the podium.)
12             AUDIENCE MEMBER:  Hi.  I actually checked
13        the "do not wish to speak" box.
14             COUNCIL MEMBER PRIESTLY JACKSON:  Michael
15        Anderson, followed by Cherrie McKenzie.
16             (Audience member approaches the podium.)
17             AUDIENCE MEMBER:  Good evening.
18             My name is Michael Anderson.  Address is
19        on file.
20             As someone who has been deeply involved in
21        the electoral campaign process here in
22        Jacksonville the last three years and basically
23        walking every inch of Duval County with these
24        maps that are proposed, it actually really is
25        trash, garbage.
```

```
 1            It literally -- the maps that we have
 2       currently are basically -- in certain precincts
 3       it's literally cut between, you know, half side
 4       of the street, and then it's the other half --
 5       if you move to the other side, it is a
 6       completely different precinct, different
 7       district.
 8            As we do these lines, can we please (audio
 9       malfunction) precisely for -- for our
10       canvassers and our people who are going out for
11       your campaigns and your elected office and how
12       they are going to get around to talk to voters
13       for that.
14            Also, I'm -- is there other maps with
15       different priorities other than the ones that
16       we have here?
17            There was another question.
18            And then also, as a person who, like,
19       lives in District 11, on the Southside, there
20       are literally -- how it is basically now in the
21       Southside, it's literally District 5, where
22       it's like -- literally, it's cut with San
23       Marco, goes all the way down, and then it jets
24       over to, like, Old St. Augustine Road in that
25       area.  And it's like those -- those folks
```

```
 1        literally -- and those neighborhoods have

 2        nothing in common with each other, other than

 3        just, like, that basically side of the street

 4        and (inaudible) the street.

 5            So again, I'm giving some commonality.

 6        Also, we are the blackest county in the state

 7        of Florida.  That literally should be

 8        representative of these maps, of these

 9        districts, and it is not.  So please fix that.

10            Thank you.

11            COUNCIL MEMBER PRIESTLY JACKSON:  Thank

12        you, Mr. Anderson.

13            Cherrie McKenzie, followed by Michelle

14        Hollie.

15            (Audience member approaches the podium.)

16            AUDIENCE MEMBER:  Cherrie McKenzie, and I

17        reside at 6094 Caprice Drive, 32224.

18            And I came here tonight just to sort of

19        understand more about the process.  And I'm

20        probably -- I'll say that in my old age I think

21        I'm -- I'm getting a little cynical because

22        what I sort of gathered so far is that this is

23        nothing more than political theater, that, in

24        essence, we're going through the motions

25        because, in fact, the only way I learned about
```

```
 1        this meeting -- I just happened to be listening
 2        to NPR and they sort of mentioned it in
 3        passing.  I didn't see anything or receive any
 4        type of notification or whatever.
 5             But my point is, I live in District 9, and
 6        I think, as others have said it, it is an
 7        abomination.  I live south of 103rd, and I have
 8        absolutely nothing, zero, zip, nada, nyet in
 9        common with someone who lives in Sherwood
10        Forest, yet we have been -- as someone else
11        said, salamandered [sic] into that district.
12             So again, as someone from District 9, I
13        just want to -- at least, if you guys are going
14        to go through the motions -- and I'm not
15        attacking you, but I'm just saying, this is my
16        impression.  If you guys are going to go
17        through the motions, I thought it was only
18        fitting that I, as a resident of District 9,
19        come here and also go through the motions of
20        thinking that you will listen to what I said.
21             Thank you.
22             THE CHAIRMAN:  With that, our final
23        speaker is Michelle Hollie.
24             (Audience member approaches the podium.)
25             AUDIENCE MEMBER:  Good evening, everyone.
```

1       My name is Michelle Hollie.  I'm a

2    longtime resident with the Riverside/Avondale

3    neighborhood, and I serve as president of the

4    Northeast Florida Chapter of the ACLU of

5    Florida.  It serves five total counties,

6    including Duval.

7       How the City Council and corresponding

8    school districts are drawn will impact our

9    communities for the next decade.  The Council

10   has an obligation to ensure fair and equal

11   representation for all people.

12      Maps offered by this Council, as outlined

13   by our city Charter, should be logical and as

14   compact as possible.  Districts should reflect

15   the diverse interests of the people and

16   neighborhoods of Jacksonville.  They should not

17   be drawn with the self-interests of a

18   particular party or for particular person's

19   reelection advantage.

20      As I look at these maps with contorted

21   shapes stretching across one side of

22   Jacksonville to the next and listen to the

23   concerns of my neighbors and my fellow

24   residents, I'm concerned that the voices of the

25   residents are not only not being heard, they

1    are being stifled.

2         Speaking as a resident, a person living

3    and working in Jacksonville for 20 years, I

4    experienced significant difficulty from trying

5    to participate in the redistricting process up

6    to this point.

7         What were the guiding principles and input

8    when you created these maps?  Is this a

9    partisan gerrymander?  Were you drawing a

10   partisan gerrymander?  And was there any

11   attempt to undo the partisanship that had

12   already existed?

13        Thank you.

14        COUNCIL MEMBER PRIESTLY JACKSON:  Thank

15   you, Ms. Hollie.

16        That's our last public speaker for

17   tonight.  And so let me share with each of you

18   that I have taken many of your comments and

19   questions down.  We will have the minutes of

20   this meeting.  It is our goal to consider your

21   public comments and come back when we have a

22   meeting a week from now at Atlantic Coast.

23   (Inaudible) comments and share responses to

24   what you have told us today.

25        A couple of things I want to tell our

```
 1        neighbors.  I can tell you, as one of the team,

 2        that you've got the process, and that's the

 3        role of the public hearing with the Rules

 4        Committee now.  Let me say it again.  You've

 5        got the process, and that's the role of the

 6        Rules Committee with the public hearing staff.

 7            Ten years ago, they held four hearings in

 8        a week.  Ten years ago, they held four hearings

 9        in a week.  We have four hearings over four

10        weeks to be able to respond and address your

11        concerns.  That's what we'll be able to do.

12            And I want to give you my word as a

13        neighbor and pretty much a lifetime resident of

14        Jacksonville, that we will come back and share

15        with you, based on your comments today, and

16        look at those things you have recommended and

17        see if those adjustments can be made.  We will

18        address all those questions.

19            I don't think anybody up here has a desire

20        to shy away or run away from any of the

21        questions you posed.  And I can honestly share

22        with those that are sitting up here, I don't

23        know that self-interest was the driver.  I can

24        tell you from myself that maybe it was a lack

25        of knowledge and understanding of what matters
```

```
 1        (inaudible).

 2             And I'm going to use just briefly the

 3        incumbency piece.  The house I live in is the

 4        house my parents built 60 years ago, and it's

 5        always been in the same district.  Does that

 6        make sense?  So it's always been (inaudible).

 7        So for me, it was a nonissue because it's

 8        always been there, right?

 9             But I hear what you-all are saying, so we

10        owe you an answer back from that, for what

11        those factors are, along with historical data

12        on what this Redistricting Committee

13        recommended that passed it to the Rules

14        Committee.  But once it's in the Rules

15        Committee, it's in your hands, Colleagues.

16        That is why, if we do our homework after this

17        meeting, we will have a portion of our agenda

18        at the Rules Committee -- meets on the 1st, but

19        we will address redistricting (inaudible), and

20        we'll be back to address your concerns and

21        provide responses to (inaudible).  We'll be at

22        Atlantic Coast High School, in its auditorium,

23        on February the 3rd, from 6:00 until 7:30 p.m.

24             Thank you, neighbors, for coming.  I

25        appreciate it, and I look forward to seeing
```

1    many of you next week and (inaudible) at that

2    time as well.

3        (The foregoing proceedings were adjourned

4    at 7:06 p.m.)

5                    -   -   -

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    CERTIFICATE OF REPORTER

 2

 3   STATE OF FLORIDA)
                     )
 4   COUNTY OF DUVAL )

 5

 6

 7            I, Diane M. Tropia, Florida Professional

 8   Reporter, certify that I was authorized to and did

 9   transcribe the foregoing videotaped proceedings and that

10   the transcript is a true and complete record of my

11   stenographic notes.

12

13

14

15            DATED this 26th day of July 2022.

16

17

18        _____

19                 Diane M. Tropia
               Florida Professional Reporter
20

21

22

23

24

25
```