```
                   CITY OF JACKSONVILLE

                   RULES COMMITTEE

              REDISTRICTING - PUBLIC HEARING


         Videotaped proceedings held on Thursday,

February 3, 2022, commencing at 6:00 p.m., at Atlantic

Coast High School, 9735 R.G. Skinner Parkway,

Jacksonville, Florida.


COMMITTEE MEMBERS PRESENT:

    COUNCIL MEMBER BRENDA PRIESTLY JACKSON, Chair.
    COUNCIL MEMBER RANDY DeFOOR, Vice Chair.
    COUNCIL MEMBER AARON BOWMAN.
    COUNCIL MEMBER LeANNA CUMBER.
    COUNCIL MEMBER RORY DIAMOND.


ALSO PRESENT:

    DARRYL WILLIE, Duval County School Board.
    KELLY COKER-DANIELS, Duval County School Board.
    BILL KILLINGSWORTH, Director, Planning Dept.
    PAIGE JOHNSTON, Office of General Counsel.
    SAM NEWBY, City Council President.
    JOYCE MORGAN, City Council Member.
    DANNY BECTON, City Council Member.


                        - - -
```

```
 1              P R O C E E D I N G S
     February 3, 2022                    6:00 p.m.
 2                          - - -
 3          COUNCIL MEMBER PRIESTLY JACKSON:  Good
 4     evening, neighbors.
 5          My name is Brenda Priestly Jackson, and I
 6     am the chair of the Jacksonville City Council
 7     Rules Committee.
 8          We are the committee that holds these
 9     public hearings on redistricting, and I'm
10     grateful to see those members of the Rules
11     Committee present today.  And I'm going to pass
12     the microphone down for each of them to
13     introduce themselves.
14          COUNCIL MEMBER DeFOOR:  Good evening.
15          My name is Randy DeFoor, and I represent
16     District 14.
17          COUNCIL MEMBER DIAMOND:  Good evening.
18          Rory Diamond, District 13.
19          COUNCIL MEMBER BOWMAN:  Hello.
20          Aaron Bowman, District 3.
21          COUNCIL MEMBER CUMBER:  LeAnna Cumber,
22     District 5.
23          COUNCIL MEMBER PRIESTLY JACKSON:  And our
24     Council president.
25          COUNCIL PRESIDENT NEWBY:  Sam Newby,
```

```
 1      Group 5, at-large.
 2          COUNCIL MEMBER PRIESTLY JACKSON:  We will
 3      now have the members of the Duval County School
 4      Board introduce themselves.
 5          MR. WILLIE:  Good evening, everyone.
 6          Darryl Willie, Duval County School Board
 7      chairman.
 8          MS. COKER:  Kelly Coker, Duval County
 9      School Board vice chairman, School Board
10      District 1.
11          MS. JOHNSTON:  Paige Johnston, Office of
12      General Counsel.
13          MR. KILLINGSWORTH:  Bill Killingsworth,
14      Planning Department.
15          COUNCIL MEMBER PRIESTLY JACKSON:  Thank
16      you so much.
17          We are here today to hear from the public
18      regarding the legislation that is before the
19      City Council on redistricting, 2022-0001.  And
20      I am going to read a statement at the beginning
21      of this meeting, which is our second meeting at
22      a Duval County public school.  (Inaudible) and
23      we were at Ed White High School.
24          Pursuant to Duval County School Board
25      Policy 9.40, Section 2(c), "Political
```

```
1     advertisement and distribution of political and

2     campaign material is prohibited on Duval County

3     School Board property."

4          We ask that all attendees of the Rules

5     Committee public hearings on redistricting to

6     not advertise or distribute political

7     advertisements or campaign materials at the

8     public hearings in or on Duval County School

9     Board property.  Your adherence with this

10    policy is greatly appreciated.

11         With that, we're going to begin with a

12    legal framework for redistricting, and we will

13    incorporate into that some of the public

14    comments that we received last week.  Followed

15    by that, we will have a school board

16    redistricting perspective with Chair Willie,

17    and then the development of the redistricting

18    proposal will be offered by Bill Killingsworth,

19    Director of Planning and Development and our

20    expert on redistricting.

21         Ms. Johnston.

22         MS. JOHNSTON:  Hello.

23         Again, I'm Paige Johnston from the Office

24    of General Counsel.  I just wanted to give you

25    an overall framework for the process and where
```

```
1        we're at, where we started, and where we're

2        going, and also to highlight and hopefully

3        respond to some of the comments that were at

4        the last meeting, giving a little more

5        clarification on certain legal terms.

6             So the redistricting process is something

7        that you see at the federal, state, and local

8        level.  And basically what happens is that the

9        U.S. Census data comes out every ten years.

10       And with that, there's population changes that

11       occur in the various districts, whether they be

12       federal, state, or local.

13            And as a result of those changes, it's a

14       good time for, our case, the local government,

15       to decide whether existing district lines are

16       appropriate or whether there needs to be

17       changes.

18            So we start out with the concept of, we

19       have the data, we look at where there are

20       current population increases or decreases to

21       determine whether our districts, as they

22       currently are, meet this criteria or whether it

23       needs to be changed, or whether the Council

24       wants to change certain districts for other

25       reasons.  And I'll talk a little bit more about
```

```
1     that.
2          So basically, the initial concept is from
3     the Constitution, from the Equal Protection
4     Clause of the 14th Amendment, which requires
5     that everyone be afforded one vote for every
6     one person.  So everyone gets an equal say in
7     their decision-making for the government.  They
8     do that through their (inaudible).
9          So the first thing that we look at is
10    population.  And, again, we get the census
11    information.  We get a count for how many
12    people are in the city of Jacksonville, which
13    Duval County is consolidated within the city of
14    Jacksonville.  For these purposes, the at-large
15    districts include Baldwin and the Beaches, but
16    the other -- but the districts for the Council
17    members are -- well, that's not true because we
18    have the Beaches, we have Rory and we have
19    Mr. White.  So it's all Jacksonville, Duval
20    County, when we're talking about these numbers.
21         So the census numbers came out.  Our
22    population is around 900,000 or a little more,
23    just under one million.  And so we have to look
24    at -- we have 14 districts that are set up by
25    the Charter, and we have requirements by the
```

1    Charter and by the Ordinance Code as to the

2    redistricting process.  And so in line with the

3    Constitutional requirements and the one person,

4    one vote, our primary objective is to make each

5    of the districts as relatively equal as we can.

6         Now, there's not going to be a situation

7    where each of the districts are exact numbers

8    of residents.  And so what the subject matter

9    expert here, Bill Killingsworth, starts with is

10   census numbers.  And he looks at the existing

11   district boundaries and says, okay, which

12   district boundaries -- the population within

13   those boundaries have gone up and which ones

14   have gone down?

15        So he's trying to get them to -- as equal

16   of a number as possible.  And so he looks,

17   okay, particular districts may grow quite a bit

18   and some may go down.  So we know from the

19   redistricting standpoint that we have to look

20   specifically at those districts, and then it's

21   a waterfall effect for the other districts.

22        So we look at those districts, decide

23   which ones have increased or decreased and kind

24   of start the process with those districts and

25   go forward from there.

1      So a couple of things to keep in mind

2    because, as I said, it's based on (inaudible).

3    The courts have established that essentially as

4    long as there's no more than a 10 percent

5    population deviation between the lowest

6    district and the highest district, then

7    arguably we meet the one person, one vote.  So

8    Bill will go through his process of looking at

9    the numbers, and some of that will become more

10    clear.

11      But basically, as long as the districts

12    are within that 10 percent deviation, courts

13    will likely determine that the math is

14    constitutional that's being offered.

15      So another thing that comes up in the

16    talking points for redistricting -- and we've

17    heard this quite a lot with the speakers --

18    was -- we heard an emphasis and focus on race

19    or political affiliation.

20      So one thing to keep in mind is that under

21    the Equal Protection Clause, race cannot be the

22    predominant factor for particular district

23    boundaries, and political affiliation is not

24    necessarily relevant from a court's point of

25    view.  So in -- in calculating the numbers for

```
 1        the population and then looking at other

 2        factors that the Council can consider, there

 3        are things like compactness, continuity, and

 4        maintaining communities of interest -- and I'll

 5        talk about what "community of interest" is.

 6             There's also a consideration that can be

 7        made by the Council is -- as to incumbency and

 8        keeping incumbency within a particular

 9        district.  And when I talk about incumbency,

10        I'm talking about the existing City Council

11        members for a particular district.

12             And so the Council members are staggered

13        in their terms.  So with every redistricting

14        process, there's going to be probably around

15        half of those Council members who are truly

16        incumbents, that they can run for their same

17        seat at the next election.  But around half of

18        them are not going to be running because of

19        term limits, but that is a consideration that

20        courts have found (inaudible) for

21        consideration.

22             So taking that into account, when the

23        Special Committee on Redistricting started

24        meeting to discuss the numbers and the map

25        configuration, they determined a few things
```

1    that they wanted to focus on in terms of

2    priority.

3         One thing that was settled very early on

4    is that the Special Committee decided that, to

5    the extent possible, they wanted to keep the

6    districts intact, understanding that there were

7    certain districts that were going to need to be

8    changed.

9         So like I said, Bill comes up with the

10   numbers that are requiring the change, and from

11   there, certain districts didn't require any

12   change if -- if other districts were adjusted.

13   And it was -- their preference was that they

14   not, you know, fix the map where it didn't need

15   to be fixed, so to speak.  So many of the

16   Council members wanted to maintain what the

17   existing districts are.

18        And so, obviously, the existing districts

19   were discussed and confirmed in the last ten

20   years during the prior process and were not

21   challenged.  So those are assumed to be

22   constitutional districts.

23        Another thing I just wanted to point out,

24   because people may use terminology, and I just

25   want everyone to understand the terminology.  A

```
 1        lot of times when we're talking about race or
 2        political affiliation, we get comments about
 3        "packing" or "cracking" districts.  So I just
 4        want everyone to kind of know what we're
 5        talking about.
 6             So "packing a district" would be a
 7        situation where you -- where a party would
 8        attempt to put all of a similar group -- maybe
 9        race, maybe political affiliation, maybe
10        socioeconomic, maybe just a large group -- put
11        them all within one district so that they
12        cannot have the voice outside of that district
13        to create a majority or to have a say in other
14        districts.  That's what's called "packing."
15             The other concept is called "cracking."
16        It's basically the opposite of that.  It's
17        taking a group that may have the ability to
18        have some kind of majority interest and
19        separating them out into multiple districts
20        where they can't combine to make that majority.
21             So that was discussed a few -- in a few
22        comments that we had the last time.
23             And there was also (inaudible) concept of
24        "gerrymandering."  Many people have used that
25        term.  And, generally, gerrymandering is when
```

1    the map is manipulated so that one party or one

2    interest is either increasing their power or

3    another person's interests have decreased in

4    value.

5        So the courts will say that so long as the

6    intent is nondiscriminatory and a party can't

7    show that the intent was intentionally to

8    discriminate against a particular racial group

9    or a group that would form a majority voting

10   bloc, then the map would be considered

11   constitutional.

12       Now I'm just going to briefly go over

13   where we're at in the process.  As I mentioned,

14   there was a Special Committee on Redistricting.

15   They held several meetings.  They were all

16   noticed meetings.  And if you want more

17   information on the Special Redistricting

18   Committee, you can go to the COJ website,

19   COJ.net.  You can click on the link to City

20   Council, and then from there, scroll down to

21   the "Hot Topics."  And within the "Hot Topics"

22   there's "Redistricting."

23       So there will be links for the special

24   committee and then the current activities that

25   are going on with the Rules Committee.  You can

1    review the meetings, the meeting minutes, the

2    exhibits that were addressed at those meetings.

3    And there were also meetings that occurred

4    between Council members, and those will give

5    you a taste for what the Special Committee

6    looked at and was discussed.  And some of those

7    priorities that I mentioned earlier were

8    established very early on with that Special

9    Committee.

10         So moving forward, the Special Committee

11   has met and approved or recommended approval of

12   certain maps.  Through the Charter and the

13   Ordinance Code, now it becomes the Rules

14   Committee that reviews those maps, has at least

15   three public hearings, which -- this Rules

16   Committee is having four, so they are exceeding

17   that requirement.  And the role here that the

18   committee has is to receive public input.

19         They're not going to be taking action.

20   They're probably not going to be saying that

21   much to you as they're going to hear from you.

22   So you're going to have the opportunity to get

23   up and speak, either ask questions or make

24   comments.  And then if you ask questions, those

25   will be addressed at another -- the next

```
 1          concurrent meeting, but that's your opportunity
 2          to participate in the process.
 3              There will also be meetings of the Rules
 4          Committee where they meet during their regular
 5          time to take up final action on their
 6          recommendation on the redistricting bill.  That
 7          could happen as early as the beginning of
 8          March.  It could be as late as April 12th.  It
 9          depends on whether additional changes are made
10          to the map and whether an additional public
11          hearing is required.
12              So that's the process that we're at now.
13          And hopefully -- if you have questions that are
14          legal in nature that you don't think I
15          addressed, please state that on the record, and
16          we will work to address those at the next
17          meeting.
18              COUNCIL MEMBER PRIESTLY JACKSON:  Thank
19          you so much, Ms. Johnston, for sharing that.
20              At this time, I want to acknowledge two of
21          my colleagues.  Council Member Becton served as
22          the vice chair of the Redistricting Committee,
23          has joined us, as well as Council Member Morgan
24          who is here today.  I don't think there's
25          anyone else that (inaudible).
```

```
1            Thank you all so much.
2            We will now have the school board
3     redistricting perspective by School Board
4     Chairman Darryl Willie.
5            MR. WILLIE:  Thank you so much.
6            I'll start by saying, what better place to
7     have this conversation and dialogue than in one
8     of our schools.  I think civic dialogue is one
9     the things that we try to instill in our
10    students every single day, and it's so
11    important.
12           So I want to thank Councilwoman Brenda
13    Priestly Jackson, also City Council President
14    Newby for this opportunity.  And it actually
15    goes back to Board Member Warren Jones who
16    shared the time, actually worked with the late
17    Tommy Hazouri to get us a seat at the table at
18    the committee because in years past, it
19    usually -- it gets voted on and then it comes
20    to the school board to check to see, does it
21    make sense.
22           But we were heavily involved in the
23    process.  Myself, alongside Vice Chair Kelly
24    Coker-Daniel, had an opportunity to sit in on
25    the Special Committee meetings and really dive
```

```
1        into the work.  And it was a great opportunity
2        to see how it operates.
3            And the reason why is because, as a school
4        board member, my school board district actually
5        has two City Council districts within it.  So
6        if those lines change or shift, as a school
7        board member, we want to know that.  That means
8        schools could actually go inside and outside of
9        a school board member's area.
10           So we wanted to make sure we saw that and
11       were informing the Council committee on those,
12       because if you shift a school, you move a
13       certain number of students, that actually
14       shifts the numbers around.  So we wanted to
15       make sure we were informing and keeping the
16       Council updated on that.
17           Another thing I just want to make note is
18       we were nonvoting members, so we don't actually
19       get a vote at the end of the day on these
20       district lines.  We were information,
21       added-value to the process, but not necessarily
22       voting.  So I just wanted to inform the public
23       of that.
24           And last, I'll say, raise your hand if you
25       were at Ed White last week or two weeks ago.
```

```
1        If you sit in these seats, there's a stark

2    difference between Ed White and this school,

3    wouldn't you say?  And I think that's why it's

4    so important that you're involved in this

5    process, because the decisions that are made

6    for our students are actually made by adults

7    because of these maps, because of

8    representation.

9        So I just wanted to let you know, this is

10   a perfect example of why this is such an

11   important process, because who you elect, where

12   these lines are drawn actually (inaudible) to

13   the decisions that are made in these types of

14   facilities.  And we are happy that other

15   citizens around our city are going to see

16   facilities like this very soon.

17       So thank you so much for this opportunity.

18   Excited to be a part of the process and excited

19   to be at Atlantic Coast.

20       I do want to recognize the principal.  Is

21   it Mr. George?  There he is.

22       Fantastic.  Give him a round of applause,

23   guests.

24       (Applause.)

25       MR. WILLIE:  I see (inaudible) back there
```

```
1        and I see (inaudible) back there and

2        (inaudible) from the staff at the district.

3        Thank you all for being here.

4             And thank you, Principal George, for all

5        the work that you do with our students.

6             Thank you.

7             COUNCIL MEMBER PRIESTLY JACKSON:  Thank

8        you so much, Chair Willie.

9             We will now pass it to the development of

10       the redistricting proposals and updates from

11       Bill Killingsworth, director of Planning and

12       Development, expert consultant for

13       redistricting.

14            MR. KILLINGSWORTH:  Expert.

15            COUNCIL MEMBER PRIESTLY JACKSON:  Yes.

16            MR. KILLINGSWORTH:  Hi.  My name is Bill

17       Killingsworth.  And I have to talk with

18       pictures because I'm a planner.

19            So when the redistricting subcommittee of

20       Council members kicked off, in their first

21       meeting they gave me, basically, aside from

22       what was in the City ordinance, four key pieces

23       of direction.

24            One was the discussion on whether or not

25       to use total population or voting age
```

```
1    population.  The committee settled on total
2    population because, historically, that's what
3    the City has always done.  And I know
4    personally the time before, total was used, and
5    the time before that, total was used.
6         They also asked that we minimize crossing
7    the river.  I see that we have one crossing,
8    which is District 2, both in the current and
9    the proposed.  They asked that we minimize
10   changes to district boundaries.  And they asked
11   that we maintain the incumbents within their
12   districts.
13        So with that information, the Department
14   sat down and we looked at -- we honestly looked
15   at not crossing -- a scenario to not cross the
16   river.  Now, there isn't a scenario where you
17   could move (inaudible) north and west of the
18   river; there's just not enough population
19   there.  There's roughly 450,000 people north
20   and west of the river, 550,000 people south and
21   east of the river.
22        So if there was seven districts north and
23   west of the river, the population per district
24   is 63- or 64,000 people per district, which is
25   well below where we need to be.  The ideal
```

```
1    number is 71.  We can range (inaudible).  This
2    proposal ranges from about 67- to 74-, I think.
3    But 63- to 64- would be well below.  So we --
4    the math just doesn't work.
5         I believe the math would work if we pushed
6    to the south and east of the river, and we put
7    in a proposal that we presented to a
8    member-to-member meeting of the members that
9    were composed of districts south and east of
10   the river.
11        When they looked at how disruptive that
12   was of the existing Council district
13   boundaries, they asked if we could be in a
14   meeting of the redistricting committee as a
15   whole.  They discussed it, and the direction
16   given to the Department was that minimizing
17   district changes should take priority over
18   minimizing river crossings.  So we took that
19   guidance and started a workaround with that.
20        Now, within the 14 districts, there are
21   three that actually had to change.  District 13
22   had to grow.  District 11 had to lose, and that
23   was a significant amount of population, almost
24   40,000 people.  And 8 had to gain.
25        Now, what happens when you make those
```

1    changes is districts around them end up

2    changing a little bit, too.  So I wanted to go

3    over those changes real quick.

4         District 13 had always crossed the

5    Intracoastal and basically picked up

6    (inaudible) Isle of Palms.  Now it crosses just

7    a little bit further west of the Intracoastal

8    and picks up some additional population to get

9    within the target range.

10        District 11, which was the one that had to

11   lose the most and had the biggest impact, gave

12   population -- basically, gave Bartram to

13   District 6, and -- which is -- so it's a ripple

14   effect.  You squeeze the balloon and stuff pops

15   out somewhere else.

16        Which meant District 6 was now too big.

17   So District 5 took some population from there,

18   as well as District 11 took some -- I mean,

19   District 3 took some population from District

20   11.  And when you look at the maps, you can see

21   that.

22        District 1 did not change at all.

23        And then District 4, those apartments that

24   are on Town Center Parkway, south of Town

25   Center Parkway, there was a belief that those

```
1        were largely inhabited by younger millennials
2        and that a community of interest there is more
3        closely aligned with the UNF campus.  And so
4        those got put into District 3, which made 4 a
5        little bit small given that (inaudible) had to
6        come down to take just a little piece out of 4.
7        So 4 ends up picking up a little bit out of 3.
8            But they're rather small changes, and in
9        all honesty, unless you're really familiar with
10       the map, I don't think you would notice it.
11           So then we get north of the river.
12       There's a small change to District 2, up on
13       Main Street, way up on the Northside.  Council
14       District 7 picks up some population there.  And
15       the reason behind that was that District 8 got
16       too big, and so there was a decision that 9 and
17       10 didn't have to change.  They had -- they
18       were in the proper population.
19           And because the goal was -- one of the
20       stated objectives was to minimize changes to
21       the districts, those didn't need to change, so
22       we didn't change those, which means the
23       population for 8 either had to come from 7 or
24       from 12.  Ultimately, the decision was that the
25       communities (inaudible) were more closely
```

```
 1        aligned between 8 and 7, and so 8 picked up

 2        some population up in the top (inaudible)

 3        corner of the county.

 4             And then, finally, there was a little

 5        change to District 14, where 12 and 14 are now

 6        (inaudible) and kind of represented by all

 7        three districts that are -- and that was

 8        something that had been brought up, I believe,

 9        at one of the member-to-member meetings.  And

10        so we tried to accommodate that within the

11        population spread that we had and part of that

12        (inaudible) into 14.

13             There was some questions about voter

14        profile, how that changed.  There are a couple

15        of districts that swapped, one way or the

16        other, by a small amount.

17             Typically, I do transportation, more

18        transportation-oriented work, so for me, less

19        than 5 percent is not considered significant.

20        This is politics, so 1 is probably significant

21        to somebody.  So I have the numbers.  I'm going

22        to give it to Jeff.  He can post it online, and

23        each individual can make a determination

24        whether or not it's significant or not.

25             But I want -- what I will tell you is that
```

1    in each case where there is a small change in

2    terms of (inaudible), when you look at the

3    number of no-party affiliations that are in

4    that district, it's really those voters who

5    probably are making the decision on how that

6    district turns out between D's and R's.

7        The other is -- there was some question

8    about the demographics and the information that

9    we have.  The charts that are on the map on the

10   table are straight out of the census, so those

11   numbers are straight out of the census.

12       Now, we don't have every table that's out

13   of the census because on the census this time

14   you could check as many boxes in terms of your

15   racial profile that you want, and there is

16   simply -- to go on a horizontal map, there's

17   just simply not enough space.  (Inaudible), so

18   we did the best we could, but the data's

19   available, and we're glad to provide it to you.

20       And with that, Chairman, I am done.

21       COUNCIL MEMBER PRIESTLY JACKSON:  Thank

22   you, Mr. Killingsworth.

23       It is our goal to listen to members, and

24   we are accepting public comment cards until

25   6:30 for each meeting.  You will have three

```
 1        minutes to speak each.  We are hearing from
 2        you.  We are not answering questions that you
 3        pose, but we're taking copious notes, and we
 4        debrief every Monday following the public
 5        hearing to address it at the next Rules
 6        Committee meeting and for the next public
 7        hearing as well.
 8             So with that -- and please, if I mistake
 9        or mispronounce your name, please correct me.
10             Our first speaker is Gloria Einstein,
11        followed by Pat Wojciechowski.
12             (Audience member approaches the podium.)
13             AUDIENCE MEMBER:  Thank you, Ms. Priestly
14        Jackson and committee.
15             City Council's decision to (inaudible)
16        districts, to protect -- to protect incumbents
17        is a profoundly selfish, corrupt choice.  It
18        elevates the desires of current elected
19        officials over the rights of voters and it
20        imposes that choice on Jacksonville for ten
21        years.
22             Competitive districts would incentivize
23        representatives to actually represent the
24        districts to benefit the voters and to make
25        defensible choices and decisions.
```

1       Redistricting for competitive districts is

2       entirely permissible, and we have the data to

3       make that (inaudible) choice.

4           Competitive districts give the people a

5       voice and would give representatives a

6       responsibility to take actions that benefit the

7       people and to communicate with the people about

8       what they (inaudible).

9           City districts, which City Council has

10      chosen, allow representatives to pursue their

11      own interests using their City positions to

12      benefit themselves, their friends, and

13      organizations with which they are affiliated

14      without considering the public needs.

15          Representatives in safe districts know

16      that they can get away with a lot, and they

17      will.  Representatives in competitive districts

18      have to account to the voters in each election

19      and know that their actions will be examined by

20      viable opposing candidates and will be judged

21      by the people.

22          This is the idea behind representative

23      democracy.  It is what keeps representatives

24      honest and hard work [sic].  Jacksonville City

25      Council has chosen to turn its back on this

```
 1        basic principle.  Members of both parties have

 2        conspired to benefit themselves at the expense

 3        of the people.

 4            (Timer notification.)

 5            MS. EINSTEIN:  This redistricting plan

 6        should be revised to provide competitive

 7        districts.

 8            Thank you.

 9            COUNCIL MEMBER PRIESTLY JACKSON:  Thank

10        you, Ms. Einstein.

11            Pat Wojciechowski, followed by Tim

12        H-o-r-n-o-i-c-e [sic].  And I can't read the

13        rest of it.

14            AUDIENCE MEMBER:  Centerwall.

15            COUNCIL MEMBER PRIESTLY JACKSON:

16        (Inaudible.)

17            AUDIENCE MEMBER:  Good evening.

18            My name is Pat Wojciechowski.  Oh, yes.

19            My concern this evening is the City of

20        Jacksonville's decision to use the total

21        population count instead of using only the

22        voting age population as a criteria for

23        redrawing districts.  By including people

24        younger than 18 and those who are incarcerated

25        in the jail, the City of Jacksonville has set
```

1      some boundaries to unfairly reflect a larger

2      population than is actually in existence.

3          Since the goal was, as I understand it, to

4      create parity among the districts, the City of

5      Jacksonville should use the voting age

6      population statistics to ensure population

7      parity between the Council districts.

8          Also, it is my opinion that the

9      incarcerated population should not be counted

10     in areas where prisons exist because they

11     unfairly swell the population counts for those

12     districts.

13         Thank you.

14         COUNCIL MEMBER PRIESTLY JACKSON:  Next is

15     Ted -- I'm going to (inaudible) this last name,

16     followed by Eric Parker.

17         (Audience member approaches the podium.)

18         AUDIENCE MEMBER:  Good evening.

19         My name is Ted Hornoi-Centerwall.  I want

20     to thank you today for this opportunity.

21         Since I have three minutes, I'm going to

22     get right into my three parts.

23         The part that's related to the other

24     two -- and they are not necessarily dependent

25     on each other, but they all (inaudible), and

```
1     they all relate to each other as they relate to
2     citizen involvement.
3          So how do we promote citizen involvement?
4     I noticed that there a lot of empty chairs
5     here.  I would like to see a lot more chairs
6     with people in them.  So how do we do this?
7          Well, the first thing we could do is have
8     the Special Committee for Redistricting
9     actually create an executive summary that truly
10    reflects the process and make that available to
11    the average citizen.  If that citizen has that
12    information, they will more likely want to be
13    involved, especially if it's really casual
14    information, information that they can relate
15    to.
16         Number two, I believe the City of
17    Jacksonville would benefit by creating an ad
18    hoc task force, and the purpose of this would
19    be to encourage citizen involvement.  So this
20    would mean that it would involve citizens,
21    activists of various stripes, members of the
22    City Council, maybe people involved with the
23    school district.  All kinds of people need to
24    be involved in this.
25         Again, we'd have a much more healthy
```

```
1        system if we had more people here that were

2        more involved.

3             Which brings me to the third point, which

4        has already been touched on by another person,

5        which is to say that rather than simply count

6        the number of people that are living in certain

7        districts, count the people who are actually --

8        actually potential voters.  Voting age

9        population is a more realistic and defensible,

10       I believe, judgment than simply saying, well,

11       we have this (inaudible).  I would encourage

12       you to really consider that as an option.

13            And, again, I want to mention that all

14       three of these things can be done sooner rather

15       than later, and I would encourage them to be

16       done sooner rather than later.

17            I want to thank you very much for this

18       opportunity.

19            COUNCIL MEMBER PRIESTLY JACKSON:  Thank

20       you.

21            Eric Parker, followed by Daniel Henry.

22            (Audience member approaches the podium.)

23            AUDIENCE MEMBER:  Good evening.

24            Eric Parker.  My address is on file,

25       District 2.
```

1          Is it a coincidence that the executive

2     Council assistant for Aaron Bowman, who's the

3     chairman for the Special Committee on

4     Redistricting, is also the spouse of one of the

5     Republican candidates filed to run for City

6     Council District 2?  Do you not think that this

7     is a conflict of interest?  Did this connection

8     play any part in drawing the District 2 lines,

9     south of the St. Johns River?

10         Are these meetings simply meant to meet

11     the requirement of the Sunshine Law?  Are any

12     of the public's comments during these public

13     hearings going to be taken into consideration

14     by this special committee?

15         Is this anything more than just political

16     theater?  If so, why didn't they conduct these

17     public hearings before the district lines were

18     recommended instead of after?

19         Why are these meetings being conducted at

20     6 p.m. to 7:30 p.m., when some of the public

21     can actually show up and speak, but the

22     previous special committee meetings back in

23     September were at 3:00 p.m. to 5:00 p.m. when

24     it was more difficult for some people to show

25     up and speak?

```
1              I would like for all of these to be

2         considered by the whole Council.

3              Thank you.

4              COUNCIL MEMBER PRIESTLY JACKSON:  Thank

5         you.

6              Daniel Henry, followed by Alexander

7         Watkins.

8              (Audience member approaches the podium.)

9              AUDIENCE MEMBER:  Hi.  My name is Daniel

10        Henry.  My address is on file, and I live in

11        this district, District 11.

12             The two questions that I (inaudible) have

13        partially been answered, but I wanted to

14        restate them so that way they can get be fully

15        answered.

16             The first question I ask is why the City

17        did not use the OMB standards when it comes to

18        race as to how they categorize it.  I know that

19        Mr. Killingsworth just said that they took the

20        table directly from the census, but that

21        doesn't answer my question because OMB and the

22        Department of Justice, when they count race,

23        especially those that are of multiple races,

24        they identify them in each of the races that

25        they signify.
```

1          The City doesn't do that.  They

2     (inaudible) them as one category that doesn't

3     represent the races that they belong to.  That

4     also comes into effect as to how you

5     (inaudible) Hispanic or Latino voters because

6     you want to (inaudible) white (inaudible)

7     category, so you create a dynamic where the

8     census clearly shows that people of color make

9     up the majority of inhabitants in Duval County,

10    but the numbers show that white voters -- white

11    inhabitants make up the majority in the county.

12          So if that (inaudible) directly addresses

13    those (inaudible) from the table, that would be

14    helpful.

15          The second question that I asked that

16    wasn't answered was to whether or not there was

17    a functional analysis done to defend the

18    presumptions that were made in multiple of the

19    member-to-member meetings as to how many voters

20    or people in districts are needed to elect a

21    person that looks like them.  We're talking

22    about communities of interest.

23          There were a lot of discussions about how

24    many voters or how many voters of a particular

25    group were needed in order to elect someone,

```
 1        but there was no functional analysis, data, or
 2        report that was made public that defended those
 3        conclusions.
 4             So you have many dynamics, particularly on
 5        the west side of the city where you have
 6        Council districts that have an overwhelming
 7        number of African-Americans that live in those
 8        districts, but we don't know whether or not
 9        that percentage that has been placed in those
10        districts will elect an African-American.
11             And that's why it's critically important
12        because each of the Council districts are --
13        you draw (inaudible).  So if you have
14        65 percent of that (inaudible) make up District
15        9, for instance, or make up District 10 or make
16        up District 10, it has an impact on
17        (inaudible).  That's important.
18             These maps are going to have an impact for
19        the next ten years.  And I don't want to see
20        the City back at another town hall ten years
21        from now asking the same questions that have no
22        direct answer.
23             So thank you.
24             COUNCIL MEMBER PRIESTLY JACKSON:
25        Alexander Watkins, followed by Michael
```

```
 1      Anderson.
 2              (Audience member approaches the podium.)
 3              AUDIENCE MEMBER:  Good evening.
 4              My name is Alexander Watkins.  My address
 5      is on file.
 6              I want to also address the issue of
 7      potential racial packing, and primarily in the
 8      districts of 7 and 8 in discussing the
 9      communities of interest.
10              (Inaudible) was beginning to uncover is
11      the fact that these maps are being
12      representative for the next ten years.  And
13      it's not a matter of partisan politics; it's a
14      matter of what is right and what is wrong.  So
15      rather than attacking you, I charge you all as
16      civic leaders to take a real look in each of
17      these (inaudible), and make sure that every
18      citizen in the city has equal representation to
19      adequately vote for people that will represent
20      the majority of them and their issues.
21              I also want to charge you all to listen to
22      the issue that the community members are
23      presenting to you.  I listen to a lot of
24      (inaudible).  They say that their communities
25      are made by people and they can be changed by
```

```
 1        people.  You are our members of the
 2        (inaudible).  So when they come to you and
 3        present to you issues that affect us, I hope
 4        that you listen to and advocate for.
 5             So I just wanted to come forth today and
 6        say to you all to really take a look at the
 7        issue of racial packing in primarily the
 8        Districts 7 and 8 and how that will affect the
 9        adequate representation of black, brown people
10        in our community for the next ten years.
11             Thank you.
12             THE CHAIRMAN:  Michael Anderson, followed
13        by Judy Sheklin.
14             (Audience member approaches the podium.)
15             AUDIENCE MEMBER:  Good evening.
16             I'm Michael Anderson.  I'm (inaudible).
17             It's great to see more of the Council
18        members and folks from the community who were
19        not at Ed White, but are here.  That's very
20        interesting.  (Inaudible).  Nothing is going to
21        happen with (inaudible).  What happened to
22        the (inaudible) because (inaudible).  We had
23        the white population of young people, 18 to 40,
24        who are now (inaudible), who change, but just a
25        function of (inaudible) young people in the
```

```
1        process because, again, this is not -- not only
2        a, (inaudible) people who are sitting in this
3        room, but people who are literally going to
4        this school, and in ten years from now will be
5        in an apartment on the Southside voting for
6        whoever is here.
7             So (inaudible) outcomes for the young
8        people who basically don't have (inaudible).
9        And then also, when it comes to racial
10       (inaudible) -- racial (inaudible), the state
11       house that is a (inaudible) to keep most of the
12       minority access to (inaudible) on the
13       Northside.  And then again (inaudible) the same
14       with the City Council trying to keep all of
15       the -- of the minority (inaudible) on the
16       Northside.
17            I know someone who canvassed on the
18       Southside.  There are a lot more black and
19       brown people (inaudible) here in District 5,
20       District 6, District 11.  And so, again,
21       using -- using those (inaudible) would be
22       helpful as well.
23            And then also, again, when it comes to
24       these precincts and how these things are cut,
25       please make it logical or accessible for us to
```

```
 1        help the candidates.
 2             (Timer notification.)
 3             COUNCIL MEMBER PRIESTLY JACKSON:  Thank
 4        you.
 5             Judy Sheklin, followed by Elizabeth Sams.
 6             (Audience member approaches the podium.)
 7             AUDIENCE MEMBER:  Good evening.
 8             (Inaudible) in addressing some of the
 9        concerns of other speakers tonight, I want
10        to --
11             COUNCIL MEMBER PRIESTLY JACKSON:  Do you
12        want to state your name?
13             AUDIENCE MEMBER:  I'm sorry.  Judy
14        Sheklin.  I live in District 13.
15             I appreciate (inaudible) and I'm certainly
16        glad (inaudible) confusing.  And it's -- most
17        of us are concerned with the way that the
18        public was largely excluded from the beginning
19        of this process and the way the maps were
20        drawn.
21             Other questions and concerns that I had
22        regarding the makeup of the districts.  One of
23        the criteria used to draw the maps was to
24        equalize the population between districts.
25        Why, then, are Council Districts 7, 8, 9, and
```

```
 1          10, those districts with the highest black
 2          populace, and District 12 limited to 67- to
 3          68,000 total population versus 72-, 74,000 in
 4          each of the other lines (inaudible)?  That does
 5          not seem equitable.
 6               The actual process, too, has seemed
 7          against black citizens' involvement.  I know
 8          that I have neighbors (inaudible) COVID who
 9          could not attend these meetings.  So are there
10          ways that people can see them live-streamed,
11          make comments, questions if they are unable to
12          be here or concerned about their health?
13               And in thinking of the future and the
14          future redistricting cycles, I believe it is
15          necessary to change these.  And it would be
16          good that the City Council would consider
17          altering this process so perhaps some input
18          could be given and also more involved with the
19          transparency.
20               In other localities around the country,
21          citizen groups are creating these redistricting
22          plans and maps, and they have been received,
23          you know, much more positively.  And I wonder
24          why we aren't doing this here and why we could
25          not consider doing this in the future.
```

```
 1          And finally, at the first hearing a woman
 2     asked whether the proposed maps have shifted
 3     the voting advantage of either political party
 4     in any district or at-large group, and I
 5     haven't heard a response to that question yet.
 6     And if it's available, that would be great, and
 7     if not, would it be available by the next
 8     week's meeting?
 9          Thank you very much for allowing me to
10     speak.
11          COUNCIL MEMBER PRIESTLY JACKSON:  Thank
12     you.
13          Elizabeth Sams, followed by LaShonda
14     Holloway.
15          (Audience member approaches the podium.)
16          AUDIENCE MEMBER:  Good evening.
17          I'm Elizabeth Sams, and I have what I hope
18     is a creative idea.
19          The basic question that many of us are
20     presenting in a variety of ways is just trying
21     to understand how the proposed maps are
22     changing (inaudible) to what extent of either
23     the major parties or minority voters in each
24     district.
25          Since Duval has so many (inaudible)
```

```
 1        district demographic profile reports monthly,

 2        is it possible before the next hearing to run a

 3        comparison between the January 2022 demographic

 4        profile of each district and what the profiles

 5        in these maps would look like?  It might be --

 6        I realize that we all wish we had an

 7        opportunity to make noise earlier about better

 8        and different data collection, but that seems

 9        like something that would be doable, you know,

10        to (inaudible).

11             Another question for you to address more

12        broadly is, what is the plan to inform the

13        citizens of Duval in detail about this process,

14        once the maps are approved?

15             And finally, looking to the future, I want

16        to reiterate what so many other people

17        (inaudible).  I think we need to really --

18        there's been a lot of relying on history, and I

19        understand that's economical and convenient and

20        there's a comfort with sticking with what we

21        know.  But going forward, we strongly need to

22        consider a right to create a more inclusive

23        process and fairer process.

24             I like the idea of the independent

25        commissions other cities and states are using
```

```
 1        (inaudible).  (Inaudible) certainly learn a lot
 2        about those practices, and I would hope that
 3        this committee and the Council at-large would
 4        engage in the idea of (inaudible) we need to
 5        start considering so we have a better process
 6        (inaudible).
 7             Thank you.
 8             COUNCIL MEMBER PRIESTLY JACKSON:  LaShonda
 9        Holloway, followed by Joy E. Burgess.
10             (Audience member approaches the podium.)
11             AUDIENCE MEMBER:  Good evening.
12             My name is LaShonda Holloway, and my
13        address appears on file.
14             I rise as a fourth generation
15        Jacksonvillian, and for more than 50 years the
16        city has suffered from the effects of poor
17        redistricting plans.  I appear tonight in hopes
18        that this particular committee will hear me
19        when I ask some questions and pose other
20        questions.
21             The first is, why do the City of
22        Jacksonville (inaudible) the federal census
23        definition of race?  Of course, the federal
24        definition of race is 49 percent of
25        Jacksonville's residents are non-Hispanic,
```

```
 1        white; however, the City of Jacksonville uses a
 2        formula that says that it's 52 percent white.
 3             Moreover, we know that during
 4        consolidation, Districts 7, 8, 9, and 10 were
 5        packed.  And we also know that undermines white
 6        voters' ability to impact citywide politics.  I
 7        understand that these (inaudible).  However,
 8        now that District 8 -- with the proposed maps,
 9        District 8 has 70 percent African-American.
10        Why not consider putting (inaudible) percent of
11        that population in District 12 for a more
12        competitive District 12 district?
13             District 12, at present, has
14        (inaudible) percent African-American,
15        11 percent Hispanic.  Why not consider making
16        District 8 61 percent and increasing
17        District 12 so that minorities will have even
18        more access?
19             Lastly, I also understand that District
20        11, of course, is larger, so the (inaudible)
21        District 6, and that impacted 3 and 5.  The
22        reality is we need more competitive districts
23        in this city.  The city has grown and expanded,
24        and we need to have a (inaudible) that reflects
25        the city.
```

1          Last, (inaudible) to guide each of

2     (inaudible).

3          Thank you for your time.  My name is

4     LaShonda Holloway, and I reside in District 7.

5          COUNCIL MEMBER PRIESTLY JACKSON:  Joy

6     Burgess, followed by Tim Vergenz.

7          (Audience member approaches the podium.)

8          AUDIENCE MEMBER:  Thank you.

9          My name is Joy Burgess, and I live in

10    District 6, and that's the Mandarin area.

11         I just want to elaborate on something a

12    gentleman said earlier because all of my

13    questions were asked.  Not answered, but asked.

14         He mentioned an executive summary, but

15    when you think of the executive summary as

16    (inaudible) because what is clear from that

17    public hearing (inaudible) this public hearing,

18    many of the citizens of this community were

19    left out of the process.  And I'm convinced, as

20    I'm getting to really understand what democracy

21    needs, it doesn't work if we're not part of the

22    conversation, and we need to be part of the

23    conversation from the beginning.

24         So the executive summary could be our

25    story that we can look at, refer to as you're

```
 1          looking towards the next ten years.  You guys
 2          are (inaudible).  I get that you don't have
 3          time to (inaudible).  Hire one of our excellent
 4          reporters that tell a story as well is
 5          (inaudible).  He's wonderful at telling stories
 6          that we can understand.
 7               The other thing I wanted to emphasize
 8          that's already been said is this redistricting
 9          ad hoc task force as the gentleman mentioned.
10          It could really represent the diversity of our
11          city, not just racial and ethnic diversity, but
12          age, gender, and all kinds of stuff.  If you
13          want to know what's going on with the city, you
14          have got to allow us to have a conversation.
15               And I'm guessing that we probably all have
16          a different sense of what being involved means.
17          Sit us down.  Let's begin to plan for ten
18          years.  I'm being optimistic that we can change
19          and really be a city that embraces its
20          citizens, not rhetorically but really embraces
21          the diversity of our thoughts that change our
22          city.
23               So (inaudible) we should look at that and
24          really (inaudible) the citizens that are active
25          that are here, not who you think are good
```

1    citizens, but -- and involve yourself, City

2    Council members, so we can talk about that.

3         I do want to reiterate what the former

4    speaker talked about in terms of maybe an

5    independent district of (inaudible).  There's

6    an organization called Campaign Legal Center.

7    That's (inaudible) focus on, and it's done all

8    over the country.  They having problems and

9    people fight for it, but the (inaudible), it's

10   done, and it works.  It takes it out of your

11   hands to put it together in different ways.

12        But you shouldn't have to worry about that

13   because in this political (inaudible) for

14   incumbents that want to keep their seats.

15   Allow the citizens to really figure out how

16   they can do that so it's equitable and makes

17   sense for all of us.

18        So thank you.

19        And I want to applaud the young people in

20   this audience.  They are so wonderful.  I'm so

21   proud of you guys.  You guys (inaudible) hear

22   our voices.

23        Thank you so much.

24        COUNCIL MEMBER PRIESTLY JACKSON:  Thank

25   you.

```
 1            Our last speaker today is Tim -- is it
 2    Verganz?
 3            AUDIENCE MEMBER:  Vergenz.
 4            COUNCIL MEMBER PRIESTLY JACKSON:  Vergenz.
 5            AUDIENCE MEMBER:  Hello.  Yeah, Tim
 6    Vergenz.
 7            COUNCIL MEMBER PRIESTLY JACKSON:  Vergenz.
 8            AUDIENCE MEMBER:  Yeah.  (Inaudible).
 9            Yeah, I'm in District 6.  I have two main
10    comments that I wanted to say, one of which is
11    when I read the (inaudible) -- when I first
12    heard that one of the explicit goals of
13    redistricting was to protect incumbents,
14    (inaudible) angry about that.
15            I want to express that anger because I
16    think that the goal should be that the
17    representatives represent the communities and
18    not the -- like, the voters should be picking
19    the representatives, not the representatives
20    picking the voters.  So I would really
21    (inaudible) but rather have (inaudible).
22            And I'll be honest.  When I look at
23    districts like 7 and 8, for example -- when I
24    first looked at the districts -- and I'm
25    relatively recently, you know, of voting age.
```

```
1       These don't look compact at all.  They look

2       very severe and striking, that they're not --

3       like, this is not, to me, (inaudible)

4       compactness.  And really that -- yeah,

5       (inaudible) problematic (inaudible).

6            Citizens being (inaudible) very recently

7       involved (inaudible).  I heard someone say

8       earlier explicitly that (inaudible).

9            I also (inaudible) something that was

10      stated earlier by Paige (inaudible).  You had

11      said that the courts said that as long as the

12      intent of the (inaudible) is nondiscriminatory,

13      that is it constitutional.  I just want to call

14      out, to me, that does not sound like, oh, as

15      long as you can't prove that they were trying

16      to gerrymander, that's, you know, fine.

17           To me, (inaudible), not doing the

18      necessary analysis to make sure that you are

19      properly representing your citizens, not

20      (inaudible).  Not doing the necessary analysis,

21      to me, is intentionally (inaudible).  If you're

22      not -- if you're not making sure that you're

23      avoiding discriminating, you are (inaudible).

24           So (inaudible) comments that I want to

25      make is that I think myself -- and I'm sure
```

1      many other people are (inaudible) with the way

2      that this is going.  So that (inaudible).

3            Thank you.

4            COUNCIL MEMBER PRIESTLY JACKSON:  Thank

5      you, neighbors, for sharing.

6            (Inaudible) that your comments are being

7      copiously taken down, and we will (inaudible)

8      on Monday, sharing them with the Rules

9      Committee, and pass them out to all of our

10     colleagues.  We will do it after every meeting.

11           The purpose of the public hearing is to

12     receive your input.  Pursuant to the Ordinance

13     Code, this is when the neighbors are in the

14     process.  Okay?  So I will share with you, we

15     will review what we hear today at the next

16     Rules Committee meeting and we will build upon

17     that with the subsequent public hearings before

18     the Rules Committee takes any actions on

19     anything that is before us.  That is where we

20     are right now pursuant to the Ordinance Code.

21           The next public hearing is next Thursday,

22     February 10, at First Coast High School.

23           And I want to state again, the Rules

24     Committee has decided to (inaudible), in

25     conjunction with our colleagues on the school

1    board, public hearings originally throughout

2    Jacksonville over four weeks instead of four in

3    one week, which I (inaudible).  Let me say that

4    one more time.

5         So we published the notices in advance,

6    and we encourage neighbors to come out, come

7    out, come out, and keep giving your points.

8    We're taking them down.  And when it is

9    appropriate for us to comment and share with --

10    that again -- which is at Rules Committee

11    meetings, not public hearings, we will do that.

12    So that remains our intent.

13         I thank you for what neighbors shared

14    today.

15         Council President, is there anything you

16    would like to share (inaudible)?

17         COUNCIL PRESIDENT NEWBY:  (Inaudible.)

18         COUNCIL MEMBER PRIESTLY JACKSON:  Meeting

19    is adjourned.

20         And the time is 6:00 to 7:30 so neighbors

21    can get out and make a meeting or more meetings

22    somewhere close to them, from 6:00 to 7:30.

23         Thank you so much, and I (inaudible) next

24    week at First Coast.

25         (The foregoing proceedings were adjourned

1      at 6:49 p.m.)

2                          - - -

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                    CERTIFICATE OF REPORTER

2

3    STATE OF FLORIDA)
                     )
4    COUNTY OF DUVAL )

5

6

7             I, Diane M. Tropia, Florida Professional

8    Reporter, certify that I was authorized to and did

9    transcribe the foregoing videotaped proceedings and that

10   the transcript is a true and complete record of my

11   stenographic notes.

12

13

14

15            DATED this 27th day of July 2022.

16

17

18   _____
                                 Diane M Tropia

19                    Diane M. Tropia
                Florida Professional Reporter
20

21

22

23

24

25
```