```
                  CITY OF JACKSONVILLE

                   RULES COMMITTEE

             REDISTRICTING - PUBLIC HEARING



         Videotaped proceedings held on Thursday,

   February 10, 2022, commencing at 6:00 p.m., at First

   Coast High School, 590 Duval Station Road, Jacksonville,

   Florida.



   COMMITTEE MEMBERS PRESENT:

       COUNCIL MEMBER BRENDA PRIESTLY JACKSON, Chair.
       COUNCIL MEMBER RANDY DeFOOR, Vice Chair.
       COUNCIL MEMBER AARON BOWMAN.
       COUNCIL MEMBER RORY DIAMOND.

   ALSO PRESENT:

       DARRYL WILLIE, Duval County School Board.
       KELLY COKER, Duval County School Board.
       CINDY PEARSON, Duval County School Board.
       BILL KILLINGSWORTH, Director, Planning Dept.
       PAIGE JOHNSTON, Office of General Counsel.
       SAM NEWBY, City Council President.

                          - - -
```

```
 1                    P R O C E E D I N G S
       February 10, 2022                6:00 p.m.
 2                         - - -
 3          COUNCIL MEMBER PRIESTLY JACKSON:  Okay.
 4     We're going to get started.
 5          I'd like to welcome everyone to the Rules
 6     Committee redistricting public hearing number
 7     three.  We thank you for joining us previously
 8     at Atlantic Coast High School as well as Ed
 9     White High School.
10          We will have our fourth and final, at this
11     time, planned redistricting public hearing at
12     William Marion Raines High School on next
13     Thursday, February the 17th, same time.
14          We will now have introductions for all of
15     those on the dais.
16          COUNCIL MEMBER BOWMAN:  Hi.
17          Aaron Bowman, District 3.
18          COUNCIL MEMBER DEFOOR:  Good evening.
19          I am Randy DeFoor, District 14.
20          COUNCIL MEMBER PRIESTLY JACKSON:  Good
21     evening.
22          Brenda Priestly Jackson, District 10.
23          COUNCIL PRESIDENT NEWBY:  Good evening.
24          Sam Newby, Group 5 at-large.
25          MR. WILLIE:  Darryl Willie, Duval Schools,
```

```
 1        District 4.
 2             MS. COKER:  Kelly Coker, Duval County
 3        School Board, District 1.
 4             MS. JOHNSTON:  Paige Johnston, Office of
 5        General Counsel.
 6             MR. KILLINGSWORTH:  Bill Killingsworth,
 7        Planning Department.
 8             COUNCIL MEMBER PRIESTLY JACKSON:  Thank
 9        you so much.
10             At this time, I would like to share that
11        pursuant to School Board Policy 9.40, Section
12        2, "Political advertising or political
13        campaigning is unlawful and prohibited on Duval
14        County School Board policy" -- "property."  We
15        appreciate your adherence to this policy.
16             We will proceed in the same manner that we
17        have at the prior two public hearings.  We will
18        have a legal framework for redistricting by
19        Paige Johnston, Chief of Legislative Affairs,
20        Office of General Counsel, followed by the
21        school board redistricting perspectives from
22        the chairperson of the school board chair,
23        Mr. Darryl Willie.  And then the development of
24        the redistricting proposals by Bill
25        Killingsworth, Director of Planning and
```

```
 1        Development and expert consultant for

 2        redistricting, followed by all of you.

 3             Ms. Johnston.

 4             MS. JOHNSTON:  Hi, everyone.

 5             I did want to give just a preliminary

 6        framework for everyone and explain how the

 7        federal, state, and (inaudible) redistricting

 8        process at the local level can proceed.  The

 9        maps are going to be presented tonight.

10             So with any political framework, we, of

11        course, start with constitutional requirements.

12        These are federal requirements.  And under the

13        14th Amendment of the Constitution, one person

14        is one vote.  That's the principle that we seek

15        that is of paramount importance when we were

16        starting this process.

17             So what that means is we're taking the

18        total population and ensuring that the

19        districts (inaudible), that every person has an

20        equal voice and an equal say in the process.

21        So when we get the figures from the census --

22        and Bill is going to go into a little more

23        detail on the breakdown of the numbers and how

24        (inaudible) do it.

25             But essentially, we received census
```

```
1        numbers that provided that the population of
2        Duval County is almost one million.  It's a
3        little over 900,000.  So we take that number as
4        a starting point, that's our total population,
5        and from there we go into (inaudible) of how
6        many -- within the 14 districts that are the
7        districts that represent the 14 districts -- we
8        also look at at-large as well.
9            But we start with that 14-district number
10       and we determine essentially how many people
11       per population would equal out in each
12       district.  Of course, we can't do that
13       precisely, and so what we do is we have
14       somewhat of a range that each district will
15       need to maintain in order to keep that
16       population as reasonably close in number as
17       another district.
18           And so we look and create in that range
19       what's called a "standard deviation."  And so
20       the courts have typically noted in court cases
21       that discuss redistricting at multiple levels
22       that as long as your standard deviation between
23       your smallest district in population to your
24       largest district in population is 10 percent or
25       less, that would be deemed to be as nearly
```

```
1        equal as possible.
2             So what you'll see on some of the
3        districts is that the numbers will vary.  The
4        kind of average number, I think, was starting
5        somewhere around 70,000.  And so you will see
6        some that are under 70,000, and you will see
7        some that are above 70,000.
8             And the reason that that is the case is
9        that population isn't broken out very clearly
10       within an -- you know, equally divided within
11       the district.  So what we have to do is we have
12       to look at the districts -- we have to look at
13       what was deemed to be district boundaries to
14       determine, based on the new census data, where
15       we need to shift those numbers, where
16       (inaudible) if a district had grown or if a
17       district has shrunk.  And then that has a
18       literal effect on the other districts.
19            So first we start with the numbers.  And
20       that's pursuant to the Equal Protection Clause
21       which we (inaudible).
22            We also have to look at complying with the
23       City's Charter and the Ordinance Code.  And the
24       Charter is like our city constitution.  It
25       governs how the government operates, the
```

1    consolidated government.  And then within that

2    there's a -- there is also a document called

3    the Ordinance Code that also establishes

4    procedures for certain things.

5         So you can look at the Charter and the

6    Ordinance Code on the redistricting process,

7    and Section 18.101 provides that in addition

8    to -- well, that the districts are as equal as

9    possible, that they're logical and compact, and

10   with a geographical pattern to achieve that all

11   the laws of the state, federal, and local

12   government are complied with.  And then they

13   also go on to say that there's additional

14   considerations taken into account, which is

15   compactness and contiguousness, so that the

16   city's varied economic, social and ethnic

17   interests are protected.

18        So taking those two requirements -- so the

19   Constitution and then the Charter and the

20   Ordinance Code requirements, that is how we

21   start with the process itself.

22        There's also other considerations that

23   legislative bodies might use to make

24   considerations when they're drawing maps at the

25   Congressional level and also at the local

1   level.  Some of those things that have been

2   enumerated are to respect natural and political

3   boundaries.  So natural boundaries may be

4   rivers.  It may be something geographic, like a

5   bridge that divides a certain area and creates

6   two different (inaudible).

7         Another aspect is "communities of

8   interest."  You may have heard that term used a

9   lot.  And communities of interest can be a

10  broad range of things.  They are not

11  particularly defined in (inaudible) case, but

12  they are explained in multiple cases, which

13  would include to preserve communities of

14  interest that include ethnic, cultural,

15  socioeconomic, geographic, economic, and

16  demographic factors.  And it includes honoring

17  traditional neighborhoods and local communities

18  of interest.

19        So another aspect is to consider the

20  existing district boundaries and to preserve

21  those boundaries so long as you still adhere to

22  the requirements for the population of one

23  person, one vote, and all of these

24  considerations that I've gone over have been

25  ratified in the courts consistently in the

1     past.

2           One thing that you may be familiar with

3     hearing about is the term "gerrymandering."

4     You may not know exactly what it means or you

5     might have a basic understanding, but

6     essentially it's saying that you can't

7     manipulate the map or a district to favor one

8     party over another.  A lot of times, it's used

9     in a (inaudible) context; sometimes it's used

10    in a political party affiliation context.

11          You certainly are not able to gerrymander

12    based on race.  That would be a violation of

13    the 14th Amendment.  However, courts have

14    declined to determine whether political

15    gerrymandering is constitutional.  Some of you

16    may be familiar with it at the state level.

17    There's a Fair Districts amendment that was

18    passed several years ago.  That applies to

19    state.  It doesn't apply to federal; it doesn't

20    apply to local government.

21          So although there is a limitation on

22    political gerrymandering at the state level,

23    it's not applicable at our level.

24          Another term -- two terms you may hear

25    often are "packing" and "cracking."  And I just

1      want to explain generally what those are as

2      well.  And so, again, that goes back to trying

3      to dilute the strength of a particular group.

4      Many times there's been a discussion of racial

5      groups, trying to dilute their voting ability.

6           So "packing" is a procedure where

7      districts would be drawn so that the total

8      population of a particular minority group is

9      very high so that if they're only just voting

10     in that one district or they're voting in a few

11     other districts but they're not a majority in

12     the other districts, then they're not able to

13     attain the additional seats.  They may obtain

14     the seat in which they're packing the maps, but

15     not in the other districts.

16           Then "cracking" is the opposite.  It has a

17     similar effect because if you crack the

18     populations, then you're kind of spreading them

19     out among other groups so that they are not

20     maintaining -- so that one minority has the

21     higher population to be able to be voted into

22     office.

23           So both of those types of procedures have

24     been deemed unconstitutional.

25           One other thing to keep in mind, you may

1    hear people referring to Section 2 of the

2    Voting Rights Act, and that's an additional

3    layer.  It's a law that was passed by Congress

4    that basically says you can't make race a

5    primary -- or sorry, the 14th Amendment says

6    you can't make race a primary factor.

7        However, the Voting Rights Act says in

8    some circumstances it can be a factor, that you

9    draw the districts with race in mind, based off

10   of (inaudible) challenges of certain groups or

11   other limitations, that the government has

12   basically, again, diluted the strength of a

13   voting group.  And so in some cases, they will

14   say that the Voting Rights Act is present and

15   needs to be accounted for in racial decisions.

16       So what's happened so far in this process

17   is that the Special Committee on Redistricting

18   was formed by the Council president last fall.

19   Again, this is pursuant to Chapter 18 of the

20   Ordinance Code.  They met, they discussed the

21   information that came from the census, which,

22   again, Bill will go over for you in more

23   detail.

24       They went through those items and prepared

25   a recommendation with district maps, at-large

```
 1         maps, and also school board maps.  And so once
 2         they gave that recommendation, it then goes to
 3         the Rules Committee, which members of the Rules
 4         Committee are here sitting for you today,
 5         (inaudible), and the Council president also.
 6              And the next step in the process is to
 7         obtain public input from the public at at least
 8         three public meetings scheduled throughout the
 9         city, different locations, all advertised, so
10         that people can participate in the process.
11              And so right now, this is your opportunity
12         to give your input, to ask questions, to just
13         learn more about the process.  Then after these
14         public hearings are concluded, there will also
15         be opportunity for you, if you're interested,
16         in attending the Rules Committee meetings where
17         they actually will discuss the finalization of
18         the maps.  And then there will be additional
19         Council meetings in between those dates that
20         you can speak during public comment.
21              And so the process is somewhat midway
22         completed, but per the Code, this is your
23         opportunity, and there are other available
24         points in time where you can also participate.
25              So that is kind of my overview, and I will
```

```
1    turn it over to Bill.
2         COUNCIL MEMBER PRIESTLY JACKSON:  Quickly,
3    I want to thank our fellow Rules Committee
4    member, Rory Diamond, who has joined us -- and
5    George, his dog.  Thank you for joining us.
6         We will now go to Chair Willie.
7         MR. WILLIE:  Thank you so much.
8         It's always great to be in one of our
9    amazing schools.  And I'll just pause and say
10   thank you to the principal of this school,
11   Principal (inaudible) is back there.  Can you
12   wave your hand?  That's our principal.  Give it
13   up for (inaudible).  (Inaudible) to see him,
14   and to be here as well.
15        It's always great to have these kind of
16   dialogues and conversations while we are in a
17   school setting.  I mean, why not have this
18   (inaudible) dialogue while we're here?
19        So we are thrilled about this opportunity
20   to be here as school board members.  Myself and
21   Dr. Kelly Coker, we had an opportunity to sit,
22   but as a full board.  The whole school board,
23   we're also excited to dive into this process.
24        One of our other school board members is
25   here as well.  Cindy Pearson, if you can stand
```

```
 1      up and wave for us.
 2           This is our school board member, Cindy
 3      Pearson.  You have to clap for her, too.  You
 4      can clap for her, too.
 5           So really quickly, this is our school
 6      board perspective.  I want to just thank
 7      Councilwoman Brenda Priestly Jackson, President
 8      Newby for this opportunity to sit and be at the
 9      table because that hasn't always been the case
10      with the school board.  Oftentimes, we get this
11      after it's already done and they say, "What do
12      you think?"
13           Well, the late Tommy Hazouri, when he was
14      president of the Council, said, hey, I want to
15      get the school board involved early on in the
16      process so you all can be a part of it.  So he
17      and Warren Jones, who was the president at that
18      point from our standpoint, got together and
19      said, yeah, let's make that happen.  And it's
20      been a great process that the president and
21      others have just welcomed us in.
22           We are -- as a school board, we sat as
23      nonvoting members of the Special Committee on
24      Redistricting.  And what we were able to do is,
25      number one, listen, but also offer insight on
```

```
 1        the schools and how the schools would be

 2        affected by the different boundary changes.

 3        And it was amazing to be in the setting, to be

 4        involved in the conversation.  We were

 5        welcomed, once again, with open arms.  We feel

 6        like we were able to really add a great deal of

 7        insight to the process.  We were really

 8        thankful for that.

 9             Why we're involved in it is because each

10        of the school board members, we serve -- we

11        actually have two City Council districts that

12        comprise our school board districts.  So me, as

13        District 4, I have City Council 7 and 8 inside

14        of my district.  So if those boundaries change,

15        my district changes as well.

16             So we were -- we have a vested interest

17        in -- and not only because of the lines and

18        making sure the schools are balanced within the

19        areas, but also because, if these boundaries --

20        if these districts change, it actually changes

21        some of our school districts and school

22        boundaries, too.

23             So we, as a school board, were excited

24        about being in the process.  We think that the

25        process is -- has been one that we are happy to
```

```
 1        be involved in, glad that we can open up our
 2        schools so different communities around our
 3        city can actually offer and give their feedback
 4        to the process.  And we're going to be here for
 5        the rest of it, and we want to say thank you.
 6        And we hope that this continues as we move
 7        forward.
 8            Thank you.
 9            COUNCIL MEMBER PRIESTLY JACKSON:  Thank
10        you, Chairman Willie.
11            We are now going to have our redistricting
12        proposals and development by Bill
13        Killingsworth, Director of the Planning and
14        Development Department and expert consultant
15        for redistricting.
16            And before he starts, just sharing with
17        everyone, we accept -- please fill out a blue
18        speaker's card.  You will be given three
19        minutes when we start public comments, and we
20        will be accepting those cards until 6:30 is
21        what we (inaudible).
22            MR. KILLINGSWORTH:  Good evening,
23        everybody.
24            My name is Bill Killingsworth, and I'm the
25        director of the Planning and Development
```

1    Department.  And City Council chose to utilize

2    me to help them put together the redistricting

3    maps this go-around.

4        So the way the process worked was all the

5    map changes were discussed in -- either in the

6    redistricting meeting subcommittee of the

7    Council itself or in the member-to-member

8    meetings.  Most of the member-to-member

9    meetings were those members south and east of

10   the river and those members north and west of

11   the river.

12       So there is no redistricting committee

13   (inaudible) aside from the criteria that's

14   within the ordinance.  The guidance that was

15   provided to me was to minimize crossing the

16   river to the extent possible; minimize making

17   changes to the existing boundaries to the

18   extent possible; and to the extent possible,

19   not take an incumbent outside of the district.

20       So in our first proposal, using that

21   criteria, there was a member-to-member meeting

22   where members from the southeast -- and we had

23   put together a proposal in which District 2,

24   which currently crosses the river and has

25   Arlington and then part of the northeast part

```
 1        of the county, north of the river, has that
 2        district.  We (inaudible) that district all the
 3        way south and east of the river.  When that
 4        member-to-member group looked at that and
 5        looked at how it was structured with the
 6        existing districts, they asked that the -- to
 7        convene a new meeting of the redistricting
 8        meeting.
 9             And at that meeting, we -- they clarified
10        that they didn't want minimizing to cross the
11        river to supersede minimizing changes to the
12        existing districts.  So they still wanted to
13        minimize crossing the river, but not
14        (inaudible) creating huge impacts to the
15        existing districts.
16             So then through a number of -- I'll go
17        through the order of the member-to-member
18        meetings.  But most of the work actually took
19        place in the member-to-member meetings and then
20        were brought up towards the redistricting
21        meeting.  And then the Redistricting Committee
22        proposed these maps and this committee
23        legislation which is now at Rules.
24             So there were three districts that had to
25        change.  District 13, which is the Beaches, had
```

```
1      to grow.  District 1, which is the southeast
2      corner of the county, had to shrink, had to
3      shrink substantially, by about 20,000 people.
4      And District 8 had to grow.
5          And so we got to that -- when the data
6      became available, we downloaded that from the
7      census.  And so we utilized that methodology
8      and what the census said on the (inaudible) to
9      access the database.  And the methodology and
10     the links to that data is on the City's
11     redistricting page.
12         Additionally, at the end of the process,
13     there was an ask by one of the committee
14     members to get -- to put together the before
15     and after on party affiliation.  So that data,
16     it's on the Redistricting page.  And then the
17     data on the 2020 census, before and after
18     redistricting, is also on that page.
19         So in the process, District 13 had always
20     crossed the Intracoastal and had picked up a
21     little bit of Isle of Palms.  So that added the
22     population that we needed to get them to
23     71,000.  We basically picked up some more of
24     Isle of Palms and a little bit more west of
25     San Pablo.
```

```
 1          District 11 had the biggest change of all
 2     of the districts.  It had to lose 20,000
 3     people.  So it lost -- gave up, rather,
 4     sections to District 3, gave up some to
 5     District 6.  And giving up to District 6,
 6     which they basically had to do because of the
 7     (inaudible) population line, created a
 8     (inaudible).
 9          We had to -- District 6 went above the
10     71,000 (inaudible) with that 10 percent rule
11     that we were talking about.  So we took the new
12     population on the north side of District 6, and
13     when you look at the Council district maps, you
14     will see it, and we gave it to District 5 to
15     balance that out.
16          District 4 ended up giving -- taking some
17     from District 3 and giving some to District 3.
18     That area of the Town Center, that's largely
19     apartments.  The district councilperson for
20     District 4 felt that those apartments were
21     largely populated by young professionals and
22     that community of interest was more closely
23     associated with UNF, which is basically across
24     the street from them.  And so we suggested that
25     that should be moved into District 3 and
```

```
1          (inaudible) agreed to.
2                District 1 did not change at all.
3                District 2 took a little bit of District 4
4          to balance out (inaudible).  And as a result,
5          we also had to -- as we -- as I drew kind of
6          chalk lines around the city, District 7, they
7          did have varied populations in District 8.
8          That's (inaudible) got its population from.
9          But it, then, had to pick up a little
10         population from District 2, which is why
11         District 2 had to pick up from 4.
12               And then 9 and 10.  District 9 did not
13         change at all; District 10 changed just a
14         little bit.  There was a neighborhood in which
15         the neighborhood was in 12 -- part of it was in
16         12, part of it was in 10.  It wasn't very many
17         households, so we put them all in 10.
18               And in District 12, the community of the
19         Argyles, which was represented by, I believe,
20         12 and 14 and 10.  And District 12, it was
21         thought that it would be more appropriate to
22         (inaudible) from 14.  And in a member-to-member
23         (inaudible).  And that represented all of the
24         changes.
25               So in the end, I went back to the
```

```
1      Redistricting Committee.  They looked at the
2      maps and they accepted it and then directed OGC
3      to draft legislation.  And then that
4      legislation is what's before Rules, which has
5      triggered these four public hearings.
6            COUNCIL MEMBER PRIESTLY JACKSON:  Thank
7      you, Mr. Killingsworth, for that.
8            We are now poised to begin the public
9      hearing portion of our meeting.  And I will --
10     I will also share that our final meeting that's
11     planned at this time at William Marion Raines
12     High School next Thursday, we will then give a
13     report out of the questions that we've heard or
14     issues raised at the three prior hearings.  And
15     so there will be a point in time for that.
16           We are required by the Ordinance Code to
17     conduct three public hearings.  We actually are
18     having four.  So I hope it's at the fourth and
19     final one -- it will give us an opportunity to
20     more specifically address the concerns and
21     issues that are being raised (inaudible) and
22     end it in sharing some of those thoughts before
23     we (inaudible).
24           So with that, we will start our public
25     hearing.  And our first speaker is Janie Jones.
```

```
 1              (Audience member approaches the podium.)

 2              AUDIENCE MEMBER:  Good evening.

 3              My name is Janie Jones.  I live at 3806 --

 4              COUNCIL MEMBER PRIESTLY JACKSON:  Ma'am,

 5      give them one -- we have a problem with the

 6      microphone.

 7              MS. JONES:  Can you hear me now?

 8              COUNCIL MEMBER PRIESTLY JACKSON:  Can you

 9      (inaudible)?

10              MS. JONES:  Thank you.

11              My name is Janie Jones.  I live at 3806

12      Hammock Bluff Drive, 32226, which is in

13      District 2.

14              Thank you for the opportunity to provide

15      citizen input this evening.

16              My concern is changing the boundaries of

17      District 2, specifically the section in between

18      Yellow Bluff Road, Main Street South, to Pecan

19      Park Road.  This area has been reassigned to

20      District 7, which raises two concerns for me:

21      one, of packing districts, and, two, splitting

22      neighborhoods with shared interests.

23              The neighborhood in question is Yellow

24      Bluff Landing, which is -- which has been

25      developed and built since 2010.  This area is
```

```
 1        currently in District 2, but has been redrawn

 2        into District 7.  I was able to determine that

 3        this neighborhood is racially mixed, but

 4        predominantly black.  District 7 is already

 5        61 percent black, which is a high-enough

 6        percentage to give black candidates an

 7        advantage in an election.  Reassigning this

 8        section from District 2 to District 7 is

 9        packing District 7 beyond what is necessary to

10        elect a black candidate.

11             My additional concern is that the

12        interests and concerns of this section of

13        Yellow Bluff will be lost among the interests

14        of District 7.  This section is part of the

15        Yellow Bluff Road corridor, which is east of

16        I-95, while the bulk of District 7 lies west of

17        I-95 and includes the airport and downtown.

18             District 7 does not share the same

19        interests and concerns as the Yellow Bluff

20        section.  District 7's main concerns are

21        creating jobs and encouraging economic growth,

22        while in contrast, the Yellow Bluff corridor is

23        undergoing an explosion of growth which brings

24        benefits and challenges to existing

25        neighborhoods.
```

```
1              Yellow Bluff is part of the new Northside,

2       east of I-95, which is growing and changing

3       rapidly.  The interests and concerns of the

4       Yellow Bluff community are tied to that Yellow

5       Bluff corridor.  It should be left intact where

6       its interests lie.  This would comply with

7       redistricting requirements to create compact,

8       contiguous districts and districts which

9       reflect communities of shared interests.

10         I urge you to restore this Yellow Bluff

11      section to District 2 where it belongs.

12         Thank you.

13         COUNCIL MEMBER PRIESTLY JACKSON:  Thank

14      you.

15         Our next public speaker is Mike Ludwick,

16      followed by Daniel Henry.

17         (Audience member approaches the podium.)

18         AUDIENCE MEMBER:  Good evening.

19         My name is Mike Ludwick.  I support the

20      (inaudible) of the Northside Coalition of

21      Jacksonville, that these gerrymandered

22      districts for the redistricting plan to the

23      Council be scrapped.  Bring in an independent

24      consultant to create a plan that (inaudible)

25      U.S. Constitution.
```

1          An article from "The Tributary" on

2     January 11th of this year lays out the problems

3     with the current plan.  That article states,

4     quote, intentionally packing in black voters

5     beyond what is necessary to (inaudible)

6     districts hurts those voters' ability to have a

7     say in city politics, but doing so could create

8     safer seats for the incumbents (inaudible).

9          It was appalling to watch City Council

10    members discuss the current plans that would --

11    to protect their own seats rather than

12    adequately represent the people.  Members have

13    to air conflicts of interest to the politicians

14    who were attending (inaudible) voters rather

15    than the other way around.

16         I would strongly encourage the public to

17    make their voices heard and contact City

18    Council members in support of the demand of the

19    Northside Coalition to end this (inaudible).

20    Unpack black voters.  Please contact City

21    Council Northside Coalition to (inaudible) this

22    one.  (Inaudible) and unpack black voters.

23         The easiest way to contact City Council --

24    Northside Coalition has a letter-writing

25    campaign, and you can follow us on Facebook

```
1        (audio malfunction), and you can sign on to the

2        letter-writing campaign there.

3             Thank you for your time.

4             COUNCIL MEMBER PRIESTLY JACKSON:  Thank

5        you.

6             Daniel Henry, followed by Rosemary McCoy.

7             (Audience member approaches the podium.)

8             AUDIENCE MEMBER:  Good evening.

9             (Inaudible), so I'll be more precise this

10       time.

11            I really want to focus on the functional

12       analysis question.  And the main reason why I

13       bring this up again is now that the Florida

14       House of Representatives has adopted their

15       versions of our -- their maps, I was watching

16       those intently, particularly the redistricting

17       (inaudible).

18            (Inaudible), I'm not saying that they have

19       the highest (inaudible), but (inaudible) of

20       their staff did functional analysis for each

21       one of their protected districts to (inaudible)

22       and determine what percentage was needed,

23       whatever, for them to elect a candidate that

24       would represent the (inaudible) now.

25            The reason why I bring this up is if the
```

1    Florida House and the Florida Senate can do a

2    functional analysis to determine what

3    percentage is necessary in order for them to

4    elect a candidate of their interest in those

5    (inaudible) districts, why can't City Council

6    do the same?  That's a question that I'll be

7    asking directly -- indirectly into the types of

8    ways that -- it seems like it never gets

9    answered, even though (inaudible).  I'm asking

10   the questions so that those questions can get

11   answered (inaudible).  Several have been

12   answered; this particular one hasn't.

13        So I'm just curious why City Council

14   (inaudible) standard and our state legislature

15   (inaudible) that in the maps (inaudible).

16        Thank you.

17        COUNCIL MEMBER PRIESTLY JACKSON:  Rosemary

18   McCoy, followed by Eric Parker.

19        (Audience member approaches the podium.)

20        AUDIENCE MEMBER:  Hello, everyone.  Good

21   evening.

22        My name is Rosemary McCoy, and I am a

23   District 10 resident.  I am also president and

24   cofounder of Harriet Tubman Freedom Fighters,

25   and vice president of the ACLU Northeast

```
 1        Florida Chapter.  I speak today on behalf of
 2        both those organizations as well as the
 3        Northside Coalition and the Jacksonville NAACP.
 4             Together, our four organizations are
 5        committed to improving civic engagement,
 6        defending civic liberties, and furthering
 7        social, racial, and educational and economic
 8        equality in our communities.
 9             Our four organizations jointly sent a
10        letter to the Rules Committee and all City
11        Council members earlier today by email.  Our
12        letter attached a detailed report by Dr. Hannah
13        Walker, Assistant Professor of Government at
14        the University of Texas at Austin.  We engaged
15        Dr. Walker because of concerns for our members
16        and other Jacksonville residents about the
17        proposed City Council and school board district
18        (inaudible).
19             We are worried that the City has never
20        conducted a functional analysis of how to
21        ensure that the proposed plan complies with
22        Section 2 of the Voting Rights Act, while also
23        not engaging in rather -- racial
24        gerrymandering, in violation of the United
25        States Constitution.  It will cost the
```

```
 1         taxpayers dollars.
 2              Dr. Walker's report examines 14 citywide
 3         elections between 2014 and 2020 to measure the
 4         level of any racial polarized voting between
 5         black and white voters in our election.
 6         Dr. Walker concludes that those 14 elections
 7         revealed consistent patterns of racially
 8         polarized voting in Jacksonville.
 9              Dr. Walker's report also analyzed the
10         level of black citizens voting-age population
11         that must be used.  She finds that the -- it
12         could range from 19 to 60 percent; the average
13         is 41 percent.
14              Our letter offers the City access to
15         Dr. Walker's data and code, and we ask the City
16         to analyze and redraw the proposed districts to
17         ensure that black voters are properly and
18         lawfully represented in the final plans.
19              In the last two public hearings, numerous
20         residents exposed concerns about what appears
21         to be intentional or necessary packing of black
22         voters into proposed Council Districts 7, 8, 9,
23         and 10, and School Board District 4 and 5.
24         With the findings in the report we submitted,
25         the committee has an opportunity to listen to
```

```
 1        the people of Jacksonville.

 2             Thank you.

 3             COUNCIL MEMBER PRIESTLY JACKSON:  Thank

 4        you.

 5             Eric Parker, followed by Lanelle Phillmon.

 6             (Audience member approaches the podium.)

 7             AUDIENCE MEMBER:  Good evening.

 8             Eric Parker.  I live in District 2.

 9             Currently, the border for District 2 is

10        just across the street over there, New Berlin.

11        And, in my opinion, the people east and west of

12        New Berlin have more in common than the people

13        north and south of the St. Johns River.

14             Also, I feel like the people currently in

15        District 2 have more in common with all of the

16        people east of 17 as opposed to north and south

17        of the St. Johns River.

18             Also, I would imagine if you needed to add

19        some people to District 2, I would bet the

20        people of Oceanway have more in common with the

21        people of Pecan Park and the people in

22        District 2, more than they do the people north

23        and south of the St. Johns River.

24             Thank you.

25             COUNCIL MEMBER PRIESTLY JACKSON:  Lanelle
```

1      Phillmon, followed by Alexander Watkins.

2           (Audience member approaches the podium.)

3           AUDIENCE MEMBER:  Good evening, Council

4      and school board members.  Thank you for this

5      event, for this opportunity to speak to you

6      this evening.

7           I'm Lanelle Phillmon, president of the

8      League of Women Voters Jacksonville First

9      Coast, and I'm a resident of District 6.

10          The League of Women Voters is a

11     nonpartisan political organization that neither

12     endorses nor opposes political parties or

13     candidates.  But we do take positions on

14     issues.  The League encourages an informed and

15     active participation in government through its

16     functions, education of the public, because we

17     believe the basis of good government is an

18     educated electorate and advocating positions on

19     policy issues after careful study and consensus

20     by our members.

21          I'm here tonight to register concerns

22     about the lack of access by the general public

23     regarding redistricting.  In a time of

24     technology, there seemed to be very little use

25     of the technology to engage or educate our

```
1      residents.  The public meetings held by the
2      Special Committee were held during working
3      hours when many residents were not able to
4      attend, and the timeliness of announcements and
5      cancellation of meetings caused some attendees
6      who were participating to lose time off from
7      work when it was cancelled.
8           While residents were able to view meetings
9      online during or after the meetings, there was
10     no opportunity to provide public comment, as
11     virtual interactions are no longer allowed
12     during this (inaudible) time of COVID.
13          Now that there is a (inaudible) to these
14     proposed maps, it will allow the public to
15     participate.  And they've scheduled all four
16     meetings out in the community and after hours,
17     which appears to have contributed to greater
18     attendance than those held during the day at
19     the City of Jacksonville.
20          There's also concern that there never
21     seemed to be an effort to take the 2020 Census
22     data and draw new maps as opposed to taking the
23     existing district lines and adjusting them to
24     mathematically accommodate the goals.  We're
25     not sure what led to this decision or what maps
```

```
 1       might have been produced by starting anew.

 2            In preparation for this evening's

 3       comments, I listened to reported interviews of

 4       past Jacksonville mayors and community leaders,

 5       regarding consolidation, and they repeatedly

 6       mentioned promises made, promises not kept.

 7       And a number of the topics that came up were

 8       infrastructure, sewage system and septic tanks,

 9       and law enforcement.  This seems to be the same

10       topics that our city wrestles with 60 years

11       later.

12            As we prepare for our city's 200th

13       anniversary and we have America publicly

14       support "Lift Every Voice and Sing" as a

15       national anthem, it's our hope that each of you

16       is listening to voices here at home regarding

17       the responsibility to ensure that each voter is

18       able to cast a vote that has equal value in

19       their district and that creates a Council that

20       requires elected representatives to address the

21       needs of all residents and not a chosen few.

22            If I stand in front of a ballot box at

23       (inaudible) to drop off your vote-by-mail

24       ballot or I tear your ballot into pieces before

25       you get it started into the DS200 machine, most
```

```
 1        folks will realize this is wrong.
 2            What most folks are not easily able to
 3        distinguish is when a resident's vote is often
 4        invalidated by manipulating their neighborhood,
 5        their voting precinct or their district by
 6        creating a situation where the person's vote is
 7        diluted or it's overpowered by map-drawing.
 8            We look forward to the influence that
 9        Jacksonville residents' comments have made or
10        will make on the future maps.
11            Thank you.
12        COUNCIL MEMBER PRIESTLY JACKSON:  Thank
13        you.
14            Alexander Watkins, followed by Sharmin
15        Smith.
16            (Audience member approaches the podium.)
17            AUDIENCE MEMBER:  Hello.  My name is
18        Alexander Watkins.  I'm here to address the
19        perception of racial packing, specifically in
20        Districts 7, 8, 9, and 10.
21            I hope that based on the comments that you
22        receive tonight that you understand, as my
23        (inaudible) says, that black voters matter, and
24        we do.  So packing us in a small area of the
25        city, limiting our raw majority, thus our
```

 1      representation, is not true democracy.

 2          So rather than stand here and challenge

 3      you tonight, I charge you leaders to take a

 4      serious consideration and look into this issue.

 5      The way things are perceived is the way they

 6      are understood.  And based on the understanding

 7      of the community, they have not been involved.

 8      That's a problem.  So the (inaudible) solution

 9      is transparency and communication.  This may be

10      achieved through an ad hoc committee.

11          I'm a young person with a political

12      science degree.  I would love to (inaudible),

13      and just like the school board, early on in the

14      process, to know that, one, we need an advocate

15      and a voice for the community (inaudible),

16      to give you my analysis, innovative ideas, and

17      strategies to get communications out to the

18      public so that we could increase civic

19      engagement.

20          But, two, to learn from you all and

21      understand the intricate (inaudible) process

22      that is to make decisions such as this that

23      affect the lives of people every day so that

24      one day I can lead, as you all did.

25          So I just hope that you view tonight and

1      that you listen to the concerns of the people.

2      We are bringing you the voices of the many,

3      although (inaudible).

4           Thank you.

5           COUNCIL MEMBER PRIESTLY JACKSON:  And our

6      final speaker for this evening is Sharmin

7      Smith.

8           Please correct me if I'm (inaudible).

9           (Audience member approaches the podium.)

10          AUDIENCE MEMBER:  Can you hear me?

11          My name is Sharmin Smith.  I live in

12     Jacksonville Beach, which is District 13.  My

13     (inaudible) politician lived in Jacksonville

14     since 1995.

15          When I first moved here, Jacksonville was

16     all abuzz because they incorporated all of the

17     small towns from Jacksonville in order to reach

18     the population requirement to receive an NFL

19     sports team.

20          What I see now, more than ever, is a city

21     full of progressive Southerners who are ready

22     to put their city on the map and put us in the

23     spotlight where we truly deserve to be, and are

24     wondering what it would take to truly explain

25     to our city what it will take to throw out all

1     of the gerrymandered districts and redraw our

2     city in a way that puts us on the front page of

3     the United Nations.

4          Our country right now has people more

5     involved in politics than they have ever been

6     in our lifetime, and we have an opportunity to

7     really put Jacksonville on the map and redraw

8     districts within the federal guidelines and in

9     the spirit of our city.  We have had a

10    reputation before as being the most segregated

11    city in our nation (inaudible).  People

12    (inaudible).

13         And most of the people in our community

14    are unaware of what it would take to truly get

15    rid of these gerrymandered districts.

16         So I ask you to explain it to the city and

17    ask the citizens if they are willing to do what

18    it takes to get a ballot amendment to truly

19    show Jacksonville as it is, make the districts

20    make sense.  I understand the elected officials

21    do not want to have another election and lose

22    their incumbency.  I respect that.  It's a hard

23    job.  But if there was ever a time to do it,

24    it's now, and I hope we undertake the challenge

25    because we're worth it.

```
1              Thank you.
2              COUNCIL MEMBER PRIESTLY JACKSON:  Thank
3       you, Ms. Smith.
4              We will have our next --
5              COUNCIL MEMBER DIAMOND:  (Inaudible) make
6       a comment?  Do you mind?
7              COUNCIL MEMBER PRIESTLY JACKSON:
8       (Inaudible.)
9              COUNCIL MEMBER DIAMOND:  (Inaudible.)
10             COUNCIL MEMBER PRIESTLY JACKSON:  Thank
11      you for coming to the public hearings.  We are
12      taking your comments seriously.  We debrief
13      every Monday as to the (inaudible), and I'll
14      share with you next week that those comments
15      that have come to us from the various meetings
16      will be addressed at the public hearing next
17      week, along with a brief historical perspective
18      on how some of the districts came to be.
19             One thing that has been apparent to me is
20      that there is a certain gap in knowledge of how
21      the 14 districts that currently have
22      (inaudible).  So we will have a brief
23      presentation of that as well, as well as a
24      report out of the questions that we have
25      received and those questions that we will
```

```
 1      address at the next meeting.

 2           I (inaudible) rest assured that

 3      (inaudible), we debrief every Monday.  We take

 4      each -- all the questions that are raised and

 5      issues brought at the meetings and we send

 6      those out to the members of the Rules

 7      Committee, as well as our colleagues on the

 8      City Council, for them to contemplate those

 9      issues.  It's been of significant importance

10      for those Council members who are not on the

11      Rules Committee, so they can understand the

12      concerns that have been raised.

13           It is my hope that we will address those

14      issues next week and receive additional public

15      comment and move on from there.

16           Mr. Council President, is there anything

17      you would like to share?

18           COUNCIL PRESIDENT NEWBY:  No.

19           COUNCIL MEMBER PRIESTLY JACKSON:  The

20      fourth public hearing will be held at William

21      Marion Raines High School on Thursday, February

22      the 17th, from 6 o'clock to 7:30 p.m.

23           I want to thank, once again, our

24      colleagues from the Duval County School Board

25      and Duval County Public Schools for being such
```

1    gracious hosts of the public meeting today.

2         Everybody have a good evening.

3         (The foregoing proceedings were adjourned

4    at 6:45 p.m.)

5                          -   -   -

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                   CERTIFICATE OF REPORTER

 2

 3   STATE OF FLORIDA)
                    )
 4   COUNTY OF DUVAL )

 5

 6

 7          I, Diane M. Tropia, Florida Professional

 8   Reporter, certify that I was authorized to and did

 9   transcribe the foregoing videotaped proceedings and that

10   the transcript is a true and complete record of my

11   stenographic notes.

12

13

14

15          DATED this 30th day of July 2022.

16

17

18   _____
                                        Diane M Tropia
19                  Diane M. Tropia
            Florida Professional Reporter
20

21

22

23

24

25
```