# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JACKSONVILLE BRANCH OF THE
NAACP; NORTHSIDE COALITION
OF JACKSONVILLE, INC.; ACLU OF
FLORIDA NORTHEAST CHAPTER;
FLORIDA RISING TOGETHER, INC.;
MARCELLA WASHINGTON;
INGRID MONTGOMERY; AYESHA
FRANKLIN; TIFFANIE ROBERTS;
ROSEMARY McCOY; SHELIA
SINGLETON; EUNICE BARNUM;
JANINE WILLIAMS; HARAKA
CARSWELL; and DENNIS BARNUM

    Plaintiffs,

Case No.: 3:22-cv-493-MMH-LLL

v.

CITY OF JACKSONVILLE and
MIKE HOGAN, in his official capacity
as Duval County Supervisor of Elections,

    Defendants.
_____/

## DECLARATION OF MICHAEL BOYLAN

1. My name is Michael Boylan and I submit this declaration pursuant to 28 U.S.C. §1746. I am over the age of 18 and fully competent to make this declaration.

2. I am a member of the Jacksonville City Council representing District 6. I was initially elected Councilmember by the constituents of District 6 in 2019.

3. I am a member of the Republican Party.

4. Prior to the 2022 redistricting process, District 6 consisted of the southwesternmost portion of Duval County south of the St. Johns River, commonly known as the Mandarin area. The primary change that occurred to District 6 in 2022 was to its northern and southern boundaries. A true and correct copy of the 2011 and 2022 boundaries of District 6 are attached hereto as Exhibit A.

5. According to the 2020 decennial census, District 6's total population was 71,346 people.

6. During the redistricting process, Bill Killingsworth, the Director of the Planning and Development Department for the City of Jacksonville and City consultant for the redistricting process, advised that in order to comply with the one person/one vote standard required by the United States Constitution, each of the 14 City Council Districts needed to have an approximate total population of 71,000.

7. Based on the 2020 census numbers, the boundaries of District 6 could have stayed essentially the same to meet the acceptable population deviation. However, the boundaries were going to be affected slightly due to the significant population growth in the neighboring District 11. These changed boundaries would also be affected by any changes to District 5, which also borders District 11.

8. Because there were going to have to be significant compromises with regard to the boundaries of Districts 5, 6, and 11, I was primarily concerned with maintaining the cohesiveness and continuity of District 6 in drawing the new boundaries.

9. As a result of the redistricting, District 6 gained 901 people, primarily along the southern border.

10. I never used the term "communities of interest" as a substitute solely for race, nor do I consider it to have such a narrow definition. Instead, I understand "communities of interest" to encompass numerous and various descriptors, including the criteria stated in the Ordinance Code – the varied economic, social and ethnic interests and objectives of the citizens of Jacksonville – as well as people with similar political affiliation, similar neighborhood characteristics (such as the tree-lined streets and historic areas of Mandarin), and unique infrastructure needs that are benefitted by continued representation.

11. I never had a goal during the redistricting process offsetting a specific race-based target number for the population of District 6 or any other City Council District.

12. Although race may have been acknowledged or discussed with regard to some Districts during the process, it was never a criterion or a priority in drawing the district lines.

13. I voted in favor of Ordinance 2022-01-E because I believed that the District lines contained therein comport with the law and met the goals of redistricting. These goals included keeping the cohesiveness and character of each district, not crossing the river unless absolutely necessary, and applying the redistricting principles consistently throughout the City while meeting the population deviation standards. I supported the work of the committee and believe in the process, particularly because there was ample opportunity for community engagement.

14. My vote in favor of Ordinance 2022-01-E and the District lines contained therein was not predominantly driven by race.

I declare and state under penalty of perjury, that the foregoing is true and correct.

Executed this 9th day of August, 2022, in Duval County, Florida.

MICHAEL BOYLAN

# EXHIBIT A

# CITY COUNCIL DISTRICT 6

NORTH

JPDD GIS

0  1,250  2,500   5,000   7,500   10,000
Feet

- EXISTING CD BOUNDARIES
- CITY COUNCIL DISTRICT 6

Developed by Howard Seltzer hseltzer@coj.net
2020 Districts based on 2020 US Census data
July 27, 2022
Content intended for illustrative purposes only