## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

JACKSONVILLE BRANCH OF THE
NAACP; NORTHSIDE COALITION
OF JACKSONVILLE, INC.; ACLU OF
FLORIDA NORTHEAST CHAPTER;
FLORIDA RISING TOGETHER, INC.;
MARCELLA WASHINGTON;
INGRID MONTGOMERY; AYESHA
FRANKLIN; TIFFANIE ROBERTS;
ROSEMARY McCOY; SHELIA
SINGLETON; EUNICE BARNUM;
JANINE WILLIAMS; HARAKA
CARSWELL; and DENNIS BARNUM

      Plaintiffs,                Case No.:  3:22-cv-493-MMH-LLL

v.

CITY OF JACKSONVILLE and
MIKE HOGAN, in his official capacity
as Duval County Supervisor of Elections,

      Defendants.

_____/

## DECLARATION OF MATTHEW F. CARLUCCI

1.      My name is Matthew F. Carlucci and I submit this declaration pursuant to 28 U.S.C. §1746.   I am over the age of 18 and fully competent to make this declaration.

2.      I am a member of the Jacksonville City Council representing At-Large Group 4. I was elected to this position in 2019, and previously served as the At-Large Councilmember for this group from 1987 to 1994. In addition, I was elected

to serve the voters of City Council District 5 from 1999 to 2003. I served as City Council President from 2001 to 2002.

3.      I am a member of the Republican Party who believes that party politics should not play a role in local government.

4.      I was the Chair of the Redistricting Committee in 2000-2001. I also participated in the redistricting process as a City Council member after the 1990 census. The lines drawn during the 2022 redistricting are vastly different from those drawn during those previous cycles.

5.      At no point during the current redistricting process did I aim to set a specific racial target population for any City Council District. I believe that the districts were drawn with the goal of making the districts safe for particular political parties.

6.      I voted in favor of Ordinance 2022-01-E because, having previously chaired a Redistricting Committee, I understood the complexities of the process. Over time, however, I have come to believe that lines drawn in that manner were driven by partisanship. I would have preferred district lines that more accurately reflect the population of Jacksonville as a whole. To me, this is even more true in light of recent political division as it pertains to various issues. Going forward, I believe future councils should aspire to draw district lines more politically diverse and less partisan, which would enhance total representation of the Consolidated

2

City of Jacksonville and hold Council members to greater accountability. In the meantime, it is my hope that we begin to change our culture of representation to reflect a nonpartisan approach and blaze a trail of more racial unity.

I declare and state under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of August, 2022, in Duval County, Florida.

MATTHEW F. CARLUCCI

3