## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

JACKSONVILLE BRANCH OF THE
NAACP; NORTHSIDE COALITION
OF JACKSONVILLE, INC.; ACLU OF
FLORIDA NORTHEAST CHAPTER;
FLORIDA RISING TOGETHER, INC.;
MARCELLA WASHINGTON;
INGRID MONTGOMERY; AYESHA
FRANKLIN; TIFFANIE ROBERTS;
ROSEMARY McCOY; SHELIA
SINGLETON; EUNICE BARNUM;
JANINE WILLIAMS; HARAKA
CARSWELL; and DENNIS BARNUM

      Plaintiffs,               Case No.:  3:22-cv-493-MMH-LLL

v.

CITY OF JACKSONVILLE and
MIKE HOGAN, in his official capacity
as Duval County Supervisor of Elections,

      Defendants.

_____/

## DECLARATION OF KEVIN CARRICO

1.      My name is Kevin Carrico and I submit this declaration pursuant to 28 U.S.C. §1746.   I am over the age of 18 and fully competent to make this declaration.

2.      I am a member of the Jacksonville City Council representing District 4. I was initially elected Councilmember by the constituents of District 4 in 2020 in a special election.

3.     I am a member of the Republican Party.

4.     Prior to the 2022 redistricting process, District 4 covered the area generally considered to be "old Southside" – the central part of that portion of the City south of the St. Johns River. The primary change that occurred to District 4 were to its eastern and southeastern borders.  A true and correct copy of the 2011 and 2022 boundaries of District 1 are attached hereto as Exhibit A.

5.     According to the 2020 decennial census, District 4's total population was 76,829 people.

6.     Mr. Killingsworth, the Director of the Planning and Development Department for the City of Jacksonville and City consultant for the redistricting process, advised that in order to comply with the one person/one vote standard required by the United States Constitution, each of the 14 City Council Districts needed to have an approximate total population of 71,000.

7.     According to the 2020 census numbers, it was my understanding that District 4 needed to lose population to meet the acceptable population deviation.

8.     Maintaining the character of the District was the most important factor leading to my advocacy for District 4's new boundaries. In particular, one of my goals was to remove the high-density Town Center area in favor of adding more areas with single-family homes. In addition, District 4 is one of the most

ethnically diverse Council Districts, and the boundary changes maintained that diversity.

9.     As a result of the redistricting, District 4's population decreased by 4,927 people.

10.     I understand "communities of interest" to describe areas that share common socioeconomic status and interests as well as similar residence styles and business types.

11.     I never used the term "communities of interest" as a euphemism solely for race, nor do I understand the term to be defined so narrowly.

12.     At no point during the redistricting process did I aim to set a specific racial target population for District 4 or any other City Council District.

13.     My understanding is that the racial balance of some Districts was discussed during the redistricting process out of a concern to neither pack nor dilute the votes of minority citizens. However, my understanding is that these concerns represented only some of many considerations that influenced the Council's redistricting decisions, and did not predominate over all others.

14.     I voted in favor of Ordinance 2022-01-E because I believed that the District lines contained therein comport are constitutional and because they maintained the character of District 4 and used the natural boundaries of that

district (such as creeks and roads). In addition, the new lines minimized river crossings.

15.     My vote in favor of Ordinance 2022-01-E and the District lines contained therein was not predominately driven by race.

I declare and state under penalty of perjury, that the foregoing is true and correct.

Executed this 9th day of August, 2022, in Duval County, Florida.

**KEVIN CARRICO**

4

# EXHIBIT A

# CITY COUNCIL DISTRICT 4

7

1

2

3

4

5

11

NORTH

JPDD
GIS

0   900  1,800        3,600        5,400        7,200
Feet

□ EXISTING CD BOUNDARIES

■ CITY COUNCIL DISTRICT 4

Developed by Howard Seltzer hseltzer@coj.net
2020 Districts based on 2020 US Census data
July 27, 2022
Content intended for illustrative purposes only