# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JACKSONVILLE BRANCH OF THE
NAACP; NORTHSIDE COALITION
OF JACKSONVILLE, INC.; ACLU OF
FLORIDA NORTHEAST CHAPTER;
FLORIDA RISING TOGETHER, INC.;
MARCELLA WASHINGTON;
INGRID MONTGOMERY; AYESHA
FRANKLIN; TIFFANIE ROBERTS;
ROSEMARY McCOY; SHELIA
SINGLETON; EUNICE BARNUM;
JANINE WILLIAMS; HARAKA
CARSWELL; and DENNIS BARNUM

    Plaintiffs,

Case No.: 3:22-cv-493-MMH-LLL

v.

CITY OF JACKSONVILLE and
MIKE HOGAN, in his official capacity
as Duval County Supervisor of Elections,

    Defendants.

_____/

## DECLARATION OF LEANNA CUMBER

1. My name is LeAnna Cumber and I submit this declaration pursuant to 28 U.S.C. §1746. I am over the age of 18 and fully competent to make this declaration.

2. I am a member of the Jacksonville City Council representing District 5. I was initially elected Councilmember by the constituents of District 5 in 2019.

3. I am a member of the Republican Party.

4. Prior to the 2022 redistricting process, District 5 consisted of the Southbank, San Marco, St. Nicholas, and San Jose areas, with Atlantic Boulevard, University Boulevard, Old Kings Road, Goodby's Creek and the St. Johns River as major boundaries. The primary change that occurred to District 5 was to its southern boundary, which expanded the District into Mandarin and added to District 5 parts of a neighborhood that had been bifurcated by the previous lines. A true and correct copy of the 2011 and 2022 boundaries of District 5 are attached hereto as Exhibit A.

5. According to the 2020 decennial census, District 5's total population was 68,055 people.

6. Mr. Killingsworth, the Director of the Planning and Development Department for the City of Jacksonville and City consultant for the redistricting process, advised that in order to comply with the one person/one vote standard required by the United States Constitution, each of the 14 City Council Districts needed to have an approximate total population of 71,000.

7. According to the 2020 census numbers, I understood that District 5 did not need to gain or lose any population to meet the acceptable population deviation. However, because of the population growth of District 11, it was likely that District 5's borders would be revised.

8. Minimizing the impacts on constituents was the most important factor leading to my advocacy for District 5's new boundaries. District 5 is one of the most diverse districts in the City, and I wanted to maintain that diversity.

9. As a result of the redistricting, District 5 gained 6,146 people, primarily along the southern border. The district maintained its character, and the added area was similar to those in the existing District 5. The changes restored a previously bifurcated neighborhood while maintaining the compactness of the District.

10. I understand "communities of interest" to encompass many criteria, including those stated in the Ordinance Code. These include common neighborhood types, similar socioeconomic backgrounds, and shared community concerns and histories.

11. I never used the term "communities of interest" as a euphemism solely for race, nor do I understand the term to be defined so narrowly.

12. At no point during the redistricting process did I aim to set a specific racial target population for District 5 or any other City Council District.

13. My understanding is that the racial balance of some Districts was discussed during the redistricting process out of a concern to neither pack nor dilute the votes of minority citizens. However, my understanding is that these

3

concerns represented only some of many considerations that influenced the Council's redistricting decisions, and did not predominate over all others.

14. I attended all but one of the committee meetings. I ultimately voted in favor of Ordinance 2022-01-E because I believed that the District boundaries drawn by the Committee were constitutional, satisfied the legal criteria, and represented the City's growth since the previous redistricting.

15. My vote in favor of Ordinance 2022-01-E and the District lines contained therein was not predominately driven by race.

I declare and state under penalty of perjury, that the foregoing is true and correct.

Executed this 9 day of August, 2022, in Duval County, Florida.

_____
**LEANNA CUMBER**

# EXHIBIT A

# CITY COUNCIL DISTRICT 5

9
7
1
4
5
11
14
6
MC COY CREEK BV
FOREST ST
I 95 XY S
I 10 XY W
STOCKTON ST
COLLEGE ST
POST ST
PARK ST
RIVERSIDE AV
KING ST
MYRTLE AV S
BAY ST W
WATER ST
BROAD ST
ACOSTA XY
MAIN ST BG
GATOR BOWL BV
HART XY
HART BG N
ARLINGTON XY
CESERY BV
UNIVERSITY BV
ARLINGTON RD N
ATLANTIC BV
PRUDENTIAL DR
RAMP RP
KINGS AV
SAN MARCO BV
ATLANTIC BV
SPRING PARK RD
ART MUSEUM DR
EMERSON XY
BARTRAM RD
UNIVERSITY BV S
GLYNLEA RD
ALTAMA RD
GROVE PARK BV
HART XY
BEACH BV
SPRING GLEN RD
HOGAN RD
EMERSON ST
KENNERLY RD
SPRING PARK RD
BARNES RD
DEAN RD
PARENTAL HOME RD
HENDRICKS AV
I 95 XY N
ST AUGUSTINE RD
UNIVERSITY BV W
BARNES RD S
TOUCHTON RD
BOWDEN RD
BELFORT RD
J TURNER BUTLER BV
TOLEDO RD
OLD KINGS RD S
POWERS AV
SAN JOSE BV
PHILLIPS XY
BAYMEADOWS RD
OLD KINGS RD S
BEAUCLERC RD
CRAVEN RD
SUNBEAM RD
SCOTT MILL RD
SHAD RD
HOOD RD S
BUCKMAN BG S
I 295 WEST BELTWAY XY S
HARTLEY RD
HOOD RD
OLD ST AUGUSTINE RD
NORTH
JPDD
GIS
0 875 1,750 3,500 5,250 7,000
Feet
Developed by Howard Seltzer hseltzer@coj.net
2020 Districts based on 2020 US Census data
July 27, 2022
Content intended for illustrative purposes only
EXISTING CD BOUNDARIES
CITY COUNCIL DISTRICT 5