# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JACKSONVILLE BRANCH OF THE
NAACP; NORTHSIDE COALITION
OF JACKSONVILLE, INC.; ACLU OF
FLORIDA NORTHEAST CHAPTER;
FLORIDA RISING TOGETHER. INC.;
MARCELLA WASHINGTON;
INGRID MONTGOMERY; AYESHA
FRANKLIN; TIFFANIE ROBERTS;
ROSEMARY McCOY; SHELIA
SINGLETON; EUNICE BARNUM;
JANINE WILLIAMS; HARAKA
CARSWELL; and DENNIS BARNUM

    Plaintiffs,

Case No.: 3:22-cv-493-MMH-LLL

v.

CITY OF JACKSONVILLE and
MIKE HOGAN, in his official capacity
as Duval County Supervisor of Elections.

    Defendants.
_____/

## DECLARATION OF RANDY DEFOOR

1. My name is Randy DeFoor and I submit this declaration pursuant to 28 U.S.C. §1746. I am over the age of 18 and fully competent to make this declaration.

2. I am a member of the Jacksonville City Council representing District 14. I was initially elected Councilmember by the constituents of District 14 in 2019. I am not running for re-election.

3. I am a member of the Republican Party.

4. Prior to the 2022 redistricting process, District 14 ran along the western boundary of the St. John's River and along the City's southern border. The primary change that occurred to District 14 was to its western boundary. A true and correct copy of the 2011 and 2022 boundaries of District 14 are attached hereto as Exhibit A.

5. According to the 2020 decennial census, District 14's total population was 67,398 people.

6. Mr. Killingsworth, the Director of the Planning and Development Department for the City of Jacksonville and City consultant for the redistricting process, advised that in order to comply with the one person/one vote standard required by the United States Constitution, each of the 14 City Council Districts needed to have an approximate total population of 71,000.

7. According to the 2020 census numbers, District 14 did not need to gain or lose any population to meet the acceptable population deviation.

8. Keeping the Argyle community in one district was the most important factor leading to my advocacy for District 14's new boundaries.

9. As a result of the redistricting, District 14 gained 2,747 people, primarily from combining portions of a community of interest within District 14's boundaries.

2

10. Through the 2022 redistricting process, District 14 gained a community of interest from District 12.

11. This area included what I considered a community of interest which fit within District 14, the Argyle community.

12. I understand "communities of interest" to encompass numerous and various descriptors, including the criteria stated in the Ordinance Code – the varied economic, social and ethnic interests and objectives of the citizens of Jacksonville – as well as people living in neighborhoods with similar styles. For instance, in District 14, the Riverside and Avondale areas are "communities of interest" with their residents who appreciate the historic character of the buildings and the tree-lined streets. Argyle is also a "community of interest" with its newer subdivisions and larger shopping and business districts. Each of these areas share common geography as well as similar socio-economic factors.

13. I never used the term "communities of interest" as a euphemism solely for race, nor do I understand the term to be defined so narrowly.

14. By transferring a portion of the Argyle area from District 12 to District 14, communities of interest were joined. This shift also reduced the number of City Council Districts that spread across the Argyle community.

15. I felt that several of the changes to the boundaries in the northwest section of Jacksonville were driven by political affiliation, and I expressed this sentiment several times at the redistricting meetings.

16. At the September 23 Council member public meeting with Districts 7, 8, 9, 12 and 14, I stated that Councilman Gaffney needed to cut to the chase and get the breakdown in terms of Republicans versus Democrats.

17. At the October 4, 2021 Council member public meeting with Districts 8 and 12, I made a proposal to shift part of Riverside to Councilman Gaffney because the voting was more in line with District 7 than 14.

18. I was referring to the political affiliation of the persons living in that area as support for why it may be more appropriate in District 7.

19. The Complaint filed by the Plaintiffs in this action alleges that District 14 has 9 split neighborhoods. This is because the redistricting process itself was based off of the 2020 census blocks, not specific neighborhoods.

20. The final borders of District 14 reflect my commitment to maintaining communities of interest.

21. At no point during the redistricting process did I aim to set a specific racial target population for District 14 or any other City Council District.

22. The racial balance of some Districts was discussed during the redistricting process out of a concern to neither pack nor dilute the votes of

4

minority citizens. However, my understanding is that these concerns represented only some of many considerations that influenced the Council's redistricting decisions, and did not predominate over all others.

23. The race of the constituents I gained was not the predominant factor in the redistricting of the boundaries of District 14.

24. I voted in favor of Ordinance 2022-01-E because I believed that the District lines contained therein are constitutional and protected communities of interest.

25. My vote in favor of Ordinance 2022-01-E and the District lines contained therein was not predominantly driven by race.

I declare and state under penalty of perjury, that the foregoing is true and correct.

Executed this 9th day of August, 2022, in Duval County, Florida.

_____
RANDY DEFOOR

# EXHIBIT A

# CITY COUNCIL DISTRICT 14

8
8
9
7
10
12
5
14
JONES RD
BULLS BAY HY
OLD PLANK RD
BEAVER ST W
CRYSTAL SPRINGS RD
HAMMOND BV
BLAIR RD
NORMANDY BV
103RD ST
SHINDLER DR
OLD MIDDLEBURG RD S
BRANAN FIELD RD
IMESON RD
PICKETTVILLE RD
I 295 WEST BELTWAY XY S
12TH ST W
5TH ST W
COMMONWEALTH AV
LANE AV N
ELLIS RD N
EDGEWOOD AV N
CAHOON RD N
I 10 XY W
RAMONA BV W
WESTGATE CR
LENOX AV
CAHOON RD
MEMORIAL PARK RD
HERLONG RD
HYDE GROVE AV
FOURAKER RD
OLD MIDDLEBURG RD N
RICKER RD
FIRESTONE RD
JAMMES RD
WILSON BV
HARLOW BV
BLANDING BV
WESCONNETT BV
MORSE AV
COLLINS RD
RAMPART RD
ARGYLE FOREST BV
YOUNGERMAN CR
KINGS RD N
KINGS RD
MARTIN LUTHER KING JR PY
CANAL ST N
MELSON AV
MC DUFF AV N
MC DUFF AV S
FITZGERALD ST
KING ST
ROOSEVELT XY
STOCKTON ST
I 95 XY S
COLLEGE ST
PARK ST
POST ST
RIVERSIDE AV
FOREST ST
MC COY CREEK BV
RAMONA BV
HAMILTON ST
EDGEWOOD AV S
CASSAT AV
LAKE SHORE BV
ST JOHNS AV
HERSCHEL ST
ROOSEVELT BV
SAN JUAN AV
LAKESIDE DR
GRAND AVE BG
ORTEGA BG
ORTEGA BV
TIMUQUANA RD
TIMUQUANA BG
ORTEGA FARMS BV
118TH ST
BUCKMAN BG S
MONCRIEF RD
MYRTLE AV N
I 95 XY N
WINONA DR
GOLFAIR BV
LIBERTY ST N
21ST ST E
PHOENIX AV
8TH ST W
8TH ST E
BOULEVARD
MAIN ST N
LIBERTY ST N
FLORIDA AV N
A PHILIP RANDOLPH BV
CHURCH ST W
BROAD ST N
PEARL ST N
STATE ST E
MONROE ST W
ASHLEY ST E
ADAMS ST W
DUVAL ST E
BAY ST W
WATER ST
RAMP RP
ACOSTA XY
MAIN ST BG N
MARKET ST S
HART XY
I 95 XY N
PRUDENTIAL DR
SAN MARCO BV
KINGS AV
ATLANTIC BV
HENDRICKS AV
PHILIPS HY
ST AUGUSTINE RD
SAN JOSE BV
EXISTING CD BOUNDARIES
CITY COUNCIL DISTRICT 14
NORTH
JPDD
GIS
0 1,300 2,600 5,200 7,800 10,400
Feet
Developed by Howard Seltzer hseltzer@coj.net
2020 Districts based on 2020 US Census data
July 27, 2022
Content intended for illustrative purposes only