UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACKSONVILLE BRANCH OF THE
NAACP; NORTHSIDE COALITION
OF JACKSONVILLE, INC.; ACLU OF
FLORIDA NORTHEAST CHAPTER;
FLORIDA RISING TOGETHER, INC.;
MARCELLA WASHINGTON;
INGRID MONTGOMERY; AYESHA
FRANKLIN; TIFFANIE ROBERTS;
ROSEMARY McCOY; SHELIA
SINGLETON; EUNICE BARNUM;
JANINE WILLIAMS; HARAKA
CARSWELL; and DENNIS BARNUM

    Plaintiffs,

v.

CITY OF JACKSONVILLE and
MIKE HOGAN, in his official capacity
as Duval County Supervisor of Elections,

    Defendants.
_____/

Case No.: 3:22-cv-493-MMH-LLL

## DECLARATION OF AL FERRARO

1. My name is Al Ferraro and I submit this declaration pursuant to 28 U.S.C. §1746. I am over the age of 18 and fully competent to make this declaration.

2. I am a member of the Jacksonville City Council representing District 2. I was initially elected as the Councilmember for District 2 in 2015 and re-elected in 2019.

3. I am a member of the Republican Party.

4.  Prior to the 2022 redistricting process, District 2 spanned the northeasternmost portion of Duval County. The primary changes that occurred to District 2 were to its northwest and southwest boundaries. A true and correct copy of the 2011 and 2022 boundaries of District 2 are attached hereto as Exhibit A.

5.  According to the 2020 decennial census, District 2's total population was 71,501 people.

6.  Mr. Killingsworth, the Director of the Planning and Development Department for the City of Jacksonville and City consultant for the redistricting process, advised that in order to comply with the one person/one vote standard required by the United States Constitution, each of the 14 City Council Districts needed to have an approximate total population of 71,000.

7.  According to the 2020 census numbers, District 2 likely needed to change its boundaries, partially to accommodate the growth in the southeast section of Jacksonville.

8.  As a result of the redistricting District 2 gained 782 people.

9.  Equalizing the population in all of the districts was the most important factor leading to my advocacy for District 2's new boundaries.

10. As a result of the redistricting, District 2 lost 782 people, primarily along the northwestern border.

11. I understand "communities of interest" to encompass numerous and various descriptors, including the criteria stated in the Ordinance Code – the varied economic, social and ethnic interests and objectives of the citizens of Jacksonville.

12. Although the Committee had a goal of eliminating river crossings at the first redistricting meetings, it became clear that eliminating District 2's current river crossing would be problematic for maintaining the current district boundaries of the Districts south of the river.

13. Eliminating District 2's river crossing quickly became impractical, splitting many communities of interest, and providing proposed district boundaries that were unacceptable to the Councilmembers.

14. The Councilmembers south of the river agreed that District 2 needed to maintain its river crossing in order to not defeat the other redistricting criteria.

15. Once it was determined that District 2 would remain on the north side of the river, there were several proposals to equalize District 7's population, which included moving constituents from District 2 to District 7.

16. The Complaint filed by the Plaintiffs in this action alleges that District 2 has 12 split neighborhoods. This is because the redistricting process itself was based off of the 2020 census blocks, not specific neighborhoods.

17. At no point during the redistricting process did I aim to set a specific racial target population for District 2 or any other City Council District, including those bordering District 2.

18. The racial balance of some Districts was discussed by other Councilmembers during the redistricting process out of a concern to neither pack nor dilute the votes of minority citizens. However, my understanding is that these concerns represented only some of many considerations that influenced the Council's redistricting decisions, and did not predominate over all others.

19. I voted in favor of Ordinance 2022-01-E because I believed that the District lines contained therein are constitutional and served the purpose of meeting the population requirements.

20. My vote in favor of Ordinance 2022-01-E and the District lines contained therein was not predominantly driven by race.

I declare and state under penalty of perjury, that the foregoing is true and correct.

Executed this 10th day of August, 2022, in Duval County, Florida.

_____
AL FERRARO

4

# EXHIBIT A

# CITY COUNCIL DISTRICT 2

**Legend:**
- EXISTING CD BOUNDARIES
- CITY COUNCIL DISTRICT 2

Developed by Howard Seltzer hseltzer@coj.net
2020 Districts based on 2020 US Census data
July 27, 2022
Content intended for illustrative purposes only