# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JACKSONVILLE BRANCH OF THE
NAACP; NORTHSIDE COALITION
OF JACKSONVILLE, INC.; ACLU OF
FLORIDA NORTHEAST CHAPTER;
FLORIDA RISING TOGETHER, INC.;
MARCELLA WASHINGTON;
INGRID MONTGOMERY; AYESHA
FRANKLIN; TIFFANIE ROBERTS;
ROSEMARY McCOY; SHELIA
SINGLETON; EUNICE BARNUM;
JANINE WILLIAMS; HARAKA
CARSWELL; and DENNIS BARNUM

      Plaintiffs,

v.

CITY OF JACKSONVILLE and
MIKE HOGAN, in his official capacity
as Duval County Supervisor of Elections,

      Defendants.
_____/

Case No.: 3:22-cv-493-MMH-LLL

## DECLARATION OF TERRANCE FREEMAN

1. My name is Terrance Freeman and I submit this declaration pursuant to 28 U.S.C. §1746. I am over the age of 18 and fully competent to make this declaration.

2. I am a member of the Jacksonville City Council representing At-Large Group 1. I was elected to this position in 2019, and am currently the City Council President. During the 2021-22 term, I served as the City Council Vice-President. I

previously served as the City Council member for District 10, having been appointed by Governor Rick Scott in 2018 to fill a vacancy.

3. I am African-American and a member of the Republican Party.

4. The redistricting process occurred while I was serving as Council Vice-President, so I was not extensively involved with the process, particularly as an at-large member. I therefore relied on the work of the Redistricting Committee and Bill Killingsworth, particularly since numerous public meetings had been held and citizens had the opportunity to provide input. I believed the Committee's work not only complied with the law but was also reflective of the wide array of communities in the City.

5. I have never used the term "communities of interest" as a euphemism solely for race, nor do I believe the term can be defined solely on that basis. Instead, the term "communities of interest" encompasses many things, such as clusters of similar neighborhoods – such as urban, rural, or beach environments – as well as shared policy concerns specific to their geographic area. It also encompasses shared histories and cultures and social, economic, racial and ethnic backgrounds.

6. Although I understand that the racial balance of some Districts was discussed during the redistricting process out of a concern to neither pack nor dilute the votes of minority citizens, it appeared to me that the Committee and

2

other Council members considered numerous other factors in drawing the boundaries, and that racial balance was not the predominant factor out of all the considerations.

7. I voted in favor of Ordinance 2022-01-E because I believed that the revised district boundaries are constitutional and based on all of the various factors considered by the Committee.

8. My vote in favor of Ordinance 2022-01-E and the District lines contained therein was not predominately driven by race.

I declare and state under penalty of perjury, that the foregoing is true and correct.

Executed this 10th day of August, 02022, in Duval County, Florida.

_____
TERRANCE FREEMAN