**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JACKSONVILLE BRANCH OF THE NAACP; NORTHSIDE COALITION OF JACKSONVILLE, INC.; ACLU OF FLORIDA NORTHEAST CHAPTER; FLORIDA RISING TOGETHER, INC.; MARCELLA WASHINGTON; INGRID MONTGOMERY; AYESHA FRANKLIN; TIFFANIE ROBERTS; ROSEMARY McCOY; SHELIA SINGLETON; EUNICE BARNUM; JANINE WILLIAMS; HARAKA CARSWELL; and DENNIS BARNUM

Plaintiffs,

Case No.: 3:22-cv-493-MMH-LLL

v.

CITY OF JACKSONVILLE and MIKE HOGAN, in his official capacity as Duval County Supervisor of Elections,

Defendants.

_________________________________/

**DECLARATION OF REGINALD GAFFNEY**

1. My name is Reginald Gaffney and I submit this declaration pursuant to 28 U.S.C. §1746. I am over the age of 18 and fully competent to make this declaration.

2. I am a member of the Jacksonville City Council representing District 7. I was initially elected Councilmember by the constituents of District 7 in 2015 and re-elected in 2019. On May 23, 2022, I resigned from my position to run for

the Florida Senate. My resignation is effective upon the earlier date that I am elected to serve the State of Florida or the date my successor is elected.

3. I am a member of the Democratic Party.

4. Prior to the 2022 redistricting process, District 7 spanned the central portion of Duval County north of the St. Johns River. The primary changes that occurred to District 7 were to its northwestern and northeastern boundaries. A true and correct copy of the 2011 and 2022 boundaries of District 7 are attached hereto as Exhibit A.

5. According to the 2020 decennial census, District 7's total population was 67,330 people.

6. Mr. Killingsworth, the Director of the Planning and Development Department for the City of Jacksonville and City consultant for the redistricting process, advised that in order to comply with the one person/one vote standard required by the United States Constitution, each of the 14 City Council Districts needed to have an approximate total population of 71,000.

7. According to the 2020 census numbers, District 7 did not need to gain or lose any population to meet the acceptable population deviation.

8. I understood that the redistricting criteria included working from the 2010 district lines. Because District 7 was within the acceptable population deviation, I did not want to change the boundaries of this District.

9. Starting from the existing City Council district boundaries to equalize the population was the most important factor leading to my advocacy for District 7's new boundaries.

10. I understood that any change to District 7's population and boundaries would have a domino effect on the other districts.

11. As a result of the redistricting, District 7 gained 730 people, primarily in primarily along the northeast border.

12. During the Council member public meetings, several proposals were made regarding the border between District 8 and 7 and District 2 and 7.

13. I understood that District 8 needed to gain population in order to meet the one person/one vote standard.

14. District 8 ultimately gained population from the northwestern border of District 7.

15. This area contained a community of interest to District 8 in that it contained a large Democratic constituency and was similar to other more sparsely populated areas in that district. In addition, it allowed the use of Lem Turner Road as a boundary straight up to the county line.

16. I understand "communities of interest" to encompass numerous and various descriptors, including the criteria stated in the Ordinance Code – the varied economic, social and ethnic interests and objectives of the citizens of

Jacksonville – as well as people with similar political affiliation, people who share similar concerns, shared racial or ethnic backgrounds, communities with a common history, cultural communities, economic communities, and having representatives with similar interests serving the people in the districts.

17. I never used the term "communities of interest" as a euphemism solely for race, nor do I understand the term to be defined so narrowly.

18. By transferring this area from District 7 to District 8, District 7 became more compact and less irregular in shape.

19. However, this change in District boundaries resulted in District 7 needing to gain population from District 2.

20. One of the proposals made to equalize District 7's population included District 7 absorbing a highly Republican area from District 2.

21. I had concerns that absorbing a highly Republican area into District 7 would not be a good fit. However, I was told that the area was evenly split between Republicans and Democrats.

22. Ultimately, the area gained by District 7 included what I considered a community of interest which fit within the District, including more of the Oceanway area, which was already in the District.

23. For me, the changes along the border of District 2 and District 7 were driven solely by the political makeup of the potential constituents.

24. This fact was noted by Councilwomen DeFoor during the September 23, 2021 Member meeting.

25. I agreed to the final border between District 2 and District 7 because District 7 would maintain a strong Democratic population while making other districts whole with an acceptable population deviation.

26. The Complaint filed by the Plaintiffs in this action alleges that District 7 has 9 split neighborhoods. This is because the redistricting process itself was based off of the 2020 census blocks, not specific neighborhoods.

27. The final borders of District 7 reflect my commitment to maintain a strong Democratic population while accounting for the necessary population changes in neighborhing districts.

28. At no point during the redistricting process did I aim to set a specific racial target population for District 7 or any other City Council District.

29. The racial balance of some Districts was discussed during the redistricting process out of a concern to neither pack nor dilute the votes of minority citizens. However, my understanding is that these concerns represented only some of many considerations that influenced the Council's redistricting decisions, and did not predominate over all others.

30. The race of the constituents I gained was not the predominant factor in the redistricting of the boundaries of District 7.

31. Although I was not totally happy with the new boundaries of District 7, I voted in favor of Ordinance 2022-01-E because I believed that the District lines contained therein are constitutional and that the changes had to be made to account for population changes in other districts.

32. My vote in favor of Ordinance 2022-01-E and the District lines contained therein was not predominately driven by race.

I declare and state under penalty of perjury, that the foregoing is true and correct.

Executed this 10th day of August, 2022, in Duval County, Florida.

Reginald Gaffney
REGINALD GAFFNEY

# EXHIBIT A

# CITY COUNCIL DISTRICT 7

NORTH

JPDD GIS

0 1,700 3,400 6,800 10,200 13,600
Feet

Developed by Howard Seltzer hseltzer@coj.net
2020 Districts based on 2020 US Census data
July 27, 2022
Content intended for illustrative purposes only

EXISTING CD BOUNDARIES
CITY COUNCIL DISTRICT 7