UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACKSONVILLE BRANCH OF THE
NAACP; NORTHSIDE COALITION
OF JACKSONVILLE, INC.; ACLU OF
FLORIDA NORTHEAST CHAPTER;
FLORIDA RISING TOGETHER, INC.;
MARCELLA WASHINGTON;
INGRID MONTGOMERY; AYESHA
FRANKLIN; TIFFANIE ROBERTS;
ROSEMARY McCOY; SHELIA
SINGLETON; EUNICE BARNUM;
JANINE WILLIAMS; HARAKA
CARSWELL; and DENNIS BARNUM

    Plaintiffs,

Case No.: 3:22-cv-493-MMH-LLL

v.

CITY OF JACKSONVILLE and
MIKE HOGAN, in his official capacity
as Duval County Supervisor of Elections,

    Defendants.
_____/

### DECLARATION OF NICK HOWLAND

1. My name is Nick Howland and I submit this declaration pursuant to 28 U.S.C. §1746. I am over the age of 18 and fully competent to make this declaration.

2. I am a member of the Jacksonville City Council representing At-Large Group 3. I was elected to this position in a special election on February 22, 2022.

3. I am a member of the Republican Party.

4. The redistricting process was well underway when I was elected to the City Council, but I followed the process with interest as a citizen and then later as a candidate.

5. I never used the term "communities of interest" as a euphemism solely for race, nor do I understand the term to be defined so narrowly.

6. I understand "communities of interest" to encompass numerous and various descriptors, including the criteria stated in the Ordinance Code – the varied economic, social and ethnic interests and objectives of the citizens of Jacksonville – as well as people with similar political affiliation, people who share similar concerns, shared racial or ethnic backgrounds, communities with a common history, cultural communities, economic communities, and military and veteran associated communities.

7. I voted in favor of Ordinance 2022-01-E because I believed that the District lines contained therein are constitutional and completed within the time and the legal constraints that were mandated by federal and state rules, as well as the City Charter and Ordinance Code.

8. My vote in favor of Ordinance 2022-01-E and the District lines contained therein was not predominately driven by race.

I declare and state under penalty of perjury, that the foregoing is true and correct.

Executed this 9th day of August, 2022, in Duval County, Florida.

_____
NICK HOWLAND