UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACKSONVILLE BRANCH OF THE
NAACP; NORTHSIDE COALITION
OF JACKSONVILLE, INC.; ACLU OF
FLORIDA NORTHEAST CHAPTER;
FLORIDA RISING TOGETHER, INC.:
MARCELLA WASHINGTON;
INGRID MONTGOMERY; AYESHA
FRANKLIN; TIFFANIE ROBERTS;
ROSEMARY McCOY; SHELIA
SINGLETON: EUNICE BARNUM;
JANINE WILLIAMS; HARAKA
CARSWELL; and DENNIS BARNUM

    Plaintiffs,

v.

CITY OF JACKSONVILLE and
MIKE HOGAN, in his official capacity
as Duval County Supervisor of Elections,

    Defendants.
_____/

Case No.: 3:22-cv-493-MMH-LLL

## DECLARATION OF JOYCE MORGAN

1. My name is Joyce Morgan and I submit this declaration pursuant to 28 U.S.C. §1746. I am over the age of 18 and fully competent to make this declaration.

2. I am a member of the Jacksonville City Council representing District 1. I was initially elected Councilmember by the constituents of District 1 in 2015 and re-elected in 2019.

3. I am a member of the Democratic Party.

4. During the 2022 redistricting process, the primary change that occurred to District 1 was due to shifting census blocks. A true and correct copy of the 2011 and 2022 boundaries of District 1 are attached hereto as **Exhibit A**.

5. According to the 2020 decennial census, District 1's total population was 72,718 people.

6. Mr. Killingsworth, the Director of the Planning and Development Department for the City of Jacksonville and City consultant for the redistricting process, advised that in order to comply with the one person/one vote standard required by the United States Constitution, each of the 14 City Council Districts needed to have an approximate total population of 71,000.

7. According to the 2020 census numbers, District 1 did not need to gain or lose any population to meet the acceptable population deviation.

8. Therefore, maintaining District 1's prior lines as best possible was the most important factor leading to my advocacy for District 1's new boundaries.

9. As a result of the redistricting, District 1's population remained the same.

10. I understand "communities of interest" to encompass numerous and various descriptors, including the criteria stated in the Ordinance Code – the varied economic, social and ethnic interests and objectives of the citizens of

2

Jacksonville – as well as people with similar political affiliation, people who share similar concerns, shared racial or ethnic backgrounds, communities with a common history, cultural communities, economic communities, shared faith based communities, and those who have lived in a given area for an established period of time.

11. I don't recall using the term "communities of interest," and if I did, I never used it as a euphemism solely for race, nor do I understand the term to be defined so narrowly.

12. At no point during the redistricting process did I aim to set a specific racial target population for District 1 or any other City Council District.

13. My understanding is that the racial balance of some Districts was discussed during the redistricting process out of a concern to neither pack nor dilute the votes of minority citizens. However, my understanding is that these concerns represented only some of many considerations that influenced the Council's redistricting decisions, and did not predominate over all others.

14. I voted in favor of Ordinance 2022-01-E because I believed that the District lines contained therein were fully vetted by the entire Council, had been subject to citizen feedback, and satisfied the requirements of one person/one vote, as well as local, state, and federal law.

15. My vote in favor of Ordinance 2022-01-E and the District lines contained therein was not predominately driven by race.

I declare and state under penalty of perjury, that the foregoing is true and correct.

Executed this 9th day of August, 2022, in Duval County, Florida.

_____
JOYCE MORGAN

# EXHIBIT A

# CITY COUNCIL DISTRICT 1