**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JACKSONVILLE BRANCH OF THE
NAACP; NORTHSIDE COALITION
OF JACKSONVILLE, INC.; ACLU OF
FLORIDA NORTHEAST CHAPTER;
FLORIDA RISING TOGETHER, INC.;
MARCELLA WASHINGTON;
INGRID MONTGOMERY; AYESHA
FRANKLIN; TIFFANIE ROBERTS;
ROSEMARY McCOY; SHELIA
SINGLETON; EUNICE BARNUM;
JANINE WILLIAMS; HARAKA
CARSWELL; and DENNIS BARNUM

    Plaintiffs,

v.                                                                   Case No.: 3:22-cv-493-MMH-LLL

CITY OF JACKSONVILLE and
MIKE HOGAN, in his official capacity
as Duval County Supervisor of Elections,

    Defendants.
_____/

## DECLARATION OF SAMUEL C. NEWBY

1. My name is Samuel C. Newby and I submit this declaration pursuant to 28 U.S.C. §1746. I am over the age of 18 and fully competent to make this declaration.

2. I am a member of the Jacksonville City Council representing At-Large Group 5. I was first elected to this position in 2015 and reelected in 2019. I served as Council President in 2021-2022.

3. I am a member of the Republican Party, and I have served as the Co-Founder and Chairman of the Florida Assembly of Black Republicans as well as the Chairman of the National Assembly of Black Republicans.

4. I do not recall using or hearing others use the term "communities of interest" as a euphemism for race, and I believe that the term encompasses many more categories than race, including shared cultures and interests among neighbors.

5. I voted in favor of Ordinance 2022-01-E because it met the requirement of incorporating the population changes in each district within ten percent of 71,000 residents while making relatively minor changes to the existing district lines. I believed that those district lines satisfied the constitutional requirements, particularly since they had gone unchallenged for the preceding decade. My primary concern was maintaining consistency and continuity in representation.

6. In addition, African-Americans were elected to seven of the nineteen Council seats under the previous maps, on which the 2022 maps were based. Two of those members – myself and Terrance Freeman – were elected at-large by the entire population of Jacksonville. Three of those members served in top leadership positions in 2021-2022: Brenda Priestly Jackson as Rules Committee Chair, Terrance Freeman as Council Vice-President, and myself as Council President.

7.  My vote in favor of Ordinance 2022-01-E and the redrawn boundaries was not motivated by race, but by maintaining most of the previously unchallenged boundaries while adjusting for population growth.

I declare and state under penalty of perjury, that the foregoing is true and correct.

Executed this 4 day of August, 2022, in Duval County, Florida.

_____
SAMUEL C. NEWBY