# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JACKSONVILLE BRANCH OF THE
NAACP; NORTHSIDE COALITION
OF JACKSONVILLE, INC.; ACLU OF
FLORIDA NORTHEAST CHAPTER;
FLORIDA RISING TOGETHER, INC.;
MARCELLA WASHINGTON;
INGRID MONTGOMERY; AYESHA
FRANKLIN; TIFFANIE ROBERTS;
ROSEMARY McCOY; SHELIA
SINGLETON; EUNICE BARNUM;
JANINE WILLIAMS; HARAKA
CARSWELL; and DENNIS BARNUM

      Plaintiffs,               Case No.: 3:22-cv-493-MMH-LLL

v.

CITY OF JACKSONVILLE and
MIKE HOGAN, in his official capacity
as Duval County Supervisor of Elections,

      Defendants.

_____/

## DECLARATION OF JU'COBY PITTMAN

1. My name is Ju'Coby Pittman and I submit this declaration pursuant to 28 U.S.C. §1746. I am over the age of 18 and fully competent to make this declaration.

2. I am a member of the Jacksonville City Council representing District 8. I was initially appointed as the Councilmember for District 8 in 2018 and elected by the constituents of District 8 in 2019.

3. I am a member of the Democratic Party.

4. Prior to the 2022 redistricting process, District 8 spanned the northwest section of Duval County and also included the residential areas along the Trout River. The primary change that occurred to District 8 was to its northwestern boundary. A true and correct copy of the 2011 and 2022 boundaries of District 8 are attached hereto as Exhibit A.

5. According to the 2020 decennial census, District 8's total population was 65,166 people.

6. Mr. Killingsworth, the Director of the Planning and Development Department for the City of Jacksonville and City consultant for the redistricting process, advised that in order to comply with the one person/one vote standard required by the United States Constitution, each of the 14 City Council Districts needed to have an approximate total population of 71,000.

7. According to the 2020 census numbers, District 8 needed to gain population to meet the acceptable population deviation.

8. As a result of the redistricting, District 8 gained 2,750 people.

9. Starting from the existing City Council district boundaries to equalize the population was the most important factor leading to my advocacy for District 8's new boundaries.

10. The primary area in which District 8 gained communities of interest were along its northwestern boundary.

11. I understand "communities of interest" to include not only the categories stated in the Ordinance Code – the varied economic, social and ethnic interests and objectives of the citizens of Jacksonville – but also such commonalities as types of housing (such as single family, apartments, subdivisions), location (urban, rural, waterfront), property uses (farms, businesses, parks), common backgrounds and cultures, and economic and political concerns.

12. I never used the term "communities of interest" as a euphemism solely for race, nor do I understand the term to be defined so narrowly.

13. By transferring this area from District 7 to District 8, I believe the boundaries for both Districts became more uniform.

14. In addition, this area had what I considered a community of interest. Specifically, this area was similar to the relatively rural areas already in District 8. I have been working with the constituents of District 8 as these areas are becoming more developed, and the constituents in this area added from District 7 would benefit from my previous work.

15. While racial percentages were discussed in connection with the proposed addition to District 8, I also requested political demographics for each proposed change.

16. I agreed to the final border between District 8 and District 7 because District 8 would maintain a strong Democratic population while making sure that the District satisfied the overall population requirements.

17. One of the proposals to equalize the population in District 8 was to move part of the City of Baldwin from District 12 to District 8.

18. This, however, would not fit the community of interest in that Baldwin is heavily Republican whereas the surrounding areas of District 8 are more Democratic. In addition, the Council member in District 12 is already very familiar with Baldwin, and I believe that is important for all of the citizens of Jacksonville – not just those in District 8 – to maintain continuity of representation and have a good relationship with their representatives. In addition, District 8 is one of the geographically larger districts with a diverse mix of urban, suburban, and rural areas, which requires several types of community meetings on a regular basis. Adding the concentrated population area of Baldwin would require another set of regular meetings to adequately represent and serve the population.

19. The Complaint filed by the Plaintiffs in this action alleges that District 8 has 13 split neighborhoods. This is because the redistricting process itself was based off of the 2020 census blocks, not specific neighborhoods.

20. The final borders of District 8 reflect my commitment to maintain a strong Democratic population while maintaining continuity of representation not only in District 8 but also in neighboring districts.

21. At no point during the redistricting process did I aim to set a specific racial target population for District 8 or any other City Council District.

22. The race of the constituents I gained was not the primary factor in the redistricting of the boundaries of District 8.

23. The racial balance of some Districts was discussed during the redistricting process out of a concern to neither pack nor dilute the votes of minority citizens. However, my understanding is that these concerns represented only some of many considerations that influenced the Council's redistricting decisions, and did not predominate over all others.

24. I voted in favor of Ordinance 2022-01-E because I believed that the District lines contained therein are constitutional and complied with the guidelines set by the committee and met the population deviation requirements. The final product appeared to me to be a good work of compromise – each council member got what they needed without any drastic changes.

25. My vote in favor of Ordinance 2022-01-E and the District lines contained therein was not predominately driven by race.

I declare and state under penalty of perjury, that the foregoing is true and correct.

Executed this 9th day of August, 2022, in Duval County, Florida.

JU'COBY PITTMAN

# EXHIBIT A

