# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JACKSONVILLE BRANCH OF THE
NAACP; NORTHSIDE COALITION
OF JACKSONVILLE, INC.; ACLU OF
FLORIDA NORTHEAST CHAPTER;
FLORIDA RISING TOGETHER, INC.;
MARCELLA WASHINGTON;
INGRID MONTGOMERY; AYESHA
FRANKLIN; TIFFANIE ROBERTS;
ROSEMARY McCOY; SHELIA
SINGLETON; EUNICE BARNUM;
JANINE WILLIAMS; HARAKA
CARSWELL; and DENNIS BARNUM

    Plaintiffs,

v.                              Case No.: 3:22-cv-493-MMH-LLL

CITY OF JACKSONVILLE and
MIKE HOGAN, in his official capacity
as Duval County Supervisor of Elections,

    Defendants.
_____/

## DECLARATION OF RONALD B. SALEM

1. My name is Ronald B. Salem, Pharm. D., and I submit this declaration pursuant to 28 U.S.C. §1746. I am over the age of 18 and fully competent to make this declaration.

2. I am a member of the Jacksonville City Council representing At-Large Group 2. I was elected to this position in 2019, and am serving as Council Vice-President for 2022-2023. I am a member of the Republican Party.

3. I do not recall the term "communities of interest" being used as a euphemism for race by any member of the City Council in discussing redistricting, nor would I have used the term in such a manner.

4. I voted in favor of Ordinance 2022-01-E because I trusted the work of the committee and staff, and because it was represented to me that the maps were defensible in court.

I declare and state under penalty of perjury, that the foregoing is true and correct.

Executed this 9th day of August, 2022, in Duval County, Florida.

*[signature]*
RONALD B. SALEM