UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACKSONVILLE BRANCH OF THE
NAACP; NORTHSIDE COALITION
OF JACKSONVILLE, INC.; ACLU OF
FLORIDA NORTHEAST CHAPTER;
FLORIDA RISING TOGETHER, INC.;
MARCELLA WASHINGTON;
INGRID MONTGOMERY; AYESHA
FRANKLIN; TIFFANIE ROBERTS;
ROSEMARY McCOY; SHELIA
SINGLETON; EUNICE BARNUM;
JANINE WILLIAMS; HARAKA
CARSWELL; and DENNIS BARNUM

      Plaintiffs,                       Case No.: 3:22-cv-493-MMH-LLL

v.

CITY OF JACKSONVILLE and
MIKE HOGAN, in his official capacity
as Duval County Supervisor of Elections,

      Defendants.
_____/

## DECLARATION OF WILLIAM KILLINGSWORTH

1. My name is William Killingsworth and I submit this declaration pursuant to 28 U.S.C. §1746. I am over the age of 18 and fully competent to make this declaration.

2. I am the Director of Planning and Development for the City of Jacksonville ("Director"). I have held this position for approximately 10 years.

3. Some of my duties as the Director include: the planning activities of the Consolidated Government; administering and interpreting the Comprehensive Plan and the Zoning Code; assisting and making recommendations to the Council with respect to zoning matters; considering and making recommendations to the Planning Commission upon requests for exceptions, variances, and waivers to the Zoning Code; granting administrative deviations to the Zoning Code; coordinating and developing Jacksonville's Resiliency Strategy across all departments and with affiliated agencies; and assisting with the reapportionment of Council districts as required by the Charter or as requested by the Council.

4. The Special Committee on Redistricting ("Committee") decided to use the Department of Planning and Development ("Department") to act as the redistricting consultant for the City of Jacksonville at the first meeting of the Committee,

5. The population of Duval County in 2020, per the census, is 995,497, which means the target population for each district is 71,107. The difference between smallest and largest district can be no more than 10%. In other words, the largest district can be no larger than 1.1% of an increase to the smallest district.

6. In the 2020 census, District 11 demonstrated a growth of approximately 30,000 people, which required changes to surrounding districts.

2

District 8 needed to gain residents, which impacted its boundaries with district 7.

      a. District 7 gave a section to District 8. In turn, District 2 gave a neighborhood to District 7.

      b. There were changes in district 9 and 10 that had to do with census block changes.

      c. Additionally, District 10 corrected the lines for one neighborhood, straightening out the lines.

7. The Department used Arc GIS, which is the standard computer program used by municipalities for various City projects. It is a multi-purpose tool which includes geographic mapping.

8. To use the program for redistricting purpose, census data is needed.

9. Data migration is seamless between Arc GIS and the census numbers because they are imported using a tool provided by the Census Bureau.

10. Census releases a shape file which includes census blocks. The tabular data was released as an Access database.

11. Census blocks have feature identification numbers.

12. The feature identification numbers relate to the table on ARC GIS and tie together the tabular data and the geographic data.

13. District boundaries must follow census block boundaries.

14. Census releases data in a hierarchy. The smallest are census blocks. Census blocks do not have a standardized shape or set of number of residents. However, they tend to be the size of a given city block, and contain a few hundred residents, depending on the size and population density of that geographic block. They aggregate into block groups. Block groups aggregate into census tracts, which then aggregate up to place and place to the county level.

15. While the City can provide input and recommendations regarding census tracks, the City does not define the geographic boundaries of census blocks.

16. As the census categories get smaller, the boundaries are more likely to change.

17. Several district borders changed because the census block was different than the one in 2010. The district boundaries must be co-linear with the census blocks. If census blocks changed, District boundaries changed accordingly.

18. For example, because of census block changes in Districts 9 and 10, district lines also had to change in Ortega farms and Springtree Village areas, respectively.

19. At the August 18, 2021 meeting the Department was given direction by the Committee to start from the current council districts rather than starting from scratch.

20. At the August 24, 2021, meeting the Department was given direction to: (1) use total population numbers - instead of voting age population - to comply with the one person/one vote standard; (2) not draw incumbents outside of their current districts; (3) minimize river crossings but recognize that it may not be possible to eliminate all river crossings; and (4) not expedite the redistricting process, but rather adhere to the normal redistricting timeline.

21. Because the Department started from existing boundaries, it primarily needed to make changes to the southern part of the City to account for District 11's population growth.

22. This was done by moving the district boundaries on the borders from one district to another until the desired population was met.

23. The Department attempted to keep communities of interest together when moving district boundaries.

24. I understand the term "communities of interest" to encompass numerous and various descriptors, including the criteria stated in the Ordinance Code – the varied economic, social and ethnic interests and objectives of the citizens of Jacksonville – as well as people with similar

5

political affiliation, people who share similar concerns, shared racial or ethnic backgrounds, communities with a common history, cultural communities, economic communities. I also understand that all districts should be created as nearly equal in population and that they are based upon population with respect to their size, the geographical arrangement and that they must take into consideration compactness and contiguity, so that the people and their varied economic, social and ethnic interests and objectives, are adequately represented by the Council.

25. I had a general understanding of the City's different communities of interest but needed input from individual council members as to their specific districts. I did not weigh the importance of various communities of interest; Council determined how to weigh the importance of various communities of interest.

26. The Supervisor of Elections Office (SEO) provided party affiliations. Party affiliation was one community of interest the Council was interested in.

27. The Committee did not set racial targets for any district and the Department did not use race in drafting its map versions.

28. Plaintiffs allege that the Redistricting 2022 district lines split neighborhoods show that race was used. The Department did not use the

neighborhood map that Plaintiffs reference and never relied upon or referenced in the 2022 redistricting process.

29. During the 2022 redistricting process, he Department did not use a City adopted map that officially recognizes designated neighborhoods in the 2022 redistricting process; nor am I aware that any such map exists.

30. The City previously maintained a map of self-identified neighborhoods, which I understand was created in the late 1980's or early 1990's.

31. This mylar/digitized map caused many problems. Many City residents complained that they were not in their designated neighborhood or did not agree with the lines as drawn on the map.

32. The mylar/digitized map has not been updated and data is likely 30 plus years old.

33. The map was never codified in City law.

34. As stated above, the Department only used census blocks provided by the Census Bureau and data from the SOE.

35. The 2022 redistricting made the City Council district boundaries more logical and uniform. For example, moving part of 7 to 8 smoothed out the border between the two districts.

36. Any racial data include on the maps was directly from provided census data, and not used as a primary source for decision making.

7

37. Census provides 301 categories of data which cannot fit on the page with the map.

38. Only single race demographics from the census were reported. These included: White, Black, American Indian, Asian, Hawaiian, Hispanic Latino, and Not Hispanic Latino.

39. Other categories include: "Other" and "Two or more".

40. The Department did not consider precincts in drawing District lines.

41. At no point during the redistricting process did the Department aim to set a specific racial target population for any City Council District.

42. The racial balance of some Districts was discussed during the redistricting process out of a concern to neither pack nor dilute the votes of minority citizens. However, my understanding is that these concerns represented only some of many considerations that influenced the Council's redistricting decisions and did not predominate over all others.

I declare and state under penalty of perjury, that the foregoing is true and correct.

Executed this __ day of August 11, 2022, in Duval County, Florida.

WILLIAM KILLINGSWORTH