UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACKSONVILLE BRANCH OF THE
NAACP; NORTHSIDE COALITION
OF JACKSONVILLE, INC.; ACLU OF
FLORIDA NORTHEAST CHAPTER;
FLORIDA RISING TOGETHER, INC.;
MARCELLA WASHINGTON;
INGRID MONTGOMERY; AYESHA
FRANKLIN; TIFFANIE ROBERTS;
ROSEMARY McCOY; SHELIA
SINGLETON; EUNICE BARNUM;
JANINE WILLIAMS; HARAKA
CARSWELL; and DENNIS BARNUM

    Plaintiffs,                        Case No.: 3:22-cv-493-MMH-LLL

v.

CITY OF JACKSONVILLE and
MIKE HOGAN, in his official capacity
as Duval County Supervisor of Elections,

    Defendants.
_____/

## DECLARATION OF ROBERT PHILLIPS

I, ROBERT PHILLIPS, do hereby submit this Declaration pursuant to 28 U.S.C. Section 1746, and state as follows:

1.    My name is Robert Phillips. I am over the age of eighteen (18) years, and am of sound mind and fully competent, and have personal knowledge to attest to the matters stated herein. I am the Chief Elections Officer for the Duval County Supervisor of Elections.

1

2. I have personal knowledge of the matters set forth herein.

3. I have been employed by the Duval County Supervisor of Elections Office for 31 years and have been in the role of Chief Elections Officer for 8 years.

4. My responsibilities as Chief Elections Officer include legislative services, budget preparation, procurement, calendaring, other election-related duties, and implementing all reapportionment and redistricting plans in Duval County.

5. City elections, including for Mayor, Sheriff, Supervisor of Elections, Tax Collector, Property Appraiser, and all City Council seats, are held in accordance with § 350.102, Jacksonville Ord. Code. The City of Jacksonville First Election will be held March 21, 2023. If no candidate receives a majority of the votes, the General Election will be held May 16, 2023. There are no provisions in the ordinance to change these dates in the event of a change in the district lines.

6. Although candidate qualifying for the 2023 municipal elections is from January 9-13, 2023, any candidate who desires to qualify by petition rather than paying a fee must submit the petition no later than noon on December 12, 2022. Our office must certify those signatures no later than January 2, 2023. The qualifying date is based on Chapter 99 of the Florida Statutes, and cannot change unless there is a corresponding change to the

2

election dates which, as stated above, would have to be changed by ordinance.

7. The Office of the Supervisor of Elections will be extremely burdened if the City Council District boundaries are redrawn at this late date. Our office has already relied on the lines drawn when Ordinance 2022-01-E was enacted. When the new City Council Districts were changed, our office had to mail new voter registration cards to approximately 615,000 registered voters. This process took two weeks due to printer capacity. Of course, these changes were also necessitated by the redrawn Congressional and state legislative maps. If the maps are redrawn again for the City Council districts, new registration cards will have to be mailed out to all voters affected by the new district lines at an additional cost. The more the maps are changed, the more voters affected, and the more cards we will have to send out. Costs will correspond to the number of voters.

8. Reissuing voter registration cards is not a simple task. We take many quality control measures to make sure that voters have the correct information when they vote. We have to run tests in our redistricting database, then put it into production. In addition, precincts must be redrawn (as discussed in more detail below). Only at that point can we schedule cards to be mailed. The process usually takes 3-4 weeks; attempting to do this in three weeks or less would weaken our stringent measures for ensuring accuracy. Changing the voter registration cards in such a short time frame would also

result in voter confusion: voters voting at one place in November may be told they have to go to a different location in March because of new lines being drawn. This is especially true for Council Districts 7 and 9, which have vacancies that are being filled in a special election as part of the August 2022 primary and general elections.

9. Many of the processes are dependent on outside vendors with their own timelines. Even if we could shorten our internal processes, the vendors might not be able to (and for large-scale changes, they would likely need additional time).

10. Even if only minor changes are made to the maps, we will have to superimpose the new maps on the current maps and determine where the differences are – the voters in these areas will be impacted by the change, even if no candidates or races are affected.

11. If major changes are made to the maps, however, it is likely that candidates and council district races will be significantly impacted. The ballots will be printed on January 20, 2023; we must send them to the printer no later than January 20. Although we are not required to comply with UOCAVA for the City Elections, we do so anyway to give overseas voters a full and fair opportunity to vote in their hometown elections. Again, rushing the process could adversely affect the voting process. Polling places may also need to be changed.

12. If the City Council Districts were redrawn but not in time for the March 2023 First Election, it would be unduly burdensome to hold the March election for offices not affected by redistricting (such as the Mayor, Sheriff, and constitutional officers) and then a separate later election for the redrawn Council Districts. Each election costs a minimum of $1.5 million, and two elections would most likely have to be held, since many of the fourteen districts would likely have more than two candidates in the race. In addition, voter turnout would likely be lower in a second set of elections.

13. The plaintiffs have alleged in their complaint that the 2022 council districts have too many split precincts. Plaintiffs appear to have a misunderstanding of how precincts are drawn in the City. Precincts do not have permanent boundaries, but are subject to change after redistricting following each census.

14. Precincts are redrawn after the congressional, state legislative, and city council maps are submitted. We look at the census blocks, which indicate where the population resides, and consider only the population demographics, not race or political party. Census blocks remain whole within precincts (except for community development districts, which may need to be split depending on the statutory district boundaries). The primary consideration for drawing precincts is following the newly revised council lines, although we try to follow state legislative and congressional lines as

much as possible.

15. Precincts are also subject to be redrawn without redistricting for a variety of reasons. For instance, depending on population growth in the years between redistricting, certain precincts may gain more population than can be easily handled at the designated polling place. Other precincts may be consolidated if the population decreases in those areas. In short, precincts are fluid boundary lines that can be – and are often – changed at the recommendation of the Supervisor of Elections and upon adoption of an ordinance by the City Council. Compare Jacksonville Ordinance 2022-0384-E (changing voting precincts following City, State Legislative, and Congressional redistricting) with Jacksonville Ordinance 2020-0025-E (creating new precinct and revising precinct boundaries).

I DECLARE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

Executed this 11th day of August, 2022, in Duval County, Florida.

_____
ROBERT PHILLIPS

6