UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACKSONVILLE BRANCH OF THE
NAACP; NORTHSIDE COALITION
OF JACKSONVILLE, INC.; ACLU OF
FLORIDA NORTHEAST CHAPTER;
FLORIDA RISING TOGETHER, INC.;
MARCELLA WASHINGTON;
INGRID MONTGOMERY; AYESHA
FRANKLIN; TIFFANIE ROBERTS;
ROSEMARY McCOY; SHELIA
SINGLETON; EUNICE BARNUM;
JANINE WILLIAMS; HARAKA
CARSWELL; and DENNIS BARNUM

      Plaintiffs,                      Case No.: 3:22-cv-493-MMH-LLL

v.

CITY OF JACKSONVILLE and
MIKE HOGAN, in his official capacity
as Duval County Supervisor of Elections,

      Defendants.
_____/

## DECLARATION OF LANA SELF

1. My name is Lana Self and I submit this declaration pursuant to 28 U.S.C. § 1746. I am over the age of eighteen and fully competent to make this declaration.

2. I am the Candidate Services Director for the Duval County Supervisor of Elections. I have been employed in this position since 2017. I have been employed by the Supervisor of Elections since 2007.

3. My duties include overseeing candidate and initiative petitions, and providing candidates with the tools, training, and materials for filing, qualifying, and running a political campaign in compliance with applicable laws.

4. Candidates running for City Council must reside and be a registered voter in the district in which they are running for 183 days prior to the date of qualifying.

5. Qualifying for 2023 candidates begins at noon on January 9, 2023, and ends at noon on January 13, 2023.

6. Candidates who want to qualify by petition must submit their petitions no later than December 12, 2022 at noon.

7. As of the date of this declaration, 36 candidates have filed to run in the 14 council districts. Three of these districts have only a single candidate filed, two of whom are incumbents.

8. It is highly likely that there are other candidates who may be interested but have not yet filed. It is impossible to know until the candidates actually file.

9. The number of signatures necessary to qualify by petition is based on the 2022 general election. It is therefore unknown at this time how many signatures are required to qualify by petition.

10. Once a candidate has filed a Form DS-DE 9 (Appointment of Campaign Treasurer and Designation of Campaign Depository), he or she can begin collecting petition signatures. Twenty City Council candidates have already submitted petitions with signatures for the 2023 Unitary Election.

11. It is possible that the lines could be drawn so that a candidate in one district is now running against a declared incumbent.

I declare and state under penalty of perjury that the foregoing is true and correct. Executed this 11th day of August, 2022, in Duval County, Florida.

*Lana Self*
LANA SELF