**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JACKSONVILLE BRANCH
OF THE NAACP, et al.,

      Plaintiffs,

                                  Case No. 3:22-cv-493-MMH-LLL

vs.

CITY OF JACKSONVILLE, et al.,

      Defendants.

_____/

**O R D E R**

    **THIS CAUSE** is before the Court on Plaintiffs' Motion for Preliminary Injunction (Doc. 36; Motion), filed on July 22, 2022. In accordance with the discussions at the July 8, 2022 Preliminary Pretrial Conference, see Minute Entry (Doc. 26), this matter is set for a hearing on the Motion on **Friday, September 16, 2022, at 10:00 a.m.** The hearing will be held by the undersigned at the Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, Florida, 32202, in Courtroom 10B.[1]  The hearing will be

---

[1] The Court reminds the parties that all persons entering the Courthouse must present photo identification to Court Security Officers. Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them upon presentation to Court Security Officers of a Florida Bar card (presentation of

conducted in accordance with Local Rule 6.02, and Rule 65. As neither party has requested an evidentiary hearing, the hearing will be limited to the written submissions and arguments of counsel.

The parties are directed to continue to hold **September 29, 2022**, beginning at 10:00 a.m., in the event the Court determines that an additional hearing is necessary.

**DONE AND ORDERED** in Jacksonville, Florida this 24th day of August, 2022.

*[Signature]*
MARCIA MORALES HOWARD
United States District Judge

lc11
Copies to:

Counsel of Record
Pro Se Parties

---

the Duval County Courthouse lawyer identification card will suffice) or Order of special admission pro hac vice. However, all cell phones must be turned off while in the courtroom.