# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| JACKSONVILLE BRANCH OF THE NAACP, et al.<br>v.<br>CITY OF JACKSONVILLE, et al. | CASE NO. 3:22-cv-493-MMH-LLL |

| Counsel for Plaintiffs: | Counsel for Defendants: |
|---|---|
| Daniel Hessel | Mary Margaret Giannini |
| Nicholas Warren | Helen Peacock Roberson |
| Matletha Bennette | Sonya Harrell |
| Krista Dolan | Jason Teal |
| Ruth Greenwood | |

## HONORABLE MARCIA MORALES HOWARD
## UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Jodi L. Wiles          Court Reporter: Katharine Healey

## CLERK'S MINUTES

PROCEEDINGS OF:   PRELIMINARY INJUNCTION HEARING

Oral argument by counsel.

Plaintiffs' Motion for Preliminary Injunction (Dkt. No. 36) is **TAKEN UNDER ADVISEMENT**.

Date: September 16, 2022     Time: 10:09 a.m. – 12:54 p.m.     Total: 2 Hours, 45 Minutes