**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JACKSONVILLE BRANCH
OF THE NAACP, et al.,

      Plaintiffs,

                                        Case No. 3:22-cv-493-MMH-LLL

vs.

CITY OF JACKSONVILLE, et al.,

      Defendants.

_____/

**O R D E R**

      **THIS CAUSE** is before the Court <u>sua</u> <u>sponte</u>. As of this hour, much of the State of Florida is in the projected path of Hurricane Ian, a storm predicted to be a powerful hurricane. While the precise location and time a particular Florida city will experience hurricane conditions is unknown, it appears evident that much of the state will be affected. It is also unknown at this time whether closure of the Bryan Simpson United States Courthouse will be necessary. Regardless, the Court notes that Plaintiffs' attorneys in this action all reside outside the local area (Cambridge, Massachusetts; Decatur, Georgia; Miami, Florida; and Tallahassee, Florida) such that attendance at a hearing on Thursday morning would require them to travel (or attempt to travel) into the

path of the storm.  Such a course of action would be unwise.  Accordingly, it is hereby

**ORDERED:**

The Court relieves the parties of any obligation to attend a hearing in this matter on Thursday, September 29, 2022.  Another hearing, if warranted, will be set by further order after the Hurricane Ian weather event and its affects have passed.

**DONE AND ORDERED** in Jacksonville, Florida this 26th day of September, 2022.

*Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record