UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACKSONVILLE BRANCH OF THE
NAACP; NORTHSIDE COALITION
OF JACKSONVILLE, INC.; ACLU OF
FLORIDA NORTHEAST CHAPTER;
FLORIDA RISING TOGETHER, INC.;
MARCELLA WASHINGTON;
INGRID MONTGOMERY; AYESHA
FRANKLIN; TIFFANIE ROBERTS;
ROSEMARY McCOY; SHELIA
SINGLETON; EUNICE BARNUM;
JANINE WILLIAMS; HARAKA
CARSWELL; and DENNIS BARNUM

    Plaintiffs,                                   Case No.: 3:22-cv-493-MMH-LLL

v.

CITY OF JACKSONVILLE and
MIKE HOGAN, in his official capacity
as Duval County Supervisor of Elections,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that the City of Jacksonville and Mike Hogan, in his official capacity as Duval County Supervisor of Elections, the Defendants in the above-named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Order (Doc. 53), entered in this action on October 12, 2022, granting Plaintiffs' Motion for Preliminary Injunction (Doc. 36), and immediately enjoining Defendants from conducting

any elections using the Jacksonville City Council and Duval County School Board districts enacted in City Ordinance 2022-01-E. The Court further gave the City until November 8, 2022 to file an interim remedial plan for use in all City Council and School Board elections pending final judgment. The nature of the Order (Doc. 53) is an interlocutory order to be appealed pursuant to 28 U.S.C. §1292(a)(1). A copy of the Order (Doc. 53) is attached as Exhibit A.

Dated this 18th day of October, 2022.

Respectfully submitted,

/s/   Helen Peacock Roberson
**Jon R. Phillips**
Deputy General Counsel
Florida Bar No.: Florida Bar No.: 273813
JPhillips@coj.net, CRegister@coj.net
**Sonya Harrell**
Chief, Tort and Employment Litigation
Florida Bar No. 0042803
SonyaH@coj.net; BOsburn@coj.net
**Mary Margaret Giannini**
Assistant General Counsel
Florida Bar No. 1005572
MGiannini@coj.net; SStevison@coj.net
**Helen Peacock Roberson**
Assistant General Counsel
Florida Bar No.: 0016196
HRoberson@coj.net; CStephenson@coj.net
117 West Duval Street, Suite 480
Jacksonville, FL 32202
Phone: (904) 255-5100
Facsimile: (904) 255-5120
*Attorneys for Defendants, City of Jacksonville and Mike Hogan, in his official capacity as Duval County Supervisor of Elections*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of October, 2022, a copy of this document was filed electronically through the CM/ECF system and furnished by email to all counsel of record:

Nicholas Warren (FBN 1019018)
Caroline A. McNamara
(FBN 1038312)
ACLU FOUNDATION OF
FLORIDA, INC.
336 East College Avenue, Ste. 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

Daniel B. Tilley (FBN 102882)
ACLU FOUNDATION OF
FLORIDA, INC.
4343 West Flagler Street, Ste. 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org

Daniel J. Hessel
Ruth Greenwood
Theresa J. Lee
Nicholas Stephanopoulos
ELECTION LAW CLINIC
HARVARD LAW SCHOOL
6 Everett Street, Ste. 4105
Cambridge, MA 02138
(617) 495-5202
dhessel@law.harvard.edu
rgreenwood@law.harvard.edu
thlee@law.harvard.edu
nstephanopoulos@law.harvard.edu

Krista Dolan (FBN 1012147)
Matletha Bennette (FBN 1003257)
SOUTHERN POVERTY LAW CENTER
P.O. Box 10788
Tallahassee, FL 32301-2788
(850) 521-3000
krista.dolan@splcenter.org
matletha.bennette@splcenter.org

Bradley E. Heard*
Jack Genberg*
SOUTHERN POVERTY LAW CENTER
150 East Ponce de Leon Ave., Ste. 340
Decatur, GA 30030
(404) 521-6700
bradley.heard@splcenter.org
jack.genberg@splcenter.org

*/s/ Helen Peacock Roberson*
Attorney

3