IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACKSONVILLE BRANCH OF THE NAACP; NORTHSIDE COALITION OF JACKSONVILLE, INC.; ACLU OF FLORIDA NORTHEAST CHAPTER; FLORIDA RISING TOGETHER, INC.; MARCELLA WASHINGTON; INGRID MONTGOMERY; AYESHA FRANKLIN; TIFFANIE ROBERTS; ROSEMARY McCOY; SHELIA SINGLETON; EUNICE BARNUM; JANINE WILLIAMS; HARAKA CARSWELL; and DENNIS BARNUM,

    Plaintiffs,

v.

CITY OF JACKSONVILLE, and MIKE HOGAN, in his official capacity as Duval County Supervisor of Elections,

    Defendants.

_____/

Case No.: 3:22-cv-493-MMH-LLL

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned attorney, Mohammad O. Jazil, of Holtzman Vogel Baran Torchinsky & Josefiak PLLC, enters his appearance in this matter on behalf of Defendants City of Jacksonville and Mike Hogan, in his official capacity as Duval County Supervisor of Elections, and requests that copies of all filings and correspondence be served on him at the address listed below.

Respectfully submitted this 18th day of October, 2022,

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, Florida 32301
mjazil@holtzmanvogel.com
zbennington@holtzmanvogel.com
Telephone: (850) 270-5938
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished on this 18th day of October 2022, via the CM/ECF system.

*/s/ Mohammad O. Jazil*
Mohammad O. Jazil
*Counsel for Defendants*