| Court | Date of Admission | Good Standing |
|---|---|---|
| Supreme Court of Virginia | October 2001 | Yes |
| District of Columbia | September 10, 2007 | Yes |
| U.S. District Court – Eastern District of Arkansas | February, 2016 | Yes |
| U.S. District Court – District of Colorado | March 12, 2013 | Yes |
| U.S. District Court for the District of Columbia | September 14, 2009 | Yes |
| U.S. District Court – Northern District of Florida | June 19, 2018 | Yes |
| U.S. District Court – Eastern District of Wisconsin | October, 2002 | Yes |
| U.S. District Court – Eastern District of Michigan | February 23, 2017 | Yes |
| U.S. District Court – Western District of Michigan | June 27, 2018 | Yes |
| U.S. Court of Appeals, DC Circuit | February 24, 2012 | Yes |
| U.S. Court of Appeals 2nd Circuit | August 7, 2014 | Yes |
| U.S. Court of Appeals 4th Circuit | October 7, 2012 | Yes |
| U.S. Court of Appeals 5th Circuit | September, 2017 | Yes |
| U.S. Court of Appeals 6th Circuit | 2016 | Yes |
| U.S. Court of Appeals 7th Circuit | August 20, 2002 | Yes |
| U.S. Court of Appeals 8th Circuit | 2016 | Yes |
| U.S. Court of Appeals 9th Circuit | April 29, 2005 | Yes |
| U.S. Court of Appeals 11th Circuit | November, 2018 | Yes |
| U.S. Supreme Court | May 29, 2012 | Yes |

**Attachment A**