**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JACKSONVILLE BRANCH
OF THE NAACP, *et al.*,

*Plaintiffs*,

v.

Case No. 3:22-cv-493-MMH-LLL

CITY OF JACKSONVILLE, *et al.*,

*Defendants*.
_______________________________/

**JOINT MOTION REGARDING REMEDIAL PROCEEDINGS**

Counsel for the Parties have conferred about remedial proceedings and respectfully request that the Court enter an Order on word limits for briefing.

Plaintiffs intend to file objections to the City Council's recently passed plan. Because briefing these objections will benefit from the inclusion of images, the Parties respectfully request that the Court limit the number of words in their briefs, rather than the number of pages. Specifically, the Parties request permission to file briefs that do not exceed 10,000 words.

Respectfully submitted this 8th day of November, 2022,

*/s/ Nicholas Warren*

Nicholas Warren (FBN 1019018)
**ACLU FOUNDATION OF FLORIDA, INC.**
336 East College Avenue, Ste. 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

**OFFICE OF GENERAL COUNSEL
CITY OF JACKSONVILLE**

*/s/ Mary Margaret Giannini*
**Mary Margaret Giannini**
Assistant General Counsel
Florida Bar No. 1005572
MGiannini@coj.net; SStevison@coj.net

Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU FOUNDATION OF FLORIDA, INC.**
4343 West Flagler Street, Ste. 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org
cmcnamara@aclufl.org

Daniel J. Hessel* ‡
Ruth Greenwood*
Theresa J. Lee*
Nicholas Stephanopoulos*
**ELECTION LAW CLINIC**
**HARVARD LAW SCHOOL**
6 Everett Street, Ste. 4105
Cambridge, MA 02138
(617) 495-5202
dhessel@law.harvard.edu
rgreenwood@law.harvard.edu
thlee@law.harvard.edu
nstephanopoulos@law.harvard.edu

Krista Dolan (FBN 1012147)
Matletha Bennette (FBN 1003257)
**SOUTHERN POVERTY LAW CENTER**
P.O. Box 10788
Tallahassee, FL 32301-2788
(850) 521-3000
krista.dolan@splcenter.org
matletha.bennette@splcenter.org

Bradley E. Heard*
Jack Genberg*
**SOUTHERN POVERTY LAW CENTER**
150 East Ponce de Leon Ave., Ste. 340
Decatur, GA 30030
(404) 521-6700
bradley.heard@splcenter.org
jack.genberg@splcenter.org

*Attorneys for Plaintiffs*

**Sonya Harrell**
Chief, Tort and Employment Litigation
Florida Bar No. 0042803
SonyaH@coj.net; BOsburn@coj.net

**Helen Peacock Roberson**
Assistant General Counsel
Florida Bar No.: 0016196
HRoberson@coj.net; CStephenson@coj.net
117 West Duval Street, Suite 480
Jacksonville, FL 32202
Phone: (904) 255-5100
Facsimile: (904) 255-5120

*Attorneys for Defendants,*
*City of Jacksonville and Mike Hogan, in his official capacity as Duval County Supervisor of Elections*

* *Special admission* ‡ *Federal practice only*