**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JACKSONVILLEBRANCH
OF THE NAACP, *et al.*,

*Plaintiffs*,

Case No. 3:22-cv-493-MMH-LLL

v.

CITY OF JACKSONVILLE, *et al.*,

*Defendants*.
_____________________________________/

**JOINT MOTION REQUESTING**
**A STATUS CONFERENCE**

Counsel for the Parties have conferred and respectfully request a status conference with the Court to discuss the potential of an evidentiary hearing associated with the remedial proceedings in this action. In particular, the Parties seek the Court's direction regarding the appropriate scope of any such hearing, and of how the collection and presentation of evidence at that hearing might impact discovery conducted later in the instant litigation.

At the Court's convenience, counsel are available to discuss these matters in person, by phone, or any other manner as the Court directs. Plaintiffs' counsel respectfully note a preference for a hearing through Zoom or telephone.

Respectfully submitted on this 14th day of November, 2022.

*/s/ Daniel J. Hessel*
Nicholas Warren (FBN 1019018)
**ACLU FOUNDATION OF FLORIDA, INC.**
336 East College Avenue, Ste. 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU FOUNDATION OF FLORIDA, INC.**
4343 West Flagler Street, Ste. 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org
cmcnamara@aclufl.org

Daniel J. Hessel* ‡
Ruth Greenwood*
Theresa J. Lee*
Nicholas Stephanopoulos*
**ELECTION LAW CLINIC**
**HARVARD LAW SCHOOL**
6 Everett Street, Ste. 4105
Cambridge, MA 02138
(617) 495-5202
dhessel@law.harvard.edu
rgreenwood@law.harvard.edu
thlee@law.harvard.edu
nstephanopoulos@law.harvard.edu

Krista Dolan (FBN 1012147)
Matletha Bennette (FBN 1003257)
**SOUTHERN POVERTY LAW CENTER**
P.O. Box 10788
Tallahassee, FL 32301-2788
(850) 521-3000
krista.dolan@splcenter.org
matletha.bennette@splcenter.org

**OFFICE OF GENERAL COUNSEL**
**CITY OF JACKSONVILLE**

*/s/ Mary Margaret Giannini*
**Mary Margaret Giannini**
Assistant General Counsel
Florida Bar No. 1005572
MGiannini@coj.net; SStevison@coj.net
**Helen Peacock Roberson**
Assistant General Counsel
Florida Bar No.: 0016196
HRoberson@coj.net; CStephenson@coj.net
117 West Duval Street, Suite 480
Jacksonville, FL 32202
Phone: (904) 255-5100
Facsimile: (904) 255-5120

*Attorneys for Defendants, City of Jacksonville and Mike Hogan, in his official capacity as Duval County Supervisor of Elections*

| Bradley E. Heard*<br>Jack Genberg*<br>**SOUTHERN POVERTY LAW CENTER**<br>150 East Ponce de Leon Ave., Ste. 340<br>Decatur, GA 30030<br>(404) 521-6700<br>bradley.heard@splcenter.org<br>jack.genberg@splcenter.org<br><br>*Attorneys for Plaintiffs*<br>* *Special admission*<br>‡ *Federal practice only* | |
| --- | --- |