IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACKSONVILLE BRANCH
OF THE NAACP, *et al.*,

    *Plaintiffs*,

v.

CITY OF JACKSONVILLE, *et al.*,

    *Defendants*.

                                    /

Case No. 3:22-cv-493-MMH-LLL

## PROPOSED ORDER ESTABLISHING INTERIM REMEDIAL PLAN

    Before the Court is Defendants' proposed interim remedial plan (Ordinance 2022-800) and Plaintiffs' objections thereto. Plaintiffs also have included three alternative proposed plans (P1, P2, and P3). After reviewing Ordinance 2022-800, the Parties' evidence, briefing, and oral arguments, and the applicable caselaw, as well as Plaintiffs' proposed interim remedial plans, it is hereby ORDERED:

    1.    Plaintiffs' objections to Defendants' proposed interim remedial plan are SUSTAINED.

    2.    Plaintiffs' plan **[P1] [P2] [P3]** is approved and ADOPTED as this Court's Interim Remedial Plan.

    3.    Defendants the City of Jacksonville; Mike Hogan, in his official capacity as Duval County Supervisor of Elections; and their officers, agents, employees, and attorneys who receive actual notice of this Order by personal service or otherwise, are DIRECTED to implement the Interim Remedial Plan in Jacksonville City Council and Duval County School Board elections, beginning with the regular 2023 Council and 2024 School Board elections and until entry of a final judgment in this case.

    4.    City Council districts are paired into School Board districts as follows:

| School Board District | Council Districts |
|---|---|
| 1 | 1 and 2 |
| 2 | 3 and 13 |
| 3 | 4 and 5 |
| 4 | [P1: 8 and 7]<br>[P2: 8 and 10]<br>[P3: 8 and 10] |
| 5 | [P1: 9 and 10]<br>[P2: 7 and 9]<br>[P3: 7 and 9] |
| 6 | [P1: 12 and 14]<br>[P2: 12 and 14]<br>[P3: 12 and 14] |
| 7 | 6 and 11 |

5.  This Interim Remedial Plan shall remain in effect pending further Order of the Court.

DONE AND ORDERED in Jacksonville, Florida this ___ day of December, 2022.

_____
MARCIA MORALES HOWARD
United States District Judge