IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACKSONVILLE BRANCH
OF THE NAACP, *et al.*,

    *Plaintiffs*,

v.

CITY OF JACKSONVILLE, *et al.*,

    *Defendants*.

_____/

Case No. 3:22-cv-493-MMH-LLL

## NOTICE OF FILING CORRECTED FAIRFAX REPORT AND CORRECTED REMEDIAL BRIEF

As discussed during the November 21 status conference, *see* ECF 91, Plaintiffs give notice of filing the attached Corrected Expert Report of Anthony E. Fairfax ("Corrected Fairfax Report") and Corrected Objections to the City's Proposed Remedial Plan and Submission of Alternative Plans ("Corrected Remedial Brief"). The Corrected Fairfax Report corrects the following errors in the original Fairfax Report (ECF 89-1):

1. First, certain images of P1, P2, and P3 mistakenly assigned a single unpopulated census block to D11 instead of D3. These maps appear at pp. 29, 30, 48, 49, 50, and 100. This correction does not affect any data tables.

2. Second, one map and one data table for P1 incorrectly reflect the D2/D8 border copied from Ordinance 2022-800, rather than Plaintiffs' "adjusted and regularized" redrawn border. ECF 90 (Remedial Brief) at 40 n.16. This map and table appear at pp. 48 and 133. The printed P1 map delivered to

the Court on Friday is the *correct* version.

3. Additionally, the aesthetic formatting of maps at pp. 46–51 were inconsistent with the printed maps Plaintiffs delivered to the Court on Friday. They have been updated to reflect the consistent styling of the maps delivered to the Court.

The attached Corrected Remedial Brief replaces the following four corrected images from the Corrected Fairfax Report:

1. p. 35 – map of P1 (Fairfax Report at 48) – stray block in D3 and aesthetic changes.
2. p. 36 – map of P2 (Fairfax Report at 49) – stray block in D3 and aesthetic changes.
3. p. 39 – map of P2 and CPACs (Fairfax Report at 100) – stray block in D3.
4. p. 41 – map of P3 (Fairfax Report at 50) – stray block in D3 and aesthetic changes.

The ECF citation to the Fairfax Report on page 1 is changed from 89-1 to 92-1. There are no other changes in the Corrected Remedial Brief. The Corrected Fairfax Report does not affect any data cited or conclusions made in the Remedial Brief.

The block assignment files for P1, P2, and P3 filed with the Court and shared with Defense Counsel, and the Google Maps linked at Remedial Brief p. 34 n.13, are all correct.

Plaintiffs will promptly deliver courtesy copies of this filing (including new printed maps) to the Court.

Plaintiffs' counsel regrets the errors and apologizes for the confusion caused.

Respectfully submitted on this 22nd day of November, 2022,

 /s/ Nicholas Warren

| | |
|---|---|
| Nicholas Warren (FBN 1019018)<br>**ACLU FOUNDATION OF FLORIDA, INC.**<br>336 East College Avenue, Ste. 203<br>Tallahassee, FL 32301<br>(786) 363-1769<br>nwarren@aclufl.org | Krista Dolan (FBN 1012147)<br>Matletha Bennette (FBN 1003257)<br>**SOUTHERN POVERTY LAW CENTER**<br>P.O. Box 10788<br>Tallahassee, FL 32301-2788<br>(850) 521-3000<br>krista.dolan@splcenter.org<br>matletha.bennette@splcenter.org |
| Daniel B. Tilley (FBN 102882)<br>Caroline A. McNamara (FBN 1038312)<br>**ACLU FOUNDATION OF FLORIDA, INC.**<br>4343 West Flagler Street, Ste. 400<br>Miami, FL 33134<br>(786) 363-2714<br>dtilley@aclufl.org<br>cmcnamara@aclufl.org | Bradley E. Heard*<br>Jack Genberg*<br>**SOUTHERN POVERTY LAW CENTER**<br>150 East Ponce de Leon Ave., Ste. 340<br>Decatur, GA 30030<br>(404) 521-6700<br>bradley.heard@splcenter.org<br>jack.genberg@splcenter.org |
| Daniel J. Hessel* †<br>Ruth Greenwood*<br>Theresa J. Lee*<br>Nicholas Stephanopoulos*<br>**ELECTION LAW CLINIC**<br>**HARVARD LAW SCHOOL**<br>6 Everett Street, Ste. 4105<br>Cambridge, MA 02138<br>(617) 495-5202<br>dhessel@law.harvard.edu<br>rgreenwood@law.harvard.edu<br>thlee@law.harvard.edu<br>nstephanopoulos@law.harvard.edu | |

*Attorneys for Plaintiffs*

\* *Special admission*      † *Federal practice only*