# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JACKSONVILLE BRANCH
OF THE NAACP, *et al.*,

    *Plaintiffs*,

v.

CITY OF JACKSONVILLE, *et al.*,

    *Defendants*.

_____/

Case No. 3:22-cv-493-MMH-LLL

## PLAINTIFFS' UNOPPOSED MOTION TO SUPPLEMENT THE RECORD

Plaintiffs respectfully move to supplement the record attached to their Objections to the City's Proposed Remedial Plan and Submission of Alternative Plans ("Remedial Brief") with the two news articles attached hereto. These articles were published in the last four days and contain information regarding the interim remedial process the Court may find relevant.

| ECF No. | Description | No. of Pages |
|---|---|---|
| 93-1 | Third Declaration of Nicholas Warren | 2 |
| 93-2 | Ex. A – Andrew Pantazi, *Plaintiffs Ask Court to Reject Jacksonville City Council's Redrawn Map*, TRIBUTARY (updated Nov. 20, 2022), https://jaxtrib.org/?p=3536 [https://perma.cc/NKZ9-SPQH] | 7 |
| 93-3 | Ex. B – David Bauerlein, *Times-Union Analysis Shows Minor Shift in Black Residents from 'Racially Gerrymandered' Districts*, FLA. TIMES-UNION (Nov. 18, 2022), https://www.jacksonville.com/story/news/local/2022/11/18/10699492002/ [https://perma.cc/D7U3-SHR2] | 7 |

1

**Local Rule 3.01(g) Certification**

Plaintiffs' counsel conferred with counsel for Defendants, who do not oppose the relief requested by this motion.

Respectfully submitted this 22nd day of November, 2022,

*/s/ Nicholas Warren*

Nicholas Warren (FBN 1019018)
**ACLU FOUNDATION OF FLORIDA, INC.**
336 East College Avenue, Ste. 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU FOUNDATION OF FLORIDA, INC.**
4343 West Flagler Street, Ste. 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org
cmcnamara@aclufl.org

Daniel J. Hessel* †
Ruth Greenwood*
Theresa J. Lee*
Nicholas Stephanopoulos*
**ELECTION LAW CLINIC**
**HARVARD LAW SCHOOL**
6 Everett Street, Ste. 4105
Cambridge, MA 02138
(617) 495-5202
dhessel@law.harvard.edu
rgreenwood@law.harvard.edu
thlee@law.harvard.edu
nstephanopoulos@law.harvard.edu

Krista Dolan (FBN 1012147)
Matletha Bennette (FBN 1003257)
**SOUTHERN POVERTY LAW CENTER**
P.O. Box 10788
Tallahassee, FL 32301-2788
(850) 521-3000
krista.dolan@splcenter.org
matletha.bennette@splcenter.org

Bradley E. Heard*
Jack Genberg*
**SOUTHERN POVERTY LAW CENTER**
150 East Ponce de Leon Ave., Ste. 340
Decatur, GA 30030
(404) 521-6700
bradley.heard@splcenter.org
jack.genberg@splcenter.org

*Attorneys for Plaintiffs*

\* *Special admission* † *Federal practice only*