IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACKSONVILLE BRANCH
OF THE NAACP, *et al.*,

 *Plaintiffs*,

v.

               Case No. 3:22-cv-493-MMH-LLL

CITY OF JACKSONVILLE, *et al.*,

 *Defendants.*

_____/

**THIRD DECLARATION OF NICHOLAS WARREN**

I, Nicholas Warren, pursuant to 28 U.S.C. § 1746, hereby declare the following:

 1. I am one of the attorneys representing Plaintiffs in the above-captioned matter. I make this declaration based on my personal knowledge and in support of Plaintiffs' Objections to the City's Proposed Remedial Plan dated November 18, 2022 and Plaintiffs' Unopposed Motion to Supplement the Record dated November 22, 2022.

 2. Attached as Exhibit A is a true and correct copy of the news article: Andrew Pantazi, *Plaintiffs Ask Court to Reject Jacksonville City Council's Redrawn Map*, TRIBUTARY (updated Nov. 20, 2022), https://jaxtrib.org/?p=3536 [https://perma.cc/NKZ9-SPQH].

 3. Attached as Exhibit B is a true and correct copy of the news article: David Bauerlein, *Times-Union Analysis Shows Minor Shift in Black Residents from 'Racially Gerrymandered' Districts*, FLA. TIMES-UNION (Nov. 18, 2022),

1

https://www.jacksonville.com/story/news/local/2022/11/18/10699492002/

[https://perma.cc/D7U3-SHR2].

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 22nd day of November, 2022.

/s/ Nicholas Warren
       Nicholas Warren