IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACKSONVILLE BRANCH
OF THE NAACP, *et al.*,

   *Plaintiffs*,

v.

CITY OF JACKSONVILLE, *et al.*,

   *Defendants*.

_____/

Case No. 3:22-cv-493-MMH-LLL

## **JOINT NOTICE OF ERRATA**

Counsel for the Parties have conferred and respectfully note that there are several instances in which the transcripts of the remedial process submitted as part of ECF Nos. 70–86 reflect errors of transcription, as clarified by the video recordings.[1]

Defendants reviewed the attached errata sheet and agree that it accurately reflects corrections to errors in the transcript cites identified therein, which Plaintiffs cite in their brief. To the extent possible and necessary, the Parties will submit a similar joint notice of errata after Defendants file their brief.

---

[1] Available at https://www.coj.net/city-council/standing-committees/redistricting-special-committee.

Respectfully submitted on this 28th day of November, 2022,

| | |
|---|---|
| */s/  Daniel J. Hessel*<br><br>Nicholas Warren (FBN 1019018)<br>**ACLU FOUNDATION OF FLORIDA, INC.**<br>336 East College Avenue, Ste. 203<br>Tallahassee, FL 32301<br>(786) 363-1769<br>nwarren@aclufl.org<br><br>Daniel B. Tilley (FBN 102882)<br>Caroline A. McNamara (FBN 1038312)<br>**ACLU FOUNDATION OF FLORIDA, INC.**<br>4343 West Flagler Street, Ste. 400<br>Miami, FL 33134<br>(786) 363-2714<br>dtilley@aclufl.org<br>cmcnamara@aclufl.org<br><br>Daniel J. Hessel\*‡<br>Ruth Greenwood\*<br>Theresa J. Lee\*<br>Nicholas Stephanopoulos\*<br>**ELECTION LAW CLINIC**<br>**HARVARD LAW SCHOOL**<br>6 Everett Street, Ste. 4105<br>Cambridge, MA 02138<br>(617) 495-5202<br>dhessel@law.harvard.edu<br>rgreenwood@law.harvard.edu<br>thlee@law.harvard.edu<br>nstephanopoulos@law.harvard.edu<br><br>Krista Dolan (FBN 1012147)<br>Matletha Bennette (FBN 1003257)<br>**SOUTHERN POVERTY LAW CENTER**<br>P.O. Box 10788<br>Tallahassee, FL 32301-2788<br>(850) 521-3000<br>krista.dolan@splcenter.org<br>matletha.bennette@splcenter.org | **OFFICE OF GENERAL COUNSEL**<br>**CITY OF JACKSONVILLE**<br><br>*/s/ Mary Margaret Giannini*<br>**Mary Margaret Giannini**<br>Assistant General Counsel<br>Florida Bar No. 1005572<br>MGiannini@coj.net; SStevison@coj.net<br>**Helen Peacock Roberson**<br>Assistant General Counsel<br>Florida Bar No.: 0016196<br>HRoberson@coj.net; CStephenson@coj.net<br>117 West Duval Street, Suite 480<br>Jacksonville, FL 32202<br>Phone: (904) 255-5100<br>Facsimile: (904) 255-5120<br><br>*Attorneys for Defendants,*<br>*City of Jacksonville and Mike Hogan, in*<br>*his official capacity as Duval County*<br>*Supervisor of Elections* |

| | |
|---|---|
| Bradley E. Heard*<br>Jack Genberg*<br>**SOUTHERN POVERTY LAW CENTER**<br>150 East Ponce de Leon Ave., Ste. 340<br>Decatur, GA 30030<br>(404) 521-6700<br>bradley.heard@splcenter.org<br>jack.genberg@splcenter.org<br><br>*Attorneys for Plaintiffs*<br><br>* *Special admission*<br>‡ *Federal practice only* | |