## Jacksonville Branch of the NAACP v. City of Jacksonville
## 3:22-cv-493-MMH-LLL

## List of Corrections to November 2022 redistricting hearings that are cited in Plaintiffs' Objections brief filed 11/18/22 (ECF 90)

| Date | Page | Line | Written As | Replace With |
| --- | --- | --- | --- | --- |
| 11.1.2022 | 11 | 17 | varying | varied |
| 11.1.2022 | 12 | 2 | we will call | they call it a |
| 11.1.2022 | 12 | 9-10 | Anything that says the district, community | But anything like a minority access district, communities |
| 11.1.2022 | 20 | 9 | moving | move |
| 11.1.2022 | 20 | 19 | get the population | get some population |
| 11.1.2022 | 20 | 22 | CPAC, which is a really big community boundary | CPACs, which are really big community boundaries |
| 11.1.2022 | 20 | 25 | are more northwest and south | The core and the northwest and the north and the south |
| 11.1.2022 | 21 | 4 | What boundaries to use | What boundary should you use |
| 11.1.2022 | 21 | 5 | So it established a boundary in which people recognize and set and | So an established boundary that at least some people recognize and that is set and is |
| 11.1.2022 | 21 | 24-25 | Unlike 10, it goes around it | And why 10 comes around it |
| 11.1.2022 | 22 | 3 | Argyle Forest | Argyle Forest area down there |
| 11.1.2022 | 22 | 14 | It is based and comes | It hits the base and comes |
| 11.1.2022 | 22 | 17 | from the pivotal population number perspective | a simple population numbers perspective |
| 11.1.2022 | 22 | 24 | And then 10 is | Then you get 8 and 10 |
| 11.1.2022 | 23 | 1-2 | For the CPAC maps you find with the core | What the CPAC maps defines as the core |
| 11.1.2022 | 23 | 7-8 | Make sure you compare and (unintelligible) | Being sure not to pair anybody so they can run again |
| 11.1.2022 | 23 | 19 | neighborhoods | developments |
| 11.1.2022 | 24 | 3 | It's a little bit different than what was | This is a little bit different. In the other maps what had been an all north district |
| 11.1.2022 | 24 | 25 | Not termed out in their own seat | Not termed out is in their own seat |

1

| Date | Page | Line | Written As | Replace With |
|---|---|---|---|---|
| 11.1.2022 | 25 | 3 | Member location | Member locations |
| 11.1.2022 | 32 | 21 | aspect | access |
| 11.1.2022 | 32 | 22 | In litigation for the maps | Dealing with these four maps |
| 11.1.2022 | 33 | 10 | (unintelligible) | your clock is still held |
| 11.1.2022 | 33 | 19-20 | may go from four to three | that may go from four to three |
| 11.1.2022 | 34 | 1-2 | process of consolidating | promises of consolidation |
| 11.1.2022 | 34 | 18 | We can look at 4. Would it be possible for that Democrat to maintain? | As we look at these 4, which possible four that Democrats can maintain? |
| 11.1.2022 | 38 | 5 | collusion | conclusion |
| 11.1.2022 | 39 | 2 | keep 12 Argyle | keep 12 an R |
| 11.1.2022 | 42 | 9 | just the partial gerrymander | just a partisan gerrymander |
| 11.1.2022 | 64 | 1 | of the ones | that ran from |
| 11.1.2022 | 64 | 13-14 | With all of the logical and compact districts, this charter would work | And follow the logical and compact districts called for in the city charter, this would have worked. |
| 11.1.2022 | 68 | 7 | the other area | happens in the other area |
| 11.2.2022 | 10 | 4 | as you mentioned, the (undecipherable) | as you mentioned the pairing |
| 11.2.2022 | 12 | 4 | District 1 | District 12 |
| 11.2.2022 | 32 | 3 | incumbered | incumbent |
| 11.2.2022 | 32 | 4 | District | Districts |
| 11.2.2022 | 53 | 17-18 | So we would need to put that area into the district of the north | So the idea would be to put that area into the district to the north |
| 11.2.2022 | 75 | 4 | (undecipherable) | seats if we're using those terms based off of our past terms |
| 11.3.2022 | 9 | 4 | Voter's Act | Voting Rights Act |
| 11.3.2022 | 9 | 4 | they are | we're |
| 11.3.2022 | 57 | 16 | (unintelligible) | individuals |
| 11.3.2022 | 58 | 7 | dividing | combining |
| 11.3.2022 | 58 | 10 | I trust in | I trust in their |
| 11.3.2022 | 58 | 15-16 | don't want to draw (unintelligible) the whole community | going to draw a whole community |

| Date | Page | Line | Written As | Replace With |
|---|---|---|---|---|
| 11.3.2022 | 74 | 24 | C | a seat |
| 11.3.2022 | 75 | 2 | shade | shape |
| 11.3.2022 | 79 | 21 | can we (unintelligible) let's come up | can we get together for another 30, 40 minutes and see if we can come up |
| 11.4.2022 | 53 | 19-20 | and compactness and (undecipherable) in that | of compactness and no holes in it |
| 11.4.2022 | 53 | 21 | it. It's cut out. | it, is cut out of it. |
| 11.4.2022 | 219 | 19 | Member that | Member I think lends credence to the fact that |
| 11.4.2022 | 220 | 24-25 | Ethical and racial | Ethnoracial |
| 11.4.2022 | 220 | 25 | the | That |
| 11.4.2022 | 221 | 15 | (undecipherable) | Upheld that duty |
| 11.4.2022 | 222 | 12 | ir | it |