# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JACKSONVILLE BRANCH OF THE
NAACP; NORTHSIDE COALITION
OF JACKSONVILLE, INC.; ACLU OF
FLORIDA NORTHEAST CHAPTER;
FLORIDA RISING TOGETHER, INC.;
MARCELLA WASHINGTON;
INGRID MONTGOMERY; AYESHA
FRANKLIN; TIFFANIE ROBERTS;
ROSEMARY McCOY; SHELIA
SINGLETON; EUNICE BARNUM;
JANINE WILLIAMS; HARAKA
CARSWELL; and DENNIS BARNUM

    Plaintiffs,                                    Case No.:  3:22-cv-493-MMH-LLL

v.

CITY OF JACKSONVILLE and
MIKE HOGAN, in his official capacity
as Duval County Supervisor of Elections,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that the City of Jacksonville and Mike Hogan, in his official capacity as Duval County Supervisor of Elections, the Defendants in the above-named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Order (Doc. 101), entered in this action on December 19, 2022, sustaining Plaintiffs' Objections to the City's Proposed Remedial Plan and Submission of Alternative Plans (Doc. 90) and

adopting Plaintiffs' Remedial Plan 3 as the Court's interim remedial plan pending final judgment in this action. This Order arises from the Court's Order entered in this action on October 12, 2022 (Doc. 53), granting Plaintiff's Motion for Preliminary Injunction (Doc. 36) giving the City until November 8, 2022 to file an interim remedial plan for use in all City Council and School Board elections. The nature of the Order (Doc. 101) is an interlocutory order to be appealed pursuant to 28 U.S.C. §1292(a)(1). A copy of the Order (Doc. 101) is attached as Exhibit A.

       Dated this 23rd day of December, 2022.

Respectfully submitted,

| | |
|---|---|
| **HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK**<br><br>**Mohammad O. Jazil** (FBN 72556)<br>mjazil@holtzmanvogel.com<br>zbennington@holtzmanvogel.com<br>**Michael Beato** (FBN 1017715)<br>mbeato@holtzmanvogel.com<br>zbennington@holtzmanvogel.com<br>119 South Monroe Street, Suite 500<br>Tallahassee, FL 32301<br>(850) 270-5938<br><br>**Jason Torchinsky** (Va. BN 47481)<br>(D.C. BN 976033)<br>jtorchinsky@holtzmanvogel.com<br>HOLTZMAN VOGEL BARAN<br>TORCHINSKY & JOSEFIAK<br>15405 John Marshall Hwy<br>Haymarket, VA 20169<br>(540) 341-8808 | OFFICE OF GENERAL COUNSEL<br>CITY OF JACKSONVILLE<br><br>*/s/ Helen Peacock Roberson*<br>**Helen Peacock Roberson**<br>Assistant General Counsel<br>Florida Bar No.: 0016196<br>HRoberson@coj.net; CStephenson@coj.net<br>**Mary Margaret Giannini**<br>Assistant General Counsel<br>Florida Bar No. 1005572<br>MGiannini@coj.net; SStevison@coj.net<br>117 West Duval Street, Suite 480<br>Jacksonville, FL 32202<br>Phone: (904) 255-5100<br>Facsimile: (904) 255-5120 |

*Attorneys for Defendants, City of Jacksonville and Mike Hogan, in his official capacity as Duval County Supervisor of Elections*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of December, 2022, a copy of this document was filed electronically through the CM/ECF system which will send notification to all counsel of record.

                                                  */s/ Helen Peacock Roberson*
                                                  Attorney