**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Bryan Simpson United States Courthouse
300 North Hogan Street Suite 9-150
Jacksonville, Florida 32202
(904) 549-1900

| | |
|---|---|
| Elizabeth M. Warren | Jim Leanhart |
| Clerk of Court | Jacksonville Division Manager |

**DATE:**      December 27, 2022

**TO:**   Clerk, U.S. Court of Appeals for the Eleventh Circuit

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JACKSONVILLE BRANCH OF THE NAACP,

    Plaintiffs,

v.                                                                             Case No. 3:22-cv-493-MMH-LLL

CITY OF JACKSONVILLE and MIKE
HOGAN, in his official capacity as Duval
County Supervisor of Elections,

    Defendants.

_____

Enclosed are documents and information relating to an appeal in the above-referenced action.  Please acknowledge receipt on the enclosed copy of this letter.

- Honorable Marcia Morales Howard, United States District Judge appealed from.
- Appeal filing fee was paid.
- Notice of Appeal, judgment and/or Order appealed from.
- Court Reporter:  Kathy Healey

ELIZABETH M. WARREN, CLERK

By:    s/SW, Deputy Clerk