IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACKSONVILLE BRANCH
OF THE NAACP, *et al.*,

    *Plaintiffs*,

v.

CITY OF JACKSONVILLE, *et al.*,

    *Defendants*.

Case No. 3:22-cv-493-MMH-LLL

_____/

## PLAINTIFFS' RESPONSE TO DEFENDANTS' UNOPPOSED MOTION SEEKING WAIVER OF CANDIDATE RESIDENCY REQUIREMENTS

Plaintiffs respond briefly to Defendants' Unopposed Motion Seeking Waiver of Candidate Residency Requirements for March 2023 Elections (ECF 104) to note that they do not oppose waiving the residency requirement only to the extent it applies to candidates running for the fourteen districted Council seats. Waiving the requirement that candidates for the five at-large seats live in their respective at-large residency areas would not be necessary since the at-large residency area map is not at issue in this case. Plaintiffs respectfully suggest, therefore, that any order granting Defendants' motion only apply to candidates for the fourteen districted seats.

Respectfully submitted this 28th day of December, 2022,

*/s/ Nicholas Warren*

Nicholas Warren (FBN 1019018)
**ACLU FOUNDATION OF FLORIDA, INC.**
336 East College Avenue, Ste. 203
Tallahassee, FL 32301

Krista Dolan (FBN 1012147)
Matletha Bennette (FBN 1003257)
**SOUTHERN POVERTY LAW CENTER**
P.O. Box 10788

(786) 363-1769
nwarren@aclufl.org

Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU FOUNDATION OF FLORIDA, INC.**
4343 West Flagler Street, Ste. 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org
cmcnamara@aclufl.org

Daniel J. Hessel* †
Ruth Greenwood*
Theresa J. Lee*
Nicholas Stephanopoulos*
**ELECTION LAW CLINIC**
**HARVARD LAW SCHOOL**
6 Everett Street, Ste. 4105
Cambridge, MA 02138
(617) 495-5202
dhessel@law.harvard.edu
rgreenwood@law.harvard.edu
thlee@law.harvard.edu
nstephanopoulos@law.harvard.edu

Tallahassee, FL 32301-2788
(850) 521-3000
krista.dolan@splcenter.org
matletha.bennette@splcenter.org

Bradley E. Heard*
Jack Genberg*
**SOUTHERN POVERTY LAW CENTER**
150 East Ponce de Leon Ave., Ste. 340
Decatur, GA 30030
(404) 521-6700
bradley.heard@splcenter.org
jack.genberg@splcenter.org

*Attorneys for Plaintiffs*

\* *Special admission*    † *Federal practice only*