IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACKSONVILLE
BRANCH OF THE
NAACP, et al.,

      Plaintiffs,

                              Case No. 3:22-cv-493-MMH-LLL

v.

CITY OF JACKSONVILLE, et al.,

      Defendants.

_____ /

**DEFENDANTS' UNOPPOSED SUPPLEMENT
TO MOTION SEEKING WAIVER OF CANDIDATE RESIDENCY
REQUIREMENTS FOR MARCH 2023 ELECTIONS**

Defendants, City of Jacksonville, and Mike Hogan, in his official capacity as Duval County Supervisor of Elections, file this unopposed Supplement to its Motion Seeking Waiver of Candidate Residency Requirements for March 2023 Elections filed on December 28, 2022 (the "Motion"; Doc. 104). Defendants seek to clarify that they are respectfully requesting the Court to waive the Jacksonville Charter 183-day residency requirement for individuals seeking to qualify as candidates in districts 2, 3, 7, 8, 9, 10, 11, 12 and 14 for the March 2023 election, and instead require residency to be established as of the date of qualification. *See* § 5.04, CHARTER. In accord with Plaintiffs' response filed

1

on December 28, 2022 (Doc. 105), Defendants do not seek a waiver of the residency requirement for individuals seeking to qualify as candidates in the at large districts. Likewise, Defendants do not seek a waiver of the residency requirement for individuals seeking to qualify as candidates in those districts whose boundaries have not changed as a result of this ongoing litigation.

With this clarification, and for the reasons laid out in the Defendants' prior Motion, Defendants therefore respectfully request the Court to waive the 183-day residency requirement laid out in section 5.04 of the Jacksonville Charter for those candidates in districts 2, 3, 7, 8, 9, 10, 11, 12 and 14 for the March 2023 election, who otherwise qualify so long as the candidate resides in the district at the time of his or her qualification.

Respectfully submitted,

| HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK | OFFICE OF GENERAL COUNSEL CITY OF JACKSONVILLE |
|---|---|
| **Mohammad O. Jazil** (FBN 72556) mjazil@holtzmanvogel.com zbennington@holtzmanvogel.com **Michael Beato** (FBN 1017715) mbeato@holtzmanvogel.com zbennington@holtzmanvogel.com 119 South Monroe Street, Suite 500 Tallahassee, FL 32301 (850) 270-5938 **Jason Torchinsky** (Va. BN 47481) (D.C. BN 976033) jtorchinsky@holtzmanvogel.com | ***/s/ Mary Margaret Giannini*** **Mary Margaret Giannini** Assistant General Counsel Florida Bar No. 1005572 MGiannini@coj.net; SStevison@coj.net **Helen Peacock Roberson** Assistant General Counsel Florida Bar No.: 0016196 HRoberson@coj.net; CStephenson@coj.net 117 West Duval Street, Suite 480 |

| | |
|---|---|
| HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK<br>15405 John Marshall Hwy<br>Haymarket, VA 20169<br>(540) 341-8808 | Jacksonville, FL 32202<br>Phone: (904) 255-5100<br>Facsimile: (904) 255-5120 |

*Attorneys for Defendants, City of Jacksonville and Mike Hogan, in his official capacity as Duval County Supervisor of Elections*

## Local Rule 3.01(g) Certification

Defendants' Counsel has conferred with Plaintiffs' Counsel, who are unopposed to the instant Motion.

*/s/ Mary Margaret Giannini*
*Counsel for Defendants*