## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

JACKSONVILLE BRANCH OF THE NAAACP, ET AL.,

    Plaintiffs,

v.                                                                    Case No. 3:22-CV-493-MMH-LLL

CITY OF JACKSONVILLE, *ET AL.*,

    Defendants.

_____

### Amended Uniform Case Management Report[*]

The goal of this case management report is to "secure the just, speedy, and inexpensive determination of" the action. *See* Fed. R. Civ. P. 1. Under Local Rule 3.02(a)(2), this case management report should be used in all civil cases except those described in Local Rule 3.02(d). Individual judges may have additional case management preferences that can be found under each judge's name on the Court's website, flmd.uscourts.gov/judges/all.

**1. Date and Attendees**

> The parties may conduct the planning conference "in person, by telephone, or by comparable means[.]" *See* Local Rule 3.02(a)(1).

The parties conducted the planning conference on 6/21/2022. Daniel Hessel, Jack Genberg, Helen Peacock Roberson, Sonya Harrell, and Mary Margaret Giannini attended the conference.

---

[*] The parties submitted an initial case management report on July 1, 2022 (ECF No. 23). On July 8, 2022, the Court deferred entry of a case management and scheduling order until resolution of the Plaintiffs' preliminary injunction motion. *See* ECF No. 26. Following the conclusion of the preliminary injunction proceedings in this Court, the parties conferred on January 13, 2023, and agreed to this amended case management report, which they submit for the Court's review.

This amended report differs from the initial report only in the deadlines and dates submitted in Part 2. Deadlines up to and including the dispositive motion deadline have been extended by about 45 days. The trial term has been extended by one month.

2. **Deadlines and Dates**

The parties request these deadlines and dates:

| Action or Event | Date |
|---|---|
| Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1). | Completed |
| Deadline for moving to join a party, *see* Fed. R. Civ. P. 14, 19, and 20, or amend the pleadings, *see* Fed. R. Civ. P. 15(a). | 3/17/2023 |
| Plaintiff's deadline for disclosing any expert report. *See* Fed. R. Civ. P. 26(a)(2). | 5/1/2023 |
| Defendant's deadline for disclosing any expert report. | 5/1/2023 |
| Deadline for disclosing any rebuttal expert report. | 5/30/2023 |
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2021). | 8/14/2023 |
| Deadline for moving for class certification, if applicable. *See* Fed. R. Civ. P. 23(c). | n/a |
| Deadline for participating in mediation. *See* Local Rules, ch. 4. | 9/8/2023 |
| Deadline for filing any dispositive and *Daubert* motion. *See* Fed. R. Civ. P. 56. (Must be at least five months before requested trial date.) | 9/14/2023 |
| Date of the final pretrial meeting. *See* Local Rule 3.06(a). | 11/14/2023 |
| Deadline for filing the joint final pretrial statement, any motion in limine, proposed jury instructions, and verdict form. *See* Local Rule 3.06(b). (Must be at least seven days before the final pretrial conference.) | 11/21/2023 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); Local Rule 3.06(b). | 12/5/2023 |
| Month and year of the trial term. | 1/2/2024 |

The trial will last approximately 5 days and be

☐ jury.
☒ non-jury.

3. **Description of the Action**

PLAINTIFFS CHALLENGE SEVEN CITY COUNCIL DISTRICTS AND THREE SCHOOL BOARD DISTRICTS AS RACIALLY GERRYMANDERED IN VIOLATION OF THE FOURTEENTH AMENDMENT. PLAINTIFFS ALLEGE THAT RACE PREDOMINATED IN THE DRAWING OF THESE DISTRICTS IN A WAY THAT WAS NOT NARROWLY TAILORED TO ACHIEVE A COMPELLING GOVERNMENT INTEREST. PLAINTIFFS ALSO ALLEGE THAT THE CITY COUNCIL DISTRICTS ARE ILLOGICAL AND/OR NON-COMPACT IN VIOLATION OF THE JACKSONVILLE CITY CHARTER.

4. **Disclosure Statement**

☒ The parties have filed their disclosure statement as required by Federal Rule of Civil Procedure 7.1 and Local Rule 3.03.

5. **Related Action**

☒ The parties acknowledge their continuing duty under Local Rule 1.07(c) to notify the judge of a related action pending in the Middle District or elsewhere by filing a "Notice of a Related Action." No notice need be filed if there are no related actions as defined by the rule.

6. **Consent to a Magistrate Judge**

> "A United States magistrate judge in the Middle District can exercise the maximum authority and perform any duty permitted by the Constitution and other laws of the United States." Local Rule 1.02(a). With the parties' consent, a district judge can refer any civil matter to a magistrate judge for any or all proceedings, including a non-jury or jury trial. 28 U.S.C. § 636(c).
>
> The Court asks the parties and counsel to consider the benefits to the parties and the Court of consenting to proceed before a magistrate judge. Consent can provide the parties certainty and flexibility in scheduling. Consent is voluntary, and a party for any reason can decide not to consent and continue before the district judge without adverse consequences. *See* Fed. R. Civ. P. 73(b)(2).

☐ The parties do consent and file with this case management report a completed Form AO 85 "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," which is available on the Court's website under "Forms."

☒ The parties do not consent.

7. **Preliminary Pretrial Conference**

    ☒ The parties do not request a preliminary pretrial conference before the Court enters a scheduling order.

    ☐ The parties do request a preliminary pretrial conference, and the parties want to discuss enter discussion points.

8. **Discovery Practice**

    > The parties should read the Middle District Discovery Handbook, available on the Court's website at flmd.uscourts.gov/civil-discovery-handbook, to understand discovery practice in this District.

    ☒ The parties confirm they will comply with their duty to confer with the opposing party in a good faith effort to resolve any discovery dispute before filing a motion. *See* Local Rule 3.01(g); *Middle District Discovery* (2021) at § I.A.2.

9. **Discovery Plan**

    The parties submit the following discovery plan under Rule 26(f)(2):

    A. The parties agree to the timing, form, or requirement for disclosures under Rule 26(a):

       ☒ Yes.
       ☐ No; instead, the parties agree to these changes: enter changes.

    B. Discovery may be needed on these subjects: the factors that predominated in the design of the Challenged Districts; the justification for race as a factor; expert discovery.

    C. Discovery should be conducted in phases:

       ☒ No.
       ☐ Yes; describe the suggested phases.

    D. Are there issues about disclosure, discovery, or preservation of electronically stored information?

       ☒ No.

☐ Yes; describe the issue(s).

E. ☒ The parties have considered privilege and work-product issues, including whether to ask the Court to include any agreement in an order under Federal Rule of Evidence 502(d).

F. The parties stipulate to changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure and Local Rule 3.04 or other limitations:

☒ No.
☐ Yes; describe the stipulation.

## 10. Request for Special Handling

☒ The parties do not request special handling.

☐ The parties request special handling. Specifically, describe requested special handling.

☐ Enter party's name unilaterally requests special handling. Specifically, describe requested special handling.

## 11. Certification of familiarity with the Local Rules

☒ The parties certify that they have read and are familiar with the Court's Local Rules.

## 12. Signatures

*/s/ Nicholas Warren*  
Nicholas Warren  
Counsel for Plaintiffs  
1/17/2023

*/s/ Helen Peacock Roberson*  
Helen Peacock Roberson  
Counsel for Defendants  
1/17/2023

*/s/ Daniel J. Hessel*  
Daniel J. Hessel  
Counsel for Plaintiffs  
1/17/2023

*/s/ Mary Margaret Giannini*  
Mary Margaret Giannini  
Counsel for Defendants  
1/17/2023

| | |
|---|---|
| */s/ Jack Genberg* | */s/ Jason Teal* |
| Jack Genberg | Jason Teal |
| Counsel for Plaintiffs | Counsel for Defendants |
| 1/17/2023 | 1/17/2023 |