IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACKSONVILLE BRANCH
OF THE NAACP, *et al.*,

    *Plaintiffs*,

v.

CITY OF JACKSONVILLE, *et al.*,

    *Defendants*.

_____/

Case No. 3:22-cv-493-MMH-LLL

## PLAINTIFFS' UNOPPOSED MOTION TO EXTEND AND TO HOLD IN ABEYANCE BRIEFING AND RELATED MATTERS OF ATTORNEYS' FEES

Plaintiffs respectfully request that the Court grant an extension and hold in abeyance briefing and related matters of attorneys' fees incurred on appeal. In support, Plaintiffs state as follows:

1. On October 12, 2022, the Court granted Plaintiffs' motion for a preliminary injunction and enjoined Defendants from using the Jacksonville City Council and Duval County School Board districts enacted in Ordinance 2022-01-E. (ECF 53).

2. Defendants appealed the Court's decision to the Eleventh Circuit Court of Appeals (ECF 54) and moved this Court for a stay pending appeal (ECF 57). This Court denied that motion. (ECF 62).

3. Defendants sought an emergency stay of the injunction in the Eleventh Circuit, which the Eleventh Circuit denied. Order, Doc. 31, *Jacksonville Branch of the*

*NAACP v. City of Jacksonville*, No. 22-13544 (11th Cir. Nov. 7, 2022) (hereinafter "Appellate Docket").

4. On January 9, 2023, Defendants moved to voluntarily dismiss their appeal of this Court's October 12 Order. (Doc. 40, Appellate Docket). The Eleventh Circuit granted the motion on January 12, 2023. (Doc. 41, Appellate Docket; ECF 110).

5. Pursuant to 11th Cir. R. 39-2(d), Plaintiffs filed a timely motion in the Eleventh Circuit to transfer consideration of attorneys' fees on appeal to this Court. (Doc. 42, Appellate Docket).

6. On February 14, 2023, the Eleventh Circuit transferred consideration of attorneys' fees on appeal to this Court. (Doc. 46, Appellate Docket).

7. Plaintiffs now respectfully ask this Court to extend and hold in abeyance all briefing deadlines and related matters regarding Plaintiffs' entitlement to fees on appeal until after entry of final judgment in this case.

8. Granting this motion is in the interest of judicial economy. If they prevail in this case, Plaintiffs expect to move for attorneys' fees pursuant to 42 U.S.C. § 1988. Holding briefing and consideration of fees in abeyance will allow the Parties to engage in one round of briefing or one round of settlement discussions regarding fees.

### LOCAL RULE 3.01(g) CERTIFICATION

Plaintiffs' counsel conferred with counsel for Defendants, who do not oppose the relief requested by this motion.

Respectfully submitted this 16th day of February, 2023,

*/s/ Daniel J. Hessel*

Nicholas Warren (FBN 1019018)
**ACLU FOUNDATION OF FLORIDA, INC.**
336 East College Avenue, Ste. 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU FOUNDATION OF FLORIDA, INC.**
4343 West Flagler Street, Ste. 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org

Daniel J. Hessel\* †
Ruth Greenwood\*
Theresa J. Lee\*
Nicholas Stephanopoulos\*
**ELECTION LAW CLINIC**
**HARVARD LAW SCHOOL**
6 Everett Street, Ste. 4105
Cambridge, MA 02138
(617) 495-5202
dhessel@law.harvard.edu
rgreenwood@law.harvard.edu
thlee@law.harvard.edu
nstephanopoulos@law.harvard.edu

Krista Dolan (FBN 1012147)
Matletha Bennette (FBN 1003257)
**SOUTHERN POVERTY LAW CENTER**
P.O. Box 10788
Tallahassee, FL 32301-2788
(850) 521-3000
krista.dolan@splcenter.org
matletha.bennette@splcenter.org

Bradley E. Heard\*
Jack Genberg\*
**SOUTHERN POVERTY LAW CENTER**
150 East Ponce de Leon Ave., Ste. 340
Decatur, GA 30030
(404) 521-6700
bradley.heard@splcenter.org
jack.genberg@splcenter.org

*Attorneys for Plaintiffs*

\* *Special admission*   † *Federal practice only*

3