IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACKSONVILLE BRANCH
OF THE NAACP, *et al.*,

    *Plaintiffs*,

v.

CITY OF JACKSONVILLE, *et al.*,

    *Defendants*.

_____/

Case No. 3:22-cv-493-MMH-LLL

### UNOPPOSED MOTION TO WITHDRAW REPRESENTATION

The undersigned attorneys move the Court to withdraw as counsel for Plaintiff Haraka Carswell and state in support:

1. On April 18, 2022, Ms. Carswell retained the undersigned attorneys to represent her in the above-captioned case.

2. In recent months, there has been a breakdown in communication between Ms. Carswell and the undersigned attorneys.

3. The undersigned attorneys have attempted to contact Ms. Carswell through various methods. The undersigned attorneys have repeatedly emailed Ms. Carswell at the email address she had provided and that had previously been used to communicate with her. The undersigned attorneys have also repeatedly called the phone number Ms. Carswell had previously provided and which had previously been used to communicate with her. Attorneys have left voice mails at that number and have sent text messages to it.

1

4.  On January 31, 2023, after repeated unsuccessful attempts to contact Ms. Carswell, the undersigned attorneys contacted Ms. Carswell to indicate that they would move to withdraw representation of her if she continued to be non-responsive. Specifically, the attorneys noted that, if they did not hear from her by February 15, 2023, they would move to withdraw representation of her.

5.  The undersigned attorneys emailed the message described in paragraph 4 to Ms. Carswell at the email address she had previously provided and sent a physical copy of the message to her home address. They left a physical copy of the letter taped to her door. Finally, they sent a version of the message described in paragraph 4 to an active Facebook account associated with Ms. Carswell.

6.  The undersigned attorneys also worked with a private investigator to identify possible alternate email addresses and phone numbers for Ms. Carswell. They emailed a copy of the message described in paragraph 4 to those email addresses, and left voice mails at those phone numbers.

7.  The undersigned attorneys believe they have exhausted all reasonable options to reach Ms. Carswell and now seek to withdraw their representation of her.

8.  Grounds for withdrawal exist under Rule 4-1.16(b)(3), Florida Rules of Professional Conduct.

9.  If the Court grants the instant motion, the undersigned attorneys will provide Ms. Carswell's email address, mailing address, and phone number to the Clerk, so she can receive communications from the Court while proceeding *pro se*. *See* Local Rule 3.10.

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned counsel conferred with counsel for Defendants, who do not oppose the relief requested by this motion.

Respectfully submitted this 21st day of February, 2023,

*/s/ Daniel J. Hessel*

Nicholas Warren (FBN 1019018)
**ACLU FOUNDATION OF FLORIDA, INC.**
336 East College Avenue, Ste. 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU FOUNDATION OF FLORIDA, INC.**
4343 West Flagler Street, Ste. 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org

Daniel J. Hessel* †
Ruth Greenwood*
Theresa J. Lee*
Nicholas Stephanopoulos*
**ELECTION LAW CLINIC**
**HARVARD LAW SCHOOL**
6 Everett Street, Ste. 4105
Cambridge, MA 02138
(617) 495-5202
dhessel@law.harvard.edu
rgreenwood@law.harvard.edu
thlee@law.harvard.edu
nstephanopoulos@law.harvard.edu

Krista Dolan (FBN 1012147)
Matletha Bennette (FBN 1003257)
**SOUTHERN POVERTY LAW CENTER**
P.O. Box 10788
Tallahassee, FL 32301-2788
(850) 521-3000
krista.dolan@splcenter.org
matletha.bennette@splcenter.org

Bradley E. Heard*
Jack Genberg*
**SOUTHERN POVERTY LAW CENTER**
150 East Ponce de Leon Ave., Ste. 340
Decatur, GA 30030
(404) 521-6700
bradley.heard@splcenter.org
jack.genberg@splcenter.org

*Attorneys for Plaintiffs*

\* *Special admission*   † *Federal practice only*