United States District Court
Middle District of Florida
Jacksonville Division

**JACKSONVILLE BRANCH OF THE NAACP, ET AL.,**

    Plaintiffs,

v.                                    NO. 3:22-cv-493-MMH-LLL

**CITY OF JACKSONVILLE AND MIKE HOGAN, IN HIS OFFICIAL CAPACITY AS DUVAL COUNTY SUPERVISOR OF ELECTIONS,**

    **Defendants.**

_____

## Order

Before the Court is Plaintiffs' Unopposed Motion to Extend and to Hold in Abeyance Briefing and Related Matters of Attorneys' Fees, doc. 113, in which plaintiffs request the Court hold in abeyance briefing deadlines and related matters on appeal regarding plaintiffs' entitlement to attorneys' fees until after entry of final judgment in this case; the request is unopposed. *Id.* at 2.

Finding good cause, the Court **grants** the motion, doc. 113. All briefing deadlines, as outlined in Local Rule 7.01, and related matters on appeal regarding plaintiffs' entitlement to fees are stayed until entry of final judgment on this case. After entry of the final judgment, plaintiffs shall comply with the timelines and directives outlined in the Local Rules.

**Ordered** in Jacksonville, Florida, on February 23, 2023.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
Nicholas Warren, Esquire
Bradley E. Heard, Esquire
Caroline Andrews McNamara, Esquire
Daniel Hessel, Esquire
Daniel B. Tilley, Esquire
Jack Genberg, Esquire
Krista Ann Dolan, Esquire
Matletha Bennette, Esquire
Nicholas Stephanopoulos, Esquire
Ruth M. Greenwood, Esquire
Theresa J. Lee, Esquire
Helen Peacock Roberson, Esquire
Jason Brett Torchinsky, Esquire
Jon Robert Phillips, Esquire
Mary Margaret Giannini, Esquire
Sonya Harrell, Esquire
Mohammad O. Jazil, Esquire
Jason R. Teal, Esquire
Michael Beato, Esquire