United States District Court
Middle District of Florida
Jacksonville Division

**JACKSONVILLE BRANCH OF THE
NAACP, ET AL.**,

    Plaintiffs,

v.                                                        NO. 3:22-cv-493-MMH-LLL

**CITY OF JACKSONVILLE AND
MIKE HOGAN, IN HIS OFFICIAL
CAPACITY AS DUVAL COUNTY
SUPERVISOR OF ELECTIONS**,

    **Defendants.**
_____

### Order Granting Motion to Withdraw

The Unopposed Motion to Withdraw Representation, doc. 115, as supplemented by doc. 117, is **granted**. Plaintiff Haraka Carswell's counsel are permitted to withdraw. **On or before March 23, 2023**, Ms. Carswell shall file a notice with the Court indicating whether she intends to proceed pro se or to retain new counsel.

**Ordered** in Jacksonville, Florida, on February 23, 2023.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
Nicholas Warren, Esquire
Bradley E. Heard, Esquire
Caroline Andrews McNamara, Esquire
Daniel Hessel, Esquire
Daniel B. Tilley, Esquire
Jack Genberg, Esquire
Krista Ann Dolan, Esquire
Matletha Bennette, Esquire
Nicholas Stephanopoulos, Esquire
Ruth M. Greenwood, Esquire
Theresa J. Lee, Esquire
Helen Peacock Roberson, Esquire
Jason Torchinsky, Esquire
Jon Robert Phillips, Esquire
Mary Margaret Giannini, Esquire
Sonya Harrell, Esquire
Mohammad O. Jazil, Esquire
Haraka Carswell
    harakajenkins@gmail.com
    7777 Normandy Blvd., Apt. 215
    Jacksonville, FL 32221

2