IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACKSONVILLE BRANCH
OF THE NAACP, *et al.*,

    *Plaintiffs*,

v.

CITY OF JACKSONVILLE, *et al.*,

    *Defendants*.

                             /

Case No. 3:22-cv-493-MMH-LLL

**NOTICE REGARDING COMMUNICATION WITH HARAKA CARSWELL**

    The undersigned counsel file this notice to advise the Court of communication received from Plaintiff Haraka Carswell. After being unable to reach Ms. Carswell for many months, the undersigned counsel moved to withdraw their representation of Ms. Carswell, ECF 115. This Court granted that motion on February 23, 2023, and ordered Ms. Carswell to advise the Court by March 23, 2023, whether she intended to find new counsel or proceed *pro se*, ECF 119.

    Earlier today, Ms. Carswell sent a text message to attorney Daniel Hessel asking to be removed from the case entirely: "[T]his Is Haraka Carswell sorry for the delay… I ask to be remove[d] from the case.. I do apologize if I wasn't clear…"

    Because the undersigned no longer represent Ms. Carswell, they are unable to file any motion dismissing her claims, but want to alert the Court of her communication.

    Respectfully submitted this 1st day of March, 2023,

*/s/ Daniel J. Hessel*

Nicholas Warren (FBN 1019018)
**ACLU FOUNDATION OF FLORIDA, INC.**
336 East College Avenue, Ste. 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU FOUNDATION OF FLORIDA, INC.**
4343 West Flagler Street, Ste. 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org

Daniel J. Hessel* †
Ruth Greenwood*
Theresa J. Lee*
Nicholas Stephanopoulos*
**ELECTION LAW CLINIC**
**HARVARD LAW SCHOOL**
6 Everett Street, Ste. 4105
Cambridge, MA 02138
(617) 495-5202
dhessel@law.harvard.edu
rgreenwood@law.harvard.edu
thlee@law.harvard.edu
nstephanopoulos@law.harvard.edu

Krista Dolan (FBN 1012147)
Matletha Bennette (FBN 1003257)
**SOUTHERN POVERTY LAW CENTER**
P.O. Box 10788
Tallahassee, FL 32301-2788
(850) 521-3000
krista.dolan@splcenter.org
matletha.bennette@splcenter.org

Bradley E. Heard*
Jack Genberg*
**SOUTHERN POVERTY LAW CENTER**
150 East Ponce de Leon Ave., Ste. 340
Decatur, GA 30030
(404) 521-6700
bradley.heard@splcenter.org
jack.genberg@splcenter.org

*Attorneys for Plaintiffs*

* *Special admission*     † *Federal practice only*