# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

JACKSONVILLE BRANCH
OF THE NAACP, et al.,

        Plaintiffs,

                              Case No. 3:22-cv-493-MMH-LLL

vs.

CITY OF JACKSONVILLE, et al.,

        Defendants.

_____/

## O R D E R   T O   S H O W   C A U S E

    **THIS CAUSE** is before the Court <u>sua</u> <u>sponte</u>.   On March 1, 2023, Daniel Hessel, former counsel for Plaintiff Haraka Carswell in this matter, filed a notice advising the Court that Ms. Carswell notified him that she wishes to be removed from this case.   <u>See</u> Notice Regarding Communication With Haraka Carswell (Dkt. No. 120).   Accordingly, it is

    **ORDERED:**

Defendants are directed to show cause by a written response filed on or before **March 22, 2023**, why the claims of Plaintiff Haraka Carswell should not be dismissed without prejudice from this matter.

**DONE AND ORDERED** in Jacksonville, Florida this 3rd day of March, 2023.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record

Haraka Carswell
7777 Normandy Boulevard
Apartment 215
Jacksonville, FL 32221