IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACKSONVILLE BRANCH
OF THE NAACP, *et al.*,

    *Plaintiffs*,

v.

CITY OF JACKSONVILLE, *et al.*,

    *Defendants*.

_____/

Case No. 3:22-cv-493-MMH-LLL

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO AMEND THE PLEADINGS

Plaintiffs respectfully move the Court for an extension of time to amend the pleadings until April 17, 2023. On January 18, 2023, this Court entered a scheduling order, ECF 109, that set March 17, 2023, as the deadline to join a party or amend the pleadings. In recent weeks, the Parties have engaged in ongoing discussions regarding how best to proceed in this case and whether any issues can be resolved independently of the Court.

Granting Plaintiffs' motion would allow the Parties to continue these discussions, which might affect the need for, or the content of, any amended complaint. It would also allow the Plaintiffs to file any amendment after the Court has decided whether to dismiss *pro se* Plaintiff Haraka Carswell from the case, *see* ECF 119, 120, 121, which would simplify any amended complaint.

1

For the foregoing reasons, Plaintiffs request that the deadline to join parties or amend the pleadings be extended until April 17, 2023.

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned counsel conferred with counsel for Defendants, who do not oppose the relief requested by this motion.

Respectfully submitted this 10th day of March, 2023,

*/s/ Daniel J. Hessel*

Nicholas Warren (FBN 1019018)
**ACLU FOUNDATION OF FLORIDA, INC.**
336 East College Avenue, Ste. 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU FOUNDATION OF FLORIDA, INC.**
4343 West Flagler Street, Ste. 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org

Daniel J. Hessel* †
Ruth Greenwood*
Theresa J. Lee*
Nicholas Stephanopoulos*
**ELECTION LAW CLINIC**
**HARVARD LAW SCHOOL**
6 Everett Street, Ste. 4105
Cambridge, MA 02138
(617) 495-5202
dhessel@law.harvard.edu
rgreenwood@law.harvard.edu
thlee@law.harvard.edu
nstephanopoulos@law.harvard.edu

Krista Dolan (FBN 1012147)
Matletha Bennette (FBN 1003257)
**SOUTHERN POVERTY LAW CENTER**
P.O. Box 10788
Tallahassee, FL 32301-2788
(850) 521-3000
krista.dolan@splcenter.org
matletha.bennette@splcenter.org

Bradley E. Heard*
Jack Genberg*
**SOUTHERN POVERTY LAW CENTER**
150 East Ponce de Leon Ave., Ste. 340
Decatur, GA 30030
(404) 521-6700
bradley.heard@splcenter.org
jack.genberg@splcenter.org

2

*Attorneys for Plaintiffs*

\* *Special admission*   † *Federal practice only*