UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACKSONVILLE BRANCH
OF THE NAACP, et al.,

    Plaintiffs,

vs.                                      Case No. 3:22-cv-493-MMH-LLL

CITY OF JACKSONVILLE, et al.,

    Defendants.

_____/

**ORDER**

**THIS CAUSE** is before the Court sua sponte. On March 1, 2023, Daniel Hessel, former counsel for Plaintiff Haraka Carswell in this matter, filed a notice advising the Court that Ms. Carswell notified him that she wishes to be removed from this case. See Notice Regarding Communication With Haraka Carswell (Dkt. No. 120; Notice). In light of the Notice, on March 3, 2023, this Court entered an Order directing Defendants to show cause why the claims of Plaintiff Haraka Carswell should not be dismissed without prejudice. See Order to Show Cause (Dkt. No. 121). On March 22, 2023, Defendants filed a response advising the Court that they have no cause to show why Plaintiff

Carswell should not be dismissed without prejudice. See Defendants' Response to Court's Order to Show Cause (Dkt. No. 124). Accordingly, it is

**ORDERED:**

1. The claims raised by Plaintiff Haraka Carswell are **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to terminate this Plaintiff from the Court docket.

**DONE AND ORDERED** in Jacksonville, Florida this 24th day of March, 2023.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

Haraka Carswell
7777 Normandy Boulevard
Apartment 215
Jacksonville, FL 32221