IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACKSONVILLE BRANCH
OF THE NAACP, *et al.*,

     *Plaintiffs*,

                                       Case No. 3:22-cv-493-MMH-LLL

v.

CITY OF JACKSONVILLE, *et al.*,

     *Defendants*.

                             /

## JOINT MOTION TO HOLD CASE IN ABEYANCE

Counsel for the Parties have conferred, and the Parties jointly move the Court to hold this case and all deadlines in abeyance. At present, the next deadline in the case is the deadline to amend pleadings or join parties by April 17, 2023. *See* ECF 109, 123.

The Parties are close to finalizing a settlement agreement, which should resolve nearly all issues in this case. The Parties, through counsel, need additional time to confirm the settlement terms, and further time is necessary for the City Council to convene and vote on the agreement. The Parties then intend to seek this Court's approval of the settlement agreement. However, the Parties anticipate that they will complete these tasks after passage of Plaintiffs' pending deadline of April 17, 2023, to amend their pleadings or join additional parties. As such, the Parties jointly request the Court to enter an order holding this case and all current deadlines in abeyance.

**MEMORANDUM OF LAW**

District Courts have the inherent authority to manage their own dockets to ensure "the orderly and expeditious disposition of [their] cases." *Equity Lifestyle Prop., Inc. v. Fla. Mowing & Landscape Servs., Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2009) (citation and internal quotation marks omitted).  This inherent authority includes the ability to set deadlines on matters pending before the Court.  *Smith v. Psychiatric Solutions, Inc.*, 750 F.3d 1253, 1262 (11th Cir. 2014).  Here, by granting the Parties' Joint Motion to hold this matter in abeyance, the Court will allow the Parties to diligently work toward finalizing their settlement agreement without the Parties having to move for additional deadline extensions.

Accordingly, the Parties jointly and respectfully request that the Court enter an order holding in abeyance this case and all current deadlines.

Respectfully submitted this 30th day of March, 2023,

| | |
|---|---|
| */s/ Daniel J. Hessel* | **OFFICE OF GENERAL COUNSEL CITY OF JACKSONVILLE** |
| Nicholas Warren (FBN 1019018) **ACLU FOUNDATION OF FLORIDA, INC.** 336 East College Avenue, Ste. 203 Tallahassee, FL 32301 (786) 363-1769 nwarren@aclufl.org | */s/ Mary Margaret Giannini* **Mary Margaret Giannini** Assistant General Counsel Florida Bar No. 1005572 MGiannini@coj.net; SStevison@coj.net **Helen Peacock Roberson** Assistant General Counsel Florida Bar No.: 0016196 HRoberson@coj.net; Stephenson@coj.net 117 West Duval Street, Suite 480 Jacksonville, FL 32202 Phone: (904) 255-5100 |
| Daniel B. Tilley (FBN 102882) Caroline A. McNamara (FBN 1038312) **ACLU FOUNDATION OF FLORIDA, INC.** 4343 West Flagler Street, Ste. 400 Miami, FL 33134 (786) 363-2714 dtilley@aclufl.org | |

| | |
|---|---|
| cmcnamara@aclufl.org<br><br>Daniel J. Hessel*‡<br>Ruth Greenwood*<br>Theresa J. Lee*<br>Nicholas Stephanopoulos*<br>**ELECTION LAW CLINIC**<br>**HARVARD LAW SCHOOL**<br>6 Everett Street, Ste. 4105<br>Cambridge, MA 02138<br>(617) 495-5202<br>dhessel@law.harvard.edu<br>rgreenwood@law.harvard.edu<br>thlee@law.harvard.edu<br>nstephanopoulos@law.harvard.edu<br><br>Krista Dolan (FBN 1012147)<br>Matletha Bennette (FBN 1003257)<br>**SOUTHERN POVERTY LAW CENTER**<br>P.O. Box 10788<br>Tallahassee, FL 32301-2788<br>(850) 521-3000<br>krista.dolan@splcenter.org<br>matletha.bennette@splcenter.org<br><br>Bradley E. Heard*<br>Jack Genberg*<br>**SOUTHERN POVERTY LAW CENTER**<br>150 East Ponce de Leon Ave., Ste. 340<br>Decatur, GA 30030<br>(404) 521-6700<br>bradley.heard@splcenter.org<br>jack.genberg@splcenter.org<br><br>*Attorneys for Plaintiffs*<br>*\* Special admission*<br>*‡ Federal practice only* | Facsimile: (904) 255-5120<br><br>*Attorneys for Defendants,*<br>*City of Jacksonville and Mike Hogan, in*<br>*his official capacity as Duval County*<br>*Supervisor of Elections* |