UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACKSONVILLE BRANCH
OF THE NAACP, et al.,

    Plaintiffs,

vs.                           Case No. 3:22-cv-493-MMH-LLL

CITY OF JACKSONVILLE, et al.,

    Defendants.

_____/

### O R D E R

**THIS CAUSE** is before the Court on the Joint Motion to Hold Case in Abeyance (Dkt. No. 126; Motion) filed on March 30, 2023. In the Motion, the parties request that this case and all deadlines be held in abeyance while they finalize their settlement. See Motion at 1. After due consideration, it is

**ORDERED:**

1. The Joint Motion to Hold Case in Abeyance (Dkt. No. 126) is **GRANTED**.

2. This case is **STAYED**.

3. The Clerk of the Court is directed to administratively close the case until further Order of the Court.

4. No later than **May 31, 2023**, the parties shall file a joint notice advising the Court of the status of this matter.

5. The Case Management and Scheduling Order (Dkt. No. 109) and the deadline to amend pleadings or join parties are **VACATED**.

**DONE AND ORDERED** in Jacksonville, Florida this 31st day of March, 2023.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record