# EXHIBIT B

1   Introduced by the Council President at the request of the Office of

2   General Counsel:

3

4

5                        **ORDINANCE 2023-281-E**

6          AN ORDINANCE REGARDING SETTLEMENT OF PENDING

7          LITIGATION STYLED *JACKSONVILLE BRANCH OF THE*

8          *NAACP, ET AL., V. CITY OF JACKSONVILLE, ET AL.,*

9          CASE NO. 3:22-CV-493-MMH-LLL, UNITED STATES

10         DISTRICT COURT FOR THE MIDDLE DISTRICT OF

11         FLORIDA, REGARDING THE CITY COUNCIL'S

12         REDISTRICTING OF CITY COUNCIL AND SCHOOL BOARD

13         DISTRICT BOUNDARIES; APPROPRIATING $100,000.00

14         FROM GENERAL FUND COUNCIL OPERATING CONTINGENCY

15         TO THE GCAD JUDGMENTS, CLAIMS, & LOSSES - OTHER

16         GENERAL GOVERNMENT SERVICES ACTIVITY TO PROVIDE

17         FUNDING FOR SETTLEMENT OF PENDING LITIGATION;

18         APPROVING AND RATIFYING A SETTLEMENT AGREEMENT

19         OUTLINING THE TERMS OF SETTLEMENT OF PLAINTIFFS'

20         CLAIMS, INCLUDING CLAIMS FOR ATTORNEYS' FEES AND

21         COSTS, IN THE PENDING LITIGATION AND APPELLATE

22         ACTIONS; AUTHORIZING THE GENERAL COUNSEL, OR HIS

23         DESIGNEE, TO TAKE FURTHER ACTION TO EFFECTUATE

24         THE SETTLEMENT AGREEMENT AND CONCLUDE THE

25         LITIGATION, INCLUDING DISMISSAL OF THE PENDING

26         APPELLATE ACTION, AND TO TAKE ACTIONS NECESSARY

27         TO CARRY OUT THE INTENT OF THIS ORDINANCE; UPON

28         THE SETTLEMENT AGREEMENT EFFECTIVE DATE,

29         APPROVING A REDISTRICTING PLAN REGARDING CITY

30         COUNCIL DISTRICTS, CITY COUNCIL GROUP AT-LARGE

31         DISTRICTS, AND SCHOOL BOARD DISTRICTS BASED ON

1    THE  2020  CENSUS  DATA  AND  THE  SETTLEMENT
2    AGREEMENT VIA AMENDMENT TO THE *CHARTER OF THE*
3    *CITY OF JACKSONVILLE* (THE "*CHARTER*"); AMENDING
4    THE  *CHARTER*  TO  ATTACH  DISTRICT  BOUNDARY
5    DESCRIPTIONS  FOR  14  CITY  COUNCIL  DISTRICT
6    BOUNDARIES AND 5 CITY COUNCIL GROUP AT-LARGE
7    RESIDENT  AREA  BOUNDARIES  PURSUANT  TO  THE
8    SETTLEMENT  AGREEMENT  UPON  THE  SETTLEMENT
9    AGREEMENT  EFFECTIVE  DATE;  AMENDING  THE  CITY
10   CHARTER  TO  DESIGNATE  THE  7  SCHOOL  BOARD
11   DISTRICTS PURSUANT TO THE SETTLEMENT AGREEMENT
12   UPON THE SETTLEMENT AGREEMENT EFFECTIVE DATE;
13   PROVIDING AN INDEX OF EXHIBITS; DIRECTING THE
14   OFFICE OF GENERAL COUNSEL TO FORWARD TO THE
15   COUNCIL DIRECTOR AND THE DUVAL COUNTY SCHOOL
16   BOARD  CHAIRMAN  WRITTEN  NOTIFICATION  OF  THE
17   SETTLEMENT AGREEMENT EFFECTIVE DATE; DIRECTING
18   THE CHIEF OF LEGISLATIVE SERVICES TO SEND A COPY
19   OF THIS LEGISLATION TO MUNICODE UPON RECEIPT OF
20   WRITTEN NOTIFICATION FROM THE OFFICE OF GENERAL
21   COUNSEL OF THE SETTLEMENT AGREEMENT EFFECTIVE
22   DATE;  REQUESTING  ONE-CYCLE  EMERGENCY  PASSAGE;
23   PROVIDING A PROSPECTIVE EFFECTIVE DATE FOR THE
24   SETTLEMENT  AGREEMENT;  PROVIDING  AN  EFFECTIVE
25   DATE.

26

27   **WHEREAS,**  on August 12, 2021, the U.S. Census Bureau published
28   the 2020 census data, including the census data for the City of
29   Jacksonville and Duval County; and

30   **WHEREAS,**  on August 18, 2021, the City Council Special Committee
31   on Redistricting met to start the redistricting process required by

Sections 5.02 and 13.03 of the *Charter of the City of Jacksonville* and Chapter 18 of the City of Jacksonville *Ordinance Code*; and

**WHEREAS,** on March 22, 2022, the City Council approved Ordinance 2022-001-E (the "Enacted Plan"), thereby enacting the Ordinance and fulfilling its redistricting obligations under the *Charter of the City of Jacksonville* and City of Jacksonville *Ordinance Code*; and

**WHEREAS**, the Jacksonville Branch of the NAACP and 13 other plaintiffs subsequently filed suit against the City of Jacksonville and the Duval County Supervisor of Elections in the Middle District of Florida, Jacksonville Division, Case No. 3:22-cv-493-MMH-LLL alleging that the Enacted Plan violated the Equal Protection Clause of the Fourteenth Amendment and the *Charter of the City of Jacksonville* (the "Litigation"); and

**WHEREAS,** on October 12, 2022, the District Court for the Middle District of Florida (the "Court"), after considering the evidence submitted alongside the preliminary injunction briefing, found it was substantially likely that the Enacted Plan violated the Equal Protection Clause, granted Plaintiffs' motion for a preliminary injunction, enjoined the City and the Duval County Supervisor of Elections from using the district lines in the Enacted Plan in the March 2023 First Election and beyond, and ordered the City to draw new district lines under an expedited timeframe; and

**WHEREAS,** on October 19, 2022, the City appealed the Court's preliminary injunction order in the appeal styled *Jacksonville Branch of the NAACP, et al. v. City of Jacksonville, et al.,* Case No. 22-13544, United States Eleventh Circuit Court of Appeals (the "Preliminary Injunction Appeal"); and

**WHEREAS,** on November 4, 2022, the City Council approved Ordinance 2022-800-E, which set forth the new City Council and School Board district boundaries drawn pursuant to the Court's preliminary injunction order; and

**WHEREAS,** on November 18, 2022, Plaintiffs filed objections to the district boundaries set forth in Ordinance 2022-800-E; and

**WHEREAS,** on December 19, 2022, the Court entered its remedial order sustaining Plaintiffs' objections and ordering Defendants to use Plaintiffs' Remedial Plan 3 ("P3"), one of the Plaintiffs' proposed alternative interim remedies, beginning with the regular 2023 Council (first unitary election in March 2023) and 2024 School Board elections; and

**WHEREAS,** the City appealed the District Court's Order implementing P3 as the City's interim remedial redistricting plan in the appeal styled *Jacksonville Branch of the NAACP, et al. v. City of Jacksonville, et al.*, Case No. 22-14260, United States Eleventh Circuit Court of Appeals (the "Remedial Map Appeal"); and

**WHEREAS,** on January 12, 2023, the City voluntarily dismissed the Preliminary Injunction Appeal; and

**WHEREAS,** on March 24, 2023, the Court dismissed the claims of Plaintiff Haraka Carswell from the Litigation; and

**WHEREAS,** the City Council district lines set forth in P3 were used in the City's 2023 First Election (March 2023) and will be used again in the May 2023 General Election; and

**WHEREAS,** if Plaintiffs are successful in any aspect of their constitutional claim, they are entitled to an award for their attorneys' fees and costs in prosecuting this claim; and

**WHEREAS,** even if the City is successful in the Remedial Map Appeal, the appellate relief will most likely be to remand the matter back to the District Court for continued prosecution of Plaintiffs' complaint, including discovery, expert witness engagement, motions practice and an adversarial trial, including the prospect for further appeals; and

**WHEREAS,** it is anticipated that in continuing to contest these matters the parties will continue to incur significant litigation

expenses in the district and appellate courts and will face uncertain outcomes in resolving the material constitutional matter at issue in the Litigation, which the parties wish to avoid; and

**WHEREAS,** all parties, through their respective representatives, have reached a settlement, contingent on the approval and ratification by the City Council pursuant to the requirements of Chapter 112, *Ordinance Code,* and subsequent approval by the District Court Judge; and

**WHEREAS,** the Council finds that it is in the best interests of the City and its citizens that this Litigation be resolved without resort to further litigation, costs, and expenses; now therefore

**BE IT ORDAINED** by the Council of the City of Jacksonville:

**Section 1.       Recitals.**  The recitals above are incorporated herein by this reference.

**Section 2.       Appropriation.**  For the 2022-2023 fiscal year, within the City's budget, there are hereby appropriated the indicated sum(s) from the account(s) listed in subsection (a) to the account(s) listed in subsection (b):

(The account information is attached hereto as **Exhibit 1** and incorporated herein by this reference)

    (a)   Appropriated from:

        See **Exhibit 1**                          $100,000.00

    (b)   Appropriated to:

        See **Exhibit 1**                          $100,000.00

    (c)   Explanation of Appropriation – The funding above is an appropriation from General Fund Council Operating Contingency to the GCAD Judgments, Claims, & Losses – Other General Government Services activity to pay funds in settlement of litigation arising from redistricting, including the Litigation, Preliminary Injunction Appeal, and Remedial Map Appeal.

1    **Section 3.        Purpose.**   The purpose of the appropriation in
2    Section 2 is to fully resolve the Litigation, Preliminary Injunction
3    Appeal, and Remedial Map Appeal, including settling all Plaintiffs'
4    claims for attorneys' fees and costs in these matters, whereby, in
5    exchange for the City and Supervisor of Elections relinquishing their
6    rights to continue to litigate this matter before the trial court and
7    on appeal, and likewise agreeing to use P3 as the district map for
8    all future elections until the next decennial census redistricting
9    process, Plaintiffs agree to limit their claims to attorneys' fees
10   and costs to $100,000.00, as further set forth in the Settlement
11   Agreement attached hereto as **Exhibit 2**.

12   **Section 4.        Approval    and    Ratification    of    Settlement**
13   **Agreement.**       There is hereby approved and ratified that certain
14   Settlement Agreement between the Jacksonville Branch of the NAACP,
15   Northside Coalition of Jacksonville, Inc., ACLU of Florida Northeast
16   Chapter, Florida Rising Together, Inc., Marcella Washington, Ingrid
17   Montgomery, Ayesha Franklin, Tiffanie Roberts, Rosemary McCoy, Sheila
18   Singleton, Eunice Barnum, Janine Williams, Dennis Barnum, the City
19   of Jacksonville, and the Duval County Supervisor of Elections in
20   substantially the form attached hereto as **Exhibit 2** and incorporated
21   herein by this reference.   The full Settlement Agreement, including
22   its attached Exhibits 1, 2 and 3, are **On file** with the Office of
23   Legislative Services.

24   **Section 5.        Further Action Authorized.**  The General Counsel,
25   or his designee, is authorized to take such further action and to
26   execute all other documents necessary to effectuate the approved and
27   ratified Settlement Agreement and to conclude the Litigation.   The
28   General Counsel, or his designee, is further authorized to make
29   technical (non-substantive) changes, changes required by the Court,
30   and changes that would carry out the purpose and the intent of this
31   Ordinance.  Following the District Court's approval of the Settlement

1  Agreement, the General Counsel, or his designee, is authorized to
2  dismiss the Remedial Map Appeal.

3      **Section 6.     Upon the Settlement Agreement Effective Date,**
4  *Charter of the City of Jacksonville* **amended to approve and enact the**
5  **Redistricting Plan set forth in the Settlement Agreement.**  Upon the
6  Settlement Agreement Effective Date and in accordance with the terms
7  of the Settlement Agreement, the City Council District and City
8  Council Group At-Large Residence boundaries as set forth in **Exhibit**
9  **3**, shall be adopted.

10     (a) **14 City Council Districts.**   The *Charter of the City of*
11 *Jacksonville* (the "*Charter*") is hereby amended by repealing and
12 removing Appendix 1 of the *Charter*, which defines the City Council
13 Districts based on Ordinance 2022-001-E, as described by the legal
14 description, attached hereto as **Exhibit 4,** and, pursuant to the
15 Settlement Agreement, enacting and replacing same with a new Appendix
16 1 of the *Charter* which defines the City Council Districts based on
17 the 2020 United States Census data and the Settlement Agreement as
18 described by the legal description, attached hereto as **Exhibit 5**.

19     (b)   **5 City Council Group At-Large Residence Areas.**  The *Charter*
20 is hereby amended by repealing and removing Appendix 1-A, which
21 defines the City Council Group At-Large Residence Areas based on
22 Ordinance 2022-001-E, as described by the legal description, attached
23 hereto as **Exhibit 6**, and replacing same with Appendix 1-A which
24 defines the City Council Group At-Large Residence Areas based on the
25 2020 United States Census data, as described by the legal description,
26 attached hereto as **Exhibit 7**.

27     **Section 7.     Upon the Settlement Agreement Effective Date,**
28 *Charter of the City of Jacksonville* **amended to designate the seven**
29 **School Board Districts.** Upon the Settlement Agreement Effective Date
30 and in accordance with the terms of the Settlement Agreement, the
31 School Board Districts shall be reapportioned as illustrated in

1  **Exhibit 8** attached hereto. The *Charter* is hereby amended by repealing
2  and removing Section 1 of Appendix 2 of the *Charter*, which defines
3  the Duval County School Board Districts based on Ordinance 2022-001-
4  E attached hereto as **Exhibit 9**, and, pursuant to the Settlement
5  Agreement, enacting and replacing same with a new Section 1 of
6  Appendix 2 of the *Charter* which defines the School Board Districts
7  based on the 2020 United States Census data and the Settlement
8  Agreement, attached hereto as **Exhibit 10.**

9  **Section 8.**    **Index of Exhibits.**  An index of the exhibits
10  referred to in this Ordinance are as follows:

| | |
|---|---|
| 11 | Exhibit 1 | Budget Transfer Form |
| 12 | Exhibit 2 | Settlement Agreement, including its |
| 13 | | Exhibit 1 of 3.   The complete |
| 14 | | Settlement Agreement, including its |
| 15 | | Exhibits 1, 2, and 3, is On file with |
| 16 | | Legislative Services |
| 17 | | the Settlement Agreement |
| 18 | Exhibit 3 | Redistricting Map – P3 |
| 19 | Exhibit 4 | Appendix 1- Ordinance 2022-001-E City |
| 20 | | Council Districts (legal |
| 21 | | descriptions) |
| 22 | Exhibit 5 | Appendix 1- Redistricting Map City |
| 23 | | Council Districts (legal |
| 24 | | descriptions) |
| 25 | Exhibit 6 | Appendix 1A- Ordinance 2022-001-E |
| 26 | | City Council At-Large Residence Areas |
| 27 | | (legal descriptions) |
| 28 | Exhibit 7 | Appendix 1A- Redistricting Map At |
| 29 | | Large Residence Areas (legal |
| 30 | | descriptions) |
| 31 | Exhibit 8 | Redistricting School Board District |

| 1  |                           | Map                                          |
|----|---------------------------|----------------------------------------------|
| 2  | Exhibit 9                 | Appendix 2, Section 1 – Ordinance            |
| 3  |                           | 2022-001-E School Board District             |
| 4  |                           | Designations                                 |
| 5  | Exhibit 10                | Appendix 2, Section 1 – Redistricting        |
| 6  |                           | School Board District Designations           |

7    **Section 9.      Directing the Office of General Counsel to**
8  **forward the Council Director / Secretary and Duval County School**
9  **Board Chairman notification of the Settlement Agreement Effective**
10 **Date.**  The Office of General Counsel is directed to notify the Council
11 Director / Secretary and the Duval County School Board Chairman in
12 writing of the Settlement Agreement Effective Date along with a copy
13 of the Enacted Ordinance. The General Counsel Settlement Agreement
14 Effective Date correspondence will be included in Miscellaneous
15 Communications to the Jacksonville City Council and satisfy the
16 effective action of the Redistricting Ordinance and trigger
17 compliance with the Post-Enactment of Redistricting provisions of
18 Section 18.112 of the City of Jacksonville *Ordinance Code*.

19    **Section 10.      Directing the Chief of Legislative Services to**
20 **forward this Legislation to Municode upon receipt of written**
21 **notification from the Office of General Counsel of the Settlement**
22 **Agreement Effective Date.**  Upon receipt of written notification from
23 the Office of General Counsel as to the Settlement Agreement Effective
24 Date pursuant to Section 12, the Chief of Legislative Services is
25 directed to forward this legislation to CivicPlus ("Municode").

26    **Section 11.      Requesting One-Cycle Emergency Passage Pursuant**
27 **to Council Rule 4.901 (Emergency).**  One-cycle emergency passage of
28 this legislation is requested. The nature of the emergency is that
29 the Litigation and Remedial Map Appeal engendered confusion and
30 uncertainty regarding the legal boundaries of City Council and School
31 Board Districts among voters, elected representatives, and candidates

1  in the March 2023 elections, and may continue to do so in the upcoming
2  May 2023 elections, and beyond.   This legislation seeks to resolve
3  the Litigation and Remedial Map Appeal in an expeditious and efficient
4  manner thereby eliminating the citizenry's confusion and uncertainty,
5  while also bringing this ongoing and expensive litigation to a close.

6      **Section 12.     Prospective Effective Date of the Settlement**
7  **Agreement.**   The Settlement Agreement, and redistricting plan set
8  forth therein, shall become effective upon approval by the Court in
9  case number 3:22-cv-493-MMH-LLL (the "Settlement Agreement Effective
10 Date").

11     **Section 13.     Effective Date.**   This Ordinance shall become
12 effective upon signature by the Mayor or upon becoming effective
13 without the Mayor's signature.

14

15 Form approved:

16

17 _MM Lassyrolas)_____

18 Office of General Counsel
19 Legislation Prepared By:  Helen Peacock Roberson
20 GC-#1565081-v1-2023-281-E_Scriv_Corr.docx

City of Jacksonville, Florida
Request for Budget Transfer Form

City Council

| Department or Area Responsible for Contract / Compliance / Oversight | Council District(s) |
|---|---|
| N/A | N/A |

Reversion of Funds:
(if applicable)

Fund / Center / Account / Project * / Activity / Interfund / Future

Fiscal Yr(s) of carry over   (all-years funds do not require a carryover)

Section of Code Being Waived (if applicable): _____

CIP (yes or no):   No

Justification for Waiver

Justification for / Description of Transfer:

To transfer $100,000 from the Council Operating Contingency to an account for Judgments, Claims, & Losses - Other General Governmental Services for the settlement of Jacksonville branch of the NAACP, et al., v. City of Jacksonville, et al., case no. 3:22-cv-493-mmh-lll, United States District Court for the Middle District of Florida, regarding the City Council's redistricting of City Council and School Board District Boundaries.

Net Amount Appropriated and/or Transferred: _____ $100,000.00

* This element of the account string is titled project but it houses both projects and grants.

## CITY COUNCIL

Requesting Council Member: _____     CM's District: _____

Requesting Council Member: _____     CM's District: _____

Prepared By: _____     Ordinance: _____

## OFFICE OF THE MAYOR

☐ BUDGET ORDINANCE   ☐ TRANSFER DIRECTIVE     TD / BT Number: _____

| | Date Rec'd. | Date Fwd. | Approved | Disapproved |
|---|---|---|---|---|
| Department Head | | | | |
| Mayor's Office | | | | |
| Accounting Division | | | | |
| Budget Division | | | | |

Date of Action By Mayor: _____     Approved: _____

Division Chief: _____     Date Initiated: _____

Prepared By: _____     Phone Number: _____

Initiated / Requested By (if other than Department): _____

Exhibit 1
Page 1 of 2

# Budget Transfer Line Item Detail

\* This element of the account string is titled project but it houses both projects and grants.

**TRANSFER FROM:** (Revenue line items in this area are being appropriated and expense line items are being de-appropriated.)

Total: $100,000.00

| Rev Exp | Fund Title | Activity / Grant / Project Title | Line Item / Account Title | Amount | Fund | Center | Account | Project * | Activity | Interfund | Future |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Accounting Codes | | | |
| Exp | General Fund Operating | Council Operating Contingency | Contingency | $100,000.00 | 00111 | 195001 | 599100 | 000000 | 00000375 | 00000 | 0000000 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

**TRANSFER TO:** (Revenue line items in this area are being de-appropriated and expense line items are being appropriated.)

Total: $100,000.00

| Rev Exp | Fund Title | Activity / Grant / Project Title | Line Item / Account Title | Amount | Fund | Center | Account | Project * | Activity | Interfund | Future |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Accounting Codes | | | |
| Exp | General Fund Operating | GCAD Judgments, Claims, & Losses - Other General Governmental Services | Misc Non-Departmental Expenditures | $100,000.00 | 00111 | 102101 | 549045 | 000000 | 00000637 | 00000 | 0000000 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

Exhibit 1
Page 2 of 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JACKSONVILLE BRANCH OF THE
NAACP; NORTHSIDE COALITION OF
JACKSONVILLE, INC.; ACLU OF
FLORIDA NORTHEAST CHAPTER;
FLORIDA RISING TOGETHER, INC.;
MARCELLA WASHINGTON; INGRID
MONTGOMERY; AYESHA FRANKLIN;
TIFFANIE ROBERTS; ROSEMARY
McCOY; SHEILA SINGLETON;
EUNICE BARNUM; JANINE
WILLIAMS; and DENNIS BARNUM,

Case No. 3:22-cv-493-MMH-LLL

    *Plaintiffs,*

v.

CITY OF JACKSONVILLE and MIKE
HOGAN, in his official capacity as Duval
County Supervisor of Elections,

    *Defendants.*

_____/

## SETTLEMENT AGREEMENT

    **THIS SETTLEMENT AGREEMENT** ("Agreement") is entered into by
Plaintiffs, Jacksonville Branch of the NAACP, Northside Coalition of Jacksonville,
Inc., ACLU of Florida Northeast Chapter, Florida Rising Together, Inc., Marcella
Washington, Ingrid Montgomery, Ayesha Franklin, Tiffanie Roberts, Rosemary
McCoy, Sheila Singleton, Eunice Barnum, Janine Williams, and Dennis Barnum, and
Defendants, the City of Jacksonville and the Duval County Supervisor of Elections,
(each a "Party" and together the "Parties").

## RECITALS

    **WHEREAS,** on May 3, 2022, Plaintiffs filed their Complaint against the
Defendants alleging that Ordinance 2022-01-E (the "Enacted Plan"), which redrew
the Jacksonville City Council and Duval County School Board districts for the next
decade, violated the Equal Protection Clause of the Fourteenth Amendment and the

**Exhibit 2
Page 1 of 12**

Jacksonville City Charter (the "Litigation"); and

**WHEREAS,** on October 12, 2022, this Court, as connected with Plaintiffs' request that the Court preliminarily enjoin Defendants from using the Enacted Plan in upcoming elections, and after considering the evidence submitted alongside the preliminary injunction briefing, found it was substantially likely that the Enacted Plan violated the Equal Protection Clause, granted a preliminary injunction in Plaintiffs' favor on their racial gerrymandering claim under the Equal Protection Clause, preliminarily enjoined the Enacted Plan, and ordered the City to draw new district lines "in a manner that comport[ed] with the Constitutional mandate of the Equal Protection Clause"; and

**WHEREAS,** in response to the preliminary injunction order, on November 4, 2022, the Jacksonville City Council passed Ordinance 2022-800-E containing its proposed interim remedial plan, to which Plaintiffs submitted objections; and

**WHEREAS,** on December 19, 2022, this Court entered its remedial order sustaining Plaintiffs' objections and ordering the Defendants to use P3, one of the Plaintiffs' proposed alternative interim remedies, beginning with the regular 2023 Council and 2024 School Board elections; and

**WHEREAS,** Defendants appealed the Court's remedial Order and selection of P3, and this appeal is currently pending before the Eleventh Circuit Court of Appeals (the "Remedial Order Appeal"); and

**WHEREAS,** the Parties now wish to avoid the cost, risk, and uncertainty associated with further litigation, and seek to compromise and completely resolve the Litigation and the Remedial Order Appeal.

**NOW THEREFORE** in consideration of the foregoing, and the following covenants, the receipt and sufficiency of which are hereby acknowledged, the Parties agree as follows:

1.      **Effective Date**. The Effective Date of this Agreement shall be the date on which this Agreement is approved by the Court.

2.      **Agreement Subject to Council Approval.** This Agreement will be subject to approval ("Council Approval") by the Jacksonville City Council ("Council"). In the event an appeal is taken of the Council Approval, or an independent third-party action is filed challenging this Agreement, the Parties shall cooperate to the fullest extent allowed by law to sustain this Agreement and the transaction contemplated herein. If the Council rejects this Agreement or does not approve it within two (2) months of the Effective Date, this Agreement shall terminate

**Exhibit 2**
**Page 2 of 12**

and be of no further force or effect, and the Parties will return to their respective positions as they existed immediately prior to the execution of this Agreement.

3. **Adoption of P3.** The City agrees to employ "P3," the interim districting plan ordered by the Court in its December 19, 2022, Order, as its redistricting plan for the Jacksonville City Council and Duval County School Board district boundaries for the 2020 decennial census term. Unless otherwise ordered by a court of law, the City will not redistrict its City Council and School Board district boundaries until required by Sections 5.02 and 13.03 of the Charter of the City of Jacksonville and Section 18 of the Ordinance Code of the City of Jacksonville. Attached as Exhibit 1 is a copy of the P3 map; attached as Exhibit 2 are the City Council districts based on the 2020 United States Census data, as described by census blocks; and attached as Exhibit 3 are the School Board districts based on the 2020 United States Census data, as described by census blocks. The Council shall employ P3 in accordance with this paragraph upon the Court's approval of this Agreement pursuant to paragraph 7, below.

4. **Entry of Judgment.** The Parties request that, in addition to the process described in Paragraph 3, the Court enter a Final Judgment: (1) approving this Agreement, (2) ordering Defendants to employ "P3" as the City's redistricting plan for the 2020 decennial census term; (3) requiring Defendants to use "P3" until redistricting is required by Section 5.02 and 13.03 of the Charter of the City of Jacksonville and Section 18 of the Ordinance Code of the City of Jacksonville, unless otherwise ordered by court of law; (4) retaining jurisdiction to (a) adjudicate Plaintiffs' potential request, to be made through a motion, that the Court order special elections for School Board Districts 4 and 6, to be held concurrent with the regular 2024 elections; and (b) enforce the provisions of this Agreement; and (5) dismissing the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The Parties agree that, if the Court enters such a Final Judgment, the Parties will not appeal that Final Judgment.

5. **Dismissal of the Remedial Order Appeal.** Within five days of the Court's approval of the Parties' settlement agreement, Defendants shall withdraw and notice a Federal Rule of Appellate Procedure 42(b)(1) stipulated dismissal of their appeal of the interim remedial districting plan in Case No. 22-14260.

6. **Payment to Plaintiffs.** The City shall pay to Plaintiffs the sum of one hundred thousand dollars ($100,000.00) in compromise and settlement of their claims for attorneys' fees and costs incurred in this matter, including the Litigation and all appellate proceedings. Payment shall be made to the President and Fellows of Harvard College, acting through the Election Law Clinic at Harvard Law School, within 60 days of the Court's approval of this Agreement. The Parties are otherwise responsible for their own attorneys' fees and costs.

**Exhibit 2**
**Page 3 of 12**

7.  **Approval by Court.** The Parties shall seek Court approval of this Agreement through a joint motion, in substantially the form attached as Exhibit 4. If the Court does not approve all terms in this Agreement, including that of retaining jurisdiction for the limited purposes described in Paragraph 8, this Agreement shall terminate and be of no further force or effect, and the Parties will return to their respective positions as they existed immediately prior to the execution of this Agreement.

8.  **Limited Retention of Jurisdiction.** Notwithstanding the Court's potential conclusion of the Litigation pursuant to its approval of this Agreement, the Parties request that the Court retain jurisdiction for the sole purposes of: (1) adjudicating Plaintiffs' potential request, to be made through an opposed motion, that the Court order special elections for School Board Districts 4 and 6, to be held concurrent with the regular 2024 elections, and (2) enforcing the provisions of this Agreement. Should Plaintiffs desire to seek special elections for School Board Districts 4 and 6, Plaintiffs shall file any such motion no later than 30 days from the Court's approval of this Agreement, or as otherwise directed by the Court. Defendants shall respond in opposition to such Motion in accordance with the Local Rules, or as otherwise directed by the Court. Should the Plaintiffs no longer desire to file such motion, they shall notify the Court immediately. Nothing in this Agreement shall prevent the Parties from appealing any decision on the Motion.

9.  **Mutual Release.** Upon Court approval of this Agreement, each of the Parties, on their own behalf and on behalf of their respective officers, representatives, assigns, predecessors, successors, agents, and attorneys (each a "Releasing Party"), shall release, remise, and discharge the other Party and such Party's present and former officers, agents, representatives, assigns, predecessors, successors, affiliates, and attorneys (each a "Released Party"), from and of any and all claims, demands, actions, causes of action, suits, sums of money, and promises, of every kind and nature, in law or in equity, whether sounding in tort or otherwise, that were brought in the Litigation and related appellate proceedings. Each of the Releasing Parties shall also release, remise, and discharge each Released Party from and of any and all claims, demands, actions, causes of action, suits, sums of money, and promises, of every kind and nature, in law or in equity, whether sounding in tort or otherwise, whether or not they have been subject to dispute, and whether known or unknown to the Releasing Party, which each Releasing Party had, now has, or may have hereafter against each Released Party by reason of any fact, event, act, matter, cause, or thing whatsoever, arising from, or related to the redistricting in Ordinance 2022-001-E and Ordinance 2022-800-E.

10.  **Representation of Authority.** The Parties represent and warrant to each other: that they have had the assistance and advice of counsel and are fully aware of and have been fully advised of the terms, conditions and consequences of this

**Exhibit 2**
**Page 4 of 12**

Agreement; that an individual who executes this Agreement on behalf of an organizational Party is authorized to sign this Agreement for and bind that Party; that all requisite approvals for authority have been obtained or granted; that the Party owns and has not sold, pledged, hypothecated, assigned, or transferred any of the claims, actions, causes of action, suits, damages, losses, judgments, executions, demands, liabilities, guarantees, obligations, responsibilities, liens, expenses, costs, or attorneys' fees released within this Agreement; and no trustee, assignee, affiliate, or creditor owns or has any interest in these claims or the Litigation.

11.     **Stay of Litigation.** From the date of this Agreement through the acceptance or rejection of this Agreement by the District Court, except as provided in Paragraph 8 or as otherwise ordered by any court, the Parties agree that no actions shall be taken by either Party to advance the Litigation and that any pending discovery in the Litigation shall be stayed.

12.     **Counterparts and Facsimile Signatures**. This Agreement and any amendments hereto may be signed in counterparts with the same effect as if the signatures to each counterpart were upon a single instrument, and all such counterparts together shall be deemed an original of this Agreement or the amendment, as applicable. For purposes of this Agreement and any amendment hereto, a facsimile copy of a Party's signature (including a copy transmitted by email in PDF or similar format) or insertion of electronic signature shall be deemed an original and shall be sufficient to bind such Party.

13.     **Integration**. Each Party warrants that no promise, inducement, or agreement not expressed in this Agreement or any of the attached Exhibits (collectively, the "Agreements") has been made in connection with the Agreements. The Agreements constitute the entire understanding between the Parties with respect to their subject matter and supersede and replace all prior negotiations or proposed agreements, and all prior representations, warranties, statements, promises and understandings, written or oral, between the Parties with respect to the subject matter of the Litigation, related appeals, and the Agreements. After Council Approval, the Agreements may not be amended, supplemented, or otherwise modified except by a written instrument executed by each of the Parties as described above.

14.     **Further Assurances.** The Parties agree to execute such other documents and take such further actions as may be reasonably necessary to carry out the purpose and terms of this Agreement, with each Party paying its own costs and attorney's fees associated therewith. This provision will survive the Court's acceptance of this Agreement.

**IN WITNESS WHEREOF**, the Parties hereto have executed this Agreement as of the day and year set forth below.

Exhibit 2
Page 5 of 12

Page 6 of 12
Exhibit 2

[End of Agreement - Signatures to Follow]



By: _____
       Isaiah Rumlin

Jacksonville Branch of the NAACP



By: _____
       Ben Frazier

Northside Coalition of Jacksonville, Inc.

By: _____
       BeJae Shelton

ACLU of Florida Northeast Chapter

_____
**Signature**

Florida Rising Together, Inc., Christian Gonzalez-Orbegoso

**Exhibit 2**
**Page 7 of 12**

By: _____
Marcella Washington

By: _____
Ingrid Montgomery

By: _____
Ayesha Franklin

By: _____
Tiffanie Roberts

By: _____
Rosemary McCoy

By: _____
Sheila Singleton

By: _____
Eunice Barnum

Exhibit 2
Page 8 of 12

By: _____
Janine Williams

By: _____
Dennis Barnum

Exhibit 2
Page 9 of 12

**CITY OF JACKSONVILLE**

By: _____

Its: _____

Dated: April __, 2023.


Form Approved:


_____

Office of General Counsel



By: _____

James R. McCain, Jr.

Corporation Secretary

Exhibit 2
Page 10 of 12

**DUVAL COUNTY SUPERVISOR OF
ELECTIONS**

By: _____

Its: _Supervisor of Elections_

Dated: April 19, 2023.

Form Approved:

_____

Office of General Counsel

II

**Exhibit 2**
**Page 11 of 12**



EXHIBIT 1: PLAINTIFF 3 - "P3"



# Exhibit 4 – City Council Districts Based on 2020 U.S. Census Data

## <u>2021 CITY COUNCIL DISTRICTS</u>

District 1:

For a point of beginning, begin at the centerline of the St. Johns River and the centerline of the Isaiah D. Hart Bridge; thence north and northeast along the centerline of the St. Johns River to a line south of Exchange Island; thence southeasterly along a line southwest of Exchange Island to the centerline of Dames Point Bridge; thence southerly along the centerline of the Dames Point Bridge and I-295 to the centerline of Southside Connector BLVD; thence southerly along the centerline of Southside Connector BLVD to the centerline of Tredinick PKWY to the centerline of I-295; thence southerly along the centerline of I-295 to the centerline of Atlantic BLVD; thence westerly along the centerline of Atlantic BLVD to the centerline of Isaiah D Hart Bridge; thence northwesterly along the centerline of Isaiah D. Hart Bridge to the centerline of the St. Johns River and the point of beginning.

District 2:

For a point of beginning, begin at the centerline of the mouth of the St. Johns River at the Atlantic Ocean; thence westerly along the centerline of the St. Johns River to centerline of the Intercoastal Waterway/Chicopit Bay; thence westerly along the centerline of the Chicopit Bay to the centerline of Mud Flats Creek; thence easterly along the centerline of Chicopit Bay; thence southerly along the centerline of the Intercoastal Waterway to the centerline of Mt. Pleasant Creek; thence southerly along the centerline of Mt. Pleasant Creek to the centerline of Greenfield Creek; thence southeasterly along the centerline of Greenfield Creek to the centerline of Mt. Pleasant RD; thence westerly along the centerline of Mt. Pleasant RD to the centerline of Old Girvin RD; thence southeasterly along the centerline of Old Girvin RD/Girvin RD a distance of 1450 FT to a point; thence NORTH 90°00'00" WEST a distance of 1459 FT to the centerline of Mt. Pleasant Creek; thence southerly along the centerline of Mt. Pleasant Creek to the centerline of Ashley Melisse BLVD; thence northeasterly and easterly along the centerline of Ashley Melisse BLVD to the centerline of Kernan BLVD; thence southerly along the centerline of Kernan BLVD to the centerline of Atlantic BLVD; thence northwesterly along the centerline of Atlantic BLVD a distance of 8226 FT; thence SOUTH 00°00'00" WEST a distance of 6775 FT; thence NORTH 90°00'00" WEST 2900 FT to the centerline of I-295; thence northeasterly along the centerline of I-295 to the centerline of Tredinick PKWY; thence easterly along the centerline of Tredinick PKWY to the centerline of Southside Connector BLVD; thence northerly along the centerline of Southside Connector BLVD to the centerline of I-295; thence northerly along the centerline of I-295 to the centerline of the St. Johns River south of Exchange Island; thence westerly along the centerline of the St. Johns River to the centerline of Broward Creek; thence northerly along the centerline of Broward Creek to the centerline of Zoo PKWY; thence westerly along the centerline of Zoo PKWY to the centerline of CSX RR; thence southwesterly and westerly along the centerline of CSX RR to the centerline of Zoo PKWY; thence westerly along the centerline of Zoo PKWY to the centerline of Busch DR; thence northerly along the centerline of Bush DR to the centerline of Main ST; thence northeasterly along the centerline of Main ST to the centerline of Eastport RD; thence southeasterly along the centerline of Eastport RD to the centerline of Pulaski RD; thence northerly along the centerline of Pulaski RD to the centerline of New Berlin RD; thence southwesterly along the centerline of New Berlin RD to the centerline of Starratt RD; thence

Exhibit 4
Page 1 of 11

northeasterly along the centerline of Starratt RD to the centerline of Dunn Creek; thence northerly along the centerline of Dunn Creek to a point 3315 FT due east to the centerline of Polk RD; thence NORTH 90°00'00" WEST a distance of 3315 FT to the centerline of Polk RD; thence NORTH 00°00'00" EAST a distance of 2656 FT to the centerline of Wade RD; thence northerly along the centerline of Wade RD to the centerline of Bird RD; thence easterly along the centerline of Bird RD to the centerline of Grandaddy Branch; thence northeast along the centerline of Grandaddy Branch to the centerline of Yellow Bluff RD; thence northwesterly along the centerline of Yellow Bluff RD to the centerline of Main ST; thence northerly along the centerline of Main ST to the Duval County Line/Nassau River; thence easterly and southeasterly along the Duval County Line/Nassau River to the Atlantic Ocean and southerly to the point of origin.


District 3:

For a point of beginning, begin at the centerline of San Pablo RD and the centerline of J. Turner Butler BLVD; thence westerly along J. Turner Butler BLVD to the centerline of Southside BLVD; thence northerly along the centerline of Southside BLVD to the centerline of Gate PKWY N; thence southeasterly along the centerline of Gate PKWY N to the centerline of Town Center PKWY; thence easterly along the centerline of Town Center PKWY to the centerline of Big Island DR; thence NORTH 18°25'19" WEST a distance of 497 FT; thence NORTH 30°15'24" WEST a distance of 292 FT; thence NORTH 17°00'29" WEST a distance of 1456 FT; thence NORTH 00°04'43" WEST a distance of 1354 FT; thence NORTH 88°44'16" EAST a distance of 1594 FT to the centerline of Town Center PKWY; thence northeasterly along the centerline of Town Center PKWY to the centerline of St Johns Bluff RD S; thence northerly along the centerline of St Johns Bluff RD S to the centerline of Beach BLVD; thence westerly along the centerline of Beach BLVD to the centerline of Kernan BLVD S; thence northerly along the centerline of Kernan BLVD S a distance of 6935 FT to a point; thence due east a distance of 7960 FT to a point; thence due north a distance of 6680 FT to the centerline of Atlantic BLVD; thence easterly along the centerline of Atlantic BLVD to the centerline of Kernan BLVD N; thence northerly along the centerline of Kernan BLVD N to the centerline of Ashley Melisse BLVD; thence easterly and southeasterly along the centerline of Ashley Melisse BLVD to the centerline of Mt. Pleasant Creek; thence northerly and northeasterly along the centerline of Mt. Pleasant Creek; thence northerly and northeasterly along the centerline of Mt. Pleasant Creek to a point 1459 FT due east of the centerline of Girvin RD; thence  NORTH 90°00'00" EAST a distance of 1459 FT to the centerline of Girvin RD; thence northwesterly along the centerline of Girvin RD/Old Girvin RD to the centerline of Mt. Pleasant RD; thence easterly along the centerline of Mt. Pleasant RD to the centerline of Greenfield Creek; thence northerly along the centerline of Greenfield Creek to the centerline of Mt. Pleasant Creek; thence northerly along the centerline of Mt. Pleasant Creek to the centerline of Intercoastal Waterway/Chicopit Bay; thence southeasterly and southerly along the centerline of the Intercoastal waterway to the centerline of Hogpen Creek; thence westerly along the centerline of Hogpen Creek to a point 4343 FT due east of the northern terminus of San Pablo RD N; thence NORTH 85°03'32" WEST a distance of 1441 FT; thence SOUTH 85°59'07" WEST a distance of 4128 FT to a point 1225 feet west of the northerly terminus of San Pablo RD N thence due south 3265 feet to a point; thence due west 400 feet to the centerline of Queens Harbor BLVD; thence south along the centerline of Queens Harbor BLVD to the to the centerline of Atlantic BLVD; thence westerly along the centerline of Atlantic BLVD 386 FT; thence due south a distance of 6609 FT; thence NORTH 83°13'49" EAST a distance of 260 FT; thence NORTH 85°26'41" EAST a distance of 1461 FT; thence due south a distance of 5500 FT to the centerline of Beach BLVD; thence due east along the centerline of Beach BLVD to the centerline of San Pablo RD S; thence southerly along the centerline of San Pablo RD S to the centerline of J. Turner Butler BLVD and the point of origin.

**Exhibit 4**
**Page 2 of 11**

District 4:

For a point of beginning, begin at the centerline of J. Turner Butler BLVD and the centerline of Southside BLVD; thence westerly along the centerline of J. Turner Butler BLVD to the centerline of I-95; thence northwesterly along the centerline of I-95 to the centerline of University BLVD; thence northeasterly along the centerline of University BLVD to the centerline of Atlantic BLVD; thence easterly along the centerline of Atlantic BLVD to the centerline of I-295; thence southerly along the centerline of I-295 a distance of 6680 FT to a point; thence due east to the centerline of Kernan BLVD; thence southerly along the centerline of Kernan BLVD to the centerline of Beach BLVD; thence westerly along the centerline of Beach BLVD to the centerline of St Johns Bluff RDS; thence southerly along the centerline of St Johns Bluff RD S to the centerline of Town Center PKWY; thence southwesterly along the centerline of Town Center PKWY a distance of 1,800 FT; thence SOUTH 88°44'16" WEST a distance of 1594 FT, thence SOUTH 00°04'43" EAST a distance of 1354 FT; thence SOUTH 17°00'29" EAST a distance of 1456 FT; thence SOUTH 29°55'48" EAST a distance of 300 FT; thence SOUTH 18°25'19" EAST a distance of 500 FT to the centerline of Town Center PKWY; thence westerly along the centerline of Town Center PKWY to the centerline of Gate PKWY; thence northwesterly along the Centerline of Gate PKWY to the centerline of Southside BLVD; thence southeasterly along the centerline of Southside BLVD to the centerline of J. Turner Butler BLVD and the point of origin.

District 5:

For a point of beginning, begin at the centerline of CSX RR and the centerline of Shad RD; thence westerly along the centerline of Shad RD to the centerline of Hood RD; thence westerly along the centerline of Hood RD to the centerline of Old St Augustine RD; thence northwesterly along the centerline of Old St. Augustine RD to the centerline of San Jose BLVD; thence northerly along the centerline of San Jose BLVD to the centerline of Goodby's Creek; thence westerly along the centerline of Goodby's Creek to the centerline of the St. Johns River; thence northerly and easterly along the centerline of the St. Johns River to the centerline of the Isaiah D Hart Bridge; thence southeasterly along the centerline of the Isaiah D Hart Bridge to the centerline of Atlantic BLVD; thence northeasterly along the centerline of Atlantic BLVD to the centerline of University BLVD; thence southerly and southeasterly along the centerline of University BLVD to the centerline of I-95; thence southeasterly along the centerline of I-95 to the centerline of J. Turner Butler BLVD; thence southwesterly along the centerline of J. Turner Butler BLVD to the centerline of Philips HWY; thence southeasterly along the centerline of Philips HWY a distance of 466 FT to a point; thence westerly SOUTH 90°00'00" WEST a distance of 1194 FT to CSX RR access road; thence southeasterly along CSX access road to the centerline of CSX RR; thence southeasterly along the centerline of CSX RR to the centerline of Shad RD and the point of origin.

District 6:

For a point of beginning, begin at the southern line of Section 31, Township 4 South, Range 28 East and the centerline of Durbin Creek; thence westerly along the Duval County Line a distance of 4000 FT to a point; thence due north along the Duval County Line a distance of 5876 FT to a point on the centerline of Durbin Creek; thence westerly along the centerline of Durbin Creek to the centerline of Julington Creek; thence southwesterly and westerly along the centerline of Julington Creek to the centerline of the St. Johns River; thence northerly along the centerline of the St. Johns River to the centerline of Goodby's Creek; thence easterly along the centerline of Goodby's Creek to the centerline of San Jose BLVD; thence southerly along the centerline of San Jose

Exhibit 4
Page 3 of 11

BLVD to the centerline of Old St. Augustine BLVD; thence southeasterly along the centerline of Old St. Augustine BLVD to the centerline of Hood RD; thence easterly along Hood RD to the centerline of Shad RD; thence easterly along the centerline of Shad RD to the centerline CSX RR; thence southeasterly along the centerline of CSX RR to the centerline of I-95; thence southerly and southeasterly along the centerline of I-95 to the centerline of Corklan Branch; thence southwesterly along the centerline of Corklan Branch to the centerline of Durbin Creek; thence southeasterly along the centerline of Durbin Creek to the Duval County Line and the point of origin.

District 7:

For a point of beginning, begin at the centerline of the St. Johns River and the centerline of the Isaiah D. Hart Bridge; thence southwesterly, northwesterly, and southwesterly along the centerline of the St. Johns River to the centerline of the John T. Aslop Bridge; thence westerly and southwesterly along the centerline of the St. Johns River to the centerline of I-95; thence northwesterly, northeasterly and northerly along the centerline of I-95 to the centerline of CSX RR; thence northeasterly and easterly along the centerline of CSX RR to the centerline of Main ST; thence northeasterly, northwesterly and northerly along the centerline of Main ST to the centerline of Clark RD; thence easterly along the centerline of Clark RD to the centerline of I-95; thence northeasterly along the centerline of I-95 to the centerline of Dunn AVE; thence westerly, northwesterly and westerly along the centerline of Dunn AVE; to the centerline of I-295; thence northeasterly around a curve to the centerline of Lem Turner RD; thence northwesterly along the centerline of Lem Turner RD to the Duval County Line; thence northeasterly around a curve of the Duval County Line to the centerline of Main ST; thence southwesterly and southerly along the centerline of Main ST to the centerline of Yellow Bluff RD; thence southeasterly along the centerline of Yellow Bluff RD to the centerline of Grandaddy Branch; thence southwesterly along the centerline of Grandaddy Branch to the centerline of Bird RD; thence westerly along the centerline of Bird RD to the centerline of Wade RD; thence southerly along the centerline of Wade RD to the centerline of Polk RD; thence due east a distance of 3315 FT more or less to a point; thence SOUTH 25°00'00" WEST a distance of 3108 FT; thence SOUTH 30°00'00" EAST a distance of 1123 FT; thence SOUTH 20°00'00" EAST a distance of 1240 FT to the centerline of Starratt RD; thence westerly and southwesterly along the centerline of Starratt RD to the centerline of New Berlin RD; thence northeasterly along the centerline of New Berlin RD to the centerline of Pulaski RD; thence southerly, southeasterly, and southerly along the centerline of Pulaski RD to the centerline of Eastport RD; thence northwesterly, westerly, and southwesterly along the centerline of Eastport RD to the centerline of Main ST; thence southwesterly along the centerline of Main ST to the centerline of Busch DR; thence easterly, southerly, southwesterly, and southerly along the centerline of Busch DR to the centerline of Zoo PKWY; thence easterly along the centerline of Zoo PKWY to the centerline of CSX RR; thence southeasterly, easterly, and northeasterly along the centerline of CSX RR to the centerline of Zoo PKWY; thence easterly and northeasterly along Zoo PKWY to the centerline of Broward Creek; thence southeasterly and southerly along the channel to the centerline of the St. Johns River; thence southwesterly and southerly along the centerline of the St. Johns River to the centerline of the Isaiah D. Hart Bridge and the point of beginning.

Exhibit 4
Page 4 of 11

District 8:

For a point of beginning, begin at the centerline of I-95 and the centerline of Kings RD; thence northwesterly along the centerline of Kings RD to the centerline of Myrtle AVE; thence northerly along the centerline of Myrtle AVE; to the centerline of 6th ST; thence westerly along the centerline of 6th ST to the centerline of Grunthal ST; thence northerly along the centerline of Grunthal ST to the centerline of 12th ST; thence westerly, northerly, and westerly along 12th ST to the centerline of Fairfax ST; thence northerly along the centerline of Fairfax ST to the centerline of MLKJR PKWY; thence westerly along the centerline of MLKJR PKWY to the centerline of Canal ST; thence northerly along Canal ST N to the centerline of 33rd ST W; thence westerly along the centerline of 33rd ST W to the centerline of Avenue "B"; thence northerly along the centerline of Avenue "B" to the centerline of Moncrief RD W; thence westerly along the centerline of Moncrief RD W to the centerline of Owen AVE; thence northeasterly along the centerline of Owen AVE; to the centerline of McMillan AVE; thence northwesterly along the centerline of McMillan AVE; to the centerline on Winton DR; thence northeasterly along the centerline of Winton DR to the centerline of Ribault Scenic DR; thence northwesterly along the centerline of Ribault Scenic Drive to the centerline of Howell Dr; thence northwesterly along the centerline of Howell DR to the northern shore of the Ribault River; thence northeasterly along the northern shore of the Ribault River to a point just south of Ribault AVE; thence northerly along the centerline of Ribault AVE; to the centerline of Soutel DR; thence southwesterly and westerly along the centerline of Soutel DR to the centerline of Gibson AVE; thence northerly along the centerline of Gibson AVE; to the centerline of Trout River BLVD; thence easterly along the centerline of Trout River BLVD to the centerline of Nine Mile Creek; thence southerly and southeasterly along the southern shore of Nine Mile Creek to the centerline of Wagner RD; thence NORTH 40°00'00" WEST a distance of 459 FT to the centerline of NK.NGEIT95RP; thence southerly along the centerline of NK.NGEIT95RP to the centerline of New Kings RD; thence NORTH 40°00'00" WEST a distance of 250 FT; thence NORTH 50°00'00" WEST to the centerline of Moncrief-Dinsmore RD; thence SOUTH 12°00'00" WEST to the centerline of CSX RR; thence southeasterly along the centerline of CSX RR to the centerline of Moncrief RD; thence westerly along the centerline of Moncrief RD to the centerline of I-295; thence southwesterly and southerly along the centerline of I-295 to the centerline of Pritchard RD; thence westerly along the centerline of Pritchard RD to the centerline of Bulls Bay HWY thence southerly along the centerline of Bulls Bay HWY to the centerline of Old Plank RD; thence westerly along the centerline of Old Plank RD to the centerline of Halsema RD; thence southerly along the centerline of Halsema RD to the centerline of  Beaver ST; thence southwesterly and westerly along the centerline of Beaver ST to the centerline of Otis RD; thence northerly and northeasterly along the centerline of Otis RD to the Duval County Line; thence northeasterly along the Duval County Line to the centerline of Lem Turner RD; thence southeasterly and southerly along the centerline of Lem Turner RD to the centerline of I-295; thence southwesterly along the centerline of I-295 to the centerline of Dunn AVE; thence easterly, southeasterly, and easterly along the centerline of Dunn AVE; to the centerline of I-95; thence southerly along the centerline of I-95 to the centerline of Clark RD; thence easterly along the centerline of Clark RD to the centerline of Main ST; thence southeasterly and southwesterly along the centerline of Main ST to the centerline of CSX RR; thence westerly and southwesterly along the centerline of CSX RR to the centerline of I-95; thence southerly along the centerline of I-95 to the centerline of Kings RD and the point of origin.

Exhibit 4
Page 5 of 11

District 9:

For a point of beginning, begin at the centerline of I-95 and Kings RD; thence southerly along the centerline of I-95 to the centerline of I-10; thence westerly along the centerline of I-10 to the centerline of Stockton ST; thence southerly along the centerline of Stockton ST to the centerline of Phyllis ST; thence westerly along the centerline of Phyllis ST to the centerline of CSX RR; thence southwesterly along the centerline of CSX RR to the centerline of Roselle ST; thence westerly along the centerline of Roselle ST to the centerline of King ST; thence southerly along the centerline of King ST to the centerline of CSX RR; thence southwesterly along the centerline of CSX RR to the centerline of Willow Branch AVE; thence southerly along the centerline of Willow Branch AVE; to the centerline of Old Roosevelt BLVD; thence southwesterly along the centerline of Old Roosevelt BLVD to the centerline of Roosevelt BLVD; thence southerly along the centerline of Roosevelt BLVD to the centerline of Post ST; thence westerly along the centerline of Post ST to the centerline of Plymouth ST; thence southwesterly along the centerline of Plymouth ST to the centerline of Day AVE; thence northwesterly and northerly along the centerline of Day AVE; to the centerline of Corby ST; thence westerly and southwesterly along the centerline of Corby ST to the centerline of Owen AVE; thence northerly along the centerline of Owen AVE; to the centerline of Brierfield DR; thence along the centerline of Brierfield DR around a curve to the left to the centerline of Post ST; thence west and southwest along the centerline of Post ST to the centerline of Melba ST; thence north along the centerline of Melba ST to the centerline of College ST; thence westerly along the centerline of College ST to the centerline of Edgewood AVE S; thence northwesterly along the centerline of Edgewood AVE S to the centerline of Hamilton ST; thence southerly along the centerline of Hamilton ST to the centerline of Royal AVE; thence westerly along the centerline of Royal AVE; to the centerline of Murray DR; thence southerly along the centerline of Murray DR to the centerline of Ulmer ST; thence westerly along the centerline of Ulmer ST to the centerline of Cassat AVE; thence southerly along the centerline of Cassat AVE; to the centerline of Quan DR; thence westerly along the centerline of Quan DR to the centerline of Royce AVE; thence northerly and westerly along the centerline of Royce AVE; to the centerline of Lake Shore BLVD; thence northerly along the centerline of Lake Shore BLVD to the centerline of Royce AVE; thence westerly along the centerline of Royce AVE; to the centerline of Ellis RD S; thence southerly and southwesterly along the centerline of Ellis RD S to the centerline of Park ST; thence southerly along the centerline of Park ST to the centerline of Snug Harbour LN; thence southerly along the centerline of Snug Harbour LN to the centerline of Cedar River; thence southerly along the centerline of Cedar River to the centerline of Fishing Creek; thence southerly along the centerline of Fishing Creek to the centerline of Timuquana RD; thence easterly along centerline of Timuquana RD to the centerline of Catoma ST; thence north along the centerline of Catoma ST to the centerline of Ortega Farms BLVD; thence southeasterly along the centerline of Ortega Farms BLVD  to the centerline of 107th ST thence west along the centerline of 107th ST to the centerline of Catoma ST; thence south along the centerline of Catoma ST to the centerline of 110th ST; thence west along the centerline of 110th ST to the centerline of Wesconnett BLVD; thence south along the centerline of Wesconnett BLVD to the centerline of 118th ST; thence easterly along the centerline of 118th ST to the centerline of Aline ST; thence southerly along the centerline of Aline ST to the centerline of Morse AVE; thence west along the centerline of Morse AVE; to the centerline of Ednaray RD; thence south along the centerline of  Ednaray RD to the centerline of Hurdia RD; thence easterly along the centerline of Hurdia RD to the centerline of Seaboard AVE; thence south along the centerline of Seaboard AVE; to a point; thence SOUTH 37°00'00" WEST a distance 190 FT; thence SOUTH 47°00'00" WEST a distance of 100 FT; thence SOUTH 71°30'00" WEST a distance of 845 FT; thence SOUTH 35°00'00" EAST a distance of 750 FT; thence SOUTH 22°30'00" east a distance of 3410 FT more or less to the centerline of Ortega River; thence southerly along the centerline of Ortega River to the centerline of Collins RD; thence westerly along the centerline of Collins RD to the centerline of Blanding

**Exhibit 4**
**Page 6 of 11**

BLVD; thence southerly along the centerline of Blanding BLVD to the centerline of I-295; thence westerly and northwesterly and northerly along the centerline of I-295 to the centerline of 103rd ST; thence easterly along the centerline of 103rd ST to the centerline of Jammes RD; thence northerly along the centerline of Jammes RD to the centerline of Aldington DR; thence northerly along the centerline of Aldington DR to the centerline of Wilson BLVD; thence westerly along the centerline of Wilson BLVD to the centerline of Lane AVE S; thence northerly along the centerline of Lane AVE S; to the centerline of Normandy BLVD; thence easterly along the centerline of Normandy BLVD  to the centerline of Ellis RD S; thence northerly along the centerline of Ellis RD S to the centerline of I-10; thence easterly along the centerline of I-10 to the centerline of Cassat AVE; thence northerly along the centerline of Cassat AVE; to the centerline of Edgewood AVE S; thence northerly along the centerline of Edgewood AVE  S to the centerline of Edgewood AVE N; thence northerly along the centerline of Edgewood AVE N to the centerline of CSX RR; thence easterly along the CSX RR to the centerline of Georgia Southern & Florida RR; thence southerly along the centerline of Georgia Southern & Florida RR to the centerline of Old Kings RD; thence southeasterly along the centerline of Old Kings RD to the centerline of CSX RR spur; thence northeasterly and easterly along the spur of CSX RR spur to the centerline of CSX RR; thence northwesterly and northerly and northeasterly around a curve to the east of CSX RR and continuing northeasterly along the centerline of CSX RR to the centerline of Cleveland RD; thence southerly along the centerline of Cleveland RD to the centerline of 30th ST W; thence easterly along the centerline of 30th ST W to the centerline of Canal ST N; thence southerly along the centerline of Canal ST N to the centerline of MLKJR PKWY; thence easterly along the centerline of MLKJR PKWY to the centerline of Fairfax ST; thence southerly along the centerline of Fairfax ST to the centerline of 12th ST W; thence easterly, southerly, easterly along the centerline of 12th ST W to the centerline of Grunthal ST; thence southerly along the centerline of Grunthal ST to the centerline of 6th ST W; thence easterly along the centerline of 6th ST W to the centerline of Myrtle AVE N; thence southerly along the centerline of Myrtle AVE N to the centerline of Kings RD; then southeasterly along the centerline of Kings Rd to the centerline of I-95 and the point of beginning.


District 10:

For a point of beginning, begin at the centerline of I-295 and the centerline of Collins RD; thence westerly along the centerline of Collins RD to the centerline of McGirts Creek; thence northwesterly and northerly and northwesterly and northerly to the centerline of 103rd ST; thence easterly along the centerline of 103rd ST to the centerline of Ken RD; thence northerly along the centerline of Ken RD to the centerline of Firetower RD; thence easterly along the centerline of Firetower RD to the centerline of Old Middleburg RD N; thence northerly along the centerline of Old Middleburg RD N to the centerline Noroad; thence westerly along the centerline of Noroad a distance of 3828 FT; thence due north a distance of 4838 FT; thence NORTH 47°21'57" EAST a distance of 685 FT; thence due east a distance of 2158 FT; thence due south a distance of 195 FT to the centerline of Wilson BLVD; thence easterly along the centerline of Wilson BLVD to the centerline of Fouraker RD; thence northerly along the centerline of Fouraker Rd to the centerline of Patou DR S; thence easterly, northeasterly, and northerly along the centerline of Patou DR S to the centerline of Le Mans DR; thence along the centerline of Le Mans DR a distance of 165 FT to a point; thence SOUTH 81°00'00" EAST a distance of 245 FT; thence NORTH 46°00'00" WEST a distance of 295 FT; thence NORTH 58°00'00" EAST a distance of 535 FT; thence NORTH 44°00'00" EAST a distance of 710 FT to the centerline of Valley Crossing DR; thence northerly along the centerline of Valley Crossing DR to the centerline of Herlong RD; thence easterly along the centerline of Herlong RD to the centerline of Old Middleburg RD N; thence northerly along the centerline of Old Middleburg RD N to the centerline of Memorial Park RD; thence northerly along the centerline of Memorial Park RD to the centerline of Normandy BLVD; thence southwesterly along the centerline of

Exhibit 4
Page 7 of 11

Normandy BLVD  to the centerline of I-295; thence northerly along the centerline of I-295 to the centerline I-10; thence westerly along the centerline of I-10 to the centerline of Cahoon Rd; thence northerly along the centerline of Cahoon RD to the centerline of Devoe ST; thence westerly along the centerline of Devoe ST to the centerline of Jackson AVE S; thence northerly along the centerline of Jackson AVE S to the centerline of Jackson AVE N; thence northerly along the centerline of Jackson AVE N to the centerline of Old Plank RD; thence westerly along the centerline of Old Plank RD to the centerline of Bulls Bay HWY thence northerly along the centerline of Bulls Bay HWY to the centerline of Pritchard RD; thence easterly along the centerline of Pritchard RD to the centerline of I- 295; thence northerly along the centerline of I-295 to the centerline of Moncrief RD W; thence easterly along the centerline of Moncrief RD W to the centerline of CSX RR a distance of 3470 FT more or less to a point; thence NORTH 67°00'00" EAST a distance of 370 FT; thence NORTH 34°00'00" EAST a distance of 1928 FT to the centerline of Nine Mile Creek; thence easterly and northerly along the centerline of Nine Mile Creek to the centerline of Trout River BLVD; thence easterly, northeasterly, and easterly along Trout River BLVD  to the centerline of Gibson AVE; thence southerly along the centerline of Gibson AVE; to the centerline of Soutel DR; thence easterly along the centerline of Soutel DR to the centerline Ribault AVE; thence southerly along the centerline of Ribault AVE; to the centerline of Ribault River; thence southwesterly along the centerline of Ribault River to the centerline of Ribault Scenic DR; thence southeasterly along the centerline of Ribault Scenic DR to the centerline of Winton DR; thence southwesterly along the centerline of Winton DR to the centerline of McMillan AVE; thence southeasterly along the centerline of McMillan AVE; to the centerline of Owen AVE; thence southwesterly along the centerline of Owen AVE; to the centerline Moncrief RD W; thence southeasterly along the centerline of Moncrief RD W to the centerline of Avenue "B"; thence southerly along the centerline of Avenue "B" to the centerline of 33«1 ST W; thence easterly along the centerline of 33rd ST W to the centerline of Canal ST N; thence southerly along the centerline of Canal ST N to the centerline of 30th ST W; thence westerly along the centerline of 30th ST W to the centerline of Cleveland RD; thence northwesterly along the centerline of Cleveland RD to the centerline of CSX RR; thence southwesterly and southerly and southeasterly along the centerline of CSX RR to the centerline of CSX RR; thence westerly along CSX RR to CSX RR spur; thence southwesterly along the centerline of the CSX RR spur to the centerline of Old Kings RD; thence northwesterly along the centerline of Old Kings RD to the centerline of Georgia Southern & Florida RR; thence northwesterly along the centerline of Georgia Southern & Florida RR to the centerline of CSX RR; thence southwesterly along the centerline of CSX RR to the centerline of Edgewood AVE N; thence southerly along the centerline of Edgewood AVE; N to the centerline of Edgewood AVE S; thence southerly along the centerline of Edgewood AVE S to the centerline of Cassat AVE; thence southerly along the centerline of Cassat AVE; to the centerline of I-10; thence westerly along the centerline of I-10 to the centerline of Ellis RD S; thence southerly along the centerline of Ellis RDS to the centerline of Normandy BLVD; thence southwesterly along the centerline of Normandy BLVD  to the centerline of Lane AVE S; thence southerly along the centerline of Lane AVE S to the centerline of Wilson BLVD; thence easterly along the centerline of Wilson BLVD  to the centerline of Aldington DR; thence southerly along the centerline of Aldington DR to the centerline of Jammes Rd; thence southerly along the centerline of Jammes RD to the centerline of 103rd ST; thence west on the centerline of 103rd ST to the centerline of I-295; thence southerly along the centerline of I-295 to the centerline of Collins RD and the point of beginning.

**Exhibit 4**
**Page 8 of 11**

District 11:

For a point of beginning, begin at the southeast corner of Section 36, Township 4 South, Range 28 East, Duval County; thence westerly along the centerline of the Duval County line to the centerline of Durbin Creek; thence northeasterly along the centerline of Durbin Creek to the centerline of I-95; thence northwesterly along the centerline of I-95 to the centerline of CSX RR; thence northwesterly along the centerline of CSX RR to CSX RR access road; thence northwesterly along the centerline of CSX RR access road to a point; thence NORTH 90°00'00" EAST a distance of 1194 FT to the centerline of Philips HWY; thence northerly along the centerline of Philips HWY to J Turner Butler BLVD; thence northeasterly and easterly along the centerline of J. Turner Butler BLVD to the centerline of San Pablo RD; thence southerly along the centerline of San Pablo RD and the Duval County Line to the point of origin.

District 12:

For a point of beginning, begin at the centerline of Oakleaf Village PKWY and the Duval County Line; thence westerly, northerly, and northeasterly along the centerline of the Duval County Line to the centerline of Otis RD; thence southeasterly along the centerline of Otis RD to the centerline of Beaver ST; thence westerly along centerline of Beaver ST to the centerline of Halsema RD; thence northerly along the centerline of Halsema RD to the centerline of Old Plank RD; thence westerly along the centerline of Old Plank RD to the centerline of Jackson AVE N; thence southerly along the centerline of Jackson AVE N; to the centerline of Devoe ST; thence easterly along the centerline of Devoe ST to the centerline of Cahoon RD; thence southerly along the centerline of Cahoon RD to the centerline of I-10; thence easterly along the centerline of I-10 to the centerline of I-295; thence southerly along the centerline of I-295 to the centerline of Normandy BLVD; thence northeasterly along the centerline of Normandy BLVD to the centerline of Memorial Park RD; thence southeasterly along the centerline of Memorial Park RD to the centerline of Old Middleburg RD N; thence southwesterly along the centerline of Old Middleburg RD N to the centerline of Herlong RD; thence westerly along the centerline of Herlong RD to the centerline of I-295; thence SOUTH 40°00'00" WEST a distance of 334 FT to the centerline of Rudy CT; thence westerly along the centerline of Rudy CT to the centerline of Valley Crossing DR; thence southerly along the centerline of Valley Crossing Dr a distance of 604 FT to a point; thence SOUTH 40°00'00" WEST a distance of 711 FT; thence SOUTH 45°00'00" WEST a distance of 525 FT; thence SOUTH 45°00'00" EAST 295 FT; thence NORTH 10°00'00" WEST a distance of 495 FT to the centerline of Patou DR S; thence southerly, southwesterly, and westerly along the centerline of Patou DR S to the centerline of Fouraker RD; thence southerly along the centerline of Fouraker RD to the centerline of Wilson BLVD; thence westerly along the centerline of Wilson BLVD a distance of 2837 FT to a point; thence NORTH 05°00'00" WEST a distance of 195 FT; thence due west a distance of 2158 ft; thence S47°21'57"W a distance of 685 FT; thence due south a distance of 4838 FT to the centerline of Noroad; thence easterly along the centerline of Noroad to the centerline of Old Middleburg RD N; thence southeasterly along the centerline of Old Middleburg RD N to the centerline of Firetower RD; thence southwesterly along the centerline of Firetower RD to the centerline of Ken RD; thence southeasterly along the centerline of Ken RD to the centerline of 103rd ST; thence westerly along the centerline of 103rd ST to the centerline of McGirts Creek; thence southerly and southeasterly along the centerline of McGirts Creek to the centerline line of Mile Branch; thence westerly along the centerline of Mile Branch to the centerline of Shindler DR; thence due south along the centerline of Shindler DR to the centerline of Collins RD; thence due west along the

Exhibit 4
Page 9 of 11

centerline of Collins RD to the centerline of Old Middleburg RD S; thence southwesterly along the centerline of Old Middleburg RD S to the centerline of Oakleaf Village PKWY; thence southwesterly along the centerline of Oakleaf Village PKWY to the Duval County Line and the point of origin.

District 13:

For a point of beginning, begin at the centerline of the Duval County RD at the Atlantic Ocean; thence westerly along the centerline of the Duval County Line to the centerline of San Pablo RD; thence northerly along the centerline of San Pablo RD to the centerline of Beach BLVD; thence due west along Beach BLVD to the centerline of Suni Pines BLVD; thence due north a distance of 5500 FT; thence SOUTH 85°25'09" WEST a distance of 1462 FT; thence SOUTH 83°09'40" WEST a distance of 562 FT; thence due north to the centerline of Atlantic BLVD; thence west along the centerline of Atlantic BLVD a distance of 386 feet to the centerline of Queens Harbor BLVD; thence north along the centerline of Queens Harbor BLVD a distance of 396 feet; thence due east a distance of 400 feet to a point; thence due north a distance of 3265 feet to a point 1225 feet west of the northerly terminus of San Pablo RD; thence NORTH 85°59'07" EAST a distance of 4128 FT to a point; thence SOUTH 85°03'32" EAST a distance of 1441 FT to the centerline of the Intercoastal Waterway; thence northerly along the centerline of the Intercoastal Waterway to the centerline of the St. Johns River; thence easterly along the centerline of the St. Johns River to the Duval County line and the Atlantic Ocean; thence southerly along the Duval County line to the point of origin.

District 14:

For a point of beginning, begin at the centerline of the Buckman Bridge and the centerline of the St. Johns River; thence westerly along the Duval County Line to the centerline of Oakleaf Village PKWY; thence northwesterly along the centerline of Oakleaf Village PKWY; thence northeasterly along the centerline of Oakleaf Village PKWY to the centerline of Old Middleburg RD S; thence northeasterly along the centerline of Old Middleburg RD S east to the centerline of Collins RD; thence easterly along the centerline of Collins RD to the centerline of Shindler DR; thence due north along the centerline of Shindler DR to the centerline of Mile Branch; thence east along the centerline of Mile Branch to the centerline of McGirts Creek; thence southeasterly along the centerline of McGirts Creek to the centerline of Collins Rd; thence easterly along the centerline of Collins RD to the centerline of I-295; thence southeasterly and easterly along the centerline of I-295 to the centerline of Blanding BLVD; thence northerly along the centerline of Blanding BLVD to the centerline of Collins RD; thence easterly and southeasterly along the to to the centerline of Collins RD; thence easterly and southeasterly along the centerline of Collins RD to the western shore of Ortega River; thence northerly and northeasterly along the northwestern bank of a distance of 2670 More or less to a point; thence northwesterly NORTH 65°00'00" WEST a distance of 3442 FT; thence NORTH 65°00'00" WEST a distance of 766 FT to the centerline of Townsend RD thence NORTH 20°00'00" EAST a distance of 840 FT; thence NORTH 45°00'00" EAST a distance of 322 FT to the centerline of Seaboard AVE; thence northerly along the centerline of Seaboard AVE; to the centerline of Hurdia RD; thence westerly along the centerline of Hurdia RD to the centerline of Ednaray RD; thence northerly along the centerline of Ednaray Rd to the centerline of Morse AVE; thence easterly along the centerline of Morse RD to the centerline of Aline RD; thence northerly along the centerline of Aline RD to the centerline of 118th ST; thence westerly along the centerline of 118th ST to the centerline of Old Wesconnett BLVD; thence northerly along the centerline of Old Wesconnett BLVD to the centerline of Wesconnett BLVD; thence northeasterly along the centerline of Wesconnett BLVD to the

**Exhibit 4**
**Page 10 of 11**

centerline of 110th ST; thence easterly along the centerline of 110th ST to the centerline of Catoma ST; thence northerly along the centerline of Catoma ST to the centerline of 107th ST; thence easterly along the centerline of 107th ST to the centerline of Ortega Farms BLVD; thence northwesterly along the centerline of Ortega Farms BLVD to the centerline of Catoma ST; thence southerly along the centerline of Catoma ST to the centerline of Timuquana RD; thence westerly along the centerline of Timuquana RD to the centerline of Fishing Creek; thence northerly and northeasterly along the centerline of Fishing Creek to the centerline of Cedar River; thence northerly along the centerline of Cedar River to the centerline of centerline of Snug Harbour LN; thence northerly along the centerline Snug Harbour LN to the centerline of Park ST; thence northwesterly along the centerline of Park ST to the centerline of S Ellis RD; thence northerly along the centerline of S Ellis RD to the centerline of Royce AVE; thence easterly and southerly along the centerline of Royce AVE; to the centerline of Quan DR; thence easterly along the centerline of Quan DR to the centerline of Cassat AVE; thence northerly along the centerline of Cassat AVE; to the centerline of Ulmer ST; thence easterly along the centerline of Ulmer ST to the centerline of Murray DR; thence northerly along the centerline of Murray DR to the centerline of Royal AVE; thence easterly along the centerline of Royal AVE; to the centerline of Hamilton ST; thence northerly along the centerline of Hamilton ST to the centerline of Edgewood AVE S; thence southeasterly along the centerline of Edgewood AVE S to the centerline of College ST; thence easterly along the centerline of College ST to the centerline of Melba ST; thence southerly along the centerline of Melba ST to the centerline of Post ST; thence northeasterly and easterly along the centerline of Post ST to the centerline of Owen AVE; thence southeasterly along the centerline of Owen AVE; to the centerline of Corby AVE; thence northeasterly and easterly along the centerline of Corby ST to the centerline of Day AVE; thence southerly along the centerline of Day AVE; to the centerline of Plymouth ST; thence northeasterly along the centerline of Plymouth ST to the centerline of Post ST; thence easterly along the centerline of Post ST to the centerline of Roosevelt BLVD; thence northerly along the centerline of Roosevelt BLVD to the centerline of Roosevelt BLVD; thence northeasterly along the centerline of Roosevelt BLVD  to the centerline of Willow Branch AVE; thence northerly along the centerline of Willow Branch AVE; to the centerline of CSX RR; thence northeasterly along the centerline of CSX RR to the centerline of King ST; thence northerly along the centerline of King ST to the centerline of Rosselle ST; thence easterly along the centerline of Rosselle ST to the centerline of Phyllis ST; thence easterly along the centerline of Phyllis ST to the centerline of Stockton ST; thence northeasterly along the centerline of Stockton ST to the centerline of I-10; thence easterly along the centerline of I-10 to  the centerline of I-95; thence southeasterly along the centerline of I-95 to the centerline of the St. Johns River; thence southerly along the centerline of the St. Johns River to the centerline of the Buckman Bridge and the point of origin.

**Exhibit 4**
**Page 11 of 11**

## Exhibit 5 - City Council Districts Based on 2020 U.S. Census Data

### 2021 CITY COUNCIL DISTRICTS

District 1:

For a point of beginning, begin at the centerline of the St. Johns River and the centerline of the Isaiah D. Hart Bridge; thence north and northeast along the centerline of the St. Johns River to a line south of Exchange Island; thence southeasterly along a line southwest of Exchange Island to the centerline of Dames Point Bridge; thence southerly along the centerline of the Dames Point Bridge and I-295 to the centerline of Southside Connector BLVD; thence southerly along the centerline of Southside Connector BLVD to the centerline of Tredinick PKWY to the centerline of I-295; thence southerly along the centerline of I-295 to the centerline of Atlantic BLVD; thence westerly along the centerline of Atlantic BLVD to the centerline of Isaiah D. Hart Bridge; thence northwesterly along the centerline of Isaiah D. Hart Bridge to the centerline of the St. Johns River and the point of beginning.

District 2:

For a point of beginning, begin at the centerline of the mouth of the St. Johns River at the Atlantic Ocean; thence westerly along the centerline of the St. Johns River to centerline of the Intercoastal Waterway/Chicopit Bay; thence westerly along the centerline of the Chicopit Bay to the centerline of Mud Flats Creek; thence easterly along the centerline of Chicopit Bay; thence southerly along the centerline of the Intercoastal Waterway to the centerline of Mt. Pleasant Creek; thence southerly along the centerline of Mt. Pleasant Creek to the centerline of Greenfield Creek; thence southeasterly along the centerline of Greenfield Creek to the centerline of Mt. Pleasant RD; thence westerly along the centerline of Mt. Pleasant RD to the centerline of Old Girvin RD; thence southeasterly along the centerline of Old Girvin RD/Girvin RD a distance of 1450 FT to a point; thence NORTH 90°00'00" WEST a distance of 1459 FT to the centerline of Mt. Pleasant Creek; thence southerly along the centerline of Mt. Pleasant Creek to the centerline of Ashley Melisse BLVD; thence northeasterly and easterly along the centerline of Ashley Melisse BLVD to the centerline of Kernan BLVD; thence southerly along the centerline of Kernan BLVD to the centerline of Atlantic BLVD; thence northwesterly along the centerline of Atlantic BLVD a distance of 8226 FT; thence SOUTH 00°00'00" WEST a distance of 6775 FT; thence NORTH 90°00'00" WEST 2900 FT to the centerline of I-295; thence northeasterly along the centerline of I-295 to the centerline of Trednick PKWY; thence easterly along the centerline of Trednick PKWY to the centerline of Southside Connector BLVD; thence northerly along the centerline of Southside Connector BLVD to the centerline of I-295; thence northerly along the centerline of I-295 to the centerline of the St. Johns River south of Exchange Island; thence westerly along the centerline of the St. Johns River to the centerline of Broward Creek; thence northerly along the centerline of Broward Creek to the centerline of Main ST; thence northeasterly along the centerline of Main ST to the centerline of I-295; thence southeasterly along the centerline of I-295 to the centerline of Dunn Creek RD; thence northerly along the centerline of Dunn Creek RD to the centerline of Barber DR; thence easterly along the centerline of Barber DR to the centerline of Creek BLVD; thence southerly along the centerline of Creek BLVD to the centerline of Fish LN; thence southeasterly along the centerline of Fish LN to the centerline of Dunn CREEK; thence northeasterly along the centerline of Dunn CREEK to the centerline of Dunn Creek RD; thence northeasterly along the centerline of Dunn Creek RD to the centerline of New Berlin RD; thence northwesterly along the centerline of New Berlin RD to the centerline of Airport Center DR E;

Exhibit 5
Page 1 of 7

thence westerly along the centerline of Airport Center DR E to the centerline of Starratt RD;
thence northeasterly along the centerline of Starratt RD to the centerline of Yellow Bluff RD;
thence northwesterly along the centerline of Yellow Bluff RD to the centerline of Main ST N;
thence northerly along the centerline of Main ST N to the Duval County Line/Nassau River;
thence easterly and southeasterly along the Duval County Line/Nassau River to the Atlantic Ocean
and southerly to the point of origin.

District 3:

For a point of beginning, begin at the centerline of the Intracoastal WATERWAY and the Duval/St
Johns County Line; thence westerly along the Intracoastal WATERWAY to the centerline of Pablo
CREEK; thence westerly along the centerline of Pablo CREEK to the centerline of Cedar Swamp
CREEK; thence northwesterly along the centerline of Cedar Swamp CREEK to the centerline of J.
Turner Butler BLVD; thence westerly along J. Turner Butler BLVD to the centerline of Southside
BLVD; thence northerly along the centerline of Southside BLVD to the centerline of Gate PKWY
N; thence southeasterly along the centerline of Gate PKWY N to the centerline of Town Center
PKWY; thence easterly along the centerline of Town Center PKWY to the centerline of Big Island
DR; thence NORTH 18°25'19" WEST a distance of 497 FT; thence NORTH 30°15'24" WEST a
distance of 292 FT; thence NORTH 17°00'29" WEST a distance of 1456 FT; thence NORTH
00°04'43" WEST a distance of 1354 FT; thence NORTH 88°44'16" EAST a distance of 1594 FT to
the centerline of Town Center PKWY; thence northeasterly along the centerline of Town Center
PKWY to the centerline of St Johns Bluff RD S; thence northerly along the centerline of St Johns
Bluff RD S to the centerline of Beach BLVD; thence westerly along the centerline of Beach BLVD
to the centerline of Kernan BLVD S; thence northerly along the centerline of Kernan BLVD S a
distance of 6935 FT to a point; thence due east a distance of 7960 FT to a point; thence due north a
distance of 6680 FT to the centerline of Atlantic BLVD; thence easterly along the centerline of
Atlantic BLVD to the centerline of Kernan BLVD N; thence northerly along the centerline of
Kernan BLVD N to the centerline of Ashley Melisse BLVD; thence easterly and southeasterly along
the centerline of Ashley Melisse BLVD to the centerline of Mt. Pleasant Creek; thence northerly and
northeasterly along the centerline of Mt. Pleasant Creek; thence northerly and northeasterly along
the centerline of Mt. Pleasant Creek to a point 1459 FT due east of the centerline of Girvin RD;
thence  NORTH 90°00'00" EAST a distance of 1459 FT to the centerline of Girvin RD; thence
northwesterly along the centerline of Girvin RD/Old Girvin RD to the centerline of Mt. Pleasant
RD; thence easterly along the centerline of Mt. Pleasant RD to the centerline of Greenfield Creek;
thence northerly along the centerline of Greenfield Creek to the centerline of Mt. Pleasant Creek;
thence northerly along the centerline of Mt. Pleasant Creek to the centerline of Intercoastal
Waterway/Chicopit Bay; thence southeasterly and southerly along the centerline of the Intercoastal
waterway to the centerline of Hogpen Creek; thence westerly along the centerline of Hogpen Creek
to a point 4343 FT due east of the northern terminus of San Pablo RD N; thence NORTH 85°03'32"
WEST a distance of 1441 FT; thence SOUTH 85°59'07" WEST a distance of 4128 FT to a point
1225 feet west of the northerly terminus of San Pablo RD N thence due south 3265 feet to a point;
thence due west 400 feet to the centerline of Queens Harbor BLVD; thence south along the
centerline of Queens Harbor BLVD to the to the centerline of Atlantic BLVD; thence westerly along
the centerline of Atlantic BLVD 386 FT; thence due south a distance of 6609 FT; thence NORTH
83°13'49" EAST a distance of 260 FT; thence NORTH 85°26'41" EAST a distance of 1461 FT;
thence due south a distance of 5500 FT to the centerline of Beach BLVD; thence due east along the
centerline of Beach BLVD to the centerline of San Pablo RD S; thence southerly along the
centerline of San Pablo RD S to the Duval/St Johns County Line; thence southerly along the
Duval/St Johns County Line to the centerline of the Intracoastal WATERWAY and the point of
origin.

**Exhibit 5**
**Page 2 of 7**

District 4:

For a point of beginning, begin at the centerline of J. Turner Butler BLVD and the centerline of Southside BLVD; thence westerly along the centerline of J. Turner Butler BLVD to the centerline of I-95; thence northwesterly along the centerline of I-95 to the centerline of University BLVD; thence northeasterly along the centerline of University BLVD to the centerline of Atlantic BLVD; thence easterly along the centerline of Atlantic BLVD to the centerline of I-295; thence southerly along the centerline of I-295 a distance of 6680 FT to a point; thence due east to the centerline of Kernan BLVD; thence southerly along the centerline of Kernan BLVD to the centerline of Beach BLVD; thence westerly along the centerline of Beach BLVD to the centerline of St Johns Bluff RDS; thence southerly along the centerline of St Johns Bluff RD S to the centerline of Town Center PKWY; thence southwesterly along the centerline of Town Center PKWY a distance of 1,800 FT; thence SOUTH 88°44'16" WEST a distance of 1594 FT, thence SOUTH 00°04'43" EAST a distance of 1354 FT; thence SOUTH 17°00'29" EAST a distance of 1456 FT; thence SOUTH 29°55'48" EAST a distance of 300 FT; thence SOUTH 18°25'19" EAST a distance of 500 FT to the centerline of Town Center PKWY; thence westerly along the centerline of Town Center PKWY to the centerline of Gate PKWY; thence northwesterly along the Centerline of Gate PKWY to the centerline of Southside BLVD; thence southeasterly along the centerline of Southside BLVD to the centerline of J. Turner Butler BLVD and the point of origin.

District 5:

For a point of beginning, begin at the centerline of CSX RR and the centerline of Shad RD; thence westerly along the centerline of Shad RD to the centerline of Hood RD; thence westerly along the centerline of Hood RD to the centerline of Old St Augustine RD; thence northwesterly along the centerline of Old St. Augustine RD to the centerline of San Jose BLVD; thence northerly along the centerline of San Jose BLVD to the centerline of Goodby's Creek; thence westerly along the centerline of Goodby's Creek to the centerline of the St. Johns River; thence northerly and easterly along the centerline of the St. Johns River to the centerline of the Isaiah D Hart Bridge; thence southeasterly along the centerline of the Isaiah D Hart Bridge to the centerline of Atlantic BLVD; thence northeasterly along the centerline of Atlantic BLVD to the centerline of University BLVD; thence southerly and southeasterly along the centerline of University BLVD to the centerline of I-95; thence southeasterly along the centerline of I-95 to the centerline of J. Turner Butler BLVD; thence southwesterly along the centerline of J. Turner Butler BLVD to the centerline of Philips HWY; thence southeasterly along the centerline of Philips HWY a distance of 466 FT to a point; thence westerly SOUTH 90°00'00" WEST a distance of 1194 FT to CSX RR access road; thence southeasterly along CSX access road to the centerline of CSX RR; thence southeasterly along the centerline of CSX RR to the centerline of Shad RD and the point of origin.

District 6:

For a point of beginning, begin at the southern line of Section 31, Township 4 South, Range 28 East and the centerline of Durbin Creek; thence westerly along the Duval County Line a distance of 4000 FT to a point; thence due north along the Duval County Line a distance of 5876 FT to a point on the centerline of Durbin Creek; thence westerly along the centerline of Durbin Creek to the centerline of Julington Creek; thence southwesterly and westerly along the centerline of Julington Creek to the centerline of the St. Johns River; thence northerly along the centerline of the St. Johns River to the centerline of Goodby's Creek; thence easterly along the centerline of Goodby's Creek to the centerline of San Jose BLVD; thence southerly along the centerline of San Jose

Exhibit 5
Page 3 of 7

BLVD to the centerline of Old St. Augustine BLVD; thence southeasterly along the centerline of Old St. Augustine BLVD to the centerline of Hood RD; thence easterly along Hood RD to the centerline of Shad RD; thence easterly along the centerline of Shad RD to the centerline CSX RR; thence southeasterly along the centerline of CSX RR to the centerline of I-95; thence southerly and southeasterly along the centerline of I-95 to the centerline of Corklan Branch; thence southwesterly along the centerline of Corklan Branch to the centerline of Durbin Creek; thence southeasterly along the centerline of Durbin Creek to the Duval County Line and the point of origin.

District 7:

For a point of beginning, begin at the centerline of the St. Johns River and the centerline of the Isaiah D. Hart Bridge; thence southwesterly, northwesterly, and southwesterly along the centerline of the St. Johns River to a point 8,740 east of North Patrol RD AKA the boundary of Census Tract 013100 and Census Tract 013200; thence westerly 8,740 feet along the boundary of Census Tract 013100 and Census Tract 013200 to the centerline of North Patrol RD; thence southwesterly along the centerline of North Patrol RD 6,935 FT to a point; thence N82°09'49"Wa distance of 402 FT; thence S89°19'51"W a distance of 612.7 FT to the centerline of Roosevelt BLVD; thence north along the centerline of Roosevelt BLVD 1,062 feet to the centerline of a branch of the Ortega RIVER, thence westerly along the centerline of a branch of the Ortega RIVER to the centerline of the Ortega RIVER; thence northerly along the centerline of the Ortega RIVER to Ortega BRIDGE; thence northerly along Ortega BRIDGE to the centerline of Roosevelt BLVD; thence northerly along the centerline of Roosevelt BLVD to the centerline of San Juan AVE; thence westerly along the centerline of San Juan AVE to the centerline of Cassat AVE; thence northerly along the centerline of Cassat AVE to the centerline of I-10 EXPY, thence easterly along the centerline of I-10 EXPY to the centerline of King ST; thence northerly along the centerline of King ST to the centerline of Edison AVE; thence easterly along the centerline of Edison AVE to the centerline of King ST; thence northerly along the centerline of King ST to the centerline of Beaver ST W; thence easterly along the centerline of Beaver ST W to the centerline of CSX RR; thence northwesterly along the centerline of CSX RR to the centerline of Division ST; thence northerly along the centerline of Division ST to the centerline of 10TH ST W; thence easterly along the centerline of 10TH ST W to the centerline of Kings RD; thence southeasterly along the centerline of Kings RD to the centerline of Kings Park RD; thence northerly along the centerline of Kings Park RD to the centerline of 13TH ST W, thence easterly along the centerline of 13TH ST W to the centerline of Fairfax ST; thence northerly along the centerline of Fairfax ST thence northerly along the centerline of Fairfax ST to the centerline of Martin Luther King Jr PKWY; thence easterly along the centerline of Martin Luther King Jr PKWY to the centerline of Main ST N, thence northerly along the centerline of Main ST N to the centerline of 21ST ST E, thence easterly along the centerline of 21ST ST E to the centerline of Talleyrand AVE, thence southeasterly along the centerline of Talleyrand AVE 1,128 feet to the dividing line between Census Tract 000200 and Census Tract 000300; thence easterly along the dividing line between Census Tract 000200 and Census Tract 000300 4,859 feet to the centerline of the St Johns RIVER; thence southerly along the centerline of the St Johns RIVER to the centerline of the Isaiah D. Hart Bridge and the point of beginning.

**Exhibit 5**
**Page 4 of 7**

District 8:

For a point of beginning, begin at the centerline of Main ST N and the Trout RIVER; thence northwesterly along the centerline of the Trout RIVER to the centerline of the Ribault RIVER; thence southwesterly along the centerline of the Ribault RIVER to the centerline of Lem Turner RD; thence northwesterly along the centerline of Lem Turner RD to the centerline of the Trout RIVER; thence westerly along the centerline of the Trout RIVER to the centerline of I-295 EXPY; thence southwesterly along the centerline of I-295 EXPY to a point on the centerline of Georgia Southern & Florida RR; thence northwesterly along the centerline of Georgia Southern & Florida RR to the Duval/Nassau County line; thence northeasterly along the Duval/Nassau County line to the centerline of Main ST N; thence southerly along the centerline of Main ST N to the centerline of Yellow Bluff RD; thence southeasterly along the centerline of Yellow Bluff RD to the centerline of Starratt RD; thence southwesterly along the centerline of Starratt RD to the centerline of Airport Center DR E; thence southeasterly along the centerline of Airport Center DR E to the centerline of New Berlin RD; thence southeasterly along the centerline of New Berlin RD to the centerline of Dunn Creek RD; thence southwesterly along the centerline of Dunn Creek RD to the centerline of Dunn CREEK; thence southwesterly along the centerline of Dunn CREEK to the centerline of Fish LN; thence northwesterly along the centerline of Fish LN to the centerline of Barber DR; thence westerly along the centerline of Barber DR to the centerline of Dunn Creek RD; thence southerly along the centerline of Dunn Creek RD to the centerline of I-295 EXPY; thence northwesterly along the centerline of I-295 EXPY to the centerline of Main ST N; thence southerly along the centerline of Main ST N to the centerline of the Trout RIVER and the point of beginning.

District 9:

For a point of beginning, begin at the centerline of the Ortega RIVER and Timuquana RD; thence westerly along the centerline of Timuquana RD to the centerline of 103RD ST; thence westerly along the centerline of 103RD ST to the centerline of California AVE; thence southerly along the centerline of California AVE to the centerline of Metto RD; thence westerly along the centerline of Metto RD to the centerline of Ken RD; thence northerly along the centerline of Ken RD to the centerline of 103RD ST; thence westerly along the centerline of 103RD ST to the centerline of Lambing RD; thence northerly along the centerline of Lambing RD to the centerline of Noroad; thence easterly along the centerline of Noroad to the centerline of Old Middleburg RD N; thence northeasterly along the centerline of Old Middleburg RD N to the centerline of Fouraker RD; thence northerly along the centerline of Fouraker RD to the centerline of Normandy BLVD; thence northeasterly along the centerline of Normandy BLVD to the centerline of I-295 EXPY; thence northerly along the centerline of I-295 EXPY to a point on the centerline of CSX RR; thence northeasterly along the centerline of CSX RR to a point on the centerline of Old Kings RD; thence southeasterly along the centerline of Old Kings RD to a point on CSX RR; thence southeasterly along the centerline of CSX RR to a point on Beaver ST W; thence southwesterly along the centerline of Beaver ST W to the centerline of King ST; thence southerly along the centerline of King ST to the centerline of Edison AVE; thence westerly along the centerline of Edison AVE to the centerline of King ST; thence southerly along the centerline of King ST to the centerline of   I-10 EXPY; thence westerly along the centerline of I-10 EXPY to the centerline of Cassatt Ave; thence southerly along the centerline of Cassatt AVE to the centerline of San Juan AVE; thence easterly along the centerline San Juan AVE to the centerline of CSX RR; thence southeasterly along the centerline of CSX RR to the intersection of Ortega Bridge and the Ortega River; thence southerly along centerline of the Ortega RIVER to the centerline of Timuquana RD and the point of beginning.

**Exhibit 5**
**Page 5 of 7**

District 10:

For a point of beginning, begin at the centerline of the St Johns RIVER and the dividing line of Census Tracts 000200 and 000300; thence westerly along the dividing line of Census Tracts 000200 and 000300 to the centerline of Talleyrand AVE; thence northerly along the centerline of Talleyrand AVE to the centerline of 21ST ST E; thence westerly along the centerline of 21ST St E to the centerline of Main St N; thence southerly along the centerline of Main St N to the centerline of Martin Luther King Jr PKWY; thence westerly along the centerline of Martin Luther King Jr PKWY to the centerline of Fairfax ST; thence southerly along the centerline of Fairfax ST to the centerline of 13TH ST W; thence westerly along the centerline of 13TH ST W to the centerline of Kings Park DR; thence southerly along the centerline of Kings Park DR to the centerline of Kings RD; thence northwesterly along the centerline of Kings RD to the centerline of 10TH ST W; thence westerly along the centerline of 10TH ST W to the centerline of Division ST; thence southerly along the centerline of Division ST to the centerline of CSX RR; thence northwesterly along the centerline of CSX RR to the centerline of Old Kings RD; thence northwesterly along the centerline of Old Kings RD to the centerline of CSX RR; thence southwesterly along the centerline of CSX RR to the centerline of I-295 EXPY; thence northerly along the centerline of I-295 EXPY to the centerline of Trout RIVER; thence easterly along the centerline of Trout RIVER to the centerline of Lem Turner RD; thence southeasterly along the centerline of Lem Turner RD to the centerline of Ribault RIVER; thence northeasterly along the centerline of Ribault RIVER to the centerline of Trout RIVER; thence southeasterly along the centerline of Trout RIVER to the centerline of St Johns RIVER, thence southerly along the centerline of the St Johns RIVER to the centerline of  dividing line of Census Tracts 000200 and 000300 and the point of beginning.

District 11:

For a point of beginning, begin at the southeast corner of Section 36, Township 4 South, Range 28 East, Duval County; thence westerly along the centerline of the Duval County line to the centerline of Durbin Creek; thence northeasterly along the centerline of Durbin Creek to the centerline of I-95; thence northwesterly along the centerline of I-95 to the centerline of CSX RR; thence northwesterly along the centerline of CSX RR to CSX RR access road; thence northwesterly along the centerline of CSX RR access road to a point; thence NORTH 90°00'00" EAST a distance of 1194 FT to the centerline of Philips HWY; thence northerly along the centerline of Philips HWY to J Turner Butler BLVD; thence northeasterly and easterly along the centerline of J. Turner Butler BLVD to the centerline of San Pablo RD; thence southerly along the centerline of Cedar Swamp CREEK; thence southeasterly along the centerline of Cedar Swamp CREEK to the centerline of Pablo CREEK; thence southeasterly along the centerline of Pablo CREEK to the centerline of the Intracoastal WATERWAY; thence southeasterly along the centerline of the Intracoastal WATERWAY to the Duval County Line and the point of origin.

District 12:

For a point of beginning, begin at the centerline of Cecil Commerce Center PKWY and the Duval County-Line thence westerly, northerly, and northeasterly along the centerline of the Duval County Line to the centerline of Georgia Southern & Florida RR; thence southeasterly along the centerline of Georgia Southern & Florida RR; to the centerline of  I-295 EXPY; thence southwesterly along the centerline of I-295 EXPY to the centerline of Normandy BLVD; thence southwesterly along the centerline of Normandy BLVD to the centerline of Fouraker RD; thence southerly along the centerline of Fouraker RD to the centerline of Old Middleburg RD N; thence

Exhibit 5
Page 6 of 7

southwesterly along the centerline of Old Middleburg RD N to the centerline of Noroad; thence westerly along the centerline of Noroad to the centerline of Lambing RD; southerly along the centerline of Lambing RD to the centerline of 103RD ST; thence westerly along the centerline of 103RD ST to the centerline of Old Middleburg RD S; thence southwesterly along the centerline of Old Middleburg RD S to the centerline of Sandler RD; thence westerly along the centerline of Sandler RD to the centerline of Cecil Commerce Center PKWY; thence southeasterly along the centerline of Cecil Commerce PKWY to the Duval County line and the point of beginning.

District 13:

For a point of beginning, begin at the centerline of the Duval County RD at the Atlantic Ocean; thence westerly along the centerline of the Duval County Line to the centerline of San Pablo RD; thence northerly along the centerline of San Pablo RD to the centerline of Beach BLVD; thence due west along Beach BLVD to the centerline of Suni Pines BLVD; thence due north a distance of 5500 FT; thence SOUTH 85°25'09" WEST a distance of 1462 FT; thence SOUTH 83°09'40" WEST a distance of 562 FT; thence due north to the centerline of Atlantic BLVD; thence west along the centerline of Atlantic BLVD a distance of 386 feet to the centerline of Queens Harbor BLVD; thence north along the centerline of Queens Harbor BLVD a distance of 396 feet; thence due east a distance of 400 feet to a point; thence due north a distance of 3265 feet to a point 1225 feet west of the northerly terminus of San Pablo RD; thence NORTH 85°59'07" EAST a distance of 4128 FT to a point; thence SOUTH 85°03'32" EAST a distance of 1441 FT to the centerline of the Intercoastal Waterway; thence northerly along the centerline of the Intercoastal Waterway to the centerline of the St. Johns River; thence easterly along the centerline of the St. Johns River to the Duval County line and the Atlantic Ocean; thence southerly along the Duval County line to the point of origin.

District 14:

For a point of beginning, begin at the centerline of the Buckman Bridge and the centerline of the St. Johns River; thence westerly along the Duval County Line to the centerline of Cecil Commerce Center PKWY thence northwesterly along the centerline of Cecil Commerce Center to the centerline of Sandler RD; thence easterly along the centerline of Sandler RD to the centerline of Old Middleburg RD S; thence northeasterly along the centerline of Old Middleburg RD S east to the centerline of 103RD ST; thence easterly along the centerline of 103RD ST to the centerline of Ken RD; thence southerly along the centerline of Ken RD to the centerline of Metto RD; thence easterly along the centerline of Metto RD to the centerline of California AVE; thence northerly along the centerline of California AVE to the centerline of 103RD ST; thence easterly along the centerline of 103RD ST to the centerline of Timuquana RD; thence easterly along the centerline of Timuquana RD to the centerline of the Ortega RIVER; thence southeasterly along the Ortega RIVER to the centerline of Roosevelt BLVD; thence south along Roosevelt BLVD 1,062 FT to a point; thence N89°19'51E a distance of 612.7 FT; thence S82°09'49"E a distance of 402 FT to the centerline of North Patrol RD; thence northeasterly along the centerline of North Patrol RD to the boundary between Census Tract 013100 and 013200; thence easterly along the boundary between Census Tract 013100 and 013200 to the centerline of the Buckman BRIDGE and St Johns RIVER and the point of beginning.

**Exhibit 5**
**Page 7 of 7**

# Exhibit 6 - At-Large Residence Areas Based on 2020 U.S. Census Data

## 2021 AT-LARGE RESIDENCE AREAS

At-Large District 1:

For a point of beginning, begin at the centerline of the mouth of the St.Johns River main trunk at the Atlantic Ocean; thence west along the centerline of the St. Johns River main trunk to centerline of Dunn Creek; thence north along the centerline of Dunn Creek to the centerline of I-295; thence northwest along the centerline of I-295 to the centerline of I-95; thence west and south along the centerline of I-295 to the centerline of Wilson BV; thence east along the centerline of Wilson BV to the centerline of Blanding BV; thence south along the centerline of Blanding BV to the centerline of Du-Clay RD; thence west along the centerline of Du-Clay RD to the centerline of Plantation Club DR; thence south along the centerline of Plantation Club DR to the centerline of Plantation Bay DR N; thence west along the centerline of Plantation Bay DR N to the northwestern corner of lot 1 of the Lakes of Westland Unit One subdivision; thence south 1454 feet more or less, along said westerly line of lot 1 of the Lakes of Westland Unit One subdivision to the centerline of Collins RD; thence west along the centerline of Collins RD to the centerline of I-295; thence south along the centerline of I-295 to the centerline of the Ortega River; thence southwest along the centerline of Ortega River to the centerline of Blanding BV; thence south along the centerline of Blanding BV to the southerly boundary line of Duval County and the northerly boundary line of Clay County; thence west along said county boundary lines to the southwest corner of Duval County (being the northwest corner of Clay County and also being a point on the easterly line of Baker County); thence north along the west line of Duval County to the northwest corner; thence northeast along the northerly Duval County boundary line to the centerline of Thomas Creek; thence east to the centerline of Nassau River; thence east into Nassau Sound; thence east to the easterly line of Duval County as it borders the Atlantic Ocean; thence south along the easterly line of Duval County to the point of beginning.

At-Large District 2:

For a point of beginning, begin at the intersection of the centerline of the St. Johns River main trunk and the centerline of the Isaiah D. Hart XY Bridge; thence north, northeast, and east along the centerline of the St. Johns River to the Duval County Line/Atlantic Ocean; thence south along the Duval County Line to the Duval County/St. Johns County line; thence west along the Duval County line to the centerline of San Pablo RD S; thence north along the centerline of San Pablo RD S and San Pablo PY to the centerline of Beach BV; thence west along the centerline of Beach BV to the southeast corner of LOT 55 BLK 1 of Golden Glades Unit No1; thence north 2,916 feet more or less, along the east boundary of LOT 55 BLK 1 of GOLDEN GLADES UNIT NO 1 to the northeast corner of PT LOTS 36,37 RECD O/R BK 3738-372 of GOLDEN GLADES UNIT NO 2; thence west 1313 feet more or less, along the north property line of PT LOTS 36,37 RECD O/R BK 3738-372 of GOLDEN GLADES UNIT NO 2 to the centerline of Hodges BV; thence north along the centerline of Hodges BV to the centerline of Tom Morris DR; thence east to the southwest corner of LOT 15 of ST ANDREWS PLACE subdivision; thence east 387 feet more or less, along the southern boundary of LOT 15 of ST ANDREWS PLACE subdivision to the southeast corner of LOT 15 of ST ANDREWS PLACE subdivision; thence north 6694 feet more or less, along the eastern boundary of LOT 15 of ST ANDREWS PLACE subdivision to the centerline of Atlantic BV; thence west along the centerline of Atlantic BV to the centerline of Highland AVE; thence north along the centerline of Highland AVE to the centerline of the Isaiah D. Hart XY Bridge; thence northwest along the centerline of the Isaiah D. Hart XY Bridge 2132 feet more or less, to the point of beginning.

Exhibit 6
Page 1 of 3

At-Large District 3:

For a point of beginning, begin at the intersection of the Duval County line and the centerline of San Pablo RD S; thence south 53,319 feet more or less, along the eastern Duval County boundary line to the southeastern corner of Duval County; thence west 33,185 feet more or less, along the southerly boundary of Duval County to the southwest corner of 31-4S-28E 18.5 - PT LOTS 1,2,3,4 RECD - O/R 12024-1638 BEING PARCEL 100; thence north 5,890 feet more or less, along the westerly boundary of 31-4S-28E 18.5 - PT LOTS 1,2,3,4 RECD - O/R 12024-1638 BEING PARCEL 100 to the centerline of Julington Creek; thence southwest and west along the centerline of Julington Creek to the centerline of the St. Johns River main trunk; thence north along the centerline of the St. Johns River main trunk to the centerline of Goodby's Creek; thence east along the centerline of Goodby's Creek to the centerline of San Jose BV; thence north along the centerline of San Jose BV to the centerline of Baymeadows RD; thence east along the centerline of Baymeadows RD to the centerline of Baymeadows CR; thence north and east along the centerline of Baymeadows CR to the centerline of Southbrook DR; thence east along the centerline of Southbrook DR to the centerline of Southside BV; thence north along the centerline of Southside BV to the centerline of J. Turner Butler BV; thence east along the centerline of J. Turner Butler BV to the centerline of I-295; thence north along the centerline of I-295 to the centerline of St. Johns Bluff RD; thence north along the centerline of St. Johns Bluff RD to the centerline of Beach BV; thence east along the centerline of Beach BV to the centerline of Kernan BV; thence north along the centerline of Kernan BV to the centerline of Atlantic BV; thence east 10,976 feet more or less, along the centerline of Atlantic BV to the northeast corner of 38-2S-28E 36.52 - B DE CASTRO Y FERRER GRANT - PT RECD O/R 8590-2406 (EX PT R/W RECD O/R 13969-1800); thence south 6694 feet more or less, along the eastern boundary line of 38-2S-28E 36.52 - B DE CASTRO Y FERRER GRANT - PT RECD O/R 8590-2406 (EX PT R/W RECD O/R 13969-1800) to the southeast corner of LOT 15 of ST ANDREWS PLACE subdivision; thence west 387 feet more or less, along the southern boundary line of LOT 15 of ST ANDREWS PLACE subdivision to the centerline of Tom Morris DR; thence west along the centerline of Tom Morris DR to the centerline of Hodges BV; thence south along the centerline of Hodges BV 2,288 feet more or less, to a point laterally west of the northwest corner of W 65FT LOT 29 BLK 1 of GOLDEN GLADES UNIT 2; thence east 1,313 feet more or less, along the northern boundary of W 65FT LOT 29 BLK 1 of GOLDEN GLADES UNIT 2 to the northeast corner of PT LOTS 36,37 RECD O/R BK 3738-372 of GOLDEN GLADES UNIT NO 2; thence south 2,916 feet more or less, along the eastern boundary of PT LOTS 36,37 RECD O/R BK 3738-372 of GOLDEN GLADES UNIT NO 2 to the centerline of Beach BV; thence east along the centerline of Beach BV to the centerline of San Pablo RD S; thence south along the centerline of San Pablo RD S and San Pablo PY to the centerline of the Duval County Line and Clay County line to the point of origin.

At-Large District 4:

For a point of beginning, begin at the intersection of the centerline of Atlantic BV and the centerline of Kernan BV; thence south along the centerline of Kernan BV to the centerline of Beach BV; thence west along the centerline of Beach BV to the centerline of I-295; thence south along the centerline of I-295 to the centerline of J. Turner Butler BV; thence west along the centerline of J. Turner Butler BV to the centerline of Southside BV; thence south along the centerline of Southside BV to the centerline of Southbrook DR; thence west along the centerline of Southbrook DR to the centerline of Baymeadows CR; thence west and south along the centerline of Baymeadows CR to the centerline of Baymeadows RD; thence west along the centerline of Baymeadows RD to the centerline of San Jose BV; thence south along the centerline of San Jose BV to the centerline of Goodby's Creek; thence west along the

Exhibit 6
Page 2 of 3

centerline of Goodby's Creek to the centerline of the St. Johns River main trunk; thence southwest along the centerline of the St. Johns River main trunk to the centerline of I-295/Buckman Bridge; thence west along the centerline of I-295 to the Duval County line; thence west along the Duval County line to the centerline of the Ortega River; thence northeast along the centerline of the Ortega River to the centerline of I-295; thence northwest along the centerline of I-295 to the centerline of Collins RD; thence east 2,471 feet more or less, along the centerline of Collins RD to the southwest corner of TRACTS 9,10(EX PT R/W RECD O/R 14065-997) BLK 3 of JACKSONVILLE HEIGHTS; thence north 1454 feet more or less, along the western boundary line of TRACTS 9,10(EX PT R/W RECD O/R 14065-997) BLK 3 of JACKSONVILLE HEIGHTS to the intersection with centerline of Plantation Bay DR N; thence east along the centerline of Plantation Bay DR N to the centerline of Plantation Club DR; thence north along the centerline of Plantation Club DR to the centerline of Du-Clay RD; thence east along the centerline of Du-Clay RD to the centerline of Blanding BV; thence north along the centerline of Blanding BV to the centerline of the Cedar River; thence north along the centerline of the Cedar River to the centerline of Park ST; thence east along the centerline of Park ST to the centerline of Big Fishwier Creek; thence southeast along the centerline of Big Fishwier Creek to the centerline of the St. Johns River main trunk; thence northeast along the main trunk of the St. Johns River to the centerline of the Arlington River; thence east and southeast along the centerline of the Arlington River to the centerline of Atlantic BV; thence east along the centerline of Atlantic BV to the centerline of Kernan BV to the point of beginning.

At-Large District 5:

For a point of beginning, begin at the intersection of the centerline of the St. Johns River main trunk and the centerline of the Isaiah D. Hart XY Bridge; thence southwest along the centerline of St. Johns River main trunk to the centerline of Big Fishwier Creek; thence northwest along the centerline of Big Fishwier Creek to the centerline of Park ST; thence west along the centerline of Park ST to the centerline of the Cedar River; thence southeast along the centerline of the Cedar River to the centerline of Blanding BV; thence southwest along the centerline of Blanding BV to the centerline of Wilson BV; thence west along the centerline of Wilson BV to the centerline of I-295; thence north, northeast and east along the centerline of I-295 to the centerline of I-95; thence continue southeast on the centerline of I-295 to the centerline of Dunn Creek; thence south along the centerline of Dunn Creek to the centerline of the main trunk of the St. Johns River; thence west and south along the centerline of the St. Johns River to the intersection with the centerline of the Isaiah D. Hart XY Bridge and the point of beginning.

Exhibit 6
Page 3 of 3

**Exhibit 7** - At-Large Residence Areas Based on 2020 U.S. Census Data

## 2021 AT-LARGE RESIDENCE AREAS

At-Large District 1:

For a point of beginning, begin at the centerline of the mouth of the St Johns River main trunk at the Atlantic Ocean; thence west along the centerline of the St. Johns River main trunk to centerline of Dunn Creek; thence north along the centerline of Dunn Creek to the centerline of I-295; thence northwest along the centerline of I-295 to the centerline of I-95; thence west and south along the centerline of I-295 to the centerline of Wilson BLVD; thence east along the centerline of Wilson BLVD to the centerline of Blanding BLVD; thence south along the centerline of Blanding BLVD to the centerline of Du-Clay RD; thence west along the centerline of Du-Clay RD to the centerline of Plantation Club DR; thence south along the centerline of Plantation Club DR to the centerline of Plantation Bay DR N; thence west along the centerline of Plantation Bay DR N to the northwestern corner of lot 1 of the Lakes of Westland Unit One subdivision; thence south 1454 feet more or less, along said westerly line of lot 1 of the Lakes of Westland Unit One subdivision to the centerline of Collins RD; thence west along the centerline of Collins RD to the centerline of I-295; thence south along the centerline of I-295 to the centerline of the Ortega River; thence southwest along the centerline of Ortega River to the centerline of Blanding BLVD; thence south along the centerline of Blanding BLVD to the southerly boundary line of Duval County and the northerly boundary line of Clay County; thence west along said county boundary lines to the southwest corner of Duval County (being the northwest corner of Clay County and also being a point on the easterly line of Baker County); thence north along the west line of Duval County to the northwest corner; thence northeast along the northerly Duval County boundary line to the centerline of Thomas Creek; thence east to the centerline of Nassau River; thence east into Nassau Sound; thence east to the easterly line of Duval County as it borders the Atlantic Ocean; thence south along the easterly line of Duval County to the point of beginning.

At-Large District 2:

For a point of beginning, begin at the intersection of the centerline of the St. Johns River main trunk and the centerline of the Isaiah D. Hart Bridge; thence north, northeast, and east along the centerline of the St. Johns River to the Duval County Line/Atlantic Ocean; thence south along the Duval County Line to the Duval County/St. Johns County line; thence west along the Duval County line to the centerline of San Pablo RD S; thence north along the centerline of San Pablo RD S and San Pablo PKWY to the centerline of Beach BLVD; thence west along the centerline of Beach BLVD to the southeast corner of LOT 55 BLK 1 of Golden Glades Unit No1; thence north 2,916 feet more or less, along the east boundary of LOT 55 BLK 1 of GOLDEN GLADES UNIT NO 1 to the northeast corner of PT LOTS 36,37 RECD O/R BK 3738-372 of GOLDEN GLADES UNIT NO 2; thence west 1313 feet more or less, along the north property line of PT LOTS 36,37 RECD O/R BK 3738-372 of GOLDEN GLADES UNIT NO 2 to the centerline of Hodges BLVD; thence north along the centerline of Hodges BLVD to the centerline of Tom Morris DR; thence east to the southwest corner of LOT 15 of ST ANDREWS PLACE subdivision; thence east 387 feet more or less, along the southern boundary of LOT 15 of ST ANDREWS PLACE subdivision to the southeast corner of LOT 15 of ST ANDREWS PLACE subdivision; thence north 6694 feet more or less, along the eastern boundary of LOT 15 of ST ANDREWS PLACE subdivision to the centerline of Atlantic BLVD; thence west along the centerline of Atlantic BLVD to the centerline of Highland AVE; thence north along the centerline of Highland AVE to the centerline of the Isaiah D. Hart Bridge; thence northwest along the centerline of the Isaiah D. Hart Bridge 2132 feet more or less, to the point of beginning.

Exhibit 7
Page 1 of 3

At-Large District 3:

For a point of beginning, begin at the intersection of the Duval County line and the centerline of San Pablo RD S; thence south 53,319 feet more or less, along the eastern Duval County boundary line to the southeastern corner of Duval County; thence west 33,185 feet more or less, along the southerly boundary of Duval County to the southwest corner of 31-4S-28E 18.5 - PT LOTS 1,2,3,4 RECD - 0/R 12024-1638 BEING PARCEL 100; thence north 5,890 feet more or less, along the westerly boundary of 31-4S-28E 18.5 - PT LOTS 1,2,3,4 RECD - 0/R 12024-1638 BEING PARCEL 100 to the centerline of Julington Creek; thence southwest and west along the centerline of Julington Creek to the centerline of the St. Johns River main trunk; thence north along the centerline of the St. Johns River main trunk to the centerline of Goodby's Creek; thence east along the centerline of Goodby's Creek to the centerline of San Jose BLVD; thence north along the centerline of San Jose BLVD to the centerline of Baymeadows RD; thence east along the centerline of Baymeadows RD to the centerline of Baymeadows CR W; thence north and east along the centerline of Baymeadows CR W to the centerline of Linkside DR; the north and northeast along the centerline of Linkside DR to the centerline of Baymeadows CR W; thence north and northeast along the centerline to the of Baymeadows CR W to the centerline of Southbrook DR; thence east along the centerline of Southbrook DR to the centerline of Southside BLVD; thence north along the centerline of Southside BLVD to the centerline of J. Turner Butler BLVD; thence east along the centerline of J. Turner Butler BLVD to the centerline of I-295; thence north along the centerline of I-295 to the centerline of St. Johns Bluff RD; thence north along the centerline of St. Johns Bluff RD to the centerline of Beach BLVD; thence east along the centerline of Beach BLVD to the centerline of Kernan BLVD; thence north along the centerline of Kernan BLVD to the centerline of Atlantic BLVD; thence east 10,976 feet more or less, along the centerline of Atlantic BLVD to the northeast corner of 38-2S-28E 36.52 - B DE CASTRO Y FERRER GRANT- PT RECD 0/R 8590-2406 (EX PT R/W RECD 0/R 13969-1800); thence south 6694 feet more or less, along the eastern boundary line of 38-2S-28E 36.52 - B DE CASTRO Y FERRER GRANT - PT RECD 0/R 8590-2406 (EX PT R/W RECD 0/R 13969-1800) to the southeast corner of LOT 15 of ST ANDREWS PLACE subdivision; thence west 387 feet more or less, along the southern boundary line of LOT 15 of ST ANDREWS PLACE subdivision to the centerline of Tom Morris DR; thence west along the centerline of Tom Morris DR to the centerline of Hodges BLVD; thence south along the centerline of Hodges BLVD 2,288 feet more or less, to a point laterally west of the northwest corner of W 65FT LOT 29 BLK 1 of GOLDEN GLADES UNIT 2; thence east 1,313 feet more or less, along the northern boundary of W 65FT LOT 29 BLK 1 of GOLDEN GLADES UNIT 2 to the northeast corner of PT LOTS 36,37 RECD 0/R BK 3738-372 of GOLDEN GLADES UNIT NO 2; thence south 2,916 feet more or less, along the eastern boundary of PT LOTS 36,37 RECD 0/R BK 3738-372 of GOLDEN GLADES UNIT NO 2 to the centerline of Beach BLVD; thence east along the centerline of Beach BLVD to the centerline of San Pablo RDS; thence south along the centerline of San Pablo RDS and San Pablo PKWY to the centerline of the Duval County Line and Clay County line to the point of origin.

At-Large District 4:

For a point of beginning, begin at the intersection of the centerline of Atlantic BLVD and the centerline of Kernan BLVD; thence south along the centerline of Kernan BLVD to the centerline of Beach BLVD; thence west along the centerline of Beach BLVD to the centerline of I-295; thence south along the centerline of I-295 to the centerline of J. Turner Butler BLVD; thence west along the centerline of J. Turner Butler BLVD to the centerline of Southside BLVD; thence south along the centerline of Southside BLVD to the centerline of Southbrook DR; thence west along the centerline of Southbrook DR to the centerline of Baymeadows CR W; thence west and southwest along the centerline of Baymeadows CR W to the centerline of Linkside DR; thence south and southwest along the centerline of Linkside DR to the centerline of Baymeadows CR W; thence west and south along

**Exhibit 7**
**Page 2 of 3**

the centerline of Baymeadows CR to the centerline of Baymeadows RD; thence west along the centerline of Baymeadows RD to the centerline of San Jose BLVD; thence south along the centerline of San Jose BLVD to the centerline of Goodby's Creek; thence west along the centerline of Goodby's Creek to the centerline of the St. Johns River main trunk; thence southwest along the centerline of the St. Johns River main trunk to the centerline of I-295/Buckman Bridge; thence west along the centerline of I-295 to the Duval County line; thence west along the Duval County line to the centerline of the Ortega River; thence northeast along the centerline of the Ortega River to the centerline of I-295; thence northwest along the centerline of I-295 to the centerline of Collins RD; thence east 2,471 feet more or less, along the centerline of Collins RD to the southwest corner of TRACTS 9,l0 (EX PT R/W RECD 0/R 14065-997) BLK 3 of JACKSONVILLE HEIGHTS; thence north 1454 feet more or less, along the western boundary line of TRACTS 9, l0 (EX PT R/W RECD 0/R 14065-997) BLK 3 of JACKSONVILLE HEIGHTS to the intersection with centerline of Plantation Bay DR N; thence east along the centerline of Plantation Bay DR N to the centerline of Plantation Club DR; thence north along the centerline of Plantation Club DR to the centerline of Du-Clay RD; thence east along the centerline of Du-Clay RD to the centerline of Blanding BLVD; thence north along the centerline of Blanding BLVD to the centerline of the Cedar River; thence north along the centerline of the Cedar River to the centerline of Park ST; thence east along the centerline of Park ST to the centerline of Big Fishweir Creek; thence southeast along the centerline of Big Fishweir Creek to the centerline of the St. Johns River main trunk; thence northeast along the main trunk of the St. Johns River to the centerline of the Arlington River; thence east and southeast along the centerline of the Arlington River to the centerline of Atlantic BLVD; thence east along the centerline of Atlantic BLVD to the centerline of Kernan BLVD to the point of beginning.

At-Large District 5:

For a point of beginning, begin at the intersection of the centerline of the St. Johns River main trunk and the centerline of the Isaiah D. Hart Bridge; thence southwest along the centerline of St. Johns River main trunk to the centerline of Big Fishweir Creek; thence northwest along the centerline of Big Fishweir Creek to the centerline of Park ST; thence west along the centerline of Park ST to the centerline of the Cedar River; thence southeast along the centerline of the Cedar River to the centerline of Blanding BLVD; thence southwest along the centerline of Blanding BLVD to the centerline of Wilson BLVD; thence west along the centerline of Wilson BLVD to the centerline of I-295; thence north, northeast and east along the centerline of I-295 to the centerline of I-95; thence continue southeast on the centerline of I-295 to the centerline of Dunn Creek; thence south along the centerline of Dunn Creek to the centerline of the main trunk of the St. Johns River; thence west and south along the centerline of the St. Johns River to the intersection with the centerline of the Isaiah D. Hart Bridge and the point of beginning.

Exhibit 7
Page 3 of 3



# P3 SCHOOL BOARD

## DISTRICT

| School Board District | Council District |
|---|---|
| 1 | 1 and 2 |
| 2 | 3 and 13 |
| 3 | 4 and 5 |
| 4 | 8 and 10 |
| 5 | 7 and 9 |
| 6 | 12 and 14 |
| 7 | 6 and 11 |

**Exhibit 9 -** School Board Based on 2020 U.S. Census Data

## APPENDIX 2. - SCHOOL BOARD DISTRICTS

* * *

### Section 1. - Council District composition of School Board Districts.

School Board District 1:  Council Districts 1 and 2

School Board District 2:  Council Districts 3 and 13

School Board District 3:  Council Districts 4 and 5

School Board District 4:  Council Districts 7 and 8

School Board District 5:  Council Districts 9 and 10

School Board District 6:  Council Districts 12 and 14

School Board District 7:  Council Districts 6 and 11

* * *

Exhibit 9
Page 1 of 1

**Exhibit 10** - School Board Based on 2020 U.S. Census Data

## APPENDIX 2. - SCHOOL BOARD DISTRICTS

* * *

### Section 1. - Council District composition of School Board Districts.

School Board District 1:  Council Districts 1 and 2

School Board District 2:  Council Districts 3 and 13

School Board District 3:  Council Districts 4 and 5

School Board District 4:  Council Districts 8 and 10

School Board District 5:  Council Districts 7 and 9

School Board District 6:  Council Districts 12 and 14

School Board District 7:  Council Districts 6 and 11

* * *

Exhibit 10
Page 1 of 1

ORDINANCE 2023-281-E

CERTIFICATE OF AUTHENTICATION

DECLARED AN EMERGENCY MEASURE AND

ENACTED BY THE COUNCIL

May 9, 2023

_____
TERRANCE FREEMAN
COUNCIL PRESIDENT

ATTEST:

APPROVED:   MAY 1 0 2023



_____
MARGARET M. SIDMAN
COUNCIL DIRECTOR/SECRETARY

_____
LENNY CURRY, MAYOR