# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JACKSONVILLE BRANCH
OF THE NAACP, et al.,

      Plaintiffs,

                                    Case No. 3:22-cv-493-MMH-LLL

vs.

CITY OF JACKSONVILLE, et al.,

      Defendants.
_____/

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the above styled cause is scheduled for a brief hearing to clarify the Court's understanding of the settlement and related ordinance on **FRIDAY, MAY 26, 2023,** at **10:00 A.M.**, before the Honorable Marcia Morales Howard, United States District Judge.

The hearing will be held by video teleconferencing using Zoom. The Courtroom Deputy Clerk will separately send participants an Outlook invitation with the link, meeting ID, and password. Information on how others can observe the proceeding can be found on the Court's website, https://www.flmd.uscourts.gov/coronavirus-and-email-filing-information.

Participants should dress in appropriate court attire and appear in front of an appropriate professional background. All persons are hereby reminded

that pursuant to Local Rule 5.01, United States District Court, Middle District of Florida, "[n]o one may broadcast, televise, record, or photograph a judicial proceeding, including a proceeding by telephone or video." Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

DATE: May 23, 2023

FOR THE COURT:

By: <u>s/ Margaret H. Miller</u>
Law Clerk

Copies to:
Counsel of Record