**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| JACKSONVILLE BRANCH OF THE NAACP, et al. <br> v. <br> CITY OF JACKSONVILLE, et al. | CASE NO. 3:22-cv-493-MMH-LLL |

Counsel for Plaintiffs:
Daniel Hessel
Nicholas Warren
Matletha Bennette
Caroline McNamara
Ruth Greenwood
Jack Genberg

Counsel for Defendants:
Mary Margaret Giannini
Helen Peacock Roberson
Jason Teal

**HONORABLE MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles          Court Reporter: Katharine Healey

**CLERK'S MINUTES**

PROCEEDINGS OF:   STATUS CONFERENCE (VIA ZOOM)

Discussion regarding Joint Motion for Approval of Settlement Agreement (Dkt. No. 128).

Date: May 26, 2023       Time: 10:04 a.m. – 10:29 a.m.       Total: 25 Minutes