UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACKSONVILLE BRANCH
OF THE NAACP, et al.,

      Plaintiffs,

                                    Case No. 3:22-cv-493-MMH-LLL

vs.

CITY OF JACKSONVILLE, et al.,

      Defendants.

_____/

## **FINAL JUDGMENT**

**THIS CAUSE** came before the Court on the Joint Motion for Approval of Settlement Agreement (Doc. 128; Joint Motion), filed on May 12, 2023. In the Joint Motion, Plaintiffs Jacksonville Branch of the NAACP, the Northside Coalition of Jacksonville, Inc., the ACLU of Florida Northeast Chapter, Florida Rising Together, Inc., Marcella Washington, Ingrid Montgomery, Ayesha Franklin, Tiffanie Roberts, Rosemary McCoy, Sheila Singleton, Eunice Barnum, Janine Williams, and Dennis Barnum, and Defendants City of Jacksonville and Mike Hogan in his official capacity as Duval County Supervisor of Elections, informed the Court that they have reached a settlement of this matter in full and asked the Court to enter final judgment in accordance with the terms of their settlement. See Joint Motion, Ex. A: Settlement

Agreement. After careful review, and with a minor revision to the Settlement, the Court entered an Order (Doc. 131) on May 30, 2023, granting the Joint Motion. As such, and for the reasons stated in the Order, it is

**ORDERED, ADJUDGED, and DECREED:**

1. The revised Settlement Agreement attached to this Final Judgment is **APPROVED**.[1]

2. Defendants City of Jacksonville and Mike Hogan, in his official capacity as Duval County Supervisor of Elections, **shall** employ "P3" as the redistricting plan for the Jacksonville City Council and Duval County School Board district boundaries, as enacted in Ordinance 2023-281-E, for the 2020 decennial census term.

3. Unless otherwise ordered by a court of law, Defendants **shall** use "P3" until redistricting is required by Sections 5.02 and 13.03 of the Charter of the City of Jacksonville and Section 18 of the Ordinance Code of the City of Jacksonville.

4. The Court retains jurisdiction to enforce the provisions of the revised Settlement Agreement.

5. The Court further retains jurisdiction to adjudicate Plaintiffs' potential motion to request that the Court order special elections for

---

[1] Given their length, Exhibits 2 and 3 to the Settlement are not attached here. Those Exhibits can be found on the docket at document entry 128-1.

School Board Districts 4 and 6, to be held concurrent with the regular 2024 elections. If Plaintiffs elect to file such a motion, it is due no later than **June 29, 2023**.

6. Pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, this action is **DISMISSED**.

7. The Clerk of the Court is **directed** to close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 30th day of May, 2023.

*[Signature]*
MARCIA MORALES HOWARD
United States District Judge

lc11
Copies to:

Counsel of Record