IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 22-14260-HH

JACKSONVILLE BRANCH OF THE NAACP,
NORTHSIDE COALITION OF JACKSONVILLE, INC.,
ACLU OF FLORIDA NORTHEAST CHAPTER,
FLORIDA RISING TOGETHER, INC.,
MARCELLA WASHINGTON, et al.,

                Plaintiffs - Appellees,

versus

CITY OF JACKSONVILLE,
DUVAL COUNTY SUPERVISOR OF ELECTIONS,

                Defendants - Appellants.

Appeal from the United States District Court
for the Middle District of Florida

ORDER: Motion to voluntarily dismiss appeal filed by Appellants City of Jacksonville and Duval County Supervisor of Elections is GRANTED by clerk [9951972-2]. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date.

Effective June 06, 2023.

                DAVID J. SMITH
       Clerk of Court of the United States Court
         of Appeals for the Eleventh Circuit

                            FOR THE COURT - BY DIRECTION

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 06, 2023

Clerk - Middle District of Florida
U.S. District Court
300 N HOGAN ST
JACKSONVILLE, FL 32202

Appeal Number: 22-14260-HH
Case Style: Jacksonville Branch of the NAACP, et al v. City of Jacksonville, et al
District Court Docket No: 3:22-cv-00493-MMH-LLL

The enclosed copy of the Clerk's Order of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Any pending motions are now rendered moot in light of the attached order.

### Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

# Lisa Fannin

| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **Sent:** | Tuesday, June 6, 2023 12:48 PM |
| **To:** | FLMD_EFILE_APPEALS |
| **Subject:** | 22-14260-HH Jacksonville Branch of the NAACP, et al v. City of Jacksonville, et al "Clerk Order Filed Clerk's Entry of Dismissal Dismiss Appeal Voluntarily" (3:22-cv-00493-MMH-LLL) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## United States Court of Appeals for the Eleventh Circuit

**Notice of Docket Activity**

The following transaction was filed on 06/06/2023

**Case Name:** Jacksonville Branch of the NAACP, et al v. City of Jacksonville, et al
**Case Number:** 22-14260
**Document(s):** 37

**Docket Text:**
ORDER: Motion to voluntarily dismiss appeal filed by Appellants City of Jacksonville and Duval County Supervisor of Elections is GRANTED by clerk [36]. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date

**Notice will be electronically mailed to:**

Michael Beato
Matletha Bennette
Clerk - Middle District of Florida, Clerk of Court
Krista Dolan
Jack Genberg
Mary Margaret Giannini
Ruth M. Greenwood
Sonya Harrell
Bradley E. Heard
Daniel Hessel
Mohammad O. Jazil
Theresa J. Lee
Caroline Andrews McNamara
Helen Peacock Roberson
Jon Robert Phillips
Nicholas Stephanopoulos

Jason Robert Teal
Daniel Boaz Tilley
Jason Brett Torchinsky
Nicholas Warren

The following document(s) are associated with this transaction:
**Document Description:** DIS-3 Notice to Counsel/Parties
**Original Filename:** /opt/ACECF/live/forms/LoisTunstall_2214260_9953796_DIS-3LetterandEntryofDismissalVol_245.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=06/06/2023] [FileNumber=9953796-0]
[2a568c8389c98c5593b92692c8ff5afc6a262093b7c9e87489f59880be0b0fe4f1809f24b8b6a4608abcddf0e73a5a9a8916
78bfb9af213fa72025a72584fc5e]]
**Recipients:**

- Michael Beato
- Matletha Bennette
- Clerk - Middle District of Florida, Clerk of Court
- Krista Dolan
- Jack Genberg
- Mary Margaret Giannini
- Ruth M. Greenwood
- Sonya Harrell
- Bradley E. Heard
- Daniel Hessel
- Mohammad O. Jazil
- Theresa J. Lee
- Caroline Andrews McNamara
- Helen Peacock Roberson
- Jon Robert Phillips
- Nicholas Stephanopoulos
- Jason Robert Teal
- Daniel Boaz Tilley
- Jason Brett Torchinsky
- Nicholas Warren