UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACKSONVILLE BRANCH OF
THE NAACP, et al.,

    Plaintiffs,

v.

                                      Case No. 3:22-cv-493-MMH-LLL

CITY OF JACKSONVILLE, et al.,

    Defendants.

_____/

## DECLARATION OF APRIL CARNEY

1.    My name is April Carney and I submit this declaration pursuant to 28 U.S.C. §1746. I am over the age of 18 and fully competent to make this declaration.

2.    I am a member of the Duval County School Board ("the Board") representing District 2. I was initially elected to this position on August 23, 2022, and am eligible to run for a second term in 2026.

3.    When I was elected to the Board in 2022, I won District 2 with 52.4% of the relevant vote.

4.    If special elections are ordered for School Board Districts 4 and 6, six out of the seven School Board seats would be up for election in 2024. My

district – District 2 – is the only School Board seat that would not be up for election in 2024.

5. Two of the School Board members – Warren Jones (District 5) and Lori Hershey (District 7) - will be completing their second term in 2024 and cannot run for another term during the 2024 elections.

6. If special elections are ordered, four out of the seven School Board members could potentially be campaigning for re-election in the August 2024 primary, and potentially, the November 2024 general election.

7. June and July are two of the School Board's busiest months, with numerous meetings relating to contracts, budgets, and curriculum for the Duval County School system for the upcoming school year. In addition, the School Board is currently searching for a new Superintendent.

8. The School Board works in accordance with the Florida Sunshine Laws, meets several times a month, and requires members to spend extensive time prior to meetings preparing and reviewing relevant materials.

9. Running for election is a time-consuming, expensive process and takes away from the time School Board members might otherwise devote to preparing for meetings and responding in a timely manner to constituent needs.

10. Requiring two additional School Board members to run for re-election during the School Board's busiest part of the year would likely

negatively affect the work the School Board could accomplish before the start of the 2024/25 school year on August 12, 2024, which in turn would affect the Duval County Public Schools and the children attending the schools.

I declare and state under penalty of perjury, that the foregoing is true and correct. Executed this 21st day of July, 2023, in Duval County, Florida.

_____
APRIL CARNEY