UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACKSONVILLE BRANCH OF
THE NAACP, et al.,

    Plaintiffs,

v.

                                              Case No. 3:22-cv-493-MMH-LLL

CITY OF JACKSONVILLE, et al.,

    Defendants.

_____/

## DECLARATION OF DARRYL WILLIE

1.    My name is Darryl Willie and I submit this declaration pursuant to 28 U.S.C. §1746. I am over the age of 18 and fully competent to make this declaration.

2.    I am a member of the Duval County School Board representing District 4. I was initially elected to this position on November 6, 2018, and was re-elected in 2022.

3.    Duval County public schools educate over 127,000 students in 194 different schools throughout the County.

4.    In both the 2018 and 2022 election, School Board District 4 was comprised of City Council Districts 7 and 8, as identified in the 2011 district boundaries.

5. In 2018, six candidates qualified to represent District 4. Cynthia Smith and I received the largest percentage of votes in the August 28, 2018, primary election, and I won the November 6, 2018, general election by a margin of 1,608 votes (51.8% to 48.2%).

6. I ran unopposed for re-election in 2022.

7. I was elected Chairman of the Duval County School Board for the 2021/2022 year.

8. Dr. Coker (School Board District 1) and I attended many of the City Council redistricting meetings held in 2021 and 2022.

9. At the beginning of the redistricting process, the Special Committee on Redistricting decided not to accelerate the redistricting process to allow for the new City Council district lines to be in effect for the 2022 School Board elections for Districts 2, 4 and 6.

10. While there was discussion regarding the fact that the School Board district lines could change for the 2022 candidates should they run again in 2026, there was never any discussion about having a special election prior to the expiration of their term for those School Board members elected in 2022.

11. Because City Council adopted the 2022 City Council District lines in March 2022 - less than 9 months prior to the August 2022 School Board elections for Districts 2, 4 and 6 - the 2022 School Board elections occurred under the 2011 City Council District lines.

12. Even though I ultimately won the 2022 election without any opposition, I spent considerable time and resources preparing for an election campaign prior to learning that I was running unopposed.

13. Campaigning is a time-consuming and expensive process, and detracts from the time I might otherwise devote to preparing for School Board meetings, and speedily responding to constituent concerns.

14. If required to run again, rather than fully dedicating my time to the Duval County School Board, I would need to engage in campaign related activities, such as knocking on doors, raising money, attending events, recruiting volunteers to assist my election efforts, and researching, interviewing and hiring an election consultant.

15. I am in my second and final term as a School Board member. Had I known that I might need to run for my School Board seat again before the expiration of my term in 2026, I would have conducted my 2022 campaign differently and started planning at that time for an additional campaign.

16. For example, I would have educated my constituents that I would be seeking their support again prior the normal expiration of my term.

17. I also would have advised my constituents of an upcoming special election at the meetings I held regarding the implementation of new School Board district boundaries as a result of the Court ordered redistricting plan.

18. I believe that staggered terms for the seven person School Board promotes stability and safeguards institutional knowledge.

19. If special elections are ordered for District 4 and 6, therefore coinciding with the regularly scheduled elections for Districts 1, 3, 5, and 7, the Duval County School Board could potentially result in six new members, and only one member that served on the School Board during the prior year - April Carney, District 2.

20. A special election could threaten the institutional knowledge and consistency of leadership that staggered School Board elections help ensure, and hence special elections would likely detrimentally affect the School Board, the work it does for the Duval County school system, and the parents and children who rely on the Duval County school system.

I declare and state under penalty of perjury, that the foregoing is true and correct. Executed this ___ day of July, 2023, in Duval County, Florida.

_____
DARRYL WILLIE