UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACKSONVILLE BRANCH OF
THE NAACP, et al.,

    Plaintiffs,

v().                          Case No. 3:22-cv-493-MMH-LLL

CITY OF JACKSONVILLE, et al.,

    Defendants.

_____/

**DECLARATION OF CHARLOTTE D. JOYCE**

    1.    My name is Charlotte D. Joyce and I submit this declaration pursuant to 28 U.S.C. §1746. I am over the age of 18 and fully competent to make this declaration.

    2.    I am a member of the Duval County School Board representing District 6. I was initially elected to this position on November 6, 2018, and was re-elected on August 23, 2022.

    3.    I am currently in my second term and existing term limits preclude me from running again to represent School Board District 6.

    4.    In both the 2018 and 2022 election, School Board District 6 was comprised of City Council Districts 12 and 14.

5. Under the new redistricting plan agreed to by the City of Jacksonville, School Board District 6 remains comprised of City Council Districts 12 and 14.

6. In 2018, six candidates qualified to stand for election to represent District 6. I received the largest percentage of votes in the August 28, 2018, primary election, and won the November 6, 2018, general election over Dave Chauncey by a margin of 9,090 votes (59.1% to 40.9%).

7. In 2022, I had one opponent – Tanya Hardaker – and the election was therefore decided in the primary election. I won the August 23, 2022 election by 4,885 votes (58.8% to 41.2%).

8. The Duval County School Board meets several times a month to address issues ranging from school curriculum, vendor contracts, school policies, student expulsions, teacher retention, school safety and discipline, and fiscal responsibility. School Board members also attend numerous workshops to comprehensively address specific school related issues.

9. I spend a substantial amount of time preparing for the School Board meetings and workshops, responding to constituent communications, and visiting schools within my district.

10. Campaigning is a time-consuming and expensive process.

11. During all three of my campaigns, I spent dozens of hours each week going from door to door in my district to personally ask constituents to ask for their support.

12. I also compiled a team of volunteers – approximately 50 people in 2022 – to assist with my campaign.

13. I also raised money to help fund my campaign, raising almost $20,000 in 2018 and over $40,000 in 2022.

14. If required to run again in 2024, I would need to engage in all of these actions less than two years after completing them in 2022.

15. Had I known that I might need to run for my School Board seat again before the expiration of my term in 2026, I would have conducted my 2022 campaign differently.

16. For example, during my 2022 campaign, I expressly told many of the people whom I asked for their support that, because of term limits, I would never again ask for their support in a School Board race.

17. I have genuine concern that, if required to run again in 2024, I risk a loss of credibility with my constituents and contributors because of these prior representations, which I believed to be true at the time.

18. I am also concerned about potential election fatigue and the ability to raise additional funds and recruit new volunteers so quickly after my successful 2022 campaign.

19. There may also be voter confusion as to the length of a School Board member's term and as to why I am running again after representing to my constituents I would be termed out after the 2022 election.

20. Finally, campaigning would necessarily and negatively affect the amount of time I would otherwise have to prepare for School Board meetings, respond to constituent concerns, and fulfill all of the obligations attendant to my office.

21. Having two additional School Board members running for election during the 2024 election cycle would take away from the work the School Board is able to accomplish, directly affecting the Duval County public school system, the students who attend the schools, and the parents who rely on the school system for their children's educational needs.

*[the remainder of this page intentionally left blank]*

5

I declare and state under penalty of perjury, that the foregoing is true and correct. Executed this 26 day of July, 2023, in Duval County, Florida.

_____
**CHARLOTTE D. JOYCE**