UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACKSONVILLE BRANCH OF
THE NAACP, et al.,

    Plaintiffs,

v.

Case No. 3:22-cv-493-MMH-LLL

CITY OF JACKSONVILLE, et al.,

    Defendants.

_____/

## DECLARATION OF JUSTIN GICALONE

1. My name is Justin Gicalone and I submit this declaration pursuant to 28 U.S.C. §1746. I am over the age of 18 and fully competent to make this declaration.

2. I am the Chief Elections Assistant for the Duval County Supervisor of Elections ("SOE").

3. A special election will add to the work of the SOE, as well as to election costs.

4. In order to create an election ballot, the SOE uses an election management system ("EMS").

5. The SOE will type the title, race, and candidate name into the EMS.

6. The SOE then uses a district template, based on software in the EMS, to ensure that district specific races, such as a School Board District race, are confined to the proper precincts and geographic area.

7. Once all the relevant information is inputted by SOE staff, the EMS generates draft ballot styles for each precinct.

8. The ballot style contains the combination of races and candidates for which the voter is eligible to vote.

9. Multiple precincts may have a single ballot style or a precinct may have multiple styles if the precinct includes voters split between two or more districts or other categories defining voter eligibility for particular races and candidates.

10. The SOE then proof-reads for accuracy the ballot styles for each precinct generated by the EMS.

11. A single page on an election ballot can hold up to 3 columns of 81 rows using 10-point font, which is the smallest font allowed by Florida law except for the ballot title, which must be bold with a minimum 12-point font. An example of this type of ballot is attached as Exhibit 1.

12. As of July 2023, there are eight separate races totaling 35 candidates who have filed the necessary paperwork with the State of Florida, including the following races: Presidential, Presidential Minor Party Nominee,

U.S. Senator, U.S. Representative, Public Defender, State Senator, State Representative and Circuit Judge.

13. As of July 2023, no local candidates have yet filed the necessary paperwork with the SOE to appear on the 2024 election ballot.

14. More races – both State and local – will be added to the 2024 election ballot as candidates file the necessary paperwork.

15. The 2024 election ballot will contain at least 88 different races ranging from President of the United States to seats on special taxing districts.

16. As of July 2023, there are also 28 initiatives or amendments that may be placed on the 2024 election ballot. In accordance with Florida law, the election ballot must contain a brief explanatory statement of each initiative/amendment in both English and Spanish.

17. More initiatives or amendments could be added to the 2024 election ballot.

18. Adding two special elections would necessarily increase the number of candidates and races listed on the ballot and could increase the election ballot to more than one page.

19. Should the ballot style increase to more than one page, the additional cost to the City of Jacksonville to format and print a second ballot page is approximately $200,000.

I declare and state under penalty of perjury, that the foregoing is true and correct. Executed this 25th day of July, 2023, in Duval County, Florida.

_____
JUSTIN GICALONE

# EXHIBIT 1

**Official General Ballot**
**November 8, 2022**
**Duval County, Florida**

Precinct: **403**

**046**

Papeleta oficial de las elecciones generales el 8 de noviembre de 2022
Condado de Duval, Florida

0461

- Instructions: To vote, fill in the oval completely (●) next to your choice. Use a black pen only.
- If you make a mistake, ask for a new ballot. Do not cross out or your vote may not count.
- To vote for a write-in candidate, fill in the oval (●) and print the name clearly on the blank line provided for the write-in candidate.

- Instrucciones: Para votar, llene completamente el óvalo (●) al lado de su selección. Use bolígrafo de tinta negra.
- Si comete un error, pida una nueva papeleta. No lo tache, o puede que su voto no cuente.
- Para votar el nombre de un candidato que no está impreso en la papeleta, llene el óvalo (●) y escriba el nombre del candidato en la línea en blanco provista para el(la) candidato(a) por escrito.

**United States Senator**
(Vote for One)

**Senador Federal**
(Vote por Uno)

○ Marco Rubio — REP
○ Val Demings — DEM
○ Dennis Misigoy — LPF
○ Steven B. Grant — NPA
○ Tuan TQ Nguyen — NPA
○ _____
   Write-in/Voto Escrito

**Governor and Lieutenant Governor**
(Vote for One)

**Gobernador y ViceGobernador**
(Vote por Uno)

○ Ron DeSantis — REP
   Jeanette Nuñez
○ Charlie Crist — DEM
   Karla Hernández
○ Hector Roos — LPF
   Jerry "Tub" Rorabaugh
○ Carmen Jackie Gimenez — NPA
   Kyle "KC" Gibson

**Attorney General**
(Vote for One)

**Procurador General**
(Vote por Uno)

○ Ashley Moody — REP
○ Aramis Ayala — DEM

**Chief Financial Officer**
(Vote for One)

**Director Financiero**
(Vote por Uno)

○ Jimmy Patronis — REP
○ Adam Hattersley — DEM

**Commissioner of Agriculture**
(Vote for One)

**Comisionado de Agricultura**
(Vote por Uno)

○ Wilton Simpson — REP
○ Naomi Esther Blemur — DEM

**State Senator**
**District 4**
(Vote for One)

**Senador estatal**
**Distrito 4**
(Vote por Uno)

○ Clay Yarborough — REP
○ Sharmin Smith — DEM

**State Representative**
**District 16**
(Vote for One)

**Representante estatal**
**Distrito 16**
(Vote por Uno)

**Justice of the Supreme Court**

**Magistrado de la Corte Suprema**

Shall Justice Charles T. Canady of the Supreme Court be retained in office?

¿Deberá ser retenido en su puesto el Juez Charles T. Canady de la Corte Suprema?

○ Yes / Sí
○ No / No

Shall Justice John D. Couriel of the Supreme Court be retained in office?

¿Deberá ser retenido en su puesto el Juez John D. Couriel de la Corte Suprema?

○ Yes / Sí
○ No / No

Shall Justice Jamie Grosshans of the Supreme Court be retained in office?

¿Deberá ser retenido en su puesto el Juez Jamie Grosshans de la Corte Suprema?

○ Yes / Sí
○ No / No

Shall Justice Jorge Labarga of the Supreme Court be retained in office?

¿Deberá ser retenido en su puesto el Juez Jorge Labarga de la Corte Suprema?

○ Yes / Sí
○ No / No

Shall Justice Ricky Polston of the Supreme Court be retained in office?

¿Deberá ser retenido en su puesto el Juez Ricky Polston de la Corte Suprema?

○ Yes / Sí
○ No / No

**District Court of Appeal**

**Tribunal de Distrito de Apelaciones**

Shall Judge Ross L. Bilbrey of the First District Court of Appeal be retained in office?

¿Deberá ser retenido en su puesto el Juez Ross L. Bilbrey de la Corte de Apelación del Primer Distrito?

○ Yes / Sí

Shall Judge Bobby Long of the First District Court of Appeal be retained in office?

¿Deberá ser retenido en su puesto el Juez Bobby Long de la Corte de Apelación del Primer Distrito?

○ Yes / Sí
○ No / No

Shall Judge Lori S. Rowe of the First District Court of Appeal be retained in office?

¿Deberá ser retenido en su puesto el Juez Lori S. Rowe de la Corte de Apelación del Primer Distrito?

○ Yes / Sí
○ No / No

Shall Judge Bo Winokur of the First District Court of Appeal be retained in office?

¿Deberá ser retenido en su puesto el Juez Bo Winokur de la Corte de Apelación del Primer Distrito?

○ Yes / Sí
○ No / No

**Soil and Water Conservation District Group 3**
(Vote for One)

**Supervisor del Distrito de Conservación de Tierra y Agua Grupo 3**
(Vote por Uno)

○ Eugene Ford III
○ Demetris Harrison

**Soil and Water Conservation District Group 5**
(Vote for One)

**Supervisor del Distrito de Conservación de Tierra y Agua Grupo 5**
(Vote por Uno)

○ Ray "R.J." Deacon Jr
○ Bryson Kade Morgan

**No. 1 Constitutional Amendment Article VII, Section 4; Article XII, Section 42**

**N.º 1 Enmienda Constitucional Capítulo VII, Artículo 4; Capítulo XII, Artículo 42**

**No. 3 Constitutional Amendment Article VII, Section 6; Article XII**

**N.º 3 Enmienda Constitucional Capítulo VII, Artículo 6; Capítulo XII**

**Limitation on the Assessment of Real Property Used for Residential Purposes**

Proposing an amendment to the State Constitution, effective January 1, 2023, to authorize the Legislature, by general law, to prohibit the consideration of any change or improvement made to real property used for residential purposes to improve the property's resistance to flood damage in determining the assessed value of such property for ad valorem taxation purposes.

**Límites Sobre La Tasación de Bienes Raíces Utilizados con Fines Residenciales**

Proponer una enmienda a la Constitución Estatal, con entrada en vigor el 1.° de enero de 2023, que autorice a Legislatura, de acuerdo con la ley general, a prohibir la consideración de cualquier cambio o mejora a los bienes raíces utilizados con fines residenciales que aumente la resistencia del bien frente a daños por inundaciones a la hora de determinar el valor de dicho bien con el fin de calcular el impuesto *ad valorem.*

○ Yes / Sí
○ No / No

**No. 2 Constitutional Amendment, Article II, Section 5; Article XI, Sections 2 and 5**

**N.º 2 Enmienda Constitucional Capítulo II, Artículo 5; Capítulo XI, Artículos 2 y 5**

**Abolishing the Constitution Revision Commission**

Proposing an amendment to the State Constitution to abolish the Constitution Revision Commission, which meets at 20-year intervals and is scheduled to next convene in 2037, as a method of submitting proposed amendments or revisions to the State Constitution to electors of the state for approval. This amendment does not affect the ability to revise or amend the State Constitution through citizen initiative, constitutional convention, the Taxation and Budget Reform Commission, or legislative joint resolution.

**Disolver la Comisión de Revisión Constitucional**

Proponer una enmienda a la Constitución Estatal para disolver la Comisión de Revisión Constitucional, la cual se reúne cada 20 años y cuya próxima convocación está programada para 2037, como método para presentar propuestas de enmiendas o revisiones a la Constitución Estatal para la aprobación de los electores del estado. Esta enmienda no afecta la capacidad de revisar o enmendar la Constitución Estatal por medio de una iniciativa de los ciudadanos, convención constitucional, Comisión de Reforma Impositiva y

**Additional Homestead Property Tax Exemption for Specified Critical Public Services Workforce**

Proposing an amendment to the State Constitution to authorize the Legislature, by general law, to grant an additional homestead tax exemption for nonschool levies of up to $50,000 of the assessed value of homestead property owned by classroom teachers, law enforcement officers, correctional officers, firefighters, emergency medical technicians, paramedics, child welfare services professionals, active duty members of the United States Armed Forces, and Florida National Guard members. This amendment shall take effect January 1, 2023.

**Exención Impositiva Adicional Para Viviendas Familiares de Trabajadores de Servicios Públicos Esenciales Determinados**

Se propone una enmienda a la Constitución Estatal que autorice al Poder Legislativo, de conformidad con la ley general, para conceder una exención impositiva adicional respecto a gravámenes no escolares de hasta USD 50,000 de la tasación de viviendas familiares de maestros de aula, policías, funcionarios penitenciarios, bomberos, técnicos médicos de emergencia, paramédicos, profesionales de servicios de asistencia social infantil, miembros en servicio activo de las Fuerzas Armadas de los Estados Unidos, y miembros de la Guardia Nacional de Florida. La enmienda entrará en vigencia el 1 de enero de 2023.

○ Yes / Sí
○ No / No