IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACKSONVILLE BRANCH OF
THE NAACP, et al.,
    Plaintiffs,

Case No. 3:22-cv-493-MMH-LLL

v.

CITY OF JACKSONVILLE, et al.,
    Defendants.
_____/

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD

Undersigned counsel, Helen Peacock Roberson, moves to withdraw as counsel of record on behalf of the City of Jacksonville and the Duval County Supervisor of Elections. Mary Margaret Giannini, and the Office of General Counsel, will continue to represent the City of Jacksonville and the Duval County Supervisor of Elections in this matter.

## MEMORANDUM OF LAW

Local Rule 2.02(c) permits an attorney to withdraw provided the attorney has provided the client with at least fourteen days' notice or upon the consent of the client. On August 14, 2023, the City of Jacksonville and the Duval County Supervisor of Elections consented to Helen Roberson's withdrawal as their attorney of record. With the exception of limited briefing, this matter has been resolved, with Final Judgment entered on May 30, 2023 (Doc. 132). No party would be prejudiced by Ms. Roberson's withdrawal.

## Local Rule 3.01(g) Certification

Counsel for Plaintiffs and Defendant conferred by email on August 14, 2023, and Plaintiffs' counsel does not oppose the relief sought in this Motion.

Dated this 15th day of August, 2023.

                              Respectfully submitted,

**OFFICE OF GENERAL COUNSEL**
**CITY OF JACKSONVILLE**

*/s/ Helen Peacock Roberson*
**Helen Peacock Roberson**
Assistant General Counsel
Florida Bar No.: 0016196
HRoberson@coj.net; EReynolds@coj.net
**Mary Margaret Giannini**
Assistant General Counsel
Florida Bar No. 1005572
MGiannini@coj.net; EReynolds@coj.net
117 West Duval Street, Suite 480
Jacksonville, FL 32202
Phone: (904) 255-5100
Facsimile: (904) 255-5120

*Attorneys for Defendants, City of Jacksonville and the Duval County Supervisor of Elections*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of August, 2023, a copy of this document was filed electronically through the CM/ECF system and furnished by email to all counsel of record.

                              */s/ Helen Peacock Roberson*
                                  *Counsel for Defendant*