IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EARNEST MAYHUE, EDGAR WASHINGTON, JR.
REVEREND JACOB WILLIAMS, SAMUEL .
BEASLEY, LEATHA B. MC MILLAN,
HENRY SMART, JR., CARBIE ELLIS,
and VALUA L. WARREN, on behalf of
themselves and all others similarly
situated,

        Plaintiffs,

vs.

                         CIVIL ACTION NO.
                         84-1104-Civ-J-14

SCHOOL BOARD OF SUWANNEE COUNTY,
FLORIDA; Chairman, TOM LASHLEY;
CHIEF EDWARD M. SMITH; J.M. HOLTZLAW;
and GEORGE L. KNIGHT; Members of the
Suwannee County School Board, Florida,
their successors and agents, all in
their official capacities,

        Defendants.

_____/

MICRO. ROLL NO. 108/2065

FILED IN OPEN COURT

OCT 04 1985

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

## FINAL JUDGMENT

On September 17, 1984, the above named Plaintiffs filed

their Complaint against the above named Defendants alleging

that at-large county-wide voting for members of the Suwannee

County School Board excludes black representation and

participation and minimizes and cancels out black voting

strength in violation of their rights secured by the Voting

Rights Act of 1965, as amended, Pub. L. No. 97-205, §3, 96

Stat. 134 (1982), amending 42 U.S.C. §1973, et. seq.

(hereinafter "Voting Rights Act") and in violation of the

rights of Plaintiffs and those similarly situated secured by

the Fourteenth and Fifteenth Amendments to the Constitution of

the United States.



The Court, having reviewed the status of this action, and being aided by the recommendations of the Plaintiffs' and Defendants' counsel, and being of the opinion that the best interest of all the parties and all the citizens of Suwannee County, Florida, would be served by approving the Final Judgment, and the Court having reviewed the Final Judgment tendered by Plaintiffs' and Defendants' counsel, finds that said Judgment was entered into voluntarily by the parties, and that it should be approved.

IT IS THEREFORE, ADJUDGED AND DECREED AS FOLLOWS:

1.    This decree extends to all issues relating to both liability and remedy phases of this case as set forth in the Complaint in this matter and to the class of Plaintiffs defined as all black residents of Suwannee County, Florida.

2.    This Court has jurisdiction over the subject matter of this action and the parties thereto.

3.    That due to a series of factors, the at-large election system for the Suwannee County School Board has had the effect of denying black citizens of Suwannee County an equal opportunity to participate in the political process and elect candidates of their own choice in violation of Plaintiffs' rights under the Voting Rights Act and the Fourteenth and Fifteenth Amendments to the United States Constitution.

4.     That pursuant to Florida law, the Suwannee County
School Board has provided for the election of all its members
through at-large elections.

5.     This Court enters a Declaratory Judgment finding that
the Plaintiffs have not had full access to the political
process under the Voting Rights Act as amended in 1982 and the
Fourteenth and Fifteenth Amendments to the United States
Constitution.

6.     Defendants are enjoined from providing county-wide
at-large elections in a manner which violates the Voting Rights
Act and the Fourteenth and Fifteenth Amendments to the
Constitution of the United States.

7.     The attached "Election Plan," Appendices 1 through 4,
sets forth the mechanism and plan schedule for the Suwannee
County School Board, Florida, to conduct future elections for
the members of the School Board in accordance with the voting
Rights Act and the Fourteenth and Fifteenth Amendments to the
Constitution of the United States.

Therefore, the Court finds that the "Election Plan" as
submitted is a proper remedy in this action, and is adopted and
incorporated by reference into this Final Judgment as
attached.  All elections henceforth will proceed on a single
district basis; that is, all candidates in future elections
must reside in the residence area for which they seek election
and only voters in that particular residence area shall cast
ballots for the particular candidate running in that area.

8.    a.    The matter as to whether Plaintiffs are the prevailing party in this action, pursuant to the Voting Rights Act of 1965, as amended, 42 U.S.C. §1973(e), and Civil Rights Attorney Fees Awards Act of 1976, 42 U.S.C. §1988, is expressly left unresolved.

b.    The parties, nevertheless, will attempt to resolve the attorney fees and litigation expense reimbursement issue. In the event the parties have resolved this issue, the Court shall be so informed and all attorney fees and costs for Plaintiffs' counsel shall be payable to Plaintiffs by Defendants within twenty (20) days after the execution of the Final Judgment.

c.    In the event the parties have not agreed to these matters, Plaintiffs shall file with the Court within twenty (20) days from issuance of the Court's Final Judgment appropriate fee/expense submissions and accompanying memoranda as to these issues. Defendants shall respond within twenty (20) days from Plaintiffs' filing. The Court shall then enter appropriate Order granting Plaintiffs' attorney fees and litigation expenses consistent with the parties' submissions.

9.    Upon the parties or this Court resolving the matter of attorney fees and litigation expenses, this litigation is terminated and the action is hereby dismissed.

ORDERED AND ADJUDGED this __4__ day of __Oct__,
1985.

_____
UNITED STATES DISTRICT JUDGE

-4-

AGREED AND CONSENTED TO:

_____
J. VICTOR AFRICANO

P.O. Box 1450
Live Oak, Florida   32060

ATTORNEY FOR DEFENDANTS

DATED: _9-19-85_____

0322M

_____
DAVID M. LIPMAN
ROBERT E. WEISBERG

LIPMAN & WEISBERG
5901 S.W. 74 Street
Suite 304
Miami, Florida   33143-5186
(305) 662-2600

ATTORNEYS FOR PLAINTIFFS

DATED: _9-10-1985_____

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EARNEST MAYHUE, EDGAR WASHINGTON, JR.
REVEREND JACOB WILLIAMS, SAMUEL
BEASLEY, LEATHA B. MC MILLAN,
HENRY SMART, JR., CARBIE ELLIS,
and VALUA L. WARREN, on behalf of
themselves and all others similarly
situated,

       Plaintiffs,

vs.

                   CIVIL ACTION NO.
                   84-1104-Civ-J-14

SCHOOL BOARD OF SUWANNEE COUNTY,
FLORIDA; Chairman, TOM LASHLEY;
CHIEF EDWARD M. SMITH; J.M. HOLTZLAW;
and GEORGE L. KNIGHT; Members of the
Suwannee County School Board, Florida,
their successors and agents, all in
their official capacities,

       Defendants.
_____/

## APPENDIX

1. MAP OF ELECTION RESIDENCE AREAS

2. DEMOGRAPHIC DATA REFLECTING POPULATION AND VOTER
   REGISTRATION BY RESIDENCE AREA

3. SCHEDULE OF NEW ELECTIONS

4. LEGAL DESCRIPTION OF ELECTION PLAN

## APPENDIX 1

MAP OF ELECTION RESIDENCE AREAS



GENERAL HIGHWAY MAP

# SUWANNEE COUNTY
## FLORIDA

PREPARED BY THE
STATE TOPOGRAPHIC OFFICE
NOW THE
DIVISION OF PLANNING AND PROGRAMMING
STATE OF FLORIDA
DEPARTMENT OF TRANSPORTATION
IN COOPERATION WITH
U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION

JUNE, 1975

APPENDIX 2

SUWANNEE COUNTY

DEMOGRAPHIC DATA REFLECTING POPULATION
AND VOTER REGISTRATION BY RESIDENCE AREA

Population

|  | District | Total | White | (%) | Black | (%) |
|---|---|---|---|---|---|---|
| Orange | I | 4,530 | 4,196 | (92.6) | 307 | (6.8) |
| Yellow | II | 4,329 | 1,913 | (44.2) | 2,393 | (55.8) |
| Purple | III | 4,526 | 4,468 | (98.7) | 55 | (1.2) |
| Blue | IV | 4,499 | 3,777 | (84.0) | 701 | (15.6) |
| Red | V | 4,493 | 4,004 | (89.1) | 471 | (10.5) |
| | TOTALS* | 22,287 | 18,268 | (82.0) | 3,927 | (17.6) |

Registered Voters

|  | District | Total | White | (%) | Black | (%) |
|---|---|---|---|---|---|---|
| Orange | I | 2,622 | 2,382 | (90.9) | 238 | (9.1) |
| Yellow | II | 2,280 | 1008 | (44.2) | 1,272 | (55.8) |
| Purple | III | 3,380 | 3,368 | (99.6) | 12 | (.4) |
| Blue | IV | 2,452 | 2,205 | (89.9) | 244 | (9.6) |
| Red | V | 2,615 | 2,374 | (90.8) | 239 | (9.1) |
| | TOTALS* | 13,298 | 11,287 | (84.9) | 2005 | (15.1) |

*Total include persons of other origins

-7-

## APPENDIX 3

### SCHEDULE OF NEW ELECTIONS

1.   All School Board members will be subject to election
     under the single member distrit election system
     described herein beginning with the regularly
     scheduled elections in 1986.

2.   At the 1986 election, the representatives elected to
     the School Board Seats Nos. 2, 3, 4 and 5 will serve a
     four-year term.   The representative elected from
     District No. 2*, previously District No. 1, will serve
     a two-year term.   That representative previously
     elected from District No. 1, previously District No.
     2, shall complete his regular four-year term of office
     through 1988.   Thereafter all School Board members
     shall serve and be elected under four-year staggered
     terms.

\*   District No. 1 under this plan is presently District No. 2,
     and District No. 2 under this plan is presently District
     No. 1.

-8-

<u>APPENDIX 4</u>

<u>LEGAL DESCRIPTION OF ELECTION PLAN</u>

(All footages are approximations)

<u>DISTRICT I (ORANGE ON MAP)</u>:

For a point of beginning, commence at the conjunction of the Suwannee River and U. S. Highway 129; thence continue southwesterly along U. S. Highway 129 to its intersection with the north city limit line of the City of Live Oak; thence continue west along the north city limit line of the City of Live Oak to its intersection with Lime Avenue; thence continue south along Lime Avenue to its intersection with U. S. Highway 90; thence continue northwest along U. S. Highway 90 to its intersection with the west city limit line of the City of Live Oak; thence continue south along the west city limit line of the City of Live Oak to its intersection with 8th Street; thence continue east along 8th Street to its intersection with Ontario Street; thence continue south along Ontario Street to its intersection with 11th Street (also known as State Road 136); thence continue east along 11th Street to its intersection with State Road 51 (also known as the Mayo Road); thence continue southwesterly along State Road 51 to its intersection with District Line Road; thence continue west along District Line Road to its intersection with Brown Road;

-9-

thence continue north along Brown Road to its intersection with State Road 136; thence continue west along State Road 136 to its conjunction with the Suwannee River; thence continue north and northeasterly along the Suwannee River to its conjunction with U. S. Highway 129 and the point of beginning.


## DISTRICT II (YELLOW ON MAP):

For a point of beginning, commence at the intersection of U. S. Interstate 10 and U. S. Highway 129; thence continue southeasterly along U. S. Interstate 10 to its intersection with State Road 136 (also known as the White Springs Road); thence continue southwesterly along State Road 136 for approximately 5,000 feet to its intersection with a county-graded road (also known as the Sugar Hill Road); thence continue south along said county-graded road for approximately 3,000 feet to its intersection with Main Street (also known as the Old White Springs Road); thence continue past the east city limit line of the City of Live Oak west along Main Street to its intersection with Ingleside Street; thence continue north, northwesterly and west on Ingleside Street to its intersection with Jackson Avenue; thence

-10-

continue north on Jackson Avenue to Duval Street; thence continue west on Duval Street to Anna Avenue; thence continue south on Anna Avenue to its intersection with the Seaboard Coastline Railroad track; thence continue northwesterly along said railroad track to its intersection with Mussey Avenue; thence continue south on Mussey Avenue to its intersectionn with new U.S. Highway 90; thence continue northwesterly along new U.S. Highway 90 to its intersection with Railroad Avenue; thence continue south along Railroad Avenue to its intersection on old U.S. Highway 90; thence northwesterly along old U.S. Highway 90 to its intersection on U.S. Highway 129; thence southwesterly along U.S. Highway 129 to its intersection with 11th Street (also known as State Road 136); thence continue west along 11th Street to its intersection with Ontario Street; thence continue north along Ontario Street to its intersection with 8th Street; thence continue west along 8th Street to its intersection with the west city limit line of the City of Live oak; thence continue north along said west city limit line of the City of Live Oak to its intersection with U.S. Highway 90; thence continue southeasterly along U.S. Highway 90 to its intersection with Lime Avenue; thence continue northeasterly and north along Lime Avenue to its intersection with the north city limit line of the City of Live Oak; thence continue east along the north city line of the City of Live Oak to its intersection with U.S. Highway 129; thence continue

-11-

northeasterly along U. S. Highway 129 to its
intersection with U. S. Interstate 10 and the point of
beginning.


DISTRICT III (PURPLE ON MAP):

For a point of beginning, commence at the intersection
of U. S. Highway 129 and U. S. Highway 90; thence
continue southwesterly along U. S. Highway 129 to its
intersection with 11th Street (also known as State Road
136); thence continue west along 11th Street to its
intersection with State Road 51 (also known as the Mayo
Road); thence continue southwesterly along the State
Road 51 to its intersection with District Line Road;
thence continue west along District Line Road to its
intersection with Brown Road; thence continue north
along Brown Road to its intersection with State Road
136; thence continue west along State Road 136 to its
conjunction with the Suwannee River; thence continue
south and southeasterly along the Suwannee River to its
conjunction with the east range line of Range 12 East,
in Township 5 South; thence continue north along the
east range line of Range 12 East to its conjunction with
State Road 349; thence continue north along State Road

-12-

349 to its intersection with the boundary line between Enumeration Districts 33 and 44 (also known as the Friendship Church Road); thence continue east, then north and then east again along the boundary line between Enumeration Districts 33 and 44, (which can also be described as continuing east along the Friendship Church Road to its intersection with Hughes Road; thence continuing north along Hughes Road to its intersection with Holmes Road; thence continuing east along Holmes Road) to its intersection with U. S. Highway 129; thence continue north along U. S. Highway 129 to its intersection with the south city limit line of the City of Live Oak; thence continue east along said south city limit line of the City of Live Oak to its intersection with Long Street; thence continue northeasterly and east along Long Street to its intersection with Railroad Avenue; thence continue north along Railroad Avenue to its intersection with U. S. Highway 90; thence continue northwest along U. S. Highway 90 to its intersection with U. S. Highway 129 and the point of beginning.

DISTRICT IV (BLUE ON MAP):

For a point of beginning, commence at the conjunction of

-13-

the Suwannee River with U. S. Highway 129; thence con-
tinue southwesterly along U. S. Highway 129 to its
intersection with U. S. Interstate 10; thence continue
southeasterly along U. S. Interstate 10 to its intersec-
tion with State Road 136 (also known as the White
Springs Road); thence continue southwesterly along State
Road 136 for approximately 5,000 feet to its intersec-
tion with a county-graded road (also known as the Sugar
Hill Road); thence continue south along said county-
graded road for approximately 3,000 feet to its
intersection with Main Street (also known as Old White
Springs Road); thence continue west along Main Street
past the east city limit line of the City of Live Oak to
Ingleside Street; thence continue north, northwesterly
and west on Ingleside Street to its intersection with
Jackson Avenue; thence continue north on Jackson Avenue
to its intersection with Duval Street; thence continue
west on Duval Street to Anna Avenue; thence continue
south on Anna Avenue to its intersection with the
Seaboard Coastline Railroad track; thence continue
northwesterly along said railroad track to its
intersection with Mussey Avenue; thence continue south
on Mussey Avenue to its intersection with U. S. Highway
90; thence continue northwesterly along U. S. Highway 90
to its intersection with Railroad Avenue; thence

-14-

continue south along Railroad Avenue to its intersection
with Long Street; thence continue west, southwesterly
and south along Long Street to its intersection with the
south city limit line of the City of Live Oak; thence
continue west along said south city limit line of the
City of Live Oak to its intersection with U. S. Highway
129; thence continue south along U. S. Highway 129 to
its intersection with the boundary line between
Enumeration Districts 43 and 45; thence continue east
along the boundary line between Enumeration Districts 43
and 45 to its intersection with the Seaboard Coastline
Railroad track; thence continue north along said
railroad track to its intersection with the boundary
line between Enumeration Districts 43 and 45; thence
continue east along said boundary line to its
intersection with State Road 49; thence continue south
along State Road 49 to its intersection with the
boundary line between Enumeration Districts 42 and 47;
thence continue east, south and north along the boundary
line between Enumeration Districts 42 and 47 to the
boundary line between Columbia County and Suwannee
County; thence continue north along the boundary line
between Columbia County and Suwannee County to its
conjunction with the Suwannee River; thence continue
northwesterly along the Suwannee River to its

-15-

conjunction with U. S. Highway 129, and the point of beginning.

## DISTRICT V (RED ON MAP):

For a point of beginning, commence at the intersection of U. S. Highway 129 and the boundary line between Enumeration Districts 33 and 44; thence continue west, south and west again along the boundary line between Enumeration Districts 33 and 44 to its intersection with State Road 349 (which may also be described as continuing west along Holmes Road to its intersection with Hughes Road; thence continuing south on Hughes Road to its intersection with what is commonly known as the Friendship Church Road; thence continuing west along Friendship Church Road to its intersection with State Road 349); thence continue south along State Road 349 to its conjunction with the northeast corner of Section 1, Township 5 South, Range 12 East; thence continue south along the east range line of Range 12 East to its conjunction with the Suwannee River; thence continue southeasterly along the Suwannee River to its conjunction with the Santa Fe River; thence continue northeasterly along the Santa Fe River to its conjunc-

-16-

tion with the Ichetucknee River; thence continue northeasterly and north along the Ichetucknee River to its conjunction with the boundary line between Columbia County and Suwannee County; thence continue west along said boundary line between Columbia County and Suwannee County to its intersection with the north-south boundary line between Columbia County and Suwannee County; thence continue north along said boundary line between Columbia County and Suwannee County to its intersection with the boundary line between Enumeration Districts 42 and 47; thence continue west, south and west again along the boundary line between Enumeration Districts 47 and 42 to its intersection with State Road 49; thence continue northwesterly along State Road 49 to its intersection with the boundary line between Enumeration Districts 43 and 45; thence continue west along the boundary line between Enumeration Districts 43 and 45 to the Seaboard Coastline Railroad track; thence continue south along said Seaboard Coastline Railroad track to its intersection with the boundary line between Enumeration Districts 43 and 45; thence continue west along the boundary line between Enumeration Districts 43 and 45 to its intersection with U. S. Highway 129; thence continue north along U. S. Highway 129 to its intersection with the boundary line between Enumeration Districts 33 and

-17-

44 (also known as Holmes Road), and the point of beginning.

## RULES OF CONSTRUCTION

1. In the event of an ambiguity or conflict between the written description for each District and the boundary lines of that District as shown on the maps included in Appendix 1, the boundary lines shown on those maps shall prevail.

2. A reference in a call or course to a street, road or highway in the written description for each District shall be deemed to refer to the center line of that street, road or highway.

3. A reference in a call or course in the written description for each District to a river shall be deemed to refer to the thread of that river.

4. In the event of any ambiguity or error in the written description of the peripheral boundaries of Districts I, III, IV and V, those peripheral boundaries shall be construed in accordance with the provisions of §7.61, <u>Florida</u> <u>Statutes</u> (1983).

-18-

5.  A road, highway, street, railroad track or Enumeration District boundary line may not actually intersect with another road, highway, street, railroad track or Enumeration District boundary line as provided for in the calls and courses contained in the written description for each District.  In that event, for purposes of defining the boundaries and obtaining a closed curve description for each District, the center line of a road or track or the thread of a river shall be treated as extending to and intersecting with the road, highway, track or river next referred to in the written description for that District.

6.  The parties acknowledge that the north end of Jackson Avenue is a dead end street that does not actually intersect Duval Street.  For the purpose of defining the boundary line of District II, the center line of Jackson Avenue shall be deemed to be extended northward to its intersection with Duval Street.

7.  The Enumeration District boundary lines referred to herein are those Enumeration District lines established on the basis of the 1980 census.