FILED IN OPEN COURT

JUN 25 1985

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRCIT OF FLORIDA
JACKSONVILLE DIVISION

MICRO. ROLL NO. 108/397

HAMILTON COUNTY BRANCH OF THE
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE;
LEON DANIELS, MATTHEW HAWKINS,
SANDRALENE HAWKINS, ARLENE DANIELS,
JAMES SOWELL, LONNIE MILLER, and
BILLY SIMON, on behalf of themselves
and all others similarly situated,

        Plaintiffs,

vs.

                                           CIVIL ACTION NO.
                                           84-644-CIV-J-14

HAMILTON COUNTY, FLORIDA;
JOEL SELPH, Chairman Commissioner;
WENDELL WYNN, W. J. VINSON,
DURWOOD MORGAN and DAVID GOOLSBY,
Commissioners of Hamilton County,
Florida, their successors and
agents, all in their official
capacities,

        Defendants.

---

## FINAL JUDGMENT

On June 25, 1984, the Hamilton County Branch of the National
Association for the Advancement of Colored People and the above
named Plaintiffs filed their Complaint against the above named
Defendants alleging that at-large county-wide voting for
members of the Hamilton County Commission excludes black
representation and participation and minimizes and cancels out
black voting strength in violation of their rights secured by

the Voting Rights Act of 1965, as amended, Pub. L. No. 97-205, §3, 96 Stat. 134 (1982), amending 42 U. S. C. §1973, et. seq. (hereinafter " Voting Rights Act").

The Court, having reviewed the status of the this action and being aided by the recommendations of the Plaintiffs' and Defendants' counsel, and being of the opinion that the best interest of all the parties and all the citizens of Hamilton County, Florida, would be served by approving the Final Judgment, and the Court having reviewed the Final Judgment tendered by Plaintiffs' and Defendants' counsel, finds that said Judgment was entered into voluntarily by the parties, and that it should be approved.

IT IS THEREFORE, ADJUDGED AND DECREED AS FOLLOWS:

1.   This decree extends to all issues set forth in the Complaint in this matter and to the class of Plaintiffs defined as all black residents of Hamilton County, Florida.

2.   This Court has jurisdiction over the subject matter of this action and the parites thereto.

3.   That pursuant to the Florida Constitution, Art. 8, §5, Hamilton County has provided for the election of all members of the Hamilton County Commission through at-large elections.

4.    That due to a series of factors including a history of
official racial discrimination within Hamilton County and the
State of Florida, certain socio-economic conditions of black
citizens in Hamilton County and racially polarized voting in
elections within Hamilton County, the at-large election system
for the Hamilton County Commission has had the effect of
denying black citizens of Hamilton County an equal opportunity
to participate in the political process and elect candidates of
their own choice in violation of Plaintiffs' rights under the
Voting Rights Act.

5.    Defendants are enjoined from providing county-wide
at-large elections in a manner which violates the Voting Rights
Act.

6.    The attached "Election Plan," Appendices 1 through 4,
sets forth the mechanism and schedule for the Hamilton County
Commission, Florida, to conduct future elections for the
members of the Commission in accordance with the Voting Rights
Act.  At the time this Court approves this Final Judgment, an
accompanying Order will provide for the schedule of elections
for County Commission Seats No. 1, 3 and 5 under the single
member district election system described herein consistent
with this Court's August 16, 1984 Order.

Therefore, the Court finds that the "Election Plan" as
submitted is a proper remedy in this action, and is adopted and
incorporated by reference into this Final Judgment as
attached.  All elections henceforth will proceed on a single

district basis; that is, all candidates in future elections must reside in the single member election District for which they seek election and only voters residing in that particular District shall cast ballots for the particular candidate running in that District.

7.   a.   As the prevailing party in this action, Plaintiffs are entitled, pursuant to the Voting Rights Act of 1965, as amended, 42 U. S. C. §1973(e), to an award of attorney fees and litigation expense reimbursement.

b.   The parties will attempt to resolve the attorney fees and litigation expense reimbursement.  In the event the parties have resolved this issue, the Court shall be so informed and all attorney fees and costs for Plaintiffs' counsel shall be payable to Plaintiffs by Defendants within twenty (20) days after the execution of the Final Judgment.

c.   In the event the parties have not agreed on the amount of Plaintiffs' attorney fees and litigation expenses, Plaintiffs shall file with the Court within twenty (20) days from issuance of the Court's Final Judgment appropriate fee/expense submissions and accompanying memoranda as to this issue.  Defendants shall respond within twenty (20) days from Plaintiffs' filing.  The Court shall then enter appropriate Order granting Plaintiffs' attorney fees and litigation expenses consistent with the parties; submissions.

8.   Upon this Court entering an Order Awarding Attorney Fees, this litigation is deemed closed and removed from the pending docket of this Court.

ORDERED AND ADJUDGED this 25 day of _June_____,
1985.


_____
UNITED STATES DISTRICT JUDGE


AGREED AND CONSENTED TO:


_____
JOHN H. MC CORMICK
W. ARVEL DRURY

MC CORMICK & DRURY
2nd St. at 2nd Ave., N.E.
Jasper, Florida 32052


ATTORNEYS FOR DEFENDANTS

DATED: _June 15, 1985___


0097P

_____
ROBERT E. WEISBERG, ESQ.
DAVID M. LIPMAN

LIPMAN & WEISBERG
5901 S.W. 74 Street
Suite 304
Miami, Florida 33143-5186
(305) 662-2600


ATTORNEYS FOR PLAINTIFFS

DATED: _May 9, 1985___


-5-

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HAMILTON COUNTY BRANCH OF THE
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE;
LEON DANIELS, MATTHEW HAWKINS,
SANDRALENE HAWKINS, ARLENE DANIELS,
JAMES SOWELL, LONNIE MILLER, and
BILLY SIMON, on behalf of themselves
and all others similarly situated,

       Plaintiffs,

vs.                                CIVIL ACTION NO.
                                   84-644-CIV-J-14

HAMILTON COUNTY, FLORIDA;
JOEL SELPH, Chairman Commissioner;
WENDELL WYNN, W. J. VINSON,
DURWOOD MORGAN and DAVID GOOLSBY,
Commissioners of Hamilton County,
Florida, their successors and
agents, all in their official
capacities,

       Defendants.

_____/

## APPENDIX

### Table of Contents

1.   MAP OF ELECTION DISTRICTS

2.   DEMOGRAPHIC DATA REFLECTING POPULATION BY DISTRICT

3.   SCHEDULE AND METHOD OF NEW ELECTIONS

4.   LEGAL DESCRIPTION OF ELECTION PLAN DISTRICTS



# APPENDIX 1

## Map of Election Districts





GENERAL HIGHWAY MAP

HAMILTON COUNTY

FLORIDA

DEPARTMENT OF TRANSPORTATION
STATE OF FLORIDA
DIVISION OF TRANSPORTATION PLANNING
U.S. DEPARTMENT OF TRANSPORTATION

JUNE 1978

## APPENDIX 2

### DEMOGRAPHIC DATA REFLECTING POPULATION
### AND VOTER REGISTRATION BY DISTRICT

#### Population

|                | Total Pop. | White | (%)     | Black | (%)     |
|----------------|-----------|-------|---------|-------|---------|
| District No. 1 | 1809      | 1067  | (58.98) | 742   | (41.02) |
| District No. 2 | 1669      | 1249  | (74.83) | 420   | (25.2)  |
| District No. 3 | 1927      | 641   | (33.26) | 1286  | (66.7)  |
| District No. 4 | 1783      | 1114  | (62.47) | 669   | (37.5)  |
| District No. 5 | 1752      | 1456  | (83.10) | 296   | (16.6)  |
| Totals         | 8940      | 5527  | (61.82) | 3413  | (38.2)  |

APPENDIX 3

SCHEDULE AND METHOD OF NEW ELECTIONS

1. The Hamilton County Commission shall consist of five
(5) commissioners. In all future elections, each candidate
shall reside in the district which they seek to represent.
Electors residing in each district may vote for the candidate
representing their district.

2. With the exception of the individuals elected to Seats
No. 1, 3 and 5, pursuant to the Court's Order accompanying this
Final Judgment, all elected commissioners thereafter will be
elected for a four (4) year term.

3. The schedule of the elections under the district plan
are as follows:

a. District No. 1 - This seat shall be occupied by
Joel Selph, one of the current county commission members,
until the election is held for this seat as set forth in
the Order accompanying this Final Judgment. The individual
elected pursuant to the Court Order accompanying this Final
Judgment will serve until November 14, 1988.

b.   District No. 2 - This seat will be occupied by Wendell Wynn, one of the current county commission members, until November 10, 1986.  The newly elected individual who takes office on November 11, 1986, must reside in the district and shall serve a four-year term.

c.   District No. 3 - This seat shall be occupied by W. J. Vinson,  one of the current county commission members, until the election is held for this seat as set forth in the Order accompanying this Final Judgment.  The individual elected pursuant to the Court Order accompanying this Final Judgment will serve until November 14, 1988.

d.   District No. 4 - This seat will be held by Durwood Morgan, one of the current county commission members, until November 10, 1986.  The newly elected individual who takes office on November 11, 1986, must reside in the district and shall serve a four year term.

e.   District No. 5 - This seat will be occupied by David Goolsby, one of the current county commission members, until the election is held for this seat as set forth in the Order accompanying this Final Judgment.  The individual elected pursuant to the Court Order accompanying this Final Judgment will serve until November 14, 1988.

## APPENDIX 4

### Legal Description of Election Plan Districts

District 1 contains all territory located in Hamilton County, Florida within the following boundaries:

1. Begin where Alapaha River intersects with the Florida State line, only those people living West of the river are eligible for inclusion in District 1

2. Proceed South along river to S.R. 6

3. Proceed West along C.R. 6 to intersection with C.R. 146

4. Proceed West along C.R. 146 to intersection with C.R. 141

5. Proceed South along C.R. 141 to intersection with C.R. 6

6. Proceed West along C.R. 6 to Withlacoochee River

7. Proceed North on river to Florida State line

8. Proceed East along state line to point of origin.


District 2 contains all territory located in Hamilton County, Florida within the following boundaries:

1. Begin where I-75 crosses Suwannee River (at county line)

2. Proceed Northwesterly along I-75 to intersection with S.R. 51

3. Proceed North on S.R. 51 to intersection with U.S. 41

4. Proceed North along U.S. 41 to Jasper City Limits.

5. Proceed to the West along the City Limits to Central Avenue Southeast.

6. Proceed North on Central Avenue southeast to 10th Street Southwest.

7. Proceed West on 10th Street Southwest to imaginary line extending South from Robin Avenue.

8. Proceed to the North along latter imaginary line to intersection of Robin Avenue and 1st Street Southwest.

(District 2 continued)

9. Proceed to the East along 1st Street Southwest to intersection with 15th Avenue Southwest.

10. Proceed to the North along 15th Avenue Southwest to Hatley Street

11. Proceed to the East along Hatley Street to intersection with 6th Avenue Northwest

12. Proceed to the North along 6th Avenue Northwest to 4th Street Northwest

13. Proceed along 4th Street Northwest to the West to intersection with U.S. 41

14. Proceed to the West along U.S. 41 to intersection with S.R. 6

15. Proceed to the South and West along the boundaries delimiting District 1 to the intersection of C.R. 6 and the Withlacoochee River

16. Proceed along the Withlacoochee River to the South until it intersects with the Suwannee River

17. Proceed to the East along the Suwannee River to its intersection with I-75, which is the point of origin for these boundaries.


District 3 contains all territory located in Hamilton County, Florida within the following boundaries:

1. Begin at the intersection of 6th Avenue Northwest and 4th Street Northwest

2. Proceed to the East along 4th Street Northwest to intersection 5th Avenue Northwest

3. Proceed North along 5th Avenue Northwest to the railroad tracks

4. Proceed Southeasterly along the railroad tracks to the Jasper City limits

5. Proceed Southeasterly further along the tracks to the Jasper City limits

6. Proceed to the South along the City limits to their Southeastern-most point

(District 3 continued)

7. Proceed to the West along the City limits to Central Avenue Southeast

8. Proceed North on Central Avenue Southeast to 10th Street Southwest

9. Proceed to the West on 10th Street Southwest to imaginary line extending South from Robin Avenue and then to the North along this line to the intersection of Robin Avenue and 1st Street Southwest

10. Proceed  to the East on 1st Street Southwest  to inter-section with 15th Avenue Southwest.

11. Proceed to the North along 15th Avenue Southwest to Hatley Street

12. Proceed to the East along Hatley Street to intersection with 6th Avenue Northwest.

13. Proceed North on  6th Avenue Northwest to 4th Street North-west which is the point of origin for these boundaries.


District 5 contains all territory located in Hamilton County, Florida within the following boundaries:

1. Begin where Alapaha River crosses Florida state line

2. Proceed South along river until it intersects with State Road 6

3. Proceed East on State Road 6 to intersection West 4th Street Northwest Jasper

4. Proceed East along 4th Street Northwest to its intersection with 5th Avenue Northwest

5. Proceed North along 5th Avenue Northwest to railroad tracks

6. Proceed Southeasterly direction along railroad tracks to Hatley Street.

7. Proceed Southeast along railroad tracks to their intersection with city limits

8. Proceed South along  city limits to the Southeastern-most point

9. Proceed West along city limits to U.S. 41.

(District 5 continued)

10.   Proceed to Southeast along U.S. 41 to its intersection
      with State Road 51

11.   Proceed to South along State Road 51 to its
      intersection with I-75

12.   Proceed to Southeast along I-75 to the dirt road
      located on Tallahassee baseline

13.   Proceed East along this road to State Road 25

14.   Proceed to Northwest along State Road 25 to its
      intersection with County Road 137

15.   Proceed to East along County Road 137 to its
      intersection with Blacks Still Road

16.   Proceed Northeast along this road to County Road 135

17.   Proceed North along County Road 135 to County Road 6

18.   Proceed East along County Road 6 to intersection of
      Suwannee River

19.   Proceed to North along River to the State Line

20.   Proceed West along the State Line to the point of
      origin.


      District 4 contains all territory located in Hamilton
County, Florida within the following boundaries:

1.    Begin where the Suwanee River intersects with  I-75.

2.    Proceed to Northwest along I-75 to the dirt road
      located at the Tallahassee base line

3.    Proceed to the East and North along boundaries
      described for District 5 until County 6 crosses the
      Suwannee River

4.    Proceed along Suwannee River to the South and West to
      the point of origin located at intersection of
      Suwannee River and I-75.