IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

BRADFORD COUNTY BRANCH OF
THE NAACP, ELIZABETH G. WALKER,
JIMMIE L. SCOTT, CAROLYN B.
SPOONER and MAURICE J. WHITE,
on behalf of themselves and
all others similarly situated,

    Plaintiffs,

vs.                         CIVIL ACTION: 86-5-CIV-J-12

CITY OF STARKE, FLORIDA,
MAYOR CHARLES SCHAFFER,
CITY COMMISSIONERS BOBBY BIGGS,
FERNON SILCOX, TRAVIS WOODS and
JIMMY CROSBY, their successors
and agents all in their official
capacities,

    Defendants.
_____/

## FINAL ORDER ON REMEDIAL ELECTION PLAN

THIS COURT has previously entered its Findings of Fact and Conclusions of Law in which the Court concluded that the at-large election system used to elect the City of Starke City Commission operates in a manner which violates Section 2 of the Voting Rights Act, 42 U.S.C. §1973. The Court further instructed the parties to file submissions directed to the remedy aspect of this case.

The parties have now submitted to the Court a Joint Motion to Adopt Final Remedial Election Plan which includes

the geographical boundaries of the five proposed election districts.

The Court having reviewed the status of this action, and being aided by the recommendations of Plaintiffs' and Defendants' counsel, and being of the opinion that the best interest of the parties and the citizens of the City of Starke, Florida would be served by approving the jointly proposed Final Order on Remedial Election Plan submitted by the parties, the Court finds that the proposed motion shall be granted.

IT IS THEREFORE ORDERED AND ADJUDGED as follows:

1. The Defendants shall conduct future elections for the Starke City Commission under a five single member district election system. All candidates in future elections must reside within the geographical boundaries of their city commission district and only city voters in that particular district may cast ballots for the particular candidate of their choice running in their commission district.

2. The geographical boundaries of the five city commission districts shall be in accordance with the district map attached hereto as Exhibit "A" and incorporated herein by reference. These districts are more particularly described

as follows:

### District 1:

All that portion of the Corporate Limits of the City of Starke lying within the following described line: Commence at the intersection of the centerline of County Road 100-A (Edwards Road) with the Easterly boundary of the SW1/4 of SW1/4 of Section 29, Township 6 South, Range 22 East, for the Point of Beginning and run Easterly, along said centerline, to an intersection with the centerline of Orange Street; thence Northerly, along said centerline, to an intersection with the centerline of Weldon Street (County Road 229-A); thence Easterly, along last said centerline, to an intersection with the centerline of State Road 16 (Brownlee Street); thence Southeasterly along last said centerline, to an intersection with the centerline of Walnut Street, thence Southwesterly, along last said centerline, to an intersection with the centerline of Call Street (State Road 230); thence Southeasterly, along last said centerline, to an intersection with a Northerly prolongation of the centerline of Colley Road; thence Southerly, along last said centerline, to an intersection with the centerline of Wilson Road; thence Easterly, along last said centerline, to an intersection with the Easterly boundary of the W1/2 of Section 34; thence Southerly, along last said Easterly boundary and along the Easterly boundary of the N1/4 of SW1/4 of said Section 34 to the Southeast corner thereof; thence Westerly, along the Southerly boundary thereof, along the Southerly boundary of the N1/4 of the S1/2 of Section 33, along the Southerly boundary of the N1/4 of the SE1/4 of Section 32 and along the Southerly boundary of the NE1/4 of NE1/4 of SW1/4 of said Section 32, to the Southwest corner thereof; thence Southerly, along the Westerly boundary of the E1/2 of NE1/4 of SW1/4, to the Southwest corner thereof; thence Westerly, along the Southerly boundary of the NE1/4 of SW1/4, to an intersection with a line 1000 feet Westerly of when measured at right angles to the Westerly boundary of the right of way of State Road 200 (U.S. 301); thence South 33 degrees, 48 minutes and 44 seconds West, along said line, 1001.86 feet; thence North

3

88 degrees, 40 minutes and 25 seconds East, 1222.85 feet to the aforesaid Westerly boundary of the right of way of State Road 200; thence South 33 degrees, 48 minutes and 44 seconds West, along last aforesaid Westerly boundary, 73.36 feet; thence South 88 degrees, 40 minutes and 25 seconds West, 1222.85 feet to the aforesaid line, being 1000 feet Westerly of the Westerly boundary of the right of way of State Road 200; thence South 33 degrees, 48 minutes and 44 seconds West, along said line and along a Southwesterly prolongation thereof, 3880.00 feet to an intersection with the North line of the South 20 feet of the NE1/4 of said Section 6; thence South 88 degrees, 41 minutes and 08 seconds West, along last aforesaid Northerly line, 1029.51 feet to a concrete monument on the West line of said NE1/4 of Section 6; thence North 1 degree, 27 minutes and 29 seconds West, along said West line, 2585.80 feet to the centerline of Alligator Creek; thence run along the centerline of Alligator Creek the following courses and distances: North 80 degrees, 21 minutes and 22 seconds East, 206.38 feet; South 86 degrees, 50 minutes and 51 seconds East, 136.14 feet; North 38 degrees, 15 minutes and 55 seconds East, 175.83 feet; North 25 degrees, 54 minutes and 10 seconds East, 157.81 feet; North 33 degrees, 27 minutes and 44 seconds East, 1150.34 feet; North 20 degrees, 07 minutes and 42 seconds East, 511.69 feet; North 33 degrees, 07 minutes and 08 seconds East, 1006.64 feet; North 32 degrees, 47 minutes and 19 seconds East, 1000.00 feet; North 31 degrees, 36 minutes and 29 seconds East, 507.20 feet; North 51 degrees, 55 minutes and 36 seconds East, 313.39 feet; thence North 80 degrees, 21 minutes and 02 seconds East, 736.24 feet to the Westerly line of the SE1/4 of NW1/4 of said Section 32; thence Northerly, along the Westerly boundary of the E1/2 of NW1/4, to the Point of Beginning.

### District 2:

The district in the northeastern quadrant of the City bounded by the city limits on the north and the east, by the south side of State Road 16 to the South, and bounded by the Seaboard System railroad tracks to the west.

4

**District 3:**

All that portion of the Corporate Limits of the City of Starke lying within the following described lines: Commence at the intersection of the Northerly boundary of said Corporate Limits with the centerline of the CSX Transportation Railroad for the Point of Beginning and run Southerly, along said centerline, to an intersection with the centerline of Brownlee Street (State Road 16); thence Northwesterly, along last said centerline, to an intersection with the centerline of Weldon Street (County Road 229); thence Westerly, along last said centerline, to an intersection with the centerline of Orange Street; thence Southerly, along last said centerline, to an intersection with the centerline of Pratt Street; thence Westerly and Southerly along last said centerline, to an intersection with the centerline of State Road 100; thence Westerly, along last said centerline, to an intersection with the Easterly boundary of the NW1/4 of SW1/4 of Section 29, Township 6 South, Range 22 East; thence Northerly, along last said Easterly boundary and along the Easterly boundary of the W1/2 of NW1/4 of said Section 29, to the Northerly boundary of said Section 29; thence Easterly, along last said Northerly boundary, to the Westerly boundary of the E1/2 of Section 20; thence Northerly, along last said Westerly boundary, to the Northerly boundary of said Section 20, being the Northerly boundary of said Corporate Limits; thence Easterly, along the Northerly boundary of said Corporate Limits, to the Point of Beginning.

**District 4:**

All that portion of the Corporate Limits of the City of Starke lying within the following described lines: Commence at the intersection of the Easterly boundary of said Corporate Limits with the centerline of Brownlee Street (State Road 16) for Point of Beginning and run Westerly, along said centerline to an intersection with the centerline of Walnut Street; thence Southwesterly, along last said centerline, to an intersection with the centerline of Call Street (State Road 230); thence

5

Southeasterly, along last said centerline, to an intersection with a Northerly prolongation of the centerline of Colley Road; thence Southerly, along last said centerline, to an intersection with the centerline of Wilson Road; thence Easterly, along last said centerline to an intersection with the aforesaid Easterly boundary of the Corporate Limits; thence Northerly, along said Easterly boundary, to the Point of Beginning.

### District 5:

All that portion of the Corporate Limits of the City of Starke lying within the following described lines: Commence at the intersection of the centerline of Orange Street with the centerline of Edwards Road for the Point of Beginning and run Westerly, along last said centerline, to the Westerly boundary of the E1/2 of SW1/4 of said Section 29; thence Northerly, along said Westerly boundary, to an intersection with the centerline of State Road 100; thence Easterly, along said centerline, to an intersection with a Southerly prolongation of the centerline of Pratt Street; thence Northerly and Easterly, along said centerline, to an intersection with the centerline of Orange Street; thence Southerly, along last said centerline, to the Point of Beginning.

Together with the following described parcels: A parcel of land lying partly in the NW1/4 of SW1/4 of Section 29 and partly in the NE1/4 of SE1/4 of Section 30, all in Township 6 South, Range 22 East, Bradford County, Florida, and being more particularly described as follows: Commence at the Southeast corner of said NW1/4 of SW1/4 and run North 02 degrees, 10 minutes West, along the Easterly boundary thereof, 897.6 feet to the centerline of State Road 100; thence South 89 degrees, 08 minutes West, along said centerline, 71.9 feet; thence South 01 degree, 04 minutes East, 50.2 feet to the Southerly boundary of the right of way of State Road 100 for the Point of Beginning. From Point of Beginning thus described, continue South 01 degree, 04 minutes East, 400.8 feet; thence South 89 degrees, 37 minutes West, 904.6 feet; thence North 74 degrees, 13 minutes West, 472.6

6

feet; thence North 07 degrees, 19 minutes West, 293.7 feet to said Southerly boundary; thence in an Easterly direction, along said Southerly boundary, 1390 feet, more or less, to the Point of Beginning. All being and lying in Sections 29 and 30, Township 6 South, Range 22 East, Bradford County, Florida. Also described as: A part of the NW1/4 of SW1/4 of Section 29 and the NE1/4 of SE1/4 of Section 30, Township 6 South, Range 22 East, Bradford County, Florida, being more particularly described as follows: Commence at the intersection of the East boundary of said NW1/4 of SW1/4 and the South right of way line of State Road No. 100 (100' R/W) and run thence South 87 degrees, 58 minutes and 39 seconds West, along said right of way line, 99.86 feet to the Point of Beginning; thence continue South 87 degrees, 58 minutes and 39 seconds West, along said right of way line, 768.17 feet to the beginning of a curve concave Northerly and having a radius of 5779.60 feet; thence Westerly, along the arc of said curve through a central angle of 06 degrees, 10 minutes and 10 seconds, an arc distance of 622.33 feet; thence South 08 degrees, 34 minutes and 03 seconds East, 294.48 feet; thence South 75 degrees, 28 minutes and 03 seconds East, 472.77 feet; thence North 88 degrees, 24 minutes and 41 seconds East, 904.76 feet; thence North 02 degrees, 20 minutes and 02 seconds West, 400.66 feet to the point of beginning.

Lakewood, as per plat recorded in Plat Book 3, Pages 57 and 58 of the public records of Bradford County, Florida (See recorded plat for metes and bounds description.)

A parcel of land lying in the NW1/4 of SW1/4 of Section 29, Township 6 South, Range 22 East, Bradford County, Florida; said parcel being more particularly described as follows: Commence at an intersection of the Eastely boundary of said NW1/4 of SW1/4 with the Southerly boundary of the right of way of State Road 100 (100' R/W) for Point of Beginning and run South 87 degrees, 58 minutes and 39 seconds West, along said Southerly boundary, 99.86 feet; thence South 02 degrees, 20 minutes and 02 seconds East, 100.00 feet; thence North 87 degrees, 58 minutes and 39 seconds East, parallel with said Southerly boundary, 99.03 feet to the aforesaid Easterly boundary; thence North 01

7

degree, 51 minutes and 21 seconds East, along said Easterly boundary, 100.0 feet to the Point of Beginning.

A parcel of land lying in the NE1/4 of SE1/4 of Section 30, Township 6 South, Range 22 East, Bradford County, Florida; said parcel being more particularly described as follows: A parcel of land being 100 feet in width, bounded on the North by the Southerly boundary of the right of way of State Road 100 (100' R/W), bounded on the East by Westerly boundary of a parcel owned by Pine Forest Limited and recorded in O.R.B. 169, P. 402 & 403 of the public records of said County, bounded on the West by the Westerly boundary of said NE1/4 of SE1/4 and bounded on the South by a line 100 feet Southerly of, when measured at right angles to, and parallel with the aforesaid Southerly boundary of the right of way of State Road 100.

A parcel of land lying in the NW1/4 of SE1/4 of Section 30, Township 6 South, Range 22 East, Bradford County, Florida; said parcel being more particulary described as follows: Commence at an intersection of the Easterly boundary of said NW1/4 of SE1/4 with the Southerly boundary of the right of way of State Road 100 (100' R/W) for Point of Beginning and run South, along said Easterly boundary, 595.52 feet; thence West, 15.0 feet; thence South 7 degrees, 23 minutes and 14 seconds West, 329.05 feet to the Northerly boundary of the right of way of Butler Road (66' R/W) (said point being 65 feet Northwesterly of an intersection of said Easterly boundary with said Northerly boundary); thence Northwesterly, along said Northerly boundary, to an intersection with the Easterly boundary of the right of way of County Road 100A (Edwards Road) (formerly S.R. S.-100A); thence Northeasterly, along last aforesaid Easterly boundary, to an intersection with aforesaid Southerly boundary of the R/W of State Road 100; thence Southeasterly, along said Southerly boundary, to the Point of Beginning.

3. Elections for the Districts 2 and 4 city commission seats shall be held on the second Tuesday in September of

8

1989. Elections for the Districts 1, 3 and 5 city commission seats shall be held on the second Tuesday in September of 1990.

4. The Starke City Commission shall continue to be elected for a two year term of office.

5. All other terms and conditions of this Court's Order on Remedial Election Plan dated April 26, 1989 shall remain in full force and effect.

6. This civil suit is hereby closed as all issues have now been resolved by the parties and by Court order.

DONE AND ORDERED this 29th day of June, 1989.

WILLIAM TERRELL HODGES
CHIEF JUDGE
U.S. DISTRICT COURT

AGREED AND CONSENTED TO BY:

| | |
|---|---|
| *[signature]* | *[signature]* |
| ROBERT E. WEISBERG | TERENCE M. BROWN |
| DAVID M. LIPMAN | TERENCE M. BROWN, P.A. |
| LIPMAN & WEISBERG | Attorneys for Defendants |
| Attorneys for Plaintiffs | Post Office Drawer 40 |
| 5901 S.W. 74th Street | Starke, Florida 32091 |
| Suite 304 | (904) 964-8272 |
| Miami, Florida 33143-5186 | |
| (305) 662-2600 | |
| DATED: 6/23/89 | DATED: 6/21/89 |

COPIES FURNISHED TO:

√ TERENCE M. BROWN, ESQUIRE
Post Office Drawer 40
Starke, Florida 32091

√ ROBERT E. WEISBERG, ESQUIRE
DAVID M. LIPMAN, ESQUIRE
5901 S.W. 74th Street
Suite 304
Miami, Florida 33143-5186

10

